IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-333-SLR |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

This _25th_ day of _June_, 2007, the Court having considered defendants' motion for enlargement of time seeking a 30-day extension of the deadline by which they must respond to the complaint in the above action, and the Court having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that the foregoing motion is granted, and that defendants' deadline to answer, move, or otherwise respond to the complaint in this action is extended through and including July 18, 2007. If a paper other than a pleading is filed, the court will conduct a telephonic status conference within one week of the filing.

_____
Chief Judge