# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801
P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

GEORGETOWN, DELAWARE
MIDDLETOWN, DELAWARE
NEW YORK, NEW YORK

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
   (NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

November 6, 2007

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: Boston Scientific Scimed, Inc. and Boston Scientific Corp. v. Johnson & Johnson, Inc. and Cordis Corp., C.A. Nos. 07-409-SLR, 07-348-SLR, 07-333

Dear Judge Robinson:

We are counsel for the plaintiffs, Boston Scientific Corporation and Boston Scientific SciMed, Inc. (together, "BSC"), in three, related declaratory judgment actions now pending before this Court. Those three actions have the same plaintiffs and defendants and each is styled *Boston Scientific Corporation & Boston Scientific SciMed, Inc., v. Johnson & Johnson, Inc. & Cordis Corporation, Inc.* They have been given the Civil Action Nos. 07-333-SLR, 07-348-SLR and 07-409-SLR.

On October 10, 2007, this Court entered the proposed joint scheduling order worked out by the parties in Civil Action No. 07-409-SLR, which now governs discovery in that case. There has not been a scheduling conference ordered in either of the other two, related cases, however. After conferring with counsel for the defendants in these three actions, we write on behalf of all parties to jointly and respectfully request that the Court enter the same scheduling order in the 07-333-SLR and 07-348-SLR cases that already has been entered in the 07-409-SLR case.

The parties have prepared and are enclosing with this letter for the Court's consideration such proposed joint scheduling orders for each of the 07-333-SLR and 07-348-SLR cases. The parties to these three cases agree that this would be the most efficient manner of handling

YOUNG CONAWAY STARGATT & TAYLOR, LLP

November 6, 2007
Page 2

discovery and trial of these three cases since they all involve the same parties, patents stemming from the same family, and the same BSC product.

The parties also jointly note that a teleconference already has been scheduled with Magistrate Judge Stark for Tuesday, November 6, 2007 to discuss the possibility of mediation in the 07-409 SLR action. The parties suggest that that teleconference cover the other two, related cases as well.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

Enclosures

cc:   Steven J. Balick (with enclosures) (by hand delivery and e-mail)