IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | )<br>)<br>) | |
|     Plaintiffs, | )<br>) | Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR |
| v. | )<br>) | Civil Action No. 07-409-SLR<br>Civil Action No. 07-765-SLR |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | |
|     Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of February, 2008, **DEFENDANTS JOHNSON & JOHNSON, INC. AND CORDIS CORPORATION'S SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 94-154)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| Richard L. DeLucia, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | <u>VIA ELECTRONIC MAIL</u> |

                                      ASHBY & GEDDES

                                      */s/ Lauren E. Maguire*

                                      Steven J. Balick (I.D. # 2114)
                                      John G. Day (I.D. #2403)
                                      Lauren E. Maguire (I.D. #4261)
                                      500 Delaware Avenue, 8th Floor
                                      P.O. Box 1150
                                      Wilmington, DE 19899
                                      (302) 654-1888
                                      sbalick@ashby-geddes.com
                                      jday@ashby-geddes.com
                                      lmaguire@ashby-geddes.com

                                      ***Attorneys for Defendants***

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Paul E. Veith
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

Dated: February 6, 2008

186758.1