IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | )<br>)<br>) | |
| Plaintiffs, | ) | Civil Action No. 07-333-SLR |
| | ) | Civil Action No. 07-348-SLR |
| v. | ) | Civil Action No. 07-409-SLR |
| | ) | Civil Action No. 07-765-SLR |
| JOHNSON & JOHNSON, INC. and<br>CORDIS CORPORATION, | )<br>)<br>) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of February, 2008, **JOHNSON & JOHNSON, INC. AND CORDIS CORPORATION'S RESPONSES TO BOSTON SCIENTIFIC'S FIRST SET OF INTERROGATORIES (Nos. 1-6)** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                          HAND DELIVERY
Young Conaway Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Richard L. DeLucia, Esquire                                         VIA ELECTRONIC MAIL
Kenyon & Kenyon
One Broadway
New York, NY  10004

ASHBY & GEDDES

/s/ *John G. Day*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendants Johnson and Johnson, Inc. and Cordis Corporation*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Dated: February 11, 2008
188118.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2008, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| Richard L. DeLucia, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | **VIA ELECTRONIC MAIL** |

*/s/ John G. Day*

John G. Day