IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> *Defendants.* | Civil Action No. 07-333-SLR <br> Civil Action No. 07-348-SLR <br> Civil Action No. 07-409-SLR <br> Civil Action No. 07-765-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 24, 2008, copies of

*BSC's Second Set of Interrogatories to Cordis (Nos. 7-20)*;

were served upon the following counsel of record in the manner indicated:

| *By Hand Delivery and E-Mail* | *By E-Mail* |
|---|---|
| Steven J. Balick, Esquire [sbalick@ashby-geddes.com] <br> John G. Day, Esquire [jday@ashby-geddes.com] <br> Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com] <br> ASHBY & GEDDES <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19801 | David T. Pritikin, Esquire [dpritikin@sidley.com] <br> William H. Baumgartner, Esquire [wbaumgartner@sidley.com] <br> Paul E. Veith, Esquire [pveith@sidley.com] <br> Russell E. Cass, Esquire [rcass@sidley.com] <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL 60603 |

Additionally, the undersigned hereby certifies that on June 24, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

|  |  |
|---|---|
| Dated: June 24, 2008 | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|  | */s/ Karen L. Pascale* |
|  | _____ |
|  | Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com] |
|  | Karen L. Pascale (No. 2903) [kpascale@ycst.com] |
|  | Karen E. Keller (No. 4489) [kkeller@ycst.com] |
|  | Andrew A. Lundgren (No. 4429) [alundgren@ycst.com] |
|  | The Brandywine Building |
|  | 1000 West Street, 17th Floor |
|  | Wilmington, Delaware 19801 |
|  | (302) 571-6600 |
|  | *Attorneys for Plaintiffs,* |
|  | *Boston Scientific Corporation and* |
|  | *Boston Scientific Scimed, Inc.* |

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
Jerry Canada
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

2