IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-333-SLR Civil Action No. 07-348-SLR Civil Action No. 07-409-SLR |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION TO AMEND SCHEDULING ORDERS

IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court,

that the following Scheduling Orders:

C.A. No. 07-333-SLR:  D.I. 19, entered 11/20/2007 (as amended 04/15/2008, D.I. 41) (and as amended 04/15/2008, D.I. 44);

C.A. No. 07-348-SLR:  D.I. 17, entered 11/20/2007 (as amended 04/15/2008, D.I. 39) (and as amended 05/21/2008, D.I. 42); and

C.A. No. 07-409-SLR:  D.I. 18, entered 10/11/2007 (as amended 04/15/2008, D.I. 43) (and as amended 05/21/2008, D.I. 46);

be further amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact discovery deadline | August 22, 2008 | November 7, 2008 |
| Document production completed | June 30, 2008 | July 25, 2008 |
| Expert discovery deadline | November 28, 2008 | February 3, 2009 |
| Opening expert reports | October 3, 2008 | November 25, 2008 |

| Event | Current Date | New Date |
|---|---|---|
| Rebuttal expert reports | October 31, 2008 | December 22, 2008 |
| Supplementations under Rule 26(c) | July 11, 2008 | October 3, 2008 |
| Discovery status conference | June 23, 2008 @ 4:30 pm | August 6, 2008 @ 4:30 pm |
| Motions to join other parties and amend the pleadings | June 27, 2008 | July 25, 2008 |
| Summary judgment motions and opening briefs | January 23, 2009 | February 17, 2009 |
| Summary judgment opposition papers | February 20, 2009 | March 17, 2009 |
| Summary judgment reply papers | March 13, 2009 | March 27, 2009 |
| Joint Claim Construction Statement | December 19, 2008 | February 3, 2009 |
| Opening claim construction briefs | January 23, 2008 | February 17, 2009 |
| Responsive claim construction briefs | February 20, 2009 | March 17, 2009 |

All other provisions of the above-referenced Scheduling Orders shall remain unchanged.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

_____

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
Andrew A. Lundgren (#4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jingersol@ycst.com
kpascale@ycst.com
lkeller@ycst.com
alundgren@ycst.com

*Attorneys for Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____

Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box. 1150
Wilmington, DE 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Cordis Corporation*
*and Johnson & Johnson, Inc.*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

{00230206;v1}                                          3