IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-333-SLR Civil Action No. 07-348-SLR |
| v. | ) ) | Civil Action No. 07-409-SLR |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-765-SLR |
| v. | ) ) ) | |
| JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 4, 2008, copies of

*BSC's Second Supplemental Responses to Cordis's First Set of Interrogatories (Nos. 1-2)*;

were served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| **By Hand Delivery and E-Mail** | **By E-Mail** |
| Steven J. Balick, Esquire [sbalick@ashby-geddes.com] | David T. Pritikin, Esquire [dpritikin@sidley.com] |
| John G. Day, Esquire [jday@ashby-geddes.com] | William H. Baumgartner, Esquire [wbaumgartner@sidley.com] |
| Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com] | Paul E. Veith, Esquire [pveith@sidley.com] |
| | Russell E. Cass, Esquire [rcass@sidley.com] |
| ASHBY & GEDDES | SIDLEY AUSTIN LLP |
| 500 Delaware Avenue, 8th Floor | One South Dearborn |
| Wilmington, DE 19801 | Chicago, IL 60603 |

Additionally, the undersigned hereby certifies that on August 4, 2008, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the following counsel of record in the manner indicated above.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

August 4, 2008

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs,
Boston Scientific Corporation and
Boston Scientific Scimed, Inc.*

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Jeffrey S. Ginsburg
Michael K. Levy
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

2