IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION,<br><br>Defendants. | Civil Action No. 07-333-SLR<br>Civil Action No. 07-348-SLR<br>Civil Action No. 07-409-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH<br><br>Defendants. | Civil Action No. 07-765-SLR |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of the following attorneys to represent the plaintiffs, BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., in these civil actions:

Nicholas J. Nowak
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200
E-mail: NNowak@kenyon.com

K. Patrick Herman
Anne E. Li
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: PHerman@kenyon.com
　　　　ALi@kenyon.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

August 21, 2008

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*

Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
Karen L. Pascale (No. 2903) [kpascale@ycst.com]
Karen E. Keller (No. 4489) [kkeller@ycst.com]
Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Jeffrey S. Ginsburg
Michael K. Levy
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of Nicholas J. Nowak, K. Patrick Herman, and Anne E. Li is GRANTED.

Dated: _____ ____, 2008

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York, the Commonwealth of Massachusetts, and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 20, 2008

Nicholas J. Nowak
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20036
(202) 220-4200
E-mail: NNowak@kenyon.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 20, 2008

K. Patrick Herman
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200
E-mail: PHerman@kenyon.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: August 13, 2008

_____
Anne E. Li
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 908-6083
E-mail: ALi@kenyon.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 21, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on August 21, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

>*By E-Mail*
>
>David T. Pritikin, Esquire [dpritikin@sidley.com]
>William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
>Paul E. Veith, Esquire [pveith@sidley.com]
>Russell E. Cass, Esquire [rcass@sidley.com]
>SIDLEY AUSTIN LLP
>One South Dearborn
>Chicago, IL 60603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ *Karen L. Pascale*
>
>Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
>Karen L. Pascale (#2903) [kpascale@ycst.com]
>Karen E. Keller (#4489) [kkeller@ycst.com]
>Andrew A. Lundgren (#4429) [alundgren@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>*Attorneys for Plaintiffs, Boston Scientific Corporation and Boston Scientific Scimed, Inc.*