IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-333-SLR C.A. No. 07-348-SLR |
| v. | ) ) | C.A. No. 07-409-SLR |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-765-SLR |
| JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT WYETH'S MOTION TO DISQUALIFY HOWREY LLP
FROM REPRESENTING PLAINTIFFS**

Defendant Wyeth hereby respectfully moves that the Court disqualify Howrey LLP ("Howrey") from representing the plaintiffs in the above-captioned cases, because Wyeth is a current client of Howrey, and Howrey's prosecution of claims against Wyeth therefore constitutes an impermissible conflict of interest.

The grounds for this motion are fully set forth in the accompanying opening brief and supporting appendix.

{00292960;v1}

                                                          ASHBY & GEDDES

                                                          */s/ Steven J. Balick*
                                                          _____
                                                          Steven J. Balick (I.D. #2114)
                                                          John G. Day (I.D. #2403)
                                                          Lauren E. Maguire (I.D. #4261)
                                                          500 Delaware Avenue, 8th Floor
                                                          P.O. Box 1150
                                                          Wilmington, DE 19899
                                                          (302) 654-1888
                                                          sbalick@ashby-geddes.com
                                                          jday@ashby-geddes.com
                                                          lmaguire@ashby-geddes.com

                                                          *Attorneys for Defendants*

*Of Counsel:*

David T. Pritikin
William H. Baumgartner, Jr.
Russell E. Cass
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
312-853-7000
dpritikin@sidley.com
wbaumgar@sidley.com
rcass@sidley.com

Dated: April 30, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 07-333-SLR C.A. No. 07-348-SLR |
| v. | ) ) | C.A. No. 07-409-SLR |
| JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-765-SLR |
| JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH, | ) ) ) ) | |
| Defendants. | ) ) | |

# **ORDER**

This _____ day of _____, 2009, the Court having considered **Defendant Wyeth's Motion to Disqualify Howrey LLP from Representing Plaintiffs,** and having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Wyeth's motion is granted, and that Howrey LLP is disqualified from representing plaintiffs in the above-captioned cases.

_____
United States District Judge

{00292960;v1}

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

I hereby certify that prior to filing the attached motion, Wyeth communicated with Howrey LLP in an effort to resolve this dispute without resort to motion practice, but that those efforts were not successful.

*/s/ Steven J. Balick*
_____
Steven J. Balick