IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., </br></br> Plaintiffs, </br></br> v. </br></br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, </br></br> Defendants. | ) ) ) ) ) Civ. No. 07-333-SLR ) Civ. No. 07-348-SLR ) Civ. No. 07-409-SLR ) ) ) ) |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., </br></br> Plaintiffs, </br></br> v. </br></br> JOHNSON & JOHNSON, INC., CORDIS CORPORATION and WYETH, </br></br> Defendants. | ) ) ) ) ) ) ) Civ. No. 07-765-SLR ) ) ) ) ) |

**ORDER**

At Wilmington this 18th day of June, 2009, having reviewed the parties' seventh stipulation to amend the scheduling order entered in 2007, which stipulation recites as its basis the need for more time to complete damages fact and expert discovery; and given the fact that damages generally are bifurcated for trial purposes;

IT IS ORDERED that, absent good cause being shown by the parties, damages

shall be so bifurcated, thereby obviating the need to continue damages discovery (fact and expert). The stipulation to amend the scheduling order[1] therefore, is moot and will not be approved by the court.

IT IS FURTHER ORDERED that, if any party objects to bifurcation, that party shall coordinate a telephone conference call with the court and the other parties next week.

_____
United States District Judge

---

[1](D.I. 221, Civ. No. 07-333; D.I. 216, Civ. No. 216; D.I. 222, Civ. No. 409; D.I. 223, Civ. No. 223)