IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC. and CORDIS CORPORATION,<br><br>Defendants. | Civ. No. 07-333-SLR<br>Civ. No. 07-348-SLR<br>Civ. No. 07-409-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., CORDIS CORPORATION and WYETH,<br><br>Defendants. | Civ. No. 07-765-SLR |

**ORDER**

At Wilmington this 25th day of June, 2009, having reviewed plaintiffs' motions to file amended complaints and the papers filed in connection therewith;

IT IS ORDERED that said motions[1] are granted, as there was good cause for delay in filing the motions and they are not futile. However, discovery and trial on

---

[1] Civ. No. 07-333, D.I. 124; Civ. No. 07-348, D.I. 120; Civ. No. 07-409, D.I. 125; Civ. No. 07-765, D.I. 126.

the issue of inequitable conduct shall be bifurcated, to be resolved after liability has been finally determined by the Federal Circuit.

                                                                               */s/ Sue L. Robinson*
                                                                           United States District Judge