IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED INC., ) ) ) ) | |
| Plaintiffs, ) | Civ. No. 07-333-SLR |
| ) | Civ. No. 07-348-SLR |
| v. ) | Civ. No. 07-409-SLR |
| ) | |
| JOHNSON & JOHNSON INC. and CORDIS CORPORATION, ) ) ) | |
| Defendants. ) | |

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED INC., ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | Civ. No. 07-765-SLR |
| v. ) | |
| ) | |
| JOHNSON & JOHNSON INC., CORDIS CORPORATION and WYETH, ) ) ) | |
| Defendants. ) | |

# O R D E R

At Wilmington this 25th day of August, 2009, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant Wyeth's motion to disqualify (D.I. 184)[1] is denied.

2. Plaintiffs motion to strike or, in the alternative, to file a surreply (D.I. 212) is

---

[1]Citations to docket items reflect the numbering in Civ. A. No. 07-765-SLR.

denied as moot.

3. Plaintiffs' counsel Howrey LLP is ordered to maintain an ethical wall between its representation of plaintiffs in the above-captioned cases and its representation of defendant Wyeth or any related entities in the Lonza matter.[2]

_____
United States District Judge

---

[2]The "Lonza matter" has the same meaning ascribed to it in the accompanying memorandum opinion issued this same day.