IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> *Plaintiffs,* <br> v. <br><br> JOHNSON & JOHNSON, INC. and CORDIS CORPORATION, <br><br> *Defendants.* | C.A. No. 07-333-SLR <br> C.A. No. 07-348-SLR <br> C.A. No. 07-409-SLR |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> *Plaintiffs,* <br> v. <br><br> JOHNSON & JOHNSON, INC., CORDIS CORPORATION, and WYETH, <br><br> *Defendants.* | C.A. No. 07-765-SLR |

**BSC'S MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY OF U.S PATENT NOS. 7,217,286, 7,223,286, 7,229,473, AND 7,300,662
UNDER 35 U.S.C. § 112**

Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC"), respectfully move the Court, pursuant to Fed, R. Civ. P. 56, for summary judgment of invalidity of U.S. Patent Nos. 7,217,286, 7,223,286, 7,229,473, and 7,300,662 (collectively, "Asserted Patents") under 35 U.S.C. § 112. As set forth in the accompanying opening brief and supporting appendix, BSC asserts the Asserted Patents are invalid based on violation of the enablement, written description, and definiteness requirements of 35 U.S.C. § 112.

| | |
|---|---|
| September 16, 2009 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>*/s/ Karen L. Pascale* |

OF COUNSEL:

Richard L. DeLucia
Paul M. Richter
Michael K. Levy
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

James F. Hibey
Matthew M. Wolf
John E. Nilsson
HOWREY LLP
1299 Pennsylvania Ave NW
Washington DC 20004
(202) 783-0800

Josy W. Ingersoll (#1088) [jingersoll@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
Andrew A. Lundgren (#4429) [alundgren@ycst.com]
The Brandywine Building
1000 West St., 17th Floor
Wilmington, DE 19801
Telephone:  (302) 571-6600

*Attorneys for Plaintiffs,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*

2

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on September 16, 2009, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Lauren E. Maguire, Esquire [lmaguire@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801

I further certify that on September 16, 2009, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>David T. Pritikin, Esquire [dpritikin@sidley.com]
>William H. Baumgartner, Esquire [wbaumgartner@sidley.com]
>Russell E. Cass, Esquire [rcass@sidley.com]
>Jon M. Spanbauer, Esquire [jspanbauer@sidley.com]
>SIDLEY AUSTIN LLP
>One South Dearborn
>Chicago, IL 60603

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Karen L. Pascale*
>
>Josy W. Ingersoll (No. 1088) [jingersoll@ycst.com]
>Karen L. Pascale (No. 2903) [kpascale@ycst.com]
>Karen E. Keller (No. 4489) [kkeller@ycst.com]
>Andrew A. Lundgren (No. 4429) [alundgren@ycst.com]
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>*Attorneys for Plaintiffs, Boston Scientific Corporation and Boston Scientific Scimed, Inc.*