signed to study groups but did not undergo PTCA, and there were 20 procedural failures in each group. An additional 16 patients experienced a complication while in the hospital. Eight of these were ischemic events requiring emergency revascularization within 48 hours of the primary PTCA — four by a repeated PTCA and four by coronary-bypass surgery; these events were evenly distributed according to drug group. The remaining eight experienced a variety of early intercurrent events necessitating discontinuation of the study medication. In three patients the medication was stopped because of upper gastrointestinal symptoms, in two for hematologic reasons, in two because of chest pain (one in each treatment group), and in one because of nonadherence to the study protocol by the angioplasty operator. These patients, although ineligible for restenosis evaluation, were nevertheless assessed for periprocedural events.

Forty-two patients did not undergo final quantitative coronary angiography during the period between four and seven months after PTCA. Twenty-seven of these patients or their private physicians refused the procedure, 3 underwent elective coronary-bypass surgery, and 12 had angiography before four months had elapsed. Ten of the 12 chose not to return for a later study. The other two patients (both taking placebo) had obstructions of 90 and 100 percent, respectively,



**Figure 1. Patient Flow, with Reasons for Excluding Patients before Final Evaluation.**

"Excluded based on quantitative angiographic criteria" refers to patients who lacked at least one lesion with a diameter of stenosis of 50 percent or more that was reduced to less than 50 percent after PTCA, as measured by quantitative angiography.

by visual estimation at the time of their follow-up angiography, but for administrative reasons, no quantitative assessment of the angiograms was available.

Twenty-two patients were excluded because they did not fulfill the quantitative criteria for a successful PTCA, even though at the time of their PTCA it was considered successful by visual estimation and they were retained in the study.

The demographic, clinical, and angiographic characteristics examined in the 376 randomized patients were also evaluated in the 249 patients who completed the study. There were no statistically significant differences between the two groups.

### Rate of Restenosis

The rate of restenosis was analyzed in the 249 patients (284 segments) who underwent final angiography. The restenosis rates were almost identical in the two treatment groups, whether expressed in terms of segment or of patient (Fig. 2). The use of a more stringent definition of segment restenosis (requiring in addition at least a 10 percent increase in the diameter of stenosis between the measurement made immedi-

Table 2. Demographic, Clinical, and Angiographic Characteristics of the Two Study Groups.*

| CHARACTERISTIC† | ASPIRIN–DIPYRIDAMOLE GROUP | PLACEBO GROUP | P VALUE‡ |
|---|---|---|---|
| Patients randomized | 187 | 189 | |
| Age (yr) | 52.1±9.2 | 52.0±8.9 | 0.91 |
| Female (%) | 24.6 | 16.4 | 0.05 |
| Current smoker (%) | 27.8 | 29.6 | 0.70 |
| History of hypertension (%) | 20.9 | 18.1 | 0.54 |
| LDL cholesterol (mmol/liter) | 3.7±1.1 | 3.8±1.1 | 0.35 |
| Diabetes (%) | 4.3 | 8.5 | 0.10 |
| Angina class | | | |
| I | 10.2 | 6.4 | |
| II | 42.6 | 41.3 | 0.57 |
| III | 40.7 | 44.2 | |
| IV | 6.8 | 8.1 | |
| Unstable angina (%) | 15.5 | 14.3 | 0.74 |
| Previous myocardial infarction (%) | 25.1 | 24.3 | 0.87 |
| Extent of coronary artery disease (%)§ | | | |
| 1 Vessel | 66 | 65 | |
| 2 Vessels | 30 | 27 | 0.34 |
| 3 Vessels | 4 | 8 | |
| Segments in which PTCA was attempted | 235 | 258 | |
| LAD/RCA/CCA (% distribution) | 53/32/15 | 49/31/20 | 0.31 |
| Degree of stenosis (%) | | | |
| <70 | 13 | 13 | |
| 70–89 | 51 | 49 | 0.89 |
| 90–99 | 33 | 36 | |
| 100 | 3 | 2 | |
| Patients in whom PTCA was attempted | 185 | 184 | |
| Single-lesion angioplasty (%) | 76 | 72 | 0.39 |
| Multiple-lesion angioplasty (%) | 24 | 28 | |

*Plus–minus values are means ±SD.

†LDL denotes serum low-density lipoproteins, LAD left anterior descending artery, RCA right coronary artery, and CCA circumflex coronary artery. Multiple-lesion angioplasty refers to either single-vessel multiple-lesion angioplasty or multiple-vessel angioplasty.

‡P values refer to the difference in prevalence between the two groups.

§Coronary artery disease was defined as stenosis of 50 percent or more by visual estimation.

CORD086641

A2145

Vol. 318   No. 25                THE NEW ENGLAND JOURNAL OF MEDICINE                1717

Figure 2. Rate of Restenosis, According to Segment and According to Patient, in the Aspirin–Dipyridamole Group (Hatched Bars) and the Placebo Group (Open Bars).

| | By Segment | | By Patient | |
|---|---|---|---|---|
| | 37% | 37% | 38% | 39% |
| Number Restenosed | 52 | 53 | 46 | 49 |
| Total Number | 140 | 144 | 122 | 127 |

ately after PTCA and that made at final angiography) did not alter the results. Furthermore, when other definitions of restenosis were used, such as a loss of at least 50 percent of the gain in luminal diameter achieved by PTCA, the findings were very similar. In addition, the mean minimum absolute diameter of stenosis before PTCA, after PTCA, and at final angiography did not differ in the patients taking the active drug and those taking placebo (Fig. 3). There were no differences in the incidence of recurrent angina or positive exercise stress tests in the two treatment groups during follow-up.

## Periprocedural Events

A periprocedural event occurred in 27 of the 376 randomized patients (7.2 percent) (Table 3). This complication rate was similar to that reported recently from the PTCA registry of the National Heart, Lung, and Blood Institute.[19] The incidence of Q-wave myocardial infarction was 6.9 percent (13 patients) in the placebo group and 1.6 percent (3 patients) in the drug group — a statistically significant difference (P = 0.0113). The rates of early revascularization, nine events in each group, were virtually identical (Table 3). All but one of these early events were characterized by chest pain and rapidly evolving electrocardiographic changes. In 20 of the 27 patients, ischemia appeared within 6 hours of PTCA, and in the others, between 6 and 14 hours. Bypass surgery was performed an average of 4 hours after PTCA, with a range of 2 to 14 hours, and PTCA was repeated an average of 8 hours after the index PTCA, with a range of 1 to 12 hours.

## Safety Monitoring

The Operations Committee of the study, after periodic review of the electrocardiographic and enzyme data, concluded in January 1987 that a difference had

emerged in favor of the active drug with regard to the incidence of myocardial infarction, and requested that enrollment be terminated for ethical reasons. Thus, 284 segments underwent final evaluation, with a restenosis rate of 37 percent in the placebo group. When a two-sided test was used at the 0.05 level of significance, the retrospective power to detect a 50 percent reduction in restenosis was 0.86, with a corresponding beta error of 0.14.

## Side Effects and Compliance with Study Medication

As shown in Table 4, gastrointestinal side effects were slightly more common in patients on the active drug, whereas the rate of other side effects was similar in both treatment groups. Of 155 patients taking the active drug when they left the hospital, 18 (11.6 percent) stopped taking their medication because of side effects, whereas this occurred in 14 of 158 patients taking placebo (8.9 percent). This difference is not statistically significant (P = 0.43).

Compliance as assessed by pill count is shown in Table 5 and was good throughout the trial.

## DISCUSSION

To date, all controlled studies investigating the efficacy of pharmacologic agents in reducing restenosis after coronary angioplasty have had negative results.[20-22] This study was a placebo-controlled trial designed to evaluate the role of antiplatelet agents in patients undergoing PTCA.

Several practical problems were encountered during the trial. First, the recruitment of patients was somewhat delayed because of the recent rapid increase in the use of antiplatelet and anticoagulant agents among patients with coronary disease, particularly those with unstable angina. Second, the study design required the initiation of treatment before PTCA, since pretreatment might be necessary



Figure 3. Mean Absolute Diameter of Stenosis, as Measured Throughout the Study for the 284 Segments Undergoing Final Angiography in the Aspirin–Dipyridamole Group (Hatched Bars) and the Placebo Group (Open Bars).

Bars represent means ±SD. No significant differences were found between treatment groups.

CORD086642

A2146

Table 3. Major Periprocedural Events.

| Event | Aspirin–Dipyridamole Group (N = 127) | Placebo Group (N = 169) |
|---|---|---|
| Q-wave myocardial infarction | 1 | 8 |
| Q-wave myocardial infarction with early revascularization* | 2 | 5 |
| Total† | 3 | 13 |
| Early revascularization without Q-wave myocardial infarction | 7 | 4 |

*Early revascularization denotes coronary-artery bypass surgery or PTCA repeated within 48 hours of the index PTCA.

†P = 0.0113 by Pearson chi-square test.

for efficacy.[23,24] The practical implication of this design is an unavoidable dropout rate of 10 to 20 percent at the outset, however, because of procedural failure and complications necessitating surgery. Third, side effects of the study medication and restrictions imposed by the quantitative coronary angiographic criteria resulted in further exclusions. Nonetheless, quantitative angiography was considered essential for accurate evaluation of restenosis. The result of this attrition was that although the effect of the active drug on periprocedural events could be evaluated on an intention-to-treat basis in the 376 randomized patients, its effect on restenosis could be analyzed only in the 249 patients who had successful angioplasties and reached the stage of final quantitative angiography.

The ancillary medication used during the angioplasty procedure and the method used to administer the study medication require comment. Dextran is rarely used during angioplasty today, because of its probable inefficacy,[25] but it was part of the standard procedural protocol at the beginning of our trial. Similarly, the heparin regimen followed here was in use at the two participating institutions and at several others in 1983. The relatively low dose of heparin after the procedure was chosen to minimize the risk of groin hematoma. A higher dose might have reduced the incidence of early complications, but there are no studies to substantiate this. Finally, regarding the study medication, a combination capsule was used to improve compliance, and intravenous rather than oral

Table 4. Incidence of Side Effects of Study Medication among Patients Taking Medication after Discharge from the Hospital.

| Side Effect | Aspirin–Dipyridamole Group (N = 159) | Placebo Group (N = 153) | P Value* |
|---|---|---|---|
| | number (percent) | | |
| Gastrointestinal upset | 54 (34.8) | 36 (22.8) | 0.02 |
| Headache | 10 (6.5) | 10 (6.3) | 0.96 |
| Bleeding | 2 (1.3) | 0 (0.0) | 0.15 |
| Other | 20 (12.9) | 17 (10.8) | 0.56 |

*P values were derived with use of the Pearson chi-square test.

dipyridamole was administered on the day of the PTCA to ensure acceptable blood levels for the procedure, taking into account the variable gastrointestinal absorption of this drug.

The significantly lower incidence of in-hospital Q-wave myocardial infarction in our patients assigned to antiplatelet drugs accords with previous experimental data. In experiments with animals, marked platelet accumulation occurs at peripheral sites of angioplasty after 30 minutes, persists for up to four hours, and is most excessive when there is increased angiographic evidence of dissection.[14] Furthermore, antiplatelet therapy given before PTCA — either low-dose aspirin or aspirin with dipyridamole — has been associated with decreased deposition of platelets and a lower prevalence of mural thrombus formation.[26] Our findings are also consistent with those of a recently reported retrospective clinical study comparing the effect of various antiplatelet regimens on angiographic abnormalities and complications occurring during PTCA.[27] In that study, of 28 patients who received both oral aspirin and dipyridamole before and during PTCA, none had angiographic evidence of thrombus

Table 5. Compliance with Study Medication, According to Pill Count.*

| No. of Months After PTCA | Aspirin–Dipyridamole Group | | Placebo Group | |
|---|---|---|---|---|
| | No. of Patients with Counts | % of Capsules Taken | No. of Patients with Counts | % of Capsules Taken |
| 1 | 103 | 93±9 | 106 | 97±6 |
| 3 | 92 | 95±6 | 98 | 94±9 |
| 5 | 80 | 93±17 | 77 | 93±10 |

*Plus–minus values are means ±SD.

or required emergency surgery, as opposed to a 21.5 percent incidence of thrombus and a 9.9 percent incidence of emergency surgery in 118 patients who received either no antiplatelet pretreatment or only dipyridamole. Undoubtedly, acute thrombosis is one of the mechanisms of infarction during PTCA and one of the circumstances leading to emergency surgery. These considerations may explain our finding of a lower rate of procedural events in patients taking the active drug. From the design of our study, it is not possible to determine whether smaller doses or a different method of administration of either drug would be equally or more effective — or whether, in fact, both agents are necessary. Recently, doubts have been raised concerning the contribution of dipyridamole to the antithrombotic action of aspirin.[28]

Despite evidence of early benefit, our data failed to indicate that any long-term protection from restenosis was afforded by the combination antiplatelet regimen used in our study. There are at least four possible theoretical explanations for this negative result. First, experimental data have shown that the combination

CORD086643

A2147

Vol. 318   No. 26   THE NEW ENGLAND JOURNAL OF MEDICINE   1719

of aspirin and dipyridamole does not completely prevent platelet adhesion at the site of angioplasty,[26] and this may be an important factor in initiating smooth-muscle proliferation and migration. Second, it is possible that the antiplatelet regimen we used did not reduce platelet accumulation (aggregation) sufficiently. Third, it is conceivable that there was some pharmacologic interference between the two drugs and that either agent alone might have been successful in preventing restenosis. In a randomized study,[20] however, the long-term outcome of patients taking aspirin alone was not substantially better. Finally, it is possible that platelets are not an important factor in the pathogenesis of restenosis in humans.

In conclusion, this prospective randomized, double-blind trial suggests that patients undergoing coronary angioplasty should receive an antiplatelet regimen from 24 hours before until at least 48 hours after the procedure to reduce the incidence of periprocedural myocardial infarction. However, we could not demonstrate any long-term benefit in preventing restenosis of continuing the antiplatelet medication beyond the period of hospitalization.

We are indebted to Linda Ganassin for assistance in the preparation of the manuscript.

### REFERENCES

1. Holmes DR Jr, Vlietstra RE, Smith HC, et al. Restenosis after percutaneous transluminal coronary angioplasty (PTCA): a report from the PTCA registry of the National Heart, Lung, and Blood Institute. Am J Cardiol 1984; 53:Suppl:77C-81C.
2. Wijns W, Serruys PW, Reiber JHC, et al. Early detection of restenosis after successful percutaneous transluminal coronary angioplasty by exercise-redistribution thallium scintigraphy. Am J Cardiol 1985; 55:357-61.
3. Leimgruber PP, Roubin GS, Hollman J, et al. Restenosis after successful coronary angioplasty in patients with single-vessel disease. Circulation 1986; 73:710-7.
4. Mata LA, Bosch X, David PR, Rapold HJ, Corcos T, Bourassa MG. Clinical and angiographic assessment 6 months after double vessel percutaneous coronary angioplasty. J Am Coll Cardiol 1985; 6:1239-44.
5. Levine S, Ewels CJ, Rosing DR, Kent KM. Coronary angioplasty: clinical and angiographic follow-up. Am J Cardiol 1985; 55:673-6.
6. Kaltenbach M, Kober G, Scherer D, Vallbracht C. Recurrence rate after successful coronary angioplasty. Eur Heart J 1985; 6:276-81.
7. Guiteras Val P, Bourassa MG, David PR, et al. Restenosis after successful percutaneous transluminal coronary angioplasty: the Montreal Heart Institute experience. Am J Cardiol 1987; 60:Suppl:50B-55B.
8. Steele PM, Chesebro JH, Stanson AW, et al. Balloon angioplasty: natural history of the pathophysiological response to injury in a pig model. Circ Res 1985; 57:105-12.
9. Lam JY, Chesebro JH, Steele PM, Dewanjee MK, Badimon L, Fuster V. Deep arterial injury during experimental angioplasty: relation to a positive indium-111-labeled platelet scintigram, quantitative platelet deposition and mural thrombosis. J Am Coll Cardiol 1986; 8:1380-6.
10. Lam JYT, Chesebro JH, Steele PM, Badimon L, Fuster V. Is vasospasm related to platelet deposition? Relationship in a porcine preparation of arterial injury in vivo. Circulation 1987; 75:243-8.
11. Meike MP, Lie JT, Foster V, Josa M, Kaye MP. Reduction of intimal thickening in canine coronary bypass vein grafts with dipyridamole and aspirin. Am J Cardiol 1979; 43:1144-8.
12. Steele PM, Chesebro JH, Holmes DR Jr, Badimon L, Fuster V. Balloon angioplasty in pigs: comparative effects of platelet-inhibitor drugs. Circulation 1984; 70:Suppl II:II-361. abstract.
13. Mehta J. Role of platelet antagonists in coronary artery disease: implications in coronary artery bypass surgery and balloon-catheter dilatation. Am Heart J 1984; 107:859-69.
14. Wilentz JR, Sanford TA, Hudenschild CC, Valeri CR, Ryan TJ, Faxon DP. Platelet accumulation in experimental angioplasty: time course and relation to vascular injury. Circulation 1987; 75:636-42.
15. Reiber JHC, Kooijman CJ, Slager CJ, et al. Coronary artery dimensions from cineangiograms: methodology and validation of a computer-assisted analysis procedure. IEEE Trans Med Imag 1984; 3:131-9.
16. Reiber JHC, Serruys PW, Kooijman CJ, et al. Assessment of short-, medium-, and long-term variations in arterial dimensions from computer-assisted quantitation of coronary cineangiograms. Circulation 1985; 71:280-8.
17. Blackburn H, Keys A, Simonson E, Rautaharju P, Punsar S. The electrocardiogram in population studies: a classification system. Circulation 1960; 21:1160-75.
18. The Coronary Drug Project Research Group. The Coronary Drug Project: design, methods, and baseline results. Circulation 1973; 47:Suppl I: I-1-I-50.
19. Detre K, Holubkov R, Kelsey S, et al. Percutaneous transluminal coronary angioplasty in 1985-1986 and 1977-1981: the National Heart, Lung, and Blood Institute Registry. N Engl J Med 1988; 318:265-70.
20. Thornton MA, Gruentzig AR, Hollman J, King SB III, Douglas JS. Coumadin and aspirin in prevention of recurrence after transluminal coronary angioplasty: a randomized study. Circulation 1984; 69:721-7.
21. Corcos T, David PR, Val PG, et al. Failure of diltiazem to prevent restenosis after percutaneous transluminal coronary angioplasty. Am Heart J 1985; 109:926-31.
22. Whitworth HB, Roubin GS, Hollman J, et al. Effect of nifedipine on recurrent stenosis after percutaneous transluminal coronary angioplasty. J Am Coll Cardiol 1986; 8:1271-6.
23. Chesebro JH, Clements IP, Fuster V, et al. A platelet-inhibitor-drug trial in coronary-artery bypass operations: benefit of perioperative dipyridamole and aspirin therapy on early postoperative vein-graft patency. N Engl J Med 1982; 307:73-8.
24. Chesebro JH, Fuster V, Elveback LR, et al. Effect of dipyridamole and aspirin on late vein-graft patency after coronary bypass operations. N Engl J Med 1984; 310:209-14.
25. Swanson KT, Vlietstra RE, Holmes DR Jr, et al. Efficacy of adjunctive dextran during percutaneous transluminal coronary angioplasty. Am J Cardiol 1984; 54:447-8.
26. Steele PM, Chesebro JH, Stanson AW, Holmes DR, Badimon L, Fuster V. Balloon angioplasty: effect of platelet-inhibitor drugs on platelet-thrombus deposition in a pig model. J Am Coll Cardiol 1984; 3:506. abstract.
27. Bamathan BS, Schwartz JS, Taylor L, et al. Aspirin and dipyridamole in the prevention of acute coronary thrombosis complicating coronary angioplasty. Circulation 1987; 76:125-34.
28. Fitzgerald GA. Dipyridamole. N Engl J Med 1987; 316:1247-57.

CORD086644

A2148

# A2149-2155

# REDACTED

**Preclinical restenosis models and drug-eluting stents: Still important, still much to learn**

Robert S. Schwartz, Nicolas A. Chronos, and Renu Virmani

*J. Am. Coll. Cardiol.* 2004;44;1373-1385

doi:10.1016/j.jacc.2004.04.060

**This information is current as of April 27, 2009**

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://content.onlinejacc.org/cgi/content/full/44/7/1373



JACC

JOURNAL of the AMERICAN COLLEGE of CARDIOLOGY

Downloaded from content.onlinejacc.org by on April 27, 2009

A2156

Journal of the American College of Cardiology
© 2004 by the American College of Cardiology Foundation
Published by Elsevier Inc.

Vol. 44, No. 7, 2004
ISSN 0735-1097/04/$30.00
doi:10.1016/j.jacc.2004.04.060

**Clinical Trials: Viewpoint**

# Preclinical Restenosis Models and Drug-Eluting Stents
## Still Important, Still Much to Learn

Robert S. Schwartz, MD, FACC,*† Nicolas A. Chronos, MBBS,‡ Renu Virmani, MD§

*Minneapolis, Minnesota; Atlanta, Georgia; and Bethesda, Maryland*

Percutaneous coronary intervention continues to revolutionize the treatment of coronary atherosclerosis. Restenosis remains a significant problem but may at last be yielding to technologic advances. The examination of neointimal hyperplasia in injured animal artery models has helped in our understanding of angioplasty and stenting mechanisms, and as drug-eluting stent (DES) technologies have arrived, they too have been advanced through the study of animal models. These models are useful for predicting adverse clinical outcomes in patients with DESs because suboptimal animal model studies typically lead to problematic human trials. Similarly, stent thrombosis in animal models suggests stent thrombogenicity in human patients. Equivocal animal model results at six or nine months occasionally have been mirrored by excellent clinical outcomes in patients. The causes of such disparities are unclear but may result from differing methods, including less injury severity than originally described in the models. Ongoing research into animal models will reconcile apparent differences with clinical trials and advance our understanding of how to apply animal models to clinical stenting in the era of DESs. (J Am Coll Cardiol 2004;44:1373–85) © 2004 by the American College of Cardiology Foundation

Percutaneous coronary intervention continues to revolutionize atherosclerosis treatments. The understanding of angioplasty mechanisms came after these technologies were already in clinical use through the comparison animal model research with clinical pathologic specimens. An early understanding of balloon angioplasty suggested that atherosclerotic plaque was "compressed" or "stretched"—concepts that eventually yielded to a comprehensive understanding that both plaque and normal artery are severely fractured in many successful cases (good clinical percutaneous transluminal coronary angioplasty or stent result). Animal models assumed a central position in understanding coronary artery injury and healing. Neointimal formation results from vessel laceration, which is a response to injury during revascularization. Rare but valuable human necropsy material has confirmed animal model results showing that plaque that was fractured or lacerated by coronary angioplasty induced severe arterial injury and that restenosis resulted from this injury (1,2).

Much of what is known about restenosis and neointimal formation comes from intense study of animal injury models and comparison with human material, which usually is derived from autopsy. What is referred to as "restenosis" in normal animal arteries is not truly such; rather, it is neointima resulting from controlled injury that is induced in normal vessels. Stenosis in these models results from thick and sometimes occlusive neointima forming after severe balloon or stent injury and also from vessel shrinkage (remodeling) due to scar formation. As injured normal animal arteries (rat, pig, mouse, dog, rabbit, primate) became the standard for understanding neointima and remodeling, they rapidly evolved into a new role, that of testing novel restenosis therapies (3,4). Many parallels emerged between human restenosis and its animal model counterparts. Each has strongly impacted our understanding of restenosis and its treatment.

## ANIMAL RESTENOSIS MODELS: A BRIEF OVERVIEW

**Rat carotid artery model.** The rat carotid artery model was developed in the 1960s, and from it derived the foundations of vascular biology. Although first used to gain insight into human atherosclerosis, it was adapted to understand restenosis and to test restenosis therapy. This model became a standard for studying smooth muscle cell proliferation after endothelial denudation (5–11). One advantage of the model is that it provides one with the ability to study molecular biology (11–14).

This model assumed less importance after several early studies of angiotensin-converting enzyme inhibitors. These agents were very effective at inhibiting neointimal thickening, suggesting the importance of angiotensin II to neointimal growth (15,16). However, two subsequent clinical studies failed to show inhibitory effects (17–19). Angiotensin II has been the subject of ongoing interest (20–22), however, the failure of this model to predict negative clinical trial results has caused it to lose favor among investigators.

From the *Minneapolis Heart Institute and †Minnesota Cardiovascular Research Institute, Minneapolis, Minnesota; ‡American Cardiovascular Research Institute, Atlanta, Georgia; and §Armed Forces Institute of Pathology, Bethesda, Maryland. This manuscript summarizes three lectures presented at a "Meet the Experts" session held at the U.S. Food and Drug Administration entitled "Animal Restenosis Models, What Have We Learned?"

Manuscript received January 26, 2004; revised manuscript received March 28, 2004, accepted April 6, 2004.

Downloaded from content.onlinejacc.org by on April 27, 2009

1374   Schwartz *et al.*
Preclinical Restenosis Models and DESs

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85

| Abbreviations and Acronyms | |
|---|---|
| DES | = drug-eluting stent |
| IVUS | = intravascular ultrasonography |
| MLD | = minimum lumen diameter |
| PRESTO | = Prevention of REStenosis with Tranilast and its Outcomes trial |

**Mouse arterial injury model.** The mouse arterial injury as a restenosis model developed from the availability of the mouse genome and molecular methods to study events after arterial injury (23,24). The mouse has very small vessels; therefore, traditional injury methods by balloon or stent are not practical. Injury may instead be performed by rotating a small guidewire in the vessel (25–28) or electrical injury. Either of these methods causes endothelial loss and focal medial cell damage of 25% to 50%. The internal elastic lamina often is disrupted by these injury procedures. Variable neointimal thickening forms focally at injury sites in proportion to the amount of injury, and little thrombus occurs in this model.

Wound healing in the mouse model partially replicates other models because its features include mural thrombus resorption through inflammatory cell infiltration. A thin neointima (roughly 0.03 mm$^2$) forms by three weeks. Because most or all arterial cells (in media and adventitia) are killed uniformly, these lesions heal from the borders. The power of molecular biology and genetics in these mouse models will permit substantial advances in understanding of the interactions among cell proliferation, cell migration, thrombus formation, and remodeling.

**Hypercholesterolemic rabbit iliac model.** The rabbit iliac restenosis model also has been studied extensively to test restenosis therapies and to understand cellular and molecular mechanisms (29–31). Blood cholesterol levels are typically >1,000 mg/dl and cause biochemical arterial injury, which is supplemented by mechanical injury.

These models add initial injury by air desiccation to hypercholesterolemic diets and finally balloon inflation to further injure the vessel. Unlike rat carotid arteries, macroscopic and hemodynamically significant stenoses similar to human restenosis develop reliably in the rabbit models. Histopathology in this model shows foam cells (macrophages that have ingested excessive lipid) and voluminous extracellular matrix. One criticism of this model is that foam cells are rare in human restenotic neointima. However, balloon angioplasty in this model does cause histopathologic injury comparable with that of human angioplasty, with medial dissection and plaque fracture.

Platelet deposition occurs rapidly at sites of a balloon-induced plaque fracture. Thus, antiplatelet agents were studied early in the history of this model as a potential therapy (32,33) and showed efficacy in reducing neointimal thickness. A wide variety of other agents have been studied in this model and are discussed later.

**Porcine coronary injury model.** The coronary arteries of domestic crossbred pigs respond similar to human coronary arteries after injury (34–36). A hypercholesterolemic diet produces lesions more severe in nature than standard laboratory diets (37,38). In this model, injury causes thick neointima within 28 days. The neointima is identical to human restenotic neointima. When a balloon-only injury is performed, a typical medial laceration occurs and is filled at 28 days by neointima. The amount of neointimal thickening is directly proportional to injury. This permits the creation of an injury-response regression relationship that quantitates the response to potential therapies (39–41).

**Relevance to human coronary intervention.** The porcine coronary models using injuries caused by either stenting or overstretching injury alone are now accepted standards by which potential restenosis therapies are studied, in large part because the stages of neointimal growth described in the porcine model follow those now known in humans. Empiric correlation with clinical trials suggests this may be true. Negative trials using the porcine model correspond well to negative clinical trials, suggesting that this model has good specificity. Fewer therapies have had positive results and, therefore, model sensitivity is less certain. Paclitaxel- and rapamycin-eluting stent studies suggest that positive results in these models are predictive of positive results in clinical trials. Interestingly, ionizing radiation to the coronary arteries in the pig model demonstrated neointimal stimulation rather than inhibition when gamma radiation was administered externally (42). However, many studies of intravascular gamma and beta radiation show neointimal inhibition in pigs when examined at 28 days after therapy. Longer-term data are less conclusive and suggest little efficacy at longer time points.

Human coronary arteries develop radiation-induced coronary artery disease, although this is achieved typically with high doses of radiation that are given for many years. Several clinical studies in patients receiving vascular brachytherapy for in-stent restenosis show neointimal stimulation at the edges of radiated regions, where radiation doses are falling off. Moreover, several reports are emerging that suggest a "catch-up" phenomenon in patients receiving vascular brachytherapy. Six-month data in pigs showing lack of efficacy might have predicted this clinical finding; further long-term patient analysis is underway to determine potential relationships to the pig model. Continued observation over time will determine whether intravascular brachytherapy will stimulate accelerated coronary artery disease in patients.

Sensitivity for efficacy will be better assessed as additional strategies that are efficacious are developed. The data suggest that the porcine model is best for establishing safety, although efficacy remains less certain as discussed in detail below. Table 1 compares several human trials with preclinical results. This table includes references for brachytherapy (43–62), statins (63–67), angiotensin-converting enzyme inhibitors (18,19,21,68–72), anticoagulants (39,73–87),

Downloaded from content.onlinejacc.org by on April 27, 2009

A2158

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85

**Table 1.** Comparison Between Clinical Trials and Porcine Preclinical Data

|  | Porcine Model Safety/Efficacy | Human Data Safety/Efficacy |
|---|---|---|
| Brachytherapy | +/+ (43–51) | +/+ (52–62) |
| Statins | −/− (63) | −/− (64–67) |
| Angiotensin-converting enzyme inhibitors | −/− (21,69–71) | −/− (18,19,68,72) |
| Anticoagulants | ±/± (39,73–81) | −/− (82–87) |
| Probucol | +/+ (88–94) | −/− (95–97) |
| Rapamycin/analogs | +/+ (98–100) | +/+ (101–105) |
| Paclitaxel | +/+ (106–110) | +/+ (111–115,177) |
| Calcium channel blockers | ±/− (116) | −/− (117–119) |
| *c*-myc antisense | +/+ (120,121) | −/− (122,123) |
| Dexamethasone | +/+ (124,125) | (126–128) |
| Heparin | (73,80,81,129,130) | (131–133) |

Data in parentheses are reference numbers.

probucol (88–97), rapamycin (98–105), paclitaxel (106–115), calcium channel blockade (116–119), antisense (120–123), dexamethasone (124–128), and heparin (74,80,81,129–133).

## THE PROPORTIONALITY BETWEEN INJURY AND NEOINTIMAL THICKENING

Fundamentally, mature neointima is a repaired artery and thus is desirable. Problems arise in only a minority of cases when exuberant neointima impinges on luminal blood flow. Early studies in the porcine coronary artery injury model suggested that deeper arterial injury results in greater neointimal thickening (35). This proportionality in the pig model was subsequently sought and validated in patients (Fig. 1). A practical outcome of this phenomenon was improved stent design, which sought to induce less arterial injury (134,135). Early wire stents could cause substantial injury if they were overexpanded; slotted tubular designs created fewer injuries and have prevailed in modern stent designs (36). Other stent concepts have attempted to limit injury even more but have been less successful, likely because a 90% stenosis when properly dilated undergoes 10-fold expansion. This expansion induces significant, unavoidable arterial injury by necessity and occurs both with angioplasty alone and with stenting. Drug-eluting stents (DESs) also induce such injury but rely on local drug effects to moderate the neointimal response.

Overstretch injury to pig coronary arteries holds important lessons for neointimal response to injury. Simple overstretch without stent implant usually causes medial fracture and laceration, with frequent dissections. A typical balloon:artery ratio is 1.2:1 or 1.3:1, which is visually estimated by the operator. These ratios generally create enough injury for satisfactory neointimal thickness without the risk of large dissections. Larger balloon:artery ratios yield a high likelihood of severe dissection with resulting thrombosis, coronary occlusion, and ensuing death from myocardial infarction and ventricular fibrillation. These balloon:artery ratios are finding use in DES efficacy studies.

When stents are implanted, dissections usually are controlled except at the stent margins. However, stent:artery



**Figure 1.** Stent-induced arterial injury in patients generates a proportional neointimal response. **Panels from left to right** indicate that as the internal elastic lamina becomes more severely disrupted by the stent and as the proportion of medial fracture transitions from <30% to >30% (**middle and right columns**), neointimal growth becomes progressively more severe.

Downloaded from content.onlinejacc.org by on April 27, 2009



**Figure 2.** Diagram illustrating the time course of events leading to neointimal hyperplasia in atherosclerotic human coronary arteries. In the first stage, the atherosclerotic artery is depicted before stent placement. NC = non-cellular region of the plaque. Within the first three days after stent placement, platelets/fibrin and neutrophils accumulate at the stent site. At 14 to 30 days, chronic inflammation develops (macrophages, lymphocytes) and persistent fibrin is visible. Smooth muscle cells also are beginning to appear within the stent. At three months, chronic inflammation remains, and fibrin frequently persists. Proteoglycan and matrix deposition occurs. At 6 to 12 months, there often is persistent, chronic inflammation close to the struts, and endothelialization generally is complete. A neointima rich in smooth muscle cells, with a proteoglycan and collagen matrix, has developed. Adapted from Virmani et al. (136).

ratios of >1.3:1 often cause chronic vessel injury as the stent struts migrate through the vessel wall, including through the external elastic lamina and adventitia. Marked inflammation accompanies the stent struts when such oversizing is performed. This inflammation is highly undesirable because drug elution cannot overcome such severe and chronic injury, making stent/drug efficacy assessment not possible. It is for this reason that in preclinical DES testing, a more common practice is to use the balloon:artery ratio of 1.1:1, with the resulting data applied to safety analysis but not efficacy because neointimal generation at these low injury levels is minimal to mild. The relation of safety and efficacy studies with stented and overstretching alone remains to be determined. Figure 2 summarizes the time course of neo-intimal hyperplasia after stenting in patients. The important steps are summarized in the following text, as learned from animal models and translated to patients (136,137).

**Thrombus and restenosis.** Mural thrombus in porcine models is an early response to balloon dilation and stenting. It occurs less often in injured rat and dog arteries (138). A direct relationship between thrombus volume and neointimal volume is unproven but is thought likely.

Fibrin- and platelet-rich thrombus form on stent struts in porcine arteries within hours of implantation. It progressively resolves during the course of weeks, principally

through resorption by macrophages (139). Thrombus resolution and healing in porcine arteries closely reflect the healing in humans after stent implant. Near-total fibrin and thrombus resorption is a feature of complete arterial healing. Proven restenosis therapies such as vascular brachytherapy and DESs impede healing, and treated arteries often show unresolved fibrin thrombus (microscopic or sometimes gross) at times much later than found in untreated arteries.

**Inflammation.** Thrombus resolves by inflammatory cells (2,140,141). Macrophages secrete a variety of thrombolytic enzymes that digest thrombus as the macrophage tunnels into thrombus surrounding stent strut sites. Inflammation also may occur without thrombus, stimulated by local cytokines. Platelets and their contents appear in thrombus after degranulation and provide major chemokines for inflammation. These include P-selectin and integrins such as $beta_2$ integrin Mac-1 (CD11b/CD18) (142). This integrin, located on the monocyte cell surface, is important because it is prominent in adhesion. Heterotopic platelet aggregation, a process where platelets aggregate on the monocyte surface and stimulate additional platelet activation, also plays an important role. The chemokines also are key for inflammation at vascular injury sites. Monocyte chemoattractant protein-1 attracts monocytes and activated T cells to vessel injury sites.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2160

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85

Inflammation is a potent and direct stimulus for neointimal thickening, in part through stimulating cell proliferation (143). Several animal models exhibit inflammation (monocytes/macrophages, lymphocytes, neutrophils) from stent coatings and drug-releasing polymers. These models suggest that biomedical polymers in DES applications cause inflammation to variable degree in proportion to the polymer mass on the stent. A major challenge in DES technology has been to find polymers that can control drug elution over the course of time yet incite minimal inflammation. Minor inflammation is presently acceptable, as evidenced in guidelines for testing DESs. The "perfect" polymer remains unknown, and all polymers in use today induce some degree of inflammation. It is for this reason that DESs tested in animal models should include quantitative inflammation measurements. A commonly used quantitative assessment of inflammation method is by Kornowski et al. (143).

**Cell migration and proliferation.** Cell migration and proliferation remain ill-defined in both animal models and in human neointimal hyperplasia. Although cell proliferation is implicated universally in neointimal hyperplasia, its quantitative role remains unclear. Early controversies about the role played by proliferation remain unresolved (144,145).

Both ionizing radiation and drugs effective against restenosis inhibit cell proliferation but have many additional cellular effects, including inhibiting migration, cell signaling, activation, and secretion, and may impair other important reparative features such as angiogenesis (146). These strategies are effective against neointima in multiple animal studies (147,148).

Therapies that are more specifically targeted at proliferation show less clear results. Gene therapy has been used in this strategy, for example, to express cell-cycle inhibitors (p21, p27, p53, and Rb) (149–151) or by halting cell cycle progression by inhibiting CDK2, cdc2, E2F, PCNA, myc, and myb (152–157). These gene-based strategies are marginally successful in animal models and have not been tested in clinical studies. Current DES success with rapamycin and paclitaxel rely on a multitude of cellular targets in addition to proliferation (158,159). The relative contribution of alternative effects is unknown but under investigation.

## TIME COURSE OF CORONARY ARTERY HEALING AFTER STENTING

Coronary artery healing after stenting is reported for both the porcine model and in patients. Table 2 summarizes this information. Stent healing in pigs compared with patients suggests a time comparability of approximately 1:6 porcine:human, with pigs healing more rapidly. Reasons for the more rapid process in pigs are unclear but may include the young age of pigs, normal arteries compared with diseased human vessels, and other, as-yet-undetermined factors.

In the porcine model, coronary arteries typically are studied at 1, 3, 6, and 12 months. Although these times are

**Table 2.** Time Course Comparison of Events in Porcine and Human Coronary Stenting

| | Porcine Coronary Model | Human Stent Implantation |
|---|---|---|
| Thrombus | 0–14 days | 0–30 days |
| Inflammation | 1–14 days | 0–30 days |
| Endothelialization and granulation tissue | 4–16 days | 14–90 days |
| Smooth muscle cells and matrix formation | 14–28 days | 2–6 months |

now standard, the reasons for time points after one month principally relate to safety because few changes occur in the pig model beyond this time, with the exception that neointima thins slightly later in the course of time. An unproven concept is that safety requires longer follow-up in pigs (presuming good results at one month) and that this theory might translate to long-term patient safety. The key to a safety evaluation in pigs is complete arterial healing, with thrombus resorption, minimal residual inflammation, and complete or near-complete endothelialization.

## ANGIOGENESIS

Animal models exhibit angiogenesis at arterial lesion locations (Fig. 3). Marked disorganized angiogenesis occurs at stented sites in normal, non-diseased arteries for ill-defined reasons. Vascular hypoxia may be one cause and may result from the compression of adventitial vasa vasorum. Several angiogenic cytokines are upregulated in hypoxia, the most well known being hypoxia-inducible factor-1 alpha. Human atherosclerotic lesions are similarly angiogenic, especially in chronic total occlusions (146,160).



**Normal Porcine Coronary Artery**          **Stented Porcine Coronary Artery: Marked Angiogenesis**

**Figure 3.** Microscopic computed tomography examination of normal (**left**) and stented (**middle and right**) porcine coronary arteries. Massive angiogenesis results in a highly vascular but disorganized array of vessels after the stenting of a normal porcine coronary artery. (Image courtesy Dr. Hyuck Moon Kwon.)

Downloaded from content.onlinejacc.org by on April 27, 2009

A2161

## LESSONS FROM ANIMAL MODELS: SYSTEMIC RESTENOSIS THERAPIES

Most systemic restenosis treatments have failed and the literature contains many review articles on this topic (161–163). The Prevention of REStenosis with Tranilast and its Outcomes (PRESTO) trial, which tested oral tranilast to limit restenosis, is the most recent. Several animal studies showed neointimal hyperplasia was reduced in drug-treated animals and suggested oral tranilast efficacy. In one study, rabbits fed cholesterol showed inhibition of neointimal area by tranilast (300 mg/kg) (164). Another study in over-stretched porcine coronary arteries showed a 37% reduction in neointimal area normalized to fracture length (147). These and several other preclinical studies preceded the PRESTO trial (147,164–166).

Early small clinical trials showed tranilast could inhibit restenosis, prompting the large, randomized double-blind PRESTO trial of 11,484 patients (167). Primary end points were death, myocardial infarction, and ischemia-driven target vessel revascularization at nine months. Results showed a 15.8% event rate for placebo and 15.5% for tranilast (p = NS). The quantitative coronary angiography substudy comprised 2,018 patients and found that follow-up minimum lumen diameter (MLD) was $1.76 \pm 0.77$ mm in the placebo group compared with $1.78 \pm 0.76$ mm (p = NS). Intravascular ultrasonography showed no difference in plaque volume across tranilast doses. Thus, the PRESTO trial was analogous to events 10 years earlier in the Multicenter European Research Trial with Cilazapril after Angioplasty to Prevent Transluminal Coronary Obstruction and Restenosis (MERCATOR) and Multicenter American Research Trial with Cilazapril After Angioplasty to Prevent Coronary Obstruction and Restenosis (MARCATOR) trials (68). Each of these clinical trials was based on early preclinical data that were reported to show efficacy of the drug in question. Subsequent large, randomized clinical trials failed to show any efficacy.

The literature has many reports of preclinical systemic therapies that suggest efficacy of various pharmacologic agents. However, before beginning clinical trials, several important questions must be evaluated. Preclinical studies must use comparable drug doses and obtain comparable drug levels to those planned for clinical trials. Preclinical studies should use the same end points as used in clinical trials, which should include angiographic percent stenosis, absolute lumen MLD, late loss, or intravascular ultrasonography (IVUS)-based, lumen or neointimal parameters (3,145,168,169). An important reason for false-positive preclinical results may arise from histopathologic measurements differing from clinical indices. Such preclinical histopathologic measurements not available or not used in clinical trials include the intima:media ratio, percent neointimal reduction, or microscopic (but statistically significant) neointimal area inhibition. Animal model efficacy reports may yield different conclusions if angiographic or IVUS

parameters were standard. The best animal model metric to correlate with clinical data is an area of active investigation.

## LESSONS FROM RESTENOSIS MODELS

**Safety.** Animal models play an instrumental role in developing and improving DES technology, a role that continues to evolve. Safety is the principal concern for any stent technology, and animal models appear useful in its assessment. The critical failure mode for stents is acute, subacute, or late closure because stent thrombosis nearly always has catastrophic implications. The porcine coronary stent model appears predictive for stent thrombosis. Several early studies of brachytherapy in pigs suggested that stent thrombosis might be a problem. Kaluza and Raizner (170) performed balloon and stent injury in healthy porcine coronary arteries, followed by intracoronary beta radiation. Five of 10 pigs given radiation died (50%) of stent thrombosis, whereas none died in the control (non-radiated) group. Stent thrombosis in the porcine coronary model is distinctly unusual, and subsequent patient studies of gamma brachytherapy showed subacute thromboses of up to 14% before the understanding that new stents should not be placed at brachytherapy sites (171–174). The relationship of porcine neointima after brachytherapy to comparable human studies is unclear. Several models show stimulation of neointimal hyperplasia by radiation, whereas clinical studies to date show no evidence of similar problems, at least in the near term.

Neointimal stimulation, rather than its suppression, is a second concern for stent safety, especially with DESs. Toxicity induced by high local drug concentration remains an ongoing concern and can show significant arterial changes. Although rabbit iliac arteries implanted with actinomycin-D showed good results (Fig. 4), the porcine coronary model appears to have predicted enhanced neointima in patients receiving actinomycin-D releasing stents by showing poor healing and neointimal stimulation (Fig. 5). These model studies showed incomplete stent healing, microthrombus, incomplete endothelialization, and late medial necrosis with marked neointimal thickening. The Actinomycin Eluting Stent Improves Outcomes by Reducing Neointimal Hyperplasia (ACTION) trial tested actinomycin-D elution in a randomized study. The trial was halted after 90 of 360 planned patients were enrolled and restenosis rates reached 28% in the highest dose group, suggesting neointimal stimulation (data shown at ESC 2002, Berlin, Germany). High restenosis rates also occurred in lower-dose groups; 25% and 17% for 2.5 $\mu$g and 10 $\mu$g actinomycin-D, respectively, versus 11% in controls.

Similarly predictive results from animal models were found using very high-dose taxane released from a suboptimal polymer, where the porcine model (Fig. 6) predicted worse clinical restenosis at 12 months. The Study to COmpare REstenosis rate between QueST and QuaDS-QP2 (SCORE) trial was stopped after enrolling 266 of 400

Downloaded from content.onlinejacc.org by on April 27, 2009

A2162

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85



**Figure 4.** Actinomycin-D studies in rabbit iliac arteries. These images show excellent neointimal inhibition at 8 μg and 25 μg doses (**middle and right columns**), respectively, compared with control (**left column**). **Lower rows** are higher power views, showing that the 25-μg dose appears cytotoxic with poor healing present.

planned patients because of late events and increased 12-month restenosis rates (175).

These combined data suggest the porcine model can determine stent safety from both thrombosis and neointimal stimulation perspectives. Increased stent thrombosis in porcine coronary arteries should warn investigators about increased clinical thrombosis risk. Adverse vascular pathologies showing poor healing, vessel toxicity (for example, medial necrosis or cell death), absent endothelialization, or neointimal stimulation should be of major concern.

**DES efficacy.** The accuracy of efficacy assessment for DESs in preclinical testing remains less clear than their safety. Because restenosis in the stent era is virtually all neointimal thickening, limiting neointima should translate directly from animal models to patients. Unfortunately, this



**Figure 5.** Porcine coronary arteries at 28 days (**top**) and 90 days (**bottom**) after actinomycin-D eluting stent placement. The 28-day data show substantial residual fibrin, inadequate vascular healing, but little mature neointima. At 90 days, there is a marked increase in neointimal thickening, greater than control, which occurred over time. The **graph at lower right** shows neointimal thickness measures for 90-day control and 10-μg datasets. The ACTION trial of actinomycin-D elution was stopped prematurely because of elevated major adverse clinical event rates due in part to abnormally high late loss.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2163

1380   Schwartz *et al.*
Preclinical Restenosis Models and DESs

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85



**Figure 6.** Photomicrographs of porcine coronary arteries at 28 days after the implantation of Quannum-DS (Quanam Medical Corp., Santa Clara, California) stents. These images show neointimal stimulation by high-dose taxane in these stents. Similar results occurred in the SCORE clinical trial. Low power histomorphometry of mid-stent cross-section shows marked vessel lumen narrowing from neointimal hyperplasia. **(B, C, and D)** Rampant inflammation at sites of the polymer-drug combination in these vessels is shown. Several areas of granuloma and hemorrhage **(B)** are present. The inflammation was likely a major cause of the neointimal thickening. **(E)** Cine-film frame of Quannum stent showing marked in-stent restenosis.

translation may not be as direct as desired, and the quantitative relationship between neointima in the porcine model and in patients remains poorly defined.

At least two DESs (rapamycin and paclitaxel) show convincing restenosis efficacy in patients. Both use a compatible polymer for controlled drug release. Suzuki et al. (100) examined rapamycin-eluting stents and compared them with bare stents, dexamethasone-eluting, and both rapamycin-eluting and dexamethasone-eluting devices. The rapamycin-eluting stents reduced in-stent neointimal hyperplasia at 28 days with a mean neointimal area of 2.47 mm$^2$ (rapamycin alone), 2.42 mm$^2$ (rapamycin and dexamethasone), 5.06 mm$^2$ (bare stent), and 4.31 mm$^2$ (dexamethasone alone). Gallo et al. (150) examined intramuscular rapamycin given to pigs for 14 days after balloon-induced injury. The animals were studied 28 days after percutaneous transluminal coronary angioplasty and showed coronary stenoses of 63% and 36%, respectively (lumen area 1.74 mm$^2$ vs. 3.3 mm$^2$; control vs. rapamycin). These two preclinical studies suggest that rapamycin has efficacy against neointimal formation in the porcine artery injury model, a suggestion that was confirmed by clinical trials.

Drachman et al. (176) compared paclitaxel-eluting stents with controls in rabbit iliac arteries after balloon denudation. These investigators found that paclitaxel-eluting stents markedly inhibited neointimal thickening at all late time points and concluded this technology was effective against neointima beyond the time of paclitaxel elution.

Preclinical porcine data used for regulatory submission of the TAXUS stent (Boston Scientific, Natick, Massachusetts) showed the device was safe but also showed no significant efficacy reducing neointima at 28 or 90 days compared with bare metal stents. TAXUS stent clinical data show excellent results at nine months for limiting restenosis (177). Earlier studies of the TAXUS stent are now in their third year and show major adverse clinical event rates of 3% compared with 10% in bare-metal stents. The comparable porcine model data show no change at 180 days from 90 days (unpublished data, personal communications). These crude comparisons suggest that safety, but not efficacy, can be predicted from low-level stent injury (balloon:artery ratio 1.1:1 or less) in the porcine model. Further analysis of paclitaxel animal model data and possibly new models may find application in better predicting clinical efficacy.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2164

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85

# SUMMARY

**What have we learned from animal restenosis models?**
Several important principles summarize restenosis models
for evaluating DES technologies. These are as follows:

1. Arterial and vascular injuries remain major determinants
   of neointimal thickening, and mechanical stent designs
   should limit arterial injury as best as possible.
2. Neointimal formation on DESs develops the same as in
   bare-metal stents. Thrombus and inflammation play key
   roles in forming human neointimal hyperplasia, and the
   polymers used in drug eluting stents incite mild inflam-
   mation. Optimal polymer selection may help to mini-
   mize this inflammation, and healing within DESs
   should be documented.
3. Although DESs limit neointimal formation, they may
   also delay or cause incomplete healing to a greater
   degree than in bare-metal stents. This is manifested
   clinically as incomplete endothelialization, unresorbed
   fibrin deposits, and drug effects typically consisting of
   hypocellular tissue near the drug-eluting struts. Because
   neointimal hyperplasia is a normal healing response,
   some degree of neointima, not obstructive to the lumen,
   is a desirable outcome for DESs.
4. Animal models, specifically the porcine coronary and
   rabbit iliac arteries, provide useful information regarding
   stent thrombosis risk in clinical trials and are thus a
   measure of safety. All animal studies should carefully
   determine causes of unexpected preclinical animal
   deaths, and tabulate stent thrombotic events.
5. Lumen loss in animal models results from several causes.
   These include medial or arterial cell death, inflamma-
   tion, and neointimal thickening, results that have cor-
   relation in clinical trials. Poor preclinical results man-
   date strong caution in initiating clinical trials.
6. Efficacy testing in preclinical models has proven difficult
   to establish. It is unclear whether this is because current
   animal models do not accurately reflect the human
   coronary artery response to such stents or whether other
   causes need be sought. Prior preclinical studies with
   positive results that did not translate to patients may be
   due to improper or biased variable selection, or con-
   founding effects of vascular injury.

**What must yet be learned from animal restenosis models?**
The science of preclinical restenosis models is a rapidly
developing field and is undergoing intense study. What
follows are several key but unanswered questions concerning
restenosis models.

Incompletely healed vessels occur in the preclinical DES
models. The importance of healing, with incomplete or
absent endothelialization, unresorbed fibrin deposits, low-
level inflammation, and medial cell dropout is not well
understood. For example, the porcine coronary artery safety
appears predictive of clinical safety. Actinomycin-D-eluting
stents showed nonhealing to a large degree, stimulating

porcine neointima. It is uncertain whether improved-yet-
incomplete healing will similarly enhance neointimal for-
mation.

The best variables to correlate preclinical models with
clinical trials are unknown. Correlative research must be
performed to determine which preclinical variables best
translate quantitatively to clinical trials. Clarification of
whether quantitative measurements of MLD, late loss/loss
index, and IVUS-based measurements of neointima in the
porcine model will translate well, or if at all, to clinical data.
Careful preclinical studies should be conducted for compar-
ison with clinical trials. It is suggested in the interim that
angiographic and IVUS end points may best for study in
patients, and these combined with histomorphometric data
in animal trials should be the best obtainable.

The relative utility of different species is uncertain.
Differences between rabbit and pig models must be exam-
ined to determine which best translate to patients. This
point is key in the prediction of human clinical data from
preclinical studies, and we must better understand whether
safety (thrombosis and neointimal stimulation) translate for
each model to clinical trials.

The optimal time point for termination in animal studies
needs clarification to best predict human clinical results.
Standard times for animal models are 28, 90, 180, or 365
days, and early positive animal data may become negative at
later time points. The time course of arterial healing in
animal models bears an uncertain relationship to patients
and also must be better understood so that preclinical
observations will yield accurate prediction for clinical trials
with patient data. Model data at two-year to three-year time
points may need examination and correlation with clinical
results for accuracy. Additional time points may be impor-
tant, but presently no clear answer is forthcoming. The time
to endothelial recovery for different drug/polymer/stent
configurations in injured vessels remains unknown and
needs determination.

Several preclinical model enhancements are needed.
More rapid turnaround time would be of substantial benefit
because current preclinical data can take nine months or
longer to process and evaluate. It may be possible that
preclinical histomorphometric data (neointimal thickness,
histopathologic percent stenosis, lumen size) can be pre-
dicted from preclinical quantitative coronary angiography
and IVUS in the same animal premortem or postmortem.
These parameters might provide a link with human data,
and if true would be a major contribution to research and
development in drug eluting stents.

Preclinical models are important but imperfect standards,
having served the interventional community well for many
years. Substantially more remains to be learned, especially
regarding the positive predictive results in such models. Active
research is aimed at developing a simple, inexpensive, rapid,
and accurate preclinical model for human restenosis. This goal
is achievable but will require thoughtful direction. Such a
model will see rapid adoption for testing, evaluating, and

Downloaded from content.onlinejacc.org by on April 27, 2009

A2165

prediction and will continue to teach the interventional community important lessons about revascularization therapy.

---

**Reprint requests and correspondence:** Dr. Robert S. Schwartz, Minneapolis Heart Institute, Minnesota Cardiovascular Research Institute, 920 East 28th Street, Suite 300, Minneapolis, Minnesota 55407. E-mail: rss@rsschwartz.com.

# REFERENCES

1. Carter AJ, Laird JR, Farb A, Kufs W, Wortham DC, Virmani R. Morphologic characteristics of lesion formation and time course of smooth muscle cell proliferation in a porcine proliferative restenosis model. J Am Coll Cardiol 1994;24:1398–405.
2. Farb A, Sangiorgi G, Carter AJ, et al. Pathology of acute and chronic coronary stenting in humans. Circulation 1999;99:44–52.
3. Bayes-Genis A, Kantor B, Keelan PC, et al. Restenosis and hyperplasia: animal models. Curr Interv Cardiol Rep 2000;2:303–3.
4. Schwartz R, Holmes DJ. Pigs, dogs, baboons, and man: lessons for stenting from animal studies. J Interven Cardiol 1994;7:355–68.
. 5. Zempo N, Kenagy RD, Au YP, et al. Matrix metalloproteinases of vascular wall cells are increased in balloon-injured rat carotid artery. J Vasc Surg 1994;20:209–17.
6. Zempo N, Koyama N, Kenagy RD, Lea HJ, Clowes AW. Regulation of vascular smooth muscle cell migration and proliferation in vitro and in injured rat arteries by a synthetic matrix metalloproteinase inhibitor. Arterioscler Thromb Vasc Biol 1996;16:28–33.
7. Clowes AW, Clowes MM. Kinetics of cellular proliferation after arterial injury. Lab Invest 1985;52:611–6.
8. Clowes A, Schwartz S. Significance of quiescent smooth muscle migration in the injured rat carotid artery. Circ Res 1985;56:139–45.
9. Clowes AW, Reidy MA, Clowes MM. Mechanisms of stenosis after arterial injury. Lab Invest 1983;49:208–15.
10. Lindner V, Reidy MA, Fingerle J. Regrowth of arterial endothelium. Denudation with minimal trauma leads to complete endothelial cell regrowth. Lab Invest 1989;61:556–63.
11. Jackson CL, Pettersson KS. Effects of probucol on rat carotid artery responses to balloon catheter injury. Atherosclerosis 2001;154:407–14.
12. Lamfers ML, Lardenoye JH, de Vries MR, et al. In vivo suppression of restenosis in balloon-injured rat carotid artery by adenovirus-mediated gene transfer of the cell surface-directed plasmin inhibitor ATF.BPTI. Gene Ther 2001;8:534–41.
13. Perlman H, Luo Z, Krasinski K, et al. Adenovirus-mediated delivery of the Gax transcription factor to rat carotid arteries inhibits smooth muscle proliferation and induces apoptosis. Gene Ther 1999;6:758–63.
14. Ascher E, Scheinman M, Hingorani A, et al. Effect of p53 gene therapy combined with CTLA4Ig selective immunosuppression on prolonged neointima formation reduction in a rat model. Ann Vasc Surg 2000;14:385–92.
15. Powell JS, Clozel JP, Muller RK, et al. Inhibitors of angiotensin-converting enzyme prevent myointimal proliferation after vascular injury. Science 1989;245:186–8.
16. Powell JS, Muller RK, Rouge M, et al. The proliferative response to vascular injury is suppressed by angiotensin-converting enzyme inhibition. J Cardiovasc Pharmacol 1990;16 Suppl 4:S42–9.
17. Faxon DP. Angiotensin converting enzyme inhibition and restenosis: the final results of the MARCATOR trial (abstr). Circulation 1992;86:153.
18. Berger PB, Holmes DR Jr., Ohman EM, et al., Restenosis, reocclusion and adverse cardiovascular events after successful balloon angioplasty of occluded versus non-occluded coronary arteries. Results from the Multicenter American Research Trial With Cilazapril After Angioplasty to Prevent Transluminal Coronary Obstruction and Restenosis (MARCATOR). J Am Coll Cardiol 1996;27:1–7.
19. Serruys P, Hermans R. The new angiotensin converting enzyme inhibitor cilazapril does not prevent restenosis after coronary angioplasty: the results of the MERCATOR trial (abstr). J Am Coll Cardiol 1992;19:258A.
20. Peters S, Gotting B, Trummel M, Rust H, Brattstrom A. Valsartan for prevention of restenosis after stenting of type B2/C lesions: the VAL-PREST trial. J Invasive Cardiol 2001;13:93–7.
21. Matsumoto K, Morishita R, Moriguchi A, et al. Inhibition of neointima by angiotensin-converting enzyme inhibitor in porcine coronary artery balloon-injury model. Hypertension 2001;37:270–4.
22. Ellis SG. Do ACE inhibitors or ARBs limit restenosis after stenting? Assimilating the data. J Invasive Cardiol 2001;13:98–9.
23. Sata M, Maejima Y, Adachi F, et al. A mouse model of vascular injury that induces rapid onset of medial cell apoptosis followed by reproducible neointimal hyperplasia. J Mol Cell Cardiol 2000;32:2097–104.
24. Horiba M, Kadomatsu K, Nakamura E, et al. Neointima formation in a restenosis model is suppressed in midkine-deficient mice. J Clin Invest 2000;105:489–95.
25. Lindner V. Vascular repair processes mediated by transforming growth factor-beta. Z Kardiol 2001;90 Suppl 3:17–22.
26. Lindner V, Collins T. Expression of NF-kappa B and I kappa B-alpha by aortic endothelium in an arterial injury model. Am J Pathol 1996;148:427–38.
27. Lindner V, Giachelli CM, Schwartz SM, Reidy MA. A subpopulation of smooth muscle cells in injured rat arteries expresses platelet-derived growth factor-B chain mRNA. Circ Res 1995;76:951–7.
28. Lindner V, Reidy MA. Expression of VEGF receptors in arteries after endothelial injury and lack of increased endothelial regrowth in response to VEGF. Arterioscler Thromb Vasc Biol 1996;16:1399–405.
29. Kalinowski M, Alfke H, Bergen S, Klose KJ, Barry JJ, Wagner HJ. Comparative trial of local pharmacotherapy with L-arginine, r-hirudin, and molsidomine to reduce restenosis after balloon angioplasty of stenotic rabbit iliac arteries. Radiology 2001;219:716–23.
30. Nagae T, Aizawa K, Uchimura N, et al. Endovascular photodynamic therapy using mono-L-aspartyl-chlorin e6 to inhibit Intimal hyperplasia in balloon-injured rabbit arteries. Lasers Surg Med 2001;28:381–8.
31. Kanamasa K, Otani N, Ishida N, et al. A 7-day administration of tPA or heparin in the prevention of internal hyperplasia following vascular injury in atherosclerotic rabbits. J Interv Cardiol 2002;15:191–5
32. Steinhubl SR, Ellis SG, Wolski K, Lincoff AM, Topol EJ. Ticlopidine pretreatment before coronary stenting is associated with sustained decrease in adverse cardiac events: data from the Evaluation of Platelet IIb/IIIa Inhibitor for Stenting Trial (EPISTENT). Circulation 2001;103:1403–9.
33. Nagaoka N, Matsubara T, Okazaki K, Masuda N, Shikaura K, Hotta A. Comparison of ticlopidine and cilostazol for the prevention of restenosis after percutaneous transluminal coronary angioplasty. Jpn Heart J 2001;42:43–54.
34. Schwartz RS, Murphy JG, Edwards WD, Camrud AR, Vliestra RE, Holmes DR. Restenosis after balloon angioplasty: a practical proliferative model in porcine coronary arteries. Circulation 1990;82:2190–200.
35. Schwartz R, Huber K, Murphy J, et al. Restenosis and the proportional neointimal response to coronary artery injury: results in a porcine model. J Am Coll Cardiol 1992;19:267–74.
36. Schwartz RS, Huber KC, Murphy JG, et al. Restenosis and the proportional neointimal response to coronary artery injury: results in a porcine model. J Am Coll Cardiol 1992;19:267–74.
37. Rodgers GP, Minor ST, Robinson K, et al. Adjuvant therapy for intracoronary stents. Investigations in atherosclerotic swine. Circulation 1990;82:560–9.
38. Rodgers GP, Minor ST, Robinson K, et al. The coronary artery response to implantation of a balloon-expandable flexible stent in the aspirin- and non-aspirin-treated swine model. Am Heart J 1991;122:640–7.
39. Schwartz R, Holder DJ, Holmes DR, et al. Neointimal thickening after severe coronary artery injury is limited by short term administration of a factor xa inhibitor: results in a porcine model. Circulation 1996;83:1542–8.
40. Schwartz RS, Topol EJ, Serruys PW, Sangiorgi G, Holmes DR Jr. Artery size, neointima, and remodeling: time for some standards. J Am Coll Cardiol 1998;32:2087–94.
41. Huber KC, Schwartz RS, Edwards WD, et al. Effects of angiotensin converting enzyme inhibition on neointimal hyperplasia in a porcine coronary injury model. Am Heart J 1993;125:695–701.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2166

42. Schwartz RS, Koval TM, Edwards WD, et al. Effect of external beam irradiation on neointimal hyperplasia after experimental coronary artery injury. J Am Coll Cardiol 1992;19:1106–13.

43. Kim W, Jeong MH, Park OY, et al. Effects of beta-radiation using a holmium-166 coated balloon on neointimal hyperplasia in a porcine coronary stent restenosis model. Circ J 2003;67:625–9.

44. Ajani AE, Cheneau E, Leborgne L, Wolfram R, Waksman R. Have we solved the problem of late thrombosis? Minerva Cardioangiol 2002;50:463–8.

45. Crocker I, Robinson KA. Rationale for coronary artery radiation therapy. Semin Radiat Oncol 2002;12:3–16.

46. Fischell TA, Virmani R. Intracoronary brachytherapy in the porcine model: a different animal. Circulation 2001;104:2388–90.

47. Virmani R, Farb A, Carter AJ, Jones RM. Pathology of radiation-induced coronary artery disease in human and pig. Cardiovasc Radiat Med 1999;1:98–101.

48. Carter AJ, Jenkins S, Sweet W, et al. Dose and dose rate effects of beta-particle emitting radioactive stents in a porcine model of restenosis. Cardiovasc Radiat Med 1999;1:327–35.

49. Vodovotz Y, Waksman R, Kim WH, et al. Effects of intracoronary radiation on thrombosis after balloon overstretch injury in the porcine model. Circulation 1999;100:2527–33.

50. Carter AJ, Laird JR. Experimental results with endovascular irradiation via a radioactive stent. Int J Radiat Oncol Biol Phys 1996;36:797–803.

51. Waksman R. Local catheter-based intracoronary radiation therapy for restenosis. Am J Cardiol 1996;78:23–8.

52. Suia F, Sianos G, Hoye A, et al. Long-term outcome of percutaneous coronary interventions following failed beta-brachytherapy. J Invasive Cardiol 2004;16:60–4.

53. Dixon BS, Grines CL, Safian RD. Coronary artery pseudoaneurysm after balloon angioplasty and intracoronary beta-radiation for in-stent restenosis. Catheter Cardiovasc Interv 2004;61:214–6.

54. Naber CK, Baumgart D, Bonan R, et al. Intracoronary brachytherapy, a promising treatment option for diabetic patients: results from a European multicenter registry (RENO). Catheter Cardiovasc Interv 2004;61:173–8.

55. Shirai K, Lansky AJ, Mintz GS, et al. Comparison of the angiographic outcomes after beta versus gamma vascular brachytherapy for treatment of in-stent restenosis. Am J Cardiol 2003;92:1409–13.

56. Sianos G, Wijns W, de Feyter PJ, Serruys PW. Geographical miss during centered intracoronary beta-radiation with 90Yttrium: incidence and implications for recurrence rates after vascular brachytherapy for de novo lesions. Int J Cardiovasc Intervent 2003;5:181–9.

57. Doriot PA, Dorsaz PA, Verin V. A morphological-mechanical explanation of edge restenosis in lesions treated with vascular brachytherapy. Cardiovasc Radiat Med 2003;4:108–15.

58. Waksman R, Raizner A, Popma JJ. Beta emitter systems and results from clinical trials. State of the art. Cardiovasc Radiat Med 2003;4:54–63.

59. Farb A, Burke AP, Kolodgie FD, Virmani R. Pathological mechanisms of fatal late coronary stent thrombosis in humans. Circulation 2003;108:1701–6.

60. Suntharalingam M, Laskey WK, Tantibhedhyangkul W, et al. Vascular brachytherapy using a beta emitter source in diabetic patients with in-stent restenosis: angiographic and clinical outcomes. Int J Radiat Oncol Biol Phys 2003;57:536–42.

61. Kereiakes DJ, Willerson JT. Vascular brachytherapy boon or bust? Circulation 2003;108:389–90.

62. Waksman R, Weinberger J. Coronary brachytherapy in the drug-eluting stent era: don't bury it alive. Circulation 2003;108:386–8.

63. Erl W, Hristov M, Neureuter M, Yan ZQ, Hansson GK, Weber PC. HMG-CoA reductase inhibitors induce apoptosis in neointima-derived vascular smooth muscle cells. Atherosclerosis 2003;169:251–8.

64. Walter DH, Fichtlscherer S, Britten MB, et al. Statin therapy, inflammation and recurrent coronary events in patients following coronary stent implantation. J Am Coll Cardiol 2001;38:2006–12.

65. Malik IS, Mann GK, Beatt KJ. Effect of statin therapy on restenosis after coronary stent implantation. Am J Cardiol 2000;86:810.

66. Walter DH, Schachinger V, Elsner M, Mach S, Auch-Schwelk W, Zeiher AM. Effect of statin therapy on restenosis after coronary stent implantation. Am J Cardiol 2000;85:962–8.

67. Serruys PW, Foley DP, Jackson G, et al. A randomized placebo-controlled trial of fluvastatin for prevention of restenosis after successful coronary balloon angioplasty; final results of the fluvastatin angiographic restenosis (FLARE) trial. Eur Heart J 1999;20:58–69.

68. Faxon DP. Effect of high dose angiotensin-converting enzyme inhibition on restenosis: final results of the MARCATOR Study, a multicenter, double-blind, placebo-controlled trial of cilazapril. The Multicenter American Research Trial With Cilazapril After Angioplasty to Prevent Transluminal Coronary Obstruction and Restenosis (MARCATOR) Study Group. J Am Coll Cardiol 1995;25:362–9.

69. Wilson DP, Saward L, Zahradka P, Cheung PK. Angiotensin II receptor antagonists prevent neointimal proliferation in a porcine coronary artery organ culture model. Cardiovasc Res 1999;42:761–72.

70. Huckle WR, Drag MD, Acker WR, et al. Effects of subtype-selective and balanced angiotensin II receptor antagonists in a porcine coronary artery model of vascular restenosis. Circulation 1996;93:1009–19.

71. Becker RH. ACE inhibition and atherosclerosis in the animal model. Z Kardiol 1994;83 Suppl 4:15–20.

72. Hanson SR, et al. Effects of angiotensin converting enzyme inhibition with cilazapril on intimal hyperplasia in injured arteries and vascular grafts in the baboon. Hypertension 1991;18 Suppl 4:II70–6.

73. Sasseen BM, Gray BD, Gal D, et al. Local delivery of a hydrophobic heparin reduces neointimal hyperplasia after balloon injury in rat carotid but not pig coronary arteries. J Cardiovasc Pharmacol Ther 2001;6:377–83.

74. Matsumoto Y, Shimokawa H, Morishige K, Eto Y, Takeshita A. Reduction in neointimal formation with a stent coated with multiple layers of releasable heparin in porcine coronary arteries. J Cardiovasc Pharmacol 2002;39:513–22.

75. Goodwin SC, Yoon HC, Wong GC, Bonilla SM, Vedantham S, Arora LC. Percutaneous delivery of a heparin-impregnated collagen stent-graft in a porcine model of atherosclerotic disease. Invest Radiol 2000;35:420–5.

76. Ahn YK, Jeong MH, Kim JW, et al. Preventive effects of the heparin-coated stent on restenosis in the porcine model. Catheter Cardiovasc Interv 1999;48:324–30.

77. Nugent HM, Rogers C, Edelman ER. Endothelial implants inhibit intimal hyperplasia after porcine angioplasty. Circ Res 1999;84:384–91.

78. Kornowski R, Hong MK, Tio FO, Choi SK, Bramwell O, Leon MB. A randomized animal study evaluating the efficacies of locally delivered heparin and urokinase for reducing in-stent restenosis. Coron Artery Dis 1997;8:293–8.

79. Abendschein DR, Recchia D, Meng YY, Oltrona L, Wickline SA, Eisenberg PR. Inhibition of thrombin attenuates stenosis after arterial injury in minipigs. J Am Coll Cardiol 1996;28:1849–55.

80. Ali MN, Mazur W, Kleiman NS, et al. Inhibition of coronary restenosis by antithrombin III in atherosclerotic swine. Coron Artery Dis 1996;7:851–61.

81. Buchwald AB, Hammerschmidt S, Stevens J, Goring J, Nebendahl K, Unterberg C. Inhibition of neointimal proliferation after coronary angioplasty by low-molecular-weight heparin (clivarine) and polyethyleneglycol-hirudin. J Cardiovasc Pharmacol 1996;28:481–7.

82. Emanuelsson H, Serruys PW, van Der Giessen WJ, et al. Clinical and Angiographic Results with the Multi-Link feminine Coronary Stent System N The West European Stent Trial (WEST). J Invasive Cardiol 1998;10 Suppl B:12B–9B.

83. Gobel FL, Mooney MR, Graham KJ. Coronary artery bypass graft degenerative disease. Curr Treat Options Cardiovasc Med 2001;3:47–54.

84. Morice MC, Zemour G, Benveniste E, et al. Intracoronary stenting without coumadin: one month results of a French multicenter study. Cathet Cardiovasc Diagn 1995;35:1–7.

85. Nakamura S, Hall P, Gaglione A, et al. High pressure assisted coronary stent implantation accomplished without intravascular ultrasound guidance and subsequent anticoagulation. J Am Coll Cardiol 1997;29:21–7.

86. Serruys PW, Emanuelsson H, van der Giessen W, et al. Heparin-coated Palmaz-Schatz stents in human coronary arteries. Early outcome of the Benestent-II Pilot Study. Circulation 1996;93:412–22.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2167

**1384**   Schwartz *et al.*
Preclinical Restenosis Models and DESs

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85

87. Thornton MA, Gruentzig AR, Hollman J, King SB 3rd, Douglas JS. Coumadin and aspirin in prevention of recurrence after transluminal coronary angioplasty: a randomized study. Circulation 1984;69:721–727.

88. Lau AK, Leichtweis SB, Hume P, et al. Probucol promotes functional reendothelialization in balloon-injured rabbit aortas. Circulation 2003;107:2031–6.

89. Inoue K, Cynshi O, Kawabe Y, et al. Effect of BO-653 and probucol on c-MYC and PDGF-A messenger RNA of the iliac artery after balloon denudation in cholesterol-fed rabbits. Atherosclerosis 2002; 161:353–63.

90. Jackson CL, Pettersson KS. Effects of probucol on rat carotid artery responses to balloon catheter injury. Atherosclerosis 2001;154:407–14.

91. Nagao S, Yamaguchi T, Kasahara M, et al. Effect of probucol in a murine model of slowly progressive polycystic kidney disease. Am J Kidney Dis 2000;35:221–6.

92. Cote G, Tardif JC, Lesperance J, et al. Effects of probucol on vascular remodeling after coronary angioplasty. Multivitamins and Protocol Study Group. Circulation 1999;99:30–5.

93. Miyauchi K, Aikawa M, Tani T, et al. Effect of probucol on smooth muscle cell proliferation and dedifferentiation after vascular injury in rabbits: possible role of PDGF. Cardiovasc Drugs Ther 1998;12: 251–60.

94. Tanaka K, Hayashi K, Shingu T, Kuga Y, Nomura K, Kajiyama G. Probucol inhibits neointimal formation in carotid arteries of normocholesterolemic rabbits and the proliferation of cultured rabbit vascular smooth muscle cells. Cardiovasc Drugs Ther 1998;12:19–28.

95. Tardif JC, Gregoire J, L'Allier PL. Prevention of restenosis with antioxidants: mechanisms and implications. Am J Cardiovasc Drugs 2002;2:323–34.

96. Yokoi H, Daida H, Kuwabara Y, et al. Effectiveness of an antioxidant in preventing restenosis after percutaneous transluminal coronary angioplasty: the Probucol Angioplasty Restenosis Trial. J Am Coll Cardiol 1997;30:855–62.

97. Sirtori CR, Franceschini G. Probucol and multivitamins in the prevention of restenosis after coronary angioplasty. N Engl J Med 1997;337:1918; author reply, 1919.

98. Castro C, Campistol JM, Sancho D, Sanchez-Madrid F, Casals E, Andres V. Rapamycin attenuates atherosclerosis induced by dietary cholesterol in apolipoprotein-deficient mice through a p27 Kip1-independent pathway. Atherosclerosis 2004;172:31–8.

99. Basso MD, Nambi P, Adelman SJ. Effect of sirolimus on the cholesterol content of aortic arch in ApoE knockout mice. Transplant Proc 2003;35:3136–8.

100. Suzuki T, Kopia G, Hayashi S, et al. Stent-based delivery of sirolimus reduces neointimal formation in a porcine coronary model. Circulation 2001;104:1188–93.

101. Mack MJ. Sirolimus-eluting coronary stents. N Engl J Med 2004; 350:413–4; author reply, 413–4.

102. Schofer J, Schluter M, Gershlick AH, et al. Sirolimus-eluting stents for treatment of patients with long atherosclerotic lesions in small coronary arteries: double-blind, randomised controlled trial (E-SIRIUS). Lancet 2003;362:1093–9.

103. Marks AR. Sirolimus for the prevention of in-stent restenosis in a coronary artery. N Engl J Med 2003;349:1307–9.

104. Moses JW, Leon MB, Popma JJ, et al. Sirolimus-eluting stents versus standard stents in patients with stenosis in a native coronary artery. N Engl J Med 2003;349:1315–23.

105. Drenth DJ, Zijlstra F, Boonstra PW. Sirolimus-eluting coronary stents. N Engl J Med 2004;350:413–4; author reply, 413–4.

106. Scheller B, Speck U, Schmitt A, Bohm M, Nickenig G. Addition of paclitaxel to contrast media prevents restenosis after coronary stent implantation. J Am Coll Cardiol 2003;42:1415–20.

107. Hong MK, Kornowski R, Bramwell O, Ragheb AO, Leon MB. Paclitaxel-coated Gianturco-Roubin II (GR II) stents reduce neointimal hyperplasia in a porcine coronary in-stent restenosis model. Coron Artery Dis 2001;12:513–5.

108. Oberhoff M, Herdeg C, Al Ghobainy R, et al. Local delivery of paclitaxel using the double-balloon perfusion catheter before stenting in the porcine coronary artery. Catheter Cardiovasc Interv 2001;53: 562–8.

109. Heldman AW, Cheng L, Jenkins GM, et al. Paclitaxel stent coating inhibits neointimal hyperplasia at 4 weeks in a porcine model of coronary restenosis. Circulation 2001;103:2289–95.

110. Hou D, Rogers PI, Toleikis PM, Hunter W, March KL. Intrapericardial paclitaxel delivery inhibits neointimal proliferation and promotes arterial enlargement after porcine coronary overstretch. Circulation 2000;102:1575–81.

111. Serruys PW, Degertekin M, Tanabe K, et al. Vascular responses at proximal and distal edges of paclitaxel-eluting stents: serial intravascular ultrasound analysis from the TAXUS II trial. Circulation 2004;109:627–33.

112. Silber S. Paclitaxel-eluting stents: are they all equal? An analysis of six randomized controlled trials in de novo lesions of 3,319 patients. J Interv Cardiol 2003;16:485–90.

113. Bhatia V, Bhatia R, Dhindsa S. Drug-eluting intra-coronary stents: have we got the magic bullet? J Postgrad Med 2003;49:291–6.

114. Park SJ, Shim WH, Ho DS, et al. A paclitaxel-eluting stent for the prevention of coronary restenosis. N Engl J Med 2003;348:1537–45.

115. Tanabe K, Serruys PW, Grube E, et al. TAXUS III trial: in-stent restenosis treated with stent-based delivery of paclitaxel incorporated in a slow-release polymer formulation. Circulation 2003;107:559–64.

116. Ide S, Kondoh M, Satoh H, Karasawa A. Anti-proliferative effects of benidipine hydrochloride in porcine cultured vascular smooth muscle cells and in rats subjected to balloon catheter-induced endothelial denudation. Biol Pharm Bull 1994;17:627–31.

117. Hoberg E, Kubler W. Prevention of restenosis after PTCA: role of calcium antagonists. J Cardiovasc Pharmacol 1991;18 Suppl 6: S15–9.

118. Hoberg E, Kubler W. Calcium-antagonists in preventing restenosis following coronary angioplasty. Cardiologia 1991;36:12 Suppl 1:25–7.

119. Hoberg E. The effects of calcium antagonists after PTCA (review). Eur Heart J 1995;16 Suppl H:9–12.

120. Kipshidze NN, Kim HS, Iversen P, et al. Intramural coronary delivery of advanced antisense oligonucleotides reduces neointimal formation in the porcine stent restenosis model. J Am Coll Cardiol 2002;39:1686–91.

121. Shi Y, Fard A, Galeo A, et al. Transcatheter delivery of c-myc antisense oligomers reduces neointimal formation in a porcine model of coronary artery balloon injury. Circulation 1994;90:944–51.

122. Freedman SB. Clinical trials of gene therapy for atherosclerotic cardiovascular disease. Curr Opin Lipidol 2002;13:653–61.

123. Lee M, Simon AD, Stein CA, Rabbani LE. Antisense strategies to inhibit restenosis. Antisense Nucleic Acid Drug Dev 1999;9:487–92.

124. Kallinteri P, Antimisiaris SG, Karnabatidis D, Kalogeropoulou C, Tsota I, Siablis D. Dexamethasone incorporating liposomes: an in vitro study of their applicability as a slow releasing delivery system of dexamethasone from covered metallic stents. Biomaterials 2002;23: 4819–26.

125. Lincoff AM, Furst JG, Ellis SG, Tuch RJ, Topol EJ. Sustained local delivery of dexamethasone by a novel intravascular eluting stent to prevent restenosis in the porcine coronary injury model. J Am Coll Cardiol 1997;29:808–16.

126. Radke PW, Weber C, Kaiser A, Schober A, Hoffmann R. Dexamethasone and restenosis after coronary stent implantation: new indication for an old drug (review)? Curr Pharm Des 2004;10:349–55.

127. Liu X, Huang Y, Hanet C, et al. Study of antirestenosis with the BiodivYsio dexamethasone-eluting stent (STRIDE): a first-in-human multicenter pilot trial. Catheter Cardiovasc Interv 2003;60: 172–8; discussion, 179.

128. Duda SH, Poerner TC, Wiesinger B. Drug-eluting stents: potential applications for peripheral arterial occlusive disease. J Vasc Interv Radiol 2003;14:291–301.

129. Baumbach A, Oberhoff M, Herdeg C, et al. Local delivery of a low molecular weight heparin during stent implantation in the pig coronary artery. Basic Res Cardiol 2000;95:173–8.

130. Jenkins JS, Webel R, Laughlin MH, et al. Restenosis following placement of an intracoronary heparin treated tantulum stent in the hyperlipidemic miniature swine model. J Invasive Cardiol 1995;7: 173–82.

131. Franck H, Weber K, Pieper MJ, Frese W. Local heparin delivery for prevention of second in-stent restenosis. Acute and long-term results in 47 consecutive cases. Int J Cardiovasc Intervent 2000;3:181–4.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2168

JACC Vol. 44, No. 7, 2004
October 6, 2004:1373–85

132. Kereiakes DJ. Adjunctive pharmacotherapy before percutaneous coronary intervention in non-ST-elevation acute coronary syndromes: the role of modulating inflammation. Circulation 2003;1081 Suppl 1:III22–7.

133. Haude M, Konorza TF, Kalnins U, et al. Heparin-coated stent placement for the treatment of stenoses in small coronary arteries of symptomatic patients. Circulation 2003;107:1265–70.

134. Virmani R, Farb A. Pathology of in-stent restenosis. Curr Opin Lipidol 1999;10:499–506.

135. Taylor AJ, Gorman PD, Kenwood B, Hudak C, Tashko G, Virmani R. comparison of four stent designs on arterial injury, cellular proliferation, neointima formation, and arterial dimensions in an experimental porcine model. Catheter Cardiovasc Interv 2001;53:420–5.

136. Virmani R, Kolodgie FD, Farb A, Lafont A. Drug eluting stents: are human and animal studies comparable? Heart 2003;89:133–8.

137. Kim WH, Hong MK, Virmani R, Kornowski R, Jones R, Leon MB. Histopathologic analysis of in-stent neointimal regression in a porcine coronary model. Coron Artery Dis 2000;11:273–7.

138. Schwartz RS, Henry TD. Pathophysiology of coronary artery restenosis. Rev Cardiovasc Med 2002;3 Suppl 5:S4–9.

139. Schwartz RS. Characteristics of an ideal stent based upon restenosis pathology. J Invasive Cardiol 1996;8:386–7.

140. Bayes-Genis A, Campbell JH, Carlson PJ, Holmes DR Jr., Schwartz RS. Macrophages, myofibroblasts and neointimal hyperplasia after coronary artery injury and repair. Atherosclerosis 2002;163:89–98.

141. Ishiwata S, Verheye S, Robinson KA, et al. Inhibition of neointima formation by tranilast in pig coronary arteries after balloon angioplasty and stent implantation. J Am Coll Cardiol 2000;35:1331–7.

142. Rogers C, Edelman ER, Simon DI. A mAb to the beta2-leukocyte integrin Mac-1 (CD11b/CD18) reduces intimal thickening after angioplasty or stent implantation in rabbits. Proc Natl Acad Sci USA 1998;95:10134–9.

143. Kornowski R, Hong MK, Tio FO, Bramwell O, Wu H, Leon MB. In-stent restenosis: contributions of inflammatory responses and arterial injury to neointimal hyperplasia. J Am Coll Cardiol 1998;31:224–30.

144. Karnik SK, Brooke BS, Bayes-Genis A, et al. A critical role for elastin signaling in vascular morphogenesis and disease. Development 2003;130:411–23.

145. Schwartz RS, Chu A, Edwards WD, et al. A proliferation analysis of arterial neointimal hyperplasia: lessons for antiproliferative restenosis therapies. Int J Cardiol 1996;53:71–80.

146. Kwon HM, Sangiorgi G, Ritman EL, et al. Adventitial vasa vasorum in balloon-injured coronary arteries: visualization and quantitation by a microscopic three-dimensional computed tomography technique. J Am Coll Cardiol 1998;32:2072–9.

147. Humar R, Kiefer FN, Berns H, Resink TJ, Battegay EJ. Hypoxia enhances vascular cell proliferation and angiogenesis in vitro via rapamycin (mTOR)-dependent signaling. FASEB J 2002;16:771–80.

148. Fuchs S, Kornowski R, Leon MB, Epstein SE. Anti-angiogenesis: a new potential strategy to inhibit restenosis. Int J Cardiovasc Intervent 2001;4:3–6.

149. Sata M, Takahashi A, Tanaka K, et al. Mouse genetic evidence that tranilast reduces smooth muscle cell hyperplasia via a p21(WAF1)-dependent pathway. Arterioscler Thromb Vasc Biol 2002;22:1305–9.

150. Gallo R, Padurean A, Jayaraman T, et al. Inhibition of intimal thickening after balloon angioplasty in porcine coronary arteries by targeting regulators of the cell cycle. Circulation 1999;99:2164–70.

151. Lamphere L, Tsui L, Wick S, et al. Novel chimeric p16 and p27 molecules with increased antiproliferative activity for vascular disease gene therapy. J Mol Med 2000;78:451–9.

152. Morishita R, Gibbons GH, Ellison KE, et al. Antisense oligonucleotides directed at cell cycle regulators as strategy for restenosis therapy. Trans Assoc Am Phys 1993;106:54–61.

153. Morishita R, Gibbons GH, Kaneda Y, Ogihara T, Dzau VJ. Pharmacokinetics of antisense oligodeoxyribonucleotides (cyclin B1 and CDC 2 kinase) in the vessel wall in vivo: enhanced therapeutic utility for restenosis by HVJ-liposome delivery. Gene 1994;149:13–9.

154. von der Leyen H, Gibbons GH, Morishita R, et al. Gene therapy inhibiting neointimal vascular lesion: In vivo transfer of endothelial cell nitric oxide synthase gene. Proc Natl Acad Sci USA 1995;92:1137–41.

155. Eigler N, Whiting J, Li A, et al. Effects of a positron-emitting vanadium-48 nitinol stent on experimental restenosis in porcine coronary arteries: an injury-response study. Cardiovasc Radiat Med 1999;1:239–51.

156. Axel DI, Kunert W, Goggelmann C, et al. Paclitaxel inhibits arterial smooth muscle cell proliferation and migration in vitro and in vivo using local drug delivery. Circulation 1997;96:636–45.

157. Huehns TY, Krausz E, Mrochen S, et al. Neointimal growth can be influenced by local adventitial gene manipulation via a needle injection catheter. Atherosclerosis 1999;144:135–50.

158. Hilker M, Buerke M, Guckenbiehl M, et al. Rapamycin reduces neointima formation during vascular injury. Vasa 2002;32:10–3.

159. Brara PS, Moussavian M, Grise MA, et al. Pilot trial of oral rapamycin for recalcitrant restenosis. Circulation 2003;107:1722–4.

160. Kantor B, Kwon HM, Ritman EL, Holmes DR, Schwartz RS. Images in cardiology imaging the coronary microcirculation: 3D micro-CT of coronary vasa vasorum. Int J Cardiovasc Intervent 1999;2:79.

161. Faxon D. Restenosis: do we need to understand it to treat it? J Am Coll Cardiol 2002;40:2090–1.

162. Faxon DP. Systemic drug therapy for restenosis: "deja vu all over again." Circulation 2002;106:2296–8.

163. Faxon DP, Currier JW. Prevention of post-PTCA restenosis. Ann N Y Acad Sci 1995;748:419–27; discussion, 427–8.

164. Fukuyama J, Ichikawa K, Hamano S, Shibata N. Tranilast suppresses the vascular intimal hyperplasia after balloon injury in rabbits fed on a high-cholesterol diet. Eur J Pharmacol 1996;318:327–32.

165. Miyazawa K, Fukuyama J, Misawa K, Hamano S, Ujiie A. Tranilast antagonizes angiotensin II and inhibits its biological effects in vascular smooth muscle cells. Atherosclerosis 1996;121:167–73.

166. Kikuchi S, Kikuchi S, Umemura K, Kondo K, Nakashima M. Tranilast suppresses intimal hyperplasia after photochemically induced endothelial injury in the rat. Eur J Pharmacol 1996;295:221–7.

167. Holmes DR Jr., Savage M, LaBlanche JM, et al. Results of Prevention of REStenosis with Tranilast and its Outcomes (PRESTO) trial. Circulation 2002;106:1243–50.

168. Lafont A, Faxon D. Why do animal models of post-angioplasty restenosis sometimes poorly predict the outcome of clinical trials? Cardiovasc Res 1998;39:50–9.

169. Coats WD Jr., Currier JW, Faxon DP. Remodeling and restenosis: insights from animal studies. Semin Interv Cardiol 1997;2:153–8.

170. Kaluza GL, Raizner AE, Mazur W, et al. Long-term effects of intracoronary beta-radiation in balloon- and stent-injured porcine coronary arteries. Circulation 2001;103:2108–13.

171. Maehara A, Mintz GS, Weissman NJ, et al. Late thrombosis after gamma-brachytherapy. Catheter Cardiovasc Interv 2003;58:455–8.

172. Bonvini R, Baumgartner I, Do do D, et al. Late acute thrombotic occlusion after endovascular brachytherapy and stenting of femoropopliteal arteries. J Am Coll Cardiol 2003;41:409–12.

173. Krotz F, Schiele TM, Zahler S, et al. Sustained platelet activation following intracoronary beta irradiation. Am J Cardiol 2002;90:1381–4.

174. Derntl M, Syeda B, Beran G, Schukro C, Denk S, Glogar D. Prevention of stent thrombosis following brachytherapy and implantation of drug-eluting stents. J Interv Cardiol 2002;15:477–83.

175. Liistro F, Stankovic G, Di Mario C, et al. First clinical experience with a paclitaxel derivate-eluting polymer stent system implantation for in-stent restenosis: immediate and long-term clinical and angiographic outcome. Circulation 2002;105:1883–6.

176. Drachman DE, Edelman ER, Seifert P, et al. Neointimal thickening after stent delivery of paclitaxel: change in composition and arrest of growth over six months. J Am Coll Cardiol 2000;36:2325–32.

177. Stone GW, Ellis SG, Cox DA, et al. A polymer-based, paclitaxel-eluting stent in patients with coronary artery disease. N Engl J Med 2004;350:221–31.

Downloaded from content.onlinejacc.org by on April 27, 2009

A2169

**Preclinical restenosis models and drug-eluting stents: Still important, still much to learn**

Robert S. Schwartz, Nicolas A. Chronos, and Renu Virmani
*J. Am. Coll. Cardiol.* 2004;44;1373-1385
doi:10.1016/j.jacc.2004.04.060

## This information is current as of April 27, 2009

| | |
|---|---|
| **Updated Information & Services** | including high-resolution figures, can be found at: http://content.onlinejacc.org/cgi/content/full/44/7/1373 |
| **References** | This article cites 175 articles, 72 of which you can access for free at: http://content.onlinejacc.org/cgi/content/full/44/7/1373#BIBL |
| **Citations** | This article has been cited by 25 HighWire-hosted articles: http://content.onlinejacc.org/cgi/content/full/44/7/1373#otherarticles |
| **Rights & Permissions** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at: http://content.onlinejacc.org/misc/permissions.dtl |
| **Reprints** | Information about ordering reprints can be found online: http://content.onlinejacc.org/misc/reprints.dtl |

Downloaded from content.onlinejacc.org by on April 27, 2009

A2170

2190

# Restenosis After Balloon Angioplasty
## A Practical Proliferative Model in Porcine Coronary Arteries

Robert S. Schwartz, MD, Joseph G. Murphy, MB, William D. Edwards, MD,

Allan R. Camrud, RN, Ronald E. Vlietstra, MB, BCh, and David R. Holmes, MD

A model of proliferative human restenosis was developed in domestic pigs by using deep injury to the coronary arterial media. Metal wire coils were delivered percutaneously to the coronary arteries of 11 pigs with an oversized, high-pressure (14 atm) balloon and were left in place for times ranging from 28 to 70 days. During placement, the balloon expanded the coils and delivered them securely within the arterial lumen. Light microscopic examination of the vessels confirmed fracture of the internal elastic lamina by the coil. An extensive proliferative response occurred in 10 of the 11 pigs and was associated with a luminal area narrowing of at least 50% in all but one pig. The histopathologic features of the proliferative response were identical to those observed in human cases of restenosis after angioplasty. Immunohistochemical studies confirmed the prominence of smooth muscle cells in the proliferative tissue. A similar response was obtained in two of five porcine coronary arteries in which balloon inflation only was performed, without coil implant. This model is practical and inexpensive and closely mimics the proliferative response of human restenosis both grossly and microscopically. Thus, it may be useful for understanding human restenosis and for testing therapies aimed at preventing restenosis after balloon angioplasty or other coronary interventional procedures. (*Circulation* 1990;82:2190–2200)

Despite the high initial success rate and widespread use of percutaneous transluminal coronary angioplasty (PTCA), restenosis appreciably limits the effectiveness of this valuable revascularization method.[1-5] Restenosis occurs in 25–45%[6,7] of all patients within 6 months, and attempts to pharmacologically prevent or reduce it using antiplatelet agents,[8,9] anticoagulants,[9] corticosteroids,[10] and calcium channel blockers[11,12] have been unsuccessful. Mixed results have been reported with oral fish oil therapy[13,14] and aggressive lipid reduction.[15,16]

Lack of a practical animal restenosis model has limited the ability to investigate potential therapies. If such a model were available, it might have the additional benefit of yielding insight into the mechanisms of the restenosis process itself. This report describes an experimental animal model of human coronary restenosis developed in domestic swine that accurately mimics the proliferative component of human restenosis and is practical as well as inexpensive.

## Methods

### Animals

All studies were carried out with the approval of and with adherence to the guidelines of the Mayo Clinic animal care committee.

The coronary arteries of domestic crossbred pigs (*Sus scrofa*) are comparable with those of humans in morphology and microscopic structure. This animal was thus chosen as one in which the coronary vessels might respond to injury similarly to the coronary vessels of humans. The carotid arteries of this animal have been studied previously[17] as a model for the effects of balloon dilation.

Juvenile pigs (20–30 kg) were obtained from local farmers and fed a standard laboratory chow diet without lipid or cholesterol supplementation throughout the study.

### Coil Configuration

The coil configuration that was used to produce vessel injury in this model was as follows. A length of wire (0.005-in. tantalum or stainless steel) was formed into a to-and-fro pattern so as to remain in a single plane. This structure was then wrapped about the surface of a cylinder-forming mandril either longitudinally or in a serially helical pattern. The diameter of the mandril was comparable with that of an expanded PTCA balloon (3.0 mm). The coil

From the Division of Cardiovascular Diseases and Internal Medicine and the Division of Pathology, Mayo Graduate School of Medicine, Mayo Clinic and Foundation, Rochester, Minn.

Supported by a grant from Medtronic, Inc.

Address for reprints: Robert S. Schwartz, MD, Division of Cardiovascular Diseases, W-16B, Mayo Clinic, Rochester, MN 55905.

Received February 14, 1990; revision accepted July 24, 1990.

structure was then gradually compressed into smaller and smaller diameters and finally crimped on a fully deflated balloon (roughly 1.4 mm in diameter). The resulting three-dimensional configuration causes multiple wires to be present in a given section perpendicular to the vessel long axis.

Inflation of the balloon resulted in expansion of the coil to full balloon diameter. This configuration and expansion mechanism are similar to several balloon-expandable intracoronary stent designs, although use of the device to produce the model requires intentional arterial damage inflicted on the vessel wall through gross oversizing.

*Procedure*

All pigs underwent intramuscular injection of 12 mg/kg ketamine and 8 mg/kg xylazine for anesthesia. They were placed supine, and the ventral neck region was infiltrated with 1% xylocaine (total dose, 10 ml) for local anesthesia. Continuous electrocardiographic monitoring was performed. The right external carotid artery was exposed, and an 8F arterial sheath was placed. Heparin (5,000 units) was administered intravenously as a bolus.

The PTCA balloons (3.0 mm) and metallic wire wrap were inflated such that the balloon would deposit the coil securely in place within a coronary artery. The balloon size (3.0 mm) was substantially larger than these pig coronary arteries, which are typically 1.5–2.5 mm in diameter.

The left main or right coronary artery was engaged using standard techniques with an 8F PTCA guide catheter under fluoroscopic visualization. To engage the left main coronary artery from either carotid artery, a standard right Judkins JR4 curve was used. Conversely, to engage the right coronary artery, a standard left JL4 curve was used. Thus, the left/right engagement methods are reversed from those used in the human femoral artery approach. The balloon/metallic device was advanced into either the left anterior descending, circumflex, or right coronary artery over a 0.014-in. PTCA guide wire. The balloon was inflated once to high pressure (14 atm), deflated, and removed. Another bolus of heparin (5,000 units) was then administered. Fluoroscopy and selective contrast injection confirmed both vessel patency and coil location. Repeat angiography was performed within 15 minutes to confirm vessel patency. The carotid vessel was repaired, using standard techniques, or ligated, and the neck wound was closed with interrupted sutures. The pigs were returned to quarters and closely observed. No antiplatelet agent was used at any time, and no additional heparin was given.

To determine the response of the coronary vessels to oversized, hyperbaric balloon inflation only (without coil implant), the procedure was performed identically except that a PTCA balloon was used without a metallic coil mounted on it. This latter procedure was performed in five pigs. An additional three pigs underwent coil implantation in which the coil was matched more closely to the vessel diameter, in an effort to establish the fact that oversizing the coil is an essential part in the production of medial injury and vessel response.

*Histopathology*

Pigs were killed at times from 28 to 70 days by using intravenous barbiturate and KCl. Two pigs died spontaneously at 9 and 11 days after coil implant. All hearts were removed immediately after death and perfusion-fixed at 100 mm Hg for 24 hours with 10% neutral buffered formalin. Those coronary artery segments containing the metal coils were easily identified externally.

These segments were carefully removed from the heart with at least 1 cm of normal vessel proximal and distal to the coil. Gross sectioning of the fixed vessels was performed at 2-mm increments perpendicular to the vessel axis. Coils were left in place, and cutting was done with sharp, hardened scissors. Individual coil wires were cut first, followed by the arterial tissue. This method resulted in minimal vessel size and shape distortion before embedding in standard paraffin block.

Each embedded arterial segment was cut and stained with hematoxylin-eosin and Lawson's elastic–van Gieson stains. Immunohistochemical stains including actin, desmin, and vimentin were performed on a subset of three pigs.

Each 2-mm histological section was examined to determine the site of maximal luminal narrowing for a given artery. The section with the most severe stenosis was used to measure the following parameters: major and minor axes of the native vessel lumen (measured from internal elastic lamina to internal elastic lamina across the largest and smallest diameters) and major and minor axes of the stenotic lumen (residual lumen diameters). Percent area stenosis was calculated assuming the lumen to be an ellipse (area$=\pi\times$major axis$\div2\times$minor axis$\div2$). Measurements were made microscopically using a calibrated eyepiece reticle.

All sections were examined by an experienced cardiac pathologist (W.D.E.) for comparison with human restenosis tissue in regard to cell type, architecture, and amount of ground substance. The human tissue for comparison was obtained previously from patients undergoing directional coronary atherectomy for the treatment of restenosis.

**Results**

*Coil Implantation*

Eleven pigs underwent successful coil implantation and survived chronically. During this same time period of successful implants, coil implantation attempts were made in an additional eight pigs, all of which died acutely (within 6 hours of implantation) for the following reasons: there were four anesthetic and procedural deaths and four deaths related to

TABLE 1.   Survival and Coil Characteristics in Coil-Implanted Pigs

| Animal number | Days survived | Coil material | Coil location |
|---|---|---|---|
| 1 | 67 | Tantalum | RCA |
| 2 | 53 | Stainless | LAD |
| 3 | 69 | Tantalum | RCA |
| 4 | 70 | Stainless | LAD |
| 5 | 69 | Stainless | LAD |
| 6 | 11* | Stainless | LAD |
| 7 | 57 | Tantalum | CX |
| 8 | 28 | Tantalum | CX |
| 9 | 28 | Stainless | LAD |
| 10 | 28 | Tantalum | CX |
| 11 | 9* | Tantalum | LAD |

RCA, right coronary artery; Stainless, stainless steel; LAD, left anterior descending coronary artery; CX, circumflex coronary artery.

*Spontaneous death; remaining animals were euthanized.

severe coronary artery injury by the coil itself. Overall survival was thus 11 of 19, or 58%.

All pigs had patent vessels, determined angiographically within 15 minutes of coil implantation. Two pigs died at 9 and 11 days, respectively, after coil implantation. At autopsy both of these pigs showed extensive proliferative neointimal tissue with severe stenosis of the vessel lumen. No acute thrombus was observed in either pig at the site of the coil-induced stenosis. Thus, it was assumed that these severe stenoses rendered each heart ischemic during normal activity and caused a fatal arrhythmia. In the pig heart, vulnerability to ischemic ventricular fibrillation is well known and presumably relates to a lack of collateral circulation.

The remaining nine pigs survived without complications or clinically apparent problems until death by euthanasia (Table 1). Light microscopy in all pigs revealed a proliferative neointimal response of varying magnitude. Figure 1 demonstrates gross stenosis caused by the proliferative neointima.

In all pigs, rupture of the internal elastic lamina by at least some of the metallic coil wires was evident, and the coil usually resided in the vessel media. Figure 2 shows a low-power photomicrograph of another stenotic segment. Rupture of the internal elastic lamina is evident, and the coil wires have been driven entirely through the vessel media. A thick neointima is present, causing significant luminal stenosis. Mild chronic inflammation was usually evident around each coil wire. No qualitative histopathologic differences were noted between the tantalum-implanted versus the stainless steel–implanted vessels.

A normal vessel just proximal to coil placement is shown for reference in Figure 3. Figure 4 is of particular interest because not all wires ruptured the internal elastic lamina. The greatest degree of proliferation resulted from the two coil wires that ruptured the internal elastic lamina, with neointima growing to confluence between them in the vessel lumen. On the contralateral side of the vessel, however, the lamina remained intact, media was not entered, and substantially less smooth muscle cell proliferation is seen. At the bottom portion of this section, normal media without any proliferation is seen. This is the segment with the greatest distance between coil wires.

Table 2 shows the stenotic and native lumen sizes and the resulting percent area stenosis. When examined under higher power, the histological characteristics of this proliferation are identical to those of tissue obtained from 38 humans who had angiographic restenosis after PTCA and underwent directional atherectomy with the Simpson atherectomy catheter. Figure 5 is a side-by-side high-power microscopic comparison of the pig proliferative tissue and a representative sample of human restenosis tissue. That these proliferative tissues (human and porcine) are virtually identical is evident in terms of cellular appearance, cell density, and amount of intercellular ground substance. Immunohistochemical stains (actin, desmin, and vimentin) in the porcine tissue showed that these proliferative



FIGURE 1.   *Gross photograph of luminal compromise resulting from the metallic coil placement. These cut sections were taken from the same left anterior descending coronary artery, within 3 mm of each other. The implantation of coil wires is shown in the proliferative section (arrows, right), while a normal appearing vessel is seen where there were no coil wires (left). The proliferation induced by the injury nearly obliterated the lumen of this vessel, resulting in a severe stenosis.*

A2173



FIGURE 2.   *Photomicrographic section shows gross neointimal proliferation causing a significant stenosis. Elastic–van Gieson stain was used. The gross proliferation and luminal compromise by neointima is obvious. Also, destruction of the internal elastic lamina by the coil wires is easily seen. L, lumen; NI, neointima; M, media; ∗, holes from coil wires. Magnification, ×30.*

cells were of smooth muscle origin, evidenced by the strong presence of actin and vimentin and significantly less desmin.

### Balloon Inflation Only

Five additional pigs underwent oversized, overpressured balloon inflation only, without coil implantation. Table 3 shows results from this series. Three of these five pigs had a proliferative response to deep medial injury although the percent stenosis was somewhat less in two. In one pig, there was complete occlusion, but this was from acute thrombosis and, in retrospect, represented excessively severe oversizing of the balloon to the vessel (a small diagonal artery). The remaining two pigs had little or no proliferation seen. Figure 6 depicts one of the two vessels that underwent proliferation and moderate luminal obstruction.

### Coil Implantation, Not Oversized

The three pigs with coil implantation in which coil size was closely matched to vessel size did not exhibit appreciable proliferation. Figure 7 shows the minimal amount of neointimal proliferation in a representative animal from this group.

## Discussion

Efforts to reduce or eliminate restenosis after PTCA have largely been unsuccessful. These efforts have been hampered by a lack of knowledge regarding the pathophysiological mechanisms of human restenosis and the lack of an accurate animal restenosis model with substantial proliferation. Histopathologic observation of restenotic tissue from living patients has become readily available with the advent of directional atherectomy.[18] Given this information, there is considerable interest in identification of an animal model similar to human restenosis.

### Other Animal Models

Previous angioplasty animal models have not addressed the proliferative aspects of restenosis directly, concentrating instead on the atheromatous nature of the lesions.[19,20] The model described by Sanborn et al[21] has been frequently used. In this model, rabbits fed atherogenic diets have serum cholesterol levels frequently exceeding 1,000 mg%. The resulting atheromatous lesions of the aorta, iliac, and femoral vessels contain many foam cells in addition to intimal thickening. Although balloon denudation of endothelium increases proliferation,



FIGURE 3. *Normal section of coronary artery taken adjacent to a segment with coil placement. The internal elastic lamina remains intact, and no significant proliferation is seen. Elastic–van Gieson stain was used. Magnification, ×30.*

many foam cells are present in contrast to those found in human restenosis. Another model of restenosis in pig carotid arteries involves endothelial denudation with neointimal proliferation. In this model, however, significant proliferative stenoses are not produced unless caused by an occluding, organized thrombus.[17] The carotid or iliac arteries of these models are elastic vessels, as opposed to the coronary arteries (muscular arteries), which contain proportionally more smooth muscle. These noncoronary vessels may thus be less suitable for a coronary artery restenosis model since smooth muscle proliferation is likely a major factor in the genesis of restenosis. The current model results in obstructive lesions histopathologically identical to the proliferative component of human restenosis, in contrast to prior models.

### Medial Injury and Restenosis

This model mimics the injury induced by PTCA by causing extensive deep medial injury. Oversizing the balloon for the target vessel results in severe elevations of vessel wall tension. This is followed by chronic tension in the medial smooth muscle due to the presence of the wire coil. Some degree of foreign body irritation also likely results from the wire coil itself. The small diameter wire on the surface of the balloon

results in extreme shear stresses from the small radius of curvature of the wire. Many wires thus penetrate the internal elastic lamina into media rather than simply circumferentially distending the vessel.

Figure 4 strongly suggests that extensive smooth muscle proliferation is a response to rupture of the internal elastic lamina and consequent medial injury. Rupture of the internal elastic lamina during PTCA, medial laceration, and subsequent restenosis have been documented[22-24] in humans. Mechanical medial injury is a known factor in generating a proliferative response.[25] It is evident that simple overdistension of the vessel wall alone, without medial injury, does not produce the intense proliferation in this model, since portions of the vessel media that were stretched but not penetrated by wire exhibit mild or no proliferation whatsoever. This model suggests that lacerations or splits of normal media may contribute substantially to the genesis of restenosis.

That a proliferative response was elicited by inflating an oversized balloon suggests that the method of medial injury may not be as important as the injury itself. In the pigs that underwent balloon inflation only, the proliferation was produced less reliably. This reliability factor might be improved with further study, but at present the coil injury method appears preferable.

A2175



FIGURE 4. *Microscopic section (low power) in a case in which, fortuitously, not all coil wires penetrated into the vessel media. In this section, the two coils farthest left penetrated the media (arrows) and resulted in substantial proliferation. Conversely, the top and farthest right two wires did not penetrate the media, and less proliferation resulted. A short segment of vessel media at the lowermost portion of the figure is entirely normal, without any proliferation, although this segment was stretched by the balloon. This normal appearing segment has the farthest distance between any coil wires. Elastic–van Gieson stain was used. L, lumen; M, media; ∗, holes from coil wires. Magnification, ×30.*

Closely matching the coil/balloon size to vessel size resulted in minimal proliferation, consistent with the concept that proliferation is proportional to degree of injury. Furthermore, it suggests that the vessel injury resulting from the coil rather than the coil itself is responsible for the proliferation. This obser-

TABLE 2.  Luminal Compromise Data in Coil-Implanted Pigs

| Animal number | Area stenosis (%) | Native lumen | | | Stenotic lumen | | |
|---|---|---|---|---|---|---|---|
| | | Diameter (mm) | | Area (mm²) | Diameter (mm) | | Area (mm²) |
| | | Major | Minor | | Major | Minor | |
| 1 | 75 | 1.74 | 1.71 | 2.34 | 0.99 | 0.75 | 0.58 |
| 2 | 70 | 2.94 | 2.85 | 6.58 | 1.65 | 1.53 | 1.98 |
| 3 | 18 | 2.19 | 1.62 | 2.78 | 1.98 | 1.47 | 2.29 |
| 4 | 86 | 2.34 | 1.38 | 2.54 | 0.87 | 0.51 | 0.35 |
| 5 | 50 | 2.70 | 2.52 | 5.35 | 2.43 | 1.41 | 2.69 |
| 6 | 72 | 1.35 | 1.08 | 1.15 | 0.75 | 0.54 | 0.32 |
| 7 | 94 | 1.89 | 1.44 | 2.09 | 0.45 | 0.36 | 0.13 |
| 8 | 50 | 1.95 | 1.74 | 2.67 | 1.32 | 1.29 | 1.34 |
| 9 | 99 | 3.36 | 2.67 | 7.05 | 0.09 | 0.06 | 0.005 |
| 10 | 99 | 2.46 | 2.01 | 3.88 | 0.30 | 0.18 | 0.04 |
| 11 | 95 | 2.40 | 2.13 | 4.01 | 1.41 | 0.84 | 0.21 |

Percent area stenosis=$100\times[1.00-($stenotic area$\div$native vessel area$)]=100\times\{1.00-[(\pi\times$stenotic major axis$\times$stenotic minor axis$\div4)\div(\pi\times$native major axis$\times$native minor axis$\div4)]\}$.
Vessel area=$\pi\times$major axis$\div2\times$minor axis$\div2$.



FIGURE 5.  *High power side-by-side comparison of a representative sample of human restenosis (left panel) and tissue from the porcine restenosis model (right panel). The character of cells and proportion of ground substance is identical. Hematoxylin-eosin stain was used. Magnification, ×300.*

vation implies that the invasive cardiologist should strive to minimize vessel injury when performing PTCA or other interventional procedures.

### Role of Lipids in Restenosis

In contrast to primary atheromatous lesions, the human restenotic lesion consists of a vigorous proliferation of smooth muscle cells that have likely migrated from damaged media into the lumen as part of the reparative process. The proliferative nature of the restenotic lesion thus differs distinctly from the original atherosclerotic disease. The time course of restenosis is appreciably shorter,[26] also suggesting a different mechanism.

No atherogenic diet was fed to the pigs in the present study. The production of histology resembling proliferative restenotic morphology without hyperlipidemia also supports the concept that restenosis is a process independent from atherosclerosis. Hyperlipidemia might intensify the observed proliferative response, a possibility not tested in this study. Although the proliferative effects might have been promoted further with a high cholesterol diet, hyperlipidemia is clearly not a necessary condition for production of the proliferative response in this model.

### Foreign Body Response

Stainless steel and tantalum are relatively biologically inert materials. However, both materials stimulated restenoticlike neointima in this model. This may be from the chronic, severe mechanical tension placed on the vessel due to the oversized coil expansion, from a foreign body reaction, or from both. Since only a minimal amount of chronic inflammation was observed in this model, it is likely that inflammation was a lesser factor in stimulating proliferation. This is consistent with the fact that a proliferative response was also produced in pigs that underwent balloon inflation only, with no coil present. That there were no apparent histopathologic differences between the tantalum and stainless-steel coils supports the concept that injury from the coils, and not the coil material itself, caused the proliferation.

### Platelets and Thrombus

The role of platelets and thrombus is not well defined in the current model. In the hyperlipidemic rabbit iliac artery, a statistically significant reduction in restenosis was found when antiplatelet agents were used after balloon dilation of a stenotic segment.[27] Platelet deposition and release of growth

A2177



FIGURE 6.   *Representative section from one pig that underwent inflation only, without coil implant. Note the proliferative neointima, not as obstructive as in those vessels injured by the coil method. Elastic–van Gieson stain was used. L, lumen; NI, neointima; M, media. Magnification, ×30.*

factors may play a role in the genesis of this model; it was for this reason that no antiplatelet agents were used at any time in this study. Platelet deposition and thrombus at the site of medial injury and on the coil itself would be expected in this model. This deposition could be a factor responsible for the proliferation of smooth muscle cells.[28,29] Prior reports[17] suggest that endothelial regrowth protects against platelet-thrombus deposition. Therefore, it is possible that the initial days after angioplasty when endothelium and neointima are forming may be critical in the genesis of the

proliferative response. Aspirin pretreatment of these pigs before and after coil implant might have diminished the proliferative response.

In the current model, the foreign body coil may have slowed endothelial regrowth. Thus, there might have been longer exposure of media to blood elements that increased the amount of platelet deposition, thrombus, and consequent cellular proliferation. Acute studies in this model should be examined to establish the degree of thrombus and platelet deposition at the site of vessel injury.

TABLE 3.   Luminal Compromise Data in Pigs That Underwent Balloon Inflation Only

| Animal number | Area stenosis (%) | Native lumen | | | Stenotic lumen | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Diameter (mm) | | Area (mm²) | Diameter (mm) | | Area (mm²) |
| | | Major | Minor | | Major | Minor | |
| 1 | 54 | 2.04 | 1.89 | 3.03 | 2.04 | 0.87 | 1.39 |
| 2 | 29 | 3.09 | 1.68 | 4.08 | 3.09 | 1.20 | 2.91 |
| 3 | 100* | 3.15 | 1.29 | 3.19 | 0.00 | 0.00 | 0.00 |
| 4 | 0 | 3.21 | 2.28 | 5.74 | ... | ... | ... |
| 5 | 0 | 2.94 | 2.19 | 5.05 | ... | ... | ... |

Percent area stenosis=100×[1.00−(stenotic area÷native vessel area)]≈100×{1.00−[(π×stenotic major axis×stenotic minor axis÷4)÷(π×native major axis×native minor axis÷4)]}.
Vessel area=π×major axis÷2×minor axis÷2.
*Thrombotic occlusion.

A2178



FIGURE 7.    *Section from one pig in which the coil was sized more appropriately to the vessel lumen (right coronary artery). The proliferative neointima is comparatively thin and not as obstructive as in those vessels severely injured by the coil method. Elastic–van Gieson stain was used. L, lumen; M, media; NI, neointima; *, holes from wire coils. Magnification, ×30.*

### Implications for Coronary Artery Stents

The analogy between the metallic coil implanted in this model to generate restenosis and the current generation of self-expanding[30] or balloon-expandable metallic stents intended to prevent restenosis is obvious.[31,32] The proliferative response in this pig model resulted from intentional, severe oversizing and overinflating the balloon on which the coil was mounted. The intent in this model was to injure media to stimulate a vigorous healing response. Neointimal tissue covering stents in experimental animal stent placement is likely a mild foreign body response but has never been shown to proliferate as severely as noted in this model. Experimental stents have been placed in normal animal vessels, quite different from freshly dilated atherosclerotic human vessels. Restenosis data from human studies with stents are inconclusive, although restenosis despite stenting has been documented with varying incidence.

Nevertheless, there may be important clinical lessons from the induction of substantial proliferation with this coil-injury model. Vessels to be stented should be dilated first by a balloon alone, rather than by using the stent/balloon combination as a primary dilation device. This should be done to minimize damage to the vessel from the extreme shear forces generated at stent wire sites that occur with the stent/balloon catheter combination. If perforation of the internal elastic lamina is indeed responsible for increasing the proliferative response, predilation using a balloon alone should help eliminate further damage to the lamina at stent wire sites.

Although there has been recent speculation that different stent designs might result in lower restenosis rates, this principle has never been scientifically tested either in animal models or in human clinical trials. The current study did not address this principle. The coil configuration was flexible, and a wire size was used similar to that in clinically implanted stents. It is safe to assume that vessel damage from deep medial injury after rupture of the internal elastic lamina resulted in the majority of proliferations in this model since proliferation from nonpenetrating wires was not as severe as when media was injured. Thus, sizing and deployment may be as important as specific stent design and configuration. Designs that are stiff, significantly altering the three-dimensional vessel course, might result in chronic forces that could result in increased vessel damage.

These considerations are appreciably altered in the case of stent placement in an atherosclerotic lesion that has undergone dilation. The primary

A2179

reason for stenting is optimizing and maintaining vessel lumen, in opposition to smooth muscle proliferation induced by the stent. These are opposing forces for which an optimum balance must be sought. Extremes on either end may result in less favorable luminal results. It is possible that this model could be used to study some of these factors, especially with regard to optimal stent sizing. Different coil designs might also be tested for relative efficacy at maintaining lumen as a tradeoff against smooth muscle cell stretch and damage.

## Conclusion

This porcine model for the proliferative component of human restenosis is accurate and simple and develops in a short period of time. Whereas the model may differ from human restenosis in its mechanism of production, the gross and histopathologic results appear identical to those found in human restenosis. Therapies aimed at reducing the occurrence of restenosis might thus be easily evaluated using this model.

## Acknowledgments

The authors wish to thank Messrs. Rod Wolff and Vince Hull of Medtronic, Inc., for their expert technical help in this project.

## References

1. Meier B, King SB, Gruentzig AR: Repeat coronary angioplasty. *J Am Coll Cardiol* 1984;4:463–466
2. Kent KM: Restenosis after percutaneous transluminal coronary angioplasty. *Am J Cardiol* 1988;61:67G–70G
3. Black AJR, Anderson V, Roubin GS, Powelson SW, Douglas JR Jr, King SB III: Repeat coronary angioplasty: Correlates of a second restenosis. *J Am Coll Cardiol* 1988;11:714–718
4. Holmes DR, Vlietstra RE, Smith HC, Vetrovec GW, Kent KM, Cowley MJ, Faxon DP, Gruentzig AR, Kelsey SF, Detre KM, Van-Raden M, Mock MB: Restenosis after percutaneous transluminal coronary angioplasty (PTCA): A report from the PTCA registry of the National Heart, Lung, and Blood Institute. *Am J Cardiol* 1984;53:77C–81C
5. Disciascio G, Cowley MJ, Vetrovec GW: Angiographic patterns of restenosis after angioplasty of multiple coronary arteries. *Am J Cardiol* 1986;58:922–925
6. Roubin GS, Douglas JS Jr, King SB III, Lin S, Hutchinson N, Thomas RG, Gruentizig AR: Influence of balloon size on initial success, acute complications, and restenosis after percutaneous transluminal coronary angioplasty: A prospective randomized study. *Circulation* 1988;78:557–565
7. Mabin TA, Holmes DR, Smith HC, Vlietstra RE, Reeder GS, Bresnahan JF, Bove AA, Hammes LN, Eleveback LR, Orzulak TA: Followup clinical results in patients undergoing percutaneous transluminal coronary angioplasty. *Circulation* 1985; 71:754–760
8. Harker LA: Role of platelets and thrombosis in mechanisms of acute occlusion and restenosis after angioplasty. *Am J Cardiol* 1987;60:21B–28B
9. Thornton MA, Gruentzig AR, Hollman J, King SB III, Douglas JS: Coumadin and aspirin in prevention of recurrence after transluminal coronary angioplasty: A randomized study. *Circulation* 1984;69:721–727
10. MacDonald RG, Panush RS, Pepine CJ: Rationale for use of glucocorticoids in modification of restenosis after percutaneous transluminal coronary angioplasty. *Am J Cardiol* 1987;60: 56B–60B
11. Corcos T, David PR, Bal PG, Renkin J, Dangoisse V, Rapold HG, Bourassa MG: Failure of diltiazem to prevent restenosis

after percutaneous transluminal coronary angioplasty. *Am Heart J* 1985;109:926–931
12. Whitworth HB, Roubin GS, Hollman J, Meier B, Leimgruber PP, Douglas JS Jr, King SB III, Gruentzig AR: Effect of nifedipine on recurrent stenosis after percutaneous transluminal coronary angioplasty. *J Am Coll Cardiol* 1986;8: 1271–1276
13. Dehmer GJ, Popma JJ, van den Berg EK, Eichhorn EJ, Prewitt JB, Campbell WB, Jennings L, Willerson JT, Schmitz JM: Reduction in the rate of early restenosis after coronary angioplasty by a diet supplemented with n-3 fatty acids. *N Engl J Med* 1988;319:733–740
14. Reis GJ, Boucher TM, Sipperly ME, Silverman DI, McCabe CH. Baim DS, Sacks FM, Grossman W, Pasternak RC: Randomised trial of fish oil for prevention of restenosis after coronary angioplasty. *Lancet* 1989;2:177–181.
15. Hollman J, Konrad K, Raymond R, Whitlow P, Michalak M, Van Lente F: Lipid lowering for the prevention of recurrent stenosis following coronary angioplasty (abstract). *Circulation* 1989;80(suppl II):II-65
16. Sahni R, Maniet AR, Gerardo V, Banka VS: Prevention of restenosis by lovastatin (abstract). *Circulation* 1989;80(suppl II): II-65
17. Steele PM, Chesebro JH, Stanson AW, Holmes DR Jr, Dewanjee MK, Badimon L, Fuster V: Balloon angioplasty: Natural history of the pathophysiological response to injury in a pig model. *Circ Res* 1985;57:105–112
18. Garrett KN, Edwards WD, Kaufmann UP, Vlietstra RE, Holmes DR: Differential histopathology of primary atherosclerotic and restenotic lesions from coronary arteries and saphenous vein bypass grafts in tissue obtained from 73 patients by percutaneous atherectomy. *J Am Coll Cardiol* (in press)
19. LeVeen RF, Wolf GL, Villanueva TF: New rabbit atherosclerotic model for the investigation of transluminal angioplasty. *Invest Radiol* 1982;17:470–475
20. Kritchevsky D, Tepper SA, Kim HK, Story JA, Vesselinovitch D, Wissler RW: Experimental atherosclerosis in rabbits fed cholesterol-free diets: 3. Comparison of peanut, corn, butter, and coconut oils. *Exp Mol Pathol* 1976;24:375–391
21. Sanborn TA, Faxon DP, Haudenschild C, Gottschalk SB, Ryan TJ: The mechanism of transluminal angioplasty. Evidence for formation of aneurysms in experimental atherosclerosis. *Circulation* 1983;78:654–660
22. Essed CD, Brand MVD, Becker AE: Transluminal coronary angioplasty and early stenosis. *Br Heart J* 1983;49:393–396
23. Waller BF: Morphologic correlates of coronary angiographic patterns at the site of percutaneous transluminal coronary angioplasty. *Clin Cardiol* 1988;11:817–822
24. Waller BF: Pathology of transluminal balloon angioplasty used in the treatment of coronary heart disease. *Hum Pathol* 1987;18:476–484
25. Gravanis MB, Roubin GS: Histopathologic phenomena at the site of percutaneous transluminal coronary angioplasty: The problem of restenosis. *Hum Pathol* 1989;20:477–485
26. Nobuyoshi M, Kimura T, Nosaka H, Mioka S, Ueno K, Yokoi H, Hamasaki N, Horiuchi H, Ohishi H: Restenosis after successful percutaneous transluminal coronary angioplasty: Serial angiographic follow-up of 229 patients *J Am Coll Cardiol* 1988;12:616–623
27. Faxon DP, Sanborn TA, Haudenschild CC Ryan TJ: Effect of antiplatelet therapy on restenosis after experimental angioplasty. *Am J Cardiol* 1984;53:72C–76C
28. Lam JYT, Chesebro JH, Steele PM, Dewanjee MK, Badimon L, Fuster V: Deep arterial injury during experimental angioplasty: Relationship to a positive indium-111 labeled platelet scintigram, quantitative platelet deposition and mural thrombus. *J Am Coll Cardiol* 1986;8:1380–1386
29. Liu MW, Roubin GS, King SB III: Restenosis after coronary angioplasty: Potential biologic determinants and role of intimal hyperplasia. *Circulation* 1989;79:1373–1387
30. Sigwart U, Puel J, Mirkovitch V, Joffre F, Kappenberger L: Intravascular stents to prevent occlusion and restenosis after transluminal angioplasty. *N Engl J Med* 1987;316:701–706

31. Roubin GS, Robinson KA, King SB III, Gianturco C, Black AJ, Brown JE, Siegel RJ, Douglas JS Jr: Early and late results of intracoronary arterial stenting after coronary angioplasty in dogs. *Circulation* 1987;76:891–896
32. Puel J, Juilliere Y, Bertrand ME, Rickards AF, Sigwart U, Serruys PW: Early and late assessment of stenosis geometry after coronary arterial stenting. *Am J Cardiol* 1988;61:546–553

KEY WORDS • angioplasty • restenoses • coronary artery disease

A2181