Ser
R11
N54
0028-4793
v. 333
no. 12
Septembe
r 21,
1995

CISTI/ICIST NRC/CNRC
Main Ser
0028-4793
Received on: 09-26-95
The New England journal of
medicine

The New England journal of m
Saxon Stacks M-55
T.O.C. Stacks M-55

acts in the
ertising
sions





# New England Journal of Medicine

Established in 1812 as The NEW ENGLAND JOURNAL OF MEDICINE AND SURGERY

VOLUME 333       SEPTEMBER 21, 1995       NUMBER 12

## Original Articles

A Clinical Trial of Active Management of Labor .......... 745
F.D. FRIGOLETTO, JR., AND OTHERS

Race, Sex, Drug Use, and Progression of Human Immunodeficiency Virus Disease .......... 751
R.E. CHAISSON, J.C. KERULY, AND R.D. MOORE

A Comparison of Hirudin with Heparin in the Prevention of Restenosis after Coronary Angioplasty .......... 757
P.W. SERRUYS AND OTHERS

Treatment with Bivalirudin (Hirulog) as Compared with Heparin during Coronary Angioplasty for Unstable or Postinfarction Angina .......... 764
J.A. BITTL AND OTHERS

Virologic Characteristics of Subclinical and Symptomatic Genital Herpes Infections .. 770
A. WALD, J. ZEH, S. SELKE, R.L. ASHLEY, AND L. COREY

## Images in Clinical Medicine

Castleman's Disease .......... 776
J.Z. SICKEL

## Special Article

Disability Income, Cocaine Use, and Repeated Hospitalization among Schizophrenic Cocaine Abusers — A Government-Sponsored Revolving Door? .......... 777
A. SHANER AND OTHERS

## Case Records of the Massachusetts General Hospital

A 65-Year-Old Man with Mediastinal Hodgkin's Disease and a Pelvic Mass .......... 784
D.P. SCHENKEIN AND E. AHMED

## Editorials

A Partisan Assault on Science — The Threat to the CDC .......... 793
J.P. KASSIRER

When Disability Benefits Make Patients Sicker .......... 794
S.L. SATEL

## Correspondence

Herpes-Like DNA Sequences, AIDS-Related Tumors, and Castleman's Disease .......... 797
Periorbital Edema in Kaposi's Sarcoma .......... 799
Rapid Genotyping of Hepatitis C Virus .......... 800
Adverse Reproductive Outcomes and Young Maternal Age .......... 800
Prevention and Treatment of the Complications of Diabetes Mellitus .......... 802
Hydroxyurea in Essential Thrombocytosis .......... 802
Arsenic and Mercury in Traditional Chinese Herbal Balls .......... 803

## Occasional Notes

Do-Not-Resuscitate Orders at a Teaching Hospital in Japan .......... 805
A. FUKAURA, H. TAZAWA, H. NAKAJIMA, AND M. ADACHI

Book Reviews .......... 808

Notices .......... 810

## Correction

Prevention and Treatment of the Complications of Diabetes Mellitus .......... 810

## Special Report

Shattuck Lecture — Biomedical Research Enters the Steady State .......... 811
H. VARMUS

Information for Authors .......... 816

Owned, Published, and ©Copyrighted, 1995, by the Massachusetts Medical Society

Canadian edition printed in Canada by Web Offset Publications, Pickering, Ontario, and published by the Massachusetts Medical Society, 1440 Main Street, Waltham, MA 02154-1649, USA. Canadian Publications Mail Agreement No. 95573. Post-paid at Toronto, ON. ISSN 0028-4793. Please send address corrections to NEJM, 1800 Ironstone Manor, Pickering, ON L1W 3J9.

# A COMPARISON OF HIRUDIN WITH HEPARIN IN THE PREVENTION OF RESTENOSIS AFTER CORONARY ANGIOPLASTY

Patrick W. Serruys, M.D., Ph.D., Jean-Paul R. Herrman, M.D., Rudiger Simon, M.D.,
Wolfgang Rutsch, M.D., Christoph Bode, M.D., Gert-Jan Laarman, M.D., Ph.D.,
Rene van Dijk, M.D., Arjan A. van den Bos, M.D., Victor A.W.M. Umans, M.D., Ph.D.,
Keith A.A. Fox, M.D., Philip Close, M.D., and Jaap W. Deckers, M.D., Ph.D.,
for the Helvetica Investigators*

**Abstract**  *Background.*  The likelihood of restenosis is a major limitation of coronary angioplasty. We studied whether hirudin, a highly selective inhibitor of thrombin with irreversible effects, would prevent restenosis after angioplasty. We compared two regimens of recombinant hirudin with heparin.

*Methods.*  We randomly assigned 1141 patients with unstable angina who were scheduled for angioplasty to receive one of three treatments: (1) a bolus dose of 10,000 IU of heparin followed by an intravenous infusion of heparin for 24 hours and subcutaneous placebo twice daily for three days (382 patients), (2) a bolus dose of 40 mg of hirudin followed by an intravenous infusion of hirudin for 24 hours and subcutaneous placebo twice daily for three days (381 patients), or (3) the same hirudin regimen except that 40 mg of hirudin was given subcutaneously instead of placebo twice daily for three days (378 patients). The primary end point was event-free survival at seven months. Other end points were early cardiac events (within 96 hours), bleeding and other complications of the study treatment, and angiographic measurements of coronary diameter at six months of follow-up.

*Results.*  At seven months, event-free survival was 67.3 percent in the group receiving heparin, 63.5 percent in the group receiving intravenous hirudin, and 68.0 percent in the group receiving both intravenous and subcutaneous hirudin (P=0.61). However, the administration of hirudin was associated with a significant reduction in early cardiac events, which occurred in 11.0, 7.9, and 5.6 percent of patients in the respective groups (combined relative risk with hirudin, 0.61; 95 percent confidence interval, 0.41 to 0.90; P=0.023). The mean minimal luminal diameters in the respective groups on follow-up angiography at six months were 1.54, 1.47, and 1.56 mm (P=0.08).

*Conclusions.*  Although significantly fewer early cardiac events occurred with hirudin than with heparin, hirudin had no apparent benefit with longer-term follow-up. (N Engl J Med 1995;333:757-63.)

PLATELET aggregation, the generation of thrombin, and the release of growth factors at the site of angioplasty have all been implicated in the process of restenosis.[1,2] Consequently, anticoagulants, antiplatelet agents, and specific antithrombin agents have been considered for the prevention of restenosis.[3] Thrombin is the most potent platelet activator known, stimulating the production of platelet-derived growth factor and the secretion of prostacyclin, platelet-activating factor, and plasminogen-activator inhibitor. Thrombin has apparent mitogenic effects on lymphocytes and vascular smooth-muscle cells.[4,5]

Hirudin, a 65-amino-acid compound originally extracted from the salivary gland of the leech, is a specific inhibitor of thrombin. The advantage of hirudin over other serine protease inhibitors is its potency in irreversibly blocking thrombin at multiple sites without the need for circulating antithrombin III.[6] Because of the small size of the hirudin molecule, this substance can inhibit clot-bound thrombin and restrict the further formation of thrombus.[7]

Hirudin has reduced the deposition of platelets after vascular injury in pigs[8] and lowered the rate of restenosis in hypercholesterolemic rabbits,[9] providing a rationale for its use in patients undergoing angioplasty. In this trial we evaluated whether the inhibition of thrombin with hirudin as compared with heparin improved event-free survival in patients undergoing coronary angioplasty.

## Methods

### Study Population

Patients with unstable angina and one or more clinically important new or restenotic coronary narrowings suitable for treatment with percutaneous transluminal coronary angioplasty were eligible for the study. From September 1992 through May 1993, 1154 patients from various institutions (listed in the Appendix) were randomized. All had unstable angina, as defined by the new onset of angina pectoris or the worsening of angina (i.e., their condition changed by two or more classes according to the classification system of the Canadian Cardiovascular Society[10] or they needed additional antianginal medication), angina at rest, or both in the preceding three months.[11] The criteria for exclusion from the study were stable angina, a planned multistage angioplasty procedure or stent implantation, myocardial infarction occurring within the preceding two weeks, hypertension, diabetic retinopathy, and body weight over 100 kg.

The study was conducted in accordance with the principles of the Declaration of Helsinki and its subsequent amendments and with the laws and regulations of the countries where the trial took place. Before randomization, each patient gave written informed consent.

### Antithrombin Regimens

The patients were randomly assigned in a double-blind fashion to receive recombinant hirudin (Revasc, Ciba-Geigy, Basel, Switzerland[12]) in one of two dose regimens or to receive unfractionated sodium heparin. The randomization was stratified according to whether heparin had been administered in the preceding 24 hours. Heparin therapy had to be discontinued at least 30 minutes before the start of treatment with the study medication.

The patients received one of the following three treatments: heparin (an intravenous bolus injection of 10,000 IU of heparin followed by a continuous intravenous infusion of 15 IU of heparin per kilogram

From the Academisch Ziekenhuis Dijkzigt, Rotterdam, the Netherlands (P.W.S., J-P.R.H., V.A.W.M.U.); the Medizinische Universitätsklinik, Kiel, Germany (R.S.); the Universitätsklinik Rudolf Virchow, Berlin, Germany (W.R.); the Medizinische Klinik III, Heidelberg, Germany (C.B.); the Onze Lieve Vrouwe Gasthuis, Amsterdam (G.-J.L.); the Academisch Ziekenhuis Groningen, Groningen, the Netherlands (R.D.); the Medisch Centrum de Klokkenberg, Breda, the Netherlands (A.A.B.); the Royal Infirmary, Edinburgh, United Kingdom (K.A.A.F.); Ciba-Geigy Ltd., Basel, Switzerland (P.C.); and Cardialysis B.V., Rotterdam, the Netherlands (J.W.D.). Address reprint requests to Dr. Serruys at the Thoraxcenter, Erasmus University, Rm. EE 2332, P.O. Box 1738, 3000 DR Rotterdam, the Netherlands.

*The institutions and investigators participating in the Helvetica trial are listed in the Appendix.

CORD086646

A2183

of body weight per hour for 24 hours, with placebo given subcutaneously twice daily for three consecutive days), intravenous hirudin (an intravenous bolus injection of 40 mg of hirudin followed by a continuous intravenous infusion of 0.2 mg of hirudin per kilogram per hour for 24 hours, with placebo given subcutaneously twice daily for three consecutive days), or intravenous and subcutaneous hirudin (an intravenous bolus injection of 40 mg of hirudin followed by a continuous intravenous infusion of 0.2 mg of hirudin per kilogram per hour for 24 hours, with 40 mg of hirudin given subcutaneously twice daily for three consecutive days). If the angioplasty lasted more than one hour, an additional bolus dose of 5000 IU of heparin could be administered at the option of the physician to the patients in the heparin group, or an equivalent amount of placebo could be given to the patients in the hirudin groups. The operators remained blinded to the results of clotting studies, and no adjustment of the rate of infusion of the study medication was allowed. A concomitant dose of aspirin (100 to 500 mg once daily) was given on the day of angioplasty, and this treatment was continued for at least 14 days.

### Criteria for Evaluation

#### Efficacy

The primary end point was event-free survival 30 weeks after angioplasty — that is, the absence of death, nonfatal myocardial infarction, coronary-artery bypass grafting or the use of a "bailout" procedure (e.g., stenting), or second angioplasty at previously dilated sites. Myocardial infarction was diagnosed on the basis of new Q waves (according to the Minnesota Code[12]) or an increase in the serum creatine kinase level to more than twice the upper limit of the normal range, with a concomitant increase in the MB fraction. If a stent was implanted electively after the initial angioplasty (i.e., not as part of a bailout procedure), the implantation was considered equivalent to a second angioplasty. Second angioplasty or bypass surgery needed to be preceded by typical anginal symptoms or, if there were atypical anginal symptoms, by electrocardiographic evidence of myocardial ischemia at rest or during exercise and an angiographically determined stenosis greater than 50 percent by visual inspection.

Secondary end points were as follows: any of a ranked series of clinical events that included death from cardiac causes, nonfatal myocardial infarction, coronary-artery bypass grafting (for the use of a bailout procedure), second angioplasty, and anginal status (according to the classification system of the Canadian Cardiovascular Society[13]) at the 30-week follow-up evaluation; the occurrence of any of these events within 96 hours after the start of the study medication; the minimal luminal diameter of the dilated sites as measured by quantitative coronary angiography at the 26-week follow-up evaluation; and any change in the minimal luminal diameter of dilated sites from immediately after angioplasty to follow-up angiography at 26 weeks.

#### Safety

Safety was evaluated with regard to bleeding and other complications. Bleeding was classified as major if it was overt and led to a decrease in the hemoglobin level by at least 2 g per deciliter; if it necessitated the transfusion of two or more units of whole blood or packed cells; or if it occurred intracranially, retroperitoneally, or at the site of a major joint.[14] Minor bleeding was defined as overt bleeding that did not meet these criteria.

### Angiography and Assessment of Coagulation

For each patient, coronary angiograms were obtained in a standardized fashion immediately before and immediately after angioplasty, and at the six-month follow-up evaluation. The angiograms were analyzed in a core laboratory with the Cardiovascular Angiography Analysis System.[15,16]

Blood samples for the measurement of coagulation were obtained at regular intervals before and after angioplasty. Blood samples for the determination of activated partial-thromboplastin times and levels of prothrombin fragments $F_{1+2}$ (a measure of the generation of thrombin) were obtained separately by atraumatic venipuncture and were analyzed in a central laboratory.

### Statistical Analysis

Outcomes were compared in an intention-to-treat analysis, which included all randomized patients in whom coronary angioplasty was attempted. Patients in whom no angioplasty was attempted (i.e., those whose indication for angioplasty changed or disappeared) were excluded from the analysis. A successful procedure was defined as one in which the stenosis was reduced by more than half; in the case of a failed recanalization of a total occlusion, the second lesion treated was considered to be the first lesion treated.

The distribution of event-free survival at 30 weeks was calculated according to the method of Kaplan and Meier, and distributions were compared by the Kruskal–Wallis test[17]; for patients with multiple events, the first event was considered. Event rates and rates of bleeding and other complications were compared by the chi-square test.

A linear logistic-regression analysis for ordered categories was performed for the ranked clinical outcomes, with pretreatment with heparin used as a covariate. The most severe event in each patient was considered in the analysis.

The minimal luminal diameters of the dilated sites 26 weeks after angioplasty were compared by analysis of variance, with the mean value for all sites used in cases of angioplasty at multiple sites. All reported P values are two-tailed. Whenever possible, estimates of the magnitude of the treatment effect are provided, with corresponding 95 percent confidence intervals. Relative risks are presented for the combined hirudin groups as compared with the heparin group.

## RESULTS

### Study Population

A total of 1154 patients were randomized. Of 5686 patients screened, 21 percent were ineligible because they had stable angina, 16 percent for reasons involving logistics, and 11 percent because they had had myocardial infarctions during the previous two weeks. The remaining screened patients (32 percent) were excluded for a wide variety of reasons. Thirteen patients

**Table 1. Base-Line Characteristics of the Study Patients According to Group Assignment.\***

| CHARACTERISTIC† | HEPARIN (N = 382) | INTRAVENOUS HIRUDIN (N = 381) | INTRAVENOUS AND SUBCUTANEOUS HIRUDIN (N = 378) |
|---|---|---|---|
| Male sex | 299 (78.3) | 300 (78.7) | 297 (78.6) |
| Age (yr) | 58.2±8.7 | 58.7±9.1 | 58.8±8.9 |
| Weight (kg) | 76.0±10.9 | 75.9±11.1 | 76.7±10.7 |
| Smoker | 104 (27.2) | 90 (23.6) | 84 (22.2) |
| Diabetes | 44 (11.5) | 42 (11.0) | 40 (10.6) |
| Previous MI | 148 (38.7) | 152 (39.9) | 154 (40.7) |
| Previous CABG | 10 (2.6) | 8 (2.1) | 20 (5.3) |
| Previous angioplasty | 69 (18.1) | 69 (18.1) | 64 (16.9) |
| Braunwald class | | | |
| I | 131 (34.3) | 146 (38.3) | 139 (36.8) |
| II | 163 (42.7) | 160 (42.0) | 166 (43.9) |
| III | 88 (23.0) | 75 (19.7) | 73 (19.3) |
| Exertional angina — CCS class | | | |
| 1 | 7 (1.8) | 10 (2.6) | 6 (1.6) |
| 2 | 82 (21.5) | 69 (18.1) | 85 (22.5) |
| 3 | 144 (37.7) | 163 (42.8) | 171 (45.2) |
| 4 | 102 (26.7) | 96 (25.2) | 89 (23.5) |
| IV heparin used at screening | 115 (30.1) | 110 (28.9) | 109 (28.8) |
| Lesions | | | |
| Total no. | 482 | 483 | 462 |
| Mean no. per patient | 1.26 | 1.27 | 1.22 |
| Location before angioplasty | | | |
| RCA | 148 (30.7) | 136 (28.2) | 139 (30.1) |
| LAD | 230 (47.7) | 238 (49.2) | 201 (54.5) |
| LCX | 104 (21.6) | 109 (22.6) | 121 (26.2) |
| LM | 0 | 0 | 1 (0.2) |

\*Plus–minus values are means ±SD. Except as noted, all other values are numbers of patients followed in parentheses by the percentage of the group.

†MI denotes myocardial infarction, CABG coronary-artery bypass graft surgery, CCS Canadian Cardiovascular Society, IV intravenous, RCA right coronary artery, LAD left anterior descending coronary artery, LCX left circumflex coronary artery, and LM left main coronary artery.

CORD086647

A2184



**Figure 1. Kaplan–Meier Distribution of Patients without Events in the Intention-to-Treat Analysis (N = 1141).**

The groups were compared by the Kruskal–Wallis test.

were not included in the intention-to-treat analysis because no angioplasty was attempted. Among the remaining 1141 patients in whom angioplasty was attempted, 382 were randomly assigned to heparin, 381 to intravenous hirudin, and 378 to intravenous and subcutaneous hirudin. Angioplasty was successful in 91.7 percent; and the results of angiographic follow-up were available for 86.4 percent. Clinical follow-up was complete for all but one patient.

The clinical and angiographic characteristics of the patients at base line are shown in Table 1. The characteristics of the three groups were similar. Almost one third of the patients received intravenous heparin before randomization because of the severity of their unstable angina.

**Efficacy**

Among the study patients, 125 patients assigned to heparin, 139 assigned to intravenous hirudin, and 121 assigned to intravenous and subcutaneous hirudin reached a primary end point. The distribution of patients free of events is shown in Figure 1. No significant

differences were observed among the treatment groups (P = 0.61 by the Kruskal–Wallis test), even after stratification according to pretreatment with heparin.

The incidence of clinical events and angina at 30 weeks is shown in Table 2, with no significant differences among the three groups (P = 0.61). An analysis of subgroups according to whether patients were pretreated with heparin yielded similar results.

The incidence of early events (those occurring in the first 96 hours after angioplasty) is also shown in Table 2. Forty-two patients assigned to heparin, 30 patients assigned to intravenous hirudin, and 21 patients assigned to intravenous and subcutaneous hirudin had such events (relative risk in the combined hirudin groups, 0.61; 95 percent confidence interval, 0.41 to 0.90; P = 0.023). Among the patients pretreated with heparin, there were 20, 7, and 7 events, respectively (combined relative risk with hirudin, 0.37; 95 percent confidence interval, 0.19 to 0.70; P = 0.007). Because these results suggested a particular benefit of hirudin in the most unstable patients (those with Braunwald class III angina), an additional analysis was performed of the 236 patients who had angina at rest during the 48 hours before randomization. The event rate among these patients was 21.6 percent in the heparin group, as compared with 5.3 percent among patients receiving intravenous hirudin and 12.3 percent among patients receiving intravenous and subcutaneous hirudin (combined relative risk with hirudin, 0.41; 95 percent confidence interval, 0.21 to 0.78; P = 0.006).

The imbalance in the number of deaths (Table 2) calls for a description of their exact causes. In the heparin group, three myocardial infarctions and one nonhemorrhagic cerebrovascular accident resulted in death. In the group receiving intravenous hirudin, there was one sudden death. In the group receiving intravenous and subcutaneous hirudin, five patients had fatal myocardial infarctions. In this group there were also two cerebrovascular accidents (one of which was hemorrhagic), one episode of cardiac tamponade, and one sudden death; one patient died of respiratory insufficiency, and one of wound infection and sepsis after bypass surgery.

Linear logistic-regression analysis of ordered categorical data revealed that pretreatment with heparin

**Table 2. Clinical Events in the First 96 Hours and the First 30 Weeks in the Intention-to-Treat Analysis.***

| EVENT | HEPARIN (N = 382) | | INTRAVENOUS HIRUDIN (N = 381) | | INTRAVENOUS AND SUBCUTANEOUS HIRUDIN (N = 378) | |
|---|---|---|---|---|---|---|
| | 96 HR | 30 WK | 96 HR | 30 WK | 96 HR | 30 WK |
| | *number (percent)* | | | | | |
| Death | 2 (0.5) | 4 (1.0) | 0 | 1 (0.3) | 0 | 11 (2.9) |
| Myocardial infarction | 16 (4.2) | 20 (5.2) | 13 (3.4) | 19 (5.0) | 9 (2.4) | 23 (6.1) |
| Coronary bypass surgery | 9 (2.4) | 21 (5.5) | 6 (1.6) | 21 (5.5) | 3 (0.8) | 25 (6.6) |
| Bailout procedure | 18 (4.7) | 18 (4.7) | 12 (3.1) | 12 (3.1) | 8 (2.1) | 8 (2.1) |
| Second angioplasty | 13 (3.4) | 91 (23.8) | 7 (1.8) | 109 (28.6) | 5 (1.3) | 93 (24.6) |
| Any event | 42 (11.0) | 125 (32.7) | 30 (7.9) | 139 (36.5) | 21 (5.6) | 121 (32.0) |
| Any exertional angina | — | 55 (14.4) | — | 71 (18.6) | — | 71 (18.8) |
| No events or symptoms | — | 202 (52.9) | — | 171 (44.9) | — | 186 (49.2) |

*At 96 hours, the combined relative risk in the hirudin groups as compared with the heparin group was 0.61 (95 percent confidence interval, 0.41 to 0.90; P = 0.023).

CORD086648

A2185

was significantly associated with worse clinical outcomes at seven months (P=0.03). The type of study medication did not influence outcome in this model.

Base-line angiographic measurements and gains in luminal diameter achieved by angioplasty were similar in the three groups (Table 3). The changes in minimal luminal diameter from immediately after angioplasty to follow-up were also similar (Fig. 2).

### Safety

The incidence of bleeding complications is shown in Table 4. No differences with respect to major or minor bleeding were observed among groups. There were three cerebrovascular accidents. One patient receiving intravenous and subcutaneous hirudin was readmitted to the hospital with hemiplegia 14 hours after the final subcutaneous injection; despite surgical evacuation of the intracerebral hematoma causing the condition, the patient died six days after the start of the study treatment. Two intracerebral thrombotic events were observed. One patient (receiving intravenous and subcutaneous hirudin), who presented with symptoms of neurologic deficit one day after discharge from the hospital and who had multiple brain infarctions on computed axial tomography, died five days after the start of the study treatment. Another patient (in the heparin group) presented with massive pulmonary embolism. Paradoxical embolization through a patent foramen ovale caused an extensive, expanding cerebral infarction and led to the patient's death eight days after the start of the study medication.

### Anticoagulant Effects

Levels of prothrombin fragment $F_{1+2}$ are shown in Figure 3. The median levels peaked in both hirudin groups at the end of the procedure (from 1.1 nmol per liter at the time of screening to 1.4 nmol per liter in the group receiving intravenous hirudin, and from 1.0 to 1.3 nmol per liter in the group receiving intravenous and subcutaneous hirudin), whereas in the heparin group the levels were slightly reduced (to 0.9 nmol per liter) as compared with those at the time of screening (1.0 nmol per liter). Levels of prothrombin fragment



Figure 2. Cumulative Distribution of the Reduction in Minimal Luminal Diameter from Immediately after Angioplasty to Follow-up at Seven Months.

$F_{1+2}$ measured at 24, 96, and 98 hours subsequently returned to the base-line values in all three groups.

Measurements of activated partial-thromboplastin time (Fig. 3) were higher at the end of the procedure in the subjects receiving heparin than in those receiving hirudin, an effect that disappeared after 24 hours. The infusion of hirudin resulted in a more stable effect. Slightly prolonged activated partial-thromboplastin times were observed at 96 hours after angioplasty in the group receiving intravenous and subcutaneous hirudin.

### DISCUSSION

Although hirudin was associated with impressive reductions in the rate of major cardiac events in the first 96 hours after angioplasty as compared with heparin, the primary goal of this trial, a reduction in the rate of cardiac events at seven months, was not accomplished. Event-free survival at seven months did not differ among the treatment groups.

At least three other trials using specific antiplatelet drugs have demonstrated beneficial effects on the acute complications of coronary angioplasty without favorably influencing long-term clinical outcomes.[18-20] These findings differ from the results of the Evaluation of 7E3 for the Prevention of Ischemic Complications (EPIC) trial,[21,22] in which the glycoprotein IIb/IIIa receptor was presumed to have been blocked completely and which showed a reduction in early cardiac events that was maintained with longer-term follow-up.

The dosage and duration of treatment in the present trial were chosen as a compromise among safety issues, logistic considerations, and the scientific evidence available when the trial was designed. Primarily, the dosage was based on safety data obtained in healthy volunteers, stable patients undergoing angioplasty, and patients undergoing orthopedic surgery.[23-29] However, the results of assays of prothrombin fragment $F_{1+2}$ immediately after angioplasty suggest that the generation of thrombin was not satisfactorily inhibited in either hirudin group, whereas the dosage of heparin we used resulted in an appropriate decrease in levels of prothrom-

Table 3. Mean (±SD) Angiographic Measurements in the Intention-to-Treat Analysis of Patients for Whom Follow-up Data Were Available.

| VARIABLE | HEPARIN (N = 330) | INTRAVENOUS HIRUDIN (N = 341) | INTRAVENOUS AND SUBCUTANEOUS HIRUDIN (N = 345) |
|---|---|---|---|
| | | *millimeters* | |
| Reference luminal diameter* | 2.69±0.51 | 2.67±0.51 | 2.70±0.51 |
| Minimal luminal diameter | | | |
| Before angioplasty | 0.99±0.38 | 0.97±0.39 | 1.03±0.35 |
| After angioplasty | 1.80±0.37 | 1.78±0.36 | 1.82±0.37 |
| At follow-up | 1.54±0.59 | 1.47±0.56 | 1.56±0.56 |
| Gain | 0.81±0.41 | 0.82±0.44 | 0.79±0.41 |
| Loss | 0.26±0.52 | 0.32±0.50 | 0.26±0.45 |

*As estimated by computer techniques on the basis of the diameters of segments proximal and distal to the site of stenosis.

CORD086649

A2186

Table 4. Bleeding Complications.

| COMPLICATION | HEPARIN (N = 382) | INTRAVENOUS HIRUDIN (N = 381) | INTRAVENOUS AND SUBCUTANEOUS HIRUDIN (N = 278) |
|---|---|---|---|
| | *number (percent) of patients* | | |
| Major bleeding | | | |
| Overt, with decrease in hemoglobin by ≥2 g/dl | 24 (6.2) | 18 (4.7) | 28 (7.4) |
| Overt, requiring transfusion of ≥2 units whole blood or packed cells | 0 | 3 (0.8) | 0 |
| Intracranial | 0 | 0 | 1 (0.3) |
| Retroperitoneal or in a major joint | 0 | 0 | 0 |
| All | 24 (6.2) | 21 (5.5) | 29 (7.7) |
| Minor bleeding | 43 (11.3) | 50 (13.1) | 57 (15.1) |

bin fragment $F_{1+2}$ at six hours. It can be inferred from these data that the adjustment in the infusion rate — from 0.16 mg per kilogram per hour in the pilot study of patients with stable angina[25] to 0.20 mg per kilogram per hour in the current trial of patients with unstable angina and presumably higher levels of thrombin generation — was too cautious a change in dosage. Zoldhelyi et al.[26] recently reported failing to block the generation of thrombin in their patients despite the presence of a 10,000-fold molar excess of free hirudin over the amount bound in complexes with thrombin. Infusion rates of hirudin in experiments with animals

were as much as five times higher than those currently used, a finding that may explain the lack of a long-term effect in the present study.[8,9]

When hirudin was administered subcutaneously in healthy volunteers at a dose of 0.5 mg per kilogram twice daily, the activated partial-thromboplastin time 12 hours after the first injection was subtherapeutic,[23] and it may be inferred that the inhibition of the conversion of prothrombin was also inadequate in the first three days of the trial. A putative explanation for the apparent paradox by which the early outcome is improved although there is less appropriate control of thrombin may be that the dosage used was not sufficient to produce an adequate level of anticoagulation, but was sufficient to limit the thrombin-mediated aggregation and activation of platelets, causing effects similar to those observed over the short term in the EPIC trial.[8,21,22]

The optimal duration of treatment is unknown, even in animal models. Conflicting findings about the time course of thrombogenicity in the injured vessel wall have been reported.[27-30] In this study we decided to maintain our patients at effective levels of antithrombin activity as long as possible. Since ethical considerations necessitated monitoring the patients' safety in the hospital during the subcutaneous injections of hirudin, a reasonable compromise between the duration of hirudin administration and logistic considerations of the trial was presumably achieved by administering the



At screening
After angioplasty
At 6 hr
At 24 hr
At 96 hr
At 98 hr

0.0   0.5   1.0   1.5   2.0   2.5

Prothrombin Fragment $F_{1+2}$ (nmol/liter)

0   25   50   75   100   125   150

Activated Partial-Thromboplastin Time (sec)

Figure 3. Levels of Prothrombin Fragment $F_{1+2}$ and Activated Partial-Thromboplastin Times in the Three Study Groups at Various Times before and after Angioplasty.

A denotes the group receiving heparin, B the group receiving intravenous hirudin, and C the group receiving intravenous and subcutaneous hirudin. The solid area inside each box indicates the median value, and the left and right margins of the box indicate the upper limits of the first and third quartiles, respectively.

In the left-hand panel, the dotted vertical line indicates the upper limit of the normal level of prothrombin fragment $F_{1+2}$ (1.4 nmol per liter). Heparin tended to control the generation of thrombin better than hirudin both immediately after angioplasty and six hours after the start of the infusion.

In the right-hand panel, the activated partial-thromboplastin time was measured up to a maximum of 150 seconds. Over the first 24 hours this value was more than double the base-line value in the hirudin-treated groups, whereas in the heparin-treated group it returned almost to the base-line level.

CORD086650

A2187

drug intravenously for 24 hours and subcutaneously for three consecutive days.

A clearly beneficial effect of hirudin on platelet aggregation and thrombus formation was indicated by the prevention of acute ischemic events early after angioplasty. The failure of hirudin in this trial to alter longer-term outcomes indicates either that thrombin generation and thrombus formation in the period immediately after angioplasty may be less important in the process of restenosis than was previously believed or that complete reversal of the thrombogenicity of the injured vessel wall was not achieved or requires more time. Whether the large decrease in major events observed with hirudin early after the infusion can be translated to an improved long-term outcome with prolonged subcutaneous administration of hirudin deserves further study.

We are indebted to David P. Foley, M.D., and Peter N. Ruygrok, M.D., for their criticisms and comments, and to Wanda H. Wentowski for her expert assistance in the preparation of the manuscript.

## APPENDIX

The following institutions and investigators participated in the Helvetica (Hirudin in a European Trial versus Heparin in the Prevention of Restenosis after PTCA) trial. The number of patients enrolled at each center is given in parentheses, followed by an asterisk when all patients in the cardiac catheterization laboratory at a center were screened and the results entered in a logbook.

Medizinische Klinik III, Heidelberg, Germany (66)* — C. Bode, G. Schuler, S. Abed, H. Baumann; Universitätsklinik Rudolf Virchow, Berlin (66)* — W. Rutsch, G. Brunckhurst, N. Kakott; Medizinische Universitätsklinik, Kiel, Germany (66)* — R. Simon, M. Lins, G. Herrmann; Onze Lieve Vrouwe Gasthuis, Amsterdam (60)* — G.J. Laarman, F. Kiemeneij, H. Swart; Medisch Centrum de Klokkenberg, Breda, the Netherlands (54)* — A. van den Bos, M. Quarles van Ufford, U. Chin-Kon-Sung, G. Uydehaag; Academisch Ziekenhuis Groningen, Groningen, the Netherlands (54) — R. van Dijk, P. Den Heyer, L. Drok, J. Klein; Istituto Apparato Cardiovascolare, Bologna, Italy (54)* — A. Marzocchi, G. Piovaccari, C. Marrozini, E. Cere; Academisch Ziekenhuis Dijkzigt, Rotterdam, the Netherlands (34)* — P. Serruys, P. de Feyter, V. Umans, J. Herrman; Ospedali Riuniti, Bergamo, Italy (33)* — G. Guagliumi, O. Valsecchi, A. Casari, A. Piti', A. Tasca; Medizinische Universitätsklinik, Freiburg, Germany (32)* — A. Zeiher, H. Wollschläges, V. Schächinger; Hospital General Gregorio Maranon, Madrid (48)* — J. Delcan Dominguez, E. Garcia, J. Joriano, J. Elizaga; Sahlgrenska Hospital, Göteborg, Sweden (48)* — H. Emanuelsson, P. Albertsson, P. Hardhammar, L. Ekström; Hospital Clinico San Carlos, Madrid (48)* — C. Macayn, F. Alfonso, R. Hernandez, A. Iniguez; CHU Sart Tilman, Liege, Belgium (44)* — V. Legrand, M. Bellekens, P. Marcelle, P. Doneux; Ospedale di Circolo, Varese, Italy (36)* — G. Binaghi, S. Repetto, E. Verna, B. Castiglioni; Hospital Marques de Valdecilla, Santander, Spain (30)* — T. Colman, J. Zueco, A. Figueroa; U.C.L. Saint-Loc, Brussels, Belgium (30)* — C. Hanet, W. Wijns, J. Convns, X. Michel; Ospedale Maggiore, Trieste, Italy (30)* — S. Klingmann, R. Della Grazia, L. Barbieri; Hôpital Universitaire de Mont-Godinne, Yvoir, Belgium (30)* — E. Schroeder, P. Chenu, D. Grolaux; CHR Nancy, Vandoeuvre-les-Nancy, France (26)* — N. Danchin, Y. Juilliere, F. Cherrier, G. Kettani; Onze Lieve Vrouwziekenhuis, Aalst, Belgium (26)* — J. Heyndrickx, B. de Bruyne, M. Goethals, P. Goemare; Franz Volhard Klinik, Berlin-Buch, Germany (24)* — D. Guiba, G. Claus, S. Hauck; Centre Cardiologique du Nord, Saint Denis, France (24)* — M.-C. Morice, T. Royer, B. Glatt, E. Rosenblatt; Ziekenhuis de Weezenlanden, Zwolle, the Netherlands (24) — F. Zijlstra, H. Suryapranata, H. Schoenmaker, G. Velsink; Hospital Clinic i Provincial, Barcelona, Spain (22)* — A. Betriu, A. Serra, G. Sanz, M. Heras; Catharina Ziekenhuis, Eindhoven, the Netherlands (18)* — J. Bonnier, N. Pijls, M. el Gamal, S. Rouffel; Ospedale Nuguarda, Milan, Italy (18)* — L. Campolo; Policlinico San Matteo, Pavia, It-

aly (18)* — G. Specchia, S. de Servi, F. Marisco; Centre Chirurgical Marie Lannelongue, Les Plessis Robinson, France (15)* — B. Lancelin, B. Chevalier, P. Guyon, F. Philippe; CHRU Rouen Hôpital, Rouen, France (15)* — B. Letac, H. Eltchaninoff, R. Koning, A. Cribier.

Steering Committee: P.W. Serruys (chairman), A. Betriu, F. Camerini (Ospedale Maggiore, Trieste, Italy), N. Danchin (Hôpital Brabois, Vandoeuvre-les-Nancy, France), H. Emanuelsson, W. Rutsch, A. van den Bos, R. Close, J.W. Deckers, R. Kerry (Pharma Division, Ciba-Geigy Ltd., Basel, Switzerland), J. Rinierse (Ciba-Geigy, Arnhem, the Netherlands), P. Peerboom (Cardialysis, Rotterdam), V. Umans. Sponsor (Ciba-Geigy, Basel, Switzerland): P. Close, R. Kerry, P. Kobi. Angiographic Core Laboratory (Cardialysis, Rotterdam): L. Rodenburg, P.F. Peerboom, E. Nitbering, J. Hameijer, J.P.R. Herrman, V.A.W.M. Umans, J.W. Deckers. Data Coordinating and Analysis Center: Ciba-Geigy — P. Close, R. Kerry, P. Kobi, D. Bach, E. Grundt; Department of Clinical Epidemiology and Biostatistics, Cardialysis — R. Melkert. Hemostasis Core Laboratory (Department of Hemostasis and Thrombosis, Academic Medical Center, Amsterdam) — H. Buller. Safety Committee: R. Fox (chairman), H. Buller, D. Chamberlain (Royal Sussex County Hospital, Brighton, United Kingdom), Z. Pelikan (Medisch Centrum de Klokkenberg, Breda, the Netherlands), J. Tijssen (Academic Medical Center, Amsterdam). Critical Events Committee: H. Schmutzler (chairman) (Universitätsklinik Rudolf Virchow, Berlin), G. Heyndrickx, A. Zeiher, G. Specchia. Angiography Committee: R. Simon (chairman), V. Legrand, G.J. Laarman, H. Suryapranata. Study directors: J.W. Deckers, P. Close.

## REFERENCES

1. Stein B, Fuster V, Israel DH, et al. Platelet inhibitor agents in cardiovascular disease: an update. J Am Coll Cardiol 1989;14:813-36.
2. Coller BS. Platelets and thrombolytic therapy. N Engl J Med 1990;322:33-42.
3. Chesebro JH, Webster MWI, Zoldhelyi P, Roche PC, Badimon L, Badimon JJ. Antithrombotic therapy and progression of coronary artery disease: antiplatelet versus antithrombins. Circulation 1992;86:Suppl III:III-100–III-110.
4. Schwartz RS, Murphy JG, Edwards WD, Camrud AR, Vlietstra RE, Holmes DR. Restenosis after balloon angioplasty: a practical proliferative model in porcine coronary arteries. Circulation 1990;82:2190-200.
5. McNamara CA, Sarembock IJ, Gimple LW, Fenton JW II, Coughlin SR, Owens GK. Thrombin stimulation of smooth muscle cell proliferation is mediated by a cleavage-dependent, receptor mechanism. In: Abstracts of the Fourth Restenosis Summit, Cleveland, May 28–29, 1992. Cleveland: Cleveland Clinic Foundation, 1992:18. abstract.
6. Grutter MG, Priestle JP, Rahuel J, et al. Crystal structure of the thrombin-hirudin complex: a novel mode of serine protease inhibition. EMBO J 1990; 9:2361-5.
7. Weitz JI, Hudoba M, Massel D, Maraganore J, Hirsh J. Clot-bound thrombin is protected from inhibition by heparin-antithrombin III but is susceptible to inactivation by antithrombin III-independent inhibitors. J Clin Invest 1990; 86:385-91.
8. Heras M, Chesebro JH, Webster MWI, et al. Hirudin, heparin, and placebo during deep arterial injury in the pig: the in vivo role of thrombin in platelet-mediated thrombosis. Circulation 1990;82:1476-84.
9. Sarembock IJ, Gertz SD, Gimple LW, Owen RM, Powers ER, Roberts WC. Effectiveness of recombinant desulphatohirudin in reducing restenosis after balloon angioplasty of atherosclerotic femoral arteries in rabbits. Circulation 1991;84:232-43.
10. Goldman L, Hashimoto B, Cook EF, Loscalzo A. Comparative reproducibility and validity of systems for assessing cardiovascular functional class: advantages of a new specific activity scale. Circulation 1981;64:1227-34.
11. Braunwald E. Unstable angina: a classification. Circulation 1989;80:410-4.
12. Close P, Bichler J, Kerry R, et al. Weak allergenicity of recombinant hirudin CGP 39393 (REVASC) in immunocompetent volunteers. Coron Artery Dis 1994;5:943-9.
13. Blackburn H, Keys A, Simonson E, Rautaharju P, Punsar S. The electrocardiogram in population studies: a classification system. Circulation 1960;21:1160-75.
14. Hull R, Hirsh J, Jay R, et al. Different intensities of oral anticoagulant therapy in the treatment of proximal-vein thrombosis. N Engl J Med 1982;307:1676-81.
15. Serruys PW, de Juegere P, Kiemeneij F, et al. A comparison of balloon-expendable stent implantation with balloon angioplasty in patients with coronary artery disease. N Engl J Med 1994;331:489-95.
16. Serruys PW, Foley DP, de Feyter PJ, eds. Quantitative coronary angiography in clinical practice. Dordrecht, the Netherlands: Kluwer Academic Publishers, 1994.

CORD086651

A2188

17. Kalbfleisch JD, Prentice RL. The statistical analysis of failure time data. New York: John Wiley, 1980.

18. Schwartz L, Bourassa MG, Lespérance J, et al. Aspirin and dipyridamole in the prevention of restenosis after percutaneous transluminal coronary angioplasty. N Engl J Med 1988;318:1714-9.

19. Chesebro JH, Webster MWI, Reeder GS, et al. Coronary angioplasty: antiplatelet therapy reduces acute complications but not restenosis. Circulation 1989;80;Suppl II:II-64. abstract.

20. Bertrand ME, Allain H, Lablanche JM. Results of a randomized trial of nclopidine versus placebo for prevention of acute closure and restenosis after coronary angioplasty (PTCA): the TACT study. Circulation 1990;82:Suppl III:III-190. abstract.

21. Topol EJ, Califf RM, Weisman HF, et al. Randomised trial of coronary intervention with antibody against platelet IIb/IIIa integrin for reduction of clinical restenosis: results at six months. Lancet 1994;343:881-6.

22. The EPIC Investigators. Use of a monoclonal antibody directed against the platelet glycoprotein IIb/IIIa receptor in high-risk coronary angioplasty. N Engl J Med 1994;330:956-61.

23. Verstraete M, Nurmohamed M, Kienast J, et al. Biologic effects of recombinant hirudin (CGP 39393) in human volunteers. J Am Coll Cardiol 1993; 22:1080-8.

24. Eriksson BI, Kälebo P, Ekman S, Lindbratt S, Kerry R, Close P. Direct thrombin inhibition with rec-hirudin CGP 39393 as prophylaxis of thromboembolic complications after total hip replacement. Thromb Haemost 1994; 72:227-31.

25. van den Bos AA, Deckers JW, Heyndrickx GR, et al. Safety and efficacy of recombinant hirudin (CGP 39 393) versus heparin in patients with stable angina undergoing coronary angioplasty. Circulation 1993;88:2058-66.

26. Zoldhelyi P, Bichler J, Owen WG, et al. Persistent thrombin generation in humans during specific thrombin inhibition with hirudin. Circulation 1994; 90:2671-8.

27. Chesebro JH, Badimon L, Fuster V. Importance of antithrombin therapy during coronary angioplasty. J Am Coll Cardiol 1991;17:Suppl B:96B-100B.

28. Wilentz JR, Sanborn TA, Haudenschild CC, Valeri CR, Ryan TJ, Faxon DP. Platelet accumulation in experimental angioplasty: time course and relation to vascular injury. Circulation 1987;75:636-42.

29. Groves HM, Kinlough-Rathbone RL, Mustard JF. Development of non-thrombogenicity of injured rabbit aorta despite inhibition of platelet adherence. Arteriosclerosis 1986;6:189-95.

30. Steele PM, Chesebro JH, Stanson AW, et al. Balloon angioplasty: natural history of the pathophysiological response to injury in a pig model. Circ Res 1985;57:105-12.



*Stairway, Palazzo Ducale*                    GARY S. REITER, M.D.

CORD086652

A2189

Clinical research

Inter Partes Reexamination No. 95/001,096
Declaration of Campbell Rogers, M.D.
Exhibit 98

# EuroIntervention

# A randomised comparison of an everolimus-eluting coronary stent with a paclitaxel-eluting coronary stent: the SPIRIT II trial

Patrick W. Serruys[1*], MD PhD; Peter Ruygrok,[2] MD; Jörg Neuzner[3], MD; Jan J. Piek[4], MD PhD; Ashok Seth[5], MD; Joachim J. Schofer[6], MD; Gert Richardt[7], MD; Marcus Wiemer[8], MD; Didier Carrié[9], MD; Leif Thuesen[10], MD; Els Boone[11], MSc; Karine Miquel-Herbert[11], PhD; Joost Daemen[1], MD

1. Thoraxcenter, Erasmus Medical Center, Rotterdam, The Netherlands; 2. Green Lane Cardiovascular Service, Auckland, New Zealand; 3. Herzzentrum, Kassel, Germany; 4. Academisch Medisch Centrum, Amsterdam, The Netherlands; 5. Max Heart and Vascular Institute, New Delhi, India; 6. Kardiologische Gemeinschaftspraxis, Hamburg, Germany; 7. Segeberger Kliniken, Bad Segeberg, Germany; 8. Herzzentrum, Bad Oeynhausen, Germany; 9. CHU, Rangueil, Toulouse, France; 10. Skejby Sygehus, Aarhus, Denmark; 11. Abbott Vascular, Diegem, Belgium

This study was sponsored by Advanced Cardiovascular Systems, an Abbott Vascular Company
All authors declare no conflict of interest.

**KEYWORDS**
Stent, eluting stent,
everolimus,
randomised trial

## Abstract

**Background:** Everolimus has been successfully tested in humans using both an erodable and a durable polymer in small previous studies.

**Methods:** This single blind multi-centre non-inferiority randomised (3:1) controlled trial evaluated the safety and performance of the XIENCE V Everolimus Eluting Coronary Stent System (XIENCE V EECSS) versus the TAXUS Paclitaxel Eluting Coronary Stent System (TAXUS® PECSS) in the treatment of patients with a maximum of two *de novo* native coronary artery lesions located in two different epicardial vessels. Three hundred patients with evidence of myocardial ischaemia were allocated to stent implantation with an everolimus-eluting stent (n=223) or a paclitaxel-eluting stent (n=77). Suitable lesions had a diameter stenosis of ≤50-99%, a length of ≤28 mm, and a reference vessel diameter between 2.5 mm and 4.25 mm. The primary endpoint was in-stent late loss (LL) at 180 days. Percentage in-stent volume obstruction (%VO) was measured by intravascular ultrasound (IVUS) in a subset of 152 patients. Clinical secondary endpoints included ischaemia driven major adverse cardiac events (ID-MACE) at 180 days.

**Results:** At 6 months, the in-stent LL was 0.11±0.27 mm in the everolimus-eluting stent arm, as compared to 0.36±0.39 mm in the paclitaxel-eluting stent arm (p<0.0001). Percentage VO in the everolimus-eluting stent arm was 2.5±4.7% versus 7.4±7.0% in the paclitaxel-eluting stent arm (p<0.0001). Hierarchical MACE was 2.7% (6/222) in the everolimus-eluting stent arm vs. 6.5% (5/77) in the paclitaxel-eluting stent arm.

**Conclusion:** This non-inferiority randomised trial not only met its primary endpoint, but also demonstrated the superiority of the everolimus-eluting stent over the paclitaxel-eluting stent in terms of in-stent late loss.

\* Corresponding author: Thoraxcenter, BA-583, Erasmus Medical Center, Dr. Molewaterplein 40, 3015 GD Rotterdam, The Netherlands
E-mail: p.w.j.c.serruys@erasmusmc.nl

© Europa Edition 2006. All rights reserved.



**EURO PCR**

CORD112444
A2190



## Introduction

Recent studies that have evaluated the local application of anti-proliferative drugs (sirolimus and paclitaxel) for the prevention of restenosis via a stent delivery system have shown that these therapies successfully inhibit the development of neointimal hyperplasia and reduce restenosis and associated clinical events.[1,2]

Everolimus is an effective anti-proliferative agent that inhibits growth factor-stimulated cell proliferation by causing cell cycle arrest in the late G1 stage in the cell cycle.[3]

The feasibility of using everolimus on a drug-eluting stent was demonstrated in the earlier FUTURE I[4,5] and FUTURE II[6,7] studies and more recently in the SPIRIT FIRST[8] study, using the everolimus-eluting stent. The SPIRIT FIRST study (N=60) was a multi-centre, single blinded controlled study conducted to assess the feasibility and efficacy of the everolimus-eluting stent in the treatment of patients with *de novo* native coronary artery lesions compared to the metallic, uncoated MULTI-LINK VISION RX Coronary Stent. This feasibility trial showed clinical safety and the angiographic in-stent Late Loss (LL) observed was 0.10 mm, a reduction of 88% relative to the bare metal stent at six months and an in-stent LL of 0.24 mm at 12 months, which was a reduction of 71%.[8,9]

The SPIRIT II trial is a continuation of the assessment of the safety and performance of the XIENCE V everolimus-eluting stent versus the TAXUS paclitaxel-eluting stent in the treatment of patients with a maximum of two *de novo* native coronary artery lesions.

## Methods

### Patient selection

This prospective, randomised (3:1) single-blind, parallel two-arm trial was performed at 28 centres in Europe, India and New Zealand and enrolled patients from July 2005 to November 2005. It was approved by the ethics committee at each participating institution, and all patients gave written informed consent.

Patients were eligible for the study if they were older than 18 years and had evidence of myocardial ischaemia. The patient could have a maximum of two *de novo* native coronary artery lesions, which had to be located in different major epicardial vessels. The *de novo* target lesion(s) had to have a reference vessel diameter between 2.5 mm and 4.25 mm by visual estimation, a target lesion length ≤28 mm, a visually estimated stenosis between 50-99% of the luminal diameter, and a Thrombolysis In Myocardial Infarction (TIMI) flow grade of 1 or more. Patients were not eligible for enrolment if they had known diagnosis of acute myocardial infarction three days prior to the baseline procedure, a left ventricular ejection fraction of less than 30%, were awaiting a heart transplant, or had a known hypersensitivity or contraindication to aspirin, heparin, bivalirudin, clopidogrel or ticlopidine, cobalt, chromium, nickel, tungsten, everolimus, paclitaxel, acrylic and fluoro polymers or contrast sensitivity that could not be adequately pre-medicated. Additionally, patients having target lesion(s) with an aorto-ostial or left main location, a lesion located within 2 mm of the origin of the left anterior descending- or left circumflex, heavy calcification, or a visible thrombus within the target vessel were also excluded from the trial.

## The everolimus-eluting stent

The XIENCE V Everolimus Eluting Coronary Stent System (EECCS) (Advanced Cardiovascular Systems, an Abbott Vascular Company, IL, USA) is comprised of the ACS MULTI-LINK VISION Stent and delivery system, and a drug eluting coating. The ACS MULTI-LINK VISION Stent is a balloon expandable stent, which consists of serpentine rings connected by links fabricated from a single piece of medical grade L-605 cobalt chromium alloy.

Everolimus is blended in a non-erodable polymer, coated over another non-erodable polymer primer layer. The coating comprises acrylic and fluoro polymers, both approved for use in blood contacting applications. This layer of everolimus-polymer matrix with a thickness of 5-6 microns is applied to the surface of the stent and is loaded with 100 micrograms of everolimus per square centimetre of stent surface area with no topcoat polymer layer. The stent is designed to release approximately 80% of the drug within 30 days after implantation.

Everolimus (Certican®, Novartis Corporation) has been evaluated in clinical trials in the US and Europe for use as an immunosuppressant following cardiac and renal transplantation.[10] Everolimus has received market approval in the European Union and the XIENCE V EECCS has received CE mark in the European Union.

## Study procedure

Following the confirmation of angiographic inclusion and exclusion criteria prior to the procedure, patients were enrolled through a telephone randomisation service and assigned in a 3:1 ratio to either an everolimus-eluting stent or a paclitaxel-eluting stent. The stents were available in lengths of 8, 18 and 28 mm, and diameters of 2.5, 3.0, 3.5 and 4.0 mm. Lesion lengths greater than 22 or less than or equal to 28 mm were to be covered by 2 stents; twice an 18 mm stent, or a 28 mm and an 8 mm stent.

Lesions were treated using standard interventional techniques with mandatory pre-dilatation and stent implantation at a pressure not exceeding the burst pressure rate. Due to packaging differences, physicians were not blinded to the device. Post-dilatation was left to the discretion of the physician, however, if performed, it was only to be done with balloons sized to fit within the boundaries of the stent. In the event of a bailout procedure and additional stent requirement, the stent had to be one from the same arm as the first implanted stent. IVUS was performed in a subset of 152 consecutive patients enrolled in pre-selected centres, after angiographically optimal stent placement had been obtained, and was repeated if additional post-dilatation was performed to optimise stent apposition and/or deployment.

Peri-procedural pharmaceutical treatment was administrated according to standard hospital practice. Either unfractionated heparin or bivalirudin could be used for procedural anticoagulation. The use of glycoprotein IIb/IIIa inhibitors was left to the discretion of the physician. All patients enrolled into the study were pre-treated with a loading dose of 300 mg of clopidogrel and maintained on 75 mg of clopidogrel daily for a minimum of 6 months and ≥75 mg of aspirin daily for a minimum of one year following the procedure. Clinical device success was defined as a successful delivery and

CORD112445
A2191

deployment of the first inserted study stent (in overlapping stent setting a successful delivery and deployment of the first and second study stent) at the intended target lesion with attainment of final residual stenosis of 50% of the target lesion by QCA (by visual estimation if QCA unavailable). Bailout patients were included as clinical device success only if the above criteria for clinical device success were met.

Clinical procedure success included the previous criteria of clinical device success, but with the addition of any study stent or other stent devices and required the absence of ID-MACE during the hospital stay. In dual lesion setting both lesions had to meet clinical procedure success.

### Follow-up

Patients were evaluated at 30 and 180 days. Further evaluations will be performed at 270 days, 1 and 2 year(s) and will form the subject of additional studies. At outpatient visits, patients were asked specific questions about the interim development of angina or the occurrence of MACE. Angiographic follow-up for all patients and IVUS in a subset of 152 consecutive patients (enrolled at selected centres) were performed at 180 days, and both investigations will be repeated at 2 years for this subset of patients. Prior to performing a follow-up angiogram, the physician was required to record prospectively in the eCRF whether a revascularisation (if required) was clinically indicated – defined as the presence of ischaemic symptoms and/or a positive functional ischaemia study.

### Quantitative coronary angiography evaluation

Quantitative coronary angiography was performed using the CAAS II analysis system (Pie Medical BV, Maastricht, Netherlands).[11] In each patient, the stented segment and the peri-stent segments (defined by a length of 5 mm proximal and distal to the stent edge) were analysed. The following QCA parameters were computed: minimal luminal diameter (MLD), reference vessel diameter (RVD) obtained by an interpolated method, and percentage diameter stenosis (%DS). Binary restenosis (BR) was defined in every segment as diameter stenosis ≥50% at follow-up. Late loss (LL) was defined as the difference between MLD post-procedure and MLD at follow-up.

### Intravascular ultrasound analysis

Post-procedure and follow-up stented vessel segments were examined with mechanical or phased array intravascular ultrasound (Eagle-eye™ Volcano, Atlantis™, Boston Scientific) using automated pull-back at 0.5 mm per second. The coronary segment beginning 5 mm distal to and extending 5 mm proximal to the stented segment was examined. A computer-based contour detection program was used for automated 3-D reconstruction of the stented and adjacent segments. The lumen, stent boundaries and external elastic membrane (vessel boundaries) were detected using a minimum cost algorithm.[12] The stent volume (SV) and lumen volume (LV) were calculated according to the Simpson's rule.[13] The intrastent neointimal volume was calculated as the difference between SV and LV. The percentage obstruction of the stent volume was calculated as intrastent neointimal volume/stent volume*100. Feasibility, repro-

ducibility and inter- and intra-observer variability of this system have been validated *in vitro* and *in vivo*.[13] Incomplete apposition was defined as one or more stent struts separated from the vessel wall with evidence of blood speckles behind the strut on ultrasound, while late-acquired incomplete apposition was defined as incomplete apposition of the stent at follow-up which was not present post-procedure.[14-16]

### Study endpoints

The primary endpoint was angiographic in-stent LL, as determined by quantitative angiography, based on an "analysis lesion": one randomly selected lesion per patient to avoid inter-lesion dependence[20]. Secondary endpoints (QCA and IVUS) at 180 days and 2 years (subset of 152 consecutive patients enrolled at selected centres) included the in-stent, in-segment, proximal and distal LL; in-stent and in-segment angiographic binary restenosis rate and %DS; in-stent percentage volume obstruction (%VO) and plaque behind the stent; and persisting and late-acquired incomplete stent apposition, aneurysm, thrombosis and persisting dissection. In-stent was defined as within the margins of the stent while in-segment was defined as located within the margins of the stent and 5 mm proximal or distal to the stent. Late loss was calculated as the difference between the post-procedure and follow-up minimum luminal diameters.

Secondary clinical endpoints included Ischaemia-Driven MACE (comprised of cardiac death, myocardial infarction and Ischaemia-Driven Target Lesion Revascularisation (ID-TLR)) either by CABG or PCI, evaluated at 30, 180 and 270 days, 1 and 2 year(s) after the index procedure and acute success including clinical device and clinical procedure success.

All deaths that could not be clearly attributed to another cause were considered cardiac deaths.

A non-Q-wave myocardial infarction was defined as a typical rise and fall of CK-MB* with at least one of the following: ischaemic symptoms, ECG changes indicative of ischaemia (ST segment elevation or depression) or coronary artery intervention. (*if non-procedural/spontaneous MI, CK-MB ≥2 times upper limit of normal; if post PCI, CK-MB ≥3 times upper limit of normal; if post CABG, CK-MB ≥5 times upper limit of normal).

ID-TLR was defined as a revascularisation at the target lesion associated with any of the following: non-invasive positive functional ischaemia study (e.g. exercise testing or equivalent tests) or invasive positive functional ischaemia study (e.g. Fractional Flow Reserve [FFR] or Coronary Flow Reserve [CFR]); ischaemic symptoms and an angiographic-%DS ≥50% by on-line quantitative coronary angiography (QCA);%DS ≥70% by on-line QCA without either ischaemic symptoms or a positive functional study. The investigator assessment could potentially be overruled by QCA off-line from the core laboratory.

Stent thrombosis, categorised as acute (≤1 day), subacute (> 1 day ≤30 days) and late (> 30 days), was defined as any of the following: in the presence of angiography, clinical presentation of acute coronary syndrome[17] with angiographic evidence of stent thrombosis. In the absence of angiography: cardiac death or acute MI in the territory of the stented vessel/vessels; AMI that could not be distinctly attributed to a non-target vessel during the Clinical Events Committee adju-



CORD112446

A2192



dication was considered in the composite for stent thrombosis. The endpoints were adjudicated by an independent clinical events committee (appendix I). In addition, a data and safety monitoring board that was not affiliated with the study reviewed the data to identify any safety issues related to the conduct of the trial (appendix I).

## Statistical analysis

The primary endpoint and all trial endpoints were analysed on both the intent-to-treat and per-treatment evaluable populations, the latter of which consisted of patients who had no major protocol deviations, as evaluated in a blinded manner.

The sample size for the study was determined based on the primary endpoint of in-stent LL at 180 days and on the following assumptions: one-tailed non-inferiority test, overall $\alpha$ equals 0.05, randomisation ratio was 3 (everolimus arm):1 (paclitaxel arm), the true mean in-stent late loss was assumed to be 0.32 mm in the XIENCE V arm and 0.39 mm in the TAXUS arm, a non-inferiority margin delta ($\delta$) of 0.16 mm and the group sequential design was based on the method described in Reboussin, et al. indexed by O'Brien & Fleming boundary.[18,19] Four interim analyses were planned and the final analysis was performed at the 0.0448 adjusted significance level. Given the above assumptions, analysing 180 patients in the test arm and 60 patients in the active control arm provides more than 91% power. In order to account for drop-outs and to ensure enough angiographic data, approximately 300 patients had to be enrolled of which 225 in the everolimus arm and 75 in the paclitaxel arm.

In this paper binary variables were compared using the Fisher's exact test. Continuous variables were compared using Wilcoxon two-sample test. The hypothesis testing for the primary endpoint was performed using a one-sided non-inferiority test with asymptotic test statistic. If non-inferiority would be shown, superiority analysis was planned using a two-sided t-test at the 5% alpha level. Due to inclusion of dual vessel/lesion treatment, as a secondary analysis, a repeated measures analysis using all target lesions was performed and compared with the analysis using 'analysis lesion'. Final 6-month results are presented in this manuscript.

## Results

### Patient characteristics

Between July 2005 and November 2005, 223 patients were randomly assigned to receive the everolimus eluting stent and 77 were assigned to receive the paclitaxel eluting stent. As defined in the protocol, all results are presented for the intent-to-treat population; 222 patients in the everolimus arm, and 77 patients in the paclitaxel arm (Figure 1). In the everolimus arm there was one withdrawal prior to 180 days. The two arms were similar with respect to baseline clinical characteristics examined in Table 1.

### Procedural characteristics

The lesions in the two arms were treated similarly with the use of conventional techniques. Per patient, 1.4 study stents were implanted in the everolimus arm and 1.3 in the paclitaxel arm. Mean stent

**Table 1. Baseline characteristics of the per-treatment patient population and of each treatment arm.\***

| | Everolimus stent (n=223) | Paclitaxel stent (n=77) | All patients (n=300) |
|---|---|---|---|
| Age(yrs) | 62±10 | 62±9 | 62±10 |
| Male gender (%) | 71 | 79 | 73 |
| Current Smokers (%) | 32 | 30 | 31 |
| Diabetes (%) | 23 | 24 | 23 |
| Hypertension Requiring Medication (%) | 67 | 65 | 67 |
| Hyperlipidaemia Requiring Medication (%) | 69 | 75 | 70 |
| Prior TV Intervention (%) | 4 | 4 | 4 |
| Prior MI (%) | 35 | 25 | 32 |
| Stable Angina (%) | 62 | 62 | 62 |
| Unstable Angina (%) | 27 | 32 | 28 |
| Target Vessel (%) | $N_L$=260\*\* | $N_L$=91\*\* | $N_L$=351\*\* |
|   Left Anterior Descending | 41 | 47 | 42 |
|   Left Circumflex | 29 | 19 | 26 |
|   Right Coronary Artery | 30 | 34 | 31 |
| AHA / ACC # | | | |
| Lesion Class (%) | | | |
|   A | 1 | 0 | 1 |
|   B1 | 21 | 20 | 21 |
|   B2 | 65 | 67 | 65 |
|   C | 13 | 13 | 13 |
| Reference Vessel Diameter (mm±SD)\*\*\* | 2.70±0.52 | 2.82±0.58 | 2.73±0.54 |
| Lesion Length (mm±SD) | 13.0±5.7 | 13.2±6.4 | 13.0±5.9 |

\* There were no significant differences between the treatment arms; \*\* $N_L$ = lesion number; \*\*\* RVD pre p=0.099; difference: –0.12 [–0.26;0.02]
# AHA/ACC = American Heart Association/American College of Cardiology



CORD112447
A2193



QCA, quantitative coronary angiography; IVUS, intravascular ultrasound

One patient crossed over from the XIENCE V to TAXUS arm but is still counted in the XIENCE V arm (Intent to Treat)

*Figure 1. Flowchart of patients.*

success 98.8% (256/259) for the everolimus arm vs. 98.9% (89/90) for the paclitaxel arm and they did not differ significantly with respect to the rate of clinical procedure success 99.1% (221/223) in the everolimus arm and 97.4% (75/77) in the paclitaxel arm.

## Quantitative coronary angiography analysis

Angiographic data at 180 days was available for 275 analysable patients (92%). Pre-procedure, the RVD of the everolimus arm tended to be smaller than in the paclitaxel arm without reaching statistical significance. Post-procedure, this difference became significant at 5% alpha. The significantly smaller MLD pre-procedure and a slightly smaller acute gain in the everolimus arm resulted in a statistically significant difference in post-procedure MLD (2.49mm vs. 2.62 mm; $-0.13$ [$-0.24$;$-0.03$]) (Table 2). At 180 days, the mean in-stent LL (analysis lesion, intent-to-treat population) was significantly lower for the everolimus arm compared to the paclitaxel arm, $0.11\pm0.27$mm versus $0.36\pm0.39$mm (non-inferiority p<0.0001, superiority p<0.0001). (Figure 2)

For the per lesion analysis, the mean in-stent MLD,%DS and BR rate were $2.38\pm0.50$ mm, $16\pm10$% and 1.3% (3/237), respectively in the everolimus-eluting arm, as compared to $2.27\pm0.54$ mm, $21\pm12$%, and 3.5% (3/86) in the control arm. Figure 2 shows the cumulative distribution frequency curve of diameter stenosis at 180 days in each treatment arm. Table 2 shows the results of sub-segmental quantitative angiographic analysis for both treatment arms. The in-segment, proximal, and distal LL were non-statistically different between the two arms. However, the in-segment %DS was significantly lower in the everolimus arm.

deployment pressure was 15 atmospheres in each arm and post dilatation was performed in 39% of lesions in the everolimus arm and 27% of lesions in the paclitaxel arm. Bail out study stents were used in 5.4% of lesions in the everolimus arm and 4.5% of lesions in the paclitaxel arm. Both arms had similar rates of clinical device

**Table 2. Results of sub-segmental quantitative coronary angiographic analysis**

| | Proximal Edge | | | In-Stent | | | Distal Edge | | | In-Segment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Everolimus | Paclitaxel | P value | Everolimus | Paclitaxel | P value | Everolimus | Paclitaxel | P value | Everolimus | Paclitaxel | P value |
| **Reference vessel diameter (mm)** | | | | | | | | | | | | |
| Pre-procedure | na | na | | 2.70±0.52 | 2.82±0.58 | 0.099 | na | na | | na | na | |
| Post-procedure | na | na | | 2.86±0.43 | 3.00±0.48 | 0.019 | na | na | | 2.78±0.47 | 2.89±0.49 | 0.049 |
| At 6 months | na | na | | 2.81±0.47 | 2.87±0.61 | 0.315 | na | na | | 2.75±0.49 | 2.85±0.53 | 0.061 |
| **MLD/LL (mm)** | | | | | | | | | | | | |
| MLD pre-procedure | na | na | | 1.06±0.42 | 1.14±0.36 | 0.032 | na | na | | na | na | |
| Acute Gain | na | na | | 1.43±0.43 | 1.48±0.38 | 0.232 | na | na | | na | na | |
| MLD Post-procedure | 2.60±0.53 | 2.73±0.68 | 0.155 | 2.49±0.40 | 2.62±0.45 | 0.031 | 2.26±0.50 | 2.31±0.57 | 0.550 | 2.15±0.44 | 2.22±0.53 | 0.269 |
| LL at 6 months* | | | | 0.11±0.27 | 0.36±0.39 | <0.0001** | | | | | | |
| LL at 6 months*** | 0.12±0.39 | 0.16±0.40 | 0.699 | 0.12±0.29 | 0.37±0.38 | <0.0001 | 0.02±0.35 | -0.01±0.37 | 0.650 | 0.07±0.33 | 0.15±0.38 | 0.084 |
| MLD at 6 months | 2.50±0.60 | 2.59±0.65 | 0.328 | 2.38±0.50 | 2.27±0.54 | 0.153 | 2.26±0.59 | 2.33±0.58 | 0.354 | 2.10±0.51 | 2.08±0.54 | 0.838 |
| **Diameter Stenosis (%)**** | | | | | | | | | | | | |
| Pre-procedure | na | na | | 61±12 | 59±10 | 0.173 | na | na | | na | na | |
| Post-procedure | 10±6 | 10±7 | 0.710 | 13±6 | 13±6 | 0.486 | 12±5 | 12±6 | 0.164 | 23±9 | 23±11 | 0.779 |
| At 6 months | 11±9 | 10±7 | 0.694 | 16±10 | 21±12 | <0.0001 | 12±8 | 12±7 | 0.398 | 24±12 | 27±13 | 0.013 |
| **Binary Restenosis (%)**** | | | | | | | | | | | | |
| At 6 months | 0.0 | 0.0 | 1.000 | 1.3 | 3.5 | 0.194 | 0.4 | 0.4 | 1.000 | 3.4 | 5.8 | 0.343 |

\* Analysis lesion intent to treat (primary endpoint in-stent late loss); ** P value for both non-inferiority (delta 0.16mm) and superiority; *** Per lesion analysis;
\*\*\*\* In-stent and in-segment based on interpolated RVD; proximal and distal based on mean edge diameter; MLD: Minimal Luminal Diameter; LL: Late Loss; $N_L$: lesion number at follow-up.

CORD112448
A2194





*Figure 2. Cumulative frequency of in-stent late loss (analysis lesion) and in-stent percentage diameter stenosis at follow-up (all lesions).*

## Intravascular ultrasound evaluation

At 180-days, intravascular ultrasound evaluation showed no significant differences between the two arms with respect to the volume of the stent or the lumen volume (Table 3). However, there was a significant difference in vessel volume which reflects the small imbalance in vessel size seen at baseline between the everolimus and paclitaxel arms and the nominal stent volume (calculation based on the nominal stent diameter and stent length) which was 186 mm³ in the paclitaxel arm and 173 mm³ in the everolimus arm. Significantly less neointimal hyperplasia was observed in the

**Table 3. IVUS Measurements at 6 months follow-up**

| | Everolimus-stent (n=??) | Paclitaxel-stent (n=??) | p-value |
|---|---|---|---|
| Vessel volume (mm³) | 340±160 | 408±208 | 0.030 |
| Stent volume (mm³) | 167±85 | 192±97 | 0.157 |
| In-stent neo-intima volume (mm³) | 4±7 | 14±16 | <0.001 |
| Lumen volume (mm³) | 164±85 | 178±92 | 0.409 |
| In-stent volume obstruction (%) ‡ | 2.5±4.7 | 7.4±7.0 | <0.001 |

‡ In-stent volume obstruction=100*(In-stent neo-intima volume/Stent volume)

everolimus-eluting stent arm compared to the paclitaxel-eluting stent arm (4±7 mm³ vs. 14±16 mm³, p<0.001) and similarly, significantly less %VO, (2.5±4.7% vs. 7.4±7.0%, p<0.001). Figure 3 shows the cumulative frequency distribution curve of %VO.

Of the seven patients in the everolimus arm in which post-procedure stent malapposition was observed, three were persisting, three were resolved and one was not evaluable at 180 days. In the paclitaxel arm both cases of stent malapposition observed post-procedure were resolved at 180 days. There were no cases of late acquired stent malapposition in either arms.

## Major adverse cardiac events

Major adverse cardiac events (MACE) are listed in Table 4. Hierarchically, for the intent-to-treat population in the everolimus



*Figure 3. Cumulative curve of in-stent percentage volume obstruction.*

**Table 4.** Major adverse cardiac events and stent thrombosis events at 6 months in intent to treat population

| | Everolimus-stent n=??? | | Paclitaxel-stent n=?? | |
|---|---|---|---|---|
| **Hierarchical events** | | | | |
| Cardiac death | 0 | 0 | 1 | 1.3 |
| Myocardial infarction | | | | |
| Q-wave | 0 | 0 | 0 | 0 |
| Non-Q-wave | 2 | 0.9 | 2 | 2.6 |
| Re-intervention | | | | |
| ID-TLR-CABG | 0 | 0 | 0 | 0 |
| ID-TLR-PCI | 4 | 1.8 | 2 | 2.6 |
| Major adverse cardiac events | 6 | 2.7 | 5 | 6.5 |
| **Non-hierarchical revascularisations** | | | | |
| ID-TLR | 4 | 1.8 | 3 | 3.9 |
| Non-ID-TLR | 2 | 0.9 | 2 | 2.6 |
| All TLR | 6 | 2.7 | 5 | 6.5 |
| **Stent thrombosis** | N | % | N | % |
| Acute | 0 | 0 | 0 | 0 |
| Sub-acute | 0 | 0 | 0 | 0 |
| Late | 1* | 0.5 | 1# | 1.3 |

*Everolimus patient: at 53 days, dual antiplatelet therapy ongoing
#Paclitaxel patient: at 56 days, fainting, asystole, resuscitation and death, dual antiplatelet therapy ongoing
ID=Ischaemia Driven



CORD112449
A2195



arm two (0.9%) non-fatal non-Q wave MIs and four (1.8%) ID-TLRs by PCI were identified compared to one cardiac death (1.3%), two (2.6%) non-fatal non-Q wave MIs and two (2.6%) ID-TLRs by PCI in the paclitaxel arm. The total hierarchical MACE rate was 2.7% (6/222) in the everolimus-eluting arm vs. 6.5% (5/77) in the paclitaxel-eluting arm. In addition there were two (0.9%) ID-TVRs (non-target lesions) in the everolimus arm and none in the paclitaxel arm. There were 0.9% (2/222) and 2.6% (2/77) non-ID TLRs in the two arms respectively.

There were no occurrences of acute or sub-acute stent thromboses in either arm. One case of late stent thrombosis occurred in the everolimus arm at 53 days following a complex procedure with multiple stent implants. One case of late stent thrombosis occurred also in the paclitaxel arm at 56 days post procedure. The latter patient presented with a myocardial infarction and subsequently died. Both patients were taking dual antiplatelet therapy at the time of their thrombotic event.

## Discussion

The Spirit II trial has met its primary endpoint, namely it shows an in-stent late loss in the everolimus arm, which is not only non-inferior but also superior to the in-stent late loss observed in the paclitaxel arm.

At the time of the design of the trial, it was decided – in order to avoid potential inter-lesion dependence[20] – to analyse only one lesion per patient (selected by a randomised process) for the primary endpoint, when the patient had received a stent in two different target vessel lesions (17% in the XIENCE V arm and 18% in the TAXUS arm). When all lesions were included in the analysis, the in-stent late loss remained unchanged (0.11 mm vs. 0.12 mm in the XIENCE V arm and 0.36 mm vs. 0.37 mm in the TAXUS arm). (Table 2).

Although a 3:1 randomisation everolimus vs. paclitaxel was performed, which provided more precision for the everolimus arm, without loss of power for the comparison; this might have resulted in a small imbalance in baseline characteristics pre- and post-procedure.

A trend towards a smaller pre-procedural vessel size in the everolimus arm was observed and this difference became significant post-procedure. These differences in vessel size and MLD post-procedure between the two arms could have impacted the restenosis rate and late loss as frequently demonstrated in the literature.[21-23] The MLD post-procedure in the everolimus arm is significantly smaller than the MLD post-procedure in the paclitaxel arm; this is the result of a smaller pre-treatment MLD (p-value 0.032) combined with a smaller acute gain (ns), although the deployment was done at equal levels of pressure. Despite this potential handicap at baseline, in-stent LL and %DS at follow up were significantly lower in the everolimus arm. This small difference in vessel size at baseline is also exemplified in stent volumes measured at baseline (162 mm³ vs. 195 mm³) and at follow-up (167 mm³ vs. 192 mm³) between the everolimus and paclitaxel arms respectively. Although this difference in stent volume does not achieve significance, it could have also impacted the late proliferative process as previously reported in the literature.[24] Nevertheless, we found a profound

and highly significant reduction (73% reduction) in neointimal volume in the everolimus arm (3.8 mm³) when compared to the paclitaxel arm (14.4 mm³). Of interest was that in the IVUS findings of the SIRIUS study, assessing the efficacy of a DES coated with a comparable limus, an almost equal neointimal volume of 4.1 mm³ was found.

Whether malapposition can be held responsible for late stent thrombosis in patients who receive drug-eluting stent remains so far unknown.[25,26] In the present population both drug-eluting stents show negative values of late loss, but the frequency of observations of negative late loss values within the everolimus arm is higher than in the paclitaxel arm (71/237=30% vs. 14/86=16%). The largest negative value was observed in the everolimus arm (−0.57 mm compared to −0.37 mm) in the paclitaxel arm. However, we must recognise that late loss is a parameter with a rather large standard deviation when inter-observer variability is assessed (1 SD 0.36 mm, 2 SD 0.72)[11]; and that late loss is the result of two individual measurements (MLD post-procedure, and MLD at follow-up) which both have their own inter-observer variability due mainly to the process of calibration.[27] Therefore, a negative late loss of −0.57 mm is still within the limits of the confidence level for the reproducibility of the late loss parameter. To investigate the relationship between late loss and malapposition, we have examined the lesions (n=23) with negative late loss, which were assessed by IVUS at follow-up and which received an everolimus-eluting stent and which could therefore potentially have a late-acquired or persisting stent malapposition. Among the 23 lesions with a negative late loss, there was not a single case of late-acquired malapposition, and only one case of persisting malapposition.

In the present study, the incidence of diabetics in the everolimus- and paclitaxel stent groups was 23% (51/223) and 24% (18/76) respectively. The in-stent LL in the paclitaxel arm for the diabetic patients was 0.39 mm, which is comparable to the previously reported late loss of 0.43 mm in a meta-analysis of the diabetic subsets of the TAXUS family trials.[28] In contrast, the LL in the diabetic patients in the everolimus arm was only 0.15 mm (SD 0.26) and thereby significantly superior to the loss of the paclitaxel arm which was 0.39 mm (SD 0.34). The difference in in-stent LL between everolimus- and paclitaxel-eluting stent was 0.24 mm (95% confidence interval: −0.41 mm; −0.08 mm). It is noteworthy that this difference is identical to the difference in late loss observed in the whole population, and thus indicates also superiority of everolimus-eluting stent versus the paclitaxel eluting stent in terms of LL reduction in the diabetic subset. However as this was not a pre-planned analysis further studies will be required to confirm this.

## Conclusions

This non-inferiority randomised trial not only met its primary endpoint, but also demonstrated the superiority of the everolimus-eluting XIENCE V stent over the TAXUS paclitaxel-eluting stent in terms of in-stent late loss. In addition, the IVUS results showed that the XIENCE V stent was more effective at reducing neointimal hyperplasia than the TAXUS stent. The incidence of major adverse events was low and comparable between both treatment arms.



CORD112450

A2196

Clinical research

## Acknowledgements
The authors would like to acknowledge the invaluable assistance of Cecile Dorange, MSc, and Susan Veldhof, RN, from Abbott Vascular, Diegem, Belgium for the conduct and reporting of this study and for their assistance in the preparation of this manuscript.

## Appendix I

**Sponsor:** Advanced Cardiovascular Systems, an Abbott Vascular Company, Santa Clara, California, USA.

**Principal Investigator:** Patrick W. Serruys (The Netherlands).

**Steering committee:** Patrick W. Serruys (Principal Investigator and Chairman, Rotterdam, The Netherlands); Gary Johnson (Vice President of Regulatory Affairs, Pre-Clinical Research, Clinical Research and Reimbursement, Cardiac Therapies, Abbott Vascular); Marcus Wiemer, Bad Oeynhausen, Germany; Eulogio Garcia, Madrid, Spain; John Ormiston, Auckland, New Zealand.

**Data Safety Monitoring Board (DSMB):** Jan G.P. Tijssen, Amsterdam, The Netherlands; Thierry Lefèvre, Massy, France; Philip Urban, Meyrin-Geneva, Switzerland.

**Clinical Events Committee (CEC):** Claude Hanet, Clinique Universitaire de Saint-Luc, Brussels, Belgium; Dougal McClean, Christchurch, Christchurch, New Zealand, Victor Umans, Medical Center Alkmaar, The Netherlands.

**Data Management – Angiographic and IVUS Core Laboratories:** Cardialysis BV, Rotterdam, The Netherlands;

**Data Coordination Centre and Site Monitoring:** Advanced Cardiovascular Systems, and Abbott Vascular Company, Diegem, Belgium.

**The following investigators and institutions participated in the SPIRIT II Trial:**
J.J. Piek, Academisch Medisch Centrum, Amsterdam, The Netherlands; P. Ruygrok, Green Lane Cardiovascular Service, Auckland, New Zealand; J. Neuzner, Klinikum Kassel, Kassel, Germany; A. Seth, Max Heart and Vascular Institute, New Delhi, India; J. Schofer, Universitäres Herz-und Gefässzentrum Hamburg, Hamburg, Germany; M. Wiemer, Herzzentrum Bad Oeynhausen, Bad Oeynhausen, Germany; G. Richardt, Segeberger Kliniken GmbH, Bad Segeberg, Germany; D. Carrié, Hôpital de Rangueil CHU, Toulouse, France; L. Thuesen, Skejby Sygehus, Aarhus, Denmark; E. Camenzind, R.V. Hôpital Cantonal Universitaire de Genève, Geneva, Switzerland; H. Kelbaek, Rigshospitalet, Copenhagen, Denmark; P.W. Serruys, Erasmus Medical Center, Rotterdam, The Netherlands; C. Macaya, Hospital Clinico San Carlos, Madrid, Spain; J. Berland, Clinique Saint Hilaire, Rouen, France; M. Desaga, Amper Kliniken AG-Klinikum Dachau, Dachau, Germany; F. Van den Branden, A.Z. Middelheim, Antwerpen, Belgium; K. Rasmussen, Aalborg Sygehus Syd, Aalborg, Denmark; H. Suryapranata, Isala Kliniken Locatie Weezenlanden, Zwolle, The Netherlands; V. Legrand, C.H.U. de Liège Sart Tilman, Liège, Belgium; W. Ruzyllo, National Institute of Cardiology in Warsaw, Warsaw, Poland; A. Manari, Azienda Ospedaliera Santa Maria Nuova, Reggio Emilia, Italy; C. Spaulding, Hôpital Cochin, Paris, France; M. Suttorp, St. Antonius Ziekenhuis Nieuwegein, Nieuwegein,

The Netherlands; J. Boland, C.H.R. La Citadelle, Liège, Belgium; K. Huber, Wilhelminenspital der Stadt Wien, Vienna, Austria; E. Garcia, University Hospital Gregorio Maranon, Madrid, Spain; J.A.M. te Riele, Amphia Hospital, Breda, The Netherlands; P. Ruygrok, The Mercy Hospital, Auckland, New Zealand.

## References

1. Sousa JE, Costa MA, Abizaid AC, Rensing BJ, Abizaid AS, Tanajura LF, Kozuma K, Van Langenhove G, Sousa AG, Falotico R, Jaeger J, Popma JJ, Serruys PW. Sustained suppression of neointimal proliferation by sirolimus-eluting stents: one-year angiographic and intravascular ultrasound follow-up. *Circulation* 2001;104:2007-11.

2. Serruys PW, Kutryk MJ, Ong AT. Coronary-artery stents. *N Engl J Med* 2006;354:483-95.

3. Farb A, John M, Acampado E, Kolodgie FD, Prescott MF, Virmani R. Oral everolimus inhibits in-stent neointimal growth. *Circulation* 2002;106:2379-84.

4. Costa RA, Lansky AJ, Mintz GS, Mehran R, Tsuchiya Y, Negoita M, Gilutz Y, Nikolsky E, Fahy M, Pop R, Cristea E, Carler S, Dangas G, Stone GW, Leon MB, Muller R, Techen G, Grube E. Angiographic results of the first human experience with everolimus-eluting stents for the treatment of coronary lesions (the FUTURE I trial). *Am J Cardiol* 2005;95:113-6.

5. Grube E, Sonoda S, Ikeno F, Honda Y, Kar S, Chan C, Gerckens U, Lansky AJ, Fitzgerald PJ. Six- and twelve-month results from first human experience using everolimus-eluting stents with bioabsorbable polymer. *Circulation* 2004;109:2168-71.

6. Tsuchiya Y, Lansky AJ, Costa RA, Mehran R, Pietras C, Shimada Y, Sonoda S, Cristea E, Negoita M, Dangas GD, Moses JW, Leon MB, Fitzgerald PJ, Muller R, Storger H, Hauptmann KE, Grube E. Effect of everolimus-eluting stents in different vessel sizes (from the pooled FUTURE I and II trials). *Am J Cardiol* 2006;98:464-9.

7. Grube E. FUTURE II: Multicenter evaluation of the bioabsorbable polymer-based everolimus-eluting stent TCT 2003. Washington, DC, 2003.

8. Serruys P, AT O, Piek JJ, Neumann FJ, Van der Giessen W, Wiemer M, Zeiher AM, Grube E, Haase J, Thuesen L, Hamm CW, Otto-Terlouw P. A randomized comparison of a durable polymer Everolimus-eluting stent with a bare metal coronary stent: the SPIRIT first trial. *Euro Intervention* 2005;1:58-65.

9. Tsuchida K, Piek JJ, Neumann FJ, Van der Giessen W, Wiemer M, Zeiher AM, Grube E, Haase J, Thuesen L, Hamm C, Veldhof S, Dorange C, Serruys PW. One-year results of a durable polymer everolimus-eluting stent in de novo coronary narrowings (the SPIRIT FIRST Trial). *Euro Intervention* 2005;1:266-272.

10. Formica RN, Jr, Lorber KM, Friedman AL, Bia MJ, Lakkis F, Smith JD, Lorber MI. The evolving experience using everolimus in clinical transplantation. *Transplant Proc* 2004;36:495S-499S.

11. Serruys PW, Foley DP, De Feyter P, eds. Quantitave coronary angiography in clinical practice. Dordrecht, The Netherlands, 1994.

12. Hamers R, Bruining N, Knook M, Sabate M, JRTC. R. A novel approach to quantitave analysis of intravascular ultrasound images. *Computers Cardiol* 2001;28:589-592.

13. von Birgelen C, de Vrey EA, Mintz GS, Nicosia A, Bruining N, Li W, Slager CJ, Roelandt JR, Serruys PW, de Feyter PJ. ECG-gated three-dimensional intravascular ultrasound: feasibility and reproducibility of the automated analysis of coronary lumen and atherosclerotic plaque dimensions in humans. *Circulation* 1997;96:2944-52.

**EURO PCR**

CORD112451
A2197

14. Serruys PW, Degertekin M, Tanabe K, Abizaid A, Sousa JE, Colombo A, Guagliumi G, Wijns W, Lindeboom WK, Ligthart J, de Feyter PJ, Morice MC. Intravascular ultrasound findings in the multicenter, randomized, double-blind RAVEL (RAndomized study with the sirolimus-eluting VElocity balloon-expandable stent in the treatment of patients with de novo native coronary artery Lesions) trial. *Circulation* 2002;106:798-803.

15. Aoki J, Colombo A, Dudek D, Banning AP, Drzewiecki J, Zmudka K, Schiele F, Russell ME, Koglin J, Serruys PW. Peristent remodeling and neointimal suppression 2 years after polymer-based, paclitaxel-eluting stent implantation: insights from serial intravascular ultrasound analysis in the TAXUS II study. *Circulation* 2005;112:3876-83.

16. Mintz GS, Weissman NJ, Pappas C, Waksman R. Positive remodeling, regression of in-stent neointimal hyperplasia, and late stent malapposition in the absence of brachytherapy. *Circulation* 2000;102:E111.

17. Rapaport E. Guidelines for the acute coronary syndromes. *Curr Cardiol Rep* 2001;3:289-98.

18. O'Brien PC, Fleming TR. A multiple testing procedure for clinical trials. *Biometrics* 1979;35:549-56.

19. Reboussin DM, DeMets DL, Kim K, Lan KKG. Programs for computing groups sequential boundaries using the Lan-DeMets method. Wisconsin – Madison: Depart of Biostatistics, 1992:Technical Report 60.

20. Kastrati A, Schomig A, Elezi S, Schuhlen H, Wilhelm M, Dirschinger J. Interlesion dependence of the risk for restenosis in patients with coronary stent placement in in multiple lesions. *Circulation* 1998;97:2396-401.

21. Foley DP, Melkert R, Serruys PW. Influence of coronary vessel size on renarrowing process and late angiographic outcome after successful balloon angioplasty. *Circulation* 1994;90:1239-51.

22. Lemos PA, Mercado N, van Domburg RT, Kuntz RE, O'Neill WW, Serruys PW. Comparison of late luminal loss response pattern after

23. Lemos PA, Hoye A, Goedhart D, Arampatzis CA, Saia F, van der Giessen WJ, McFadden E, Sianos G, Smits PC, Hofma SI I, de Feyter PJ, van Domburg RT, Serruys PW. Clinical, angiographic, and procedural predictors of angiographic restenosis after sirolimus-eluting stent implantation in complex patients: an evaluation from the Rapamycin-Eluting Stent Evaluated At Rotterdam Cardiology Hospital (RESEARCH) study. *Circulation* 2004;109:1366-70.

24. Hong MK, Mintz GS, Lee CW, Park DW, Choi BR, Park KH, Kim YH, Cheong SS, Song JK, Kim JJ, Park SW, Park SJ. Intravascular ultrasound predictors of angiographic restenosis after sirolimus-eluting stent implantation. *Eur Heart J* 2006;27:1305-10.

25. Hong MK, Mintz GS, Lee CW, Park DW, Park KM, Lee BK, Kim YH, Song JM, Han KH, Kang DH, Cheong SS, Song JK, Kim JJ, Park SW, Park SJ. Late stent malapposition after drug-eluting stent implantation: an intravascular ultrasound analysis with long-term follow-up. *Circulation* 2006;113:414-9.

26. Hong MK, Mintz GS, Lee CW, Kim YH, Lee SW, Song JM, Han KH, Kang DH, Song JK, Kim JJ, Park SW, Park SJ. Incidence, mechanism, predictors, and long-term prognosis of late stent malapposition after baremetal stent implantation. *Circulation* 2004;109:881-6.

27. Tsuchida K, Garcia-Garcia HM, Ong AT, Valgimigli M, Aoki J, Rademaker TA, Morel MA, van Es GA, Bruining N, Serruys PW. Revisiting late loss and neointimal volumetric measurements in a drug-eluting stent trial: analysis from the SPIRIT FIRST trial. *Catheter Cardiovasc Interv* 2006;67:188-97.

28. Dawkins K, Stone GW, Colombo A, Grube E, Ellis SG, Popma J, Serruys P, Lam P, Koglin J, Russell ME. Integrated analysis of medically treated diabetic patients in the TAXUS program: benefits accross stent platforms, paclitaxel release formulations, and diabetic treatments. *Euro Intervention* 2006;1:61-67.

EURO PCR

CORD112452

A2198



# European Heart Journal

JOURNAL OF THE EUROPEAN SOCIETY OF CARDIOLOGY

JANUARY 1999                          VOLUME 20  NO. 1

## Editorials

The European Heart Journal                                                          1
K. M. Fox, A. Coats, L. Corr and N. Peters

APT dependent K$^+$ channel: a novel therapeutic target in unstable angina?          2
A. Dana and D. M. Yellon

The place for beta-blockers in treating hypertension                                5
N. M. Kaplan

## Hotline Editorial

Hotline sessions at the 20th European Congress of Cardiology                        7
F. W. A. Verheught

## Controversy

Treatment with beta-blockers for the primary prevention of the cardiovascular
complications of hypertension                                                      11
J. A. Staessen, J. G. Wang, W. H. Birkenhäger and R. Fagard

Diuretics, beta-blockers, and gin and tonic                                        25
F. H. Messerli and E. Grossman

## Original Articles

The transmyocardial laser revascularization international registry report          31
S. M. Burns, L. D. Sharples, S. Tait, N. Caine, J. Wallwork and P. M. Schofield

Heart rate variability and ischaemia in patients with coronary heart disease and stable
angina pectoris; Influence of drug therapy and prognostic value                    38
F. Weber, H. Schneider, T. von Arnim and W. Urbaszek for the TIBBS Investigators Group

Cardioprotection by opening of the K$_{ATP}$ channel in unstable angina. Is this a clinical
manifestation of myocardial pre-conditioning? Results of a randomized study with
nicorandil                                                                         51
D. J. Patel, H. J. Purcell and K. M. Fox on behalf of the CESAR 2 Investigators

A randomized placebo-controlled trial of fluvastatin for prevention of restenosis after
successful coronary balloon angioplasty; final results of the fluvastatin angiographic
restenosis (FLARE) trial                                                           58
P. W. Serruys, D. P. Foley, G. Jackson, H. Bonnier, C. Macaya, M. Vrolix, A. Branzi,
J. Shepherd, H. Suryapranata, P. J. de Feyter, R. Melkert, G.-A. van Es and P. J. Pfister on
behalf of the FLARE Study group

Study on propionyl-L-carnitine in chronic heart failure                            70
The investigators of the Study on Propionyl-L-Carnitine in Chronic Heart Failure

List of Referees, 1998                                                             77

Instructions for Authors

Society notices                                                                     I

L 185 06815

CORD086653

A2199

*European Heart Journal* (1999) **20**, 58–69
Article No. euhj.1998.1150, available online at http://www.idealibrary.com on IDEAL

# A randomized placebo-controlled trial of fluvastatin for prevention of restenosis after successful coronary balloon angioplasty

## Final results of the fluvastatin angiographic restenosis (FLARE) trial

P. W. Serruys*, D. P. Foley*, G. Jackson†, H. Bonnier‡, C. Macaya§, M. Vrolix||,
A. Branzi¶, J. Shepherd**, H. Suryapranata††, P. J. de Feyter*, R. Melkert‡‡,
G.-A. van Es‡‡ and P. J. Pfister§§ on behalf of the FLARE study group

*Thoraxcenter, Erasmus University Hospital, Rotterdam, The Netherlands; †Guy's Hospital, London, U.K.;
‡Catharina Hospital, Eindhoven, The Netherlands; §University Hospital San Carlos, Madrid, Spain;
||St Jans Hospital, Genk, Belgium; ¶Cardiology Institute, Bologna University, Bologna, Italy; **Royal Infirmary,
Glasgow, U.K.; ††Ziekenhuis De Weezenlanden, Zwolle, The Netherlands; ‡‡Cardialysis, Rotterdam;
The Netherlands; §§Novartis Pharma AG., Basel, Switzerland

**Background** The 3-hydroxy-3-methylglutaryl coenzyme A (HMG CoA) reductase inhibitors competitively inhibit biosynthesis of mevalonate, a precursor of non-sterol compounds involved in cell proliferation. Experimental evidence suggests that fluvastatin may, independent of any lipid lowering action, exert a greater direct inhibitory effect on proliferating vascular myocytes than other statins. The FLARE (Fluvastatin Angioplasty Restenosis) Trial was conceived to evaluate the ability of fluvastatin 40 mg twice daily to reduce restenosis after successful coronary balloon angioplasty (PTCA).

**Methods** Patients were randomized to either placebo or fluvastatin 40 mg twice daily beginning 2–4 weeks prior to planned PTCA and continuing after a successful PTCA (without the use of a stent), to follow-up angiography at $26 \pm 2$ weeks. Clinical follow-up was completed at 40 weeks. The primary end-point was angiographic restenosis, measured by quantitative coronary angiography at a core laboratory, as the loss in minimal luminal diameter during follow-up. Clinical end-points were death, myocardial infarction, coronary artery bypass graft surgery or re-intervention, up to 40 weeks after PTCA.

**Results** Of 1054 patients randomized, 526 were allocated to fluvastatin and 528 to placebo. Among these, 409 in the fluvastatin group and 427 in the placebo group were included in the intention-to-treat analysis, having undergone a successful PTCA after a minimum of 2 weeks of pre-treatment. At the time of PTCA, fluvastatin had reduced LDL cholesterol by 37% and this was maintained at 33% at 26 weeks. There was no difference in the primary end-point between the treatment groups (fluvastatin $0.23 \pm 0.49$ mm vs placebo $0.23 \pm 0.52$ mm, $P = 0.95$) or in the angiographic restenosis rate (fluvastatin 28%, placebo 31%, chi-square $P = 0.42$), or in the incidence of the composite clinical end-point at 40 weeks (22.4% vs 23.3%; logrank $P = 0.74$). However, a significantly lower incidence of total death and myocardial infarction was observed in six patients (1.4%) in the fluvastatin group and 17 (4.0%) in the placebo group (log rank $P = 0.025$).

**Conclusion** Treatment with fluvastatin 80 mg daily did not affect the process of restenosis and is therefore not indicated for this purpose. However, the observed reduction in mortality and myocardial infarction 40 weeks after PTCA in the fluvastatin treated group has not been previously reported with statin therapy. Accordingly, a priori investigation of this finding is indicated and a new clinical trial with this intention is already underway.
*(Eur Heart J 1999; **20**: 58–69)*

**Key Words:** Prevention of restenosis, fluvastatin, balloon angioplasty.

Revision submitted 28 April 1998, and accepted 28 May 1998.

*Correspondence:* Prof. P. W. Serruys, MD, PhD, Thoraxcenter Bd 418, Academic Hospital, Rotterdam, Dr Molewaterplein 40, 3015 GD Rotterdam, The Netherlands.

0195-668X/99/010058 + 12 $18.00/0

© 1999 The European Society of Cardiology

CORD086654

## Introduction

The 3-hydroxy-3-methylglutaryl coenzyme A (HMG CoA) reductase inhibitors (statins) are the most recently introduced class of agents aimed at the management of hyperlipidaemia. Many clinical studies have suggested that their beneficial effect on the progression of atherosclerosis is due to their lipid lowering properties[1,2], although there is growing evidence that they may have additional effects beyond LDL cholesterol reduction[3]. For example, in vitro studies have suggested that, by inhibiting mevalonate synthesis, they may limit the availability of isoprene units and as a consequence, retard such fundamental biological processes as cell growth and proliferation[4].

A direct effect of four statins (simvastatin, lovastatin, pravastatin and fluvastatin) on smooth muscle cell proliferation, independent of any lipid lowering action was demonstrated in an experimental investigation in normocholesterolemic rabbits[5]. Fluvastatin appeared to inhibit neointimal formation to the greatest extent and thus provided a rationale for investigation of the potential effect of fluvastatin for the prevention of restenosis after coronary balloon angioplasty in a large clinical trial. Accordingly, the FLARE—Fluvastatin Angioplasty Restenosis trial was designed.

## Methods

Protocol development for this randomized double-blind placebo-controlled trial commenced as long ago as early 1992, in collaboration with a nucleus of committed expert physicians who subsequently formed the trial steering committee: the Cardialysis Clinical Trial Coordinating Centre, Rotterdam, Netherlands and Sandoz Pharma, AG, Basel (now Novartis Pharma, AG., the trial sponsors and proprietors of fluvastatin/lescol). To facilitate the successful performance of the trial, especially with regard to standardized performance of coronary angiography (suitable for optimal quantitative analysis at the core laboratory) by the 33 investigating centres, throughout seven European countries, extensive preparatory and background work was required. This included several national and international general investigators meetings to describe the protocol and trial documentation, visits by quantitative coronary angiography experts from the co-ordinating centre and representatives of the Sandoz Affiliated Companies to all centres, and the performance of angiographic test cases by investigators (with critical evaluation by the core laboratory), to demonstrate their suitability to participate in the trial. A number of prospective investigating centres, which were routinely recording angiograms on videotape instead of on cinefilm, had to be excluded from the trial after reproducibility testing at the core laboratory demonstrated unreliability of video as a substrate for image storage for subsequence quantitative coronary angiography analysis[7].

## Inclusion/exclusion

Patients to be included in the trial were those with symptomatic or ischaemia-producing coronary lesions suitable for balloon angioplasty, according to the local practice of the investigator, and an LDL cholesterol <6·0 mmol . l⁻¹. Initially, only patients requiring angioplasty of a single target lesion were to be included, but because of investigator opinion, that evolving clinical practice indicated an increasing proportion of multilesion procedures, the protocol was amended in January 1994 to allow planned multilesion angioplasty. Principal trial exclusion criteria were myocardial infarction within the previous 3 months (making measurement of some serum lipid fractions unreliable), restenotic lesions, lesion in a bypass graft, patients requiring urgent angioplasty or inability to defer angioplasty for 2 weeks in order to allow pre-treatment, and a fasting low-density lipoprotein cholesterol >6 mmol . l⁻¹ or triglycerides >4·5 mmol . l⁻¹ at screening.

## Intention-to-treat population and sample size calculation

The trial commenced with inclusion of the first patient in October 1993. By July 1995 the recruitment target of 1000 patients had been exceeded, with a total of 1054 patients randomized to receive either fluvastatin 40 mg (n=526) or placebo (n=528), twice daily. This patient group formed the total population for evaluation of the safety of the trial medication. This was independently evaluated by a Safety and Data Monitoring Committee, formed by internationally recognized expert epidemiologists and cardiologists, not involved with patient treatment in the trial. The protocol was carefully designed primarily to investigate the influence of fluvastatin on restenosis after successful angioplasty. The intention-to-treat population was defined as 'those randomized patients who had taken at least one tablet of trial medication and undergone successful balloon angioplasty' (without the use of a stent) 2 ± 2 weeks later. At the time the protocol was finalized (mid 1993), limited data existed on the intermediate (6 month–1 year) results of stent implantation. The indications were uncertain and use varied widely throughout the participating countries. Accordingly, it was decided by the steering committee that all patients undergoing stent implantation during the initial angioplasty procedure would be considered to have had an unsuccessful balloon angioplasty and would be excluded from the intention-to-treat population. It seemed at that time that the incidence of so-called 'bail-out stent implantation' was generally less than 10% and this was taken into account in the estimation of patient inclusion required to test the trial hypothesis with 90% statistical certainty.

The calculation of sample size was based on the knowledge that the mean luminal loss during follow-up after successful PTCA among placebo-treated groups in

CORD086655

A2201

60   *P. W. Serruys* et al.

*Table 1   Flow chart of all patients randomized (n=1054)*

*Table 1   Flow chart of all patients randomized (n=1054)*

| | Number of patients | |
|---|---|---|
| | Fluvastatin | Placebo |
| Safety population | 526 | 528 |
| Medication discontinued before PTCA | 10 | 6 |
| Consent withdrawn before PTCA | 7 | 6 |
| Delayed exclusion | 10 | 9 |
| PTCA cancelled | 13 | 7 |
| MACE before PTCA | 4 | 3 |
| MACE during PTCA | 72 | 71 |
| Protocol violation | 1 | 1 |
| Intention-to-treat population | 409 | 425 |
| Angiographic population | 382 | 391 |

MACE = major cardiac events.

four previous trials with different agents was 0·30 mm[8–10]. Thus it was assumed that the placebo group in the FLARE trial would demonstrate a similar degree of loss. The target treatment effect was decided upon by the steering committee as a 40% reduction in luminal loss by fluvastatin. In order to detect such a difference, with 90% power at an alpha level of 0·05, approximately 730 evaluable patients were required. Allowing for an estimated 'drop out' rate of 15% (based on experience with previous trials and taking account of the pre-treatment phase required in the FLARE trial), a total of 850 patients needed to be randomized. This number of evaluable patients also allowed the detection of a difference of 30% in the incidence of major adverse cardiac events (death, myocardial infarction, coronary artery bypass graft survey or re-intervention) between the treated and placebo groups, with a power of >90% at an alpha level of 0·05. However, as a consequence of evolving angioplasty practice, principally the increasing use of coronary stents, a 22% 'drop out' rate was observed in the early months of the trial. The steering committee therefore made the decision to increase the recruitment target to 1000 patients to ensure that an adequate number of evaluable patients would be enrolled. Ultimately, 834 evaluable patients, 409 patients in the fluvastatin group and 425 in the placebo group, had a successful balloon and continued on trial medication until follow-up angiography at 26 ± 2 weeks after angioplasty (flow chart is shown in Table 1).

## Trial chronology

The trial commenced (visit 1, 2–4 weeks before intervention) when eligible patients who had been screened and fulfilled all inclusion criteria[12] and had given informed consent were randomized. After a minimum of 2 weeks, the patient returned for PTCA, prior to which clinical and laboratory assessments were carried out (visit 2, week 0). Patients undergoing successful PTCA (defined as diameter stenosis <50%) without reaching a major adverse cardiac event, continued on trial medication. A

clinical follow-up visit, with clinical evaluation and lipid and biochemical assessment was required 6 weeks after PTCA (visit 3, week 6) and a further visit with exercise testing (visit 4, 24 ± 2 weeks after angioplasty), was required prior to follow-up angiography, which was carried out 26 ± 2 weeks after PTCA (visit 5). In order to allow sufficient time for performance of justified (on the basis of recurrent symptoms or demonstrated exercised-induced ischaemia) elective re-intervention or bypass graft surgery arising from clinical and angiographic follow-up at 26 ± 2 weeks, the final clinical follow-up for evaluation of clinical end-points was at 40 weeks after PTCA (visit 6, week 40). Due to variable waiting times for elective surgical or non-surgical intervention throughout the participating countries, 40 weeks was agreed upon as the most practical timing for final clinical follow-up.

## End-points

### Primary end-point

The primary end-point for the FLARE trial was the absolute change in minimal luminal diameter, between the post-PTCA and follow-up angiogram, 26 ± 2 weeks later, measured by quantitative coronary angiography. If, for whatever reason, angiography was carried out prior to 14 weeks after PTCA, further angiography within the recommended time-window was required, unless a clinical end-point, as defined below, had been reached.

### Secondary angiographic end-points

(i) Minimal luminal diameter at follow up angiography; (ii) incidence of restenosis, as defined according to categorical angiographic criteria.

### Clinical end-points

A clinical end-point was considered to have been reached upon the occurrence of any one of the major cardiac events described below, before 40 weeks post-PTCA, whereby for any patient experiencing more than one event, the first event reached was considered:
1. death—post-mortem examination was recommended in all patients randomized who died during the course of the trial. In the absence of clear evidence to the contrary, any deaths occurring during the trial were considered to be cardiac;
2. non-fatal myocardial infarction. The occurrence of myocardial infarction was defined as the finding of a typical temporal pattern of serum cardiac enzyme change, in particular, documented elevation of serum creatine phosphokinase levels to greater than twice the upper limit of normal for the laboratory and/or a greater than twofold increase in the creatine phosphokinase MB fraction, with return to within the accepted normal range. In the absence of unambiguous cardiac enzyme abnormalities, the finding of typical evolutional ECG patterns of myocardial infarction, or of 'new' pathological Q waves were considered diagnostic of myocardial

CORD086656

A2202

infarction. Evidence to support the diagnosis of myocardial infarction had to be provided by the investigator, to facilitate final adjudication by the Critical Events and Safety and Data Monitoring Committees;

3. coronary artery bypass graft surgery (CABG);

4. re-intervention after completion of the initial PTCA procedure and before the end of the trial period, including requirement for repeat PTCA or intervention using an alternative percutaneous revascularization device (use of a perfusion balloon catheter at the discretion of the treating physician was acceptable and did not constitute an end-point or exclusion from the trial). Stent implantation during the index angioplasty procedure was considered to indicate unsuccessful balloon angioplasty and the patient was excluded from the intention-to-treat analysis.

*Lipid and laboratory aspects*

Patients with a measured fasting LDL cholesterol above 6·0 mmol . l$^{-1}$ or fasting triglyceride level greater than 4·5 mmol . l$^{-1}$ (by local laboratory) within 4 weeks of randomization were excluded from the trial, on the ethical principle that they required lipid-lowering therapy. The effect of trial medication on serum lipids was assessed by performing a comprehensive lipid profile (total cholesterol, low and high density lipoprotein cholesterol, lipoprotein (a), apolipoprotein A1 and B and triglycerides) at all clinical visits[13]. Lipid parameters and temporal changes were compared between the two groups and correlated with the angiographic and clinical end-points. In addition, prior to randomization, all patients had to have documented haematological, hepatic and renal indices and creatine phosphokinase levels within the reference range for the analysing laboratory. At randomization, blood samples were taken for measurement of these parameters at a central laboratory. Similar laboratory tests were repeated at each attendance, to detect any potential adverse biochemical or haematological effects of trial medication. In the final analysis, the treatment and placebo groups were compared for frequency and severity of abnormalities detected. From randomization, all blood samples were specially packaged in protective containers and sent by courier to central laboratories for blinded analysis. Local laboratory results were used for screening and establishment of patient suitability for inclusion, as well as for diagnosis of acute adverse events (all data pertaining to such events were evaluated blindly by the Critical Events Committee and by the Safety and Data monitoring Committee). Central laboratory results were used to monitor the safety of trial medication and relevant laboratory abnormalities were reported to responsible investigators and to the Clinical Co-ordinating Centre.

*Trial medication*

*Compliance, safety and tolerability*

In addition to laboratory tests, compliance with trial medication was assessed at each visit and all adverse experiences (any deterioration in clinical status during the course of the trial was considered an adverse experience; its relationship with trial medication was determined according to well known guidelines) were documented in the case record form. The trial medication was discontinued if: (1) the PTCA procedure was not performed for whatever reason; (2) the PTCA procedure was unsuccessful (failure to achieve a % diameter stenosis <50% post PTCA, without the use of a device other than balloon) whether or not a major cardiac event occurred; (3) a primary clinical end-point was reached, or another serious adverse event occurred; (4) a protocol violation occurred. Discontinuation of trial medication after successful angioplasty did not dictate withdrawal from the trial, and follow-up clinical observations had to be made as scheduled, to complete the evaluation and analysis.

*Concomitant medication*

All patients received acetyl salicylic acid up to 325 mg once daily throughout the trial period. Intracoronary injection of 1–3 mg isosorbide dinitrate or 0·1–0·3 mg glyceryl trinitrate, was systematically used to control vasomotor tone. Oral or sublingual nitrates could be given during the follow-up period where indicated. At the discretion of the treating physician, during the PTCA procedure or the in-hospital period, beta-blockers and calcium antagonists could be prescribed. Non-aspirin antiplatelet agents and oral anticoagulants were discouraged.

Excluded medications, which were considered to potentially interfere with evaluation or interpretation of study results, included: all other lipid lower agents; steroid hormones or oral contraceptive agents; thyroid hormone replacement, if not stable for at least 2 months prior to the study or likely to change during the study; erythromycin or ketoconazole; cyclosporin; anti-epileptic therapy; and, at the beginning of the trial, oral hypoglycaemic agents (this exclusion was cancelled within 3 months of the beginning of the trial, based on data from the manufacturing company).

*Statistical analysis*

Continuous variables, including in particular the change in minimal luminal diameter during follow-up and the minimal luminal diameter at follow-up, were compared by analysis of variance techniques, taking potential centre (investigating institution) interaction into account. Categorical variables were compared by Mantel–Haenszel test procedures. Major cardiac events were displayed using the Kaplan–Meier method; statistical comparisons were performed using the logrank test. Binary restenosis rates (according to the conventional definitions employed) were compared by Fisher's exact test.

CORD086657

A2203

*Angioplasty procedure and angiographic protocol to facilitate quantitative analysis*

The angioplasty technique was left to the discretion of the treating physician, except for the performance of coronary angiography before and after successful lesion treatment. To this end, all investigators were required to receive instruction from the core laboratory (Cardialysis, Rotterdam, the Netherlands) in the appropriate recording of angiograms to facilitate quantitative analysis. Two angiographic 'test runs' had to be submitted to the core lab for evaluation and approval before a centre could begin to recruit patients. Angiograms had to be recorded on cinefilm at a frame speed of 25 mm . s$^{-1}$; recordings pre-PTCA and the final post-PTCA recording had to be made after intracoronary injection of nitroglycerin or isosorbide dinitrate, beginning with the empty contrast catheter tip. Contrast opacification had to be optimal and in at least two projections (separated by at least 30° angulation) clearly showing the target lesion and adjoining segments proximal and distal. All film sequences, medications and materials used (including details of balloon inflations), a qualitative angiographic evaluation of the lesion morphology, angiographic outcome, and complications were recorded on a dedicated case record form (called the Technician's Worksheet). All further angiographic procedures, including intercurrent and follow-up angiograms and repeat angioplasty, had to be similarly documented in detail; angiographic film sequences had to be repeated in projections identical to those used during the index procedure.

*Core laboratory angiographic evaluation procedures*

All cineangiograms were evaluated by teams of two experienced observers for detailed qualitative features. The inter and intra-observer variability for evaluation of these features for this core laboratory had been previously published[14]. Quantitative angiographic measurements were performed using the Cardiovascular Angiographic Analysis System (CAAS) using standardized methodology which has been extensively described[15].

## Results

*Patients*

Of the 1054 randomized patients, 34 in the fluvastatin group and 22 in the placebo group did not complete the pre-treatment period and undergo angioplasty (because of withdrawal of consent, discontinuation of trial medication, experience of a major adverse cardiac event or cancellation of angioplasty—Table 1). A further 83 patients in the fluvastatin group and 81 in the

placebo group underwent an angioplasty procedure, but had an unsuccessful or complicated outcome (including death n=2; myocardial infarction n=10; emergency coronary artery bypass graft surgery n=7; or necessity for bail-out stent implantation n=67) or had a previously unnoticed exclusion criterion and were later excluded from analysis. Ultimately, a total of 409 patients in the fluvastatin group and 425 in the placebo group had successful balloon angioplasty without adverse cardiac events and entered the intention-to-treat analysis.

Baseline clinical (Table 2) and angiographic characteristics (Table 3) were similarly distributed in the two groups. Patients (83% male) had predominantly single-vessel disease and underwent mainly single-lesion dilatation (85%). The majority of patients (71%) had stable class 0–2 anginal symptoms, although 40% gave a history of recent non-exertional angina. Lesions were located in the left anterior descending artery in a total of 42% of patients, in the right coronary artery in 27% and in the circumflex in 31%. Lesion type was mainly scored as ACC/AHA type B1 or B2 and a TIMI grade 0 or 1 occlusion was encountered in 7%. Additional features of interest include: lesion length was scored as <10 mm in 68% of the fluvastatin group and in 69% of the placebo group, as 10–20 mm in 23% of each group, as longer than 20 mm in 4% and 3%, and as not measurable in 5%. Calcification was scored in 18% of target lesions and thrombus in 1·8%, lesions were located in a tortuous segment in 16% of lesions in each group. A branch point was present in the stenosis, or was covered by the dilating balloon, in 45% of patients in the fluvastatin group and in 47% in the placebo group.

*Lipid levels and other laboratory parameters (Tables 2 and 4)*

Baseline lipid parameters were similar in the two groups. At the angioplasty visit (week zero, 2 weeks after commencing trial medication), LDL cholesterol was reduced by 37% in the fluvastatin group and maintained at 33% at the 26 week follow-up, whereas in the placebo group no significant change in LDL cholesterol was observed. In addition, at 26 weeks a 28% reduction in apolipoprotein B was observed, as well as a 13% reduction in triglycerides, in contrast to no significant change in the placebo group. No significant changes were observed in HDL cholesterol, apolipoprotein A1 or lipoprotein (a). A more than threefold elevation above reference was observed in serum ALAT in 1·7% of patients in the fluvastatin group and in 0·7% in the placebo group, and in ASAT in 0·5% in each group. However, no patient showed such abnormalities in two consecutive samples. Elevation of total creatine phosphokinase to more than 10 times the upper range (the level required to define myopathy[16]) was not observed.

CORD086658

A2204

Table 2   Baseline demographic characteristics of the intention-to-treat population
(n=834)

| | Fluvastatin (409 patients) | | Placebo (425 patients | |
|---|---|---|---|---|
| Age | 60 ± 9 | | 61 ± 9 | |
| Male | 339 | 83% | 349 | 82% |
| Relevant medical history | | | | |
| Diabetes mellitus | 15 | 4% | 19 | 5% |
| Prior MI | 134 | 33% | 141 | 33% |
| Prior CABG | 18 | 4% | 21 | 5% |
| Prior PTCA | 38 | 9% | 38 | 9% |
| Cerebrovascular disease | 14 | 3% | 15 | 4% |
| Hypertension | 136 | 33% | 140 | 33% |
| Peripheral vascular disease | 35 | 9% | 36 | 9% |
| Current smoking | 125 | 31% | 116 | 27% |
| Family history of coronary disease | 134 | 33% | 135 | 32% |
| Lipid profile | | | | |
| Total cholesterol (mmol . l$^{-1}$) | 5·75 ± 1·01 | | 5·77 ± 1·03 | |
| LDL cholesterol (mmol . l$^{-1}$) | 3·96 ± 0·85 | | 3·95 ± 0·87 | |
| HDL (mmol . l$^{-1}$) | 1·06 ± 0·27 | | 1·08 ± 0·28 | |
| Triglycerides (mmol . l$^{-1}$) | 1·69 ± 0·84 | | 1·6 ± 0·83 | |
| Lipoprotein-a (mg . dl$^{-1}$) | 29·5 ± 40·0 | | 32·2 ± 44·1 | |
| Anginal status | | | | |
| No angina | 49 | 12% | 45 | 11% |
| CCS class 1 | 57 | 14% | 58 | 13% |
| CCS class 2 | 179 | 44% | 207 | 49% |
| CCS class 3 | 111 | 27% | 103 | 24% |
| CCS class 4 | 13 | 3% | 12 | 3% |
| Recent history of non-exertional angina | 163 | 40% | 177 | 42% |
| Body mass index | 26·7 ± 3·3 | | 26·7 ± 3·2 | |
| Extent of coronary artery disease | | | | |
| Unknown | 11 | 3% | 2 | 21% |
| Single vessel disease | 276 | 67% | 316 | 74% |
| Two vessel disease | 93 | 23% | 88 | 21% |
| Triple vessel disease | 29 | 7% | 19 | 4% |
| Number of lesions | 479 | | 495 | |
| Patients with multilesion PTCA | 63 | 15% | 59 | 14% |

CCS=Canadian Cardiovascular Society.

Table 3   Baseline lesion characteristics of the intention-
to-treat population (n=834)

| | Fluvastatin (479 lesions) | | Placebo (495 lesions) | |
|---|---|---|---|---|
| Lesion type (ACC/AHA) | | | | |
| A | 33 | 7% | 40 | 8% |
| B1 | 202 | 42% | 195 | 39% |
| B2 | 221 | 46% | 242 | 49% |
| C | 21 | 4% | 18 | 4% |
| Missing | 16 | 3% | 18 | 4% |
| Lesion location | | | | |
| Left anterior descending | 210 | 44% | 191 | 39% |
| Right coronary artery | 128 | 7% | 137 | 27% |
| Circumflex | 141 | 29% | 161 | 34% |
| TIMI flow status pre-PTCA | | | | |
| TIMI 0 | 21 | 4% | 22 | 4% |
| TIMI 1 | 14 | 3% | 26 | 5% |
| TIMI 2 | 60 | 13% | 48 | 10% |
| TIMI 3 | 383 | 80% | 399 | 81% |
| Missing | 1 | 0% | 0 | 0% |

ACC/AHA=American College of Cardiology/American Heart
Association; TIMI=Thrombolysis in Myocardial Infarction.

## Angiographic outcome (Table 5 and Fig. 1)

In the intention-to-treat population 773 patients (93% of those eligible) completed angiographic follow-up suitable for quantitative analysis. Target vessel size was 2·66 mm in each group. Minimal luminal diameter pre-angioplasty was 0·97 mm in the fluvastatin group and 0·96 mm in the placebo group, increasing to 1·78 mm in the fluvastatin group and 1·77 mm in the placebo group, giving an acute luminal gain of 0·81 mm and 0·80 mm, respectively. The frequency of angiographic dissection scored by the angiographic core laboratory was 44% in the fluvastatin and 47% in the placebo group. Late luminal loss was identical in both groups (0·23 mm) and follow-up minimal luminal diameter was similar at 1·55 mm in the fluvastatin group and 1·53 mm in the placebo group, reflected by superimposition of the cumulative frequency distribution curves in Fig. 1. The categorical restenosis rate (diameter stenosis >50%) was 28% in the fluvastatin group and 31% in the placebo group (P=0·42).

Eur Heart J, Vol. 20, issue 1, January 1999

CORD086659

A2205

*64   P. W. Serruys* et al.

*Table 4   LDL cholesterol volumes of intention-to-treat population during treatment period*

|  | Fluvastatin (409 patients) | Placebo (425 patients) | Difference |  |
|---|---|---|---|---|
| Week −2 (baseline) | 3·96 ± 0·85 | 3·95 ± 0·87 | 0·01 | P=1·00 |
| Week 0 (procedure) | 2·46 ± 0·74 | 3·81 ± 0·79 | 0·35 | P<0·0001* |
| Week 4 | 2·56 ± 0·71 | 3·88 ± 0·85 | 0·32 | P<0·0001* |
| Week 26 | 2·63 ± 0·78 | 3·85 ± 0·84 | 0·22 | P<0·0001* |

*\*P value adjusted for baseline value.*

*Table 5   Results of per lesion based offline Quantitative Coronary Angiographic analysis before and after angioplasty and at 6 month follow up in patients with evaluable angiograms (n=773)*

|  | Fluvastatin (445 lesions in 382 patients) | Placebo (458 lesions in 391 patients) | P value for difference |
|---|---|---|---|
| **Reference vessel diameter (mm)** | | | |
| Pre-PTCA | 2·66 ± 0·50 | 2·66 ± 0·54 | P=0·99 |
| Post-PTCA | 2·75 ± 0·48 | 2·72 ± 0·51 | P=0·56 |
| Follow-up | 2·79 ± 0·54 | 2·76 ± 0·60 | P=0·79 |
| **Minimal luminal diameter (mm)** | | | |
| Pre-PTCA | 0·97 ± 0·41 | 0·96 ± 0·41 | P=0·67 |
| Post-PTCA | 1·78 ± 0·36 | 1·77 ± 0·36 | P=0·57 |
| Follow-up | 1·55 ± 0·59 | 1·53 ± 0·58 | P=0·77 |
| **Percent diameter stenosis** | | | |
| Pre-PTCA | 63 ± 14% | 63 ± 15% | P=0·79 |
| Post-PTCA | 35 ± 8% | 35 ± 8% | P=0·72 |
| Follow-up (mm) | 44 ± 18% | 44 ± 17% | P=0·96 |
| Acute luminal gain (mm) | 0·81 ± 0·42 | 0·80 ± 0·43 | P=0·93 |
| Late luminal loss (mm) | 0·23 ± 0·49 | 0·23 ± 0·52 | P=0·95 |
| Net luminal gain (mm) | 0·57 ± 0·55 | 0·57 ± 0·57 | P=1·00 |
| Restenosis rate (% diameter stenosis at follow up ≥50%) | 126   28% | 141   31% | P=0·42 |



*Figure 1*   Cumulative frequency distribution curves for all evaluable lesions in the two treatment groups, showing minimal luminal diameter before (Pre) and after (Post) intervention and at follow-up (Fup).

### Clinical results (Table 6 and Fig. 2(a) and (b))

Major cardiac events were observed in 92 patients in the fluvastatin group and in 99 in the placebo group (P=0·74). Death or myocardial infarction occurred in 1·4% of patients in the fluvastatin group compared with 4% of patients in the placebo group (P=0·03) and re-intervention (surgical or percutaneous) was carried out in 21% of the fluvastatin-treated patients and 19·3% of the placebo patients. At 26 weeks, prior to follow-up angiography, 69% of patients in the fluvastatin group and 70% in the placebo group were angina free.

CORD086660

A2206

*Table 6  Major adverse cardiac events occurring during follow-up, assessed at 40 weeks after angioplasty in the intention-to-treat population (n=834)*

| Worst event | Fluvastatin (409 patients) | | Placebo (425 patients) | | Cumulative events | Fluvastatin (409 patients) | | Placebo (425 patients) | | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Death | 3 | 0·7% | 7 | 1·6% | Death | 3 | 0·7% | 7 | 1·6% | P=0·37 |
| MI | 3 | 0·7% | 10 | 2·4% | Death/MI | 6 | 1·4% | 17 | 4·0% | P=0·03 |
| CABG | 18 | 4·4% | 10 | 2·4% | Death/MI/CABG | 24 | 5·8% | 27 | 6·4% | P=0·88 |
| rePTCA | 68 | 16·6% | 72 | 16·9% | Death/MI/CABG/rePTCA | 92 | 22·4% | 99 | 23·3% | P=0·85 |

MI=myocardial infarction; CABG=coronary artery bypass grafting; rePTCA=percutaneous transluminal coronary angioplasty reintervention.

### Non-cardiac adverse events

A total of four patients (0·8%) in the fluvastatin group and 11 (2·1%) in the placebo group were diagnosed with malignant disease during the trial period. In 45% of patients in the fluvastatin group and 51% in the placebo group a minor adverse event was reported. Principal among these events, where more than a 1% difference existed between the two groups (fluvastatin vs placebo), were: headache (3·8% vs 1·7%), nausea (3·4% vs 2·3%), myalgia (1·7% vs 0·6%) or other pain (4·4% vs 2·5%); however, none of these differences was statistically significant.

## Discussion

### Design

The primary goal of this randomized placebo-controlled trial was to evaluate the effect of high dose fluvastatin (80 mg daily), with a pre-treatment period of 2–4 weeks and a duration of 26 weeks, on restenosis after successful balloon angioplasty, as measured by quantitative angiography. Accordingly, the study was powered to detect a 40% reduction in quantitative coronary angiography measured luminal loss, from an expected 0·30 mm in the placebo group to 0·18 mm in the fluvastatin group. Of the total recruitment of 1054 patients, 834 underwent a successful balloon angioplasty after receiving at least one dose of trial medication, thus forming a more than adequate intention-to-treat population. Angiographic follow-up of 93% provided a more than ample patient population to test the trial hypothesis.

The loss in minimal luminal diameter from post-angioplasty to follow-up angiography was used as a surrogate for intimal hyperplasia, since we were investigating the anti-proliferative effect of fluvastatin. Of course other angiographic measurements[12] were also included as secondary and tertiary end-points and ultimately no differences were detected between the fluvastatin and placebo group so the outcome of the trial was negative.

It is noteworthy that the mean loss observed in this trial is the lowest ever published in a balloon angioplasty population — 0·23 mm in both groups, compared with an average of 0·30 mm in the CARPORT, MERCATOR, MARCATOR and PARK trials[17], all co-ordinated by this core laboratory. In two other restenosis trials using statins, the reported luminal loss was also greater, at 0·46 mm in the lovastatin trial[18] and in the PREDICT (pravastatin)[19] trial, although the minimal luminal diameter at follow-up is in the same range in all three studies (1·45 mm in lovastatin, 1·51 mm in PREDICT and 1·54 mm in FLARE) and the rate of revascularization during follow-up is consistent in all three trials (in the range of 21%). Differences in the patient populations may be responsible for the greater loss in the lovastatin trial compared with FLARE. In the lovastatin trials, the patient population included 55% CCS class 3 or 4 angina, compared to 30% in FLARE; diabetics formed 12% of the population in lovastatin and 4·5% in FLARE; females made up 29% of the lovastatin trial population compared with 19% in FLARE; 44% of patients in the lovastatin trials had multivessel disease compared with 33% in FLARE; 26% of patients had multilesion dilatation in lovastatin and 15% in FLARE; also, the intention-to-treat population in FLARE excluded the patients with stent implantation, which is known to be associated with greater luminal loss during follow-up than balloon angioplasty, despite the more favourable late outcome[20]. Lastly differences in quantitative coronary angiography methodology may play a part, as has been previously published by our group[21].

## Effects of fluvastatin in FLARE

### Why did fluvastatin not diminish restenosis?

For the first time, a pharmacological agent with proven ability to inhibit human smooth muscle cell proliferation in vitro has been tested in a clinical trial. In-vitro investigation of the pharmacological activity of sera from patients treated with either pravastatin or fluvastatin on proliferation of cultured human smooth muscle cells and on cholesterol biosynthesis, showed similar effects on plasma lipids and lipoproteins, but in addition, fluvastatin sera caused significant inhibition of smooth muscle cells proliferation ( − 28% cell growth),

CORD086661

A2207



*Figure 2*  (a) Event-free survival curves with respect to all major cardiac events for both treatment groups. *P* values are calculated using the logrank test. (b) Event-free survival curves with respect to the combined end-point death and myocardial infarction (MI) for both treatment groups. *P* values are calculated using the logrank test.

whereas pravastatin sera exhibited no such effect[26]. This was the first demonstration that a statin might inhibit human myocyte proliferation. Despite the achievement of effective serum levels and adequate pretreatment to reach appropriate tissue levels, the in-vitro observed efficacy did not translate into in-vivo effect on restenosis, as measured by quantitative coronary angiography. Compliance with study medication was considered satisfactory, as judged by the LDL cholesterol changes already observed at the angioplasty visit (2 weeks after initiating therapy) and maintained at follow-up angiography. To attempt to explain the apparent lack of effect, a number of scenarios may be considered. Firstly, although the experimental evidence indicates that the action of fluvastatin is observed in all activated cells (due to the inhibition of mevalonate synthetase), it is possible that the smooth muscle cells in culture may not appropriately model the hypertrophic, hyperplastic myocyte changes triggered by angioplasty. Experimental exposure of isolated

CORD086662

A2208

myocytes to fluvastatin in the culture medium may be quite different from the in-vivo situation, especially of proliferation after angioplasty is initiated from deep within the arterial media or adventitia[22].

Secondly, examination of the results observed in the in-vitro human arterial model suggests that the inhibitory effect of fluvastatin in-vitro may be variable. In the clinical situation, which is characterized by fluctuations in the drug plasma level, it is conceivable that a steady state inhibition is not reached. Consequently, at times, growth suppression may be in abeyance, allowing sufficient proliferation to promote restenosis. Moreover, extensive studies of regional intracoronary pharmacokinetics (using radiolabelling) have revealed that even locally administered compounds in apparently effective doses, proportionally much higher than could be given orally, fail to reach adequate pharmacodynamic concentrations at the target site[23].

Thirdly, restenosis is a much more complex process than simple proliferation. Cellular matrix production and the only recently intracoronary ultrasound demonstrated phenomenon of chronic vessel remodelling may explain at least 50% of the luminal loss in the 6 months after successful angioplasty[24]. The implication of this is that since quantitative coronary angiography cannot provide measurements of these components of luminal renarrowing, a potential anti-proliferative effect of fluvastatin might have been masked by a lack of effect on vessel retraction or remodelling. Serial intracoronary ultrasound would be required to detect such subtle potential differences in the vessel wall response to balloon injury between the treatment groups, but when FLARE was conceived, intracoronary ultrasound was still very much investigational and not widely used and the described phenomena had not yet been recognized.

It is thus conceivable that fluvastatin may have had some inhibiting effect on smooth muscle cell proliferation in FLARE without actually affecting luminal loss, although the complete superimposition of the cumulative distribution curves for minimal luminal diameter indicate absence of even the slightest angiographically detectable difference between the treatment and placebo groups. It would be moot to suggest that either matrix production or chronic remodelling could be reasonably expected to be influenced by fluvastatin. Ultimately, the now recognized relative importance of chronic vessel remodelling mitigates against the likelihood of any systemically administered anti-proliferative agent exerting any detectable influence on restenosis after balloon angioplasty. Accordingly, future trials investigating anti-proliferative agents must use a predominantly proliferative clinical model, such as post successful stent implantation, where restenosis really represents new tissue growth[25].

*How can the increased infarct free survival in the fluvastatin treated group be explained?*
Although this study had a primary angiographic endpoint, it was adequately powered to detect a difference in major adverse cardiac events at 40 weeks. At 40 weeks

there was no difference in the incidence of the combined clinical end-points of death, myocardial infarction, CABG and re-intervention. However, a significantly lower incidence of death and non-fatal myocardial infarction (1·4% in the fluvastatin group, compared with 4% in the placebo group ($P=0·025$) relative risk reduction 0·37 [0·18, 0·89]) was observed in the fluvastatin group. This observation, which was not a pre-specified trial end-point in FLARE, was unexpected and has not been described in the lovastatin or PREDICT trials; in fact the frequency of these events was somewhat higher in the lovastatin and pravastatin groups compared to placebo in those trials. However, the finding is in keeping with reduced cardiovascular events observed in angiographic regression trials and the clinical lipid lower trials[26–28]. Accordingly, despite the possibility that this is a chance finding (because of a type II error, reflected by the wide confidence intervals for the relative risk reduction in death or myocardial infarction by fluvastatin), it is possible to explain the finding on the basis of plaque stabilization secondary to effective and rapid reduction in total and LDL cholesterol and apolipoprotein B. There are also potential non-lipid effects of fluvastatin which could explain the observed clinical effect which deserve to be mentioned. Experimental data suggest that fluvastatin can favourably influence thrombogenic and hypofibrinolytic factors involved in acute vascular events. Colli and co-workers[29] have recently demonstrated that fluvastatin, in a dose-dependent manner interferes with macrophage-derived tissue-factor production, while pravastatin had no such effect. The same group showed that fluvastatin can blunt the increased synthesis of endothelium derived PAI-1 induced by oxidized LDL. Additionally fluvastatin 40 mg daily in coronary patients significantly reduces circulating levels of tPa antigen[30], which is considered a marker of endothelial damage. Accordingly, although the clinical benefits in FLARE may have arisen by chance, they do have plausible mechanistic explanations and evaluation in a definitive trial is indicated.

## Conclusions

In this adequately powered randomized double-blind placebo-controlled trial, experimentally demonstrated anti-proliferative effects of fluvastatin on human arterial smooth muscle cells failed to translate into a clinical effect in reducing restenosis after successful coronary balloon angioplasty, despite a 2–4 week pre-angioplasty treatment period, whereby adequate tissue levels had been reached. A significantly lower incidence of death and myocardial infarction was, however, observed in the fluvastatin treatment group, representing the first demonstration of a potentially important secondary prevention effect of statin therapy only 6 months after successful angioplasty. Although the FLARE trial was not designed or powered to detect such an effect, and it could be serendipitous, this finding has prompted the

CORD086663

A2209

inauguration of a new double-blind randomized trial, now already in the inclusion phase, specifically intended to evaluate the effect of long term fluvastatin therapy on the occurrence of major adverse cardiac events after successful percutaneous coronary intervention.

## References

[1] Brown G, Fischer LD, Schaeffer SM *et al.* Regression of coronary artery disease as a result of intensive lipid lowering therapy in men with high levels of apolipoprotein B. N Engl J Med 1990; 264: 3007–12.

[2] Blankenhorn DH. Blood lipids and human atherosclerosis regression: the angiographic evidence. Curr Opin Lipidol 1991; 2: 2324–9.

[3] Vaughan CJ, Murphy MB, Buckley BM. Statins do more than just lower cholesterol. Lancet 1996; 348: 1079–82.

[4] Corsini A, Mazzotti M, Raitevi M *et al.* Relationship between mevalonate pathway and arterial myocyte proliferativn: in vitro studies with inhibitors of HMG-CoA reductase. Atherosclerosis 1993; 101: 117–25.

[5] Soma MR, Donetti E, Parolini C *et al.* HMG CoA reductase inhibitors: in vivo effects on carotid intimal thickening in normocholesterolemic rabbits. Arterioscler Thromb 1993; 13: 571–8.

[6] Ozaki Y, Keane D, Herrman JP *et al.* Coronary arteriography for quantitative analysis: an experimental and clinical comparison of cinefilm and video recordings. Am Heart J 1995; 129: 471–5.

[7] Serruys PW, Rutsch W. Heyndrickx GR *et al.* Prevention of restenosis after percutaneous transluminal coronary angioplasty with thromboxane A2 receptor blockade. A randomized, double blind, placebo-controlled trial. Circulation 1991; 84: 1568–80.

[8] The Mercator Study Group. Does the new angiotensin converting enzyme inhibitor cilazapril prevent restenosis after percutaneous transluminal coronary angioplasty? The results of the Mercator study: a multicentre randomized double-blind, placebo-controlled trial. Circulation 1992; 86: 100–11.

[9] Serruys PW, Klein W, Thijssen JPG *et al.* Evaluation of Ketanserin in the prevention of restenosis after percutaneous transluminal coronary angioplasty: a multicentre randomized double-blind placebo-controlled trial. Circulation 1993; 88: 1588–1601.

[10] Faxon DP on behalf of the MARCATOR investigators. Effect of high dose angiotensin-converting enzyme inhibition on restenosis: final results of the MARCATOR Study, a multi-center, double-blind, placebo-controlled trial of cilazapril. The Multicenter American Research Trial With Cilazapril After Angioplasty to Prevent Transluminal Coronary Obstruction and Restenosis (MARCATOR) Study Group. J Am Coll Cardiol 1995; 25: 362–9.

[11] Foley DP, Bonnier H, Jackson G, Macaya C, Sheperd J, Vrolix M, Serruys PW. Prevention of restenosis after coronary balloon angioplasty: rationale and design of the Fluvastatin Angioplasty Restenosis (FLARE) Trial. Am J Cardiol 1994; 73: 50D–61D.

[12] Lipid Research Clinics Manual of Laboratory Operations. 1975 Washington DC: Government printing office. (DHEW publication no. (NIH)85-268).

[13] Herrman JPR, Azar A. Umans VAWM, Boersma E. van Es GA, Serruys PW. Inter- and intra-observer variability in the qualitative categorization of coronary angiograms. Int J Cardiac Imag 1996; 12: 21–30.

[14] Serruys PW, Foley DP, de Feyter PJ eds. Quantitative Coronary Angiography in Clinical Practice. Dordrecht, Boston, London: Kluwer Academic Publishers, 1994.

[15] Shepherd J. Fibrates and statins in the treatment of hyperlipidaemia: an appraisal of their efficacy and safety. Eur Heart J 1995; 16: 5–13.

[16] Corsini A, Pazzucconi F, Pfister P, Paoletti R, Sirtori CR. Inhibition of proliferation of arterial smooth muscle cells by Fluvastatin. Lancet 1996; 348: 1584.

[17] Foley DP, Melkert R, Serruys PW on behalf of the CARPORT, MERCATOR, MARCATOR and PARK Investigators. Influence of coronary vessel size on renarrowing process and late angiographic outcome after successful balloon angioplasty. Circulation 1994; 90: 1239–51.

[18] Weintraub WS, Boccuzzi SJ, Klein JL *et al.* on behalf of the Lovastatin Restenosis Trial Study Group. Lack of effect of lovastatin on restenosis after coronary angioplasty. N Engl J Med 1994; 331: 1331–7.

[19] Bertrand ME, McFadden EP, Fruchart JC *et al.* for the Predict trial investigators. Effect of Pravastatin on Angiographic restenosis after coronary balloon angioplasty. J Am Coll Cardiol 1997; 30: 863–9.

[20] Foley DP, Melkert R, Umans VA *et al.* Differences in restenosis propensity of devices for transluminal coronary intervention: A quantitative angiographic comparison of balloon angioplasty, directional atherectomy, stent implantation and excimer laser angioplasty. Eur Heart J 1995.

[21] Keane D, Haase J, Slager CJ *et al.* Comparative validation of quantitative coronary angiography systems. Results and implications from a multicenter study using a standardized approach. Circulation 1995; 91: 2174–83.

[22] Wilcox JN, Waksman R, King SB, Scott N. The role of the adventitia in arterial response to angioplasty: the effect of intravascular radiation. Int J Radiation Oncol Biol Phys 1996; 36: 789–96.

[23] Camenzind E, Bakker WH, Reijs A *et al.* Site-specific intracoronary heparin delivery in humans after balloon angioplasty. A radioisotopic assessment of regional pharmacokinetics. Circulation 1997; 96: 154–65.

[24] Mintz GS, Popma JJ, Pichard AD *et al.* Arterial remodeling after coronary angioplasty: a serial intravascular ultrasound study. Circulation 1996; 94: 35–43.

[25] Hoffmann R, Mintz GS, Dussaillant GR *et al.* Patterns and mechanisms of in-stent restenosis. A serial intravascular ultrasound study. Circulation 1994; 92: 1247–54.

[26] Scandinavian Simvastatin Survival Study Group. Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease: the Scandinavian Simvastatin Survival Study (4S). Lancet 1995; 344: 1383–9.

[27] Sacks FM, Pfeffer MA, Moye LA *et al.* for the Cholesterol And Recurrent Events Trial Investigators. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. N Engl J Med 1996; 335: 1001–9.

[28] Sheperd J, Cobbe M, Ford I *et al.* for the West of Scotland Coronary Prevention Study Group. Prevention of heart disease with pravastatin in men with hypercholesterolemia. N Engl J Med 1995; 333: 1301–7.

[29] Colli S, Eligini S, Lalli M *et al.* Vastatins inhibit tissue factor in cultured human macrophages: A novel mechanism of protection against atherothrombosis. Arterioscler Thromb Vasc Biol 1997; 17: 265–72.

[30] Bevilacqua M, Bettica P, Milani M *et al.* Effect of Fluvastatin on lipids and fibrinolysis in coronary artery disease. Am J Cardiol 1997; 79: 84–6.

## Appendix

Trial committees and participating clinical investigators.

### Committees

*Steering committee*
Prof. Patrick W. Serruys, *Thoraxcentre, Rotterdam, Netherlands,* Trial Chairman; Dr David P. Foley,

CORD086664

A2210

Thoraxcentre, Rotterdam, Netherlands; Dr Graham Jackson, *Guys Hospital, London, U.K.*; Dr Matthias Vrolix, *Algemeen Ziekenhuis Sint Jan, Genk, Belgium*; Dr Hans J. R. M. Bonnier, *Catharina Ziekenhuis, Eindhoven, The Netherlands*; Prof. James Shepherd, *Royal Infirmary Hospital, Glasgow, U.K.*; Dr Pascal Pfister, *Sandoz Pharma. AG. (now Novartis Pharma. A.G.), Basel, Switzerland*

*Safety and data monitoring committee*
Prof. Paul G. Hugenholz, Chairman, *The Netherlands*; Prof. Emanuel LeSaffre; Prof. William D. Erkelens; Prof. Lars Wilhelmsen; Prof. Bernhard Meier

*Angiographic committee*
Dr H. Suryapranata, *Ziekenhuis De Weezenlanden, Zwolle, The Netherlands*; Dr V. Legrand, *CHU Sart Tilman, Liège, Belgium*; Dr J. Escaned, *Sanatorio Quirurgico Modelo, La Coruna, Spain*; Dr A. H. Gershlick, *Glenfield Hospital, Leicester, U.K.*

*Critical events committee*
Dr P. J. de Feyter, *Academisch Ziekenhuis Dijkzigt, Rotterdam, The Netherlands*; Dr C. Macaya, *Hospital Universitario San Carlos, Madrid*; Dr D. Dymond, *St Bartholomew's Hospital, London, U.K.*; Dr G. Heyndrickx, *Onze Lieve Vrouwziekenhuis, Aalst, Belgium*

## Trial investigators

*The Netherlands*
Dr J. J. R. M. Bonnier, *Catharina Ziekenhuis, Eindhoven*; Dr A. van Boven, *Academisch Ziekenhuis Groningen, Groningen*; Dr P. J. de Feyter, *Academisch Ziekenhuis Dijkzigt, Rotterdam*; Dr G. J. Laarman, *Onze Lieve Vrouwe Gasthuis, Amsterdam*; Dr H. Suryapranata, *Ziekenhuis De Weezelanden, Zwolle*

*Belgium*
Dr M. Vrolix, *Algemeen Ziekenhuis Sint Jan, Genk*; Dr G. Heyndrickx, *Onze Lieve Vrouwziekenhuis, Aalst*; Dr V. Legrand, *CHU Sart Tilman, Liège*; Dr P. Materne, *Hôpital de la Citadelle, Liège*; Dr Y. Taeymans, *R.U. Gent*; Dr M. Vrolix, *Algemeen Ziekenhuis Sint Jan, Genk*; Dr W. Wijns U.C.L. *Saint-Luc, Brussels*

*United Kingdom*
Dr G. Jackson, *Guys Hospital, London*; Dr P. Bloomfield, *Royal Infirmary of Edinburgh, Edinburgh*; Dr D. Dymond, *St Bartholomew's Hospital, London*; Dr R. Foale, *St Mary's Hospital, London*; Dr A. H.

Gershlick, *Glenfield Hospital, Leicester*; Dr R. Hall, *University Hospital of Wales, Cardiff*; Dr C. Handler, *Northwick Park Hospital, Harrow, Middlesex*; Dr I. Hutton, *Royal Infirmary, Glasgow*; Dr C. Ilsley, *Harefield Hospital, Harefield, Middlesex*; Dr G. Jackson, *Guys Hospital, London*; Dr J. Ramsdale, *Cardiothoracic Centre, Liverpool*; Dr M. Rothman, *The London Hospital, London*; Dr L. Shapiro, *Papworth Hospital, Cambridge*; Dr A. Timmis, *London Chest Hospital, London*

*Spain*
Dr C. Macaya, *Hospital Universitario San Carlos, Madrid*; Dr A. Betriu, *Hospital Clinic i Provincial, Barcelona*; Dr T. Colman, *Hospital Marques de Valdecilla, Santander*; Dr J. L. Delcan Dominguez, Hospital General Gregorio Maranon, Madrid; Dr J. Escaned, *Sanatorio Quirurgico Modelo, La Corona*

*Republic of Ireland*
Dr P. Crean, St James Hospital, Dublin

*Italy*
Dr A. Branzi, Ospedale S. Orsola, Bologna; Dr A. Buffon, *Università Betriu, Università Cattolica, Roma*; Dr S. Curello, *Spedali Civili, Brescia*; Dr G. Guagliumi, *Ospedali Riuniti, Bergamo*; Dr S. Klugmann, *Ospedale Maggiore, Trieste*; Dr S. Repetto, *Ospedale di Circolo, Varese*

*France*
Prof. A. Castaigne, *Hôpital Henri-Mendor, Créteil*

## · Trial coordination

*Clinical coordinating centre*
*Cardialysis BV, Rotterdam, Netherlands*: Dr Gerrit Anne van Es, Director, Clinical Trials; Dr Rein Melkert, Biostatistics and Clinical Epidemiology

*Angiographic core laboratory*
*Cardialysis BV, Rotterdam, Netherlands*: Dr David P. Foley; Dr Marcel M.B.M. van den Brand

*Lipid core laboratory*
*Royal Infirmary Glasgow, U.K.*: Prof. James Shepherd, Dr A. Helleland, Dr C. Packard

*Blood biochemistry core laboratories*
*Royal Infirmary, Glasgow, U.K.*; Bio Analytical Research Corporation (BARC), Gent, Belgium

CORD086665

A2211



**Actinomycin-eluting stent for coronary revascularization: A randomized feasibility and safety study: The ACTION trial**

Patrick W. Serruys, John A. Ormiston, Georgios Sianos, J. Eduardo Sousa, Eberhard Grube, Peter den Heijer, Pim de Feyter, Pawel Buszman, Albert Schömig, Jean Marco, Lech Polonski, Leif Thuesen, Andreas M. Zeiher, J.H. Nicholas Bett, Maarten J. Suttorp, Helmut D. Glogar, Mark Pitney, Gerard T. Wilkins, Robert Whitbourn, Susan Veldhof, Karine Miquel, Rachel Johnson, Leslie Coleman, Renu Virmani, and ACTION Investigators

*J. Am. Coll. Cardiol.* 2004;44;1363-1367
doi:10.1016/j.jacc.2004.03.084

**This information is current as of March 18, 2008**



Downloaded from content.onlinejacc.org by on March 18, 2008

A2212

The online version of this article, along with updated information and services, is
located on the World Wide Web at:
http://content.onlinejacc.org/cgi/content/full/44/7/1363



Downloaded from content.onlinejacc.org by on March 18, 2008

A2213

Journal of the American College of Cardiology
© 2004 by the American College of Cardiology Foundation
Published by Elsevier Inc.

Vol. 44, No. 7, 2004
ISSN 0735-1097/04/$30.00
doi:10.1016/j.jacc.2004.03.084

**CLINICAL RESEARCH**                                                  **Clinical Trials**

# Actinomycin-Eluting Stent for Coronary Revascularization

## A Randomized Feasibility and Safety Study: The ACTION Trial

Patrick W. Serruys, MD, PhD, FACC,* John A. Ormiston, MD,† Georgios Sianos, MD, PhD,*
J. Eduardo Sousa, MD,‡ Eberhard Grube, MD,§ Peter den Heijer, MD,‖ Pim de Feyter, MD,*
Pawel Buszman, MD,¶ Albert Schömig, MD,# Jean Marco, MD,** Lech Polonski, MD,¶
Leif Thuesen, MD,†† Andreas M. Zeiher, MD,‡‡ J. H. Nicholas Bett, MD,§§ Maarten J. Suttorp, MD,‖‖
Helmut D. Glogar, MD,¶¶ Mark Pitney, MD,## Gerard T. Wilkins, MD,*** Robert Whitbourn, MD,†††
Susan Veldhof, RN,‡‡‡ Karine Miquel, PhD,‡‡‡ Rachel Jackson, BA,‡‡‡ Leslie Coleman, DVM,‡‡‡
Renu Virmani, PhD,§§§ on behalf of the ACTION Investigators

*Rotterdam, Breda, and Nieuwegein, The Netherlands; Auckland, Chermside, Sydney, and Melbourne, Australia;
Sao Paulo, Brazil; Siegburg and Frankfurt, Germany; Katowice, Poland; Munich, Germany; Toulouse, France;
Aarhus, Denmark; Vienna, Austria; Dunedin, New Zealand; and Washington, DC*

|  |  |
|---|---|
| **OBJECTIVES** | We sought to demonstrate the safety and performance of the actinomycin D-coated Multilink-Tetra stent (Guidant Corp., Santa Clara, California) in the treatment of patients with single de novo native coronary esions. |
| **BACKGROUND** | Drug-eluting stents (DES) releasing sirolimus or paclitaxel dramatically reduce restenosis. The anti-proliferative drug, actinomycin D, which is highly effective in reducing neointimal proliferation in preclinical studies, was selected for clinical evaluation. |
| **METHODS** | The multi-center, single-blind, three-arm ACTinomycin-eluting stent Improves Outcomes by reducing Neointimal hyperplasia (ACTION) trial randomized 360 patients to receive a DES (2.5 or 10 $\mu g/cm^2$ of actinomycin D) or metallic stent (MS). The primary end points were major adverse cardiac events (MACE) at 30 days, diameter stenosis by angiography, tissue effects, and neointimal volume by intravascular ultrasound (IVUS) at six months. When early monitoring revealed an increased rate of repeat revascularization, the protocol was amended to allow for additional follow-up for DES patients. Angiographic control of MS patients was no longer mandatory. |
| **RESULTS** | The biased selection of DES patients undergoing IVUS follow-up invalidated the interpretation of the IVUS findings. The in-stent late lumen loss and that at the proximal and distal edges were higher in both DES groups than in the MS group and resulted in higher six-month and one-year MACE (34.8% and 43.1% vs. 13.5%), driven exclusively by target vessel revascularization without excess death or myocardial infarction. |
| **CONCLUSIONS** | The results of the ACTION trial indicate that all anti-proliferative drugs will not uniformly show a drug class effect in the prevention of restenosis. (J Am Coll Cardiol 2004;44: 1363–7) © 2004 by the American College of Cardiology Foundation |

Restenosis after stent implantation remains a major limitation of efficacy. Drug-eluting stents (DES) with sirolimus (1) and paclitaxel (2) have significantly reduced restenosis in simple lesions, compared with the metallic stent (MS). Actinomycin D affects the "S" phase of the cell cycle by forming a stable complex with double-stranded deoxyribonucleic acid inhibiting ribonucleic acid synthesis and is a powerful inhibitor of cell proliferation (3). To create the eluting stent, actinomycin was coated onto the stainless-steel Multilink Tetra stent in a polymer. We aimed to test the safety and efficacy of two doses of actinomycin D compared with the MS.

From the *Erasmus Medical Center, Rotterdam, The Netherlands; †Green Lane Hospital, Auckland, Australia; ‡Instituto Dante Pazzanese de Cardiologia, Sao Paulo, Brazil; §Krankenhaus Siegburg, Siegburg, Germany; ‖Amphia Ziekenhuis, Breda, The Netherlands; ¶Silesian Heart Disease Center, Katowice, Poland; #Deutsches Herzzentrum München, Munich, Germany; **Clinique Pasteur, Toulouse, France; ††Skejby Syghus, Aarhus, Denmark; ‡‡Klinikum de J. W. Goethe Universität, Frankfurt, Germany; §§Prince Charles Hospital, Chermside, Australia; ‖‖Sint Antonius Ziekenhuis, Nieuwegein, The Netherlands; ¶¶Allgemeines Krankenhaus de Stadt Wien, Vienna, Austria; ##Prince of Wales Hospital, Sydney, Australia; ***Dunedin Hospital, Dunedin, New Zealand; †††St. Vincent's Hospital, Melbourne, Australia; ‡‡‡Guidant Corporation, Diegim, Belgium; and §§§Armed Forces Institute of Pathology, Washington, DC.

Manuscript received November 20, 2003; revised manuscript received March 8, 2004, accepted March 17, 2004.

## METHODS

**Study design.** This was a prospective, randomized, parallel, three-arm, single-blind trial with two doses of drug compared with control. The protocol was approved by the ethics committees of all the participating institutions, and all patients gave written, informed consent.

**End points.** The primary safety end points included major adverse cardiac events (MACE) at 30 days and local tissue

Downloaded from content.onlinejacc.org by on March 18, 2008

A2214

1364    Serruys *et al.*
        The ACTION Trial

JACC Vol. 44, No. 7, 2004
October 6, 2004:1363–7

| Abbreviations and Acronyms | |
|---|---|
| DES | = drug-eluting stent |
| IVUS | = intravascular ultrasound |
| MACE | = major adverse cardiac events |
| MI | = myocardial infarction |
| MS | = metallic stent |
| QCA | = quantitative coronary angiography |
| TSR | = target site revascularization |
| TVF | = target vessel failure |

effects (incomplete stent apposition, persisting dissection, edge stenosis, and thrombus formation) at 6 months. MACE was defined as a composite of death, myocardial infarction (MI) (more than three times the upper limit of normal creatine kinase levels), and revascularization (surgery or percutaneous coronary intervention) attributed to the target site (the stented and 5-mm persistent segments). When target vessel (the vessel containing the target site) revascularization was included in MACE, the composite end point was renamed "target vessel failure" (TVF).

The primary performance end points were the reduction of in-stent volumetric burden assessed by intravascular ultrasound (IVUS) and reduction of target site diameter stenosis by quantitative coronary angiography (QCA) at six months.

The secondary performance end points were TVF at 6 and 12 months and angiographic binary restenosis at 6 months.

**Power calculation and sample size.** To detect a difference of 6.6% in diameter stenosis and of 11.5 mm$^3$ in intimal hyperplasia, with a significance level of 0.05 and 90% power, 110 patients would be needed in each of the three arms. A sample size of 120 patients was chosen.

**Patient selection.** Patients with stable angina pectoris or silent ischemia and a single de novo lesion in a native coronary artery ≥3.0 mm and ≤4.0 mm in diameter that could be covered by an 18-mm stent were enrolled. Randomization was done by a telephone allocation service.

**Study device.** The three components of the investigational device were the Multilink Tetra stent, a polymeric coating, and an anti-proliferative drug—actinomycin D (3)—in two doses (2.5 and 10 μg/cm$^2$ of metal stent surface area). The eluting profile of actinomycin D is targeted to release 80% of drug in 28 days. Stents were 18 mm in length and 3.0, 3.5, or 4.0 mm in diameter.

**Table 1.** Baseline Clinical and Angiographic Characteristics

| | | DES | |
|---|---|---|---|
| | MS (n = 118) | AcD 2.5 μg/cm$^2$ (n = 120) | AcD 10 μg/cm$^2$ (n = 119) |
| Age (yrs) | 60 ± 10 | 61 ± 11 | 60 ± 11 |
| Male gender | 78 | 78 | 80 |
| Previous MI | 41 | 38 | 37 |
| Diabetes mellitus* | 5 | 15 | 11 |
| Treated dyslipidemia | 53 | 58 | 54 |
| Treated hypertension | 50 | 49 | 45 |
| Current smoker | 30 | 23 | 29 |
| Angina pectoris by CCS class† | | | |
| I | 7 | 4 | 4 |
| II | 34 | 34 | 35 |
| III | 21 | 21 | 23 |
| IV | 15 | 14 | 13 |
| Target coronary artery | | | |
| LAD | 37 | 44 | 42 |
| RCA | 42 | 40 | 35 |
| LCx | 21 | 16 | 23 |
| Lesion type | | | |
| A | 7 | 7 | 2 |
| B1 | 23 | 21 | 29 |
| B2 | 66 | 64 | 64 |
| C | 4 | 8 | 5 |
| Reference vessel diameter, baseline (mm) | 2.83 | 2.84 | 2.91 |
| Lesion length (mm) | 11.3 | 11.6 | 10.7 |
| MLD, baseline (mm) | 1.00 | 1.01 | 1.04 |
| Diameter stenosis, baseline (%) | 64 | 64 | 63 |

There were no significant differences in the baseline clinical and angiographic characteristics between the three groups, with the exception of diabetes (*difference [95% confidence interval] in incidence of diabetes—control vs. 2.5 μg/cm$^2$: −9.9% [−17% to −2.3%]; control vs. 10 μg/cm$^2$: −5.8% [−12% to 1.02%]). †Angina was defined according to the system of the Canadian Cardiovascular Society (CCS). In the 2.5- and 10-μg groups, there were seven and eight lesions receiving two actinomycin D stents, respectively. Data are presented as the mean value ± SD or percentage of patients.
AcD = actinomycin D; DES = drug-eluting stent; LAD = left anterior descending coronary artery; LCx = left circumflex coronary artery; MI = myocardial infarction; MLD = minimal luminal diameter; MS = metallic stent; RCA = right coronary artery.

Downloaded from content.onlinejacc.org by on March 18, 2008

A2215

JACC Vol. 44, No. 7, 2004
October 6, 2004:1363–7

**Table 2.** Serial Quantitative Coronary Angiographic Analyses

| | | DES | | | |
|---|---|---|---|---|---|
| | | AcD 2.5 $\mu g/cm^2$ | | AcD 10 $\mu g/cm^2$ | |
| | MS | | p Value | | p Value |
| Angiographic follow-up | 65 (55%) | 114 (95%) | | 115 (97%) | |
| In-stent | | | | | |
|  MLD, post-intervention (mm) | 2.64 ± 0.34 | 2.77 ± 0.45 | 0.02 | 2.82 ± 0.43 | 0.002 |
|  MLD, f/u (mm) | 1.88 ± 0.58 | 1.76 ± 0.70 | 0.25 | 1.90 ± 0.68 | 0.87 |
|  Late loss (mm) | 0.76 ± 0.43 | 1.01 ± 0.58 | 0.001 | 0.93 ± 0.58 | 0.03 |
|  Restenosis (%) | 11 | 25 | 0.03 | 17 | 0.38 |
| Edges | | | | | |
|  Proximal MLD, post-intervention (mm) | 2.60 ± 0.53 | 2.73 ± 0.58 | 0.12 | 2.79 ± 0.56 | 0.02 |
|  Proximal MLD, f/u (mm) | 2.32 ± 0.60 | 2.22 ± 0.67 | 0.35 | 2.26 ± 0.76 | 0.58 |
|  Proximal late loss (mm) | 0.28 ± 0.38 | 0.51 ± 0.52 | 0.002 | 0.53 ± 0.61 | <0.001 |
|  Proximal restenosis (%) | 3 | 5 | 0.71 | 14 | 0.02 |
|  Distal MLD, post-intervention (mm) | 2.31 ± 0.56 | 2.40 ± 0.58 | 0.32 | 2.41 ± 0.58 | 0.25 |
|  Distal MLD, f/u (mm) | 2.23 ± 0.53 | 2.05 ± 0.61 | 0.05 | 1.99 ± 0.64 | 0.009 |
|  Distal late loss (mm) | 0.08 ± 0.31 | 0.35 ± 0.50 | <0.001 | 0.43 ± 0.57 | <0.001 |
|  Distal restenosis (%) | 2 | 4 | 0.65 | 6 | 0.26 |
| Target site* | | | | | |
|  DS (%) | 35 ± 15 | 40 ± 18 | 0.08 | 40 ± 19 | 0.05 |
|  Restenosis (%) | 14 | 26 | 0.06 | 28 | 0.04 |
| Vessel segment | | | | | |
|  RD, f/u (mm) | 2.76 ± 0.58 | 2.71 ± 0.55 | 0.58 | 2.78 ± 0.48 | 0.81 |
|  DS, f/u (%) | 37 ± 13 | 41 ± 18 | 0.11 | 41 ± 18 | 0.06 |
|  Restenosis rate (%) | 14 | 27 | 0.04 | 28 | 0.04 |
| Median time of angiographic f/u (days) | 162 ± 53 | 161 ± 40 | NS | 160 ± 41 | NS |

*Target site diameter stenosis was the primary performance end point in the intention-to-treat analysis.
DS = diameter stenosis; f/u = follow-up; RD = reference diameter; other abbreviations as in Table 1.

**QCA and IVUS.** The QCA and IVUS analyses were performed as previously described (4,5). Coronary aneurysms were angiographically defined as localized coronary artery dilation ≥1.5 times the reference diameter (4).

**Statistical analysis.** All analyses were based on the intent-to-treat principle. For continuous variables, the mean value ± SD was presented; differences between the treatment groups were evaluated with the Student $t$ test. Discrete variables were expressed as counts and percentages and were analyzed with the Fisher exact test. Event-free survival times were analyzed using the Kaplan–Meier method. Differences between the groups were compared with the use of both the Wilcoxon and log-rank tests.

## RESULTS

**Patient baseline characteristics.** In total, 360 patients were randomly assigned to receive a DES with a dose of 2.5 $\mu g/cm^2$ (n = 120) or 10 $\mu g/cm^2$ (n = 121) or a MS (n = 119). Three patients were de-registered because they did not receive either a DES or control stent. Baseline clinical and angiographic characteristics are presented in Table 1. The significant difference in minimal lumen diameter after the procedure between the MS and DES groups could not be accounted for by procedural differences.

**Procedural characteristics and clinical outcomes in the hospital and at one month.** The procedural success rate was 99%. In-hospital MACE was confined to four patients (1.1%) with non–Q-wave MI. The MACE rates at

30 days ranged from 0.8% to 2.5%, without differences between groups.

However, early monitoring of a subset of 39 DES patients revealed an increased rate of target site revascularization (TSR), suggesting that the investigational device was not performing as intended. After the sponsor informed the principal investigator and the Data Safety Monitoring Board, the following recommendations were made: 1) accelerated angiographic follow-up for DES patients; 2) a second angiographic and clinical follow-up visit six months later; 3) possible re-intervention for moderate restenosis (>30% DS); 4) extension of clopidogrel administration for at least a further six months for DES patients; and 5) angiographic and IVUS follow-up was no longer mandatory for MS patients, as primary performance end points could not be reached. Consequently, only 65 of 118 MS patients underwent imaging, and 101 had clinical follow-up at 6 months.

**Angiographic outcomes.** The in-stent and in-lesion late loss and restenosis rates at six months were higher in both DES groups than in the MS group (Table 2). Aneurysm formation was infrequent, with two cases (3.1%) in the MS group and five (2.2%) in the DES groups.

**Clinical outcomes at 12 months.** At 12 months, MACE and TVF were higher in the DES than in the MS patients, mainly due to increased TSR (Table 3). Of the 2 deaths, the 1 with a MS was sudden at 44 days, and the 1 with low-dose DES was due to MI at 306 days. After 30 days, there were 2 additional non–Q-wave MIs in the low-dose and 1 in the

Downloaded from content.onlinejacc.org by on March 18, 2008

A2216

1366    **Serruys et al.**
        **The ACTION Trial**

JACC Vol. 44, No. 7, 2004
October 6, 2004:1363–7

**Table 3.** Most Severe (Hierarchical) and Total Count of Cardiac Events Up to 12 Months in Each Treatment Group

| | | DES | | | |
|---|---|---|---|---|---|
| | MS (n = 104)* | AcD 2.5 µg/cm² (n = 120)† | p Value | AcD 10 µg/cm² (n = 119)† | p Value |
| Death | 1 (0.8) | 1 (0.8) | NS | 0 | NS |
| Myocardial infarction | | | | | |
| Q-wave | 0 | 0 | NS | 0 | NS |
| Non-Q-wave | 1 (1.0) | 2 (1.7) | NS | 4 (3.4) | NS |
| Target site revascularization | | | | | |
| CABG | 1 (1.0) | 0 | NS | 5 (4.2) | NS |
| PCI | 11 (10.6) | 37 (30.8) | <0.001 | 41 (34.5) | <0.001 |
| Hierarchical MACE‡ | 14 (13.5) | 40 (33.3) | <0.01 | 50 (42.0) | <0.001 |
| Event-free survival | 90 (86.5) | 80 (66.7) | | 69 (58.0) | |
| Target vessel revascularization (CABG and PCI) | 3 (2.9) | 4 (3.3) | NS | 1 (0.8) | NS |
| Target vessel failure§ | 17 (16.3) | 44 (36.7) | <0.001 | 51 (42.9) | <0.001 |
| Total count of events | 16 | 45 | | 61 | |

*Follow-up was no longer mandatory for the MS group; therefore, for 14 patients no follow-up was available. †For five and three patients in the 2.5- and 10-µg/cm² group, respectively, no follow-up case report forms have been received; however, these patients have been contacted and all are alive and had no other MACE in the 12-month follow-up time frame. ‡Includes death, myocardial infarction, target site revascularization. §Includes death, myocardial infarction, target site revascularization, and/or target vessel revascularization. Data are presented as the number (%) of patients.

CABG = coronary artery bypass grafting; MACE = major adverse events; PCI = percutaneous coronary intervention; other abbreviations as in Table 1.

high-dose DES arm. To 1 year, there were 14 DES patients who had a second re-intervention, and in 2, a third re-intervention (Fig. 1).

**IVUS outcomes.** There was late-acquired incomplete stent apposition in six patients in the low-dose group and seven in

the high-dose group. At variance with the angiographic findings, there were apparently no differences between groups in volumetric obstruction measured by IVUS. This discrepancy is the result of a biased selection of DES patients undergoing IVUS during follow-up, as demon-



**Figure 1.** Kaplan-Meier estimates of survival free of repeated target site revascularization up to 365 days among patients who received actinomycin-eluting 2.5 and 10 µg/cm² stents and those who received the metallic stent. The rate of event-free survival was significantly higher in the control stent group than in the actinomycin stent groups (p < 0.05 by both the Wilcoxon and log-rank tests). **Solid circles** = control (n = 104); **open circles** = drug-coated, 2.5 µg/cm² drug-eluting stent (n = 120); **squares** = drug-coated, 10 µg/cm² drug-eluting stent (n = 119).

Downloaded from content.onlinejacc.org by on March 18, 2008

A2217

JACC Vol. 44, No. 7, 2004
October 6, 2004:1363–7

**Table 4.** Incidence of Vessel Segment Restenosis in Patients With and Without Intravascular Ultrasound

| | | DES | |
| | MS | AcD 2.5 $\mu g/cm^2$ | AcD 10 $\mu g/cm^2$ |
|---|---|---|---|
| Patients with IVUS | 4/39 (10.3) | 23/89 (25.8) | 22/93 (23.7) |
| Patients without IVUS | 5/26 (19.2) | 8/25 (32.0) | 11/23 (47.8) |
| | *p = 0.47 | p = 0.61 | p = 0.037 |

*Fischer exact test. Data are presented as n/N (%).
IVUS = intravascular ultrasound; other abbreviations as in Table 1.

strated by the higher binary "vessel segment" restenosis rate (32% and 47.8%) in the DES patients who did not undergo IVUS follow-up, compared with those who did (25.8% and 23.7%) (Table 4). This biased selection invalidated interpretation of the IVUS findings.

## DISCUSSION

This trial showed that while in-hospital and one-month outcomes were similar in each group, by six months there was increased restenosis, late lumen loss, and TSR in the DES arm. Despite this increased rate of restenosis, mortality and MI rates were very low.

The safety of the polymer was demonstrated in the porcine coronary model, where the histologic response was similar to MS to 180 days. Drug-eluting stents with four doses of actinomycin D (2.5, 10, 40, and 70 $\mu g/cm^2$) were evaluated in preclinical studies in the porcine coronary model by angiography, histomorphometry, and histopathology at 28 days. At this time, all vessels were patent, and there was marked suppression of neointimal formation above the stent with all doses. Neointimal thickness above the internal elastic lamina was decreased in all dose groups compared with the MS control. Medial thinning and necrosis were observed in the high-dose groups, as was positive remodeling. Intimal fibrin deposition and inflam-

mation were present with all doses, but most marked with the higher doses. Based on these preclinical findings, the two lower doses were considered safe for further evaluation in humans, with three months of data pending, which was the practice for MS extended to DES at the time. This trial has demonstrated that 28-day animal data do not provide sufficient information to judge the safety and efficacy of DES.

**Conclusions.** This trial demonstrates that not all antiproliferative drugs are effective in the prevention of restenosis. It has become clear that promise in early preclinical studies (30 days) does not necessarily translate into clinical effectiveness at 6 months and that late safety animal data (90 days) is a prerequisite for clinical investigation (6).

**Reprint requests and correspondence:** Dr. Patrick W. Serruys, Professor of Interventional Cardiology, Erasmus Medical Center, Thoraxcentre Bd 408, Dr. Molewaterplein 40, 3015 GD Rotterdam, the Netherlands. E-mail: p.w.j.c.serruys@erasmusmc.nl.

## REFERENCES

1. Morice MC, Serruys PW, Sousa JE, et al. A randomized comparison of a sirolimus-eluting stent with a standard stent for coronary revascularization. N Engl J Med 2002;346:1773–80.
2. Grube E, Silber S, Hauptmann KE, et al. TAXUS I: six- and twelve-month results from a randomized, double-blind trial on a slow-release paclitaxel-eluting stent for de novo coronary lesions. Circulation 2003;107:38–42.
3. Muller W, Crothers DM. Studies of the binding of actinomycin and related compounds to DNA. J Mol Biol 1968;35:251–90.
4. Serruys PW, Degertekin M, Tanabe K, et al. Intravascular ultrasound findings in the multi-center, randomized, double-blind RAVEL (RAndomized study with the sirolimus-eluting VElocity balloon-expandable stent in the treatment of patients with de novo native coronary artery Lesions) trial. Circulation 2002;106:798–803.
5. Hamers R, Bruining N, Knook M, et al. A novel approach to quantitative analysis of intravascular ultrasound images. Comput Cardiol 2001;28:589–92.
6. Schwartz RS, Edelman ER, Carter A, et al. Drug-eluting stents in preclinical studies: recommended evaluation from a consensus group. Circulation 2002;106:1867–73.

Downloaded from content.onlinejacc.org by on March 18, 2008

A2218

**Actinomycin-eluting stent for coronary revascularization: A randomized feasibility and safety study: The ACTION trial**

Patrick W. Serruys, John A. Ormiston, Georgios Sianos, J. Eduardo Sousa, Eberhard Grube, Peter den Heijer, Pim de Feyter, Pawel Buszman, Albert Schömig, Jean Marco, Lech Polonski, Leif Thuesen, Andreas M. Zeiher, J.H. Nicholas Bett, Maarten J. Suttorp, Helmut D. Glogar, Mark Pitney, Gerard T. Wilkins, Robert Whitbourn, Susan Veldhof, Karine Miquel, Rachel Johnson, Leslie Coleman, Renu Virmani, and ACTION Investigators

*J. Am. Coll. Cardiol.* 2004;44;1363-1367
doi:10.1016/j.jacc.2004.03.084

**This information is current as of March 18, 2008**

| | |
|---|---|
| **Updated Information & Services** | including high-resolution figures, can be found at: http://content.onlinejacc.org/cgi/content/full/44/7/1363 |
| **References** | This article cites 6 articles, 1 of which you can access for free at: http://content.onlinejacc.org/cgi/content/full/44/7/1363#BIBL |
| **Citations** | This article has been cited by 8 HighWire-hosted articles: http://content.onlinejacc.org/cgi/content/full/44/7/1363#otherarticles |
| **Rights & Permissions** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at: http://content.onlinejacc.org/misc/permissions.dtl |
| **Reprints** | Information about ordering reprints can be found online: http://content.onlinejacc.org/misc/reprints.dtl |



Downloaded from content.onlinejacc.org by on March 18, 2008

A2219





# Circulation

JOURNAL OF THE AMERICAN HEART ASSOCIATION

**Carvedilol for Prevention of Restenosis After Directional Coronary Atherectomy : Final Results of the European Carvedilol Atherectomy Restenosis (EUROCARE) Trial**

Patrick W. Serruys, David P. Foley, Berthold Höfling, Jacques Puel, Helmut D. Glogar, Ricardo Seabra-Gomes, Javier Goicolea, Pierre Coste, Wolfgang Rutsch, Hugo Katus, Hans Bonnier, William Wijns, Amadeo Betriu, Ulrike Hauf-Zachariou, Eline Montauban van Swijndregt, Rein Melkert and Rudiger Simon

*Circulation* 2000;101;1512-1518
Circulation is published by the American Heart Association. 7272 Greenville Avenue, Dallas, TX 72514

Copyright © 2000 American Heart Association. All rights reserved. Print ISSN: 0009-7322. Online ISSN: 1524-4539

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://circ.ahajournals.org/cgi/content/full/101/13/1512

Subscriptions: Information about subscribing to Circulation is online at
http://circ.ahajournals.org/subscriptions/

Permissions: Permissions & Rights Desk, Lippincott Williams & Wilkins, a division of Wolters
Kluwer Health, 351 West Camden Street, Baltimore, MD 21202-2436. Phone: 410-528-4050. Fax:
410-528-8550. E-mail:
journalpermissions@lww.com

Reprints: Information about reprints can be found online at
http://www.lww.com/reprints

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086666

A2220

# Carvedilol for Prevention of Restenosis After Directional Coronary Atherectomy

## Final Results of the European Carvedilol Atherectomy Restenosis (EUROCARE) Trial

Patrick W. Serruys, MD, PhD, FESC; David P. Foley, MB, PhD, MRCPI, FESC;
Berthold Höfling, MD, PhD, FESC; Jacques Puel, MD, FESC; Helmut D. Glogar, MD;
Ricardo Seabra-Gomes, MD, FESC; Javier Goicolea, MD; Pierre Coste, MD;
Wolfgang Rutsch, MD, FESC; Hugo Katus, MD; Hans Bonnier, MD, FESC;
William Wijns, MD, PhD, FESC; Amadeo Betriu, MD, FESC; Ulrike Hauf-Zachariou, MD, MSPM;
Eline Montauban van Swijndregt, BSc; Rein Melkert, MD; Rudiger Simon, MD, FESC;
on behalf of the EUROCARE study group

***Background***—In addition to its known properties as a competitive, nonselective $\beta$ and $\alpha$-1 receptor blocker, carvedilol directly inhibits vascular myocyte migration and proliferation and exerts antioxidant effects that are considerably greater than those of vitamin E or probucol. This provides the basis for an evaluation of carvedilol for the prevention of coronary restenosis.

***Methods and Results***—In a prospective, double-blind, randomized, placebo-controlled trial, 25 mg of carvedilol was given twice daily, starting 24 hours before scheduled directional coronary atherectomy and continuing for 5 months after a successful procedure. The primary end point was the minimal luminal diameter as determined during follow-up angiography 26±2 weeks after the procedure. Of 406 randomized patients, 377 underwent attempted atherectomy, and in 324 (88.9%), a ≤50% diameter stenosis was achieved without the use of a stent. Evaluable follow-up angiography was available in 292 eligible patients (90%). No differences in minimal luminal diameter (1.99±0.73 mm versus 2.00±0.74 mm), angiographic restenosis rate (23.4% versus 23.9%), target lesion revascularization (16.2 versus 14.5), or event-free survival (79.2% versus 79.7%) between the placebo and carvedilol groups were observed at 7 months.

***Conclusions***—The maximum recommended daily dose of the antioxidant and $\beta$-blocker carvedilol failed to reduce restenosis after successful atherectomy. These findings are in contrast to those of the Multivitamins and Probucol Trial, which raises doubts regarding the validity of the interpretation that restenosis reduction by probucol was via antioxidant effects. The relationship between antioxidant agents and restenosis remains to be elucidated. (***Circulation.*** 2000;101:1512-1518.)

**Key Words:** restenosis ■ prevention ■ atherectomy ■ carvedilol ■ angiography ■ $\beta$-blocker ■ antioxidants

P harmacological approaches to a reduction in restenosis after coronary interventions using agents to prevent vascular smooth muscle cell proliferation have been largely ineffective.[1][3] Two trials using antioxidants, one with vitamin E[4] and the other using vitamin E and probucol,[5] reported a reduction in restenosis after balloon angioplasty. This reduction initially had no mechanistic explanation,[5] but a later study suggested an inhibition of vessel remodelling as the possible mode of action.[6]

Carvedilol is a nonselective $\beta$-adrenergic receptor antagonist with vasodilating properties that are mediated by $\alpha$-1 receptor inhibition.[7] It is approved for the treatment of angina pectoris, hypertension, and heart failure. It is also a direct inhibitor of myofibroblast migration in the vascular media and adventitia.[8,9] Significant inhibition of rat carotid intimal hyperplasia after injury, even with acute carvedilol dosing,[10] and of human pulmonary artery vascular smooth muscle cells in culture[8,9] has been reported. Furthermore, carvedilol and its

Received March 16, 1999; revision received October 6, 1999; accepted November 3, 1999.

From Rotterdam, The Netherlands (P.W.S., D.P.F.); Münich, Germany (B.H.); Toulouse, France (J.P.); Vienna, Austria (H.D.G.); Kiel, Germany (R.S.); Linda-a-Velha, Portugal (R.S.-G.); Madrid, Spain (J.G.); Bordeaux, France (P.C.); Berlin, Germany (W.R.); Heidelberg, Germany (H.K.); Eindhoven, The Netherlands (H.B.); Aalst, Belgium (W.W.); Barcelona, Spain (A.B.); Boehringher Mannheim, Germany (U.H.-Z.); Cardialysis, Rotterdam, The Netherlands (E.M.v.S., R.M.).

A list of all EUROCARE investigators is given in the Appendix.

Correspondence to Prof P.W. Serruys, MD, PhD, Thoraxcenter Bd418, Academic Hospital Rotterdam, Dr Molewaterplein 40, 3015 GD Rotterdam, The Netherlands. E-mail serruys@card.azr.nl

© 2000 American Heart Association, Inc.

*Circulation* is available at http://www.circulationaha.org

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086667

A2221

metabolites exhibit antioxidant properties that are some 30 to 80 times more potent than vitamin E or probucol.[11-13]

In the EUROCARE trial, this generalized potential for carvedilol to inhibit restenosis was evaluated in patients undergoing successful directional coronary atherectomy (DCA). This procedure was chosen because in 1994, DCA was known to be more effective than balloon angioplasty, but it was limited by a greater tendency toward restenosis.[14-16] Thus, a positive outcome would enhance the clinical usefulness of DCA and could be generalized to other interventions. Equally important, the trial hypothesis could be meaningfully tested using a smaller sample size than would be required in a population undergoing balloon angioplasty.[17]

## Methods

### Primary and Secondary End Points

The primary end point of EUROCARE was the MLD at angiographic follow-up 26±2 weeks after successful DCA (this was defined by the core laboratory; see below). Secondary end points included MACE[18] at 7 months, angiographic indices of absolute and relative loss in MLD, loss index, restenosis rate, and adverse events.

### Study Population

Patients with stable or unstable angina pectoris (except Braunwald Class 3 unstable angina) who were scheduled to undergo elective DCA of a single native primary coronary stenosis were eligible for inclusion. Major exclusion criteria were contraindications to carvedilol (eg, bradycardia <50 bpm, second or third degree atrioventricular block, obstructive airway disease, insulin-dependent diabetes, etc) or to a discontinuation of existing β-blocker therapy, ineligibility for DCA (eg, unprotected left main stem disease and/or vessel size <3 mm), and planned stent implantation. Patients were also excluded if they had a documented myocardial infarction (see Definitions) within the preceding 5 days or intolerance to acetylsalicylic acid (aspirin).

### Study Design

The trial was a multicenter, randomized (block size of four), double-blind, parallel-group design. Patients were assigned to fixed oral doses of carvedilol (25 mg BID) or placebo and, before enrolment, were tapered off all previous antihypertensive, vasoactive, and antianginal medication other than nitrates. Treatment started a minimum of 24 hours before the scheduled DCA and was continued for a 5-month period after successful DCA (see Definitions). One month before scheduled follow-up angiography, the study medication was tapered off over a 1-week period (12.5 mg of carvedilol BID or placebo). During the course of the trial, antihypertensive and antianginal therapy could be initiated at the discretion of the investigators. Concomitant therapy with β-blockers, α-blockers, anti-arrhythmics, antioxidants (eg, high-dose vitamin E or C or probucol), antiproliferative agents (eg, cyostatics), drugs that influence the pharmacodynamics or kinetics of carvedilol (ie, psychopharmaceuticals and nonsteroidal anti-inflammatory agents, excluding aspirin and laxatives), or anticoagulants (except heparin during the procedure) was not allowed during the trial.

Compliance was assessed by capsule counts. Trial medication was discontinued in patients who did not have a successful DCA and in those who experienced a MACE (except non-Q wave myocardial infarction) or other serious adverse event. The study was conducted in accordance with the Declaration of Helsinki and the Committee for Proprietary Medicinal Products/Good Clinical Practice Guidelines. The protocol was approved by the ethics committees of all participating centers, and all patients gave written informed consent before inclusion.

### DCA Procedure

After sheath introduction, 10 000 IU/L heparin was given; further bolus doses were given as needed to keep an activated coagulation time >350 s. Intravenous doses of 250 mg of acetylsalicytic acid were also administered in patients not already taking 75 to 500 mg daily. DCA was recommended to be guided by on-line quantitative coronary angiography and, where possible, IVUS, with adjunctive balloon angioplasty to achieve optimal results (see Definitions).

### Angiographic Procedures and Quantitative Coronary Angiography at the Core Laboratory

Angiographic procedures and core laboratory evaluations were strictly standardized, as has been described in previous trials.[2,3,14,16] After intracoronary nitrate bolus injection, the target stenosis was filmed in a minimum of 2 projections before and after the procedure; these projections were repeated identically at follow-up. The Cardiovascular Angiographic Analysis System II (Pie Medical) was used for the angiographic analysis at the core laboratory, using a well-described methodology.[2,3,14,16]

### Clinical Assessments

Patients returned for clinical follow-up visits at 1, 5, 6, and 7 months. Shortly before reangiography, a symptom-limited exercise tolerance test was performed. To monitor the safety of trial medication, serial recordings of creatinine, alkaline phosphatase, γ-galactosyl transferase, glutamic pyruvic transaminase, and glutamic-oxaloacetic transaminase were assessed at each visit. Cardiac enzymes were determined when clinically indicated and according to local practice. Adverse events were recorded continuously, whether or not they were considered drug-related.

### Definitions

Successful DCA was defined off-line by the core laboratory as ≤50% diameter stenosis; optimal DCA indicated ≤20% diameter stenosis in every angiographic view, without the use of a stent or the occurrence of a MACE, which was defined as cardiac death, myocardial infarction, coronary artery bypass graft surgery, or reintervention at the site of the original DCA (target lesion revascularization).[18] Myocardial infarction was defined as development of new pathological Q waves and/or an increase of more than twice the upper limit of normal of levels of creatine kinase, with concomitant elevation of the MB fraction. Compliance with trial medication was defined as consumption of >80% of trial medication in the first month and >75% of medication thereafter.

### Statistical Methods

Sample size calculation was based on a postulated difference in MLD at follow-up between the placebo and carvedilol groups of 0.20±0.62 mm (mean MLD: control group, 1.76 mm[14] and carvedilol group, 1.96 mm), which is equivalent to a 30% reduction in restenosis rate. A sample size of 152 patients per group would be required to detect such a difference with a power of 0.80 and a 2-sided α of 0.05. To allow for nonevaluable patients, we decided to recruit 400 total patients.

As specified in the protocol, the analysis was based on the intention-to-treat principle; this then included all patients who took ≥1 tablet of study medication, underwent successful DCA, and had an analyzable follow-up angiogram. Safety evaluation included all randomized patients who took ≥1 dose of study medication. Student's $t$ test was used for intergroup comparisons of continuous measurements, and the $\chi^2$ test was used for categorical variables. Frequency distribution curves are used to display MLD measurements before and after DCA and at follow-up, and Kaplan-Meier survival curves illustrate freedom from MACE.

## Results

### Procedural Results

From December 1994 to February 1997, 406 patients were randomized to receive ≥1 dose of trial medication (206 took

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086668

A2222

*1514*   *Circulation*   April 4, 2000



**Figure 1.** Flow chart showing derivation of the intention-to-treat population. MI indicates myocardial infarction; PTCA, percutaneous transluminal coronary angioplasty; CABG, coronary artery bypass grafting; and DS, diameter stenosis.

carvedilol and 200 took placebo). Among these, 377 underwent attempted DCA (Figure 1). One patient died after coronary perforation, and 5 were referred for emergency coronary artery bypass grafting. One of these 5 patients died perioperatively. Successful bailout stenting was performed in 29 patients.

Of the 324 patients with successful DCA (Table 1), 292 (90%) had an evaluable follow-up angiogram; these 292 patients made up the trial population. Quantitative angiographic baseline and procedural parameters are shown in Tables 2 and 3. Predilatation was performed in 6% of patients. A 7-French device was used in 84% of cases. A

median of 13 cuts were done (interquartile range, 9 to 30), and a maximum of 4.8 atm of balloon pressure (range, 1 to 8 atm) was applied. Postdilatation was performed in 66% of cases using a mean balloon size of $3.65\pm0.50$ mm at a maximal pressure of $8.2\pm3.19$ mm and a balloon-to-artery ratio of $1.08\pm0.15$ mm. An optimal result was reported by the investigator in 68% of cases and by the core laboratory (determined by ≤20% diameter stenosis) in 26% of cases.

In the intention-to-treat population, 132 patients in the carvedilol group (78%) and 127 in the placebo group (81.9%) were compliant.

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086669

A2223

**TABLE 1. Demographics and Baseline Characteristics**

| | Carvedilol (n=169) | Placebo (n=155) | All |
|---|---|---|---|
| Male sex | 147 (87) | 137 (88.4) | 284 (87.7) |
| Age, y | 57.9±10.0 | 58.6±9.7 | 58.2±9.8 |
| Smoking | | | |
| Never smoked | 42 (24.9) | 51 (32.9) | 93 (28.7) |
| Previous smoker | 95 (56.2) | 72 (46.5) | 167 (51.5) |
| Current smoker | 32 (18.9) | 32 (20.6) | 64 (19.8) |
| Diabetes mellitus | 17 (10.1) | 14 (9) | 31 (9.6) |
| Hypercholesterolemia | 36 (21.3) | 22 (14.2) | 58 (17.9) |
| Other hyperlipidemia | 32 (18.9) | 30 (19.4) | 62 (19.1) |
| Hypertension | 50 (29.6) | 43 (27.7) | 93 (28.7) |
| Previous MI | 84 (49.7) | 56 (36.1) | 140 (43.2) |
| Previous PTCA | 0 (0.0) | 1 (0.6) | 1 (0.3) |
| Previous CABG | 0 (0.0) | 4 (2.6) | 4 (1.2) |
| Peripheral vascular disease | 5 (3.0) | 9 (5.8) | 14 (4.3) |
| Medication | | | |
| Calcium antagonists | 40 (23.7) | 50 (32.3) | 90 (27.6) |
| ACE inhibitors | 36 (22.5) | 34 (21.9) | 72 (22.2) |
| β-Blockers | 105 (62.1) | 97 (62.6) | 202 (62.3) |
| Nitrates | 128 (75.7) | 107 (69) | 235 (72.5) |

Values are n (%) or mean±SD. MI indicates myocardial infarction; PTCA, percutaneous transluminal coronary angioplasty; CABG, coronary artery bypass grafting; and ACE, angiotensin-converting enzyme.

### Late Outcomes

No differences in the minimal luminal diameter (MLD), angiographic restenosis rate (Table 3 and Figure 2), or the occurrence of major adverse cardiac events (MACE) between the placebo and carvedilol groups were observed during a follow-up of ≤7 months (Table 4 and Figure 3).

### Other Adverse Events

No difference in the incidence of adverse events was observed between the groups (carvedilol, 50%; placebo,

**TABLE 2. Baseline Angiographic Characteristics**

| | Carvedilol (n=169) | Placebo (n=155) |
|---|---|---|
| AHA/ACC lesion type | | |
| A | 12 (7.1) | 11 (7.1) |
| B1 | 63 (37.5) | 65 (41.9) |
| B2 | 93 (55.4) | 79 (51.0) |
| C | 0 (0.0) | 0 (0.0) |
| No. of diseased vessels | | |
| 1 | 140 (83.8) | 125 (81.2) |
| 2 | 21 (12.6) | 16 (10.4) |
| 3 | 6 (3.6) | 13 (8.4) |
| Calcification | 47 (27.8) | 31 (20.0) |
| Thrombus | 5 (3.0) | 3 (2.0) |
| Lesion length, mm | 8.39±2.57 | 8.71±3.04 |
| Vessel size, mm | 3.36±0.56 | 3.49±0.61 |

Values are n (%) or mean±SD. AHA indicates American Heart Association; and ACC, American College of Cardiology.

**TABLE 3. Acute and Follow-Up Angiographic Indices**

| | Carvedilol (n=154) | Placebo (n=138) |
|---|---|---|
| Reference diameter, mm | | |
| Preoperative | 3.38±0.57 | 3.48±0.59 |
| Postoperative | 3.58±0.51 | 3.61±0.56 |
| Follow-up | 3.25±0.53 | 3.20±0.61 |
| MLD, mm | | |
| Preoperative | 1.19±0.34 | 1.26±0.44 |
| Postoperative | 2.77±0.49 | 2.85±0.50 |
| Follow-up* | 1.99±0.73 | 2.00±0.74 |
| Diameter stenosis, % | | |
| Preoperative | 64.33±9.78 | 63.56±11.27 |
| Postoperative | 22.19±7.71 | 20.86±7.94 |
| Follow-up† | 39.13±17.93 | 37.54±18.35 |
| Acute gain, mm | 1.58±0.51 | 1.59±0.50 |
| Late loss, mm | 0.77±0.70 | 0.85±0.70 |
| Relative loss, mm | 0.23±0.21 | 0.25±0.21 |
| Loss index | 0.51±0.49 | 0.55±0.48 |
| Restenosis rate, % | 23.4 | 23.9 |

Values are mean±SD, unless otherwise indicated.
*P=0.92; †P=0.46.

47.5%), although a higher incidence of hypotension (7.3% versus 1%) and bradycardia (6.3% versus 0%) existed in the carvedilol group.

### Discussion

Despite the extensive in vitro and in vivo evidence for a potential benefit of carvedilol (through the inhibition of myofibroblast migration in the media and adventitia and of free radical–mediated vascular inflammation and remodeling, as well as its direct antiproliferative effects[7–13]), the maximum recommended daily dosage failed to reduce restenosis after successful DCA. Because carvedilol and its metabolites have considerably greater antioxidant effects than vitamin E or probucol,[11,13] each of which have been reported to reduce restenosis after balloon angioplasty,[4,5] the purported antioxidant mechanism of probucol for the observed selective



**Figure 2.** Cumulative frequency curves of MLD before (PRE) and after (POST) successful DCA and at follow-up (F-UP). Mean values (±SD) are on the right, and median values are next to the curves. CUM indicates cumulative; ITT, intention-to-treat; and ANG, angiographic.

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086670

A2224

**TABLE 4.   MACE In Each Group at 7-Month Follow-Up**

|  | Carvedilol (n=169) | Placebo (n=155) |
|---|---|---|
| Death | 0 (0.0) | 2 (1.3) |
| MI | 5 (3.0) | 5 (3.2) |
| Q wave MI | 1 (0.6) | 0 (0.0) |
| Non-Q Wave MI | 4 (2.4) | 5 (3.2) |
| CABG | 3 (1.8) | 3 (1.9) |
| Re-PTCA (TLR) | 26 (15.4) | 24 (15.5) |
| No MACE | 135 (79.9)* | 121 (78.1)* |

Values are n (%). MI indicates myocardial infarction; CABG, coronary artery bypass grafting; PTCA, percutaneous transluminal coronary angioplasty; and TLR, target lesion revascularization.

*P=0.64 by Wilcoxon rank sums test at 240 days.

benefit in the Multivitamins and Probucol Trial in Prevention of Restenosis Post Percutaneous Coronary Angiography seems putative.[6] On the basis of the neutral outcome of this trial, we think that in the probucol trial, either another mechanism was responsible for the observed reduction in renarrowing or the outcome was serendipitous. In addition, it must be concluded that the role of systemic antioxidants for the prevention of restenosis is debatable and must be further elucidated.

The question arises as to why no effect was observed in this multicenter clinical trial of an agent that has greater antioxidant effects than probucol[11-13] in addition to its other listed effects.[7-10] First, although it may be claimed that the rat model is not an ideal in vivo platform for a clinical trial, this trial hypothesis was based on the combined evidence from many other studies,[7-13] as well as the acceptability of this drug for clinical use.

### Adequacy of Dose and Pretreatment Period

Carvedilol reaches peak plasma levels 2 hours after an oral dose of 25 mg, and steady-state plasma levels are achieved after 5 half-lives of ≈7 hours each,[7] which is a 35-hour period. In this trial, for practical purposes, patients were pretreated for a minimum of 24 hours, undergoing DCA within 2 hours after taking the third dose of trial medication. Thus, although a steady-state plasma level of carvedilol may



**Figure 3.** Kaplan-Meier estimates of freedom from death, myocardial infarction (MI), coronary artery bypass grafting (CABG), and repeat angioplasty (Re-PTCA). LR indicates log ranking; F(E), Fischer exercise test; and RR, relative risk.

not yet have been reached in all patients, DCA was usually performed to coincide with peak plasma levels, and carvedilol accumulates rapidly in the lipid environment, including cell membranes and the lipid moiety of lipoproteins.[7,19] In a trial that used a dose regimen similar to that of this trial, 84% suppression of neointimal hyperplasia was observed in the rat carotid artery balloon angioplasty model, with pretreatment for only 2 hours before and 14 days after balloon angioplasty.[10] Additionally, protection by carvedilol from oxygen free-radical-induced damage has been demonstrated at concentrations that are consistent with the plasma levels of the drug attained in patients on a dose of 25 to 50 mg a day (ie, 100 to 300 nmol/L).[13] Furthermore, clinical studies have recently demonstrated that carvedilol creates a marked reduction in low-density lipoprotein oxidation in hypertensive patients[19] and helps stop the development of nitrate tolerance, which is associated with superoxide anion production.[20] Thus, it can be assumed that the pretreatment and dose regimen should have been sufficient to reproduce, in humans, the experimental effects observed in vitro and in animals.

It is also important to note that the trial medication was safe; no differences between groups existed in the incidence of adverse events, except hypotension and bradycardia. This led to discontinuation of carvedilol in only 3.9% of patients, which is not untoward given that carvedilol is a vasodilating β-blocker.

### Appropriateness of DCA-Treated Patients for This Trial

At the time this trial was planned, it was known that DCA achieved greater acute results but was limited by a greater tendency toward renarrowing when compared with conventional balloon angioplasty.[14-16] Stenting was in the early phase of clinical evaluation: the Belgian Netherlands Stent Study (BENESTENT) and Stent Restenosis Study (STRESS) had not yet been completed; thus, stenting was only performed as a bailout procedure, which indicated a failed DCA. The mean luminal loss observed after DCA by the core laboratory was 0.81 mm,[16,15] which is >2 times the average after balloon angioplasty.[2,3,14,16] Before intravascular ultrasound (IVUS) studies, which changed our perception of restenosis,[21-25] we assumed this renarrowing was due to neointimal hyperplasia.[24] For this reason, the investigation of an agent with antioxidant, antichemotactic, and direct antiproliferative effects seemed ideally suited to an atherectomy-treated patient population. IVUS studies have since demonstrated that vessel remodelling may account for >50% of the luminal renarrowing response after DCA,[21,25] which reduces the target for antiproliferative drugs. However, if the report by Côté et al[6] on probucol is correct, the antioxidant effects of carvedilol should have the potential to inhibit vascular remodelling as well as inflammation such that a general reduction of the response to injury could have been reasonably expected.[7-13,19,20]

Because the pretreatment and dose regimen used seems adequate, it can only be speculated that the many alternative pathway cascades that lead to vascular remodelling and neointimal hyperplasia have the capacity to overcome spe-

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086671

A2225

cific inhibitory agents to achieve what is essentially an effective natural wound healing response.[23]

## Comparison of Atherectomy Results With Other Trials

Although the present study is not a trial asserting the specific value of atherectomy (because DCA is now used in <2% of patients undergoing percutaneous therapies), it is appropriate to compare the short- and long-term results with those of other trials. Procedural success was obtained in 88.9% of cases, as compared with 92% in the Balloon versus Optimal Atherectomy Trial (BOAT).[25] The MLD after the procedure was 2.81 mm in this trial and 2.82 mm in BOAT; in the subgroup of patients with "optimal atherectomy," the MLD after the procedure was 3.09 mm in this trial compared with 3.16 mm in the Optimal Atherectomy Restenosis Study (OARS).[26] The late loss (0.81 mm) in EUROCARE was substantially less than that in both BOAT (0.96 mm) and OARS (1.18 mm), so the restenosis rate in EUROCARE is also lower (23.6%) than that in BOAT (31.4%) and OARS (28.9%). The incidence of target lesion revascularization in EUROCARE (17.1%) was slightly lower than that in BOAT (21.1%) and similar to that in OARS (17.8%). Thus, the level of intervention by DCA that was performed in this trial was representative of the concurrent best clinical practice, and an adequate platform was created for testing an anti-restenosis strategy.

## Limitations

Because this was an atherectomy study, it would have been ideal to have IVUS guidance; however, in 1994, IVUS was not yet widely used and, given the lack of difference in outcome between the groups, it would not have changed the outcome of the trial. Also, the antioxidant activity of carvedilol was not measured in this trial because the previously accumulated specific studies of antioxidant effects[7-10,20,21] were considered sufficient evidence to assume a greater clinical effect in this regard than vitamin E or probucol.

## Conclusions

Carvedilol was safe and well tolerated by patients undergoing DCA, both during the procedure and in the follow-up period. Despite extensive evidence depicting its potent antioxidant, antichemotactic, and antiproliferative effects, the maximum recommended daily dosage failed to demonstrate any reduction in restenosis as. measured by quantitative angiographic and clinical parameters. These results question the validity of the explanation that the reported reduction in restenosis by probucol in the Multivitamins and Probucol Trial was via antioxidant mechanisms. The relationship between antioxidant agents and restenosis remains to be elucidated.

## Appendix

### Participating Investigators, Listed in Order of Recruitment

Prof Höfling aud Dr Engelmann, Klinikum Grosshadern, München, Germany; Prof Puel and Dr Marco, Hôpital Purpan, Toulouse, France; Prof Glogar and Dr Hassan, Allgemeines Krankenhaus der Stadt, Vienna, Austria; Prof Kiel and Dr Alexander, Christian Albrechts Universitätsklinik, Kiel, Germany; Prof Serruys, Dr de

Feyter, and Dr Foley, Thoraxcentre Academic Hospital Dijkzigt, Rotterdam, The Netherlands; Prof Seabra-Gomes, Hospital de la Santa Cruz, Linda-a-Velha, Portugal; Dr Macaya and Dr Goicolea, Hospital Clinico San Carlos, Madrid, Spain; Dr Costa, CHRU Bordeaux, Talence, France; Prof Rutsch, Paraskevaides, University Hospital Charité, Berlin, Germany; Prof Karus and Dr Brachmann, University Hospital, Heidelberg, Germany; Dr Bonnier, Catharina Ziekenhuis, Eindhoven, The Netherlands; Dr Wijns and Dr Heyndrickx, Onze Lieve Vrouw Ziekenhuis, Aalst, Belgium; Dr Betriu, Hospital Clinico I Provincial, Barcelona, Spain; Dr Anivarro, Hospital Universario Vall d'Hebron, Barcelona, Spain; Dr Hertzfeld, Karolinska Hospital, Stockholm, Sweden; Prof Schroeder, UZ St Chenu, Hôpital Universitaire de Mont-Godinne, Yvoir, Belgium; Dr Haude, Universität Essen, Germany; Prof de Scheerder, UZ St Raphael-Gasthuisberg, Leuven, Belgium; Dr Waas, University Hospital Giessen, Belgium; Prof Providencia, Hospitals da Universidade de Coimbra, Portugal; and Dr Horstkotte, Universitätsklinikum Benjamin Franklin, Berlin, Germany.

## Acknowledgments

This trial was sponsored by an educational grant from Boehringer Mannheim, GmbH Mannheim, Germany. The authors thank Dr David Keane for coordinating the initiation and early phase of the trial; Francine Genis, Cardialysis, Rotterdam, The Netherlands, for secretarial assistance; Bettina Alk, Scott Peggie, Audrey Templeton, Margarathe Wagner, and Barbara Zülsdorf, Boehringer Mannheim, Germany, for monitoring visits throughout Europe; Dr Saadet Ozsreglu, Cardialysis, Rotterdam, The Netherlands, for compiling the detailed medical report filed with Boehringer Mannheim; and Egon Pfarr, MSc, Boehringer Mannheim, Germany, for his statistical contribution.

## References

1. Herrman JP, Hermans WR, Vos J, Serruys PW. Pharmacological approaches to the prevention of restenosis following angioplasty, part I: the search for the Holy Grail? Drugs. 1993;46:18–52.
2. MERCATOR Study Group. Does the new angiotensin converting enzyme inhibitor cilazapril prevent restenosis after percutaneous transluminal coronary angioplasty? Results of the MERCATOR Study: a multicenter randomized double-blind placebo-controlled trial. Circulation. 1992;86: 100–110.
3. Serruys PW, Foley DP, Jackson G, Bonnier H, Macaya C, Vrolix M, Branzi A, Shepherd J, Suryapranata H, de Feyter PJ, Melkert R, van Es G-A, Pfarr PJ, on behalf of the FLARE study group. A randomized placebo controlled trial of fluvastatin for prevention of restenosis after successful coronary balloon angioplasty: final results of the fluvastatin angiographic restenosis trial. Eur Heart J. 1999;20:58–69.
4. DeMaio SJ, King SB, Lembo NJ, Roubin GS, Hearn JA, Bhagavan HN, Sgoutas DS. Vitamin E supplementation, plasma lipids and incidence of restenosis after percutaneous transluminal coronary angioplasty. J Am Coll Nutr. 1992;11:68–73.
5. Tardif JC, Côté G, Lespérance J, Bourassa M, Lambert J, Doucet S, Bilodeau L, Nattel S, De Gaisse P, for the multivitamins and probucol study group. Probucol and multivitamins in the prevention of restenosis after coronary angioplasty. N Engl J Med. 1997;337:365–372.
6. Côté G, Tardif JC, Lespérance J, Lambert J, Bourassa M, Bonan R, Gosselin G, Joyal M, Tanguay JF, Nattel S, Gallo R, Crépeau J. Effects of probucol on vascular remodeling after coronary angioplasty. Circulation. 1999;99:30–35.
7. Ruffolo RR, Feuerstein GZ. Pharmacology of carvedilol: rationale for use in hypertension, coronary artery disease and congestive heart failure. Cardiovasc Drugs Ther. 1997;11:247–256.
8. Ohlstein EH, Douglas SA, Sung CP, Yue TL, Londen C, Arleth A, Porte G, Ruffolo RR, Feuerstein GZ. Carvedilol, a novel cardiovascular drug, prevents vascular smooth muscle cell proliferation, migration, and neointimal formation following vascular injury. Proc Natl Acad Sci U S A. 1993;90:6189–6193.
9. Sung CP, Arleth AJ, Ohlstein EH. Carvedilol inhibits vascular smooth muscle cell proliferation. J Cardiovasc Pharmacol. 1993;21:221–227.
10. Douglas SA, Vickery-Clark LM, Louden C, Ruffolo RR, Feuerstein GZ, Ohlstein EH. Acute pretreatment with carvedilol is sufficient for inhibition of neointima formation following rat carotid artery balloon angioplasty. Pharmacol Res Commun. 1994;5(1):65–72.

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086672

A2226

*1518*   *Circulation*   April 4, 2000

11. Yue T-L, McKenna PJ, Lysko PG, Gu JL, Lysko KA, Ruffolo RR, Feuerstein GZ. A metabolite of carvedilol, a novel antihypertensive agent, is a potent antioxidant. *Eur J Pharmacol.* 1994;251:237–243.

12. Yue TL, McKenna PJ, Lysko PG, Ruffolo RR, Feuerstein GZ. Carvedilol, a new antihypertensive, prevents oxidation of human low density lipoprotein by macrophages and copper. *Atherosclerosis.* 1992;97: 209–216.

13. Yue TL, Cheng HY, Lysko PG, McKenna PJ, Feuerstein GZ. Carvedilol, a new vasodilator and beta-adrenoceptor antagonist, is an antioxidant and free radical scavenger. *J Pharmacol Exp Ther.* 1992;263:92–98.

14. Umans V, Hermans W, Foley DP, Strikwerda S, van den Brand M, de Jaegere P, de Feyter PJ, Serruys PW. Restenosis after directional coronary atherectomy and balloon angioplasty: comparative analysis based on matched lesions. *J Am Coll Cardiol.* 1993;21:1382–1390.

15. Topol EJ, Leya F, Pinkerton CA, Whitlow PL, Hofling B, Simonton CA, Masden RR, Serruys PW, Leon MB, Williams DO, King SB, Mark DB, Ismr JM, Holmes DR, Ellis SG, Lee KL, Keeler GP, Berdan LG, Hinohara T, Califf RM. A comparison of directional atherectomy with coronary angioplasty in patients with coronary artery disease. *N Engl J Med.* 1993;329:221–227.

16. Foley DP, Melkert R, Umans VA, de Jaegere PP, Strikwerda S, de Feyter PJ, Serruys PW. Differences in restenosis propensity of devices for transluminal coronary intervention: a quantitative angiographic comparison of balloon angioplasty, directional atherectomy, stent implantation and excimer laser angioplasty. *Eur Heart J.* 1995;16:1331–1346.

17. Violaris AG, Serruys PW. Randomized trials: registries or experience-based common sense? In Ellis SG, Holmes DR, eds. *Strategies for Coronary Intervention: A Practical Approach.* Baltimore, Md: Williams & Wilkins; 1995:190–204.

18. Hermans WR, Foley DP, Rensing BJ, Rutsch W, Hendrickx G, Danchin N, Mast G, Hanet C, Lablanche JM, Rafflenbeul W. Usefulness of quantitative and qualitative angiographic lesion morphology and clinical characteristics in predicting major adverse cardiac events during and after native coronary balloon angioplasty. *Am J Cardiol.* 1993;72:14–20.

19. Maggi E, Marchesi E, Covini D, Negro C, Perani G, Bellomo G. Protective effects of carvedilol, a vasodilating β-adrenoceptor blocker, against in vivo low density lipoprotein oxidation in essential hypertension. *J Cardiovasc Pharmacol.* 1996;27:532–538.

20. Wontanabe H, Kakihana M, Ohtsuka S, Sugishita Y. Preventive effects of carvedilol on nitrate tolerance: a randomized, double-blind, placebo-controlled comparative study between carvedilol and arotinolol. *J Am Coll Cardiol.* 1998;32:1201–1206.

21. Mintz GS, Popma JJ, Picard AD, Kent KM, Satler LF, Wong C, Hong MK, Kovach JA, Leon MB. Arterial remodeling after coronary angioplasty: a serial intravascular ultrasound study. *Circulation.* 1996;94: 35–43.

22. Kimura T, Kaburagi S, Tamura T, Yokoi H, Nakagawa Y, Yokoi H, Hamasaki N, Nosaka H, Nobuyoshi M, Mintz GS, Popma JJ, Leon MB. Remodeling of human coronary arteries undergoing coronary angioplasty or atherectomy. *Circulation.* 1997;96:475–483.

23. von Birgelen C, Mintz GS, de Vrey EA, de Feyter PJ, Kimura T. Popma JJ, Nobuyoshi M, Serruys PW, Leon MB. Successful directional atherectomy of de novo coronary lesions assessed with three-dimensional intravascular ultrasound and angiographic follow-up. *Am J Cardiol.* 1997; 80:1540–1545.

24. Forrester JS, Fishbein M, Helfant R, Fagin J. A paradigm for restenosis based on cell biology; clues for development of new preventive therapies. *J Am Coll Cardiol.* 1991;17:758–769.

25. Baim DS, Cutlip DE, Sharma SK, Ho KKL, Fortuna R, Schreiber TL, Feldman RL, Shani J, Senerchia C, Zhang Y, Lansky AJ, Popma JJ, Kuntz RE. Final results of the balloon vs optimal atherectomy trial (BOAT). *Circulation.* 1997;97:322–331.

26. Simonton CA, Leon MB, Baim DS, Hinohara T, Kent KM, Bersin RM, Wilson BH, Mintz GS, Fitzgerald PJ, Yock PG, Popma JJ, Ho KKL, Cutlip DE, Senerchia C, Kuntz RE. Optimal directional coronary atherectomy final results of the optimal atherectomy restenosis study (OARS). *Circulation.* 1998;97:332–339.

Downloaded from circ.ahajournals.org by on January 13, 2009

CORD086673

A2227

Advertisement



DONATE   HELP   CONTACT AHA   SIGN IN   HOME

**American Heart Association**

*Learn and Live*

# Circulation

Search: [        ] [Go]   • Advanced Search

Circulation Home • Subscriptions • Archives • Feedback • Authors • Help • AHA Journals Home

« Previous Issue | Next Issue »

**Volume 101, Issue 10; March 14, 2000**

Circulation Electronic Pages
Cardiovascular News
Editorials
Brief Rapid Communications
Clinical Investigations and Reports
Basic Science Reports
Cardiovascular Drugs
Images in Cardiovascular Medicine

[Index by Author]
[Sign up for eTOCs]

Search This Issue!   [Go]

SPOTLIGHT





Advertisement

← [Get All Checked Abstracts] [Clear]

To see an article, click its "Full Text" or "PDF" link. To review many abstracts, check the boxes to the left of the titles you want, and click the "Get All Checked Abstract(s)" button. To see one abstract at a time, click its "Abstract" link.

 article is free immediately upon publication

**Circulation Electronic Pages:** 🔼

**Physiology of Ventricular Septal Defect Shunt Flow in the Fetus Examined by Color Doppler M-Mode**
Jean-Paul Lethor, Francois Marçon, Michael de Moor, and Mary Etta E. King
Circulation. 2000;101:e93
Extract | Full Text | PDF

*Chlamydia pneumoniae* **in Coronary Artery Disease**
Enrique Gurfinkel, Gerardo Bozovich, and Branco Mautner
Circulation. 2000;101:e95
Extract | Full Text | PDF

CORD086674

A2228

**Limitations to the Therapeutic Potential of Endoluminal Stent Placement in the Thoracic Aorta * Response**
Torsten Doenst, Christian Schlensak, Friedhelm Beyersdorf, H. Rousseau, B. Janne d'Othée, P. Perreault, G. Meites, F. Joffre, P. Otal, P. Souls. P. Concina, P. Massabuau, M. Mazerolles, and B. Bui
Circulation. 2000;101:e98
Extract | Full Text | PDF

**Qualification of the Concepts of Unqualified Success and Unmitigated Failure**
Kenneth M. Kessler
Circulation. 2000;101:e98
Extract | Full Text | PDF

**Qualification of the Concepts of Unqualified Success and Unmitigated Failure * Response**
Darrel P. Francis, L. Ceri Davies, Andrew J. S. Coats, Michael Schulzer, and G. B. John Mancini
Circulation. 2000;101:e99
Extract | Full Text | PDF

**Assessment of Coronary Flow Reserve by Contrast-Enhanced Second Harmonic Echo Doppler * Response**
Rolf Jenni, Andre Linka, Matthias Barton, Carlo Calati, Cristiana Montaldo, Norma Zedda, Alessandro Bins, and Sabino Iliceto
Circulation. 2000;101:e100
Extract | Full Text | PDF

## Cardiovascular News: ⊞

*Circulation* Online Only : March 14, 2000
James T. Willerson
Circulation. 2000;101:1079
Extract | Full Text | PDF

**A Troubled Field Scores a Hit**
Ruth SoRelle
Circulation. 2000;101:e9019
Extract | Full Text

**Antibodies That Protect Mice Against Ebola Virus Hold Promise of Vaccine and Therapy for Disease**
Ruth SoRelle
Circulation. 2000;101:e9020
Extract | Full Text

**New National Institutes of Health Website Helps Locate Clinical Trials**
Ruth SoRelle
Circulation. 2000;101:e9021
Extract | Full Text

**Depression After Coronary Artery Bypass Surgery Increases Risk of More Heart Problems**
Ruth SoRelle
Circulation. 2000;101:e9022
Extract | Full Text

## Editorials: ⊞

**Peak VO$_2$ : A Simple yet Enduring Standard**
Donna Mancini, Thierry LeJemtel, and Keith Aaronson
Circulation. 2000;101:1080-1082
Extract | Full Text | PDF

## Brief Rapid Communications: ⊞

**Low Molecular Weight Heparin After Mechanical Heart Valve Replacement**
Gilles Montalescot, Valérie Polle, Jean P. Collet, Pascal Leprince, Agnès Bellanger, Iradj Gandjbakhch, and Daniel Thomas
Circulation. 2000;101:1083-1086
Abstract | Full Text | PDF



AHA Learning Library

## Cardiovascular Disease Risk Reduction

**For those dedicated to preventing heart disease... one resource for the most current and comprehensive information available within the discipline:**

- Editorial Commentaries
- Journals & Books
- Required Reading
- Statements & Guidelines
- Clinical Updates
- Podcasts, Live News Feeds, Statistics, Slide Sets
- Announcements, Job-Search Tools, and MORE

*Sponsored by:*

**Boehringer Ingelheim**

CORD086675

A2229

☐ The Effect of Endovascular Irradiation on Platelet Recruitment at Sites of
Balloon Angioplasty in Pig Coronary Arteries
Mahomed Y. Salame, Stefan Verheye, Stephen P. Mulkey, Nicolas A. F.
Chronos, Spencer B. King, III, Ian R. Crocker, and Keith A. Robinson
Circulation. 2000;101:1087-1090
Abstract | Full Text | PDF

## Clinical Investigations and Reports: ⊡

☐ Adenovirus-Mediated Gene Transfer of a Secreted Form of Human
Macrophage Scavenger Receptor Inhibits Modified Low-Density
Lipoprotein Degradation and Foam-Cell Formation in Macrophages
Johanna Laukkanen, Paulina Lehtolainen, Peter J. Gough, David R. Greaves,
Siamon Gordon, and Seppo Ylä-Herttuala
Circulation. 2000;101:1091-1096
Abstract | Full Text | PDF

☐ Aspirin Use Is Low Among United States Outpatients With Coronary
Artery Disease
Randall S. Stafford
Circulation. 2000;101:1097-1101
Abstract | Full Text | PDF

☐ Major Racial Differences in Coronary Constrictor Response Between
Japanese and Caucasians With Recent Myocardial Infarction
Christian Pristipino, John F. Beltrame, Maria L. Finocchiaro, Ryuichi Hattori,
Masatoshi Fujita, Rocco Mongiardo, Domenico Cianflone, Tommaso Sanna,
Shigetake Sasayama, and Attilio Maseri
Circulation. 2000;101:1102-1108
Abstract | Full Text | PDF

☐ Myocardial Infarction in Treated Hypertensive Patients : The Paradox of
Lower Incidence but Higher Mortality in Young Blacks Compared With
Whites
Michael H. Alderman, Hillel W. Cohen, and Shantha Madhavan
Circulation. 2000;101:1109-1114
Abstract | Full Text | PDF

☐ New Body Surface Isopotential Map Evaluation Method to Detect Minor
Potential Losses in Non-Q-Wave Myocardial Infarction
Mihály Medvegy, István Préda, Pierre Savard, Arnold Pintér, Gaëtan Tremblay,
James B. Nasmith, Donald Palisaitis, and Réginald A. Nadeau
Circulation. 2000;101:1115-1121
Abstract | Full Text | PDF

☐ Effects of Abciximab, Ticlopidine, and Combined Abciximab/Ticlopidine
Therapy on Platelet and Leukocyte Function in Patients Undergoing
Coronary Angioplasty
Becky J. Fredrickson, Nancy A. Turner, Neal S. Kleiman, Nikki Graziadei, Kelly
Maresh, Mary Ann Mascelli, Mark B. Effron, and Larry V. McIntire
Circulation. 2000;101:1122-1129
Abstract | Full Text | PDF

☐ Angiotensin II Has Multiple Profibrotic Effects in Human Cardiac
Fibroblasts
Hiroaki Kawano, Yung S. Do, Yasuko Kawano, Vaughn Starnes, Mark Barr,
Ronald E. Law, and Willa A. Hsueh
Circulation. 2000;101:1130-1137
Abstract | Full Text | PDF

☐ Clinical Outcomes After Ablation and Pacing Therapy for Atrial
Fibrillation : A Meta-Analysis
Mark A. Wood, Chris Brown-Mahoney, G. Neal Kay, and Kenneth A.
Ellenbogen
Circulation. 2000;101:1138-1144
Abstract | Full Text | PDF

☐ Reversal of Atrial Electrical Remodeling After Cardioversion of Persistent
Atrial Fibrillation in Humans
W. Julian C. Hobbs, Simon Fynn, Derick M. Todd, Peter Wolfson, Mike
Galloway, and Clifford J. Garratt
Circulation. 2000;101:1145-1151
Abstract | Full Text | PDF

☐ Peak Oxygen Uptake Better Predicts Outcome Than Submaximal
Respiratory Data in Heart Transplant Candidates
Karel Pardaens, Johan Van Cleemput, Johan Vanhaecke, and Robert H.

CORD086676

A2230

Fagard
Circulation. 2000;101:1152-1157
Abstract | Full Text | PDF

## Basic Science Reports: ⊡

Construction and Functional Evaluation of a Single-Chain Antibody
Fusion Protein With Fibrin Targeting and Thrombin Inhibition After
Activation by Factor Xa
Karlheinz Peter, Justin Graeber, Sergey Kipriyanov, Monika Zewe-Welschof,
Marschall S. Runge, Wolfgang Kübler, Melvyn Little, and Christoph Bode
Circulation. 2000;101:1158-1164
Abstract | Full Text | PDF

Troglitazone Improves Recovery of Left Ventricular Function After
Regional Ischemia in Pigs
Peili Zhu, Li Lu, Ya Xu, and Gregory G. Schwartz
Circulation. 2000;101:1165-1171
Abstract | Full Text | PDF

The Cardiac Fas (APO-1/CD95) Receptor/Fas Ligand System : Relation to
Diastolic Wall Stress in Volume-Overload Hypertrophy in Vivo and
Activation of the Transcription Factor AP-1 in Cardiac Myocytes
Kai C. Wollert, Jörg Heineke, Jürgen Westermann, Mark Lüdde, Beate Fiedler,
Wolfgang Zierhut, Didier Laurent, Manuel K. A. Bauer, Klaus Schulze-Osthoff,
and Helmut Drexler
Circulation. 2000;101:1172-1178
Abstract | Full Text | PDF

Dose-Dependence of 4-Aminopyridine Plasma Concentrations and
Electrophysiological Effects in Dogs : Potential Relevance to Ionic
Mechanisms in Vivo
Stanley Nattel, Carol Matthews, Emma De Blasio, Wei Han, Danshi Li, and Lixia
Yue
Circulation. 2000;101:1179-1184
Abstract | Full Text | PDF

Atrial Fibrillation Produced by Prolonged Rapid Atrial Pacing is
Associated With Heterogeneous Changes in Atrial Sympathetic
Innervation
J. Vijay Jayachandran, Haris J. Sih, Wendy Winkle, Douglas P. Zipes, Gary D.
Hutchins, and Jeffrey E. Olgin
Circulation. 2000;101:1185-1191
Abstract | Full Text | PDF

Cellular Arrhythmogenic Effects of Congenital and Acquired Long-QT
Syndrome in the Heterogeneous Myocardium
Prakash C. Viswanathan and Yoram Rudy
Circulation. 2000;101:1192-1198
Abstract | Full Text | PDF

Losartan and its Metabolite E3174 Modify Cardiac Delayed Rectifier $K^+$
Currents
Ricardo Caballero, Eva Delpón, Carmen Valenzuela, Mónica Longobardo, and
Juan Tamargo
Circulation. 2000;101:1199-1205
Abstract | Full Text | PDF

## Cardiovascular Drugs: ⊡

Aspirin
Eric H. Awtry and Joseph Loscalzo
Circulation. 2000;101:1206-1218
Extract | Full Text | PDF

## Images in Cardiovascular Medicine: ⊡

Myocardial Infarction in Children With Hypoplastic Coronary Arteries
A. Fraisse, J. Quilici, I. Canavy, B. Savin, F. Aubert, and M. Bory
Circulation. 2000;101:1219-1222
Extract | Full Text | PDF

*Clinical Investigation and Reports supported in concept by an unrestricted gift
from Merck & Co. Pfizer provides an unrestricted gift for subscriptions to

CORD086677

A2231

*Circulation* for Cardiology Fellows in training.

Circulation Home | Subscriptions | Archives | Feedback | Authors | Help | AHA Journals Home | Search
Copyright © 2009 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited.

CORD086678

A2232