11/10/08

16. "Artificial Organs," 20th Annual Society For Biomaterials Meeting, Boston, Massachusetts, April 9, 1994.

17. "Cell Transplantation to Engineer Organs," Annual BMES Fall Meeting, Tempe, Arizona, October 16, 1994.

18. "Cell and Tissue Interfaces with Biomaterials," Annual AIChE Meeting, San Francisco, California, November 15, 1994.

19. "Cellular Engineering I," 13th Annual HSEMB Conference, Houston, Texas, February 16, 1995.

20. "Hybrid Artificial Organs," 21st Annual Society For Biomaterials Meeting, San Francisco, California, March 20, 1995.

21. "Polymers for Orthopaedic Applications," MRS Spring Meeting, San Francisco, California, April 17, 1995.

22. "Polymers for Tissue Engineering," MRS Spring Meeting, San Francisco, California, April 18, 1995.

23. "Cell and Tissue Engineering - Biopolymer Cell Supports," ASME Summer Bioengineering Conference, Beaver Creek, Colorado, June 29, 1995.

24. "Allograft-, Autograft- and Xenograft-Based Matrices," International Business Communications Conference on Tissue Engineering and Repair, Washington, D.C., August 9, 1995.

25. "Cellular and Tissue Engineering - Hybrid Artificial Organs," Annual BMES Fall Meeting, Boston, Massachusetts, October 8, 1995.

26. "Mammalian Cell Encapsulation," Annual AIChE Meeting, Miami Beach, Florida, November 16, 1995.

27. "Biomaterials," 14th Annual HSEMB Conference, Houston, Texas, February 8, 1996.

28. "Tissue Engineering III," 5th World Biomaterials Congress, Toronto, Canada, June 2, 1996.

29. "Tissue Engineering," 5th World Congress of Chemical Engineering, San Diego, California, July 16, 1996.

30. "Hydrogels and Extracellular Matrix Gels," Annual AIChE Meeting, Chicago, Illinois, November 15, 1996.

31. "Material Sciences," Inaugural TES Meeting, Orlando, Florida, December 14, 1996.

32. "Cellular Engineering II: Smooth Muscle Cells," 15th Annual HSEMB Conference, Houston, Texas, February 14, 1997.

33. "Novel Polymers and Peptide-Incorporated Polymers," National ACS Meeting, San Francisco, California, April 17, 1997.

34. "Drug Delivery," 23rd Annual Society For Biomaterials Meeting, New Orleans, Louisiana, May 3, 1997.

35. "Fabrication Methods and Mechanical Properties," ASME Summer Bioengineering Conference, Sunriver, Oregon, June 14, 1997.

36. "Tissue Engineering," 1st Smith & Nephew International Symposium on Advances in Tissue Engineering and Biomaterials, York, England, July 22, 1997.

37. "Materials and Fabrication Methods for Tissue Engineering Scaffolds," Annual AIChE Meeting, Los Angeles, California, November 17, 1997.

38. "Biomaterials," Annual AIChE Meeting, Los Angeles, California, November 18, 1997.

39. "Tissue Engineering #1," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

A2970

40. "Biomaterials in Tissue Engineering," MRS Spring Meeting, San Francisco, California, April 13, 1998.
41. "New Developments in Cartilage, Skin and Bone Engineering," 3rd International Business Communications Industry Symposium on Advancements in Tissue Engineering, Boston, Massachusetts, June 8, 1998.
42. "Tissue Engineering II," 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, Nevada, June 23, 1998.
43. "Biomaterial Surface Interactions," Annual AIChE Meeting, Miami Beach, Florida, November 17, 1998.
44. "ACS Award in Polymer Chemistry Honoring Robert Langer: Synthesis and Characterization of Polymers for Biomaterials and Drug Delivery Carriers," National ACS Meeting, Anaheim, California, March 22, 1999.
45. "Polymer Scaffolding for Tissue Engineering Symposium I," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, April 29, 1999.
46. "Tissue Engineering," 4th Asia-Pacific Conference on Medical and Biological Engineering, Seoul, Korea, September 13, 1999.
47. "Biomaterials II," 4th Asia-Pacific Conference on Medical and Biological Engineering, Seoul, Korea, September 13, 1999.
48. "Targeting Pharmacologic Agents to Sites of Early Lesions," 2000 Research Initiatives Conference in Vascular Disease on the Biology of Vascular Interventions-Minimally Invasive Approaches to Vascular Disease, Bethesda, Maryland, February 18, 2000.
49. "Matrices for Mineralized Tissue Engineering," 6th World Biomaterials Congress, Kamuela, Hawaii, May 19, 2000.
50. "Biomaterials," 19th Annual HSEMB Conference, Houston, Texas, February 9, 2001.
51. "Future Prospects of Biomaterials III," 10th International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, Utah, February 22, 2001.
52. "Scaffolding Materials for Bone Tissue Engineering Symposium II," 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 29, 2001.
53. "Orthopedic Materials," Annual BMES Fall Meeting, Durham, North Carolina, October 5, 2001.
54. "Gene Delivery," American Association of Pharmaceutical Scientists Workshop on Critical Issues in the Design and Applications of Polymeric Biomaterials in Drug Delivery, Arlington, Virginia, February 28, 2002.
55. "New Challenges for Biodegradable Polymers in Substitution and Regeneration Medicine II," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 26, 2002.
56. "Scaffolds, Carriers, and Other Delivery Vehicles," Aegean Conference on Tissue Engineering Science, Myconos, Greece, May 21, 2002.
57. "Delivery Systems for BMPs," 4th International Conference on Bone Morphogenetic Proteins, Sacramento, California, October 19, 2002.
58. "Growing the Tissue Engineering Industry," 2nd EMBS-BMES Joint Conference, Houston, Texas, October 23, 2002.
59. "Tissue Engineering," Pittsburgh Bone Symposium 2003, Pittsburgh, Pennsylvania, August 22, 2003.
60. "Scaffolds," 6th Annual International Conference and Exposition of Tissue Engineering Society International, Orlando, Florida, December 12, 2003.

A2971

11/10/08

61. "Advances in Biomaterials, Bionanotechnology, Biomimetic Systems and Tissue Engineering: Tutorial Session II," Annual AIChE Meeting, Austin, Texas, November 10, 2004.

62. "Engineering Complex Tissues – Vascularization, Tissue Interfaces, Gradients," Tissue Engineering: The Next Generation Workshop, Cambridge, Massachusetts, May 3, 2005.

63. "Bioreactor and Processing Technologies," 2nd Aegean Conference on Tissue Engineering, Crete, Greece, May 24, 2005.

64. "Vascular and Tissue Engineering Systems," 32nd International Symposium on Controlled Release of Bioactive Materials, Miami Beach, Florida, June 20, 2005.

65. "Tissue Engineering 2," 3rd International Conference on Materials for Advanced Technologies, Singapore, July 8, 2005.

66. "Tissue Engineering 3," 3rd International Conference on Materials for Advanced Technologies, Singapore, July 8, 2005.

67. "Converging Technologies and Their Impact on Medical Devices," Texas/United Kingdom Symposium on Medicine and Medical Devices, Rice University, Houston, Texas, October 10, 2005.

68. "Keynote Speech Session-1," 8th Annual Meeting of Tissue Engineering Society International, Shanghai, China, October 22, 2005.

69. "Scaffolds for Tissue Engineering,"1st Marie Curie Cutting Edge InVENTS Conference on New Developments on Polymers for Tissue Engineering, Replacement and Regeneration, Madeira, Portugal, June 2, 2006.

70. "Tissue Engineering," 33rd Annual Meeting and Exposition of Controlled Release Society, Vienna, Austria, July 24, 2006.

71. "Tissue Engineered Products for Clinical Applications I," 32nd Annual Meeting of the Society For Biomaterials, Chicago, Illinois, April 19, 2007.

72. "Cell Integration into Natural and Synthetic Matrices," Tissue Engineering and Regenerate Medicine International Society – North America Conference and Exposition, Toronto, Canada, June 14, 2007.

73. "Molecular, Cellular and Tissue Engineering I: Accomplishments and Perspectives," 25th Annual HSEMB Conference, Houston, Texas, February 8, 2008.

74. "Molecular, Cellular and Tissue Engineering II: Bioactive Molecules and Drug Delivery Systems," 25th Annual HSEMB Conference, Houston, Texas, February 8, 2008.

75. "Molecular, Cellular and Tissue Engineering III: Biomimetic Materials and Scaffolds," 25th Annual HSEMB Conference, Houston, Texas, February 8, 2008.

76. "Molecular, Cellular and Tissue Engineering IV: Cell-Based Strategies," 25th Annual HSEMB Conference, Houston, Texas, February 8, 2008.

77. "Biomaterials for Tissue Engineering and Regenerative Medicine," 8th World Biomaterials Congress, Amsterdam, The Netherlands, May 31, 2008.

78. "Plenary 4," 8th World Biomaterials Congress, Amsterdam, The Netherlands, June 1, 2008.

79. "Growth Factors and Soluble Mediators 2," 3rd Aegean Conference on Tissue Engineering, Rhodes, Greece, September 24, 2008.

**Reviewer**

Reviewer of Research Proposals:
    American Chemical Society - Petroleum Research Fund

A2972

Cornell University - Morgan Seed Grant Program for Collaborative Multidisciplinary
   Research in Tissue Engineering
Department of Defense
Dunhill Medical Trust
Louisiana Board of Regents
Massachusetts Institute of Technology - Sea Grant College Program
National Institutes of Health
National Science Foundation
National Sciences and Engineering Research Council of Canada
National University of Singapore - Faculty of Science
North Carolina Biotechnology Center
Pittsburgh Tissue Engineering Initiative
Swiss National Science Foundation
United States-Israel Binational Science Foundation
University of Maryland - Sea Grant College Program
University of Michigan - Center for Biomedical Engineering Research
University of Michigan - Center for Biorestoration of Oral Health
The University of Texas Health Science Center at San Antonio - The Aging Research and
   Education Center
The Whitaker Foundation
Reviewer of Book Proposals:
   John Wiley & Sons, Inc.
Reviewer of Manuscripts:
   AIChE Journal
   Applied Biomaterials
   Biochemical Pharmacology
   Bioconjugate Chemistry
   Biomacromolecules
   Biomaterials
   BioTechniques
   Biotechnology and Bioengineering
   Calcified Tissue International
   Cells and Materials
   Cell Transplantation
   Chemical Engineering Science
   Chemical Reviews
   Chemistry of Materials
   Colloids and Surfaces
   Computational Polymer Science
   Critical Reviews in Oral Biology & Medicine
   Current Eye Research
   Gene Therapy
   Human Gene Therapy
   IMA Journal of Mathematics Applied in Medicine and Biology
   International Journal of Nanomedicine
   International Journal of Pharmaceutics

A2973

    Journal of Applied Physiology
    Journal of Applied Polymer Science
    Journal of Biological Chemistry
    Journal of Biomaterials Science, Polymer Edition
    Journal of Biomedical Materials Research
    Journal of Biotechnology
    Journal of Colloid and Interface Science
    Journal of Controlled Release
    Journal of Dental Research
    Journal of Investigative Dermatology
    Journal of Membrane Science
    Journal of Orthopaedic Research
    Journal of Pharmaceutical Sciences
    Journal of Physical Chemistry
    Journal of Polymer Science, Part A: Polymer Chemistry
    Journal of Polymer Science, Part B: Polymer Physics
    Journal of Theoretical Biology
    Kirk-Othmer Encyclopedia of Chemical Technology
    Langmuir
    Macromolecules
    Nature Biotechnology
    Nature Medicine
    Pharmaceutical Research
    Polymer
    Polymer Engineering and Science
    Polymer International
    Proceedings of the National Academy of Sciences USA
    Public Library of Science Medicine
    Science
    Stem Cells
    Surface Science
    Trends in Biotechnology
    Trends in Molecular Medicine
Reviewer of Books:
    European Journal of Pharmaceutics and Biopharmaceutics
    Journal of Controlled Release
    Polymer News

## Organizer of Continuing-Education Courses

1.   "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 2-6, 1993.
2.   "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 1-5, 1994.
3.   "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 1-5, 1995.

A2974

4. "Tissue Engineering: Current Challenges in Discovery, Development and Review," Sponsored by the US Food and Drug Administration, Rockville, Maryland, February 20, March 12, 26, April 2, 9, and May 21, 1996.

5. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 5-9, 1996.

6. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, Dallas, Texas, November 12, 1996.

7. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 11-15, 1997.

8. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, San Francisco, California, September 23, 1997.

9. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 17-21, 1998.

10. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," International Confederation for Plastic, Reconstructive and Aesthetic Surgery Congress, San Francisco, California, June 30, 1999.

11. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 22-26, 1999.

12. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, New Orleans, Louisiana, October 26, 1999.

13. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 13-17, 2000.

14. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, Los Angeles, California, October 17, 2000.

15. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 15-19, 2001.

16. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 14-17, 2002.

17. "Introduction to Tissue Engineering: A Glimpse into the Future," American Society of Plastic Surgeons Annual Scientific Meeting, San Antonio, Texas, November 4, 2002.

18. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 13-16, 2003.

19. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 11-14, 2004.

20. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 10-13, 2005.

21. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 16-19, 2006.

22. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 15-18, 2007.

23. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 13-16, 2008.

**Lecturer of Continuing-Education Courses**

A2975

1.  "Polymer Science and Technology," Sponsored by Chemical Process Engineering Research Institute, Thessaloniki, Greece, June 1991.
2.  "Frontiers in Polymer Science: Polymer Preparation, Properties and Structure," Sponsored by Purdue University, Indianapolis, Indiana, June 22-26, 1992.
3.  "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 2-6, 1993.
4.  "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 1-5, 1994.
5.  "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 1-5, 1995.
6.  "Tissue Engineering: Current Challenges in Discovery, Development and Review," Sponsored by the US Food and Drug Administration, Rockville, Maryland, March 26, 1996.
7.  "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 5-9, 1996.
8.  "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, Dallas, Texas, November 12, 1996.
9.  "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 11-15, 1997.
10. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, San Francisco, California, September 23, 1997.
11. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 17-21, 1998.
12. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," International Confederation for Plastic, Reconstructive and Aesthetic Surgery Congress, San Francisco, California, June 30, 1999.
13. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 22-26, 1999.
14. "Biodegradable Polymers for Tissue Engineering," 4th Asia-Pacific Conference on Medical and Biological Engineering, Seoul, Korea, September 12, 1999.
15. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, New Orleans, Louisiana, October 26, 1999.
16. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 13-17, 2000.
17. "Tissue Engineering: A Glimpse into the Future of Plastic Surgery," American Society of Plastic Surgeons Annual Scientific Meeting, Los Angeles, California, October 17, 2000.
18. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 15-19, 2001.
19. "Materials for Tissue Engineering," Annual BMES Fall Meeting, Durham, North Carolina, October 4, 2001.
20. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 29-June 1, 2002.
21. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 14-17, 2002.

A2976

22. "Introduction to Tissue Engineering: A Glimpse into the Future," American Society of Plastic Surgeons Annual Scientific Meeting, San Antonio, Texas, November 4, 2002.
23. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 27-31, 2003.
24. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 13-16, 2003.
25. "Current Progress in Tissue Engineering," Sponsored by Harvard Medical School, Boston, Massachusetts, October 2-3, 2003.
26. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 17-21, 2004.
27. "Summer School on Emerging Technologies in Biomedicine," Sponsored by the University of Patras, Patras, Greece, June 20-25, 2004.
28. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 11-14, 2004.
29. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 31-June 3, 2005.
30. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 10-13, 2005.
31. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 22-26, 2006.
32. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 16-19, 2006.
33. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 21-25, 2007.
34. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 15-18, 2007.
35. "Cell-Based Therapies and Tissue Engineering," Sponsored by Case Western Reserve University, Cleveland, Ohio, May 19-23, 2008.
36. "Advances in Tissue Engineering," Sponsored by Rice University, Houston, Texas, August 13-16, 2008.

**Research Grants** (Total Costs)

*Principal Investigator*

1. T.N. Law Professorship in Bioengineering (1992-96)
   $ 150,000

2. Rice University - Biomedical Research Support Grant (1992-93)
   "Tissue Engineering by Cell Transplantation"
   $ 4,800

3. National Science Foundation - Research Equipment Grant (1992-93)
   "Gel Permeation Chromatography System for Bioengineering Research"
   $ 26,567 (with Drs. J.V. Shanks and K. Zygourakis)

A2977

4.  Rice University - Biomedical Research Support Grant (1992-93)
    "UV/VIS System for Research in Biosciences and Bioengineering"
    $ 3,100 (with Drs. J.V. Shanks and K. Zygourakis)

5.  Orthopedic Research and Education Foundation (1993-95)
    "A Temporary Replacement for Trabecular Bone: Biodegradable Particulate Composites
    with Osteoblast Transplantation for Orthopaedic Applications"
    $ 97,277 (with Dr. M.J. Yaszemski)

6.  Texas Biotechnology Corporation, Houston, Texas (1993-95)
    "Bioresorbable Polymer Delivery of Antisense Oligonucleotides"
    $ 53,068

7.  American Cyanamid Company, Princeton, New Jersey (1994-95)
    "Controlled Release Systems for Bioactive Macromolecules"
    $ 5,000

8.  The Whitaker Foundation (1994-97)
    "Polymeric Delivery Systems for Antisense Oligonucleotides"
    $ 179,617

9.  Johnson&Johnson Medical (1994-95)
    "Biodegradable Polymer Foams for Dermal Tissue Repair"
    $ 18,834

10. C.A. Garcia Fund for Eye Research (1995-96)
    "Retinal Pigment Epithelium Regeneration"
    $ 19,503

11. National Retinitis Pigmentosa Foundation (1995-98)
    "Mechanical and Immunological Phenomena Affecting Survival of Transplanted Retinal
    Pigment Epithelial Cells"
    $ 113,208 (with Drs. D. Lahiri-Munir and C.A. Garcia)

12. National Aeronautics and Space Administration (1996-2001)
    "Mechanical Load Effects on Bone Formation"
    $ 424,690 (with Dr. P. Whitson)

13. National Institutes of Health - FIRST Award (1996-2001)
    "Bone Regeneration by Osteoblast Transplantation"
    $ 523,250

14. National Aeronautics and Space Administration (1996-97)
    "Analysis of Mechanical Loading Effects on Bone Formation and Remodeling"
    $ 22,000

A2978

15.   National Institutes of Health (1996-2001)
      "Injectable Biomaterials for Bone Tissue Engineering"
      $ 729,637

16.   Defense Advanced Research Projects Agency (1997-99)
      "Biomimetic Materials for Pathogen Neutralization"
      $ 779,612

17.   National Institutes of Health (1998-2003)
      "*In Situ* Polymerizable Gels for Dental Tissue Engineering"
      $ 1,379,306

18.   Chrysalis BioTechnology, Galveston, Texas (1998-99)
      "Microparticle Biodegradable Polymeric Delivery Systems for Bioactive Molecules"
      $ 17,940

19.   Molecular Geodesics, Boston, Massachusetts (1999-2000)
      "Biomimetic Materials for Pathogen Neutralization"
      $ 12,400

20.   National Institutes of Health (1999-2004)
      "Strength and Resorption of Biodegradable Skull Implants"
      $ 511,435

21.   Toray Industries, Shiga, Japan (2000-02)
      "Development of Biocompatible Materials"
      $ 20,000

22.   Chrysalis BioTechnology, Galveston, Texas (2001-02)
      "Controlled Release Systems for Bioactive Molecules"
      $ 30,000

23.   Desmogen, Bellaire, Texas (2001-02)
      "Biomaterials Development for Vertebroplasty"
      $ 100,000

24.   National Science Foundation (2001-06)
      "Nanocomposites for Bone Replacement"
      $ 260,980

25.   Advanced Technology Program of the State of Texas (2002-03)
      "Novel Scaffold Design and Evaluation Technique for Engineering Bone Replacement Tissue"
      $ 187,500 (with Dr. M.A.K. Liebschner)

26.   National Institutes of Health (2002-07)

A2979

"Bone Regeneration by Osteoblast Transplantation"
$ 1,163,237

27.  Bausch & Lomb, Rochester, New York (2002-03)
     "Injectable Ocular Drug Delivery Systems"
     $ 100,053

28.  National Institutes of Health (2003-08)
     "Injectable Cellular Composites for Cartilage Engineering"
     $ 1,681,524

29.  Bausch & Lomb, Rochester, New York (2003-04)
     "Injectable Ocular Drug Delivery Systems"
     $ 100,000

30.  National Institutes of Health (2004-09)
     "Promotion of Alveolar Socket Healing with Biopolymers"
     $ 1,528,360

31.  Bausch & Lomb, Rochester, New York (2004-05)
     "Ocular Drug Delivery Systems"
     $ 100,000

32.  National Institutes of Health (2005-10)
     "Tissue Engineering of Hematopoietic Bone"
     $ 240,503

33.  Bausch & Lomb, Rochester, New York (2005)
     "Ocular Drug Delivery Systems"
     $ 30,000

34.  Dan L. Duncan Cancer Center, Houston, Texas (2006-07)
     "Maintenance of Ovarian Reserve after Cancer Chemotherapy"
     $ 80,000

35.  Rice University - International Collaboration Travel Fund (2007)
     "Global Approaches in Tissue Engineering"
     $ 9,800

36.  National Institutes of Health (2008-13)
     "*In Situ* Hardening Cellular Constructs for Craniofacial Bone Regeneration"
     $ 1,648,295

37.  Department of Defense (2008-13)
     "Antibiotic Releasing Space Maintainer and Prefabricated Vascularized Bone Flap"
     $ 1,998,009

A2980

38. Rice University - International Collaboration Travel Fund (2008)
"Manufacturing and Scale-Up Towards Clinical Treatments of Craniofacial Trauma: A Collaborative Effort Between Rice University and the National Tissue Engineering Center of China"
$ 7,000

39. SpinalCyte, Houston, Texas (2008-2010)
"Repair of Cartilage Using an *In Vitro* Bioreactor"
$ 300,000

40. Celthera, Hopkinton, Massachusetts (2008-2009)
"Bone Regeneration Using Scaffold-Reinforced Hydrogel/Whole Marrow Constructs"
$ 65,000

41. National Institutes of Health (2008-10)
"Regulated Osteochondrogenesis of Human Mesenchymal Stem Cells Using Gene Delivery"
$ 360,272

42. Defense Advanced Research Projects Agency (2008-10)
"BioNanoScaffolds (BNS) for Post-Traumatic Osteoregeneration"
$ 1,200,000

*Co-Principal Investigator*

1. The Whitaker Foundation - Biomedical Engineering Special Opportunity Award (1995-98)
"Frontiers in Cellular and Tissue Engineering"
$ 750,000 (Dr. L.V. McIntire, P.I.)

2. National Science Foundation (1995-98)
"Light Scattering Detector for Polymer Research"
$ 20,600 (Part of "Radical Reactions of the Azo and Azoxy Groups," $ 406,000, Dr. P.S. Engel, P.I.)

3. University of Texas M.D. Anderson Cancer Center - Physicians Referral Service (1995-96)
"Tissue Engineered Bone Flaps in Sheep"
$ 31,295 (Dr. M.J. Miller, P.I.)

4. University of Texas M.D. Anderson Cancer Center - Physicians Referral Service (1995-96)
"*In Vivo* Evaluation of Recombinant Human Bone Morphogenetic Protein-2 as a Bone Graft Substitute for Cavitary Bone Defects"
$ 43,170 (Dr. A.W. Yasko, P.I.)

5. The Whitaker Foundation - Biomedical Engineering Development Award (1996-2001)
"New Frontiers in Biomedical Engineering Education and Research"

$ 5,000,000 (Dr. L.V. McIntire, P.I.)

6.  Department of Defense (1996-97)
    "Solid State NMR for the Characterization of Functional Materials"
    $ 200,000 (Dr. A.R. Barron, P.I.)

7.  The Whitaker Foundation - Biomedical Engineering Leadership Award (1998-2003)
    $ 6,000,000 (Dr. L.V. McIntire, P.I.)

8.  National Institutes of Health - Biotechnology Research Training Grant (2001-06)
    $ 1,506,761 (Dr. L.V. McIntire, P.I.)

9.  National Science Foundation - Integrative Graduate Education and Research Training
    Grant in Cellular Engineering (2001-06)
    $ 2,620,649 (Dr. L.V. McIntire, P.I.)

10. National Science Foundation – Nanoscale Science and Engineering Center (2001-06)
    "Center for Nanoscience in Biological and Environmental Engineering"
    $ 10,539,998 (Dr. R.E. Smalley, P.I.)

**Students Supervised**

*Postdoctoral Research*

Rice University:
Markus S. Widmer, Ph.D. (ETH Zürich, 1995), 1995-1997
Julia E. Babensee, Ph.D. (University of Toronto, 1996), 1996-1999
Raman V. Bahulekar, Ph.D. (University of Poona, 1991), 1997-1999
Aaron S. Goldstein, Ph.D. (Carnegie Mellon University, 1997), 1997-1999
Guizhen Liu, M.D. (University of Zürich, 1993), 1997-1999
Qing Liu, Ph.D. (Leiden University, 1997), 1997-1999
Zewen Liu, Ph.D. (University of Tulane, 1996), 1997-1998
Guoming Zhu, M.D. (Shanghai Medical University, 1985), 1997-1998
Shulin He, Ph.D. (University of Gent, 1993), 1998-1999
Seongbong Jo, Ph.D. (Purdue University, 1998), 1998-2000, 2002-2003
Georgios Stamatas, Ph.D. (Rice University, 1998), 1998
Lichun Lu, Ph.D. (Rice University, 1999), 1999-2000
William T. Godbey, Ph.D. (Rice University, 1999), 1999-2000
Vassilios I. Sikavitsas, Ph.D. (State University of New York at Buffalo, 1999), 1999-2002
Joerg Tessmar, Ph.D. (University of Regensburg, 2002), 2002-2004
    German Research Foundation Postdoctoral Fellowship, 2002-2004
Hiroki Ueda, Ph.D. (Kyoto University, 2001), 2003-2004
    Japanese Science Foundation Postdoctoral Fellowship, 2003-2004
Johnna S. Temenoff, Ph.D. (Rice University, 2003), 2003-2005
    National Institutes of Health Craniofacial-Oral Biology Program Trainee, 2004-2005
Michael C. Hacker, Ph.D. (University of Regensburg, 2004), 2004-2007

- 123 -

A2982

German Research Foundation Postdoctoral Fellowship, 2005-2007
Upma Sharma, Ph.D. (Princeton University, 2005), 2005-2006
First Prize, Keck Center Annual Research Conference Poster Contest, Gulf Coast Consortia, 2005
National Institutes of Health Nanobiology Program Trainee, 2005-2006
Elizabeth Christenson, Ph.D. (Case Western Reserve University, 2005), 2005-2007
National Institutes of Health Craniofacial-Oral Biology Program Trainee, 2005-2007
Mark Sweigart, Ph.D. (Rice University, 2005), 2005-2006
F. Kurtis Kasper, Ph.D. (Rice University, 2005), 2005-2008
National Institutes of Health Nanobiology Program Trainee, 2007-2008
Balaji Sitharaman, Ph.D. (Rice University, 2005), 2005-2007
Center for Nanoscale Science and Technology Evans Atwell Fellowship, 2005-2007
Theoni K. Georgiou, Ph.D. (University of Cyprus, 2006), 2006-2007
Meng Shi, Ph.D. (University of Toronto, 2008), 2008-present
Milind Singh, Ph.D. (University of Kansas, 2008), 2008-present

*Graduate Research*

Rice University:
Susan L. Ishaug-Riley, Ph.D., 1992-1996
Graduate Student Award for Outstanding Research, Society For Biomaterials, 1997
Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University, 1997
Ph.D. Thesis Award: Runner Up, Sigma Xi, Rice University/Texas Medical Center, 1997
Dr. William B. Walsh Award for Excellence in Bioengineering, Advanced Tissue Sciences, 1996
First Prize, Chemical Engineering Graduate Research Symposium, Rice University, 1996
First Prize, Chemical Engineering Graduate Research Poster Contest, Rice University, 1996
Poster Award: Honorable Mention, Houston Society for Engineering in Medicine and Biology, 1996
Second Prize, Chemical Engineering Graduate Research Symposium, Rice University, 1995
Robert C. Thomson, Ph.D., 1992-1997
Robert L. Cleek, Ph.D., 1993-1997
Selected Excellence Paper, Society For Biomaterials, 1997
Intermedics Best Poster Award, Houston Society for Engineering in Medicine and Biology, 1995
Anna C. Jen, M.S., 1993-1997
NASA Graduate Student Researchers Program Trainee, 1996-1997
National Institutes of Health Biotechnology Program Trainee, 1994-1996
Laura J. Suggs, Ph.D., 1993-1998
Excellence in Science Dissertation Award for Best Ph.D. Thesis, Sigma Xi, Rice University/ Texas Medical Center, 1998
Graduate Student Award for Best Paper, Southern Biomedical Engineering Conference, 1998
Hershel M. Rich Invention Award, Rice University, 1997

- 124 -

A2983

11/10/08

National Institutes of Health Biotechnology Program Trainee, 1995-1997
M. Conley Wake, M.S., 1993-1997
    Lodieska Stockbridge Vaughan Fellowship, Rice University, 1996
    Third Prize, Chemical Engineering Graduate Research Symposium, Rice University, 1996
    Distinguished Contribution, BFGoodrich Collegiate Inventors Program, 1995
    National Science Foundation Graduate Fellowship, 1993-1996
Lichun Lu, Ph.D., 1994-1999
Susan J. Peter, Ph.D., 1994-1998
    Graduate Student Award for Outstanding Research, Society For Biomaterials, 1998
    Graduate Student Award Finalist, Materials Research Society Spring Meeting, 1998
    National Institutes of Health Biotechnology Program Trainee, 1996-1998
Richard G. Payne, Ph.D., 1995-2001
    Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University, 2002
    First Prize, Chemical Engineering Graduate Research Poster Contest, Rice University, 1999
    National Institutes of Health Biotechnology Program Trainee, 1997-1999
    Hershel M. Rich Invention Award, Rice University, 1997
    Hershel M. Rich Invention Award, Rice University, 1995
Esfandiar Behravesh, Ph.D., 1997-2002
William T. Godbey, Ph.D., 1997-1999
    Graduate/Postdoc Award on Innovative Aspects of Controlled Drug Release, Controlled Release Society-Capsugel, 2000
    National Science Foundation Graduate Fellowship, 1997-1999
Albert K. Shung, M.S., 1997-2002
Gregory N. Bancroft, Ph.D., 1998-2002
    Best Poster Award, Baylor College of Medicine M.D./Ph.D. Symposium, 2001
    Best Paper Award, Texas Medical Scientist Training Program Conference, 2000
    Transco Scholarship, 1998-2002
John P. Fisher, Ph.D., 1998-2002
    National Science Foundation Center for Biological and Environmental Nanotechnology Trainee, 2001-2003
    Best Poster Award, Materials Research Society Fall Meeting, 2000
Jeremy S. Blum, Ph.D., 1998-2003
    National Science Foundation Integrative Graduate Education and Research Program Trainee, 2001-2003
Heungsoo Shin, Ph.D., 1998-2003
    Graduate Student Award for Outstanding Research, Society For Biomaterials, 2002
Johnna S. Temenoff, Ph.D., 1998-2003
    Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University, 2004
    Whitaker Foundation Graduate Fellowship, 1998-2003
Mark D. Timmer, Ph.D., 1998-2003
    National Science and Engineering Research Council Fellowship, 2000-2003
    National Institutes of Health Biotechnology Program Trainee, 1999-2000
Jeffrey E.-K. Chen, M.S., 1999-2002
Elizabeth L. Hedberg, Ph.D., 1998-2004

A2984

National Science Foundation Center for Biological and Environmental Nanotechnology Trainee, 2003-2004
Tissue Engineering Special Interest Group Student Award, Society For Biomaterials, 2002
National Institutes of Health Biotechnology Program Trainee, 2001-2002
National Institutes of Health Biotechnology Program Trainee, 1999-2000
Heidi L. Holtorf, Ph.D., 1999-2004
Graduate Student Award for Outstanding Research, Society For Biomaterials, 2005
National Science Foundation Integrative Graduate Education and Research Program Trainee, 2001-2003
F. Kurtis Kasper, Ph.D., 1999-2005
Sallyport Award, Association of Rice Alumni, 2006
National Science Foundation Integrative Graduate Education and Research Program Trainee, 2001-2003
Manuela E. Gomes, Ph.D., 2001-2004
Portuguese Foundation for Science and Technology Graduate Fellowship, 2001-2004
Theresa A. Holland, Ph.D., 2001-2005
Whitaker Foundation Graduate Fellowship, 2001-2005
Amit S. Mistry, Ph.D., 2002-2007
First Prize, National Institutes of Health Biotechnology Graduate Training Program Poster Contest, Rice University, 2004
National Institutes of Health Biotechnology Program Trainee, 2003-2005
Zarana S. Patel, Ph.D., 2002-2007
National Science Foundation Graduate Fellowship, 2003-2006
Xinfeng Shi, Ph.D., 2002-2007
Poster Award: Runner Up, Houston Society for Engineering in Medicine and Biology, 2004
First Prize, Bioengineering Graduate Research Poster Contest, Rice University, 2004
Hansoo Park, Ph.D., 2003-2007
Sheila A. Moore, M.S., 2003-2007
Matthew B. Murphy, Ph.D., 2003-2008
National Science Foundation Integrative Graduate Education and Research Program Trainee, 2005-2006
Quynh P. Pham, Ph.D., 2003-2007
Simon Young, Ph.D., 2003-2008
Oral Abstract Scientific Presentation Award, Annual Meeting of the American Association of Oral and Maxillofacial Surgeons, 2007
Oral and Maxillofacial Surgery Foundation Research Fellowship, 2004-2006
Sue Anne Chew, Ph.D. Candidate, 2004-present
Xuan Guo, Ph.D. Candidate, 2004-present
Jiehong Liao, Ph.D. Candidate, 2004-present
Anita Saraf, Ph.D. Candidate, 2004-present
National Science Foundation Integrative Graduate Education and Research Program Trainee, 2005-2006
Leda Klouda, Ph.D. Candidate, 2005-present
Edgar O'Rear Travel Grant, Institute of Biosciences and Bioengineering, Rice University, 2007

A2985

Gerondelis Foundation Scholarship, 2007
James D. Kretlow, Ph.D. Candidate, 2005-present
    National Institutes of Health Biotechnology Program Trainee, 2006-2008
    National Institutes of Health Nanobiology Program Trainee, 2008-present
Andrea Haesslein, M.S., 2006-2007
Richard A. Thibault, Ph.D. Candidate, 2006-present
    Ruth L. Kirschstein National Research Service Award, National Institutes of Health, 2008-present
    Travel Award, 3rd Aegean Conference on Tissue Engineering, Rhodes, Greece, 2008
Emily L. Burdett, Ph.D. Candidate, 2007-present
    National Institutes of Health Biotechnology Program Trainee, 2008-present
Paschalia M. Mountziaris, Ph.D. Candidate, 2007-present
    National Institutes of Health Nanobiology Program Trainee, 2008-present


M.I.T.:
Heidi L. Wald, M.S., 1990-1991


*Undergraduate Research*

Rice University:
M. Conley Wake, 1992-1993
    National Science Foundation Graduate Fellowship, 1993
    POLYED Award for Outstanding Undergraduate Polymer Research, American Chemical Society, 1993
    James S. Waters Creativity Award, Rice University, 1993
Marta A. West, 1992-1993
    Undergraduate Scholar Award, Rice University, 1993
Horst A. von Recum, 1993
Matthew D. Allen, 1994-1995
Christine M. Bardsley, 1994
Joel H. Collier, 1994
Susan A. Hoffman, 1994
David Jaber, 1994
Keith Johnson, 1994
Julie L. Morris, 1994-1995
Terri A. Shefelbine, 1994
    National Science Foundation Graduate Fellowship, 1995
Coy R. Stine, 1994
Alyssa R. Terk, 1994, 1996
Genevieve M. Crane, 1995-1996
    Marshall Fellowship, 1996
    National Science Foundation Graduate Fellowship, 1996
    Whitaker Foundation Graduate Fellowship, 1996
    James S. Waters Creativity Award, Rice University, 1996
    John P. McGovern Outstanding Pre-Medical Student Award, Rice University, 1996

A2986

First Prize, The Institute of Biosciences and Bioengineering / Biochemistry and Cell Biology Poster Retreat (Undergraduate Seniors Category), Rice University, 1996
POLYED Award for Outstanding Undergraduate Polymer Research, American Chemical Society, 1995
Cameron A. Etezadi, 1995-1996
Puneet K. Gupta, 1995-1997
Travis W. Hopp, 1995-1997
Edmund Y.-C. Kao, 1995-1996
National Science Foundation Graduate Fellowship, 1996
Joyce L. Almaguer, 1996-1997
S. David Cho, 1996-1997
C. Alejandra Garcia, 1996-1998
Daniel J. Kim, 1996-1998
James S. Waters Creativity Award, Rice University, 1997
Poster Award: Runner Up, Houston Society for Engineering in Medicine and Biology, 1997
Ravi S. Krishnan, 1996-1997
Valerie A.-L. Liu, 1996-1998
National Science Foundation Graduate Fellowship, 1998
Whitaker Foundation Graduate Fellowship, 1998
Jessica A. Nolley, 1996
Fulbright Fellowship, 1997
Saumya A. Sivaram, 1996-1999
Karen C. Ting, 1996
Paul Kim, 1997-1998
Catalina R. Liang, 1997-1998
Laurie L. Palombo, 1997
Angela S.-Y. Peng, 1997-1998
Charlos C. Ward, 1997
Kimathi S.R. Blackwood, 1998
Sheila A. Herman, 1998-1999
Special Award for Originality, Annual Biosciences Undergraduate Poster Session, 1999
Tiffany M. Juarez, 1998-2000
Grayson E. Morris, 1998
National Science Foundation Graduate Fellowship, 1999
Kavita Nyalakonda, 1998-1999
Joseph S. McGonigle, 1999-2000
Mehul N. Tejani, 1999
Weera Chainakul, 2000
Theresa A. Holland, 2000-2001
National Science Foundation Graduate Fellowship, 2001
Whitaker Foundation Graduate Fellowship, 2001
National Defense Science and Engineering Fellowship, 2001
James S. Waters Creativity Award, Rice University, 2001
Best Poster Award, Materials Research Society Fall Meeting, 2000
George R. Brown Undergraduate Research Intern, Rice University, 2000

A2987

Jerzy Rokicki, 2000-2002
> Century Scholar, 2000-2002

Robert W. Schroeter, 2000

R. Adam Horch, 2001-2004
> National Science Foundation Center for Biological and Environmental Nanotechnology Trainee, 2002-2004
> Century Scholar, 2001-2003

Charles K.-J. Shih, 2001-2004
> George R. Brown Undergraduate Research Intern, Rice University, 2002-2003
> National Science Foundation Center for Biological and Environmental Nanotechnology Trainee, 2001-2002

Emily S. Steinbis, 2001-2002
> Second Prize, Rice Undergraduate Research Symposium, Rice University, 2002

John W. Baker, 2002

Carla M. Bossano, 2002-2003

Beth M. Boulden, 2002

Marc A. Burrell, 2002-2004
> Century Scholar, 2002-2004

Daniel E. Conway, 2002-2003
> National Science Foundation Graduate Fellowship, 2003

Néha Datta, 2002-2006
> Distinguished Senior Award, Rice Engineering Alumni Association, 2006
> Outstanding Contributions to Research Bioengineering Award, Rice University, 2006
> James S. Waters Creativity Award, Rice University, 2004
> Century Scholar, 2002-2004

Julia L. Pergola, 2002-2003
> George R. Brown Undergraduate Research Intern, Rice University, 2003

Stephanie K. Seidlits, 2002-2003

Todd T. Tomson, 2002

Geng Chen, 2003-2004
> Century Scholar, 2003-2004

Cara R. Rieger, 2003-2004

Timothy Borden, 2004-2006
> Century Scholar, 2004-2006

Eric Huang, 2004-2005
> Century Scholar, 2004-2005

Erin D. Jerkins, 2004-2005

Patrick P. Spicer, 2004-2006

Tommy Fu, 2005-2007
> Century Scholar, 2005-2007

Supriya Hattangadi, 2005-2007
> Century Scholar, 2005-2007

Brandy Ma, 2005-2006

Julie M. Mani, 2005-2006

Salman A. Rahman, 2005-2007

Marina N. Boleda, 2006-2007

A2988

Stacy H. Cheng, 2006-2007
Roxana R. Daneshjou, 2006-
    Century Scholar, 2006-
Jennifer L. Holm, 2006-2007
Wafa Soofi, 2006-2007
Katherine L. Wu, 2006-2007
Tiffany Yeh, 2006-2007
Tiffany J. Siu, 2007
Laura H. Barg-Walkow, 2007-
    Century Scholar, 2007-
Brian T. Benjamin, 2007-
Diane Chen, 2007-
    Century Scholar, 2007-
Genevieve Lozier, 2007-

M.I.T.:
Amy J. Thorsen, 1990
Yuan Bao, 1990-1991
Lisa A. Czerwonka, 1990-1991
Hui-Lin Lai, 1990-1991
Georgios Sarakinos, 1990-1991
Amy M. Whiteman, 1990-1991
Joseph F. Cotten, 1991
Susan M. Leite, 1991

Purdue University:
Lyn M. Eshelman, 1986
Candace J. Chang, 1987
Daphne M. Williams, 1987

**Ph.D. Theses Supervised**

1.    Susan L. Ishaug-Riley, "Bone Formation by Three-Dimensional Osteoblast Culture in Biodegradable Poly($\alpha$-Hydroxy Ester) Scaffolds," Ph.D. Thesis, Department of Chemical Engineering, Rice University, June 1996.
2.    Robert C. Thomson, "Biodegradable Polymer Scaffold Fabrication and the Creation of Tissue Engineered Bone," Ph.D. Thesis, Department of Chemical Engineering, Rice University, April 1997.
3.    Robert L. Cleek, "Polymeric Delivery of Inhibitors of Smooth Muscle Cell Proliferation," Ph.D. Thesis, Department of Chemical Engineering, Rice University, May 1997.
4.    Susan J. Peter, "Injectable, *In Situ* Polymerizable, Biodegradable Scaffolds Based on Poly(Propylene Fumarate) for Guided Bone Regeneration," Ph.D. Thesis, Department of Chemical Engineering, Rice University, May 1998.
5.    Laura J. Suggs, "Development of Poly(Propylene Fumarate-co-Ethylene Glycol): An Injectable, Biodegradable Implant for Cardiovascular Applications," Ph.D. Thesis, Department of Chemical Engineering, Rice University, May 1998.

A2989

11/10/08

6. Lichun Lu, "Modulation of Cell Morphology and Function Using Synthetic Biodegradable Polymers," Ph.D. Thesis, Department of Chemical Engineering, Rice University, May 1999.

7. William T. Godbey, "Poly(Ethylenimine) as a Gene Delivery Vehicle, and Its Potential for Gene Therapy," Ph.D. Thesis, Department of Biochemistry and Cell Biology, Rice University, August 1999.

8. Richard G. Payne, "Development of an Injectable, In Situ Crosslinkable, Degradable Polymeric Carrier for Osteogenic Populations," Ph.D. Thesis, Department of Chemical Engineering, Rice University, October 2001.

9. Gregory N. Bancroft, "Bone Tissue Engineering by Cell and Matrix Transplantation," Ph.D. Thesis, Department of Bioengineering, Rice University, May 2002.

10. Esfandiar Behravesh, "Synthesis of an Injectable Biodegradable Biomimetic Macroporous Hydrogel Scaffold for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, August 2002.

11. John P. Fisher, "The Development of a Photocrosslinked Biomaterial for Bone Tissue Engineering Applications," Ph.D. Thesis, Department of Bioengineering, Rice University, October 2002.

12. Mark D. Timmer, "Development of a Biodegradable Interbody Fusion Device," Ph.D. Thesis, Department of Bioengineering, Rice University, July 2003.

13. Heungsoo Shin, "Development of Biodegradable, Biomimetic Hydrogels Modulating Cellular Function for Guided Bone Regeneration," Ph.D. Thesis, Department of Bioengineering, Rice University, August 2003.

14. Johnna S. Temenoff, "Development of Thermally-Crosslinked Hydrogels as Injectable Cell Carriers for Orthopaedic Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, August 2003.

15. Jeremy S. Blum, "Development of Genetically Modified Cells for Bone Tissue Regeneration," Ph.D. Thesis, Department of Bioengineering, Rice University, October 2003.

16. Elizabeth L. Hedberg, "Controlled Release of Osteogenic Factors from Injectable Biodegradable Composite Materials for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, April 2004.

17. Manucla E. Gomes, "A Bone Tissue Engineering Strategy Based on Starch Scaffolds and Bone Marrow Cells Cultured in a Flow Perfusion Bioreactor," Department of Polymer Engineering, University of Minho, Portugal, October 2004.

18. Heidi L. Holtorf, "Modulation of Marrow Stromal Cell Differentiation in Bone Tissue Engineering Constructs," Ph.D. Thesis, Department of Bioengineering, Rice University, December 2004.

19. F. Kurtis Kasper, "Investigation of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Controlled Release of Plasmid DNA," Ph.D. Thesis, Department of Bioengineering, Rice University, September 2005.

20. Theresa A. Holland, "Controlled Growth Factor Delivery from Biodegradable Hydrogel Scaffolds for Articular Cartilage Repair," Ph.D. Thesis, Department of Bioengineering, Rice University, December 2005.

21. Xinfeng Shi, "Development of Injectable Nanocomposite Scaffolds of Single-Walled Carbon Nanotubes and Biodegradable Polymers for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, February 2007.

A2990

22. Hansoo Park, "Injectable Cell/Hydrogel Composites for Articular Cartilage Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, April 2007.

23. Amit S. Mistry, "Degradation and Biocompatibility of a Fumarate-Based/Alumoxane Nanocomposite for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, April 2007.

24. Zarana S. Patel, "Controlled Delivery of Angiogenic and Osteogenic Growth Factors for Bone Regeneration," Ph.D. Thesis, Department of Bioengineering, Rice University, August 2007.

25. Quynh P. Pham, "Modulation of the Osteoblastic Differentiation of Marrow Stromal Cells for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, December 2007.

26. Simon Young, "The Effect of Simultaneous, Controlled Release of Angiogenic and Osteogenic Growth Factors on the Enhancement of Osteogenesis within Craniofacial Defects," Ph.D. Thesis, Department of Bioengineering, Rice University, May 2008.

27. Matthew B. Murphy, "Targeted Delivery of Osteogenic Drugs for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University, May 2008.

**M.S. Theses Supervised**

1. M. Conley Wake, "Fabrication of Pliable Polymer Scaffolds for Tissue Engineering and Particulate Effects on Osteoblast Function," M.S. Thesis, Department of Chemical Engineering, Rice University, March 1997.

2. Anna C. Jen, "Effects of Mechanical Loading on Osteoblast Function Using a Three-Dimensional Cell/Polymer Construct," M.S. Thesis, Department of Chemical Engineering, Rice University, May 1997.

3. Albert K. Shung, "Synthesis and Characterization of an Injectable Copolymer Hydrogel for Cardiovascular Applications," M.S. Thesis, Department of Bioengineering, Rice University, June 2002.

4. Jeffrey E.-K. Chen, "Evaluation of Adhesive Properties of Poly(Propylene Fumarate) and Fabrication of Laminated Three-Dimensional Scaffolds for Bone Tissue Engineering," M.S. Thesis, Department of Chemical Engineering, Rice University, September 2002.

5. Andrea Haesslein, "Development of Ocular Drug Delivery Systems Using Biodegradable Polymers," M.S. Thesis, Department of Bioengineering, Rice University, April 2007.

6. Sheila A. Moore, "Synthesis and Characterization of Matrix Metalloproteinase Sensitive Hydrogels for Articular Cartilage Engineering," M.S. Thesis, Department of Bioengineering, Rice University, April 2007.

**Current Theses Supervision**

1. Sue Anne Chew, "Injectable Biodegradable Hydrogels for Multiple Growth Factor Delivery," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2009).

2. Xuan Guo, "Fabrication of Tissue Engineering Hydrogel Scaffolds of Controlled Architecture," Ph.D. Thesis, Department of Chemical Engineering, Rice University (expected completion May 2009).

- 132 -

A2991

3.  Jiehong Liao, "Cell and Growth Factor Delivery Using Injectable Biodegradable Hydrogels," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2009).
4.  Anita Saraf, "Development of Non-Viral Biodegradable Polymeric Carriers for Gene Delivery," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2009).
5.  Ana M. Martins, "Development of Biomimetic Biodegradable Scaffolds for Bone Tissue Engineering," Department of Polymer Engineering, University of Minho, Portugal (expected completion May 2009).
6.  Leda Klouda, "Calcium-Binding Hydrogels for Guided Bone Regeneration," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2010).
7.  James D. Kretlow, "Injectable, *In Situ* Hardening Cellular Constructs for Bone Tissue Engineering," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2010).
8.  Richard A. Thibault, "Generation of Osteoinductive Extracellular Matrix Constructs with a Flow Perfusion Bioreactor," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2011).
9.  Emily L. Burdett, "Development of a 3-D Tissue Engineered Cancer Model for Testing Chemotherapeutics," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2012).
10. Paschalia M. Mountziaris, "Bone Healing Enhancement by Modulation of Molecular Signaling," Ph.D. Thesis, Department of Bioengineering, Rice University (expected completion May 2012).

**Teaching Experience**

*Rice University*

BIOE 370 (U/N): "Biomaterials," Fall 2007 and 2008
BIOE 620/CENG 620 (G, N): "Tissue Engineering," Spring 1993, 1995, 1997, 1999, 2000, 2001, 2002, 2003, 2004, 2006, 2007, and 2008
BIOE 420/CENG 420 (U/G, N): "Biosystems Transport and Reaction Processes," Spring 1994, Fall 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2004, 2005, and 2006
CENG 672 (G): "Applied Mathematics I," Fall 1992, 1993, 1994, 1995, 1996, and 1997
CENG 343 (U): "Chemical Engineering Lab," Fall 1993

*University of Texas Health Science Center at Houston, Dental Branch*

GS210082 (G): "Oral Biomaterials I," Summer 1994 and 1995

*M.I.T.*

10.362 (U): "Integrated Chemical Engineering," Spring 1991 (with Prof. R. Langer)

U=Undergraduate; G=Graduate; N=New Course Not Previously Given at Rice

- 133 -

A2992

11/10/08

**Service at Rice University**

| | |
|---|---|
| 1992 | Organizer, Chemical Engineering Colloquium |
| 1992- | Faculty Associate, Sid Richardson College |
| 1992-2000 | Graduate Recruiting Committee Member, Department of Chemical Engineering |
| 1992-2000 | Library Representative, Department of Chemical Engineering |
| 1992 | Trainer, NIH Minority High School Student Research Apprentice Program |
| 1993-1994 | Graduate Curriculum Committee Member, Bioengineering Program |
| 1994 | Organizing Committee Member, Biochemistry and Cell Biology Retreat |
| 1994-1996 | Organizer, Chemical Engineering Graduate Research Poster Contest |
| 1994-2000 | Steering Committee Member, NIH Biotechnology Training Program |
| 1995- | Faculty Operating Committee Member, Medical Scientist Training Program, Baylor College of Medicine/Rice University |
| 1996 | Organizer, Chemical Engineering Colloquium |
| 1996 | Organizer, Chemical Engineering Graduate Research Symposium |
| 1996-1997 | Undergraduate Curriculum Committee Member, Department of Bioengineering |
| 1998-2001 | Graduate Recruiting Committee Member, Department of Bioengineering |
| 1999 | Faculty Search Committee Member, Department of Bioengineering |
| 1999-2006 | Undergraduate Admissions Committee Member, Rice University |
| 2001 | Organizer, Symposium Celebrating Keck Hall, the New Home of the Department of Bioengineering, and Honoring Professor J. David Hellums |
| 2000-2001 | Awards Committee Chair, Department of Bioengineering |
| 2000-2001 | Faculty Search Committee Chair, Department of Bioengineering |
| 2001 | Trainer, NSBRI High School Student Research Apprentice Program |
| 2001-2006 | Steering Committee Member, NSF IGERT Program |
| 2002 | Faculty Search Committee Member, Department of Bioengineering |
| 2002-2005 | Awards and Mentoring Committee Chair, Department of Bioengineering |
| 2002- | Graduate Academic Affairs Committee Chair, Department of Bioengineering |
| 2003-2004 | Chair Search Committee Member, Department of Bioengineering |
| 2004-2005 | Dean of Engineering Search Committee Member, School of Engineering |
| 2005- | Faculty Search Committee Member, Department of Bioengineering |
| 2005- | Cain Project Faculty Advisory Committee Member, Rice University |
| 2006- | Executive Committee Member, Medical Scientist Training Program, Baylor College of Medicine/Rice University |

A2993

# A2994-2997

# REDACTED

QuickLinks -- Click here to rapidly navigate through this document

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D. C. 20549

---

## FORM 10-K

**(MARK ONE)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

---

**For the fiscal year ended December 31, 2008**          **Commission file number 1-2189**

## Abbott Laboratories

| | |
|---|---|
| An Illinois Corporation | 36-0698440 |
| 100 Abbott Park Road | (I.R.S. employer identification number) |
| Abbott Park, Illinois 60064-6400 | **(847)937-6100** |
| | (telephone number) |

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Shares, Without Par Value | New York Stock Exchange |
| | Chicago Stock Exchange |

**Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.**

Yes ☒    No ☐

**Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.**

Yes ☐    No ☒

A2998

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer ☒      Accelerated Filer ☐      Non-accelerated Filer ☐      Smaller Reporting Company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐    No ☒

The aggregate market value of the 1,487,087,336 shares of voting stock held by nonaffiliates of the registrant, computed by reference to the closing price as reported on the New York Stock Exchange, as of the last business day of Abbott Laboratories' most recently completed second fiscal quarter (June 30, 2008), was $78,771,016,188. Abbott has no non-voting common equity.

Number of common shares outstanding as of January 31, 2009: 1,545,382,675

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the 2009 Abbott Laboratories Proxy Statement are incorporated by reference into Part III. The Proxy Statement will be filed on or about March 13, 2009.

PART I

ITEM 1.    BUSINESS

GENERAL DEVELOPMENT OF BUSINESS

Abbott Laboratories is an Illinois corporation, incorporated in 1900. Abbott's* principal business is the discovery, development, manufacture, and sale of a broad and diversified line of health care products.

FINANCIAL INFORMATION RELATING TO INDUSTRY SEGMENTS, GEOGRAPHIC AREAS, AND CLASSES OF SIMILAR PRODUCTS

A2999

Incorporated herein by reference is Note 7 entitled "Segment and Geographic Area Information" of the Notes to Consolidated Financial Statements included under Item 8, "Financial Statements and Supplementary Data" and the sales information related to Humira® included in "Financial Review."

## NARRATIVE DESCRIPTION OF BUSINESS

Abbott has four reportable revenue segments: Pharmaceutical Products, Nutritional Products, Diagnostic Products, and Vascular Products.

In January 2009, Abbott announced an agreement to acquire Advanced Medical Optics, Inc. (AMO), a marketer of ophthalmic surgical technology and devices, as well as eye care solutions, for approximately $2.8 billion, in cash and debt, to take advantage of increasing demand for vision care technologies due to population growth and demographic shifts. The transaction is expected to close in the first quarter of 2009. AMO's sales are more than $1 billion per year.

On April 30, 2008, Abbott and Takeda Pharmaceutical Company concluded their TAP Pharmaceutical Products Inc. ("TAP") joint venture. Abbott exchanged its equity interest in TAP for the assets, liabilities, and employees related to TAP's Lupron business.

---

\*

As used throughout the text of this report on Form 10-K, the term "Abbott" refers to Abbott Laboratories, an Illinois corporation, or Abbott Laboratories and its consolidated subsidiaries, as the context requires.

1

---

**Pharmaceutical Products**

These products include a broad line of adult and pediatric pharmaceuticals manufactured, marketed and sold worldwide, which are available primarily on the prescription, or recommendation, of physicians. In 2008, Abbott and Takeda Pharmaceutical Company Limited concluded their TAP Pharmaceutical Products Inc. joint venture and Lupron's U.S. results are now included in the Pharmaceutical Products segment.

The principal products included in the Pharmaceutical Products segment are:

- Humira®, for the treatment of rheumatoid arthritis, psoriatic arthritis, ankylosing spondylitis, psoriasis, and Crohn's disease;

- TriCor®, TriLipix®, Simcor®, and Niaspan®, for the treatment of dyslipidemia;

- Kaletra®, Aluvia™, and Norvir®, protease inhibitors for the treatment of HIV infection;

- Synthroid®, for the treatment of hypothyroidism;

A3000

- Lupron®, also marketed as Lucrin®, and Lupron Depot®, used for the palliative treatment of advanced prostate cancer, treatment of endometriosis and central precocious puberty, and for the preoperative treatment of patients with anemia caused by uterine fibroids;

- Meridia® and Reductil®, for the treatment of obesity;

- Depakote®, an agent for the treatment of epilepsy and bipolar disorder and the prevention of migraines;

- the anesthesia products sevoflurane (sold in the United States under the trademark Ultane® and outside of the United States primarily under the trademark Sevorane® and in a few other markets as Ultane®), isoflurane, and enflurane;

- the anti-infectives clarithromycin (sold under the trademarks Biaxin®, Klacid®, and Klaricid®), and various forms of the antibiotic erythromycin, sold primarily as PCE® or polymercoated erythromycin, Erythrocin®, and E.E.S.®;

- Zemplar®, for the prevention and treatment of secondary hyperparathyroidism associated with chronic kidney disease and Stage 5 treatment; and

- Prevacid™, also marketed as Ogastro (lansoprazole), a proton pump inhibitor that is marketed outside of the United States and used principally for the short-term treatment of gastroesophageal reflux disease, duodenal ulcers, gastric ulcers, and erosive esophagitis.

The Pharmaceutical Products segment markets most of its products worldwide and generally sells its products directly to wholesalers, government agencies, health care facilities, specialty pharmacies, and independent retailers from Abbott-owned distribution centers and public warehouses. Certain products are co-marketed or co-promoted with other companies. Some of these products are marketed and distributed through distributors. This segment directs its primary marketing efforts toward securing the prescription of Abbott's brand of products by physicians. Managed care providers (for example, health maintenance organizations, and pharmacy benefit managers) and state and federal governments and agencies (for example, the United States Department of Veterans Affairs and the United States Department of Defense) are also important customers.

Competition in the Pharmaceutical Products segment is generally from other health care and pharmaceutical companies. The search for technological innovations in pharmaceutical products is a significant aspect of competition in this segment. The introduction of new products by competitors and changes in medical practices and procedures can result in product obsolescence in the Pharmaceutical

2

Products segment. Price can also be a factor. In addition, the substitution of generic drugs for the brand prescribed has increased competitive pressures on pharmaceutical products that are off-patent.

A3001

**Diagnostic Products**

These products include diagnostic systems and tests manufactured, marketed and sold worldwide to blood banks, hospitals, commercial laboratories, physicians' offices, alternate-care testing sites, and plasma protein therapeutic companies.

The principal products included in the Diagnostic Products segment are:

- immunoassay systems, including ARCHITECT®, AxSYM®, IMx®, Commander®, Abbott PRISM®, TDx®, and TDxFlx®;

- chemistry systems such as ARCHITECT® c8000® and c16000®;

- assays used for screening and/or diagnosis for drugs of abuse, cancer, therapeutic drug monitoring, fertility, physiological diseases, and infectious diseases such as hepatitis and HIV;

- the m2000™, an instrument that automates the extraction, purification, and preparation of DNA and RNA from patient samples and detects and measures infections agents including HIV, HBV, HCV, and HPV;

- the Vysis® product line of genomic-based tests, including the PathVysion® HER-2 DNA probe kit and the UroVysion® bladder cancer recurrence kit;

- a full line of hematology systems and reagents known as the Cell-Dyn® series; and

- the i-STAT® point-of-care diagnostic systems and tests for blood analysis.

In addition, under a distribution agreement with Celera Group, the Diagnostic Products segment exclusively distributes certain Celera molecular diagnostic products, including the Viroseq™ HIV genotyping system and products used for the detection of mutations in the CFTR gene, which causes cystic fibrosis.

The Diagnostic Products segment's products are generally marketed and sold directly to hospitals, laboratories, clinics, and physicians' offices from Abbott-owned distribution centers and public warehouses. Outside the United States, sales are made either directly to customers or through distributors, depending on the market served.

The Diagnostic Products segment's products are subject to competition in technological innovation, price, convenience of use, service, instrument warranty provisions, product performance, long-term supply contracts, and product potential for overall cost-effectiveness and productivity gains. Some products in this segment can be subject to rapid product obsolescence. Although Abbott has benefited from technological advantages of certain of its current products, these advantages may be reduced or eliminated as competitors introduce new products.

**Nutritional Products**

A3002

These products include a broad line of pediatric and adult nutritional products manufactured, marketed, and sold worldwide. These products are generally marketed and sold to institutions, wholesalers, retailers, health care facilities, and government agencies.

Principal products in the Nutritional Products segment include:

- various forms of prepared infant formula and follow-on formula, including Similac®Advance®, Similac®Advance® with EarlyShield™, Similac®, Similac® with Iron, Similac Sensitive®, Similac

3

Sensitive RS™, Similac® Go&Grow®, Similac® NeoSure®, Similac® Organic, Isomil® Advance®, Isomil®, Isomil® Go&Grow™, Alimentum®, Gain®, and Grow®;

- adult and other pediatric nutritional products, including Ensure®, Ensure Plus®, Ensure® High Protein, Glucerna®, ProSure®, PediaSure®, PediaSure® NutriPals®, EleCare®, Juven®, and Pedialyte®;

- nutritional products used in enteral feeding in health care institutions, including Jevity®, Glucerna® 1.2 Cal, Glucerna® 1.5 Cal, Osmolite®, Oxepa®, and Nepro®; and

- ZonePerfect® bars and the EAS family of nutritional brands, including Myoplex® and AdvantEdge®.

Primary marketing efforts for nutritional products are directed toward securing the recommendation of Abbott's brand of products by physicians or other health care professionals. In addition, certain nutritional products sold as PediaSure®, PediaSure® NutriPals™, Ensure®, ZonePerfect®, EAS®/Myoplex®, and Glucerna® are also promoted directly to the public by consumer marketing efforts. The Nutritional Products segment's products are generally sold directly to retailers, wholesalers, and third-party distributors from Abbott-owned distribution centers or third-party distributors. Outside the United States, sales are made either directly to customers or through distributors, depending on the market served.

Competition for nutritional products in the segment is generally from other diversified consumer and health care manufacturers. Competitive factors include consumer advertising, formulation, packaging, scientific innovation, price, and availability of product forms. A significant aspect of competition is the search for ingredient innovations. The introduction of new products by competitors, changes in medical practices and procedures, and regulatory changes can result in product obsolescence. In addition, private label and local manufacturers' products may increase competitive pressure.

**Vascular Products**

These products include a broad line of coronary, endovascular, and vessel closure devices manufactured, marketed and sold worldwide, which are used in the treatment of vascular disease.

The principal products included in the Vascular Products segment are:

- Xience V™, a next-generation drug-eluting coronary stent system developed on the Multi-Link Vision® platform;

- Multi-Link Vision® and Multi-Link Mini Vision®, coronary metallic stents;

- Voyager™ balloon dilatation products;

- Hi-Torque Balance Middleweight™ and Asahi coronary guidewires;

- StarClose® and Perclose® vessel closure devices; and

- Acculink®/Accunet® and Xact®/Emboshield®, carotid stent systems.

The Vascular Products segment's products are generally marketed and sold directly to hospitals from Abbott-owned distribution centers and public warehouses. Outside the United States, sales are made either directly to customers or through distributors, depending on the market served.

The Vascular Products segment's products are subject to competition in technological innovation, price, convenience of use, service, product performance, long-term supply contracts, and product potential for overall cost-effectiveness and productivity gains. Some products in this segment can be subject to rapid product obsolescence. Although Abbott has benefited from technological advantages of certain of its current products, these advantages may be reduced or eliminated as competitors introduce new products.

4

## Other Products

The principal products in Abbott's other businesses include blood glucose monitoring meters, test strips, data management software and accessories for people with diabetes, including the FreeStyle® product line. These products are mostly marketed worldwide and generally sold directly to wholesalers, government agencies, health care facilities, mail order pharmacies, and independent retailers from Abbott-owned distribution centers and public warehouses. Some of these products are marketed and distributed through distributors. Blood glucose monitoring meters are also marketed and sold over-the-counter to consumers. These products are subject to competition in technological innovation, price, convenience of use, service, and product performance, and these products can be subject to rapid product obsolescence.

## INFORMATION WITH RESPECT TO ABBOTT'S BUSINESS IN GENERAL

### Sources and Availability of Raw Materials

Abbott purchases, in the ordinary course of business, raw materials and supplies essential to Abbott's operations from numerous suppliers in the United States and abroad. There have been no recent significant availability problems or supply shortages.

A3004

**Patents, Trademarks, and Licenses**

Abbott is aware of the desirability for patent and trademark protection for its products. Accordingly, where possible, patents and trademarks are sought and obtained for Abbott's products in the United States and all countries of major marketing interest to Abbott. Abbott owns and is licensed under a substantial number of patents and patent applications. Principal trademarks and the products they cover are discussed in the Narrative Description of Business on pages 1 through 5. These, and various patents which expire during the period 2009 to 2028, in the aggregate are believed to be of material importance in the operation of Abbott's business. Abbott believes that no single patent, license, trademark (or related group of patents, licenses, or trademarks), except for those related to adalimumab (which is sold under the trademark Humira®), are material in relation to Abbott's business as a whole. The United States composition of matter (that is, compound) patents covering adalimumab will expire in December 2016. In addition, the following patents, licenses, and trademarks are significant for Abbott's Pharmaceutical Products segment: those related to lopinavir/ritonavir (which is sold under the trademarks Kaletra® and Aluvia™), those related to fenofibrate (which is sold under the trademarks TriCor® and TriLipix®), and those related to niacin (which is sold under the trademarks Niaspan® and Simcor®). The United States composition of matter patent covering lopinavir will expire in 2016. The United States non-composition of matter patent covering lopinavir/ritonavir will expire in 2016. The principal United States non-composition of matter patents covering the fenofibrate products will expire in 2011, 2018, 2020, and 2023. The principal United States non-composition of matter patents covering the niacin products will expire in 2013, 2014, 2017, and 2018. Litigation related to the products listed above is discussed in Legal Proceedings on pages 15 through 18.

Although the expiration of a composition of matter patent may lead to increased competition, in most cases Abbott owns or has a license to other patents that expire after the composition of matter patent related to particular formulations, uses, or processes for manufacturing the pharmaceutical. These non-composition of matter patents and Abbott's other intellectual property, along with such other factors as a competitor's need to obtain regulatory approvals prior to marketing a competitive product and the nature of the market, may allow Abbott to continue to maintain exclusivity or have other commercial advantages after the expiration of the composition of matter patent.

**Seasonal Aspects, Customers, Backlog, and Renegotiation**

There are no significant seasonal aspects to Abbott's business. Abbott has no single customer that, if the customer were lost, would have a material adverse effect on Abbott. Orders for Abbott's products are

5

generally filled on a current basis, and order backlog is not material to Abbott's business. No material portion of Abbott's business is subject to renegotiation of profits or termination of contracts at the election of the government.

**Research and Development**

Abbott spent $2,688,811,000 in 2008, $2,505,649,000 in 2007, and $2,255,271,000 in 2006 on research to discover and develop new products and processes and to improve existing products and processes. The majority of research and development expenditures is concentrated on pharmaceutical products.

**Environmental Matters**

A3005

Abbott believes that its operations comply in all material respects with applicable laws and regulations concerning environmental protection. Regulations under federal and state environmental laws impose stringent limitations on emissions and discharges to the environment from various manufacturing operations. Abbott's capital and operating expenditures for pollution control in 2008 were approximately $20 million and $55 million, respectively. Capital and operating expenditures for pollution control in 2009 are estimated to be $14 million and $60 million, respectively.

Abbott has been identified as one of many potentially responsible parties in investigations and/or remediations at several locations in the United States including Puerto Rico under the Comprehensive Environmental Response, Compensation, and Liability Act, commonly known as Superfund. Abbott is also engaged in remediation at several other sites, some of which are owned by Abbott, in cooperation with the Environmental Protection Agency (EPA) or similar agencies. While it is not feasible to predict with certainty the final costs related to those investigations and remediation activities, Abbott believes that such costs, together with other expenditures to maintain compliance with applicable laws and regulations concerning environmental protection, should not have a material adverse effect on Abbott's financial position, cash flows, or operations.

**Employees**

Abbott employed approximately 69,000 persons as of December 31, 2008.

**Regulation**

The development, manufacture, sale, and distribution of Abbott's products are subject to comprehensive government regulation. Government regulation by various federal, state, and local agencies, both domestically and abroad, which includes detailed inspection of, and controls over, research and laboratory procedures, clinical investigations, product approvals and manufacturing, marketing and promotion, sampling, distribution, record keeping, storage, and disposal practices, and achieving compliance with these regulations, substantially increases the time, difficulty, and costs incurred in obtaining and maintaining the approval to market newly developed and existing products. Government regulatory actions can result in delay in the release of products, seizure or recall of products, suspension or revocation of the authority necessary for their production and sale, and other civil or criminal sanctions. In addition, governmental regulatory agencies require prescription drug and medical device manufacturers to pay fees, such as application, product, and establishment fees.

Abbott is a party to a consent decree entered in 1999 that requires Abbott to ensure its diagnostics manufacturing processes in Lake County, Illinois conform with the U.S. Food and Drug Administration's (FDA) Quality System Regulation and restricts the sale in the United States of certain products in the Diagnostics Product segment. In 2003, the FDA concluded that those operations were in substantial conformity with the Quality System Regulation.

6

International operations are also subject to a significant degree of government regulation and country-specific rules and regulations. Many countries, directly or indirectly, through reimbursement or pricing limitations, control the selling price of most health care products. Furthermore, many countries limit the importation of raw materials and finished products.

Continuing studies of the utilization, safety, efficacy, and outcomes of health care products and their components are being conducted by industry, government agencies, and others. Such studies, which employ increasingly sophisticated methods and techniques, can call into question the utilization, safety, and efficacy of previously marketed products and in some cases have resulted, and may in the future result, in

the discontinuance of marketing of such products and may give rise to claims for damages from persons who believe they have been injured as a result of their use.

Access to and the cost of human health care products continues to be a subject of investigation and action by governmental agencies, legislative bodies, and private organizations in the United States and other countries. In the United States, most states have generic substitution legislation requiring or permitting a dispensing pharmacist to substitute a different manufacturer's version of a pharmaceutical product for the one prescribed. In addition, the federal government follows a diagnosis-related group (DRG) payment system for certain institutional services provided under Medicare or Medicaid and has implemented a prospective payment system (PPS) for services delivered in hospital outpatient, nursing home, and home health settings. DRG and PPS entitle a health care facility to a fixed reimbursement based on the diagnosis and/or procedure rather than actual costs incurred in patient treatment, thereby increasing the incentive for the facility to limit or control expenditures for many health care products. Medicare enters contracts with private plans to negotiate prices for medicine delivered under Part D and must develop a competitive bid system for durable medical equipment, enteral nutrition products, and supplies. Under federal law, manufacturers must pay certain statutorily-prescribed rebates to state Medicaid programs on prescription drugs reimbursed under state Medicaid plans. In addition, a majority of states are seeking additional rebates. The Veterans Health Care Act of 1992 requires manufacturers to extend additional discounts on pharmaceutical products to various federal agencies, including the Department of Veterans Affairs, Department of Defense, Public Health Service entities and institutions, as well as certain other covered entities.

In the United States, governmental cost containment efforts have extended to the federally funded Special Supplemental Nutrition Program for Women, Infants, and Children (WIC). All states are mandated to have in place a cost containment program for infant formula. As a result, states obtain rebates from manufacturers of infant formula whose products are used in the program through competitive bidding.

Abbott expects debate to continue during 2009 at all government levels over marketing, availability, method of delivery, and payment for health care products and services. Abbott believes that if legislation is enacted, it could change access to health care products and services or reduce prices or the rate of price increases for health care products and services.

Efforts to reduce health care costs are also being made in the private sector. Health care providers have responded by instituting various cost reduction and containment measures.

It is not possible to predict the extent to which Abbott or the health care industry in general might be affected by the matters discussed above.

7

## INTERNATIONAL OPERATIONS

Abbott markets products worldwide through affiliates and distributors. Most of the products discussed in the preceding sections of this report are also sold outside the United States. In addition, certain products of a local nature and variations of product lines to meet local regulatory requirements and marketing preferences are manufactured and marketed to customers outside the United States. International operations are subject to certain additional risks inherent in conducting business outside the United States, including price and currency exchange controls, changes in currency exchange rates, limitations on foreign participation in local enterprises, expropriation, nationalization, and other governmental action.

## INTERNET INFORMATION

Copies of Abbott's Annual Report on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Securities Exchange Act of 1934 are available free of charge through Abbott's investor relations website (*www.abbottinvestor.com*) as soon as reasonably practicable after Abbott electronically files the material with, or furnishes it to, the Securities and Exchange Commission.

Abbott's corporate governance guidelines, outline of directorship qualifications, code of business conduct and the charters of Abbott's audit committee, compensation committee, nominations and governance committee, and public policy committee are all available on Abbott's investor relations website (*www.abbottinvestor.com*) or by sending a request for a paper copy to: Abbott Laboratories, 100 Abbott Park Road, Dept. 362, AP6D2, Abbott Park, Illinois 60064-6048, attn. Investor Relations.

8

---

## ITEM 1A.  RISK FACTORS

In addition to the other information in this report, the following risk factors should be considered before deciding to invest in any of Abbott's securities. Additional risks and uncertainties not presently known to Abbott, or risks Abbott currently considers immaterial, could also affect Abbott's actual results. Abbott's business, financial condition, results of operations, or prospects could be materially adversely affected by any of these risks.

**Abbott may acquire other businesses, license rights to technologies or products, form alliances, or dispose of or spin-off businesses, which could cause it to incur significant expenses and could negatively affect profitability.**

Abbott may pursue acquisitions, technology licensing arrangements, and strategic alliances, or dispose of or spin-off some of its businesses, as part of its business strategy. Abbott may not complete these transactions in a timely manner, on a cost-effective basis, or at all, and may not realize the expected benefits. If Abbott is successful in making an acquisition, the products and technologies that are acquired may not be successful or may require significantly greater resources and investments than originally anticipated. Abbott may not be able to integrate acquisitions successfully into its existing business and could incur or assume significant debt and unknown or contingent liabilities. Abbott could also experience negative effects on its reported results of operations from acquisition or disposition-related charges, amortization of expenses related to intangibles and charges for impairment of long-term assets. These effects could cause a deterioration of Abbott's credit rating and result in increased borrowing costs and interest expense.

**The expiration or loss of patent protection and licenses may affect Abbott's future revenues and operating income.**

Many of Abbott's businesses rely on patent and trademark and other intellectual property protection. Although most of the challenges to Abbott's intellectual property have come from other businesses, governments may also challenge intellectual property protections. To the extent Abbott's intellectual property is successfully challenged, invalidated, or circumvented or to the extent it does not allow Abbott to compete effectively, Abbott's business will suffer. To the extent that countries do not enforce Abbott's intellectual property rights or to the extent that countries require compulsory licensing of its intellectual property, Abbott's future revenues and operating income will be reduced. Abbott's principal patents and trademarks are described in greater detail in the sections captioned, "Patents, Trademarks, and Licenses"

A3008

and "Financial Review," and litigation regarding these patents is described in the section captioned "Legal Proceedings."

Abbott faces increasing competition from lower-cost generic products. The expiration or loss of patent protection for a product typically is followed promptly by generic substitutes, that may significantly reduce Abbott's sales for that product in a short amount of time. If Abbott fails to maintain its competitive position, because of generics or otherwise, it could have a material adverse effect on its revenues, margins, business, and results of operations.

**Competitors' intellectual property may prevent Abbott from selling its products or have a material adverse effect on Abbott's future profitability and financial condition.**

Competitors may claim that an Abbott product infringes upon their intellectual property. Resolving an intellectual property infringement claim can be costly and time consuming and may require Abbott to enter into license agreements. Abbott cannot guarantee that it would be able to obtain license agreements on commercially reasonable terms. A successful claim of patent or other intellectual property infringement could subject Abbott to significant damages or an injunction preventing the manufacture, sale or use of

9

affected Abbott products. Any of these events could have a material adverse effect on Abbott's profitability and financial condition.

**Abbott is subject to cost-containment efforts that could cause a reduction in future revenues and operating income.**

In the United States and other countries, Abbott's businesses have experienced downward pressure on product pricing. Cost-containment efforts by governments and private organizations are described in greater detail in the section captioned "Regulation." To the extent these cost containment efforts are not offset by greater patient access to healthcare or other factors, Abbott's future revenues and operating income will be reduced.

**Abbott is subject to numerous governmental regulations and it can be costly to comply with these regulations and to develop compliant products and processes.**

Abbott's products are subject to rigorous regulation by the U.S. Food and Drug Administration, and numerous international, supranational, federal, and state authorities. The process of obtaining regulatory approvals to market a drug or medical device can be costly and time-consuming, and approvals might not be granted for future products, or additional indications or uses of existing products, on a timely basis, if at all. Delays in the receipt of, or failure to obtain approvals for, future products, or new indications and uses, could result in delayed realization of product revenues, reduction in revenues, and in substantial additional costs.

In addition, no assurance can be given that Abbott will remain in compliance with applicable FDA and other regulatory requirements once clearance or approval has been obtained for a product. These requirements include, among other things, regulations regarding manufacturing practices, product labeling and advertising and postmarketing reporting, including adverse event reports and field alerts due to manufacturing quality concerns. Many of Abbott's facilities and procedures and those of Abbott's suppliers are subject to ongoing regulation, including periodic inspection by the FDA and other regulatory authorities. Abbott must incur expense and spend time and effort to ensure compliance with these complex

regulations. Possible regulatory actions could include warning letters, fines, damages, injunctions, civil penalties, recalls, seizures of Abbott's products and criminal prosecution. These actions could result in, among other things, substantial modifications to Abbott's business practices and operations; refunds, recalls, or seizures of Abbott's products; a total or partial shutdown of production in one or more of Abbott's facilities while Abbott or Abbott's suppliers remedy the alleged violation; the inability to obtain future pre-market clearances or approvals; and withdrawals or suspensions of current products from the market. Any of these events could disrupt Abbott's business and have a material adverse effect on Abbott's revenues, profitability and financial condition.

**Laws and regulations affecting government benefit programs could impose new obligations on Abbott, require Abbott to change its business practices, and restrict its operations in the future.**

Abbott's industry is also subject to various federal, state, and international laws and regulations pertaining to government benefit program reimbursement, price reporting and regulation, and health care fraud and abuse, including anti-kickback and false claims laws, the Medicaid Rebate Statute, the Veterans Health Care Act, and individual state laws relating to pricing and sales and marketing practices. Violations of these laws may be punishable by criminal and/or civil sanctions, including, in some instances, substantial fines, imprisonment, and exclusion from participation in federal and state health care programs, including Medicare, Medicaid, and Veterans Administration health programs. These laws and regulations are broad in scope and they are subject to evolving interpretations, which could require Abbott to incur substantial costs associated with compliance or to alter one or more of its sales or marketing practices. In addition, violations of these laws, or allegations of such violations, could disrupt Abbott's business and result in a material adverse effect on Abbott's revenues, profitability, and financial condition.

10

**Abbott's research and development efforts may not succeed in developing commercially successful products and technologies, which may cause Abbott's revenue and profitability to decline.**

To remain competitive, Abbott must continue to launch new products and technologies. To accomplish this, Abbott commits substantial efforts, funds, and other resources to research and development. A high rate of failure is inherent in the research and development of new products and technologies. Abbott must make ongoing substantial expenditures without any assurance that its efforts will be commercially successful. Failure can occur at any point in the process, including after significant funds have been invested.

Promising new product candidates may fail to reach the market or may only have limited commercial success because of efficacy or safety concerns, failure to achieve positive clinical outcomes, inability to obtain necessary regulatory approvals, limited scope of approved uses, excessive costs to manufacture, the failure to establish or maintain intellectual property rights, or infringement of the intellectual property rights of others. Even if Abbott successfully develops new products or enhancements or new generations of Abbott's existing products, they may be quickly rendered obsolete by changing customer preferences, changing industry standards, or competitors' innovations. Innovations may not be accepted quickly in the marketplace because of, among other things, entrenched patterns of clinical practice or uncertainty over third-party reimbursement. Abbott cannot state with certainty when or whether any of its products under development will be launched, whether it will be able to develop, license, or otherwise acquire compounds or products, or whether any products will be commercially successful. Failure to launch successful new products or new indications for existing products may cause Abbott's products to become obsolete, causing Abbott's revenues and operating results to suffer.

A3010

**New products and technological advances by Abbott's competitors may negatively affect Abbott's results of operations.**

Abbott's products face intense competition from its competitors' products. Competitors' products may be safer, more effective, more effectively marketed or sold, or have lower prices or superior performance features than Abbott's products. Abbott cannot predict with certainty the timing or impact of the introduction of competitors' products.

**The manufacture of many of Abbott's products is a highly exacting and complex process, and if Abbott or one of its suppliers encounters problems manufacturing products, Abbott's business could suffer.**

The manufacture of many of Abbott's products is a highly exacting and complex process, due in part to strict regulatory requirements. Problems may arise during manufacturing for a variety of reasons, including equipment malfunction, failure to follow specific protocols and procedures, problems with raw materials, natural disasters, and environmental factors. In addition, single suppliers are currently used for certain products and materials. If problems arise during the production of a batch of product, that batch of product may have to be discarded. This could, among other things, lead to increased costs, lost revenue, damage to customer relations, time and expense spent investigating the cause and, depending on the cause, similar losses with respect to other batches or products. If problems are not discovered before the product is released to the market, recall and product liability costs may also be incurred. To the extent Abbott or one of its suppliers experiences significant manufacturing problems, this could have a material adverse effect on Abbott's revenues and profitability.

**Significant safety issues could arise for Abbott's products, which could have a material adverse effect on Abbott's revenues and financial condition.**

All health care products receive regulatory approval based on data obtained in controlled clinical trials of limited duration. Following regulatory approval, these products will be used over longer periods of time in many patients. Investigators may also conduct additional, and perhaps more extensive, studies. If

11

new safety issues are reported, Abbott may be required to amend the conditions of use for a product. For example, Abbott may be required to provide additional warnings on a product's label or narrow its approved indication, either of which could reduce the product's market acceptance. If serious safety issues with an Abbott product arise, sales of the product could be halted by Abbott or by regulatory authorities. Safety issues affecting suppliers' or competitors' products also may reduce the market acceptance of Abbott's products.

In addition, in the ordinary course of business, Abbott is the subject of product liability claims and lawsuits alleging that its products or the products of other companies that Abbott promotes have resulted or could result in an unsafe condition for or injury to patients. Product liability claims and lawsuits and safety alerts or product recalls, regardless of their ultimate outcome, may have a material adverse effect on Abbott's business and reputation and on Abbott's ability to attract and retain customers. Product liability losses are self-insured. Product liability claims could have a material adverse effect on Abbott's profitability and financial condition.

**The international nature of Abbott's business subjects it to additional business risks that may cause its revenue and profitability to decline.**

Abbott's business is subject to risks associated with doing business internationally. Sales outside of the United States make up approximately 50% of Abbott's net sales. The risks associated with Abbott's operations outside the United States include:

- changes in foreign medical reimbursement policies and programs;

- multiple foreign regulatory requirements that are subject to change and that could restrict Abbott's ability to manufacture, market, and sell its products;

- differing local product preferences and product requirements;

- trade protection measures and import or export licensing requirements;

- difficulty in establishing, staffing, and managing foreign operations;

- differing labor regulations;

- potentially negative consequences from changes in or interpretations of tax laws;

- political and economic instability;

- inflation, recession and fluctuations in foreign currency exchange and interest rates; and

- compulsory licensing or diminished protection of intellectual property.

These risks may, individually or in the aggregate, have a material adverse effect on Abbott's revenues and profitability.

**Other factors can have a material adverse effect on Abbott's future profitability and financial condition.**

Many other factors can affect Abbott's profitability and its financial condition, including:

- Differences between the fair value measurement of assets and liabilities and their actual value, particularly for pensions, retiree health care, stock compensation, intangibles, and goodwill; and for contingent liabilities such as litigation, the absence of a recorded amount, or an amount recorded at the minimum, compared to the actual amount.

- Changes in or interpretations of laws and regulations including changes in accounting standards, taxation requirements and environmental laws in domestic or foreign jurisdictions.

12

A3012

- Changes in the rate of inflation (including the cost of raw materials, commodities, and supplies), interest rates, market value of Abbott's equity investments, and the performance of investments held by Abbott or Abbott's employee benefit trusts.

- Changes in the creditworthiness of counterparties that transact business with or provide services to Abbott or Abbott's employee benefit trusts.

- Changes in business, economic, and political conditions, including: war, political instability, terrorist attacks in the U.S. and other parts of the world, the threat of future terrorist activity in the U.S. and other parts of the world and related military action; natural disasters; the cost and availability of insurance due to any of the foregoing events; labor disputes, strikes, slow-downs, or other forms of labor or union activity; and pressure from third-party interest groups.

- Changes in Abbott's business units and investments and changes in the relative and absolute contribution of each to earnings and cash flow resulting from evolving business strategies, changing product mix, changes in tax rates both in the U.S. and abroad and opportunities existing now or in the future.

- Changes in the buying patterns of a major distributor, retailer, or wholesale customer resulting from buyer purchasing decisions, pricing, seasonality, or other factors, or other problems with licensors, suppliers, distributors, and business partners.

- Difficulties related to Abbott's information technology systems, any of which could adversely affect business operations, including any significant breakdown, invasion, destruction, or interruption of these systems.

- Changes in credit markets impacting Abbott's ability to obtain financing for its business operations.

- In connection with Abbott's acquisition of the vascular intervention and endovascular solutions businesses of Guidant Corporation, Abbott loaned BSC International Holding, Limited (a wholly-owned subsidiary of Boston Scientific) $900 million on a subordinated basis. As long as the loan is outstanding, Abbott will be a creditor of Boston Scientific with respect to the $900 million loan and, as such, is subject to credit risk.

- Legal difficulties, any of which could preclude or delay commercialization of products or adversely affect profitability, including claims asserting statutory or regulatory violations, adverse litigation decisions, and issues regarding compliance with any governmental consent decree.

## CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS

This Form 10-K contains forward-looking statements that are based on management's current expectations, estimates, and projections. Words such as "expects," "anticipates," "intends," "plans," "believes," "seeks," "estimates," "forecasts," variations of these words, and similar expressions are intended

to identify these forward-looking statements. Certain factors, including but not limited to those identified under "Item 1A. Risk Factors" of this Form 10-K, may cause actual results to differ materially from current expectations, estimates, projections, forecasts, and from past results. No assurance can be made that any expectation, estimate, or projection contained in a forward-looking statement will be achieved or will not be affected by the factors cited above or other future events. Abbott undertakes no obligation to release publicly any revisions to forward-looking statements as the result of subsequent events or developments.

## ITEM 1B.   UNRESOLVED STAFF COMMENTS

None.

13

## ITEM 2.   PROPERTIES

Abbott's corporate offices are located at 100 Abbott Park Road, Abbott Park, Illinois 60064-6400. The locations of Abbott's principal plants, as of December 31, 2008, are listed below.

| Location | Segments of Products Produced |
| --- | --- |
| Abbott Park, Illinois | Pharmaceutical and Diagnostic Products |
| Alameda, California* | Non-Reportable |
| Altavista, Virginia | Nutritional Products |
| Barceloneta, Puerto Rico | Pharmaceutical and Diagnostic Products |
| Brockville, Canada | Nutritional Products |
| Buenos Aires, Argentina | Pharmaceutical Products |
| Campoverde di Aprilia, Italy | Pharmaceutical Products |
| Casa Grande, Arizona | Nutritional Products |
| Clonmel, Ireland | Vascular Products |
| Columbus, Ohio | Nutritional Products |
| Cootehill, Ireland | Nutritional Products |
| Dartford, England* | Diagnostic Products |
| Des Plaines, Illinois | Diagnostic Products |
| Edison, New Jersey* | Pharmaceutical Products |
| Fairfield, California* | Nutritional Products |
| Granada, Spain | Nutritional Products |
| Irving, Texas | Diagnostic Products |
| Jayuya, Puerto Rico | Pharmaceutical Products |
| Karachi, Pakistan | Pharmaceutical Products |
| Katsuyama, Japan | Pharmaceutical Products |
| Longford, Ireland | Diagnostic Products |
| Ludwigshafen, Germany | Pharmaceutical Products |
| North Chicago, Illinois | Pharmaceutical Products |
| Ottawa, Ontario, Canada* | Diagnostic Products |
| Redwood City, California* | Vascular Products |
| Rio de Janeiro, Brazil | Pharmaceutical Products |
| Santa Clara, California | Diagnostic Products |
| Singapore | Nutritional Products |
| Sligo, Ireland | Nutritional and Diagnostic Products |
| South Pasadena, California | Diagnostic Products |
| Sturgis, Michigan | Nutritional Products |
| Temecula, California | Vascular Products |

A3014

| | |
|---|---|
| Wiesbaden, Delkenheim, Germany | Diagnostic Products |
| Witney, Oxon, England | Non-Reportable |
| Worcester, Massachusetts | Pharmaceutical Products |
| Zwolle, the Netherlands | Nutritional Products |

\*      Leased property

In addition to the above, Abbott has manufacturing facilities in seven other locations in the United States, including Puerto Rico. Outside the United States, manufacturing facilities are located in fourteen other countries. Abbott's facilities are deemed suitable and provide adequate productive capacity.

In the United States, including Puerto Rico, Abbott owns nine distribution centers. Outside the United States, Abbott owns eight distribution centers. Abbott also has eighteen United States research and development facilities located at: Abbott Park, Illinois; Alameda, California; Columbus, Ohio (two

14

locations); Des Plaines, Illinois; East Windsor, New Jersey; Fairfield, California; Irving, Texas; Long Grove, Illinois; Mountain View, California; North Chicago, Illinois; Parsippany, New Jersey; Princeton, New Jersey; Redwood City, California; Santa Clara, California (two locations); Temecula, California; and Worcester, Massachusetts. Outside the United States, Abbott has research and development facilities in Canada, Germany, Ireland, Japan, the Netherlands, Singapore, South Africa, Spain, Switzerland, and the United Kingdom.

Except as noted, the corporate offices, and those principal plants in the United States listed above, are owned by Abbott or subsidiaries of Abbott. The remaining manufacturing plants and all other facilities are owned or leased by Abbott or subsidiaries of Abbott. There are no material encumbrances on the properties.

## ITEM 3.   LEGAL PROCEEDINGS

Abbott is involved in various claims, legal proceedings and investigations, including (as of January 31, 2009) those described below. While it is not feasible to predict the outcome of such pending claims, proceedings and investigations with certainty, management is of the opinion that their ultimate resolution should not have a material adverse effect on Abbott's financial position, cash flows, or results of operations, except where noted below as to a specific quarter.

A case is pending against Abbott in the Eastern District of Texas, in which New York University (NYU) and Centocor, Inc. assert that Humira® infringes a patent co-owned by NYU and Centocor and exclusively licensed to Centocor. The complaint asserts that Abbott has willfully infringed the patent and seeks damages, including treble damages, but does not seek injunctive relief. In March 2008, an arbitrator ruled that Abbott has a license to the patents at issue for a portion of Humira® sales. Non-licensed sales remain at issue in the litigation. While it is not feasible to predict with certainty the outcome of this litigation, its ultimate resolution could be material to cash flows or results of operations for a quarter.

Abbott, Fournier Industrie et Sante, and Laboratories Fournier, S.A. (Fournier) reached settlements of direct purchaser class action and direct purchaser opt-out claims and claims brought by certain individual plaintiffs in the United States District Court for the District of Delaware regarding the sale of fenofibrate products. The terms of these settlements were previously disclosed in Abbott's Current Report on Form 8-

A3015

K, filed on November 20, 2008. The remaining litigation, including claims brought by indirect purchasers and twenty-six State Attorneys General, *State of Florida, et al.*, (filed in March 2008), *Alberto Litter* (filed in August 2005), *Allied Services Division Welfare Fund and Hector Valdes* (filed in June 2005), *Cindy Cronin* (filed in July 2005), *Diana Kim* (filed in June 2005), *Local 28 Sheet Metal Workers* (filed in July 2005), *Painters District Council No. 30 Health and Welfare Fund* (filed in June 2005), *Pennsylvania Employees Benefit Trust Fund* (filed in June 2005), *Philadelphia Federation of Teachers Health and Welfare Fund* (filed in July 2005), *Elaine M. Pullman* (filed in June 2005), *Charles M. Shain* (filed in July 2005), *Vista Healthplan, Inc.* (filed in June 2005), and *Pacificare Health Systems, Inc.* (filed in August 2005), seeking actual damages, treble damages, and other relief, is pending. A previously reported case pending in the United States District Court for the District of Delaware, *Patrick Warren Proffitt, et. al.*, (filed in April 2008), was voluntarily dismissed in January 2009 and, one purported class action filed in the United States District Court for the Central District of California, *Paul T. Regan* (filed in July 2005), was voluntarily dismissed in 2008.

Several cases, brought as purported class actions or representative actions on behalf of individuals or entities, are pending against Abbott that allege generally that Abbott and numerous other pharmaceutical companies reported false pricing information in connection with certain drugs that are reimbursable under Medicare and Medicaid and by private payors. These cases, brought by private plaintiffs, the United States Department of Justice, state Attorneys General, and other state government entities, generally seek monetary damages and/or injunctive relief and attorneys' fees. The federal court cases have been consolidated for pre-trial purposes in the United States District Court for the District of Massachusetts

15

under the Multi District Litigation Rules as *In re: Pharmaceutical Industry Average Wholesale Price Litigation, MDL 1456.* MDL 1456 includes: (a) a purported class action case in which plaintiffs seek to certify nationwide classes of Medicare Part B consumers and third party payors and other consumers, filed in June 2003; (b) three state Attorneys General and a consolidated New York counties/City of New York suit, filed in June 2005; (c) a civil whistle-blower suit brought by the United States Department of Justice, filed in the United States District Court for the Southern District of Florida in May 2006; and (d) a civil whistle-blower suit brought by Ven-A-Care of the Florida Keys, Inc., unsealed against Abbott in August 2007 and in which the United States declined to intervene. MDL 1456 also includes a purported class action case in which the plaintiffs seek to certify nationwide classes of Medicare Part B consumers and third party payors and other consumers, filed in June 2003. Eighteen named defendants, including Abbott, collectively settled this case, subject to final approval of the district court. The MDL Court transferred the case brought by the Utah Attorney General to Third Judicial District in Salt Lake County, Utah, in June 2008. In December 2008, Abbott settled the case brought by the State Attorney General on behalf of California. In addition, several cases are pending against Abbott in state courts: *State of West Virginia*, filed in October 2001 in the Circuit Court of Kanawha County, West Virginia; *Swanston*, filed in March 2002 in the Superior Court for Maricopa County, Arizona; *Commonwealth of Kentucky*, filed in September 2003 in the Circuit Court of Franklin County, Kentucky; *State of Ohio*, filed in March 2004 in the Court of Common Pleas for Hamilton County, Ohio; *State of Wisconsin*, filed in June 2004 in the Circuit Court of Dane County, Wisconsin; *State of Alabama*, filed in January 2005 in the Circuit Court of Montgomery County, Alabama; *State of Illinois*, filed in February 2005 in the Circuit Court of Cook County, Illinois; *County of Erie*, filed in March 2005 in the Supreme Court of Erie County, New York; *State of Mississippi*, filed in October 2005 in the Circuit Court of Hinds County, Mississippi; *State of Hawaii*, filed in April 2006 in the First Circuit Court of Hawaii; *County of Oswego*, filed in August 2006 in the Supreme Court of Oswego County, New York; *County of Schenectady*, filed in August 2006 in the Supreme Court of Schenectady County, New York; *State of South Carolina* (on behalf of its state health plan), filed in August 2006 in the Court of Common Pleas, Fifth Judicial Circuit of Richland County, South Carolina; *State of Alaska*, filed in October 2006 in the Superior Court for the Third Judicial District in Anchorage, Alaska; *State of Idaho*, filed in January 2007 in the District Court of the Fourth Judicial District in Ada County,

Idaho; *State of Utah*, filed in November 2007 in the Third Judicial District in Salt Lake County, Utah; and *State of Kansas*, filed in October 2008 in the District Court of Wyandotte County, Kansas. Certain state agencies, including the Attorney General of Florida, are also investigating these practices. While it is not feasible to predict with certainty the outcome of the proceedings and investigations related to pricing information for drugs reimbursable under Medicare and Medicaid, their ultimate resolution could be material to cash flows or results of operations for a quarter.

The Office of the Inspector General of the United States Department of Health and Human Services in conjunction with the United States Department of Justice, through the United States Attorneys for the Eastern District of Wisconsin, the Western District of Louisiana, and the Middle District of Louisiana are investigating the sales and marketing practices of Kos Pharmaceuticals, Inc. In addition, the United States Attorney for Louisiana is investigating Kos' calculation and reporting of Medicaid rebates. The government is seeking to determine whether any of these practices resulted in any violations of civil and/or criminal laws, including the Federal False Claims Act, the Anti-Kickback Statute, and the Medicaid Rebate Statute in connection with the Medicare and/or Medicaid reimbursement paid to third parties. Abbott acquired Kos in December 2006, and these investigations relate to conduct that occurred prior to Abbott's acquisition.

In addition, the United States Department of Justice, through the United States Attorney for Maryland, is investigating the sales and marketing practices of Abbott for Micardis®, a drug co-promoted for (until March 31, 2006) and manufactured by Boehringer Ingelheim. The government is seeking to determine whether any of these practices resulted in any violations of civil and/or criminal laws, including the Federal False Claims Act and the Anti-Kickback Statute, in connection with the Medicare and/or Medicaid reimbursement paid to third parties.

16

A class action case is pending against Abbott in the United States District Court for the Northern District of Illinois under the name *Myla Nauman, Jane Roller and Michael Loughery v. Abbott Laboratories and Hospira, Inc.* The plaintiffs are former Abbott employees who allege that their transfer to Hospira, Inc., as part of the spin-off of Hospira, adversely affected their employee benefits in violation of the Employee Retirement Income Security Act, and that in that transfer, Abbott breached a fiduciary duty to plaintiffs involving employee benefits. The plaintiffs generally seek reinstatement as Abbott employees, or reinstatement as participants in Abbott's employee benefit plans, or an award for the employee benefits they have allegedly lost. Abbott filed a response denying all substantive allegations.

Several cases are pending against Abbott in the United States District Court for the Northern District of California that allege antitrust violations in connection with the 2003 Norvir re-pricing. During the third quarter of 2008, Abbott entered into a settlement of the consolidated class action filed on behalf of individual consumers, *John Doe 1* (filed in April 2004), and the lawsuit brought by third-party payors, *Service Employees International Health and Welfare Fund* (filed in October 2004), with the amount of the settlement contingent upon the outcome of Abbott's appeal to the Ninth Circuit Court of Appeals. The remaining previously reported cases, including three purported class actions on behalf of direct purchasers and one case filed by a competitor, *Rite Aid, Inc.* (filed in December 2007), *Louisiana Wholesale Drug Company, Inc.* (filed in December 2007), *GlaxoSmithKline* (filed in November 2007), *Meijer, Inc.* (filed in November 2007), *Rochester Drug Co-Operative, Inc.* (filed in November 2007), and *Safeway, Inc.* (filed in October 2007), have been consolidated for discovery and trial. The plaintiffs seek damages, injunctive relief, and costs.

A case is pending against Abbott in the United States District Court for the Northern District of California in which Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. (collectively Medtronic) and Evysio Medical Devices ULC (Evysio) claim that Abbott's stents, including the Multi-Link Vision® and Xience V™ Coronary stent systems, infringe certain

A3017

Evysio stent design patents. Medtronic and Evysio seek damages, an injunction, and other relief. Evysio also sued in France, Ireland (in which Medtronic is also a plaintiff), the United Kingdom, and Germany asserting infringement of certain of its patents. In each case, Abbott denies infringement and asserts that the patents are invalid. In January 2009, the Paris First Instance Court found that two of Evysio's three French patents are invalid and that Abbott's modified design Vision and Xience stents do not infringe the third patent. In April 2008, the United Kingdom High Court of Justice, Chancery Division, Patents Court, held that Abbott's modified design stents do not infringe any of the three Evysio patents, two of the Evysio patents are invalid, and Abbott's original design stents do not infringe the third Evysio patent. Medtronic and Evysio did not appeal. In July 2008, the German Federal Patent Court revoked the German patent Evysio was asserting.

Abbott is seeking to enforce its patent rights against Arterial Vascular Engineering, Inc. (now known as Medtronic Vascular, Inc.). In a case filed in 1998 in the United States District Court for the District of Delaware, Abbott alleges that certain models of Medtronic's stents infringe four of Abbott's "Lau" patents, and seeks injunctive relief and damages. In February 2005, a jury found that Abbott's Lau patents were valid and infringed by all the accused Medtronic stents, including its Driver® coronary stent. In September 2008, the court refused to enjoin Medtronic from making and selling the infringing stents in the U.S. Subsequently, Medtronic appealed the infringement and validity decisions. The damages phase of the litigation awaits the outcome of the appeal.

A case is pending against Abbott in the United States District Court for the District of New Jersey in which Johnson & Johnson, Inc. and Cordis Corporation, a wholly owned subsidiary of Johnson & Johnson (collectively Johnson & Johnson), assert infringement of four Johnson & Johnson patents by Abbott's Xience V stent. Johnson & Johnson seeks an injunction, an award of damages, and a determination of willful infringement. In January 2008, Cordis Corporation and Wyeth filed suit against Abbott in the United States District Court for the District of New Jersey alleging the Xience V stent infringes three

17

additional patents and seeking an injunction, an award of damages, and a determination of willful infringement. Abbott denies all substantive allegations.

A case is pending against Abbott in the United States District Court for the Eastern District of Texas brought in August 2008 in which certain Medtronic, Inc. companies (Medtronic) assert that Abbott's Xience V drug eluting stents infringe two Medtronic patents, which purport to cover stent coating methods. A second case is pending against Abbott in the United States District Court for the Eastern District of Texas brought in July 2008 by Wall Cardiovascular Technologies, LLC in which it asserts that Abbott's stents, including Xience V, infringe a patent purporting to cover the use of stents to treat restenosis. Medtronic and Wall each seeks an injunction, damages, and enhanced damages for alleged willful infringement. Abbott asserts that the patents are not infringed, invalid and unenforceable. In December 2008, Medinol Limited sued Abbott in Ireland, the Netherlands, and Germany claiming that Abbott's Vision and Xience V stents infringe one of its European stent design patents. In Germany, Medinol further asserts that Abbott's Multi-Link Penta™ and Multi-Link Zeta® stents infringe two German stent design patents. Medinol seeks damages and injunctions. Abbott denies all substantive allegations in each case.

Abbott is seeking to enforce its patent rights relating to fenofibrate tablets (a drug Abbott sells under the trademark Tricor®). In a case filed in the United States District Court for the Northern District of Illinois in February 2008, Abbott and the patent owner, Laboratories Fournier, S.A., allege infringement of three patents and seek injunctive relief against Teva Pharmaceuticals USA Inc. In a separate case filed in the Northern District of Illinois in November 2008, Abbott and the patent owner, Laboratories Fournier, S.A., allege infringement of three patents and seek injunctive relief against Biovail Laboratories

International SRL. Each case has been transferred to the United States District Court for the District of New Jersey.

Abbott received a subpoena from the United States Department of Justice, through the United States Attorney for the District of Massachusetts, in June 2008. The government is investigating the sales and marketing activities of Abbott's and other companies' biliary stent products. The government is seeking to determine whether any of these activities violated civil and/or criminal laws, including the Federal False Claims Act, the Food and Drug Cosmetic Act, and the Anti-Kickback Statute in connection with Medicare and/or Medicaid reimbursement paid to third parties.

A case is pending against Abbott in the United States District Court for the Eastern District of Texas (filed in December 2008), in which Bayer HealthCare LLC (Bayer) asserts that Humira® infringes a patent owned by Bayer. The complaint seeks damages, including treble damages, but does not seek injunctive relief. On January 5, 2009, Abbott filed a declaratory judgment action against Bayer in the United States District Court for the District of Massachusetts seeking a declaration that Abbott does not infringe Bayer's patent and that the patent is invalid and unenforceable.

**ITEM 4.   SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS**

None.

18

---

## EXECUTIVE OFFICERS OF THE REGISTRANT

Executive officers of Abbott are elected annually by the board of directors. All other officers are elected by the board or appointed by the chairman of the board. All officers are either elected at the first meeting of the board of directors held after the annual shareholder meeting or appointed by the chairman after that board meeting. Each officer holds office until a successor has been duly elected or appointed and qualified or until the officer's death, resignation, or removal. Vacancies may be filled at any time by the board. Any officer may be removed by the board of directors when, in its judgment, removal would serve the best interests of Abbott. Any officer appointed by the chairman of the board may be removed by the chairman whenever, in the chairman's judgment, removal would serve the best interests of Abbott. A vacancy in any office appointed by the chairman of the board may be filled by the chairman.

Abbott's executive officers, their ages as of February 15, 2009, and the dates of their first election as officers of Abbott are listed below. The executive officers' principal occupations and employment for the past five years and the year of appointment to the earliest reported office are also shown. Unless otherwise stated, employment was by Abbott. There are no family relationships between any corporate officers or directors.

**Miles D. White, 53**

1999 to present — Chairman of the Board and Chief Executive Officer, and Director.

Elected Corporate Officer — 1993.

**Richard W. Ashley, 65**

2004 to present — Executive Vice President, Corporate Development.

A3019

Elected Corporate Officer — 2004.

**John M. Capek, 47**

2007 to present — Executive Vice President, Medical Devices.

2006 to 2007 — Senior Vice President, Abbott Vascular.

2006 — Vice President and President, Cardiac Therapies.

2005 to 2006 — President, Guidant Vascular Intervention.

2003 to 2005 — Vice President and General Manager, Bioabsorbable Vascular Solutions (a subsidiary of Guidant Corporation).

Elected Corporate Officer — 2006.

**Thomas C. Freyman, 54**

2004 to present — Executive Vice President, Finance and Chief Financial Officer.

2001 to 2004 — Senior Vice President, Finance and Chief Financial Officer.

Elected Corporate Officer — 1991.

**Holger A. Liepmann, 57**

2008 to present — Executive Vice President, Nutritional Products.

2006 to 2008 — Executive Vice President, Global Nutrition.

2006 — Executive Vice President, Pharmaceutical Products Group.

19

2004 to 2006 — Senior Vice President, International Operations.

2001 to 2004 — Vice President, Japan Operations, Abbott International Division.

Elected Corporate Officer — 2001.

**Edward L. Michael, 52**

2008 to present — Executive Vice President, Diagnostic Products.

2007 to 2008 — Executive Vice President, Diagnostics.

2007 — Senior Vice President, Medical Products.

2003 to 2007 — Vice President and President, Molecular Diagnostics.

Elected Corporate Officer — 1997.

**Laura J. Schumacher, 45**

2007 to present — Executive Vice President, General Counsel and Secretary.

2005 to 2007 — Senior Vice President, Secretary and General Counsel.

2003 to 2005 — Vice President, Secretary and Deputy General Counsel.

Elected Corporate Officer — 2003.

**James L. Tyree, 55**

2008 to present — Executive Vice President, Pharmaceutical Products.

2007 to 2008 — Executive Vice President, Pharmaceutical Products Group.

2006 to 2007 — Senior Vice President, Pharmaceutical Operations.

2006 — Senior Vice President, Global Nutrition.

2005 to 2006 — Senior Vice President, Nutrition International Operations.

2001 to 2005 — Vice President, Global Licensing/New Business Development.

Elected Corporate Officer — 2001.

**Olivier Bohuon, 50**

2008 to present — Senior Vice President, International Pharmaceuticals.

2006 to 2008 — Senior Vice President, International Operations.

2003 to 2006 — Vice President, European Operations.

Elected Corporate Officer — 2003.

**Thomas F. Chen, 59**

2008 to present — Senior Vice President, International Nutrition.

2006 to 2008 — Senior Vice President, Nutrition International Operations.

2005 to 2006 — Vice President, Nutrition International, Asia and Latin America.

2005 — Vice President, Nutrition International, Asia, Canada, Latin America.

1998 to 2005 — Vice President, Abbott International, Pacific/Asia/Africa Operations.

Elected Corporate Officer — 1998.

**Stephen R. Fussell, 51**

2005 to present — Senior Vice President, Human Resources.

1999 to 2005 — Vice President, Compensation and Development.

Elected Corporate Officer — 1999.

**Robert B. Hance, 49**

2008 to present — Senior Vice President, Vascular.

2006 to 2008 — Senior Vice President, Diabetes Care Operations.

2006 — Vice President and President, Vascular Solutions.

2003 to 2006 — Vice President and President, Abbott Vascular Devices.

Elected Corporate Officer — 1999.

**John C. Landgraf, 56**

2008 to present — Senior Vice President, Pharmaceuticals, Manufacturing and Supply.

2004 to 2008 — Senior Vice President, Global Pharmaceutical Manufacturing and Supply.

2003 — Vice President, Quality Assurance and Compliance, Medical Products Group.

Elected Corporate Officer — 2000.

**Heather L. Mason, 48**

2008 to present — Senior Vice President, Diabetes Care.

2007 to 2008 — Vice President, Latin America Pharmaceuticals.

2005 to 2007 — Vice President, International Marketing.

2001 to 2005 — Vice President, Specialty Operations.

Elected Corporate Officer — 2001.

A3022

**Donald V. Patton Jr., 56**

2007 to present — Senior Vice President, U.S. Nutrition.

2007 — Senior Vice President, Abbott Nutrition Products Division.

2006 to 2007 — Vice President, Diagnostic Global Commercial Operations.

2005 to 2006 — Vice President, Commercial Operations.

2004 to 2005 — Vice President, International Marketing.

Elected Corporate Officer — 2004.

21

**Mary T. Szela, 45**

2008 to present — Senior Vice President, U.S. Pharmaceuticals.

2007 to 2008 — Senior Vice President, Pharmaceutical Operations.

2006 — Vice President, Commercial Pharmaceutical Operations.

2001 to 2006 — Vice President, Pharmaceutical Products, Primary Care Operations.

Elected Corporate Officer — 2001.

**Michael J. Warmuth, 46**

2008 to present — Senior Vice President, Diagnostics.

2008 — Vice President, Hematology Diagnostics.

2007 to 2008 — Vice President, Global Engineering Services.

2006 to 2007 — Divisional Vice President, Global Engineering Services.

2004 to 2006 — Divisional Vice President of Quality, Global Pharmaceutical Operations.

Elected Corporate Officer — 2007.

**Greg W. Linder, 52**

2001 to present — Vice President and Controller.

Elected Corporate Officer — 1999.

A3023

22

## PART II

### ITEM 5.   MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

#### Principal Market

The principal market for Abbott's common shares is the New York Stock Exchange. Shares are also listed on the Chicago Stock Exchange and traded on various regional and electronic exchanges. Outside the United States, Abbott's shares are listed on the London Stock Exchange and the Swiss Stock Exchange.

|  | Market Price Per Share | | | |
|  | 2008 | | 2007 | |
|  | high | low | high | low |
|---|---|---|---|---|
| First Quarter | $61.09 | $50.09 | $57.26 | $48.75 |
| Second Quarter | 57.04 | 50.09 | 59.50 | 52.80 |
| Third Quarter | 60.78 | 52.63 | 56.91 | 49.58 |
| Fourth Quarter | 59.93 | 45.75 | 59.48 | 50.51 |

#### Shareholders

There were 69,733 shareholders of record of Abbott common shares as of December 31, 2008.

#### Dividends

Quarterly dividends of $.36 and $.325 per share were declared on common shares in 2008 and 2007, respectively.

Abbott Laboratories is an Illinois High Impact Business (HIB) and is located in a federal Foreign Trade Sub-Zone (Sub-Zone 22F). Dividends may be eligible for a subtraction from base income for Illinois income tax purposes. If you have questions, please contact your tax advisor.

23

#### Issuer Purchases of Equity Securities

| Period | (a) Total Number of Shares (or Units) Purchased | (b) Average Price Paid per Share (or Unit) | (c) Total Number of Shares (or Units) Purchased as Part of Publicly Announced Plan or Programs | (d) Maximum Number (or Approximate Dollar Value) of Shares (or Units) that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|

A3024

| | | | | | |
|---|---|---|---|---|---|
| October 1, 2008 — October 31, 2008 | 228,583[1] | $ | 54.237 | 146,400 | $ | 4,992,201,828[2] |
| November 1, 2008 — November 30, 2008 | 94,711[1] | $ | 55.033 | 0 | $ | 4,992,201,828 |
| December 1, 2008 — December 31, 2008 | 91,700[1] | $ | 52.584 | 0 | $ | 4,992,201,828 |
| Total | 414,994[1] | $ | 54.054 | 146,400 | $ | 4,992,201,828[2] |

1.

These shares represent:

(i)

the shares deemed surrendered to Abbott to pay the exercise price in connection with the exercise of employee stock options — 68,183 in October; 80,711 in November; and 87,700 in December; and

(ii)

the shares purchased on the open market for the benefit of participants in the Abbott Laboratories, Limited Employee Stock Purchase Plan — 14,000 in October; 14,000 in November; and 4,000 in December.

These shares do not include the shares surrendered to Abbott to satisfy tax withholding obligations in connection with the vesting of restricted stock or restricted stock units.

2.

On October 13, 2008, Abbott announced that its board of directors approved the purchase of up to $5 billion of its common shares, from time to time.

On December 2, 2008, Abbott Laboratories exchanged 14,870,195 of its common shares for 15,176,500 common shares of Abbott Laboratories owned by Sorenson Development, Incorporated, a Utah corporation. No underwriters were involved and no commission or other remuneration was paid or given directly or indirectly for soliciting the exchange. The exchange was exempt from registration under Section 3(a)(9) of the Securities Act of 1933.

24

## ITEM 6.   SELECTED FINANCIAL DATA

| | Year ended December 31 | | | | |
|---|---|---|---|---|---|
| | 2008 | 2007 | 2006 | 2005 | 2004 |
| | (dollars in millions, except per share data) | | | | |
| Net sales | $29,527.6 | $25,914.2 | $22,476.3 | $22,337.8 | $19,680.0 |
| Earnings from continuing operations | 4,734.2 | 3,606.3 | 1,716.8[1] | 3,372.1 | 3,175.8 |
| Net earnings | 4,880.7 | 3,606.3 | 1,716.8[1] | 3,372.1 | 3,235.9 |
| Basic earnings per common share from continuing operations | 3.06 | 2.34 | 1.12[1] | 2.17 | 2.03 |
| Basic earnings per common share | 3.16 | 2.34 | 1.12[1] | 2.17 | 2.07 |
| Diluted earnings per common share from continuing operations | 3.03 | 2.31 | 1.12[1] | 2.16 | 2.02 |

A3025

| Diluted earnings per common share | 3.12 | 2.31 | 1.12[1] | 2.16 | 2.06 |
| Total assets | 42,419.2 | 39,713.9 | 36,178.2 | 29,141.2 | 28,767.5 |
| Long-term debt | 8,713.3 | 9,487.8 | 7,009.7 | 4,571.5 | 4,787.9 |
| Cash dividends declared per common share | 1.44 | 1.30 | 1.18 | 1.10 | 1.04 |

1.
   In 2006, Abbott recorded pre-tax charges of $2,014 for acquired in-process and collaborations research and development primarily related to the acquisition of Guidant's vascular intervention and endovascular solutions businesses and Kos Pharmaceuticals Inc.

25

---

## ITEM 7.   MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

### Financial Review

Abbott's revenues are derived primarily from the sale of a broad line of health care products under short-term receivable arrangements. Patent protection and licenses, technological and performance features, and inclusion of Abbott's products under a contract or by a pharmacy benefit manager most impact which products are sold; price controls, competition and rebates most impact the net selling prices of products; and foreign currency translation impacts the measurement of net sales and costs. Abbott's primary products are prescription pharmaceuticals, nutritional products, diagnostic testing products and vascular products. Sales in international markets are approximately 50 percent of consolidated net sales.

The worldwide launch of additional indications for *HUMIRA*, the conclusion of the TAP Pharmaceutical Products Inc. joint venture, the acquisitions of Kos Pharmaceuticals Inc., and Guidant's vascular intervention and endovascular solutions businesses, followed by the launch of the *Xience V* drug eluting stent, the amendment ending the U.S. *Synagis* co-promotion agreement, the loss of patent protection for some pharmaceutical products, and realized gains and unrealized losses on the Boston Scientific common stock have impacted Abbott's sales, costs and financial position over the last three years.

Pharmaceutical research and development is focused on therapeutic areas that include immunology, oncology, neuroscience, pain management and infectious diseases. In 2003, Abbott began the worldwide launch of *HUMIRA* for rheumatoid arthritis, followed by launches for five additional indications, which increased *HUMIRA's* worldwide sales to $4.5 billion in 2008 compared to $3.0 billion in 2007, and $2.0 billion in 2006. Abbott forecasts worldwide *HUMIRA* sales to increase more than 25 percent in 2009. Abbott is studying two additional indications for *HUMIRA*. Substantial research and development and selling support has been and continues to be dedicated to maximizing the worldwide potential of *HUMIRA*. In December 2006, Abbott acquired Kos Pharmaceuticals Inc. which complemented Abbott's existing franchise in the dyslipidemia market and strengthened the pharmaceutical pipeline for cholesterol management. Abbott's *Trilipix*, a next-generation product for management of triglycerides and the first product approved for use in combination with a statin was launched in 2008. Increased generic competition has resulted in U.S. sales of *Omnicef* declining from $637 million in 2006 to $25 million in 2008, and worldwide sales of clarithromycin declining from $816 million in 2006 to $651 million in 2008. Abbott has seen generic competition begin in the second half of 2008 for *Depakote*, which had U.S. sales of $1.3 billion in 2008.

On December 31, 2006, the U.S. co-promotion agreement for *Synagis* terminated. Revenues for co-promotion of *Synagis* were $373 million in 2006. In 2007, Abbott's nutritional products businesses were reorganized into a worldwide business to better leverage the opportunities available for strong nutritional

A3026

brands. Significant efforts have been focused on capturing those opportunities, particularly in developing markets where growth has been strong.

In April 2006, Abbott acquired Guidant's vascular intervention and endovascular solutions businesses and began to integrate it with Abbott's vascular business. The acquisition significantly improved Abbott's competitive position in this business that is characterized by rapid innovation. In 2008, Abbott received FDA approval to market the *Xience V* drug eluting stent in the U.S. and in 2006 received European Union approval. *Xience V* became the market-leading drug eluting stent in the U.S. in the fourth quarter of 2008.

In April 2006, Abbott acquired 64.6 million shares of Boston Scientific in connection with Abbott's acquisition of the vascular intervention and endovascular solutions businesses of Guidant. In 2007, the net loss charged to expense for the investment was $153 million. At December 31, 2007, Abbott held 26.4 million shares of Boston Scientific common stock. In 2008, all of these shares were sold resulting in a small gain. Abbott's short- and long-term debt totaled $11.4 billion at December 31, 2008, largely incurred

26

to finance recent acquisitions. Operating cash flows in excess of capital expenditures and cash dividends have partially funded acquisitions over the last three years. At December 31, 2008, Abbott's long-term debt rating was AA by Standard and Poor's Corporation and A1 by Moody's Investors Service. Abbott's access to short-term financing has not been affected by the recent credit market conditions.

In April 2008, Abbott and Takeda concluded their TAP Pharmaceutical Products Inc. (TAP) joint venture, evenly splitting the value and assets of the joint venture in a tax-free exchange. Abbott received TAP's *Lupron* business in exchange for Abbott's 50 percent ownership in TAP. *Lupron's* U.S. results are now included in the Pharmaceutical Products segment beginning in May 2008.

In 2009, Abbott will focus on several key initiatives. Abbott announced the agreement to acquire Advanced Medical Optics, Inc. (AMO), a new line of business, in January of 2009. The investment in AMO will be approximately $2.8 billion, including debt, and will be financed with operating cash flow and debt. AMO's sales are more than $1 billion per year. In the pharmaceutical business, Abbott will continue maximizing the market potential for *HUMIRA* and continue to leverage the product and pipeline opportunities of its lipid franchise. Pharmaceutical research and development efforts will continue to focus on the therapeutic areas noted above with a significant portion of the development expenditures allocated to new *HUMIRA* indications, *Trilipix*/Crestor fixed dose combination, ABT-874 (a biologic for psoriasis and Crohn's disease) and pain relief medication, as well as several Phase I and Phase II clinical programs in neuroscience, oncology and Hepatitis C. In the vascular business, Abbott will continue the launch of the *Xience V* drug-eluting stent in the U.S. after the FDA's approval in 2008, and will focus on development of its next generation drug eluting stent and its bioabsorbable stent. For diabetes care, Abbott will build upon the 2008 launch of the *FreeStyle Freedom Lite* monitor in the U.S. In the other business segments, Abbott will focus on developing or acquiring differentiated technologies in higher growth segments of those markets.

## Critical Accounting Policies

*Sales Rebates* — Approximately 47 percent of Abbott's consolidated gross revenues are subject to various forms of rebates and allowances that Abbott records as reductions of revenues at the time of sale. Most of these rebates and allowances are in the Pharmaceutical Products segment and the Nutritional Products segment. Abbott provides rebates to pharmacy benefit management companies, state agencies that administer the federal Medicaid program, insurance companies that administer Medicare drug plans, state agencies that administer the Special Supplemental Nutrition Program for Women, Infants, and Children

A3027

(WIC), wholesalers, group purchasing organizations, and other government agencies and private entities. Rebate amounts are usually based upon the volume of purchases using contractual or statutory prices for a product. Factors used in the rebate calculations include the identification of which products have been sold subject to a rebate, which customer or government agency price terms apply, and the estimated lag time between sale and payment of a rebate. Using historical trends, adjusted for current changes, Abbott estimates the amount of the rebate that will be paid, and records the liability as a reduction of gross sales when Abbott records its sale of the product. Settlement of the rebate generally occurs from two to 24 months after sale. Abbott regularly analyzes the historical rebate trends and makes adjustments to reserves for changes in trends and terms of rebate programs. Rebates and chargebacks charged against gross sales in 2008, 2007 and 2006 amounted to approximately $3.8 billion, $3.2 billion and $2.6 billion, respectively, or 22.8 percent, 21.5 percent and 23.2 percent, respectively, based on gross sales of approximately $16.8 billion, $15.0 billion and $11.0 billion, respectively, subject to rebate. A one-percentage point increase in the percentage of rebates to related gross sales would decrease net sales by approximately $168 million in 2008. Abbott considers a one-percentage point increase to be a reasonably likely increase in the percentage of rebates to related gross sales. Other allowances charged against gross sales were approximately $362 million, $325 million and $247 million for cash discounts in 2008, 2007 and 2006, respectively, and $439 million, $269 million and $209 million for returns in 2008, 2007 and 2006, respectively. Cash discounts are known within 15 to 30 days of sale, and therefore can be reliably

27

estimated. Returns can be reliably estimated because Abbott's historical returns are low, and because sales returns terms and other sales terms have remained relatively unchanged for several periods.

Management analyzes the adequacy of ending rebate accrual balances each quarter. In the domestic nutritional business, management uses both internal and external data available to estimate the level of inventory in the distribution channel. Management has access to several large customers' inventory management data, and for other customers, utilizes data from a third party that measures time on the retail shelf. These sources allow management to make reliable estimates of inventory in the distribution channel. Except for a transition period before or after a change in the supplier for the WIC business in a state, inventory in the distribution channel does not vary substantially. Management also estimates the states' processing lag time based on claims data. In addition, internal processing time is a factor in estimating the accrual. In the WIC business, the state where the sale is made, which is the determining factor for the applicable price, is reliably determinable. Estimates are required for the amount of WIC sales within each state where Abbott has the WIC business. External data sources utilized for that estimate are participant data from the U.S. Department of Agriculture (USDA), which administers the WIC program, participant data from some of the states, and internally administered market research. The USDA has been making its data available for many years. Internal data includes historical redemption rates and pricing data. At December 31, 2008, Abbott had the exclusive WIC business in 24 states.

In the domestic pharmaceutical business, the most significant charges against gross sales are for Medicaid and Medicare Rebates, Pharmacy Benefit Manager Rebates and Wholesaler Chargebacks. In order to evaluate the adequacy of the ending accrual balances, management uses both internal and external data to estimate the level of inventory in the distribution channel and the rebate claims processing lag time. External data sources used to estimate the inventory in the distribution channel include inventory levels periodically reported by wholesalers and third party market data purchased by Abbott. Management estimates the processing lag time based on periodic sampling of claims data. To estimate the price rebate percentage, systems and calculations are used to track sales by product by customer and to estimate the contractual or statutory price. Abbott's systems and calculations have developed over time as rebates have become more significant, and Abbott believes they are reliable.

A3028