# Potential Adverse Events Associated with the XIENCE V Stent *(continued)*

Everolimus, when given by mouth daily to organ transplant patients, may interact with other drugs or substances. Please tell your physician about any medications you are taking.

A1191

27



# The XIENCE V SPIRIT Family of Clinical Trials

There have been three clinical trials thus far that together have shown the safety and effectiveness of the XIENCE V drug eluting stent in patients with coronary artery disease. A short description of these trials, known as the XIENCE V SPIRIT Family of Trials, is detailed below.

## SPIRIT FIRST

SPIRIT FIRST was the first clinical trial. This study had 60 patients and was performed outside the United States. The purpose of the study was to compare the XIENCE V stent that is coated with a drug to that of an approved metallic stent that is not coated with a drug. There were 28 patients who received the XIENCE V stent and 32 patients who received the metallic stent (patients who received the metallic stent are also known as the "control" group).

After six months, the XIENCE V stent was significantly better than the metallic stent at reducing the re-narrowing of the artery where the stent was placed. After three years, patients who had received

A1192

28

# The XIENCE V SPIRIT Family of Clinical Trials *(continued)*

the XIENCE V stent had fewer major adverse cardiac events (15.4%) compared to patients who received the metallic stent (25.0%).

## SPIRIT II

The SPIRIT II clinical trial was the second study of the XIENCE V stent. The purpose of the study was to compare the XIENCE V stent to an approved drug eluting stent, called TAXUS®. The SPIRIT II study was conducted outside of the United States.

After six months, the XIENCE V stent was significantly better than the TAXUS stent at reducing the re-narrowing of the artery where the stent was placed. At two years, patients who had received the XIENCE V stent had a rate of major adverse cardiac events (6.6%) that was comparable to the TAXUS stent (11.0%).

A1193

29

# The XIENCE V SPIRIT Family of Clinical Trials *(continued)*

## SPIRIT III

SPIRIT III was the third clinical study of the XIENCE V stent. This was a much bigger study than either the SPIRIT FIRST or SPIRIT II studies, and was conducted in the United States. In one part of this study, 1002 patients were given either the XIENCE V stent or the TAXUS stent. There were 669 patients who received the XIENCE V stent and 333 patients who received the TAXUS stent.

After eight months, the XIENCE V stent was significantly better than the TAXUS stent at reducing the re-narrowing of the artery where the stent was placed. At one year, patients who had received the XIENCE V stent had a rate of major adverse cardiac events (6.0%) that was comparable to the TAXUS stent (10.3%).

For patients treated with the XIENCE V stent in ways not studied in these clinical trials, clinical results may vary. Very long-term (beyond 24 months) risks and benefits associated with the XIENCE V stent are currently unknown.

A1194

30




# Your Drug Eluting Stent Procedure

## How Do I Prepare for My Procedure?

In the days prior to your treatment, make sure you:

- Take all of your prescribed medicines
- Tell your doctor if you are taking any other medication
- Tell your doctor if, for any reason, you cannot take aspirin and/or Plavix®
- Make sure your doctor knows about any allergies you have
- Refrain from eating and drinking after midnight on the night before your treatment
- Follow all instructions given to you by your doctor or nurse

You may be given a mild sedative to help you relax, but you will not be put to sleep. There are two reasons for this. First, most people find they experience little to no discomfort from the procedure. Secondly, your doctor may need to ask you to take a

A1195

31

# Your Drug Eluting Stent Procedure
## *(continued)*

deep breath while X-rays are being taken, to improve the quality of the pictures.

The procedure usually lasts about 90 minutes, during which time your doctor will ask you to remain very still. For the most part, you will be comfortable, but you may feel some pressure or chest pain when the balloon is inflated. This is normal and will quickly fade when the balloon is deflated.

## Your Drug Eluting Stent Placement Procedure

Your procedure will be performed in a cardiac catheterization laboratory (cath lab). You will lie on the X-ray table, and an X-ray camera will move over your chest during the procedure. The staff will monitor your heart by attaching several small, sticky patches to your chest and using a specialized ECG recorder and monitor.

A1196

32

# Your Drug Eluting Stent Procedure
*(continued)*

The groin is the most common site for catheter introduction and requires a very small skin incision to be made on the inside of your upper thigh. The area will be shaved and cleaned with an antiseptic, and you will be given a local anesthetic to numb the area. This incision will allow an introducer sheath (short tube) to be inserted into your femoral artery (the main artery of the thigh, supplying blood to the leg). Your doctor will then insert a guiding catheter (long, flexible tube) into the introducer sheath and advance it to where the coronary arteries branch off to the heart. A guide wire is then advanced through the guiding catheter to the narrowing in the coronary artery. This helps carry all the necessary devices required during the stenting procedure.

Additional options for catheter introduction are the arm/brachial approach (incision is made on the inside of your elbow) and the wrist/radial approach (incision is made on the inside of your wrist).

A1197

33

# Your Drug Eluting Stent Procedure
## *(continued)*



**Brachial**

**Radial**

**Femoral**

**Blood vessel access for heart catheterization
through the femoral, radial or brachial artery**

A1198

34

# Your Drug Eluting Stent Procedure
## *(continued)*

After the catheters are inserted, your doctor will inject a contrast dye through the guiding catheter into your artery to view the narrowing. Your doctor will watch the injection on an X-ray monitor, much like a TV screen. While these X-rays are being taken, your doctor may ask you to take a deep breath and hold it for a few seconds. You may also be asked to cough after the X-ray picture is completed to help speed the removal of the contrast dye from the arteries.

Using the guiding catheter, a balloon catheter is positioned in the narrowing in the coronary artery and the balloon is then inflated. This compresses the plaque and widens the coronary artery. This procedure is called pre-dilatation.

A1199

35

## Step 1:

The stent mounted on a balloon catheter is delivered to the narrowing in the coronary artery by a delivery catheter.



**Step 1**

## Step 2:

The balloon is then inflated and this expands the stent, pressing it against the coronary artery wall. Your doctor may choose to expand the stent further by using another balloon so that the stent can make better contact with the artery wall. This is known as post-dilatation.



**Step 2**

## Step 3:

Once in place, the XIENCE V stent will remain as a permanent implant in your coronary artery.



**Step 3**   A1200

# Your Drug Eluting Stent Procedure
*(continued)*

## Immediately after Procedure

You will be asked to lie flat for four to six hours following the procedure and to not bend your leg or arm, depending on which area your doctor used to insert the catheters. Pressure will also be placed on the area.

A vascular closure device may be used to seal the incision site in your groin or arm. You will be allowed to get up and walk around sooner if this type of device is used. Your hospital stay may range from one to three days.

Medications will be prescribed for you before and after stent placement. Antiplatelet medications such as aspirin and Plavix® are the most commonly prescribed. They help prevent a blood clot (thrombus) from forming and blocking the stent lumen. Your doctor or nurse will give you instructions about your medications before you leave the hospital.

A1201

# Your Drug Eluting Stent Procedure
*(continued)*

**CAUTION:** If you have any chest pain, or discomfort or bleeding from your incision site, call your doctor immediately. If your doctor is unavailable, call for an ambulance to take you to the nearest hospital emergency room.

## Take All Medications as Instructed

After you leave the hospital, your cardiologist will instruct you to take a daily dose of aspirin and another antiplatelet drug such as Plavix®. Your doctor will tell you how long you should continue taking the antiplatelet drugs. It is very important that you take these medications exactly as your doctor instructs you:

- Follow your medication schedule exactly to avoid possible complications after you receive your stent. Do not miss any doses.

- Call your doctor if you cannot keep taking your medications because of side effects such as rash, bleeding, or upset stomach.

A1202

38

# Your Drug Eluting Stent Procedure
*(continued)*

- **CAUTION:** Do not stop taking your prescribed medications unless you are instructed to do so by the doctor who performed your stent procedure.

- **CAUTION:** Notify your cardiologist or family doctor if you are scheduled to see the dentist while on antiplatelet medication. Your doctor may prescribe antibiotics to avoid the potential of an infection. You should review with your doctor any recommendations from your dentist to stop your prescribed medications.

- **CAUTION:** Before undergoing implantation of a drug eluting stent, if you plan to have any type of surgery, which may require you to stop taking antiplatelet medications, you and your cardiologist should discuss whether or not placement of a drug eluting stent is the right treatment choice for you.

If surgery or dental work, which would require you to stop taking antiplatelet medications, is recommended after you've received the stent, you and your doctors should carefully consider the risks and benefits of this surgery or dental work versus the possible risks from early discontinuation of these medications.

A1203

39

# Your Drug Eluting Stent Procedure
## *(continued)*

If you do require discontinuation of antiplatelet medications because of significant bleeding, your cardiologist will carefully monitor you for possible complications. Once your condition has stabilized, your cardiologist may put you back on these medications.

### Follow-Up Care

You will be discharged to the care of your cardiologist or family doctor. You should be able to return to your normal activities soon.

**CAUTION:** Notify your doctor immediately if you experience chest pain (angina), or notice any changes such as more severe or frequent chest discomfort, especially in the first month after a procedure. These symptoms may indicate a re-narrowing in your coronary arteries.

A1204

# Your Drug Eluting Stent Procedure
## *(continued)*

Your doctor will ask you to return for follow-up visits. The first visit is usually two to four weeks after your stent is implanted, with follow-up visits every six months for the first year. Be sure to keep all appointments for follow-up care, including blood tests.

### Keep Your ID Card Handy

**CAUTION:** Show your identification card if you report to an emergency room. This card identifies you as a patient who has had a stent implanted.

If you require a magnetic resonance imaging (MRI) scan, tell your doctor or MRI technician that you have a stent implant. Test results indicate that patients with single or overlapped XIENCE V stents can undergo MRI scans safely under the following conditions:

- Static magnetic field of 1.5 or 3 Tesla
- Spatial gradient field of 720 Gauss/cm or less

A1205

41

# Your Drug Eluting Stent Procedure
*(continued)*

* Maximum whole-body-averaged specific absorption rate (SAR) of 2.0 W/kg (normal operating mode) for 15 minutes of scanning or less

The stent(s) should not migrate in this MRI environment, and MRI may be performed immediately following the implantation of the XIENCE V stent(s). Prior to undergoing an MRI scan, inform your doctor that you have a XIENCE V Everolimus Eluting Coronary Stent.

A1206

42

 # Preventing Coronary Artery Disease

Coronary artery disease can be treated effectively, but it has no cure. You can help to prevent your coronary artery disease from progressing by carefully following your doctor's advice. Your doctor may prescribe medications to help control your blood pressure, diabetes, and/or high cholesterol. Your doctor may also recommend some lifestyle changes. Among the healthy choices you can make:

**Stop smoking.** If you smoke, quitting is the single most important thing you can do to lower your risk of coronary artery disease. Chemicals in cigarette smoke may make it easier for plaque to build up on your artery walls. And smoking increases your heart rate and blood pressure, raising your risk of heart attack and stroke. If you're ready to quit, ask your doctor for advice — he or she can recommend smoking cessation aids to help you quit.

A1207

# Preventing Coronary Artery Disease
*(continued)*

**Increase your activity and eat a healthy diet.** A sedentary lifestyle increases your risk. Your doctor can recommend an activity program tailored for your situation. Regular exercise can help you lower your blood pressure and blood cholesterol and reach a healthy weight. It can also help you manage the daily stresses of modern life more easily. Choose a healthy diet. A diet low in saturated fats and cholesterol and rich in lean protein, fresh fruits, vegetables and whole grains, can help you achieve a healthy weight and control your blood pressure, and cholesterol levels.

**Manage your stress.** Stress is an inescapable aspect of modern day living, but you can help lessen its negative health effects by practicing the "relaxation response." Research has shown that relaxation techniques can improve your ability to cope with stressful events while decreasing your heart rate, blood pressure, and stress hormone levels.

A1208



# Frequently Asked Questions

### How long will the stent stay in my body?

Stents are designed to stay in your body permanently.

### What are the restrictions or cautions after I've received a stent?

If you require magnetic resonance imaging (MRI), tell your doctor or MRI technician that you have an implanted stent.

### When can I resume my regular activities?

Your doctor will advise you. Many patients can return to work and follow their normal routine about a week after their stent procedure.

### Will my stent set off the metal detector at airport security checkpoints?

No, your stent implant will not trigger alarms at security checkpoints.

A1209

45

# Frequently Asked Questions
*(continued)*

### Will I be able to feel the stent inside me?

No, you will not be able to feel the stent once it has been implanted in your artery.

### Could I have recurring symptoms?

Yes, it is possible that you will experience symptoms again, either due to a new blockage in the region treated with the stent or a blockage at another place in your coronary arteries. Your doctor will monitor your progress.

### How can I help prevent a recurrence of symptoms?

While there is no sure way to prevent a recurrence of symptoms, you can reduce the risk through exercise, not smoking, and eating a healthy diet. Your doctor can advise you about lifestyle changes.

A1210

46

 **Definition of Medical Terms**

**Angina:** Chest pain caused by inadequate supply of blood to the heart.

**Angioplasty (also referred to as PTCA):** A minimally invasive procedure in which a balloon dilatation catheter is passed through to the blocked area of an artery. Once inflated the catheter compresses the plaque against the blood vessel wall and enlarges the vessel opening. An angioplasty can also be performed with placement of a stent.

**Anticoagulant:** A medication to prevent or slow the clotting of blood.

**Antiplatelet:** A substance to reduce clumping of platelets in the blood. An antiplatelet medicine helps thin the blood to prevent clot formation.

**Atherosclerosis:** A disease that causes narrowing or blockage of arteries caused by a build-up of fat

A1211

47

# Definition of Medical Terms
*(continued)*

(cholesterol) within the artery wall. The build-up is sometimes referred to as "plaque."

**Cardiac Catheterization Laboratory (Cath Lab):** A sterile X-ray theater in which heart catheterization is performed.

**Catheter:** A thin, hollow, flexible tube used to access the coronary arteries during an angiogram or during an angioplasty procedure. This catheter can be used to inject medication, fluids, or contrast dye during your procedure. Catheter is also used to describe the device used to deliver the balloon or stent during an angioplasty procedure.

**Coronary Angiography (or Heart Catheterization or Cardiac Cath):** A test in which contrast dye is injected to create images of the coronary arteries and the chamber of the heart. This allows the doctor to see the extent of the disease in the coronary arteries and make a decision on how to best treat the blockages.

A1212

48

# Definition of Medical Terms
*(continued)*

**Coronary Arteries:** The blood vessels that carry oxygenated blood from the aorta to the heart muscle. There are four major coronary arteries: the left main, the right coronary artery, the left anterior descending, and the circumflex.

**Coronary Artery Bypass Graft Surgery (CABG):** Open-heart surgery to treat CAD.

**Coronary Artery Disease (CAD):** The formation of blockages or atherosclerotic plaques within coronary arteries that result in restricted blood flow to the heart muscle.

**Electrocardiogram (ECG/EKG):** A test that records changes in the electrical activity of the heart. An ECG/EKG may show whether parts of the heart muscle are damaged due to decreased blood flow to the heart muscle.

**Femoral Artery:** The main artery of the thigh, supplying blood to the leg.

A1213

49

# Definition of Medical Terms
## *(continued)*

**Fluoroscope:** An X-ray device that creates an image of the body that can be viewed on a TV monitor. This permits the doctor to obtain real-time images of the internal structures of a patient.

**In-stent Restenosis:** Recurrent blockage or narrowing of a previously stented vessel.

**Local Anesthetic:** A substance used to numb the area to which it is applied.

**Lumen:** The inner channel or cavity of a vessel or tube. In a blood vessel, it is the opening through which blood flows.

**Myocardial Infarction (MI):** Also called a heart attack. Permanent damage of an area of the heart tissue, due to interruption in the blood flow to the heart muscle (myocardium).

A1214

50

# Definition of Medical Terms
*(continued)*

**Magnetic Resonance Imaging (MRI):** A non-invasive diagnostic procedure used to obtain images of internal body structures through the use of magnets and radio waves.

**Percutaneous:** Performed through the skin.

**Plaque:** An accumulation or build-up of fatty deposits, calcium, white blood cells, and other substances in the wall of an artery that results in narrowing of the vessel lumen.

**Restenosis:** A recurring blockage caused by the excessive growth of scar tissue inside the artery or stent, following an interventional procedure such as angioplasty.

**Stent:** A metallic mesh tube that is implanted into an artery during an angioplasty, providing a scaffold to help hold the artery open, ensuring blood flow to the heart muscle.

A1215

51

# Definition of Medical Terms
*(continued)*

**Transluminal:** Through the inside opening of a vessel or artery.

A1216

52

Abbott Vascular
Santa Clara, CA 95054-2807
USA
TEL: 1.800.227.9902
FAX: 1.800.601.8874

Abbott Vascular
Manufacturing Facility
26531 Ynez Road
Temecula, CA 92591
USA
TEL: 1.800.227.9902
FAX: 951.914.2531

Abbott Vascular Japan
Co., Ltd.
3-5-27 Mita,
Minato-Ku, Tokyo, JAPAN
108-6304
Tel: 81 03.4560.0801

Abbott Vascular
International BVBA
1831 Diegem
BELGIUM
Tel: + 32.2.714.14.11
Fax: + 32.2.714.14.12

This product is intended for use by or under the direction of a physician. Prior to use, it is important to read thoroughly the instructions for use, warnings, and potential complications associated with the use of this device.

© 2008, Abbott Laboratories. All rights reserved.

XIENCE is a trademark of the Abbott Group of Companies.
MULTI-LINK VISION is a registered trademark of the Abbott Group of Companies.
TAXUS is a trademark of Boston Scientific Corp.
Plavix is a trademark of Sanofi-Aventis Corp.

For more information, visit our web site at
www.XIENCEV.com

EL2063967 (6/25/08) (LT2923391)

