1    9 in 2005 to 6 out of 6 in 2007.  This

2    includes today's and tomorrow's presentations.

3      And you will here Dr. Duggirala presenting

4    today on behalf of the Epidemiology Branch.

5           And this is our vision.  To

6    conclude, I just would like to say that, you

7    know, we would like to see that all important

8    post-market  questions  are  addressed  by

9    post-approval  studies,  that  studies  are

10   realistic and founded on good science.

11          We would like also studies to be

12   timely,  accurate,  and  provide  useful

13   information, based on which we might base some

14   of the regulatory actions if needed.

15          Also, we certainly would like to

16   have reports that are clearly identified and

17   effectively track.  And we are committed to

18   keep our stakeholders apprised.

19          I  cannot  stress  enough  how

20   important  it  is  for  us  to  maintain  and

21   cultivate our cooperation with our pre-market

22   colleagues  because  they  are  the  technical

CORD114720

A2331

1   experts for the product.   And we bring the

2   epidemiologic expertise in the study design.

3          If we proactively address all of

4   these issues in a timely fashion during

5   pre-market, we predict that we will have less

6   enforcement options.

7          Just for your information, this is

8   the Epidemiology Branch.   And the current

9   staff that is involved in cardiovascular

10  devices are marked in blue.   You will see

11  there are three epidemiologists, one team

12  leader, a branch chief, and the three project

13  managers that handle post-approval study

14  commitments with regard to cardiovascular

15  devices.

16         Again, the post-approval studies

17  transformation, vision, and goals present high

18  expectations of us and of the stakeholders.

19  Heightened expectations often bring heightened

20  concerns about burdens, workload, perceived

21  fairness, and added value.   It is up to us and

22  our stakeholder to discuss them openly,

CORD114721

A2332

31

1   responsibly, and collaboratively.

2            We understand the concerns, but we

3   have to put them into larger contexts of

4   asking and answering the right post-market

5   questions.  We welcome an exchange of ideas on

6   diverse   methodologies   that   may   be

7   cost-effective,  innovative,  and  productive.

8   We value all analytical approaches and data

9   sources that will give us high-quality answers

10  to the right post-market questions.

11           Thank you.

12           CHAIRPERSON YANCY:  Thank you very

13  much.  Obviously this information is important

14  as increasingly we rely upon the repository of

15  information from post-marketing studies to

16  help  us  understand  the  impact  of  the

17  technologies that we are considering.

18           Are there any questions for the

19  speaker that you just heard?

20           (No response.)

21           CHAIRPERSON YANCY:  Great.

22           1ST OPEN PUBLIC HEARING

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS

1323 RHODE ISLAND AVE., N.W.

(202) 234-4433            WASHINGTON, D.C.  20005-3701            www.nealrgross.com

1          CHAIRPERSON YANCY:   We will now

2    proceed with the open public hearing portion

3    of this meeting.   Both the Food and Drug

4    Administration and the public believe in a

5    transparent process for information-gathering

6    and decision-making.

7          To ensure such transparency of the

8    open public hearing session of the Advisory

9    Committee meeting, FDA believes that it is

10   important to understand the context of any

11   individual's presentation.

12         For this reason, FDA encourages

13   you, the open public hearing, our industry

14   speaker, at the beginning of your written and

15   oral statements to advise the Committee of any

16   financial relationship that you may have with

17   the sponsor; its product; and, if known, its

18   direct competitors.   For example, this

19   financial information may include the

20   sponsor's payment of your travel, lodging,

21   other expenses in connection with your

22   attendance at the meeting.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com

CORD114723

A2334

1          Likewise, FDA encourages you at the

2     beginning of your statement to advise the

3     Committee if you do not have any such

4     financial relationships.  If you choose not to

5     address this issue of financial relationships

6     at the beginning of your statement, it will

7     not preclude you from speaking.

8          There is no one that has signed up

9     for this session.  However, if there is anyone

10    in the audience who would like to speak, we

11    would appreciate hearing from you.

12          (No response.)

13    CHAIRPERSON YANCY:  Since no one is

14    coming forward, we will proceed with today's

15    agenda.  Please note there will be a second

16    opportunity as there is another open public

17    session in the afternoon.

18          We will now proceed to the sponsor

19    presentation.  Whomever speaks first, if you

20    can help me with the nomenclature, that would

21    be great, the XIENCE V Everolimus-Eluting

22    Coronary Stent System.

CORD114724

A2335

1          I would like to remind public

2    observers at this meeting that while this

3    meeting is open for public observation, public

4    attendees may not participate except at the

5    specific request of the panel.

6          We will begin with the sponsor

7    presentation.  Thank you.

8          MR. JOHNSON:    Thank you, Mr.

9    Chairman.

10          SPONSOR PRESENTATION

11          MR. JOHNSON:   The proper name is

12    the XIENCE V Everolimus-Eluting Coronary

13    Stent.

14          CHAIRPERSON YANCY:  Thank you.

15          MR. JOHNSON:  Sure.  Good morning.

16    My name is Gary Johnson.  I am Vice President

17    of Regulatory Affairs, Clinical Research, and

18    Quality Assurance for Abbott Vascular.

19          And on behalf of the employees of

20    Abbott Vascular, our physician investigators,

21    and the patients enrolled in our clinical

22    studies, I would like to thank the panel

CORD114725

A2336

1    members and the Food and Drug Administration

2    for this opportunity to present the XIENCE V

3    Everolimus-Eluting Coronary Stent program.

4              During today's presentation, we

5    will cover a number of topics.  First, I will

6    do a brief introduction.  Then Dr. Murthy

7    Simhambhatla from Abbott will review XIENCE V

8    design goals.

9              Dr. Leslie Coleman from Abbott will

10   summarize our preclinical animal studies.

11   Then Dr. Gregg Stone from Columbia University,

12   who is the PI of the SPIRIT III clinical

13   trial, will review the results of three

14   randomized clinical trials:  SPIRIT FIRST,

15   SPIRIT II, and SPIRIT III.

16             Dr. Stone will be followed by Dr.

17   Mitchell Krucoff from Duke University, who is

18   the co-PI for XIENCE V U.S.A. post-approval

19   clinical study.  He will review a combined

20   safety analysis and our integrated

21   post-approval clinical strategy.  Finally, Dr.

22   Krishna Sudhir from Abbott will close and

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114726

A2337

1    summarize our presentation today.

2            In addition to the presenters, we

3    also have several consultants with us today:

4    Professor Stuart Pocock from the London School

5    of Hygiene and Tropical Medicine; Dr.

6    Alexandra Lansky from CRF, who served as the

7    angiographic core laboratory; Dr. Peter

8    Fitzgerald from Stanford University, who

9    served as the IVUS core laboratory; and Dr.

10   Renu Virmani from CVPath International. We

11   also have Mr. Ron Van Valen with us from

12   Novartis today.

13           The purpose of our presentation

14   today is fourfold. First, we want to review

15   XIENCE V design goals and provide a detailed

16   understanding of the major design

17   characteristics and why they were selected.

18           Second, we want to review the

19   breadth and depth of our preclinical animal

20   studies and vessel healing evaluations.

21   Third, we want to demonstrate the XIENCE V

22   clinical data in its totality establishes a

CORD114727

A2338

1   reasonable   assurance   of   safety   and

2   effectiveness   based   on   valid   scientific

3   evidence.

4          And, finally, we want to review the

5   XIENCE V post-approval clinical strategy that

6   augments our pre-approval clinical data and is

7   effectively powered to evaluate low-frequency

8   events.

9          We   are   seeking   an   indication   for

10   XIENCE   V   which   is   consistent   with   other

11   drug-eluting stents.   The proposed indication

12   is for improving coronary lumenal diameter in

13   patients with symptomatic heart disease due to

14   de novo native coronary artery lesions with

15   lengths less than or equal to 28 millimeters

16   and with reference vessel diameters of 2.5

17   millimeters to 4.25 millimeters.

18          We   are   seeking   approval   for   five

19   diameters of stents, 2.5, 2.75, 3.0, 3.5, and

20   4.0 millimeters.   These diameter stents will

21   be available in six lengths: 8, 12, 15, 18,

22   23, and 28 millimeters.   These diameters and

CORD114728

A2339

38

1   lengths will be available in both a rapid

2   exchange and over the wire delivery system.

3   All stem sizes have consistent drug dose

4   density of 100 micrograms per centimeter2.

5          There are three major design

6   components of XIENCE V coronary stent system:

7    the stents and delivery system, which are

8   based on the approved Multi-Link VISION and

9   Multi-Link MINI VISION coronary stent systems;

10  the drug matrix, which is a fluorinated

11  copolymer that has previously been approved on

12  other vascular application devices; and the

13  drug, everolimus, which is manufactured by

14  Novartis Corporation.

15         Everolimus under the brand name

16  Certican has received two approvable letters

17  from FDA for organ transplant indication.

18  Novartis has also granted FDA rights to

19  reference their IND and NDA to support XIENCE

20  V PMA review.  XIENCE V stent has received

21  regulatory approval and is currently marketed

22  in 64 countries outside of the United States.

CORD114729

A2340

1          To put our regulatory and clinical

2     activities into perspective, I wanted to

3     provide a brief regulatory history.  Abbott

4     Vascular worked collaboratively with FDA in

5     late 2004 and early 2005 to develop a SPIRIT

6     III pivotal clinical trial design.

7          At the time of initiation at the

8     SPIRIT III clinical trial, in May of 2005, FDA

9     agreed that a trial design and the supporting

10    clinical data from the XIENCE V clinical

11    program would provide adequate assurance of

12    safety and effectiveness for the XIENCE V

13    system.

14          During that process, FDA reviewed

15    the everolimus safety, pharmacology,

16    toxicology, and ADME studies and identified no

17    concerns.  FDA considers everolimus to be a

18    well-characterized and studied drug;

19    therefore, not a new molecular entity, or NME.

20          Since everolimus was not an NME,

21    the requirement for 2,000 treated patients in

22    clinical studies typically required for a

CORD114730

A2341

40

1    drug-eluting stent with an NME did not apply

2    to the XIENCE V program.

3            The XIENCE V's clinical program

4    will be overviewed in detail today.  It is a

5    comprehensive, integrated pre-approval and

6    post-approval program that includes over

7    16,000 patients.   It includes four

8    pre-approval clinical studies, for which you

9    will be presented today, and six ongoing or

10   planned clinical studies, which will be

11   reviewed in more detail later in the

12   presentation.

13           In summary, the pre-approval

14   clinical studies in their totality have

15   demonstrated the following.  All the trials

16   have met their pre-specified primary and

17   powered major secondary endpoints.  They have

18   demonstrated non-inferiority and superiority

19   in late loss or bare metal stent.  They have

20   demonstrated non-inferiority and superiority

21   in late loss over an approved drug-eluting

22   stent.  They have also shown non-inferiority

CORD114731

A2342

1   in target vessel failure compared to the TAXUS

2   drug-eluting stent.  And, additionally, all of

3   these   trials   will   have   long-term   follow-up

4   after five years.

5           The   ongoing   and   planned   clinical

6   studies   in   their   totality   are   designed   to

7   include   real-world   patients,   their   power   to

8   effectively   detect   low-frequency   events   of   .5

9   percent,   their   design   to   support   label

10  expansion   to   more   complex   patient   subsets.

11  And   these   studies   will   also   have   long-term

12  follow-up after five years.

13          In   addition   to   our   planned

14  analysis, in response to the panel's comments

15  in December, we have also performed a safety

16  subset analysis of all available two-year data

17  from SPIRIT II and SPIRIT III.

18          Results   of   this   analysis   are

19  consistent with the one-year data from SPIRIT

20  II and III as well as the three-year data from

21  SPIRIT FIRST.   The results of this will be

22  presented   in   more   detail   later   in   the

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS

1323 RHODE ISLAND AVE., N.W.

(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114732

A2343

42

1  presentation.

2          So, with that brief introduction, I

3  would now like to turn the podium to Dr.

4  Murthy Simhambhatla to review the XIENCE V

5  design.

6          DR. SIMHAMBHATLA:   Good morning.

7  Work on the XIENCE V system began at a time

8  when the first iteration of drug-eluting

9  stents were already on the international

10  market.   It was our design objective to

11  develop a second generation drug-eluting stent

12  by integrating well-categorized, well-tested,

13  and proven components into a system capable of

14  assuring a high level of safety,

15  effectiveness, and deliverability.

16          We made a decision early in the

17  design process to use the Multi-Link VISION

18  and MINI VISION systems as the platform for

19  XIENCE V.   The Multi-Link VISION and MINI

20  VISION stents are the number one selling bare

21  metal stents globally and in the United

22  States.   This is a proven and well-tested

CORD114733

A2344

43

1    system.

2           The Multi-Link VISION stent is

3    flexible and has thin struts, characteristics

4    that we believe are particularly important in

5    a DES era, by assuring a high level of

6    conformability to the coronary vasculature and

7    potentially a greater extent of endothelial

8    cell coverage. The Multi-Link VISION stent is

9    also proven to be highly deliverable, a

10   characteristic that we wish to preserve, even

11   after putting a drug coating on the stent.

12          A second design objective was to

13   develop a thin, biocompatible drug coating.

14   We felt that a thin coating would minimize the

15   total cross-section of the coated stent strut

16   and that by doing so, you could not only

17   potentially facilitate the extent of

18   endothelialization but also minimize the

19   potential for flow impairment of side branches

20   traversed by the stent struts.

21          In order to develop a thin

22   biocompatible drug coating, the system had to

CORD114734

A2345

1   be effective at low drug loading.  The polymer

2   had to be stable.  Particularly in the local

3   in vivo milieu, the coating had to be uniform

4   and conformal to minimize the potential for

5   plated adhesion to the stent surface.  And the

6   drug release had to be controlled and compete

7   over time in order to reduce the potential for

8   persistent vascular effects related to the

9   drug.  And, finally, the system in totality

10   had to exhibit good hemocompatibility and

11   vascular compatibility.

12         Shown here are the four components

13   of the XIENCE V system, as previously

14   described.  The platform is a Multi-Link

15   VISION stent and stent delivery system.  The

16   drug is everolimus.  And the drug-carrying

17   matrix is a fluorinated copolymer.  I will now

18   discuss each of these components in turn

19   relative to our design objectives.

20         The Multi-Link VISION stent, which

21   is the platform for XIENCE V, is based on

22   cobalt chromium technology.  This technology

CORD114735

A2346

1   allows us to develop thinner struts without

2   compromising radial opacity or radial

3   strength.  The thin struts also allow for good

4   flexibility and conformability and in

5   combination with the delivery system result in

6   a low system profile.  And, finally, the

7   delivery system itself has been optimized and

8   minimized vessel injury outside a stented

9   segment by reducing the amount of balloon

10  overhang outside the stent.

11       Shown here are in vitro flow data

12  by Julio Palmaz and his colleagues.  These

13  data indicate that the extent of endothelial

14  coverage is related to the barrier to flow.

15  In particular, these data indicate that the

16  extent of endothelial coverage is compromised

17  for obstacle thicknesses exceeding 100

18  microns.  Based on this result, this group

19  postulated that endothelial coverage may be

20  imputed for thicker thin struts.

21       It is in this context that we

22  believe that the progression toward thinner

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433        WASHINGTON, D.C. 20005-3701        www.nealrgross.com

CORD114736

A2347

46

1    thin struts is important.  Shown on the left

2    are    the    scanning    electron    microscope

3    cross-sections  for  the  first  iteration  of

4    drug-eluting  stents,  for  which  the  strut

5    thickness  is  significantly  greater  than  100

6    microns.    Shown    on    the    right    is    the

7    cross-section  for  XIENCE V stent  with  a  strut

8    thickness of 81 microns.

9        Also of note is the dark outline of

10   the  polymer  coating  around  the  bright  stent

11   struts.   Shown  on  the  left  are  the  outlines

12   for  the  first  iteration  of  regulating  stents

13   where  the  coating  thickness  varies  from  13  to

14   20  microns.    The  coating  thickness  for  the

15   XIENCE   V   stent,   on   the   other   hand,   is

16   approximately eight microns.

17        We tested the deliverability of the

18   XIENCE  V  system  extensively  in  our  synthetic

19   coronary    artery    models    that    simulated

20   tortuosity  and  simulated  lesions.    In  these

21   three-dimensional  models,  we  demonstrated  with

22   the  deliverability  of  the  XIENCE V  system  for

CORD114737

A2348

1   the  smallest  and  largest  stent  sizes  were

2   equivalent to the MINI VISION and VISION bare

3   metal stents, respectively.

4          The    drug    everolimus    is    a

5   proliferation signal inhibitor that acts in

6   the late G1 phase of the cell cycle to inhibit

7   cellular proliferation in a reversible manner.

8    Everolimus  belongs  to  the  same  family  of

9   synthetic  macrolide  compounds  as  sirolimus.

10  And both these drugs have IC50 values in a

11  similar  range  for  the  inhibition  of  smooth

12  muscle cell proliferation.

13         We  studied  a  wide  range  of  drug

14  doses in porcine coronary arteries from 100

15  micrograms per centimeter2 to 800 micrograms

16  per centimeter2.  We observed sufficient drug

17  effect at 100 micrograms per square centimeter

18  with  no  evidence  of  toxicity  of  medial

19  necrosis at 800 micrograms per centimeter2.

20         The  lowest  effective  dose  of  100

21  micrograms  per  centimeter2  was  there  for

22  selective  clinical  development.   With  this

CORD114738

A2349

48

1  dose, we had an eight-fold safety margin given

2  the absence of toxicity of medial necrosis

3  with the 800 microgram per centimeter2 dose in

4  our porcine models.

5      The amount of drug on the XIENCE V

6  stent is significantly reduced relative to

7  other limus-eluting stents.   In particular,

8  the amount of drug in the XIENCE V stent is

9  reduced by 41 percent relative to Cypher.

10  This is notable given that the IC50 values for

11  both everolimus and serolimus are in a similar

12  range for the inhibition of full muscle cell

13  proliferation.

14      We, therefore, achieved a key

15  design objective of effectiveness with reduced

16  drug loading.   And this will be demonstrated

17  later in the clinical presentation.

18      The XIENCE V polymer selection and

19  coating design were optimized for the

20  controlled elution of everolimus over time and

21  for the complete release of drug over time.

22  Approximately 80 percent of the drug is

CORD114739

A2350

1  released by 30 days.  And substantially all of

2  the drug is eluted by 820 days.

3          XIENCE V coating design comprises a

4  primer and matrix system.  In the expanded

5  view on the right, the stent strut is shown in

6  white. The drug-carrying fluoropolymer matrix

7  is shown in blue.  And a thin primer layer is

8  shown in red.  It is the function of the

9  primer to ensure good adhesion between the

10 drug coating and the thin strut.

11         This system does not have a top

12 coat.  In our experience, this system allows

13 for better manufacturing control and drug

14 release than a top coat system for such thin

15 coatings.  This system also allowed us to

16 optimize the adhesion of the coating to the

17 stent strut while minimizing unwanted

18 adhesions to the delivery balloon.

19         The drug-carrying matrix is an

20 ultra pure copolymer comprised of vinylidene

21 fluoride and hexafluoropropylene monomers.

22 This polymer has been used in approved

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com

CORD114740

A2351

50

1    cardiovascular,   neurologic,   and   ophthalmic

2    sutures.

3            The   ratio   of   the   vinylidene

4    fluoride   and   hexafluoropropylene   allows   us   to

5    optimize   the   coating   elasticity   in   order   to

6    prevent   the   coating   from   cracking   upon   stent

7    expansion   and   coating   toughness   to   ensure   the

8    durability   of   the   coating   during   the   act   of

9    stent   delivery   to   the   target   lesion.

10           This   polymer   is   one   of   the   most

11   stable   entities   chemically   because   of   its

12   durable   carbon   carbon   backbone   and   the

13   covalent   carbon   fluorene   bonds.   And   this

14   stability   confers   to   this   polymer   a   high

15   degree   of   stability   in   vivo   as   well   as

16   biocompatibility.   And,   finally,   this   polymer

17   has   good   hemocompatibility.

18           Shown   here   are   micrographs   of   the

19   XIENCE   V   system,   illustrating   its   coating

20   integrity.   The   coating   was   designed   to

21   minimize   webbing,   bridging,   and   strut-to-strut

22   contact   in   the   crimped   state.   It   was   also

CORD114741

A2352

51

1    designed to maintain the coating integrity

2    after simulated use, stent expansion, and

3    fatigue testing.

4              A key design objective for the

5    XIENCE V system was to assure a level of

6    hemocompatibility that was at least equivalent

7    to the bare metal VISION platform.  We tested

8    hemocompatibility in accordance to ISO10-993

9    and showed in an un-hecronized ex vivo shunt

10   study that the amount of polymers accumulated

11   on the XIENCE V stent was less than that on

12   the bare metal VISION stent.  We, therefore,

13   surpassed our objective of ensuring equivalent

14   hemocompatibility to the bare metal stent.

15             We also studied the vascular

16   response of the XIENCE V system and XIENCE V

17   copolymer extensively in porcine models and

18   demonstrated that all the way out to two

19   years, the polymer response is equivalent to

20   the VISION bare metal stent.  We have also

21   studied the vascular response of three times

22   the amount of polymer on the stent and have

CORD114742

A2353

52

1   found  the  response  equivalent  to  the  bare

2   metal vision stent.

3          So, in summary, the XIENCE V system

4   is built on the proven VISION stent and stent

5   delivery system.  The VISION stent is flexible

6   and has thin struts.  It is also a deliverable

7   stent.

8          We  have  also  developed  a  thin,

9   biocompatible drug coating that is effective

10  at low drug loading.  The polymer is stable.

11  The  coating  is  uniform  and  conformal  around

12  the stent struts.

13         The drug release is well-controlled

14  and  complete  over  time.  And,  finally,  the

15  system  exhibits  good  hemocompatibility  and

16  vascular compatibility.

17         I will now turn over the podium to

18  my preclinical colleague, Dr. Leslie Coleman.

19         DR.  COLEMAN:  Good  morning.  I

20  would  like  to  present  to  you  an  overview  of

21  the  XIENCE  V  preclinical  program.  The

22  clinical  program  consisted  of  an  extensive

CORD114743

A2354

53

1  assessment of the biocompatibility of the

2  XIENCE V system and assessment and

3  characterization of the pharmacokinetics of

4  XIENCE V, a comprehensive safety assessment,

5  and an assessment of the endothelial cell

6  response to XIENCE V.

7       The biocompatibility of the XIENCE

8  V system was demonstrated through numerous in

9  vitro and in vivo studies.  All studies were

10 conducted in compliance with applicable

11 guidelines, and all studies passed.

12      The pharmacokinetics of the XIENCE

13 V was characterized in a porcine coronary

14 artery model.  And, as you can see in the

15 graph, the graph on the left demonstrates that

16 the XIENCE V released everolimus in a

17 consistent and controlled manner, with

18 complete drug release by 120 days.  And we

19 believe that it's very important to have

20 complete release of the drug from the system

21 in order to allow for vessel healing.

22      These release kinetics translate

CORD114744

A2355

54

1    into effective arterial delivery, as you can

2    see on the right graph, where we have

3    controlled release of everolimus to the target

4    tissue or the stented artery over time. This

5    has allowed for the presence of everolimus

6    during the first several months following

7    stent implantation consistent with the peak

8    cellular phases of neointimal hyperplasia.

9         The clinical pharmacokinetics of

10   XIENCE V were studied in several substudies

11   within the SPIRIT II and SPIRIT III clinical

12   trials.

13        Results from all P-K substudies

14   were consistent across geographies and showed

15   limited systemic exposure of everolimus up to

16   a total dose of 588 micrograms. And at all

17   times the amount of systemic everolimus

18   correlated with the number of stents implanted

19   into the patient.

20        Importantly, systemic exposure to

21   everolimus was well below the minimal

22   therapeutic blood level of three nanograms per

CORD114745

A2356

1    ml that must be maintained at a steady state

2    when everolimus is delivered orally to prevent

3    organ transplant rejection.

4            We conducted a comprehensive safety

5    assessment of the XIENCE V system. This

6    entailed 35 animal studies. We evaluated the

7    system in two species. And we have data on

8    the XIENCE V system extending from 28 days out

9    to 2 years.

10           We chose to evaluate the XIENCE V

11   in two animal species in order to account for

12   any species-specific responses. And we

13   evaluated the XIENCE V system in numerous

14   configurations, including single stents, which

15   we did evaluate in two species, again with

16   data out to two years. We evaluated the

17   response to overlapping XIENCE V stents, also

18   in two species.

19           And then, as mentioned previously,

20   we conducted studies to understand fully the

21   safety margin of the system by evaluating a

22   maximum dose system that has eight times the

CORD114746

A2357

1    amount of everolimus on the system as well as

2    polymer-only systems, ranging from 1X polymer

3    out to three times the amount of polymer on

4    the system.   And we have evaluated these

5    polymer systems out to two years.

6          From a safety perspective, our goal

7    was to establish effective drug delivery with

8    rapid vessel healing.   We defined vessel

9    healing by the following four criteria that we

10   should have a smooth muscle cell rich

11   neointima incorporating all stent struts as

12   rapidly as possible.   There should be minimal

13   persistent fibrin, minimal long-term

14   inflammation, and a rapidly endothelialized

15   lumen.

16         These are representative histologic

17   images of XIENCE V as compared to a VISION

18   bare metal stent at numerous time points from

19   28 days out to 2 years.   The bar graph below

20   demonstrates the inflammatory scores over

21   time, again comparing XIENCE V to VISION

22   metallic stents from 28 days out to 2 years.

CORD114747

A2358

1    Inflammation is scored on a scale

2    of zero to four with a score of zero to one

3    being considered background in this particular

4    model, in the porcine model.

5    As you can see, the neointimal

6    response to XIENCE was similar to a VISION

7    metallic stent. And there is minimal

8    long-term inflammation. From 180 days out to

9    one year and then to 2 years, the neointimal

10   response is stable.

11   At higher magnification, one can

12   appreciate the cellular composition of the

13   vessel wall in response to a XIENCE implant.

14   The bar graph demonstrates fibrin over time.

15   And, as we would expect, there is peri-strut

16   fibrin at 28 days consistent with peak drug

17   elution. But as the system elutes the drug,

18   there is minimal to no fibrin consistent with

19   elution of the drug and no longer drug being

20   detected in the tissue. Again, the neointimal

21   response is stable from six months out to two

22   years, consistent with a healed vessel.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114748

A2359

58

1          Endothelialization in the porcine

2     model was complete at all time points

3     evaluated.  To summarize the safety response,

4     during the active phase of drug elution, we

5     did observe that there was a fully

6     endothelialized lumen, there was neointimal

7     coverage of all stent struts with peri-strut

8     fibrin, consistent with drug elution,

9     inflammation comparable to VISION metallic

10    stent and no mineralization, no medial

11    necrosis, demonstrating the overall lack of

12    vessel toxicity.

13          At 180 days and beyond, the phase

14    at which there is no longer a drug detected in

15    the tissue, the vessels were again fully

16    endothelialized and largely in a quiescent,

17    healed state.  And so these findings we

18    believe are consistent with vessel healing.

19          So, to conclude the safety

20    assessment, we have demonstrated safety in two

21    animal models with data out to two years.  We

22    have met the goal of our DES safety program by

CORD114749

A2360