59

1   demonstrating these parameters, that there is

2   a neointima incorporating all stent struts,

3   minimal     fibrin,     minimal     long-term

4   inflammation, and a rapidly endothelialized

5   lumen, consistent with vessel healing.

6        We have also been very interested

7   in understanding the endothelial cell response

8   to a XIENCE V system.   As such, we have

9   conducted several novel research studies in

10  collaboration with Dr. Renu Virmani in order

11  to understand the endothelial cell response to

12  a XIENCE V stent in comparison to a metallic

13  VISION stent as well as other commercially

14  available drug-eluting stents.

15       All of these studies were conducted

16  in a rabbit model, which allows us to really

17  differentiate the endothelial response to

18  various stent platforms.

19       And as part of these studies, we

20  conducted an assessment, an in-depth

21  assessment, of the endothelial cell coverage

22  by qualitative and quantitative means through

CORD114750

A2361

1    scanning electron micrograph evaluation.   We

2    also looked for the presence of specific

3    endothelial cell markers through both confocal

4    microscopy and molecular evaluation.

5              This I chose representative

6    scanning electron micrograph of the lumenal

7    surface of stents that have been cut

8    longitudinally following 14 days in a rapid

9    vessel, iliac vessel.

10             And, as you can see, if we look at

11   the XIENCE V, we have good endothelial cell

12   coverage of the stent surface.   And it's

13   somewhat similar in coverage as the VISION

14   metallic stent.   And there is greater coverage

15   as compared to the other commercially

16   available drug-eluting stents.

17             We quantified the endothelial cell

18   coverage.   And the data is demonstrated here.

19   And in order to assess coverage, we looked

20   both above the stent struts as well as in

21   between stent struts.

22             And when we look over the stent

CORD114751

A2362

1   struts, you can see that there is

2   significantly greater coverage with the XIENCE

3   V stent as compared to other commercially

4   available drug-eluting stents. And the XIENCE

5   V stent has similar coverage to a VISION

6   metallic stent.

7           In order to understand endothelial

8   cell integrity and functionality, we looked

9   for the presence of two specific biomarkers.

10  We looked for expression of platelet

11  endothelial cell adhesion molecule, which is a

12  membrane glycoprotein that is constitutively

13  expressed by endothelial cells. And we also

14  looked for production of vascular endothelial

15  growth factor, which we believe should be

16  down-regulated      with         complete

17  endothelialization.

18          The expression of PECAM is

19  demonstrated here. This was evaluated by

20  immunohistochemical means. And the chemical

21  expression is shown here. And, consistent

22  with the endothelial data that I just showed,

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114752

A2363

62

1    there is significantly greater expression of

2    PECAM on the part of XIENCE as compared to

3    other drug-eluting stents.

4            In terms of VEGF production, we

5    looked for both protein levels as well as gene

6    expression.  And the data shown here are from

7    two different sets of experiments.  And the

8    data is consistent with one another.

9            We do see that the levels of VEGF

10   expression for XIENCE are similar to a VISION

11   metallic stent and less than the other

12   drug-eluting stents.  And we believe this is

13   consistent with endothelialization.

14           So, to summarize, XIENCE V

15   demonstrated rapid re-endothelialization

16   compared to other drug-eluting stents.  And

17   XIENCE V demonstrated enhanced endothelial

18   cell function.  And, to conclude, we do

19   believe that rapid endothelial cell coverage

20   and function are consistent with vessel

21   healing.

22           I would now like to introduce Dr.

CORD114753

A2364

63

1    Gregg Stone, who will speak to you about the

2    SPIRIT clinical program.

3            DR. STONE:  Thank you, Leslie.

4            Good morning.  My name is Gregg

5    Stone.  I'm an interventional cardiologist at

6    Columbia University Medical Center.  And I am

7    here    to    discuss    the    preclinical

8    investigational   pathway   that   has   been

9    undertaken  for  the  SPIRIT  program  of  the

10   XIENCE V stent.

11           I have also represented in the past

12   Boston    Scientific    as    the    principal

13   investigator  of  the  pivotal  TAXUS  IV  trial

14   that  led  to  approval  of  that  device  in  the

15   United  States  and  have  also  been  the  principal

16   investigator  of  the  United  States  TAXUS  5  and

17   TAXUS 5 ISR trials.

18           I    currently    receive    research

19   support  from  both  Abbott  Vascular  and  from

20   Boston  Scientific,  which  are  the  manufacturers

21   of  the  two  stents  that  I  will  be  discussing  in

22   this    presentation    and    which    were    pitted

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C.  20005-3701          www.nealrgross.com

CORD114754

A2365

64

1    against each other in the SPIRIT II and SPIRIT

2    III trials.   And I also do work with other

3    device companies that manufacture devices that

4    I won't be discussing today.

5         This is the second time of four you

6    are going to see this slide describing the

7    16,000 patients that will be enrolled, have

8    been rolled, and will be enrolled in the

9    pre-approval and the ongoing and planned

10   clinical studies for the XIENCE V stent.

11        And I am going to be specifically

12   describing the results of four different

13   studies.   These of these were randomized

14   trials:   the SPIRIT FIRST trial, the SPIRIT

15   II, and SPIRIT III, and then the SPIRIT III

16   4.0-millimeter stent registry arm, which was

17   part of the SPIRIT III randomized trial.

18        So if we first look at the SPIRIT

19   FIRST trial, this was the first in-human use

20   of the XIENCE V stent.   This trial was

21   performed at a time when one could still

22   compare a drug-eluting stent versus a bare

CORD114755

A2366

65

1    metal stent.  And this compared the XIENCE V

2    stent versus the otherwise similar bare metal

3    VISION stent.

4           This was a relatively simple

5    randomized controlled trial in single de novo

6    lesions.  It was performed in 60 patients in 9

7    sites in Europe.  Again, relatively short

8    focal lesions with a reference vessel diameter

9    of three millimeters and a lesion length of up

10   to 12 millimeters were enrolled in this study

11   and then randomized one to one to either the

12   XIENCE V Everolimus-Eluting Stent versus an

13   otherwise identical multi-length VISION bare

14   metal stent.

15          Again, this was prospective.  This

16   was single blind and randomized.  Angiographic

17   and intravascular ultrasound was performed or

18   intended to be performed at six months and one

19   year in all patients with clinical follow-up

20   performed at regular intervals up to five

21   years.

22          I will be emphasizing the primary

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114756

A2367

66

1  and the major secondary endpoints for these

2  studies.      The    primary    endpoint    was

3  angiographic in-stent late loss at 180 days,

4  with   a   major   secondary   endpoint   of

5  intravascular  ultrasound-determined  percent

6  volume  obstruction;  that  is,  tissue  growth

7  within the stent.

8        At 180 days, this trial, of course,

9  was  underpowered  to  look  at  clinical  events.

10 Both  of  these  endpoints  looking  at  the  degree

11 of  neointimal  growth  within  the  stents  over

12 time  were  powered  for  superiority.   That  is,

13 the XIENCE V stent had to be better than the

14 bare   metal   stent.     And   the   principal

15 investigator  was  Patrick  Serruys  from  the

16 Thorax Center.

17       What I will be doing for all of the

18 data that I will be showing is I will be only

19 showing  you  p-values  when  it  was  either  a

20 primary  endpoint  or  a  powered  secondary

21 endpoint.  Otherwise we will be displaying the

22 results  as  either  differences  or  relative

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

67

1    risks with confidence intervals, which should

2    be considered secondary analyses or

3    exploratory.

4           Here you can see the primary

5    endpoint of this trial, SPIRIT FIRST

6    drug-eluting stent, versus bare metal stent

7    looking at in-stent late loss. That is, from

8    the time of the immediate post-procedure to

9    six months later, how much tissue actually

10   accumulated at the worst spot within the stent

11   as determined by quantitative coronary

12   angiography?

13          And you can see there was a marked

14   reduction in the amount of late loss from a

15   mean of 0.85 millimeters with the VISION bare

16   metal stent to 0.1 millimeter with the XIENCE

17   V stent, an 88 percent reduction, which was

18   highly statistically significant.

19          When one looks at the major

20   secondary endpoint of percent volume

21   obstruction, this now looks with a more

22   sensitive intravascular ultrasound method,

CORD114758

A2369

68

1  looking at the percentage of tissue growth now

2  on a volumetric basis within the stent margins

3  that were occluding the illumene, if you will.

4         You can see that, similarly, there

5  was a marked reduction in the percent volume

6  obstruction from almost 30 percent of the

7  stent being filled with tissue with the VISION

8  bare metal stent.  And this was reduced 72

9  percent to an 8 percent volume obstruction

10  with the XIENCE V stent, again highly

11  statistically significant.

12         Now, I did mention that this trial

13  was underpowered for clinical events, but, of

14  course, these patients were followed

15  clinically.  And we have data now out to three

16  years on the patients that were enrolled in

17  the XIENCE V stent versus the VISION stent in

18  SPIRIT FIRST.

19         You can see that, importantly,

20  there were no cardiac deaths in either arm.

21  Other events were relatively low in frequency,

22  especially in the XIENCE V arm, in these

CORD114759

A2370

69

1  patients followed out to three years.

2          I will point out that there were

3  trends towards reduced target lesion

4  revascularization. This is the purest

5  clinical surrogate of drug-eluting stent

6  efficacy. This means ischemia leading to a

7  repeat procedure due to restenosis, either at

8  the lesion itself or at the margins out five

9  millimeters from the lesion; the composite

10  endpoints of major adverse cardiovascular

11  events, which I will describe further later;

12  and target vessel failure, also tended to be

13  reduced with the XIENCE V stent, but, again,

14  we weren't powered to show differences for

15  this trial. And, perhaps most importantly,

16  there were no cases of stent thrombosis out to

17  three years in this small study with either

18  the XIENCE V stent or the VISION bare metal

19  stent.

20          So the conclusions from the SPIRIT

21  FIRST trial were that this trial met both its

22  pre-specified primary and major secondary

CORD114760

A2371

70

1   endpoints, demonstrating superiority of the

2   XIENCE V stent compared to the bare metal

3   multi-link VISION stent in reducing late loss

4   and percent volume obstruction.

5        We now entered a phase in clinical

6   development where most physicians were using

7   drug-eluting stents for the majority of

8   patients with coronary artery disease. And it

9   no longer became feasible to compare

10  drug-eluting stents to bare metal stents.

11       So now we will be looking at

12  studies comparing the XIENCE V stent to the

13  otherwise widely utilized paclitaxel-eluting

14  TAXUS stent. So this is DES versus DES. And

15  the first such study, which was designed in

16  Europe, was the SPIRIT II randomized

17  controlled trial.

18       This was a more challenging study

19  in which high-risk patients were enrolled.

20  Patients were enrolled with up to two de novo

21  lesions, rather than one, with a maximum of

22  one lesion per epicardial vessel. And the

CORD114761

A2372

1   lesions were also more challenging.  They

2   could be in smaller vessels or larger vessels,

3   ranging from 2.5 to 4.25 millimeters and,

4   probably even more importantly, much longer,

5   up to 28 millimeters in length.

6         A total of 300 patients were

7   enrolled in this trial at 28 sites outside the

8   United States.  And patients were randomized

9   three to one to either the XIENCE V

10  Everolimus-Eluting Stent or the TAXUS

11  Paclitaxel-Eluting Stent.  So this was also a

12  prospective, single-blind, randomized trial.

13        Angiographic and intravascular

14  ultrasound follow-up was performed or intended

15  to be performed at 180 days in all patients

16  and 2 years in approximately half the

17  patients.  Clinical follow-up was performed at

18  regular intervals up to five years.

19        Now, the primary endpoint for this

20  300-patient trial, in which a DES was compared

21  to a DES, was angiographic in-stent late loss

22  at 180 days.  And this trial was powered to

CORD114762

A2373

72

1    demonstrate the XIENCE V compared to TAXUS was

2    first not inferior and then if it met that

3    endpoint to test whether or not it was

4    superior in terms of reducing in-stent late

5    loss.

6        The powered secondary endpoint was

7    angiographic in-segment late loss at 180 days.

8    And this was powered for non-inferiority.

9    And Patrick Serruys at the Thorax Center was

10   again the principal investigator.

11       This shows now for the first

12   primary endpoint the angiographic patient flow

13   at 6 months of 300 randomized patients.

14   Six-month angiographic follow-up was completed

15   in 92 percent.  And Europe is very good with

16   angiographic follow-up.

17       And if we look at the primary

18   endpoint of in-stent late loss, one can see

19   that not only was the XIENCE V stent shown to

20   be non-inferior to the TAXUS stent in terms of

21   late loss, but it was also highly

22   statistically superior with a marked 69

CORD114763

A2374

1    percent reduction in late loss, from 0.36

2    millimeters with TAXUS to 0.11 millimeters

3    with XIENCE V.

4            And I will just remind you this

5    compares to 0.8 to 1 millimeters with bare

6    metal stents.  So this expanded scale, you

7    still see this marked reduction in late loss

8    with XIENCE V compared to the otherwise

9    leading TAXUS stent.

10           When one looks at in-segment late

11   loss, this now looks not only at the biologic

12   efficacy of the drug-eluting stent device;

13   that is, what is going on within the margins

14   of the stent; that is, in-stent late loss, but

15   also takes into account the five-millimeter

16   edges.  And this can look at balloon stent

17   mismatch issues, drug diffusion effects, and

18   other such effects.  And this is more the

19   whole lesion itself.

20           And you can see even considering

21   in-segment late loss, while the trial was only

22   powered for non-inferiority, you can see there

CORD114764

A2375

74

1  tended  to  be  a  53  percent  reduction  in

2  in-segment  late  loss,  from  0.15  millimeters

3  with  TAXUS  to  0.7  millimeters  with  the  XIENCE

4  V  stent.

5           Looking    at    the    intravascular

6  ultrasound  measures,  again,  of  percent  volume

7  obstruction,  this  is  the  most  commonly  relied

8  upon  IVUS  measure.  You  can  see  that  there  is

9  a    statistically    significant    66    percent

10 reduction  in  volume  obstruction  from  7.4

11 percent  with  TAXUS  --  and,  again,  this  usually

12 compares  to  about  30  percent  with  the  bare

13 metal  stent  --  down  to  2.5  percent  with  the

14 XIENCE  V  stent.  So  the  DES  is  doing  what  it

15 is  supposed  to  be  doing  in  terms  of  inhibiting

16 tissue  regrowth.

17           Now,  if  we  look  at  the  clinical

18 outcomes,  at  one  year  --  and  this  trial,

19 again,  was  not  powered  for  clinical  endpoints,

20 but,  of  course,  it's  important  to  look  at  how

21 the  patients  did  --  you  can  see  the  12-month

22 clinical  follow-up,  which  is  the  data  that  we

CORD114765

A2376

75

1    currently have from this trial and has been

2    completed in 99.3 percent of the patients.

3           First, looking at safety endpoints,

4    stent thrombosis has been adjudicated by both

5    the pre-specified per-protocol definition and

6    then by now the widely used Academic Research

7    Consortium definitions; that is, definite or

8    probable ARC stent thrombosis.  And one can

9    see that the rates of stent thrombosis out to

10   one year were low with the TAXUS stent --

11   that's the red -- and also very low with the

12   XIENCE V stent.

13          If one looks at cardiac death,

14   there was zero percent cardiac death at one

15   year with the XIENCE V stent versus 1.3

16   percent with the TAXUS stent.  There was a

17   numerical trend towards less myocardial

18   infarctions with XIENCE V compared to TAXUS.

19   And there was a borderline statistically

20   significant reduction in target lesion

21   revascularization.

22          Again, this is clinical restenosis.

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114766

A2377

1      These are real procedures due to recurrent

2   ischemia, recurrent angina, recurrent symptoms

3   requiring rehospitalization for repeat either

4   angioplasty or surgery.  So 6.6 percent with

5   TAXUS and 1.8 percent with XIENCE.

6           As a result, when we start looking

7   at composite measures of safety and efficacy

8   -- and I am not a big fan of these composite

9   measures because you can obviously have the

10  components going different directions.  So

11  it's important to look at the components.

12          But the first composite measure

13  that we often look at is MACE.  And this is

14  cardiac death, myocardial infarction, or

15  target lesion revascularization which is

16  relatively specific to the stent itself.

17          And here you can see that for the

18  first time in a randomized trial, we actually

19  saw a significant reduction in MACE with one

20  drug-eluting stent versus another from 9.2

21  percent, which is a relatively low number,

22  actually, with the TAXUS stent for this type

CORD114767

A2378

1    of lesion and patient mixed, but reduced to

2    2.7 percent with the XIENCE V stent.

3             Now, the next component that we can

4    look at of what can happen in terms of repeat

5    vascularization is what we call target vessel

6    revascularization remote; that is, remote from

7    the target lesion.  This could be new lesions

8    that occur in the side branches, from guide

9    catheter trauma, from a new distal lesion,

10   progression of disease.

11            We wouldn't expect a drug-eluting

12   stent to either prevent this or to improve

13   upon it.  And you can see these two

14   drug-eluting stents had similar rates of TVR

15   remote.

16            So if we look at the second

17   composite measure of target vessel failure,

18   which is somewhat more of a general measure

19   now looking at cardiac death, MI, TLR, or TVR

20   remote.  You can see, of course, this will

21   always dilute out a little bit of the ability

22   to see the difference between two devices.

CORD114768

A2379

1   And that's what we see here.

2          Nonetheless, you could see a trend

3   towards a 51 percent reduction in target

4   vessel failure with XIENCE compared to TAXUS,

5   9.2 versus 4.5 percent.

6          Thus, the conclusions from SPIRIT

7   II are that the SPIRIT II trial met its

8   pre-specified primary endpoint, demonstrating

9   superiority of the XIENCE V stent compared to

10  the TAXUS stent in reducing in-stent

11  angiographic late loss.

12         So this brings us now to the

13  pivotal United States-based SPIRIT III

14  randomized controlled trial, which was

15  designed in concert with FDA to support this

16  pre-market approval application of the XIENCE

17  V stent versus the TAXUS stent, again DES

18  versus DES. And, as you'll see, this trial

19  was designed in very similar fashion to SPIRIT

20  II.

21         So, once again, we took patients

22  with up to two de novo lesions with a maximum

CORD114769

A2380

1    of one lesion per epicardial vessel, with very

2    similar reference vessel diameters and lesion

3    lengths, as in SPIRIT II, an RVD of 2.5 to

4    3.75 millimeters and lesion lengths up to 28

5    millimeters.   This   actually   matches   the

6    labeling of the TAXUS stent for use in the

7    United States.

8              And this was a much larger study,

9    randomizing 1,002 patients at 65 United States

10   sites.  Patients were randomized two to one to

11   the XIENCE V stent compared to the TAXUS

12   stent.

13             This   again   was   a   prospective

14   single-blind, randomized trial. Angiographic

15   and intravascular ultrasound was performed at

16   eight months in pre-specified subsets of

17   patients.  And I'll describe this for you

18   coming up.

19             Clinical follow-up was intended to

20   five years at regular intervals in all

21   patients.  And that's ongoing.  The primary

22   endpoint for this trial was angiographic

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS

1323 RHODE ISLAND AVE., N.W.

(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114770

A2381

1  in-segment late loss at eight months. So we

2  have now extended from in-stent late loss,

3  which is easier to show because that's just

4  looking at big differences within the stent,

5  to now in-segment late loss, which is a more

6  comprehensive measure taking into account what

7  goes on at the edges, where the drugs might

8  not be able to get to.

9          So, looking at this more

10  comprehensive measure at eight months and this

11  trial is powered, again, for sequential

12  non-inferiority and superiority testing of

13  XIENCE V versus TAXUS.

14          The first 564 patients enrolled

15  into this trial were entered into the

16  angiographic follow-up cohort with the

17  patients after that enrolled in a

18  non-angiographic follow-up cohort. There were

19  no statistically significant differences in

20  the baseline characteristics of the patients

21  intended for angiographic follow-up versus

22  those who weren't.

CORD114771

A2382

81

1          Now, the major secondary endpoint,

2     which was actually also a co-primary endpoint

3     because both endpoints were required to be met

4     for regulatory approval, was the first time we

5     have actually looked at a clinical endpoint.

6     And that was ischemia-driven target vessel

7     failure.

8          So this is this general measure of

9     safety and efficacy at nine months, cardiac

10    death, myocardial infarction, or target vessel

11    revascularization that consists of target

12    lesion or vascularization or TVR remote.

13         With 1,002 patients, this trial is

14    powered for non-inferiority.  And that was the

15    regulatory burden that had to be met.  The

16    trial was not powered for superiority for

17    target vessel failure.  And it was my honor to

18    be involved as the principal investigator of

19    this study.

20         Now, in addition, we also wanted to

21    look at the safety and efficacy of a

22    4.0-millimeter stent.  And we often treat

CORD114772

A2383

82

1 large vessels with drug-eluting stents.  Right

2 now we have to take the currently available

3 3.5-millimeter stents, put them in, expand

4 them with a larger balloon to get them up to

5 4.0.   There is not currently an approved

6 four-millimeter drug-eluting stent on the

7 United States market.

8  So what was worked out in concert

9 with FDA to evaluate this since we couldn't

10 randomize it to another 4-millimeter

11 drug-eluting stent was to take within these

12 patient populations the appropriate lesions

13 that were eligible for a 4-millimeter stent --

14 and that's a reference vessel diameter of 3.75

15 to 4.25 millimeters -- and to do a small

16 registry, basically just to see if the results

17 were consistent with the XIENCE V stent and at

18 least not inferior to the results of the TAXUS

19 stent in the remainder of the randomized

20 SPIRIT III trial.

21  So this was a prospective

22 single-blind 4.0-millimeter registry compared

CORD114773

A2384

83

1    to the concurrent TAXUS control arm from

2    SPIRIT III with angiographic follow-up at 8

3    months in all patients intended with clinical

4    follow-up ongoing to 5 years.  And the primary

5    endpoint that was agreed upon for regulatory

6    approval was angiographic in-segment late loss

7    at eight months powered for non-inferiority to

8    TAXUS from SPIRIT III.

9             So if we first look at these

10   primary angiographic endpoints, this is the

11   randomized trial, the first 564 patients.  And

12   you can see that at 8 months, angiographic

13   follow-up was completed in 77 percent of

14   patients.

15             Usually in the United States, we

16   get about 75 to 80 percent.  And, in fact, we

17   have powered this trial for 75 percent

18   angiographic follow-up.  If one extends this

19   out to another one month, then we are up to 82

20   percent angiographic follow-up, but this is

21   the official formal window, with 77 percent.

22             This was the primary endpoint of

CORD114774

A2385

1   SPIRIT III in-segment late loss at eight

2   months. And, once again, one can see that not

3   only was the XIENCE V stent compared to the

4   TAXUS stent -- not only did it meet the

5   primary endpoint of non-inferiority, but it

6   was also highly statistically significant

7   superior in terms of reducing in-segment late

8   loss across the entire lesion and at the edges

9   from 0.28 millimeters with TAXUS to 0.14

10   millimeter with XIENCE V, a 50 percent

11   reduction p-value of 0.004.

12        When one looks at the

13   four-millimeter stent, you can see that,

14   again, the late loss was 0.17 millimeters with

15   this, which was shown statistically to be

16   non-inferior to the 0.28 millimeters to the

17   TAXUS randomized control trial. You can look,

18   however, at the confidence intervals of the

19   difference. And you can see that it does not

20   overlap unity. So this actually was a

21   reduction.

22        Now, if we go back to the

CORD114775

A2386

1  randomized control trial and first look at

2  IVUS measures, we can see the IVUS once again

3  supports on a volumetric basis what we saw on

4  a spot analysis with the angiogram. And that

5  is first looking at a slightly different

6  endpoint of neointimal hyperplasia volume.

7  This is the amount of tissue that

8  grows within the stent margin over the

9  eight-month follow-up period. You could see

10  that 21-millimeter3 of tissue on average grew

11  within the TAXUS stent versus 10.1-millimeter3

12  in the XIENCE V stent, a statistically

13  significant 52 percent reduction. And if one

14  looks at, again, percent volume obstruction,

15  you can see similar types of findings, a 38

16  percent reduction, from 11.2 percent down to

17  approximately 7 percent, with TAXUS versus

18  XIENCE, respectively.

19  Now, importantly, intravascular

20  ultrasound is a very powerful tool that allows

21  us not to look at only the tissue inside the

22  stent but to look at abnormal vascular

CORD114776

A2387

1   responses.   And what we like to see with a

2   drug-eluting stent is that it inhibits tissue

3   growth but doesn't do anything abnormal to the

4   vessel wall.   By angiography, we didn't see

5   any aneurysms or ectasia in the study, but

6   ultrasound is more sensitive than that.

7           What we can do is look at the

8   external elastic lamina volume.   This is

9   actually the size of the entire vessel by

10  intravascular ultrasound.   And what one can

11  see is when one looks at the XIENCE V stent

12  patients in media after implant to eight-month

13  follow-up by ultrasound, you can see that

14  there is no growth in the vessel.   It

15  basically stays where you left it.

16          When one looked at the TAXUS stent,

17  we see what we have seen in other trials.   And

18  that is an expansion or positive remodeling of

19  the vessel.   So the stent doesn't change, of

20  course, over time, but the vessel actually is

21  positive remodeling or expanding outward.

22          And when we want to see after this

CORD114777

A2388

1    how this translates into the most concern that

2    we have of incomplete stent apposition, which

3    is acquired during follow-up -- that means a

4    stent that was well-implanted initially at the

5    end of the procedure but the artery, which

6    presumably from vascular toxicity is positive

7    remodeling, so it pulls away from the stent.

8    This is a concern that, at least anecdotally,

9    has been related to stent thrombosis.

10          We can see that with both stents,

11   this was actually quite low.  It occurred in

12   1.1 percent of XIENCE V patients and 2.3

13   percent of TAXUS patients.  So what we have

14   seen here by looking at angiography and what

15   is supported by IVUS is a stent that leads to

16   larger lumens compared to the other

17   drug-eluting stent without positive

18   remodeling; that is, without vascular

19   toxicity, and without a risk of late acquired

20   incomplete apposition.

21          Now let's look at the clinical

22   follow-up in SPIRIT III of the 1,002

**NEAL R. GROSS**
COURT REPORTERS AND TRANSCRIBERS
1323 RHODE ISLAND AVE., N.W.
(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114778

A2389

88

1   randomized trials.  Nine-month follow-up was

2   completed in about 98 percent of patients and

3   12-month follow-up in approximately 97.4

4   percent of patients.  And this was the

5   co-primary endpoint of the trial; that is,

6   target vessel failure at nine months.

7           Again, this was powered for

8   non-inferiority.  And the XIENCE V stent was

9   shown to be non-inferior to the TAXUS stent

10  for the co-primary endpoint, the first time a

11  clinical endpoint has been pre-specified,

12  target vessel failure from 9.7 percent with

13  TAXUS to 7.6 percent with XIENCE V, a relative

14  risk reduction of 21 percent, but you can see

15  the confidence interval does cross the line of

16  unity, so not statistically significant from

17  superiority testing.

18          We now have follow-up to all of the

19  patients out to one year in the SPIRIT III

20  trial.  And these are the hazard curves.

21  Again, we have got TAXUS in red and XIENCE V

22  in blue.

CORD114779

A2390

89

1        You can see here that there tends

2    to be less target vessel failure in the XIENCE

3    V arm compared to the TAXUS arm, 11.1 percent

4    versus 8.5 percent, a relative 25 percent

5    difference, but the p-value is .8.  But this

6    trend -- and I will get back to this -- is due

7    to what tends to be less peri-procedural

8    non-Q-wave myocardial infarctions very early

9    on, with then what tends to be a little bit

10   less ischemic target lesion revascularization

11   later on.

12        This comes out, actually, more so

13   when one now looks at the more stent-specific

14   composite    endpoint    of    major    adverse

15   cardiovascular events.  Again, this is cardiac

16   death, myocardial infarction, or target lesion

17   revascularization that is right at the site of

18   the stent and at the edges of the stent.

19        Here you can see the difference

20   again in peri-procedural non-Q-wave MIs.  And

21   then you do see the curve spread over time, as

22   I will show you later, because of less target

**NEAL R. GROSS**

COURT REPORTERS AND TRANSCRIBERS

1323 RHODE ISLAND AVE., N.W.

(202) 234-4433          WASHINGTON, D.C. 20005-3701          www.nealrgross.com

CORD114780

A2391