# A2531-2534

# REDACTED

# NUMBERS NOT USED

# A2535 – A2538

# A2539-2568

# REDACTED

NUMBERS NOT USED

A2569 – A2598

# A2599-2607

# REDACTED

# ANTONIOS G. MIKOS

## Curriculum Vitae

### Education

Ph.D. (Ch.E.), Purdue University, 1988
M.S.Ch.E., Purdue University, 1985
Dipl.Ch.E., Aristotle University of Thessaloniki, Greece, 1983

### Professional Experience

| | |
|---|---|
| 2008- | Louis Calder Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering, Rice University |
| 1999-2008 | John W. Cox Professor of Bioengineering and Chemical and Biomolecular Engineering, Departments of Bioengineering and Chemical and Biomolecular Engineering, Rice University |
| 1999- | Director of John W. Cox Laboratory for Biomedical Engineering, Rice University |
| 1999- | Director of Center for Excellence in Tissue Engineering, Rice University |
| 2002- | Adjunct Professor, Department of Oral and Maxillofacial Surgery, University of Texas Health Science Center at Houston |
| 1996-1999 | Associate Professor of Bioengineering and Chemical Engineering, Departments of Bioengineering and Chemical Engineering, Rice University |
| 1998 | Visiting Associate Professor of Pharmaceutics and Pharmaceutical Chemistry, Center for Controlled Chemical Delivery, University of Utah |
| 1998 | Visiting Associate Professor of Biology and Pathology, Departments of Biology and Pathology, Case Western Reserve University |
| 1992-1996 | T.N. Law Assistant Professor of Chemical Engineering and Bioengineering, Department of Chemical Engineering, Rice University |
| 1990-1991 | Research Associate, Department of Chemical Engineering, Massachusetts Institute of Technology, and Department of Surgery, The Children's Hospital of Boston, Harvard Medical School |
| 1989 | Research Associate, Management of Chemistry Laboratories, Greek Navy |
| 1988 | Research Associate, Chemical Process Engineering Research Institute, Thessaloniki, Greece |
| 1983-1988 | Research Assistant, Purdue University |
| 1982 (Sum.) | Research Assistant, Center for Chemical Research, Bratislava, Czechoslovakia |

### Awards

| | |
|---|---|
| 2008 | Outstanding Chemical Engineer Award, Purdue University |
| 2008 | Distinguished Scientist Award, Houston Society for Engineering in Medicine and Biology |

A2617

| | |
|---|---|
| 2007 | Alpha Chi Sigma Award for Chemical Engineering Research, American Institute of Chemical Engineers |
| 2007 | Robert A. Pritzker Distinguished Lecturer Award, Biomedical Engineering Society |
| 2007 | Edith and Peter O'Donnell Award in Engineering, The Academy of Medicine, Engineering and Science of Texas |
| 2007 | Oral Abstract Scientific Presentation Award, Annual Meeting of the American Association of Oral and Maxillofacial Surgeons |
| 2005 | Marshall R. Urist Award for Excellence in Tissue Regeneration Research, Orthopaedic Research Society |
| 2003 | Huygens Lecturer Award, Netherlands Organization for Scientific Research |
| 2003 | Innovation Award, Advanced Materials Research Center, Singapore |
| 2001 | Clemson Award for Contributions to the Literature, Society For Biomaterials |
| 2000 | Best Poster Award, Materials Research Society Fall Meeting |
| 2000 | Phoenix Pharmazie-Wissenschaftspreis (Pharmaceutical Science Award) |
| 2000 | Fellow, International Union of Societies for Biomaterials Science and Engineering |
| 2000 | Hershel M. Rich Invention Award, Rice University |
| 1999 | Fellow, American Institute for Medical and Biological Engineering |
| 1998 | Young Investigator Research Achievement Award, Controlled Release Society |
| 1997 | Hershel M. Rich Invention Award, Rice University |
| 1996 | Outstanding Young Investigator Award, Materials Research Society |
| 1996 | FIRST Award, National Institutes of Health |
| 1995 | Hershel M. Rich Invention Award, Rice University |
| 1994 | Whitaker Young Investigator Award, Biomedical Engineering Society |
| 1994 | Johnson & Johnson Medical Outstanding Young Scientist Award, Houston Society for Engineering in Medicine and Biology |
| 1991 | Victor K. LaMer Award for Outstanding Ph.D. Thesis, American Chemical Society |
| 1988, 1985 | Sigma Xi Student Research Competition Award |
| 1983 | Technical Chamber of Greece Award |

**Endowed/Honorary Lectureships**

| | |
|---|---|
| 2008 | Keynote Lecturer, International Conference on Research Strategy of Tissue Engineering, Jinan, China |
| 2008 | Keynote Lecturer, Tenth International Symposium on Biomineralization, Lianyungang, China |
| 2008 | Keynote Lecturer, Annual Symposium of Baylor College of Medicine Medical Scientist Training Program, Galveston, Texas |
| 2008 | Keynote Lecturer, World Biomaterials Congress, Amsterdam, The Netherlands |
| 2008 | Keynote Lecturer, Tenth Anniversary Celebration of Korean Tissue Engineering and Regenerative Medicine Society Meeting, Seoul, Korea |
| 2008 | Robert A. Pritzker Distinguished Lecturer, Illinois Institute of Technology, Chicago, Illinois |

| | |
|---|---|
| 2007 | Keynote Lecturer, Annual Meeting of the Dutch Society for Biomaterials and Tissue Engineering, Lunteren, The Netherlands |
| 2007 | Centenary Seminar Series Lecturer, Imperial College, London, England |
| 2007 | James Gibb Johnson Distinguished Visiting Lecturer, University of Tennessee Health Science Center, Memphis, Tennessee |
| 2007 | Keynote Lecturer, Third Marie Curie Cutting Edge InVENTS Conference, Madeira, Portugal |
| 2006 | Keynote Lecturer, International Conference on Biomedical and Pharmaceutical Engineering, Singapore |
| 2006 | Keynote Lecturer, Annual Meeting of Japanese Society for Tissue Engineering, Kyoto, Japan |
| 2006 | Keynote Lecturer, Symposium on Nanomedicine and Tissue Engineering in Memory of Professor C.J. Lee, National Tsing Hua University, Hsinchu, Taiwan |
| 2006 | Koret Foundation Lecturer, University of California Davis, Sacramento, California |
| 2006 | Keynote Lecturer, First Marie Curie Cutting Edge InVENTS Conference, Madeira, Portugal |
| 2006 | Keynote Lecturer, Rebuilding Humans: The Seattle Tissue Engineering Initiative Symposium, Seattle, Washington |
| 2005 | Keynote Lecturer, Annual Meeting of Tissue Engineering Society International, Shanghai, China |
| 2005 | Keynote Lecturer, International Conference on Materials for Advanced Technologies, Singapore |
| 2004 | Procter and Gamble Lecturer, Iowa State University, Ames, Iowa |
| 2004 | Roger Malkin Distinguished Lecturer, Mississippi State University, Mississippi State, Mississippi |
| 2003 | Keynote Lecturer, First International Conference on Epithelial Technologies and Tissue Engineering, Singapore |
| 2002 | Keynote Lecturer, Annual Meeting of the Dutch Society for Biomaterials and Tissue Engineering, Lunteren, The Netherlands |
| 2000 | Keynote Lecturer, Research Council Meeting of Japan Society of Plastic and Reconstructive Surgery, Nagoya, Japan |
| 2000 | Keynote Lecturer, Annual Meeting of Japan Society of Drug Delivery System, Akita, Japan |
| 1999 | Distinguished Lecturer, University of Maryland, College Park, Maryland |
| 1999 | Keynote Lecturer, Academy of Dental Materials Annual Meeting, Tempe, Arizona |
| 1998 | Keynote Lecturer, Bionic Design Workshop, Tsukuba, Japan |
| 1995 | Keynote Lecturer, First International Congress on Cellular Therapy & Tissue Engineering, Washington, D.C. |

**Honors**

| | |
|---|---|
| 2008 | Chair, Third Aegean Conference on Tissue Engineering, Rhodes, Greece |
| 2008 | Invited Lecturer, A Celebration of Excellence in Scientific and Engineering Achievement on the Occasion of Nicholas Peppas' 60th Birthday, Austin, Texas |

A2619

| | |
|---|---|
| 2008 | Invited Lecturer, Conference on Regenerative Endodontics, Nova Southeastern University, Fort Lauderdale, Florida |
| 2007 | Invited Lecturer, Integrated Research Team Meeting on Nanotechnology Solutions for Long-Term Implantable Devices, Houston, Texas |
| 2007 | Invited Lecturer, International Bone Fluid Flow Workshop, New York, New York |
| 2007 | Invited Lecturer, Symposium on Musculoskeletal Biology, Stem Cells and Clinical Translation: A Celebration of Arnold Caplan's 65th Birthday, Cleveland, Ohio |
| 2006 | Invited Lecturer, International Collaborative Symposium on Stem Cell Research, Seoul, Korea |
| 2006 | Invited Lecturer, US-Japan Joint Topical Conference on Medical Engineering, Drug Delivery Systems and Therapeutic Systems, Annual AIChE Meeting, San Francisco, California |
| 2006 | Chair, Annual Meeting and Exposition of Controlled Release Society, Vienna, Austria |
| 2006 | Invited Lecturer, Conference Celebrating Thirty Years of Robert Langer's Science, Cambridge, Massachusetts |
| 2006 | Author of One of Twenty-Five Best Papers Published in Biomaterials 1980-2004 |
| 2006 | Research Advisor of Sallyport Award, Association of Rice Alumni |
| 2006 | Research Advisor of Distinguished Senior Award, Rice Engineering Alumni Association |
| 2006 | Invited Lecturer, Regenerate World Congress on Tissue Engineering and Regenerative Medicine, Pittsburgh, Pennsylvania |
| 2006 | Invited Lecturer, Scientific Conference of Society for Physical Regulation in Biology and Medicine, Cancun, Mexico |
| 2006 | Invited Lecturer, International Cartilage Repair Society Symposium, San Diego, California |
| 2005 | Invited Lecturer, Pharmaceutical Sciences Symposium Honoring the Career of Professor Joseph R. Robinson, University of Wisconsin, Madison, Wisconsin |
| 2005 | Invited Lecturer, Texas/United Kingdom Symposium on Medicine and Medical Devices, Rice University |
| 2005 | Invited Lecturer, International Bone Fluid Flow Workshop, New York, New York |
| 2005 | Research Advisor of First Prize in Keck Center Annual Research Conference Poster Contest, Gulf Coast Consortia |
| 2005 | Invited Lecturer, Symposium on New Trends in Biomaterials-Tissue Engineering, National University of Singapore, Singapore |
| 2005 | Chair, Second Aegean Conference on Tissue Engineering, Crete, Greece |
| 2005 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 2005 | Invited Lecturer, Tissue Engineering: The Next Generation Workshop, Cambridge, Massachusetts |
| 2005 | Invited Lecturer, International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, Utah |
| 2004 | Invited Lecturer, Fall Meeting of the Materials Research Society, Boston, Massachusetts |

11/10/08

| | |
|---|---|
| 2004 | Invited Lecturer, Southeastern Regional Meeting of the American Chemical Society, Research Triangle Park, North Carolina |
| 2004 | Invited Lecturer, Annual Meeting of the American Institute of Chemical Engineers, Austin, Texas |
| 2004 | Research Advisor of Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University |
| 2004 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 2004 | Invited Lecturer, First Biennial Symposium on Tissue Engineering and Regeneration, University of Michigan, Ann Arbor |
| 2004 | Invited Lecturer, European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands |
| 2004 | Invited Lecturer, United Kingdom/Texas Symposium on Tissue Engineering and Regenerative Medicine, Imperial College, London, England |
| 2004 | Invited Lecturer, National American Chemical Society Meeting, Anaheim, California |
| 2004 | Invited Lecturer, Annual Meeting of the International Association for Dental Research, Honolulu, Hawaii |
| 2003 | Invited Lecturer, American Institute of Chemical Engineers Annual Meeting, San Francisco, California |
| 2003 | Invited Lecturer, Symposium Tissue Engineering, Netherlands Technology Foundation, Ede, The Netherlands |
| 2003 | Invited Lecturer, International Bone Fluid Flow Workshop, Cleveland, Ohio |
| 2003-2007 | Member, National Institute of Dental and Craniofacial Research Special Grants Review Committee |
| 2003 | Chairperson, Center for Scientific Review Special Emphasis Panel on Advanced Biomaterials, National Institutes of Health |
| 2003 | Invited Lecturer, Annual Meeting of Orthopaedic Research Society, New Orleans, Louisiana |
| 2002 | Invited Lecturer, Polymers in Medicine and Biology: 2002, Rohnert Park, California |
| 2002 | Chair, Engineering in Medicine and Biology Society - Biomedical Engineering Society Joint Conference, Houston, Texas |
| 2002 | Invited Lecturer, International Conference on Bone Morphogenetic Proteins, Sacramento, California |
| 2002 | Invited Lecturer, Smith & Nephew International Symposium on Translating Tissue Engineering into Products, Atlanta, Georgia |
| 2002 | Invited Lecturer, Annual Meeting of the Controlled Release Society, Seoul, Korea |
| 2002 | Chair, Aegean Conference on Tissue Engineering Science, Myconos, Greece |
| 2002 | Research Advisor of Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University |
| 2002 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 2002 | Research Advisor of Tissue Engineering Special Interest Group Student Award, Society For Biomaterials |
| 2002 | Invited Lecturer, Edward C. Hinds Symposium on Contemporary Oral and Maxillofacial Surgery, Houston, Texas |

A2621

11/10/08

| | |
|---|---|
| 2002 | Invited Lecturer, Annual Meeting of the Society For Biomaterials, Tampa, Florida |
| 2002 | Invited Lecturer, Annual Meeting of the American Association of Anatomists, New Orleans, Louisiana |
| 2002 | Invited Lecturer, Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania |
| 2002 | Invited Lecturer, Biomaterials - The Next Frontiers Conference, University of Delaware, Newark, Delaware |
| 2002 | Invited Lecturer, Foundation for Research and Technology Hellas Conference, Metsovo, Greece |
| 2002 | Invited Lecturer, American Association of Pharmaceutical Scientists Workshop, Arlington, Virginia |
| 2001 | Invited Lecturer, Annual Conference on Regenerative Medicine: Rebuilding the Human Body, Washington, D.C. |
| 2001 | Invited Panelist, Bioengineering Consortium Symposium on Regenerative Medicine: Growing Tissues and Organs, National Institutes of Health |
| 2001 | Research Advisor of Best Poster Award, Baylor College of Medicine M.D./Ph.D. Symposium |
| 2001 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 2001 | Invited Lecturer, Human Genome Odyssey Conference: The Science, Business, Law and Ethics of Engineering Human Life, Akron, Ohio |
| 2001 | Invited Lecturer, Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania |
| 2000 | Chair, Materials Research Society Fall Meeting, Boston, Massachusetts |
| 2000 | Invited Lecturer, International Symposium on Tissue Engineering for Therapeutic Use, Tsukuba, Japan |
| 2000 | Research Advisor of Best Paper Award, Texas Medical Scientist Training Program Conference |
| 2000 | Invited Lecturer, Council for the Advancement of Science Writing Annual Briefing, Houston, Texas |
| 2000 | Invited Lecturer, Surfaces in Biomaterials, Scottsdale, Arizona |
| 2000 | Invited Lecturer, International Symposium on Biomaterials and Drug Delivery Systems, Cheju Island, Korea |
| 2000 | Research Advisor of Graduate/Postdoc Award on Innovative Aspects of Controlled Drug Release, Controlled Release Society-Capsugel |
| 2000 | Invited Lecturer, International Conference on Bone Morphogenetic Proteins, Lake Tahoe, California |
| 2000 | Invited Lecturer, Croucher Advanced Study Institute on Engineering of Musculoskeletal Tissues, Kowloon, Hong Kong |
| 2000 | Invited Lecturer, European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands |
| 2000 | Invited Lecturer, Translation of Biomaterials Research into Biotechnology Symposium, University of Chicago, Chicago, Illinois |
| 2000 | Invited Lecturer, Annual Meeting of Orthopaedic Research Society and American Academy of Orthopaedic Surgeons, Orlando, Florida |
| 2000 | Alessandro Codivilla Lecturer, Association for the Study and Application of the Methods of Ilizarov Annual Scientific Meeting, Orlando, Florida |

**A2622**

| | |
|---|---|
| 2000 | Invited Lecturer, Research Initiatives Conference in Vascular Disease, Bethesda, Maryland |
| 1999 | Invited Lecturer, BioValley Tissue Engineering Symposium, Freiburg, Germany |
| 1999 | Invited Lecturer, Asia-Pacific Conference on Medical and Biological Engineering, Seoul, Korea |
| 1999 | Invited Lecturer, Gordon Research Conference on Tissue Engineering, Biomaterials, and Biocompatibility, Plymouth, New Hampshire |
| 1999 | Member, Biomimetics and Tissue Engineering in the Restoration of Orofacial Tissues Study Section, National Institutes of Health |
| 1999 | Invited Lecturer, Congress on In Vitro Biology, New Orleans, Louisiana |
| 1999 | Member, Dental, Oral and Craniofacial Health Technology Forum, National Institute of Dental and Craniofacial Research/Food and Drug Administration |
| 1999 | Invited Lecturer, International Workshop on Calcified Tissues, Eilat, Israel |
| 1998 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 1998 | Research Advisor of Excellence in Science Dissertation Award for Best Ph.D. Thesis, Sigma Xi |
| 1998 | Research Advisor of Graduate Student Award for Best Paper, Southern Biomedical Engineering Conference |
| 1998 | Member, Functional Biomaterials Panel, Bioengineering Consortium Symposium, National Institutes of Health |
| 1998 | Invited Lecturer, Association of Bone and Joint Surgeons Orthopaedic Tissue Engineering Workshop, Tampa, Florida |
| 1998 | Invited Lecturer, International Business Communications Industry Symposium on Advancements in Tissue Engineering, Boston, Massachusetts |
| 1997-2000 | Ad Hoc Member, Oral Biology and Medicine Study Section, National Institutes of Health |
| 1997 | Invited Lecturer, Workshop on Tissue Based Biosensors, Defense Advanced Research Projects Agency, Ashburn, Virginia |
| 1997 | Invited Lecturer, Annual Symposium of Macromolecular Science and Engineering Center, The University of Michigan, Ann Arbor, Michigan |
| 1997 | Invited Lecturer, Medical Textiles Conference, Clemson University, Clemson, South Carolina |
| 1997 | Invited Lecturer, Portland Bone Symposium, Portland, Oregon |
| 1997 | Invited Lecturer, First Smith & Nephew International Symposium on Advances in Tissue Engineering and Biomaterials, York, England |
| 1997 | Research Advisor of Graduate Student Award for Outstanding Research, Society For Biomaterials |
| 1997 | Research Advisor of Selected Excellence Paper, Society For Biomaterials |
| 1997 | Research Advisor of Ralph Budd Award for Best Engineering Ph.D. Thesis, Rice University |
| 1997 | Research Advisor of Ph.D. Thesis Award, Sigma Xi |
| 1997 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 1997 | Invited Lecturer, International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, Utah |

| | |
|---|---|
| 1997 | Research Advisor of Poster Award, Houston Society for Engineering in Medicine and Biology |
| 1996-1998 | Member, Clinical Sciences Special Emphasis Panel, Muscular, Skeletal, and Dental Initial Review Group, National Institutes of Health |
| 1996 | Research Advisor of Excellence in Bioengineering, Dr. William B. Walsh Award, Advanced Tissue Sciences |
| 1996 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 1996 | Research Advisor of Honorable Mention, Poster Award, Houston Society for Engineering in Medicine and Biology |
| 1996 | Member, Workshop on Biomimetics, Tissue Engineering, and Biomaterials, National Institute of Dental Research |
| 1996 | Invited Lecturer, International Symposium on Endocrine Cell Transplantation and Genetic Engineering, Giessen, Germany |
| 1995 | Invited Lecturer, Taniguchi Conference on the Tissue Engineering with the Use of Biomedical Polymers, Kyoto, Japan |
| 1995 | Invited Lecturer, International Business Communications Conference on Tissue Engineering and Repair, Washington, D.C. |
| 1995 | Research Advisor of Distinguished Contribution, BFGoodrich Collegiate Inventors Program |
| 1995 | Research Advisor of Best Undergraduate Polymer Research, POLYED Award, American Chemical Society |
| 1995 | Founding Member, Tissue Engineering Society |
| 1995 | Invited Lecturer, American Society for Artificial Internal Organs Conference, Chicago, Illinois |
| 1995 | Ad Hoc Member, Biomedical Research Technology Review Committee, National Institutes of Health |
| 1995 | Invited Lecturer, American Association for the Advancement of Science Meeting, Atlanta, Georgia |
| 1995 | Research Advisor of Best Poster, Intermedics Award, Houston Society for Engineering in Medicine and Biology |
| 1994 | Invited Lecturer, Surfaces in Biomaterials, Scottsdale, Arizona |
| 1994 | Invited Lecturer, World Congress of Biomechanics, Amsterdam, The Netherlands |
| 1994 | Invited Lecturer, International ITV Conference on Biomaterials, Denkendorf, Germany |
| 1993 | Research Advisor of Best Undergraduate Polymer Research, POLYED Award, American Chemical Society |
| 1993 | Research Advisor of James S. Waters Creativity Award, Rice University |
| 1993 | Invited Lecturer, Monte Verità Conference, Ascona, Switzerland |
| 1992 | Invited Lecturer, Jerusalem Conference on Pharmaceutical Sciences and Clinical Pharmacology, Jerusalem, Israel |
| 1992 | Invited Lecturer, Hispanic and Hispanic-Portuguese Congress on Biotechnology, Santiago de Compostela, Spain |

## Editorial Boards

Tissue Engineering Part A (1995-), **Editor-in-Chief** (1995-)

Tissue Engineering Part B: Reviews (2008-), **Editor-in-Chief** (2008-)
Tissue Engineering Part C: Methods (2008-), **Editor-in-Chief** (2008-)
Advanced Drug Delivery Reviews (2004-)
Biomaterials (1994-), Special Issues Editor (1998-2007), Guest Editor of Two Special Issues on
     Tissue Engineering (1996)
Cell Transplantation (1994-)
Electronic Journal of Biotechnology (1997-)
Journal of Biomaterials Science, Polymer Edition (1996-), Guest Editor of Three Special Issues
     on Cells at Interfaces (1998)
Journal of Biomedical Materials Research (1996-)
Journal of Biomedical Materials Research, Applied Biomaterials (2003-)
Journal of Controlled Release (2000-)
Journal of Drug Targeting (1999-2003)
Journal of Tissue Engineering and Regenerative Medicine (2007-)
Annual Review of Biomedical Engineering, Volume 5 (2003)
Tissue Engineering Intelligence Unit, R.G. Landes Company and Academic Press (1995-)
Tissue Engineering Series, Birkhäuser/Springer (1996-)

**Academic Advisory Boards**

Carnegie Mellon University, Institute for Complex Engineered Systems (2008-)
Radboud University Nijmegen, Nijmegen Centre for Molecular Life Sciences (2005)
The Cleveland Clinic Foundation, Clinical Tissue Engineering Center (2004-)
National Tissue Engineering Center (2003-)
University of Michigan, Tissue Engineering and Regeneration Training Program (2002-)
University of Utah, Department of Bioengineering (1999)
Purdue University, Tissue Engineering (1998-2002)
Baylor College of Medicine/Rice University, Medical Scientist Training Program
     Faculty Operating Committee Member (1995-)
          Executive Committee Member (2006-)
The University of Texas Health Science Center at Houston, Dental Branch (1993-)

**Scientific Advisory Committees**

International Conference on Materials for Advanced Technologies, Singapore (2009)
Annual Conference of Tissue Engineering and Regenerative Medicine International Society –
     Asia Pacific Region, Taipei, Taiwan (2008)
International Conference on Smart Materials, Structures and Systems, Acireale, Sicily, Italy
     (2008)
International Conference on Advances in Bioresorbable Biomaterials for Tissue Engineering,
     Singapore (2008)
European Symposium on Controlled Drug Delivery, Noordwijk Aan Zee, The Netherlands
     (2006-)
First Marie Curie Cutting Edge InVENTS Conference on New Developments on Polymers for
     Tissue Engineering, Replacement and Regeneration, Madeira, Portugal (2006)
Annual Meeting of Society For Biomaterials, Pittsburgh, Pennsylvania (2006)

A2625

Aegean Conferences (2005-)
Annual Meeting of Tissue Engineering Society International, Shanghai, China (2005)
Summer School on Emerging Technologies in Biomedicine, University of Patras, Greece (2005-)
Marcus Evans Conferences (2003-)
International Conference on Materials for Advanced Technologies, Singapore (2003)
Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania
    (2003)
Cell-Based Therapies and Tissue Engineering Short Course, Case Western Reserve University,
    Cleveland, Ohio (2002-)
NATO Advanced Study Institute on Polymer Based Systems on Tissue Engineering,
    Replacement and Regeneration, Alvor, Portugal (2001)
International Symposium on Frontiers in Biomedical Polymers Including Polymer Therapeutics,
    Shiga, Japan (1999)

**Professional Societies**

American Institute for Medical and Biological Engineering (AIMBE)
American Institute of Chemical Engineers (AIChE)
        Chair of Area 15d/e Engineering Fundamentals in Life Science (1997-99), Vice Chair
        (1995-97); Chair of Area 8b Biomaterials (1994-96), Vice-Chair (1992-94)
Association for Research in Vision and Ophthalmology (ARVO)
Society For Biomaterials (SFB)
        Chair of Hybrid Artificial Organs Special Interest Group (1993-95); Member-at-Large
        (2004-2005); Delegate in International Union of Societies for Biomaterials Science and
        Engineering (2004-); Secretary/Treasurer-Elect (2007-)
Biomedical Engineering Society (BMES)
Controlled Release Society (CRS)
        Global Network Team (1994-96); Chair of Workshop Committee (1996-98)
Materials Research Society (MRS)
        External Affairs Committee (1995-2003); Chair of 2000 Fall MRS Meeting
Tissue Engineering and Regenerative Medicine International Society (TERMIS)
        Continental Chair-Elect of TERMIS-North America (2005-)
Tissue Engineering Society International (TESi)
        Founding Member; Clerk/Secretary (1996-1998); Vice-President (1998-2000); Member
        Governor (2003-2005)
Orthopaedic Research Society
        Chair of Biomaterials Topic Committee (2005-2006)
International Association for Dental Research (IADR)
Cell Transplant Society
American Chemical Society (ACS)
American Association for the Advancement of Science (AAAS)
The New York Academy of Sciences
Houston Society for Engineering in Medicine and Biology (HSEMB)
        Steering Committee (1995-97)
Technical Chamber of Greece
Greek Chemical Engineers Association

**A2626**

Greek Polymer Society
Sigma Xi

**Registered Professional Engineer**

Technical Chamber of Greece (1983-)

**Books**

1. A.G. Mikos, R. Murphy, H. Bernstein, and N.A. Peppas, "Biomaterials for Drug and Cell Delivery," MRS Symposium Proceedings, Vol. 331, Materials Research Society, Pittsburgh, 1994.
2. A.G. Mikos, K.W. Leong, M.J. Yaszemski, J.A. Tamada, and M.L. Radomsky, "Polymers in Medicine and Pharmacy," MRS Symposium Proceedings, Vol. 394, Materials Research Society, Pittsburgh, 1995.
3. N.A. Peppas, D.J. Mooney, A.G. Mikos, and L. Brannon-Peppas, "Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering," American Institute of Chemical Engineers, New York, 1997.
4. R.C. Thomson, D.J. Mooney, K.E. Healy, Y. Ikada, and A.G. Mikos, "Biomaterials Regulating Cell Function and Tissue Development," MRS Symposium Proceedings, Vol. 530, Materials Research Society, Pittsburgh, 1998.
5. C.W. Patrick, Jr., A.G. Mikos, and L.V. McIntire, "Frontiers in Tissue Engineering," Elsevier Science, New York, 1998.
6. D.L. Wise, A. Klibanov, R. Langer, A.G. Mikos, L. Brannon-Peppas, N.A. Peppas, D.J. Trantolo, G.E. Wnek, and M.J. Yaszemski, "Handbook of Pharmaceutical Controlled Release Technology," Marcel Dekker, New York, 2000.
7. A.G. Mikos, "NWO l Huygens Lecture 2003: Tissue Engineering," Netherlands Organization for Scientific Research, The Hague, 2003.
8. F. Bronner, M.C. Farach-Carson, and A.G. Mikos, "Engineering of Functional Skeletal Tissues," Topics in Bone Biology, Vol. 3, Springer-Verlag, London, 2007.
9. J.P. Fisher, A.G. Mikos, and J.D. Bronzino, "Tissue Engineering," CRC Press, Boca Raton, 2007.
10. J.J. Mao, G. Vunjak-Novakovic, A.G. Mikos, and A. Atala, "Translational Approaches in Tissue Engineering and Regenerative Medicine," Artech House, Norwood, 2008.
11. J.S. Temenoff and A.G. Mikos, "Biomaterials: The Intersection of Biology and Materials Science," Pearson Prentice Hall, Upper Saddle River, 2008.

**Journal Special Issues and Book Sections**

1. A.G. Mikos, "Polymer Scaffolding and Hard Tissue Engineering," *Biomaterials,* Special Issue I on Tissue Engineering, Vol. 17, No. 2, 1996.
2. A.G. Mikos, "Tissue Technologies and Soft Tissue Engineering," *Biomaterials,* Special Issue II on Tissue Engineering, Vol. 17, No. 3, 1996.
3. T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.,* Special Issue I on Cells at Interfaces, Vol. 9, No. 8, 1998.

4.   T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.,* Special Issue II on Cells at Interfaces, Vol. 9, No. 11, 1998.

5.   T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.,* Special Issue III on Cells at Interfaces, Vol. 9, No. 12, 1998.

6.   T.A. Horbett, A.G. Mikos, and D.J. Mooney, *J. Biomater. Sci., Polym. Ed.,* Special Issue IV on Cells at Interfaces, Vol. 10, No. 2, 1999.

7.   A.G. Mikos, "Section Five: Active Implants" (Four Chapters), in *Handbook of Biomaterials Evaluation,* 2nd ed., A.F. von Recum, Ed., Taylor & Francis, Philadelphia, 1999, pp. 383-460.

8.   Y.H. Bae and A.G. Mikos, *Adv. Drug Deliv. Rev.,* Special Issue on Cells as Drug Delivery Platforms, Vol. 42, Nos. 1-2, 2000.

9.   D.J. Mooney and A.G. Mikos, *J. Drug Target.,* Special Issue on Tissue Engineering, Vol. 9, No. 6, 2001.

10.   J.P. Fisher and A.G. Mikos, "Tissue Engineering" (Thirty-Three Chapters), in *Tissue Engineering and Artificial Organs,* The Biomedical Engineering Handbook, Vol. 3, 3rd Ed., J.D. Bronzino, Ed., CRC Press, Boca Raton, 2006, pp. 30–1-62–19.

11.   W.T. Godbey and A.G. Mikos, *Adv. Drug Deliv. Rev.,* Special Issue on Gene Delivery for Tissue Engineering, Vol. 58, No. 4, 2006.

12.   A. Domb and A.G. Mikos, *Adv. Drug Deliv. Rev.,* Special Issue on Matrices and Scaffolds for Drug Delivery in Tissue Engineering, Vol. 59, Nos. 4-5, 2007.

13.   E. Cosgriff-Hernandez and A.G. Mikos, *Pharm. Res.,* Special Issue on New Biomaterials as Scaffolds for Tissue Engineering, Vol. 25, No. 10, 2008.

**Publications**

1.   A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Kinetic Modeling of Copolymerization/ Crosslinking Reactions," *Macromolecules, 19,* 2174-2182 (1986).

2.   A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Reaction Engineering Aspects of Suspension Polymerization," *J. Appl. Polym. Sci., 31,* 2647-2659 (1986).

3.   A.G. Mikos and N.A. Peppas, "Systems for Controlled Release of Drugs. V. Bioadhesive Systems," *S.T.P. Pharma, 2,* 705-716 (1986).

4.   N.A. Peppas, M.L. Brannon, R.S. Harland, J. Klier, S.R. Lustig, and A.G. Mikos, "Influence of the Polymer Structure on Controlled Solute Release," *Bull. Techn. Gattefossé, 79,* 7-17 (1986).

5.   A.G. Mikos, C.G. Takoudis, and N.A. Peppas, "Evidence of Unequal Vinyl Group Reactivity in Copolymerization/Crosslinking Reactions of Mono- and Divinyl Comonomers," *Polymer, 28,* 998-1004 (1987).

6.   A.G. Mikos and N.A. Peppas, "A model for Prediction of the Structural Characteristics of EGDMA-Crosslinked PHEMA Microparticles Produced by Suspension Copolymerization/ Crosslinking," *J. Controlled Release, 5,* 53-62 (1987).

7.   A.G. Mikos and N.A. Peppas, "Prediction of Feed Comonomer and Solvent Composition for Monomer-Free Polymer Production," *Biomaterials, 8,* 404-406 (1987).

8.   A.G. Mikos and N.A. Peppas, "Flory Interaction Parameter $\chi$ for Hydrophilic Copolymers with Water," *Biomaterials, 9,* 419-423 (1988).

9.   A.G. Mikos and N.A. Peppas, "Healing and Fracture at the Interface between two Gels," *Europhys. Lett., 6,* 403-406 (1988).

11/10/08

10. A.G. Mikos and N.A. Peppas, "Polymer Chain Entanglements and Brittle Fracture," *J. Chem. Phys., 88,* 1337-1342 (1988).

11. A.G. Mikos and N.A. Peppas, "Polymer Chain Entanglements and Brittle Fracture. II. Autohesion of Linear Polymers," *Polymer, 30,* 84-91 (1989).

12. A.G. Mikos and N.A. Peppas, "Polymer Chain Entanglements and Brittle Fracture. III. Critical Fracture Strength of Macromolecular Materials," *J. Mater. Sci. Lett., 8,* 833-834 (1989).

13. A.G. Mikos and N.A. Peppas, "Brittle Fracture of Low Molecular Weight Polymers," *J. Mater. Sci., 24,* 1612-1616 (1989).

14. A.G. Mikos and N.A. Peppas, "Measurement of the Surface Tension of Mucin Solutions," *Int. J. Pharm., 53,* 1-5 (1989).

15. N.A. Peppas and A.G. Mikos, "Experimental Methods for Determination of Bioadhesive Bond Strength of Polymers with Mucus," *S.T.P. Pharma, 5,* 187-191 (1989).

16. A.B. Scranton, A.G. Mikos, L.C. Scranton, and N.A. Peppas, "The Physical Mechanism for the Production of Hydrophilic Polymer Microparticles from Aqueous Suspensions," *J. Appl. Polym. Sci., 40,* 997-1004 (1990).

17. A.G. Mikos and N.A. Peppas, "Bioadhesive Analysis of Controlled-Release Systems. IV. An Experimental Method for Testing the Adhesion of Microparticles with Mucus," *J. Controlled Release, 12,* 31-37 (1990).

18. A.G. Mikos and N.A. Peppas, "Brittle Fracture of Entangled Polymers," *J. Polym. Sci., Polym. Phys. Ed., 29,* 837-841 (1991).

19. A.G. Mikos and C. Kiparissides, "Skin Formation in Heterogeneous Polymerization Reactions," *J. Membrane Sci., 59,* 205-217 (1991).

20. A.G. Mikos, E. Mathiowitz, R. Langer, and N.A. Peppas, "Interaction of Polymer Microspheres with Mucin Gels as a Means of Characterizing Polymer Retention on Mucus," *J. Colloid Interface Sci., 143,* 366-373 (1991).

21. L.E. Freed, J.C. Marquis, A. Nohria, J. Emmanual, A.G. Mikos, and R. Langer, "Neocartilage Formation *In Vitro* and *In Vivo* Using Cells Cultured on Synthetic Biodegradable Polymers," *J. Biomed. Mater. Res., 27,* 11-23 (1993).

22. A.G. Mikos, Y. Bao, L.G. Cima, D.E. Ingber, J.P. Vacanti, and R. Langer, "Preparation of Poly(Glycolic Acid) Bonded Fiber Structures for Cell Attachment and Transplantation," *J. Biomed. Mater. Res., 27,* 183-189 (1993).

23. H.L. Wald, G. Sarakinos, M.D. Lyman, A.G. Mikos, J.P. Vacanti, and R. Langer, "Cell Seeding in Porous Transplantation Devices," *Biomaterials, 14,* 270-278 (1993).

24. A.G. Mikos, G. Sarakinos, S.M. Leite, J.P. Vacanti, and R. Langer, "Laminated Three-Dimensional Biodegradable Foams for Use in Tissue Engineering," *Biomaterials, 14,* 323-330 (1993).

25. A.G. Mikos and N.A. Peppas, "Bioadhesive Phenomena in Controlled Release Systems," *Pharmakeftiki, 6,* 1-10 (1993).

26. A.G. Mikos, G. Sarakinos, M.D. Lyman, D.E. Ingber, J.P. Vacanti, and R. Langer, "Prevascularization of Porous Biodegradable Polymers," *Biotechnol. Bioeng., 42,* 716-723 (1993).

27. A.G. Mikos, M.D. Lyman, L.E. Freed, and R. Langer, "Wetting of Poly(L-Lactic Acid) and Poly(DL-Lactic-co-Glycolic Acid) Foams for Tissue Culture," *Biomaterials, 15,* 55-58 (1994).

A2629

28. A.G. Mikos, A.J. Thorsen, L.A. Czerwonka, Y. Bao, R. Langer, D.N. Winslow, and J.P. Vacanti, "Preparation and Characterization of Poly(L-Lactic Acid) Foams," *Polymer, 35,* 1068-1077 (1994).

29. A.G. Mikos, M.G. Papadaki, S. Kouvroukoglou, S.L. Ishaug, and R.C. Thomson, "Islet Transplantation to Create a Bioartificial Pancreas," *Biotechnol. Bioeng., 43,* 673-677 (1994).

30. M.C. Wake, C.W. Patrick, Jr., and A.G. Mikos, "Pore Morphology Effects on the Fibrovascular Tissue Growth in Porous Polymer Substrates," *Cell Transplantation, 3,* 339-341 (1994).

31. S.L. Ishaug, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Function on Synthetic Biodegradable Polymers," *J. Biomed. Mater. Res., 28,* 1445-1453 (1994).

32. M.J. Yaszemski, R.G. Payne, W.C. Hayes, R. Langer, T.B. Aufdemorte, and A.G. Mikos, "The Ingrowth of New Bone Tissue and Initial Mechanical Properties of a Degrading Polymeric Composite Scaffold," *Tissue Eng., 1,* 41-52 (1995).

33. H.A. von Recum, R.L. Cleek, S.G. Eskin, and A.G. Mikos, "Degradation of Polydispersed Poly(L-Lactic Acid) to Modulate Lactic Acid Release," *Biomaterials, 16,* 441-447 (1995).

34. M.C. Wake, A.G. Mikos, G. Sarakinos, J.P. Vacanti, and R. Langer, "Dynamics of Fibrovascular Tissue Growth in Hydrogel Foams," *Cell Transplantation, 4,* 275-279 (1995).

35. R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Fabrication of Biodegradable Polymer Scaffolds to Engineer Trabecular Bone," *J. Biomater. Sci., Polym. Ed., 7,* 23-38 (1995).

36. R.C. Thomson, M.C. Wake, M.J. Yaszemski, and A.G. Mikos, "Biodegradable Polymer Scaffolds to Regenerate Organs," *Adv. Polym. Sci., 122,* 245-274 (1995).

37. A.D. Ouellette, K.K. Wu, and A.G. Mikos, "Cardiovascular Gene Transfer," *Tissue Eng., 1,* 311-322 (1995).

38. G.M. Crane, S.L. Ishaug, and A.G. Mikos, "Bone Tissue Engineering," *Nature Medicine, 1,* 1322-1324 (1995).

39. M.J. Yaszemski, R.G. Payne, W.C. Hayes, R. Langer, and A.G. Mikos, "The Evolution of Bone Transplantation: Molecular, Cellular, and Tissue Strategies to Engineer Human Bone," *Biomaterials, 17,* 175-185 (1996).

40. R.C. Thomson, G.G. Giordano, J.H. Collier, S.L. Ishaug, A.G. Mikos, D. Lahiri-Munir, and C.A. Garcia, "Manufacture and Characterization of Poly(a-Hydroxy Ester) Thin Films as Temporary Substrates for Retinal Pigment Epithelium Cells," *Biomaterials, 17,* 321-327 (1996).

41. M.J. Miller, D.P. Goldberg, A.W. Yasko, J.C. Lemon, W.C. Satterfield, M.C. Wake, and A.G. Mikos, "Guided Bone Growth in Sheep: A Model for Tissue-Engineered Bone Flaps," *Tissue Eng., 2,* 51-59 (1996).

42. A.C. Jen, M.C. Wake, and A.G. Mikos, "Hydrogels for Cell Immobilization," *Biotechnol. Bioeng., 50,* 357-364 (1996).

43. S.L. Ishaug, R.G. Payne, M.J. Yaszemski, T.B. Aufdemorte, R. Bizios, and A.G. Mikos, "Osteoblast Migration on Poly(a-Hydroxy Esters)," *Biotechnol. Bioeng., 50,* 443-451 (1996).

44. M.C. Wake, P.K. Gupta, and A.G. Mikos, "Fabrication of Pliable Biodegradable Polymer Foams to Engineer Soft Tissues," *Cell Transplantation, 5,* 465-473 (1996).

A2630

11/10/08

45. M.J. Yaszemski, R.G. Payne, W.C. Hayes, R. Langer, and A.G. Mikos, "The *In Vitro* Degradation of a Poly(Propylene Fumarate)-Based Composite Material," *Biomaterials, 17,* 2127-2130 (1996).

46. L. Lu and A.G. Mikos, "The Importance of New Processing Techniques in Tissue Engineering," *MRS Bulletin, 21,* 28-32 (1996).

47. C.R. Ruder, P. Dixon, A.G. Mikos, and M.J. Yaszemski, "The Growth and Phenotypic Expression of Human Osteoblasts," *Cytotechnology, 22,* 263-267 (1996).

48. G.G. Giordano, R.C. Thomson, S.L. Ishaug, A.G. Mikos, S. Cumber, C.A. Garcia, and D. Lahiri-Munir, "Retinal Pigment Epithelium Cells Cultured on Synthetic Biodegradable Polymers," *J. Biomed. Mater. Res., 34,* 87-93 (1997).

49. K.B. Hellman, G.L. Picciolo, A.G. Mikos, and C.A. Vacanti, "Workshop on Tissue Engineering: Foreword," *Tissue Eng., 3,* 65-66 (1997).

50. L. Christenson, A.G. Mikos, D.F. Gibbons, and G.L. Picciolo, "Biomaterials for Tissue Engineering: Summary," *Tissue Eng., 3,* 71-76 (1997).

51. R.L. Cleek, A.A. Rege, L.A. Denner, S.G. Eskin, and A.G. Mikos, "Inhibition of Smooth Muscle Cell Growth *In Vitro* by an Antisense Oligodeoxynucleotide Released from Poly(DL-Lactic-co-Glycolic Acid) Microparticles," *J. Biomed. Mater. Res., 35,* 525-530 (1997).

52. S.J. Peter, J.A. Nolley, M.S. Widmer, J.E. Merwin, M.J. Yaszemski, A.W. Yasko, P.S. Engel, and A.G. Mikos, "*In Vitro* Degradation of a Poly(Propylene Fumarate)/β-Tricalcium Phosphate Composite Orthopaedic Scaffold," *Tissue Eng., 3,* 207-215 (1997).

53. S.L. Ishaug-Riley, G.M. Crane, A. Gurlek, M.J. Miller, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Ectopic Bone Formation by Marrow Stromal Osteoblast Transplantation Using Poly(DL-Lactic-co-Glycolic Acid) Foams Implanted into the Rat Mesentery," *J. Biomed. Mater. Res., 36,* 1-8 (1997).

54. S.L. Ishaug, G.M. Crane, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Bone Formation by Three-Dimensional Stromal Osteoblast Culture in Biodegradable Polymer Scaffolds," *J. Biomed. Mater. Res., 36,* 17-28 (1997).

55. L.J. Suggs, R.G. Payne, M.J. Yaszemski, L.B. Alemany, and A.G. Mikos, "Synthesis and Characterization of a Block Copolymer Consisting of Poly(Propylene Fumarate) and Poly(Ethylene Glycol)," *Macromolecules, 30,* 4318-4323 (1997).

56. R.L. Cleek, K.C. Ting, S.G. Eskin, and A.G. Mikos, "Microparticles of Poly(DL-Lactic-co-Glycolic Acid)/Poly(Ethylene Glycol) Blends for Controlled Drug Delivery," *J. Controlled Release, 48,* 259-268 (1997).

57. S.J. Peter, M.J. Yaszemski, L.J. Suggs, R.G. Payne, R. Langer, W.C. Hayes, M.R. Unroe, L.B. Alemany, P.S. Engel, and A.G. Mikos, "Characterization of Partially Saturated Poly(Propylene Fumarate) for Orthopaedic Application," *J. Biomater. Sci., Polym. Ed., 8,* 893-904 (1997).

58. M.C. Wake, P.D. Gerecht, L. Lu, and A.G. Mikos, "Effects of Biodegradable Polymer Particles on Rat Marrow-Derived Stromal Osteoblasts *In Vitro*," *Biomaterials, 19,* 1255-1268 (1998).

59. L.J. Suggs, E.Y. Kao, L.L. Palombo, R.S. Krishnan, M.S. Widmer, and A.G. Mikos, "Preparation and Characterization of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomater. Sci., Polym. Ed., 9,* 653-666 (1998).

**A2631**

11/10/08

60. S.J. Peter, S.T. Miller, G. Zhu, A.W. Yasko, and A.G. Mikos, "*In Vivo* Degradation of a Poly(Propylene Fumarate)/β-Tricalcium Phosphate Injectable Composite Scaffold," *J. Biomed. Mater. Res., 41,* 1-7 (1998).

61. S.J. Peter, C.R. Liang, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Osteoblastic Phenotype of Rat Marrow Stromal Cells Cultured in the Presence of Dexamethasone, β-Glycerolphosphate, and L-Ascorbic Acid," *J. Cell. Biochem., 71,* 55-62 (1998).

62. S.L. Ishaug-Riley, G.M. Crane-Kruger, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Culture of Rat Calvarial Osteoblasts in Porous Biodegradable Polymers," *Biomaterials, 19,* 1405-1412 (1998).

63. J.E. Babensee, J.M. Anderson, L.V. McIntire, and A.G. Mikos, "Host Response to Tissue Engineered Devices," *Adv. Drug Deliv. Rev., 33,* 111-139 (1998).

64. R.C. Thomson, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Hydroxyapatite Fiber Reinforced Poly(a-Hydroxy Ester) Foams for Bone Regeneration," *Biomaterials, 19,* 1935-1943 (1998).

65. M.S. Widmer, P.K. Gupta, L. Lu, R.K. Meszlenyi, G.R.D. Evans, K. Brandt, T. Savel, A. Gurlek, C.W. Patrick, Jr., and A.G. Mikos, "Manufacture of Porous Biodegradable Polymer Conduits by an Extrusion Process for Guided Tissue Regeneration," *Biomaterials, 19,* 1945-1955 (1998).

66. L. Lu, C.A. Garcia, and A.G. Mikos, "Retinal Pigment Epithelium Cell Culture on Thin Biodegradable Poly(DL-Lactic-co-Glycolic Acid) Films," *J. Biomater. Sci., Polym. Ed., 11,* 1187-1205 (1998).

67. L.J. Suggs, R.S. Krishnan, C.A. Garcia, S.J. Peter, J.M. Anderson, and A.G. Mikos, "*In Vitro* and *In Vivo* Degradation of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res., 42,* 312-320 (1998).

68. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Polymer Concepts in Tissue Engineering," *J. Biomed. Mater. Res. (Appl. Biomater.), 43,* 422-427 (1998).

69. S.J. Peter, P. Kim, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Crosslinking Characteristics of an Injectable Poly(Propylene Fumarate)/β-Tricalcium Phosphate Paste and Mechanical Properties of the Crosslinked Composite for Use as a Biodegradable Bone Cement," *J. Biomed. Mater. Res., 44,* 314-321 (1999).

70. L.J. Suggs, J.L. West, and A.G. Mikos, "Platelet Adhesion on a Bioresorbable Poly(Propylene Fumarate-co-Ethylene Glycol) Copolymer," *Biomaterials, 20,* 683-690 (1999).

71. S.J. Peter, L.J. Suggs, M.J. Yaszemski, P.S. Engel, and A.G. Mikos, "Synthesis of Poly(Propylene Fumarate) by Acylation of Propylene Glycol in the Presence of a Proton Scavenger," *J. Biomater. Sci., Polym. Ed., 10,* 363-373 (1999).

72. L. Lu and A.G. Mikos, "Biodegradable Polymers for Cell Transplantation," *Science Medicine, 6 (1),* 6-7 (1999).

73. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Size Matters: Molecular Weight Affects the Efficiency of Poly(Ethylenimine) as a Gene Delivery Vehicle," *J. Biomed. Mater. Res., 45,* 268-275 (1999).

74. L.J. Suggs, M.S. Shive, C.A. Garcia, J.M. Anderson, and A.G. Mikos, "*In Vitro* Cytotoxicity and *In Vivo* Biocompatibility of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res., 46,* 22-32 (1999).

**A2632**

11/10/08

75. L.J. Suggs and A.G. Mikos, "Development of Poly(Propylene Fumarate-co-Ethylene Glycol) as an Injectable Carrier for Endothelial Cells," *Cell Transplantation, 8,* 345-350 (1999).

76. G.R.D. Evans, K. Brandt, M.S. Widmer, L. Lu, R.K. Meszlenyi, P.K. Gupta, A.G. Mikos, J. Hodges, J. Williams, A. Gürlek, A. Nabawi, R. Lohman, and C.W. Patrick, Jr., "*In Vivo* Evaluation of Poly(L-Lactic Acid) Porous Conduits for Peripheral Nerve Regeneration," *Biomaterials, 20,* 1109-1115 (1999).

77. L. Lu, C.A. Garcia, and A.G. Mikos, "*In Vitro* Degradation of Thin Poly(DL-Lactic-co-Glycolic Acid) Films," *J. Biomed. Mater. Res., 46,* 236-244 (1999).

78. A. Göpferich, S.J. Peter, A. Lucke, L. Lu, and A.G. Mikos, "Modulation of Marrow Stromal Cell Function Using Poly(D,L-Lactic Acid)-block-Poly(Ethylene Glycol)-Monomethyl Ether Surfaces," *J. Biomed. Mater. Res., 46,* 390-398 (1999).

79. R.C. Thomson, A.G. Mikos, E. Beahm, J.C. Lemon, W.C. Satterfield, T.B. Aufdemorte, and M.J. Miller, "Guided Tissue Fabrication from Periosteum Using Preformed Biodegradable Polymer Scaffolds," *Biomaterials, 20,* 2007-2018 (1999).

80. E. Behravesh, P.S. Engel, A.W. Yasko, and A.G. Mikos, "Synthetic Biodegradable Polymers for Orthopaedic Applications," *Clin. Orthop. Rel. Res., 367S,* S118-S129 (1999).

81. D. Dean, N.S. Topham, C. Rimnac, A.G. Mikos, D.P. Goldberg, K. Jepsen, R. Redtfeldt, Q. Liu, D. Pennington, and R. Ratcheson, "Osseointegration of Preformed PMMA Craniofacial Prostheses Coated with Bone Marrow Impregnated Poly(DL-Lactic-co-Glycolic Acid) (PLGA) Foam," *Plast. Reconstr. Surg., 104,* 705-712 (1999).

82. A.S. Goldstein, G. Zhu, G.E. Morris, R.K. Meszlenyi, and A.G. Mikos, "Effect of Osteoblastic Culture Conditions on the Structure of Poly(DL-Lactic-co-Glycolic Acid) Foam Scaffolds," *Tissue Eng., 5,* 421-433 (1999).

83. W.T. Godbey, K.K. Wu, G.J. Hirasaki, and A.G. Mikos, "Improved Packing of Poly(Ethylenimine)/DNA Complexes Increases Transfection Efficiency," *Gene Therapy, 6,* 1380-1388 (1999).

84. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine) and Its Role in Gene Delivery," *J. Controlled Release, 60,* 149-160 (1999).

85. D.J. Mooney and A.G. Mikos, "Growing New Organs," *Scientific American, 280 (4),* 60-65 (1999).

86. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Tracking the Intracellular Path of Poly(Ethylenimine)/DNA Complexes for Gene Delivery," *Proceed. Natl. Acad. Sci. USA, 96,* 5177-5181 (1999).

87. L. Lu, L. Kam, M. Hasenbein, K. Nyalakonda, R. Bizios, A. Göpferich, J.F. Young, and A.G. Mikos, "Retinal Pigment Epithelial Cell Function on Substrates with Chemically Micropatterned Surfaces," *Biomaterials, 20,* 2351-2361 (1999).

88. D.J. Mooney and A.G. Mikos, "Growing New Organs," *Scientific American Presents, 10 (3),* 10-15 (1999).

89. J.S. Temenoff and A.G. Mikos, "Tissue Engineering for Regeneration of Articular Cartilage," *Biomaterials, 21,* 431-440 (2000).

90. S.J. Peter, L. Lu, D.J. Kim, and A.G. Mikos, "Marrow Stromal Osteoblast Function on a Poly(Propylene Fumarate)/β-Tricalcium Phosphate Biodegradable Orthopaedic Composite," *Biomaterials, 21,* 1207-1213 (2000).

A2633

11/10/08

91.  L. Lu, G.N. Stamatas, and A.G. Mikos, "Controlled Release of Transforming Growth Factor-β1 from Biodegradable Polymer Microparticles," *J. Biomed. Mater. Res.*, *50*, 440-451 (2000).

92.  S.J. Peter, L. Lu, D.J. Kim, G.N. Stamatas, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Effects of Transforming Growth Factor-β1 Released from Biodegradable Polymer Microparticles on Marrow Stromal Osteoblasts Cultured on Poly(Propylene Fumarate) Substrates," *J. Biomed. Mater. Res.*, *50*, 452-462 (2000).

93.  L. Lu, S.J. Peter, M.D. Lyman, H.-L. Lai, S.M. Leite, J.A. Tamada, J.P. Vacanti, R. Langer, and A.G. Mikos, "*In Vitro* Degradation of Porous Poly(L-Lactic Acid) Foams," *Biomaterials, 21*, 1595-1605 (2000).

94.  J.S. Temenoff and A.G. Mikos, "Formation of Highly Porous Biodegradable Scaffolds for Tissue Engineering," *Electronic J. Biotechnol., 3 (2)* (2000); Available on the Web: http://www.ejb.org/content/vol3/issue2/full/5/index.html.

95.  J.E. Babensee, L.V. McIntire, and A.G. Mikos, "Growth Factor Delivery for Tissue Engineering," *Pharm. Res., 17*, 497-504 (2000).

96.  S. Jo, P.S. Engel, and A.G. Mikos, "Synthesis of Poly(Ethylene Glycol)-Tethered Poly(Propylene Fumarate) and Its Modification with GRGD Peptide," *Polymer, 41*, 7595-7604 (2000).

97.  W.T. Godbey, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Transfection: A New Paradigm for Gene Delivery," *J. Biomed. Mater. Res., 51*, 321-328 (2000).

98.  L. Lu, S.J. Peter, M.D. Lyman, H.-L. Lai, S.M. Leite, J.A. Tamada, S. Uyama, J.P. Vacanti, R. Langer, and A.G. Mikos, "*In Vitro* and *In Vivo* Degradation of Porous Poly(DL-Lactic-co-Glycolic Acid) Foams," *Biomaterials, 21*, 1837-1845 (2000).

99.  Q. Liu, E.L. Hedberg, Z. Liu, R. Bahulekar, R.K. Meszlenyi, and A.G. Mikos, "Preparation of Macroporous Poly(2-Hydroxyethyl Methacrylate) Hydrogels by Enhanced Phase Separation," *Biomaterials, 21*, 2163-2169 (2000).

100. S. He, M.J. Yaszemski, A.W. Yasko, P.S. Engel, and A.G. Mikos, "Injectable Biodegradable Polymer Composites Based on Poly(Propylene Fumarate) Crosslinked with Poly(Ethylene Glycol)-Dimethacrylate," *Biomaterials, 21*, 2389-2394 (2000).

101. J.S. Temenoff and A.G. Mikos, "Injectable Biodegradable Materials for Orthopaedic Tissue Engineering," *Biomaterials, 21*, 2405-2412 (2000).

102. B.D. Porter, J.B. Oldham, S.-L. He, M.E. Zobitz, R.G. Payne, K.N. An, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Mechanical Properties of a Biodegradable Bone Regeneration Scaffold," *J. Biomech. Eng., 122*, 286-288 (2000).

103. J.B. Oldham, L. Lu, X. Zhu, B.D. Porter, T.E. Hefferan, D.R. Larson, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Biological Activity of rhBMP-2 Released from PLGA Microspheres," *J. Biomech. Eng., 122*, 289-292 (2000).

104. S. He, M.D. Timmer, M.J. Yaszemski, A.W. Yasko, P.S. Engel, and A.G. Mikos, "Synthesis of Biodegradable Poly(Propylene Fumarate) Networks with Poly(Propylene Fumarate)-Diacrylate Macromers as Crosslinking Agents and Characterization of Their Degradation Products," *Polymer, 42*, 1251-1260 (2001).

105. L. Lu, K. Nyalakonda, L. Kam, R. Bizios, A. Göpferich, and A.G. Mikos, "Retinal Pigment Epithelial Cell Adhesion on Novel Micropatterned Surfaces Fabricated from Synthetic Biodegradable Polymers," *Biomaterials, 22*, 291-297 (2001).

A2634

106. J.S. Blum, R.H. Li, A.G. Mikos, and M.A. Barry, "An Optimized Method for the Chemiluminescent Detection of Alkaline Phosphatase Levels during Osteodifferentiation by Bone Morphogenetic Protein 2," *J. Cell. Biochem., 80,* 532-537 (2001).

107. W.T. Godbey, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Gene Delivery Affects Endothelial Cell Function and Viability," *Biomaterials, 22,* 471-480 (2001).

108. S. Jo, H. Shin, and A.G. Mikos, "Modification of Oligo(Poly(Ethylene Glycol) Fumarate) Macromer with GRGD Peptide for the Preparation of Functionalized Polymer Networks," *Biomacromolecules, 2,* 255-261 (2001).

109. A.S. Goldstein, T.M. Juarez, C.D. Helmke, M.C. Gustin, and A.G. Mikos, "Effect of Convection on Osteoblastic Cell Growth and Function in Biodegradable Polymer Foam Scaffolds," *Biomaterials, 22,* 1279-1288 (2001).

110. S. Jo, H. Shin, A.K. Shung, J.P. Fisher, and A.G. Mikos, "Synthesis and Characterization of Oligo(Poly(Ethylene Glycol) Fumarate) Macromer," *Macromolecules, 34,* 2839-2844 (2001).

111. L. Lu, M.J. Yaszemski, and A.G. Mikos, "TGF-β1 Release from Biodegradable Polymer Microparticles: Its Effects on Marrow Stromal Osteoblast Function," *J. Bone Joint Surg., 83-A (Suppl. 1),* 82-91 (2001).

112. W.T. Godbey and A.G. Mikos, "Recent Progress in Gene Delivery Using Non-Viral Transfer Complexes," *J. Controlled Release, 72,* 115-125 (2001).

113. G. Liu, S.G. Eskin, and A.G. Mikos, "Integrin α,β₃ Is Involved in Stimulated Migration of Vascular Adventitial Fibroblasts by Basic Fibroblast Growth Factor but not Platelet-Derived Growth Factor," *J. Cell. Biochem., 83,* 129-135 (2001).

114. J.P. Fisher, T.A. Holland, D. Dean, P.S. Engel, and A.G. Mikos, "Synthesis and Properties of Photocross-linked Poly(Propylene Fumarate) Scaffolds," *J. Biomater. Sci., Polym. Ed., 12,* 673-687 (2001).

115. V.I. Sikavitsas, J.S. Temenoff, and A.G. Mikos, "Biomaterials and Bone Mechanotransduction," *Biomaterials, 22,* 2581-2593 (2001).

116. J.P. Fisher, D. Dean, P.S. Engel, and A.G. Mikos, "Photoinitiated Polymerization of Biomaterials," *Ann. Rev. Mater. Res., 31,* 171-181 (2001).

117. L. Lu, M.J. Yaszemski, and A.G. Mikos, "Retinal Pigment Epithelium Engineering Using Synthetic Biodegradable Polymers," *Biomaterials, 22,* 3345-3355 (2001).

118. J.S. Temenoff, K.A. Athanasiou, R.G. LeBaron, and A.G. Mikos, "Effect of Poly(Ethylene Glycol) Molecular Weight on Tensile and Swelling Properties of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Cartilage Tissue Engineering," *J. Biomed. Mater. Res., 59,* 429-437 (2002).

119. J.P. Fisher, J.W.M. Vehof, D. Dean, J.P.C.M. van der Waerden, T.A. Holland, A.G. Mikos, and J.A. Jansen, "Soft and Hard Tissue Response to Photocrosslinked Poly(Propylene Fumarate) Scaffolds in a Rabbit Model," *J. Biomed. Mater. Res., 59,* 547-556 (2002).

120. J.K. Tessmar, A.G. Mikos, and A. Goepferich, "Amine-Reactive Biodegradable Diblock Copolymers," *Biomacromolecules, 3,* 194-200 (2002).

121. J.W.M. Vehof, J.P. Fisher, D. Dean, J.-P.C.M. van der Waerden, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Bone Formation in Transforming Growth Factor β-1-Coated Porous Poly(Propylene Fumarate) Scaffolds," *J. Biomed. Mater. Res., 60,* 241-251 (2002).

122. E. Behravesh, A.K. Shung, S. Jo, and A.G. Mikos, "Synthesis and Characterization of Triblock Copolymers of Methoxy Poly(Ethylene Glycol) and Poly(Propylene Fumarate)," *Biomacromolecules, 3,* 153-158 (2002).

123. E. Behravesh, S. Jo, K. Zygourakis, and A.G. Mikos, "Synthesis of *In Situ* Crosslinkable Macroporous Biodegradable Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *Biomacromolecules, 3,* 374-381 (2002).

124. A.K. Shung, M.D. Timmer, S. Jo, P.S. Engel, and A.G. Mikos, "Kinetics of Poly(Propylene Fumarate) Synthesis by Step Polymerization of Diethyl Fumarate and Propylene Glycol Using Zinc Chloride as a Catalyst," *J. Biomater. Sci., Polym. Ed., 13,* 95-108 (2002).

125. M.S. Wolfe, D. Dean, J.E. Chen, J.P. Fisher, S. Han, C.M. Rimnac, and A.G. Mikos, "*In Vitro* Degradation and Fracture Toughness of Multilayered Porous Poly(Propylene Fumarate)/β-Tricalcium Phosphate Scaffolds," *J. Biomed. Mater. Res., 61,* 159-164 (2002).

126. H. Shin, S. Jo, and A.G. Mikos, "Modulation of Marrow Stromal Osteoblast Adhesion on Biomimetic Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels Modified with Arg-Gly-Asp Peptides and a Poly(Ethylene Glycol) Spacer," *J. Biomed. Mater. Res., 61,* 169-179 (2002).

127. M.D. Timmer, S. Jo, C. Wang, C.G. Ambrose, and A.G. Mikos, "Characterization of the Cross-Linked Structure of Fumarate-Based Degradable Polymer Networks," *Macromolecules, 35,* 4373-4379 (2002).

128. G.R.D. Evans, K. Brandt, S. Katz, P. Chauvin, L. Otto, M. Bogle, B. Wang, R.K. Meszlenyi, L. Lu, A.G. Mikos, and C.W. Patrick, Jr., "Bioactive Poly(L-Lactic Acid) Conduits Seeded with Schwann Cells for Peripheral Nerve Regeneration," *Biomaterials, 23,* 841-848 (2002).

129. V.I. Sikavitsas, G.N. Bancroft, and A.G. Mikos, "Formation of Three-Dimensional Cell/Polymer Constructs for Bone Tissue Engineering in a Spinner Flask and a Rotating Wall Vessel Bioreactor," *J. Biomed. Mater. Res., 62,* 136-148 (2002).

130. J.P. Fisher, D. Dean, and A.G. Mikos, "Photocrosslinking Characteristics and Mechanical Properties of Diethyl Fumarate/Poly(Propylene Fumarate) Biomaterials," *Biomaterials, 23,* 4333-4343 (2002).

131. R.G. Payne, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of an Injectable, *In Situ* Crosslinkable, Degradable Polymeric Carrier for Osteogenic Cell Populations. Part 1. Encapsulation of Marrow Stromal Osteoblasts in Surface Crosslinked Gelatin Microparticles," *Biomaterials, 23,* 4359-4371 (2002).

132. R.G. Payne, J.S. McGonigle, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of an Injectable, *In Situ* Crosslinkable, Degradable Polymeric Carrier for Osteogenic Populations. Part 2. Viability of Encapsulated Marrow Stromal Osteoblasts Cultured on Crosslinking Poly(Propylene Fumarate)," *Biomaterials, 23,* 4373-4380 (2002).

133. R.G. Payne, J.S. McGonigle, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of an Injectable, *In Situ* Crosslinkable, Degradable Polymeric Carrier for Osteogenic Populations. Part 3. Proliferation and Differentiation of Encapsulated Marrow Stromal Osteoblasts Cultured on Crosslinking Poly(Propylene Fumarate)" *Biomaterials, 23,* 4381-4387 (2002).

134. E.L. Chaikof, H. Matthew, J. Kohn, A.G. Mikos, G.D. Prestwich, and C.M. Yip, "Biomaterials and Scaffolds in Reparative Medicine," *Ann. N.Y. Acad. Sci., 961,* 96-105 (2002).

135. E.L. Chaikof, H. Matthew, J. Kohn, G.D. Prestwich, A.G. Mikos, and C.M. Yip, "Bioscaffolds for Tissue Repair," *Ann. N.Y. Acad. Sci., 961,* 112-113 (2002).

136. K. Tanahashi and A.G. Mikos, "Cell Adhesion on Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res., 62,* 558-566 (2002).

137. K. Tanahashi, S. Jo, and A.G. Mikos, "Synthesis and Characterization of Biodegradable Cationic Poly(Propylene Fumarate-co-Ethylene Glycol) Copolymer Hydrogels Modified with Agmatine for Enhanced Cell Adhesion," *Biomacromolecules, 3,* 1030-1037 (2002).

138. G.N. Bancroft, V.I. Sikavitsas, J. van den Dolder, T.L. Sheffield, C.G. Ambrose, J.A. Jansen, and A.G. Mikos, "Fluid Flow Increases Mineralized Matrix Deposition in 3D Perfusion Culture of Marrow Stromal Osteoblasts in a Dose-Dependent Manner," *Proceed. Natl. Acad. Sci. USA, 99,* 12600-12605 (2002).

139. E. Behravesh, M.D. Timmer, J.J. Lemoine, M.A.K. Liebschner, and A.G. Mikos, "Evaluation of the *In Vitro* Degradation of Macroporous Hydrogels Using Gravimetry, Confined Compression Testing, and Microcomputed Tomography," *Biomacromolecules, 3,* 1263-1270 (2002).

140. E.L. Hedberg, A. Tang, R.S. Crowther, D.H. Carney, and A.G. Mikos, "Controlled Release of an Osteogenic Peptide from Injectable Biodegradable Polymeric Composites," *J. Controlled Release, 84,* 137-150 (2002).

141. M.D. Timmer, C.G. Ambrose, and A.G. Mikos, "*In Vitro* Degradation of Polymeric Networks of Poly(Propylene Fumarate) and the Crosslinking Macromer Poly(Propylene Fumarate)-Diacrylate," *Biomaterials, 24,* 571-577 (2003).

142. T.A. Holland and A.G. Mikos, "Advances in Drug Delivery for Articular Cartilage," *J. Controlled Release, 86,* 1-14 (2003).

143. J. van den Dolder, G.N. Bancroft, V.I. Sikavitsas, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture of Marrow Stromal Osteoblasts in Titanium Fiber Mesh," *J. Biomed. Mater. Res. Part A, 64A,* 235-241 (2003).

144. M.N. Cooke, J.P. Fisher, D. Dean, C. Rimnac, and A.G. Mikos, "Use of Stereoliphography to Manufacture Critical-Sized 3D Biodegradable Scaffolds for Bone Ingrowth," *J. Biomed. Mater. Res. Part B: Appl. Biomater., 64B,* 65-69 (2003).

145. E. Lieb, J. Tessmar, M. Hacker, C. Fischbach, D. Rose, T. Blunk, A.G. Mikos, A. Göpferich, and M.B. Schulz, "Poly(D,L-Lactic Acid)-Poly(Ethylene Glycol)-Monomethyl Ether Diblock Copolymers Control Adhesion and Osteoblastic Differentiation of Marrow Stromal Cells," *Tissue Eng., 9,* 71-84 (2003).

146. E. Behravesh, K. Zygourakis, and A.G. Mikos, "Adhesion and Migration of Marrow-Derived Osteoblasts on Injectable *In Situ* Crosslinkable Poly(Propylene Fumarate-Co-Ethylene Glycol) Based Hydrogels with a Covalently Linked RGDS Peptide," *J. Biomed. Mater. Res. Part A, 65A,* 261-271 (2003).

147. M.D. Timmer, R.A. Horch, C.G. Ambrose, and A.G. Mikos, "Effect of Physiological Temperature on the Mechanical Properties and Network Structure of Biodegradable Poly(Propylene Fumarate)-Based Networks," *J. Biomater. Sci., Polym. Ed., 14,* 369-382 (2003).

148. H. Shin, J.S. Temenoff, and A.G. Mikos, "*In Vitro* Cytotoxicity of Unsaturated Oligo(Poly(Ethylene Glycol) Fumarate) Macromers and their Crosslinked Hydrogels," *Biomacromolecules, 4,* 552-560 (2003).

149. A.K. Shung, E. Behravesh, S. Jo, and A.G. Mikos, "Crosslinking Characteristics of and Cell Adhesion to an Injectable Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogel Using a Water Soluble Crosslinking System," *Tissue Eng., 9,* 243-254 (2003).

150. H. Shin, P.Q. Ruhé, A.G. Mikos, and J.A. Jansen, "*In Vivo* Bone and Soft Tissue Response to Injectable Biodegradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *Biomaterials, 24,* 3201-3211 (2003).

151. D. Dean, N.S. Topham, S.C. Meneghetti, M.S. Wolfe, K. Jepsen, S. He, J.E.-K. Chen, J.P. Fisher, M. Cooke, C. Rimnac, and A.G. Mikos, "Poly(Propylene Fumarate) and Poly(DL-Lactic-co-Glycolic Acid) as Scaffold Materials for Solid and Foam-Coated Composite Tissue-Engineered Constructs for Cranial Reconstruction," *Tissue Eng., 9,* 495-504 (2003).

152. J. van den Dolder, G.N. Bancroft, V.I. Sikavitsas, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Effect of Fibronectin- and Collagen I-Coated Titanium Fiber Mesh on Proliferation and Differentiation of Osteogenic Cells," *Tissue Eng., 9,* 505-515 (2003).

153. G.N. Bancroft, V.I. Sikavitsas, and A.G. Mikos, "Design of a Flow Perfusion Bioreactor System for Bone Tissue-Engineering Applications," *Tissue Eng., 9,* 549-554 (2003).

154. M.D. Timmer, H. Shin, R.A. Horch, C.G. Ambrose, and A.G. Mikos, "*In Vitro* Cytotoxicity of Injectable and Biodegradable Poly(Propylene Fumarate)-Based Networks: Unreacted Macromers, Cross-Linked Networks, and Degradation Products," *Biomacromolecules, 4,* 1026-1033 (2003).

155. E. Behravesh and A.G. Mikos, "Three-Dimensional Culture of Differentiating Marrow Stromal Osteoblasts in Biomimetic Poly(Propylene Fumarate-co-Ethylene Glycol)-Based Macroporous Hydrogels," *J. Biomed. Mater. Res. Part A, 66A,* 698-706 (2003).

156. M.D. Timmer, C.G. Ambrose, and A.G. Mikos, "Evaluation of Thermal- and Photo-Crosslinked Biodegradable Poly(Propylene Fumarate)-Based Networks," *J. Biomed. Mater. Res. Part A, 66A,* 811-818 (2003).

157. H. Shin, S. Jo, and A.G. Mikos, "Biomimetic Materials for Tissue Engineering," *Biomaterials, 24,* 4353-4364 (2003).

158. E. Behravesh, V.I. Sikavitsas, and A.G. Mikos, "Quantification of Ligand Surface Concentration of Bulk-Modified Biomimetic Hydrogels," *Biomaterials, 24,* 4365-4374 (2003).

159. J.K. Tessmar, A.G. Mikos, and A. Goepferich, "The Use of Poly(Ethylene Glycol)-block-Poly(Lactic Acid) Derived Copolymers for the Rapid Creation of Biomimetic Surfaces," *Biomaterials, 24,* 4475-4486 (2003).

160. T.A. Holland, Y. Tabata, and A.G. Mikos, "*In Vitro* Release of Transforming Growth Factor-β1 from Gelatin Microparticles Encapsulated in Biodegradable, Injectable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *J. Controlled Release, 91,* 299-313 (2003).

161. M.E. Gomes, V.I. Sikavitsas, E. Behravesh, R.L. Reis, and A.G. Mikos, "Effect of Flow Perfusion on the Osteogenic Differentiation of Bone Marrow Stromal Cells Cultured on Starch-Based Three-Dimensional Scaffolds," *J. Biomed. Mater. Res. Part A, 67A,* 87-95 (2003).

162. M.D. Timmer, C. Carter, C.G. Ambrose, and A.G. Mikos, "Fabrication of Poly(Propylene Fumarate)-Based Orthopaedic Implants by Photo-Crosslinking Through Transparent Silicone Molds," *Biomaterials, 24,* 4707-4714 (2003).

163. J.P. Fisher, M.D. Timmer, T.A. Holland, D. Dean, P.S. Engel, and A.G. Mikos, "Photoinitiated Cross-Linking of the Biodegradable Polyester Poly(Propylene Fumarate). Part I: Determination of Network Structure," *Biomacromolecules, 4,* 1327-1334 (2003).

**A2638**

11/10/08

164. J.P. Fisher, T.A. Holland, D. Dean, and A.G. Mikos, "Photoinitiated Crosslinking of the Biodegradable Polyester Poly(Propylene Fumarate). Part II: *In Vitro* Degradation," *Biomacromolecules, 4,* 1335-1342 (2003).

165. J.S. Temenoff, E.S. Steinbis, and A.G. Mikos, "Effect of Drying History on Swelling Properties and Cell Attachment to Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Guided Tissue Regeneration Applications," *J. Biomater. Sci., Polym. Ed., 14,* 989-1004 (2003).

166. P.Q. Ruhé, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "rhBMP-2 Release from Injectable Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," *J. Bone Joint Surg., 85-A, Suppl. 3,* 75-81 (2003).

167. Z. Lalani, M. Wong, E.M. Brey, A.G. Mikos, and P.J. Duke, "Spatial and Temporal Localization of Transforming Growth Factor-β1, Bone Morphogenetic Protein-2, and Platelet-Derived Growth Factor-A in Healing Tooth Extraction Sockets in a Rabbit Model," *J. Oral Maxillofac. Surg., 61,* 1061-1072 (2003).

168. K. Tanahashi and A.G. Mikos, "Protein Adsorption and Smooth Muscle Cell Adhesion on Biodegradable Agmatine-Modified Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res. Part A, 67A,* 448-457 (2003).

169. J.S. Temenoff, H. Shin, D.E. Conway, P.S. Engel, and A.G. Mikos, "*In Vitro* Cytotoxicity of Redox Radical Initiators for Crosslinking of Oligo(Poly(Ethylene Glycol) Fumarate) Macromers," *Biomacromolecules, 4,* 1605-1613 (2003).

170. V.I. Sikavitsas, J. van den Dolder, G.N. Bancroft, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "Influence of the *In Vitro* Culture Period on the *In Vivo* Performance of Cell/Titanium Bone Tissue Engineered Constructs Using a Rat Cranial Critical Size Defect Model," *J. Biomed. Mater. Res. Part A, 67A,* 944-951 (2003).

171. J.S. Blum, M.A. Barry, and A.G. Mikos, "Bone Regeneration through Transplantation of Genetically Modified Cells," *Clin. Plast. Surg., 30,* 611-620 (2003).

172. K. Tanahashi and A.G. Mikos, "Effect of Hydrophilicity and Agmatine Modification on Degradation of Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogels," *J. Biomed. Mater. Res. Part A, 67A,* 1148-1154 (2003).

173. C.G. Ambrose, G.R. Gogola, T.A. Clyburn, A.K. Raymond, A.S. Peng, and A.G. Mikos, "Antibiotic Microspheres: Preliminary Testing for Potential Treatment of Osteomyelitis," *Clin. Orthop. Rel. Res., 415,* 279-285 (2003).

174. J.S. Blum, M.A. Barry, A.G. Mikos, and J.A. Jansen, "*In Vivo* Evaluation of Gene Therapy Vectors in *Ex Vivo* Derived Marrow Stromal Cells for Bone Regeneration in a Rat Critical Size Calvarial Defect Model," *Human Gene Therapy, 14,* 1689-1701 (2003).

175. V.I. Sikavitsas, G.N. Bancroft, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Mineralized Matrix Deposition by Marrow Stromal Osteoblasts in 3D Perfusion Culture Increases with Increasing Fluid Shear Forces," *Proceed. Natl. Acad. Sci. USA, 100,* 14683-14688 (2003).

176. H. Shin, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Attachment, Proliferation, and Migration of Marrow Stromal Osteoblasts Cultured on Biomimetic Hydrogels Modified with an Osteopontin-Derived Peptide," *Biomaterials, 25,* 895-906 (2004).

177. T.A. Holland, J.K.V. Tessmar, Y. Tabata, and A.G. Mikos, "Transforming Growth Factor-β1 Release from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels in Conditions Which Model the Cartilage Wound Healing Environment," *J. Controlled Release, 94,* 101-114 (2004).

A2639

178. J.S. Temenoff, H. Park, E. Jabbari, D.E. Conway, T.L. Sheffield, C.G. Ambrose, and A.G. Mikos, "Thermally-Crosslinked Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels Support Osteogenic Differentiation of Encapsulated Marrow Stromal Cells *In Vitro*," *Biomacromolecules, 5,* 5-10 (2004).

179. J.S. Blum, M.B. Parrott, A.G. Mikos, and M.A. Barry, "Early Osteoblastic Differentiation Induced by Dexamethasone Enhances Adenoviral Gene Delivery to Marrow Stromal Cells," *J. Orthop. Res., 22,* 411-416 (2004).

180. J.P. Fisher, Z. Lalani, C.M. Bossano, E.M. Brey, N. Demian, C.M. Johnston, D. Dean, J.A. Jansen, M.E.K. Wong, and A.G. Mikos, "Effect of Biomaterial Properties on Bone Healing in a Rabbit Tooth Extraction Socket Model," *J. Biomed. Mater. Res. Part A, 68A,* 428-438 (2004).

181. Z. Lalani, M.E.K. Wong, E.M. Brey, A.G. Mikos, P.J. Duke, and C. Johnston, "Spatial and Temporal Localization of Secretory IgA in Healing Tooth Extraction Sockets in a Rabbit Model," *J. Oral Maxillofac. Surg., 62,* 466-472 (2004).

182. C.G. Ambrose, T.A. Clyburn, K. Louden, J. Joseph, J. Wright, P. Gulati, G.R. Gogola, and A.G. Mikos, "Effective Treatment of Osteomyelitis with Biodegradable Microspheres in a Rabbit Model," *Clin. Orthop. Rel. Res.,* 421, 293-299 (2004).

183. H. Shin, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Modulation of Differentiation and Mineralization of Marrow Stromal Cells Cultured on Biomimetic Hydrogels Modified with Arg-Gly-Asp Containing Peptides," *J. Biomed. Mater. Res. Part A, 69A,* 535-543 (2004).

184. J.S. Blum, J.S. Temenoff, H. Park, J.A. Jansen, A.G. Mikos, and M.A. Barry, "Development and Characterization of Enhanced Green Fluorescent Protein and Luciferase Expressing Cell Line for Non-Destructive Evaluation of Tissue Engineering Constructs," *Biomaterials, 25,* 5809-5819 (2004).

185. Z.S. Patel and A.G. Mikos, "Angiogenesis with Biomaterial-Based Drug- and Cell-Delivery Systems," *J. Biomater. Sci., Polym. Ed., 15,* 701-726 (2004).

186. J.S. Temenoff, H. Park, E. Jabbari, T.L. Sheffield, R.G. LeBaron, C.G. Ambrose, and A.G. Mikos, "*In Vitro* Osteogenic Differentiation of Marrow Stromal Cells Encapsulated in Biodegradable Hydrogels," *J. Biomed. Mater. Res. Part A, 70A,* 235-244 (2004).

187. R.A. Horch, N. Shahid, A.S. Mistry, M.D. Timmer, A.G. Mikos, and A.R. Barron, "Nanoreinforcement of Poly(Propylene Fumarate)-Based Networks with Surface Modified Alumoxane Nanoparticles for Bone Tissue Engineering," *Biomacromolecules, 5,* 1990-1998 (2004).

188. J.P. Fisher, S. Jo, A.G. Mikos, and A.H. Reddi, "Thermoreversible Hydrogel Scaffolds for Articular Cartilage Engineering," *J. Biomed. Mater. Res. Part A, 71A,* 268-274 (2004).

189. E.L. Hedberg, C.K. Shih, L.A. Solchaga, A.I. Caplan, and A.G. Mikos, "Controlled Release of Hyaluronan Oligomers from Biodegradable Polymeric Microparticle Carriers," *J. Controlled Release, 100,* 257-266 (2004).

190. N. Datta, H.L. Holtorf, V.I. Sikavitsas, J.A. Jansen, and A.G. Mikos, "Effect of Bone Extracellular Matrix Synthesized *In Vitro* on the Osteoblastic Differentiation of Marrow Stromal Cells," *Biomaterials, 26,* 971-977 (2005).

191. V.I. Sikavitsas, G.N. Bancroft, J.J. Lemoine, M.A.K. Liebschner, M. Dauner, and A.G. Mikos, "Flow Perfusion Enhances the Calcified Matrix Deposition of Marrow Stromal Cells in Biodegradable Nonwoven Fiber Mesh Scaffolds," *Ann. Biomed. Eng., 33,* 63-70 (2005).

192. T.A. Holland, Y. Tabata, and A.G. Mikos, "Dual Growth Factor Delivery from Degradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Scaffolds for Cartilage Tissue Engineering," *J. Controlled Release, 101,* 111-125 (2005).

193. J.A. Jansen, J.W.M. Vehof, P.Q. Ruhé, H. Kroeze-Deutman, Y. Kuboki, H. Takita, E.L. Hedberg, and A.G. Mikos, "Growth Factor-Loaded Scaffolds for Bone Engineering," *J. Controlled Release, 101,* 127-136 (2005).

194. E.L. Hedberg, C.K. Shih, J.J. Lemoine, M.D. Timmer, M.A.K. Liebschner, J.A. Jansen, and A.G. Mikos, "*In Vitro* Degradation of Porous Poly(Propylene Fumarate)/Poly(DL-Lactic-co-Glycolic Acid) Composite Scaffolds," *Biomaterials, 26,* 3215-3225 (2005).

195. H. Shin, J.S. Temenoff, G.C. Bowden, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Osteogenic Differentiation of Rat Bone Marrow Stromal Cells Cultured on Arg-Gly-Asp Modified Hydrogels without Dexamethasone and β-Glycerol Phosphate," *Biomaterials, 26,* 3645-3654 (2005).

196. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture Induces the Osteoblastic Differentiation of Marrow Stromal Cell-Scaffold Constructs in the Absence of Dexamethasone," *J. Biomed. Mater. Res. Part A, 72A,* 326-334 (2005).

197. E.L. Hedberg, H.C. Kroese-Deutman, C.K. Shih, R.S. Crowther, D.H. Carney, A.G. Mikos, and J.A. Jansen, "*In Vivo* Degradation of Porous Poly(Propylene Fumarate)/Poly(DL-Lactic-co-Glycolic Acid) Composite Scaffolds," *Biomaterials, 26,* 4616-4623 (2005).

198. E.L. Hedberg, H.C. Kroese-Deutman, C.K. Shih, R.S. Crowther, D.H. Carney, A.G. Mikos, and J.A. Jansen, "Effect of Varied Release Kinetics of the Osteogenic Thrombin Peptide TP508 from Biodegradable, Polymeric Scaffolds on Bone Formation *In Vivo*," *J. Biomed. Mater. Res. Part A, 72A,* 343-353 (2005).

199. L.A. Solchaga, J.S. Temenoff, J. Gao, A.G. Mikos, A.I. Caplan, and V.M. Goldberg, "Repair of Osteochondral Defects with Hyaluronan- and Polyester-Based Scaffolds," *Osteoarthritis Cartilage, 13,* 297-309 (2005).

200. A.S. Mistry and A.G. Mikos, "Tissue Engineering Strategies for Bone Regeneration," *Adv. Biochem. Eng. Biotechnol., 94,* 1-22 (2005).

201. F.K. Kasper, S.K. Seidlits, A. Tang, R.S. Crowther, D.H. Carney, M.A. Barry, and A.G. Mikos, "*In Vitro* Release of Plasmid DNA from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," *J. Controlled Release, 104,* 521-539 (2005).

202. X. Shi, J.L. Hudson, P.P. Spicer, J.M. Tour, R. Krishnamoorti, and A.G. Mikos, "Rheological Behavior and Mechanical Characterization of Injectable Poly(Propylene Fumarate)/Single-Walled Carbon Nanotube Composites for Bone Tissue Engineering," *Nanotechnology, 16,* S531-S538 (2005).

203. H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Ectopic Bone Formation in Rat Marrow Stromal Cell/Titanium Fiber Mesh Scaffold Constructs: Effect of Initial Cell Phenotype," *Biomaterials, 26,* 6208-6216 (2005).

204. H.L. Holtorf, N. Datta, J.A. Jansen, and A.G. Mikos, "Scaffold Mesh Size Affects the Osteoblastic Differentiation of Seeded Marrow Stromal Cells Cultured in a Flow Perfusion Bioreactor," *J. Biomed. Mater. Res. Part A, 74A,* 171-180 (2005).

205. H.L. Holtorf, T.L. Sheffield, C.G. Ambrose, J.A. Jansen, and A.G. Mikos, "Flow Perfusion Culture of Marrow Stromal Cells Seeded on Porous Biphasic Calcium Phosphate Ceramics," *Ann. Biomed. Eng., 33,* 1238-1248 (2005).

206. D. Dean, M.S. Wolfe, Y. Ahmad, A. Totonchi, J.E.-K. Chen, J.P. Fisher, M.N. Cooke, C.M. Rimnac, D.P. Lennon, A.I. Caplan, N.S. Topham, and A.G. Mikos, "Effect of

A2641