### Table 6-1: Whole Blood Everolimus Pharmacokinetic Parameters in Patients Following XIENCE V Stent Implantation

| | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/mL) | $t_{1/2}$ (h)[a] | $AUC_{0-t}$[a] (ng.h mL) | $AUC_{0-\infty}$[a] (ng.h/mL) | CL (L/h)[a] |
|---|---|---|---|---|---|---|---|
| **SPIRIT III RCT and 4.0 Arm** | | | | | | | |
| | | median (range) | mean ± SD | mean ± SD | mean ± SD | mean ± SD | mean ± SD |
| 2.5-3.0 x 18 mm (n=3[b]) | 88 µg | 0.050 (0.50-1.88) | 0.3867 ± 0.09866 | | 5.31 ± 4.114 | | |
| 3.5-4.0 x 28 mm (n=6[c]) | 181 µg | 0.50 (0.07-1.00) | 1.175 ± 0.6817 | 79.08 ± 57.24 | 23.73 ± 13.63 | 44.00 ± 28.67 | 5.130 ± 2.114 |
| **SPIRIT III Japanese Arm** | | | | | | | |
| | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/mL) | $t_{1/2}$ (h)[a] | $AUC_{0-t}$ (ng.h/mL) | $AUC_{0-\infty}$[a] (ng.h/mL) | CL (L/h) |
| | | median (range) | mean ± SD | mean ± SD | mean ± SD | mean ± SD | mean ± SD |
| 2.5-3.0 x 18 mm (n=6) | 88 µg | 1.00 (0.50-1.02) | 0.5017 ± 0.1398 | 45.22 ± 35.08 | 5.049 ± 2.138 | 12.98 ± 7.078 | 9.286 ± 6.069 |
| 3.5-4.0 x 18 mm (n=4[b]) | 113 µg | 0.51 (0.50-0.53) | 0.6500 ± 0.08756 | 53.57 ± 19.34 | 11.02 ± 4.002 | 19.97 ± 7.890 | 6.471 ± 2.807 |
| **SPIRIT II Clinical Trial** | | | | | | | |
| | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/mL) | $t_{1/2}$ (h)[a] | $AUC_{last}$ (ng.h/mL) | $AUC_{0-\infty}$[a] (ng.h/mL) | CL (L/h)[a] |
| | | median (range) | mean ± SD | mean ± SD | mean ± SD | mean ± SD | mean ± SD |
| 2.5-3.0 x 18 mm (n=13) | 88 µg | 0.50 (0.13-2.17) | 0.4369 ± 0.1507 | 54.08 ± 35.78 | 8.255 ± 5.863 | 19.60 ± 15.30 | 8.066 ± 6.443 |
| 3.5-4.0 x 18 mm (n=4[c]) | 113 µg | 0.50 (0.50-0.50) | 0.5850 ± 0.2630 | 47.60 ± 62.13 | 42.54 ± 58.83 | 22.79 ± 31.47 | 16.96 ± 13.07 |
| 3.5-4.0 x 28 mm (n=4) | 181 µg | 0.46 (0.17-1.00) | 0.7925 ± 0.1406 | 103.4 ± 64.17 | 28.07 ± 13.18 | 52.71 ± 27.40 | 5.332 ± 5.048 |

[a] Accurate determination not possible due to rapid disappearance of everolimus from the blood
[b] n= 5 for $t_{1/2}$ and CL.
[c] n= 3 for $t_{1/2}$ and CL.
$t_{max}$(h)= time to maximum concentration.
$C_{max}$= maximum observed blood concentration.
$t_{1/2}$ (h)= terminal phase half-life.
$AUC_{0-t}$ or $AUC_{last}$ = the area beneath the blood concentration versus time curve: time zero to the final quantifiable concentration
$AUC_{(0-\infty)}$ = the area beneath the blood concentration versus time curve: time zero to the extrapolated infinite time
CL= total blood clearance.

In all subjects, the maximum time to everolimus disappearance was 168 hours; however, 1 subject in the SPIRIT II clinical trial had detectable levels at 30 days. In all 3 studies, the $C_{max}$ value never reached the minimum therapeutic value of 3.0 ng/mL necessary for effective systemic administration to prevent organ rejection. The PK parameters representing elimination; $t_{1/2}$, $AUC_{0-t}$, $AUC_{last}$, $AUC_\infty$, and CL could also not be determined accurately due to rapid everolimus disappearance from blood. These types of results have been seen with other drug-eluting stents.

Everolimus disappearance from circulation following XIENCE V stent implantation should further limit systemic exposure and adverse events associated with long-term systemic administration at therapeutic levels. Despite limited systemic exposure to everolimus, local arterial delivery has been demonstrated in pre-clinical studies.

EL2064613 (7/2/08)
Page 15 of 60
Printed on : 10/16/2009

Boston
Scientific

A2765

## 6.3    Interactions with Drugs or Other Substances

Everolimus is extensively metabolized by the cytochrome P4503A4 (CYP3A4) in the gut wall and liver and is a substrate for the countertransporter P-glycoprotein. Therefore, absorption and subsequent elimination of everolimus may be influenced by drugs that also affect this pathway. Everolimus has also been shown to reduce the clearance of some prescription medications when it was administered orally along with cyclosporine (CsA). Formal drug interaction studies have not been performed with the PROMUS stent because of limited systemic exposure to everolimus eluted from the stent used in the SPIRIT clinical trials, (see Section 6.2 Pharmacokinetics). However, consideration should be given to the potential for both systemic and local drug interactions in the vessel wall when deciding to place the PROMUS stent in a subject taking a drug with known interaction with everolimus.

Everolimus, when prescribed as an oral medication, may interact with the drugs/foods[3] listed below. Medications that are strong inhibitors of CYP3A4 might reduce everolimus metabolism *in vivo*. Hence, co-administration of strong inhibitors of CYP3A4 may increase the blood concentrations of everolimus.

- CYP3A4 isozyme inhibitors (ketoconazole, itraconazole, voriconazole, ritonavor, erythromycin, clarithromycin, fluconazole, calcium channel blockers)
- Inducers of CYP3A4 isozyme (rifampin, rifabutin, carbamazepin, phenobarbital, phenytoin)
- Antibiotics (ciprofloxacin, ofloxacin)
- Glucocorticoids
- HMGCoA reductase inhibitors (simvastatin, lovastatin)
- Digoxin
- Cisapride (theoretical potential interaction)
- Sildenafil (Viagra®) (theoretical potential interaction)
- Antihistaminics (terfenadine, astemizole)
- Grapefruit juice

## 6.4    Carcinogenicity, Genotoxicity, and Reproductive Toxicity

A 26-week carcinogenicity study was conducted to evaluate the carcinogenic potential of PROMUS stents following subcutaneous implantation in transgenic mice. During the course of the study, there were no abnormal clinical observations that suggested a carcinogenic effect of the test group (PROMUS stent). The test group did not demonstrate an increased incidence of neoplastic lesions when compared to the negative control group. However, the positive control and the experimental positive control groups demonstrated notable increases in the incidence of neoplastic lesions compared to either the test or the negative control group. Based on the results of this study, the PROMUS stent does not appear to be carcinogenic when implanted in transgenic mice for 26 weeks.

Genotoxicity studies were conducted on the PROMUS stent in mammalian cells and bacteria. These studies included gene mutations in bacteria (Ames Test), gene mutations in mammalian cells (chromosomal aberration), test for clastogenicity in mammalian cells, and mammalian erythrocyte micronucleus test. Based on the results of these studies, the PROMUS stent is not genotoxic.

---

[3] Certican® Investigator's Brochure. Novartis Pharmaceutical Corporation

EL2064613 (7/2/08)
Page 16 of 60
*Printed on : 10/16/2009*

Boston
Scientific

A2766

In addition, a reproductive toxicity (teratology) study was conducted to demonstrate that implantation of PROMUS stents in female Sprague-Dawley rats does not affect their fertility or reproductive capability and shows a lack of any reproductive toxicity on their offspring. The PROMUS stent did not affect the fertility or reproductive capability of female Sprague-Dawley rats. There was no statistical difference between the test article (PROMUS stent) and the control system in terms of any of the evaluated parameters. The test article had no effect on litter size and caused no increase of in utero mortality. Additionally, the PROMUS stent did not cause any reproductive toxicity in the offspring in this study.

## 6.5    Pregnancy

Pregnancy Category C: There are no adequate everolimus or PROMUS stent related studies in pregnant women. Effects of the PROMUS stent on prenatal and postnatal rat development were no different than the controls. When administered at oral doses of 0.1 mg/kg or above, everolimus showed effects on prenatal and postnatal rat development limited to slight body weight changes and fetal survival without any specific toxic potential.

Effective contraception should be initiated before implanting a PROMUS stent and continued for one year post-implantation. The PROMUS stent should be used in pregnant women only if potential benefits justify potential risks.

Safety of the PROMUS stent has not been evaluated in males intending to father children.

## 6.6    Lactation

It is unknown whether everolimus is distributed in human milk. Also, everolimus pharmacokinetic and safety profiles have not been determined in infants. Consequently, mothers should be advised of potential serious adverse reactions to everolimus in nursing infants. Prior to PROMUS stent implantation, decisions should be made regarding whether to discontinue nursing or conduct an alternate percutaneous coronary intervention procedure.

## 7.0    OVERVIEW OF CLINICAL STUDIES

The PROMUS Everolimus-Eluting Coronary Stent System is a private label XIENCE V Everolimus Eluting Coronary Stent System manufactured by Abbott and distributed by Boston Scientific Corporation. Principal XIENCE V safety and effectiveness information is derived from the SPIRIT III clinical trial and is supported by the SPIRIT FIRST and SPIRIT II clinical trials. These studies evaluated XIENCE V EECSS performance in subjects with symptomatic ischemic disease due to *de novo* lesions in native coronary arteries. Major study characteristics are summarized below and listed in Table 7-1.

SPIRIT III, a pivotal clinical trial, was designed to demonstrate the non-inferiority of the XIENCE V stent to the TAXUS EXPRESS[2]™ Paclitaxel Eluting Coronary Stent System (TAXUS stent) and was conducted in the United States (US) and Japan. The SPIRIT III clinical trial consisted of a US randomized clinical trial (RCT), a non-randomized 4.0 mm diameter stent arm in the US, and a non-randomized arm in Japan, which included a pharmacokinetic substudy (see Section 6.2 Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent). Enrollment is complete in the RCT and the Japan arm.

Boston
Scientific

A2767

The SPIRIT III RCT was a prospective, randomized (2:1; XIENCE V:TAXUS), active-controlled, single-blinded, multi-center, clinical trial in the US designed to evaluate the safety and efficacy of the XIENCE V stent in the treatment of up to two *de novo* lesions ≤ 28 mm in length in native coronary arteries with RVD ≥ 2.5 mm to ≤ 3.75 mm. The RCT study was designed to enroll 1,002 subjects at up to 80 sites in the US. The primary endpoint in the RCT was in-segment late loss at 240 days, and the co-primary endpoint was ischemia-driven target vessel failure (TVF, defined as the composite of cardiac death, MI, or clinically-driven TVR) at 270 days. Other secondary endpoints included clinical outcomes of all the subjects (30, 180, 270 days and annually from 1 to 5 years), as well as angiographic results and intravascular ultrasound (IVUS) results at 240 days. Follow-up through 1 year is currently available, and yearly follow-up for clinical parameters through 5 years is ongoing.

The SPIRIT III 4.0 mm arm was a prospective, multi-center, single-arm registry designed to evaluate the XIENCE V stent in the treatment of *de novo* lesions ≤ 28 mm in length in native coronary arteries with RVD > 3.75 mm to ≤ 4.25 mm. This study was designed to enroll up to 80 subjects at up to 80 sites in the US. Enrolled subjects were scheduled for clinical follow-up at 30, 180, 240, and 270 days and annually from 1 to 5 years, with angiographic follow-up at 240 days. The primary endpoint was in-segment late loss at 240 days compared to the TAXUS arm from the SPIRIT III RCT. Follow-up through 1 year is currently available and yearly follow-up for clinical parameters through 5 years is ongoing.

The SPIRIT III clinical trial included a pharmacokinetic substudy in a subset derived from the RCT[4] and Japan non-randomized arm. Eleven sites in the US and 9 sites in Japan participated in this substudy and have enrolled 34 subjects (17 subjects in the US and 17 subjects in Japan).

The SPIRIT II clinical trial was a randomized, single-blind, active-control, multi-center clinical evaluation. Subject eligibility criteria were similar to the SPIRIT III clinical trial and enrollment duration overlapped between studies. In this study, 300 subjects (3:1 randomization XIENCE V: TAXUS) were enrolled at 28 sites outside the United States. The primary endpoint was in-stent late loss at 6 months. Secondary endpoints included clinical outcomes at 30, 180, 270 days and annually from 1 to 5 years; angiographic results at 180 days and 2 years; and IVUS results at 180 days and 2 years. Clinical follow-up through 2 years is currently available and yearly follow-up for clinical parameters through 5 years is ongoing.

The SPIRIT FIRST clinical trial was a randomized, single-blind, controlled, multi-center first-in-man study. This trial was the first human study to evaluate the XIENCE V stent safety and performance. Sixty subjects [XIENCE V stent (n=28) and MULTI-LINK VISION bare metal control stent (n=32)] were enrolled at 9 sites in Europe. The primary endpoint was in-stent late loss at 6 months on the per-treatment evaluable population, and the major secondary endpoint was the percent in-stent volume obstruction (% VO) at 6 months based on IVUS analysis of the per-treatment evaluable population. Follow-up through 3 years is currently available and yearly follow-up for clinical parameters through 5 years is ongoing.

Table 7-1 summarizes the clinical trial designs for the SPIRIT family of trials.

---

[4] Includes one subject from the 4.0 mm non-randomized arm.



## Table 7-1: XIENCE V SPIRIT Clinical Trial Designs

| | SPIRIT III clinical trial | | SPIRIT II clinical trial | SPIRIT FIRST clinical trial |
|---|---|---|---|---|
| | RCT | Registries | | |
| **Study Type/Design** | • Multi-center<br>• Randomized<br>• Single-blinded<br>• Active-Control | • Multi-center<br>• Single-arm<br>• Open-label | • Multi-center<br>• Randomized<br>• Single-blinded<br>• Active-Control | • Multi-center<br>• Randomized<br>• Single-blinded<br>• Control |
| **Number of Subjects Enrolled** | Total: 1,002<br>XIENCE V: 668<br>TAXUS Control: 334 | Total: 168<br>4.0 mm: 80<br>Japan: 88* | Total: 300<br>XIENCE V: 225<br>TAXUS Control: 75 | Total: 60<br>XIENCE V: 30<br>VISION Control: 30 |
| **Treatment** | Up to two de novo lesions in different epicardial vessels | Up to two de novo lesions in different epicardial vessels | Up to two de novo lesions in different epicardial vessels | Single de novo lesion |
| **Lesion Size** | RVD: $\geq 2.5 \leq 3.75$ mm<br>Length: $\leq 28$ mm | 4.0 mm<br>RVD: $> 3.75 \leq 4.25$ mm<br>Length: $\leq 28$ mm<br><br>Japan<br>RVD: $\geq 2.5 \leq 4.25$ mm<br>Length: $\leq 28$ mm | RVD: $\geq 2.5 \leq 4.25$ mm<br>Length: $\leq 28$ mm | RVD: 3 mm<br>Length: $\leq 12$ mm |
| **Stent Sizes (XIENCE V)** | Diameter: 2.5, 3.0, 3.5<br>Length: 8, 18, 28 mm | 4.0 mm<br>Diameter: 4.0 mm<br>Length: 8, 18, 28 mm<br><br>Japan<br>Diameter: 2.5, 3.0, 3.5, 4.0 mm<br>Length: 8, 18, 28 mm | Diameter: 2.5, 3.0, 3.5, 4.0<br>Length: 8, 18, 28 mm | Diameter: 3.0 mm<br>Length: 18 mm |
| **Post-procedure Antiplatelet Therapy** | Clopidogrel 6 months minimum (or ticlopidine per site standard), Aspirin 5 years | 4.0 mm: same as RCT<br>Japan: Ticlopidine 3 months, Aspirin 5 years | Clopidogrel 6 months minimum (or ticlopidine per site standard), Aspirin 1 year | Clopidogrel 3 months minimum (or ticlopidine per site standard), Aspirin 1 year |
| **Primary Endpoint** | In-segment late loss at 240-days | In-segment late loss at 240-days | In-segment late loss at 180-days | In-stent late loss at 180-days |
| **Co-Primary Endpoint** | TVF at 270-days | None | None | None |
| **Clinical Follow-up** | 30, 180, 240, 270 days, 1 to 5 years | 30, 180, 240, 270 days, 1 to 5 years | 30, 180, 270 days, 1 to 5 years | 30, 180, 270 days, 1 to 5 years |
| **Angiographic Follow-up** | 240 days (N=564) | 240 days (All registry) | 180-day (all), 2-years (N=152) | 180-days, 1-year (all) |
| **IVUS Follow-up** | 240 days (N=240) | 240 days (Japan only) | 180-day, 2-years (N=152) | 180-days, 1-year (all) |
| **PK Study** | US: Minimum 15 subjects with single lesion, maximum 20 with dual lesions<br>Japan: Minimum 10 subjects with single lesion, maximum 20 with dual lesions | Minimum 15 subjects with single lesion, maximum 20 with dual lesions | Minimum 15 subjects with single lesion, maximum 20 with dual lesions | None |
| **Status** | One year reported; 2, 3, 4 and 5 years planned | | One and 2 years reported; 3, 4 and 5 years planned | One, 2 and 3 years reported; 4 and 5 years planned |

*Only pharmacokinetic substudy results included (see Section 6.2 Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent).

**Boston Scientific**

## 8.0    ADVERSE EVENTS

### 8.1    Observed Adverse Events

Principal adverse event information is derived from SPIRIT III, SPIRIT II and SPIRIT FIRST clinical trials and is shown in Table 8.1-1 and 8.1-2. Within these tables, the Intent-to-Treat population includes all subjects randomized, while the Per-Treatment Evaluable population includes only those subjects who received a study device at the target lesion with no major procedure protocol deviations except deviations relating to the treatment arm, for whom follow-up data are available. See also Section 8.3 – Adverse Events, Potential Adverse Events. See Section 9.0 – Clinical Studies for more complete study design descriptions and results.

**Table 8.1-1: SPIRIT III, II and FIRST:**
**Principal Adverse Events From Post-Procedure to 1 Year**

| | SPIRIT III | | | SPIRIT II | | SPIRIT FIRST | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=29) |
| **In Hospital** | | | | | | | |
| TVF[1] | 0.9% (6/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 3.7% (1/27) | 0.0% (0/28) |
| MACE[2] | 0.9% (6/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 3.7% (1/27) | 0.0% (0/28) |
| All Death | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| Cardiac Death | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| Non-Cardiac Death | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| MI | 0.7% (5/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 0.0% (0/27) | 0.0% (0/28) |
| QMI | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| NQMI | 0.7% (5/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 0.0% (0/27) | 0.0% (0/28) |
| Cardiac Death or MI | 0.7% (5/669) | 2.4% (8/330) | 4.3% (3/69) | 0.9% (2/223) | 2.6% (2/77) | 0.0% (0/27) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 0.1% (1/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 3.7% (1/27) | 0.0% (0/28) |
| Ischemia-Driven TLR | 0.1% (1/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 3.7% (1/27) | 0.0% (0/28) |
| Ischemia-Driven Non-TLR TVR | 0.0% (0/669) | 0.0% (0/330) | 0.0% (0/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| Stent Thrombosis[3] (Per Protocol) | 0.3% (2/669) | 0.0% (0/330) | 1.4% (1/69) | 0.0% (0/223) | 0.0% (0/77) | 0.0% (0/27) | 0.0% (0/28) |
| **9 Months[4]** | | | | | | | |
| TVF[1] | 7.6% (50/657) | 9.7% (31/320) | 5.9% (4/68) | 4.5 (10/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| MACE[2] | 5.0% (33/657) | 8.8% (28/320) | 5.9% (4/68) | 2.7% (6/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| All Death | 1.1% (7/658) | 0.9% (3/321) | 1.5% (1/68) | 0.9% (2/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death | 0.6% (4/658) | 0.6% (2/321) | 1.5% (1/68) | 0.0% (0/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |

Boston Scientific

A2770

| | SPIRIT III | | | SPIRIT II | | SPIRIT FIRST | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=29) |
| Non-Cardiac Death | 0.5% (3/658) | 0.3% (1/321) | 0.0% (0/68) | 0.9% (2/222) | 0.0% (0/77) | 0.0% (0/26) | 0.0% (0/28) |
| MI | 2.3% (15/657) | 3.1% (10/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 3.8% (1/26) | 0.0% (0/28) |
| QMI | 0.2% (1/657) | 0.0% (0/320) | 0.0% (0/68) | 0.0% (0/220) | 0.0% (0/77) | 3.8% (1/26) | 0.0% (0/28) |
| NQMI | 2.1% (14/657) | 3.1% (10/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death or MI | 2.9% (19/657) | 3.8% (12/320) | 5.9% (4/68) | 0.9% (2/220) | 3.9% (3/77) | 3.8% (1/26) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 5.3% (35/657) | 6.6% (21/320) | 1.5% (1/68) | 3.6% (8/220) | 3.9% (3/77) | 3.8% (1/26) | 21.4% (6/28) |
| Ischemia-Driven TLR | 2.7% (18/657) | 5.0% (16/320) | 1.5% (1/68) | 1.8% (4/220) | 3.9% (3/77) | 3.8% (1/26) | 21.4% (6/28) |
| Ischemia-Driven TVR, non TLR TVR | 2.9% (19/657) | 4.1% (13/320) | 0.0% (0/68) | 1.8% (4/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Stent Thrombosis[3] | | | | | | | |
| Protocol | 0.6% (4/654) | 0.0% (0/319) | 1.5% (1/67) | 0.5% (1/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| **1 Year[5]** | | | | | | | |
| TVF[1] | 8.6% (56/653) | 11.3% (36/320) | 5.9% (4/68) | 4.5% (10/220) | 9.1% (7/77) | 15.4% (4/26) | 21.4% (6/28) |
| MACE[2] | 6.0% (39/653) | 10.3% (33/320) | 5.9% (4/68) | 2.7% (6/220) | 9.1% (7/77) | 15.4% (4/26) | 21.4% (6/28) |
| All Death | 1.2% (8/655) | 1.2% (4/321) | 1.5% (1/68) | 0.9% (2/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death | 0.8% (5/655) | 0.9% (3/321) | 1.5% (1/68) | 0.0% (0/222) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Non Cardiac Death | 0.5% (3/655) | 0.3% (1/321) | 0.0% (0/68) | 0.9% (2/222) | 0.0% (0/77) | 0.0% (0/26) | 0.0% (0/28) |
| MI | 2.8% (18/653) | 4.1% (13/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 7.7% (2/26) | 0.0% (0/28) |
| QMI | 0.3% (2/653) | 0.3% (1/320) | 0.0% (0/68) | 0.0% (0/220) | 0.0% (0/77) | 3.8% (1/26) | 0.0% (0/28) |
| NQMI | 2.5% (16/653) | 3.8% (12/320) | 4.4% (3/68) | 0.9% (2/220) | 3.9% (3/77) | 3.8% (1/26) | 0.0% (0/28) |
| Cardiac Death or MI | 3.4% (22/653) | 4.7% (15/320) | 5.9% (4/68) | 0.9% (2/220) | 3.9% (3/77) | 7.7% (2/26) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 6.1% (40/653) | 7.5% (24/320) | 1.5% (1/68) | 3.6% (8/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| Ischemia-Driven TLR | 3.4% (22/653) | 5.6% (18/320) | 1.5% (1/68) | 1.8% (4/220) | 6.5% (5/77) | 7.7% (2/26) | 21.4% (6/28) |
| Ischemia-Driven non-TLR TVR | 3.1% (20/653) | 4.4% (14/320) | 0.0% (0/68) | 1.8% (4/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Stent Thrombosis[3] | | | | | | | |
| Per Protocol | 0.8% (5/647) | 0.6% (2/317) | 1.5% (1/67) | 0.5% (1/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| ARC (Definite+Probable) | 1.1% (7/648) | 0.6% (2/317) | 0.0% (0/67) | 0.0% (0/220) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |


Boston Scientific

A2771

| | SPIRIT III | | | SPIRIT II | | SPIRIT FIRST | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=29) |

**Notes:**

- In-hospital is defined as hospitalization less than or equal to 7 days post-index procedure.
- All counts presented in this table are subject counts. Subjects are counted only once for each event for each time period.
- This table includes revascularizations on any target vessel(s) / lesion(s) for subjects with two target vessels/lesions treated.
- One subject in the SPIRIT III, TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- SPIRIT II and III based on Intent to Treat Population (all subjects randomized, regardless of the treatment they actually received).
- SPIRIT FIRST based on per-treatment evaluable population [a subset of subjects in the full analysis set, who had no bailout and no major protocol deviations other than those relating to treatment arm (randomized versus actually received)].
- Revascularization includes TLR and Non-TLR TVR.
- Q wave MI for all SPIRIT Trials is defined as the development of new pathological Q wave on the ECG.
- Non Q wave MI for SPIRIT III is defined as the elevation of CK levels to greater than or equal to 2 times the upper limit of normal with elevated CKMB in the absence of new pathological Q waves.
- Non Q wave MI for SPIRIT II is defined as a typical rise and fall of CKMB with at least one of the following: Ischemia symptoms, ECG changes indicative of ischemia (ST segment elevation or depression), or coronary artery intervention.
    - o    If non procedural/spontaneous MI, CKMB is greater than or equal to 2 times upper limit of normal.
    - o    If post PCI, CKMB is greater than or equal to 3 times upper limit of normal.
    - o    If post CABG, CKMB is greater than or equal to 5 times upper limit of normal.
- Non Q wave MI for SPIRIT FIRST is defined (WHO definition) as the elevation of post procedure CK levels to greater than or equal to 2 times the upper normal limit with elevated CKMB in the absence of new pathological Q waves.
- Non Q wave MI for SPIRIT FIRST is defined (ESC/ACC definition) as for non procedural, CKMB elevation greater than or equal to 2 times the upper normal limit, for post PCI, CKMB elevation greater than or equal to three times the upper normal limit, and for post CBAG, CKMB elevation greater than or equal to five times the upper normal limit.

[1] TVF includes cardiac death, MI, ischemia-driven TLR and TVR, non-target lesion.
[2] MACE includes cardiac death, MI and ischemia-driven TLR.
[3] See Section 8.2 – Stent Thrombosis Definitions.
[4] SPIRIT III and SPIRIT FIRST includes 14 day window. SPIRIT III includes 9 month events identified at the 1 year follow-up.
[5] SPIRIT III and SPIRIT FIRST includes 28 day window.

Boston Scientific

A2772

### Table 8.1-2: SPIRIT III, II and FIRST:
### Principal Adverse Events from Latest Follow-up

| | SPIRIT III 1 Year[4] | | | SPIRIT II 2 Year[4] | | SPIRIT FIRST 3 Year[4] | |
|---|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | XIENCE V 4.0 mm Arm (N=69) | XIENCE V (N=223) | TAXUS (N=77) | XIENCE V (N=27) | VISION (N=29) |
| TVF[1] | 8.6% (56/653) | 11.3% (36/320) | 5.9% (4/68) | 10.0% (21/211) | 12.3% (9/73) | 15.4% (4/26) | 32.1% (9/28) |
| MACE[2] | 6.0% (39/653) | 10.3% (33/320) | 5.9% (4/68) | 6.6% (14/211) | 11.0% (8/73) | 15.4% (4/26) | 25.0% (7/28) |
| All Death | 1.2% (8/655) | 1.2% (4/321) | 1.5% (1/68) | 3.7% (8/218) | 6.5% (5/77) | 0.0% (0/26) | 0.0% (0/28) |
| Cardiac Death | 0.8% (5/655) | 0.9% (3/321) | 1.5% (1/68) | 0.5% (1/218) | 1.3% (1/77) | 0.0% (0/26) | 0.0% (0/28) |
| Non-Cardiac Death | 0.5% (3/655) | 0.3% (1/321) | 0.0% (0/68) | 3.2% (7/218) | 5.2% (4/77) | 0.0% (0/26) | 0.0% (0/28) |
| MI | 2.8% (18/653) | 4.1% (13/320) | 4.4% (3/68) | 2.8% (6/211) | 5.5% (4/73) | 7.7% (2/26) | 0.0% (0/28) |
| QMI | 0.3% (2/653) | 0.3% (1/320) | 0.0% (0/68) | 0.0% (0/211) | 0.0% (0/73) | 3.8% (1/26) | 0.0% (0/28) |
| NQMI | 2.5% (16/653) | 3.8% (12/320) | 4.4% (3/68) | 2.8% (6/211) | 5.5% (4/73) | 3.8% (1/26) | 0.0% (0/28) |
| Cardiac Death or MI | 3.4% (22/653) | 4.7% (15/320) | 5.9% (4/68) | 3.3% (7/211) | 5.5% (4/73) | 7.7% (2/26) | 0.0% (0/28) |
| Ischemia-Driven Revascularization | 6.1% (40/653) | 7.5% (24/320) | 1.5% (1/68) | 7.1% (15/211) | 9.6% (7/73) | 7.7% (2/26) | 32.1% (9/28) |
| Ischemia-Driven TLR | 3.4% (22/653) | 5.6% (18/320) | 1.5% (1/68) | 3.8% (8/211) | 6.8% (5/73) | 7.7% (2/26) | 25.0% (7/28) |
| Ischemia-Driven non-TLR TVR | 3.1% (20/653) | 4.4% (14/320) | 0.0% (0/68) | 3.8% (8/211) | 4.1% (3/73) | 0.0% (0/26) | 10.7% (3/28) |
| Stent Thrombosis[3] | | | | | | | |
| Per Protocol | 0.8% (5/647) | 0.6% (2/317) | 1.5% (1/67) | 1.9% (4/211) | 1.4% (1/73) | 0.0% (0/26) | 0.0% (0/28) |
| ARC (Definite+Probable) | 1.1% (7/648) | 0.6% (2/317) | 0.0% (0/67) | 0.9% (2/211) | 1.4% (1/73) | 0.0% (0/26) | 0.0% (0/28) |

Notes:
- In-hospital is defined as hospitalization less than or equal to 7 days post-index procedure.
- All counts presented in this table are subject counts.
- This table includes revascularizations on any target vessel(s) / lesion(s) for subjects with two target vessels/lesions treated.
- One subject in the SPIRIT III, TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- SPIRIT II and III based on Intent to Treat Population (all subjects randomized, regardless of the treatment they actually received).
- SPIRIT FIRST based on per-treatment evaluable population [a subset of subjects in the full analysis set, who had no bailout and no major protocol deviations other than those relating to treatment arm (randomized versus actually received)].
- Revascularization includes TLR and Non-TLR TVR.
[1] TVF includes cardiac death, MI, ischemia-driven TLR and TVR, non-target lesion.
[2] MACE includes cardiac death, MI and ischemia-driven TLR.
[3] See Section 8.2 – Stent Thrombosis Definitions.
[4] SPIRIT III, SPIRIT II and SPIRIT FIRST includes 28 day window.

Boston Scientific

A2773

## 8.2    Stent Thrombosis Definitions

Protocol defined stent thrombosis (ST) was categorized as acute (< 1 day), subacute (1 - 30 days) and late (> 30 days) and was defined as any of the following[5]:

- Clinical presentation of acute coronary syndrome with angiographic evidence of stent thrombosis (angiographic appearance of thrombus within or adjacent to a previously treated target lesion)
- In the absence of angiography, any unexplained death, or acute MI (ST segment elevation or new Q-wave)[6] in the distribution of the target lesion within 30 days

All stent thrombosis events were also classified using the ST definitions proposed by the Academic Research Consortium (ARC)[7]. This was performed by an independent event committee blinded to the treatment group of the individual subject. The committee categorized each incident of ST by timing and level of probability (definite, probable, possible), and relation to the original index procedure (primary, secondary after revascularization). These categories are defined as follows:

**Timing:**
- Early ST: 0 to 30 days post stent implantation
- Late ST: 31 days to 1 year post stent implantation
- Very late ST: > 1 year post stent implantation

**Level of probability:**
- Definite ST - considered to have occurred by either angiographic or pathologic confirmation
- Probable ST - considered to have occurred after intracoronary stenting in the following cases:
  1. Any unexplained death within the first 30 days.
  2. Irrespective of the time after the index procedure, any MI which is related to documented acute ischemia in the territory of the implanted stent without angiographic confirmation of ST and in the absence of any other obvious cause.
- Possible ST - considered to have occurred with any unexplained death following 30 days after the intracoronary stenting until the end of trial follow-up[8]

## 8.3    Potential Adverse Events

Adverse events (in alphabetical order) which may be associated with percutaneous coronary and treatment procedures including coronary stent use in native coronary arteries include, but are not limited to:

- Abrupt closure
- Access site pain, hematoma, or hemorrhage
- Acute myocardial infarction

---

[5] For SPIRIT FIRST Stent Thrombosis is defined as total occlusion by angiography at the stent site with abrupt onset of symptoms, elevated biochemical markers, and ECG changes consistent with MI.
[6] Non-specific ST/T changes, and cardiac enzyme elevations do not suffice.
[7] Cutlip DE, Windecker S, Mehran R, et al. Clinical end points in coronary stent trials: a case for standardized definitions. *Circ* 2007;115:2344-51.
[8] All data within this Instructions for Use is presented as definite + probable only.

EL2064613 (7/2/08)
Page 24 of 60
*Printed on : 10/16/2009*

Boston
Scientific

A2774

- Allergic reaction or hypersensitivity to contrast agent or cobalt, chromium, nickel, tungsten, acrylic and fluoropolymers; and drug reactions to antiplatelet drugs or contrast agent
- Aneurysm
- Arterial perforation and injury to the coronary artery
- Arterial rupture
- Arteriovenous fistula
- Arrhythmias, atrial and ventricular
- Bleeding complications, which may require transfusion
- Cardiac tamponade
- Coronary artery spasm
- Coronary or stent embolism
- Coronary or stent thrombosis
- Death
- Dissection of the coronary artery
- Distal emboli (air, tissue or thrombotic)
- Emergent or non-emergent coronary artery bypass graft surgery
- Fever
- Hypotension and/or hypertension
- Infection and pain at insertion site
- Injury to the coronary artery
- Ischemia (myocardial)
- Myocardial infarction (MI)
- Nausea and vomiting
- Palpitations
- Peripheral ischemia (due to vascular injury)
- Pseudoaneurysm
- Renal failure
- Restenosis of the stented segment of the artery
- Shock/pulmonary edema
- Stroke/cerebrovascular accident (CVA)
- Total occlusion of coronary artery
- Unstable or stable angina pectoris
- Vascular complications including at the entry site which may require vessel repair
- Vessel dissection

Adverse events associated with daily oral administration of everolimus to organ transplant patients include but are not limited to:

- Abdominal pain
- Acne
- Anemia
- Coagulopathy
- Diarrhea
- Edema
- Hemolysis
- Hypercholesterolemia
- Hyperlipidemia
- Hypertension

EL2064613 (7/2/08)
Page 25 of 60
Printed on : 10/16/2009

Boston
Scientific

A2775

- Hypertriglyceridemia
- Hypogonadism male
- Infections: wound infection, urinary tract infection, pneumonia, pyelonephritis, sepsis and other viral, bacterial and fungal infections
- Leukopenia
- Liver function test abnormality
- Lymphocele
- Myalgia
- Nausea
- Pain
- Rash
- Renal tubular necrosis
- Surgical wound complication
- Thrombocytopenia
- Venous thromboembolism
- Vomiting

There may be other potential adverse events that are unforeseen at this time.

## 9.0   SPIRIT FAMILY OF CLINICAL TRIALS

## 9.1   SPIRIT III Pivotal Clinical Trial

SPIRIT III, a pivotal clinical trial, was designed to demonstrate the non-inferiority of the XIENCE V stent to the TAXUS EXPRESS[2]™ Paclitaxel Eluting Coronary Stent System (TAXUS stent) and was conducted in the United States (US) and Japan. The SPIRIT III clinical trial consists of a US randomized clinical trial (RCT), a non-randomized 4.0 mm diameter stent arm in the US, and a non-randomized arm in Japan, which included a pharmacokinetic substudy. Enrollment is complete in the RCT and the Japan arm.

The SPIRIT III clinical trial included a pharmacokinetic sub-study in a subject subset derived from the RCT[9] and Japan non-randomized arm (see Section 6.2 Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent). Eleven sites in the US and 9 sites in Japan participated in this substudy and have enrolled 34 subjects (17 subjects in the US and 17 subjects in Japan). Venous blood was drawn at regular intervals for pharmacokinetics analysis of total blood everolimus level at pre-determined sites.

## 9.1.1   SPIRIT III Randomized Clinical Trial (RCT)

Primary Objective: The objective of the SPIRIT III RCT was to demonstrate the non-inferiority in in-segment late loss at 240 days and target vessel failure at 270 days of the XIENCE V stent compared to the TAXUS stent in the treatment of up to two *de novo* lesions $\leq 28$ mm in length in native coronary arteries with a reference vessel diameter (RVD) $\geq 2.5$ mm to $\leq 3.75$ mm. If non-inferiority of in-segment late loss was demonstrated, it was pre-specified that testing for superiority could be conducted.

**Design:** The SPIRIT III RCT was a prospective, 2:1 (XIENCE V:TAXUS) randomized, active-controlled, single-blinded, parallel, multi-center non-inferiority evaluation of the XIENCE V stent

---

[9] Includes one subject from the 4.0 mm non-randomized arm.

Boston
Scientific

compared to the TAXUS stent in the treatment of up to two *de novo* lesions ≤ 28 mm in length in native coronary arteries with RVD ≥ 2.5 mm to ≤ 3.75 mm. Given the available XIENCE V stent lengths of 8, 18 and 28 mm for this trial, in the XIENCE V arm, treatment of a target lesion > 22 mm and ≤ 28 mm in length was accomplished by planned overlap of either two 18 mm stents or a 28 mm and an 8 mm stent. In the TAXUS arm, overlap was only permitted for bailout or to ensure adequate lesion coverage. The RCT was designed to enroll 1,002 subjects at up to 80 sites in the United States.

All subjects had clinical follow-up at 30, 180, and 270 days and annually from 1 to 5 years. A pre-specified subgroup of 564 subjects had angiographic follow-up at 240 days. Of these 564, 240 subjects had IVUS at baseline and angiographic and IVUS follow-up at 240 days.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 6 months and aspirin daily to be taken throughout the length of the trial (5 years).

**Demographics:** The mean age was 63.2 years for the XIENCE V arm and 62.8 for the TAXUS arm. The XIENCE V had 70.1% (469/669) males and the TAXUS arm had 65.7% (218/332) males. The XIENCE V arm had 32.3% (215/666) of subjects with prior cardiac interventions and the TAXUS arm had 29.5% (98/332). The XIENCE V arm had 29.6% (198/669) of subjects with a history of diabetes and the TAXUS arm had 27.9% (92/330). The XIENCE V had 15.4% (103/669) of subjects with a lesion treated in two vessels and TAXUS had 15.4% (51/332). The XIENCE V arm had 8.1% (54/669) of subjects with planned stent overlap. The XIENCE V arm had 8.6% (57/666) of subjects with a history of prior CABG while the TAXUS arm had 3.6% (12/332) (p = 0.0033). The XIENCE V arm had 18.7% (123/657) of subjects with a history of unstable angina while the TAXUS arm had 25.1% (82/327) (p=0.0243). The remaining subject baseline clinical features were well-matched between the XIENCE V arm and the TAXUS arm.

**Results:** The results are presented in Table 9.1.1-1 (Primary endpoints), Table 9.1.1-2 (Clinical Results), Table 9.1.1-3 (Angiographic and IVUS Results), Figure 9.1.1-1 (TVF Free Survival) and Table 9.1.1-4 (ARC-Defined Stent Thrombosis). These analyses are based on the intent to treat population.

The co-primary endpoint of in-segment late loss at 240 days was met with measurements of 0.14 ± 0.41 mm (301) for the XIENCE V arm and 0.28 ± 0.48 mm (134) for the TAXUS arm (p < 0.0001 for non-inferiority). In a prespecified analysis, the XIENCE V stent was shown to be superior to the TAXUS stent with respect to in-segment late loss at 240 days (p = 0.0037).

The co-primary endpoint of ischemia-driven TVF through 284 days was met with rates of 7.6% (50/657) for the XIENCE V arm and 9.7% (31/320) for the TAXUS arm (p < 0.001 for non-inferiority).

Boston
Scientific

A2777

**Table 9.1.1-1: SPIRIT III RCT Primary Endpoints Results**

| Measurements | XIENCE V (N=669) (M=376) | TAXUS (N=333) (M=188) | Difference [95% CI] | Non-Inferiority P-Value | Superiority P-Value |
|---|---|---|---|---|---|
| 8 Month[1] Late Loss, In-segment (mm) | 0.14 ± 0.41 (301) | 0.28 ± 0.48 (134) | -0.14 [-0.23, -0.05][2] | <0.0001[3] | 0.0037[4] |
| 9 Month[5] Target Vessel Failure[6] | 7.6% (50/657) | 9.7% (31/320) | -2.08% [-5.90%, 1.75%][2] | <0.0001[7] | Not Pre-specified |

**Notes:**
- N is the total number of subjects; M is the total number of analysis lesions.
- One in SPIRIT III TAXUS arm subject did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- Analysis results include 9 month events identified at the 1 year follow-up.

[1] 8 month time frame includes follow-up window (240 + 28 days).
[2] By normal approximation.
[3] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 0.195 mm, to be compared at a 0.025 significance level.
[4] Two-sided p-value by superiority test using two-sample T-test, to be compared at a 0.05 significance level.
[5] 9 month time frame includes follow-up window (270 + 14 days).
[6] TVF is defined as hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[7] One sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 5.5%, to be compared at a 0.05 significance level.

Boston Scientific

A2778

### Table 9.1.1-2: SPIRIT III RCT Clinical Results

| | OUTCOMES AT 9 MONTHS | | | OUTCOMES AT 1 YEAR (latest available follow-up) | | |
|---|---|---|---|---|---|---|
| | XIENCE V (N=669) | TAXUS (N=333) | Difference [95% CI][1] | XIENCE V (N=669) | TAXUS (N=333) | Difference [95% CI][1] |
| **COMPOSITE EFFICACY & SAFETY** | | | | | | |
| TVF[2] | 7.6% (50/657) | 9.7% (31/320) | -2.08% [-5.90%, 1.75%] | 8.6% (56/653) | 11.3% (36/320) | -2.67% [-6.75%, 1.40%] |
| MACE[3] | 5.0% (33/657) | 8.8% (28/320)[7] | -3.73% [-7.24%, -0.21%] | 6.0% (39/653) | 10.3% (33/320) | -4.34% [-8.14%, -0.54%] |
| **EFFICACY** | | | | | | |
| Ischemia-Driven TLR | 2.7% (18/657) | 5.0% (16/320) | -2.26% [-4.95%, 0.43%] | 3.4% (22/653) | 5.6% (18/320) | -2.26% [-5.13%, 0.62%] |
| TLR, CABG | 0.2% (1/657) | 0.0% (0/320) | 0.15% [Assump. not met] | 0.3% (2/653) | 0.0% (0/320) | 0.31% [Assump. not met] |
| TLR, PCI | 2.6% (17/657) | 5.0% (16/320) | -2.41% [-5.09%, 0.27%] | 3.1% (20/653) | 5.6% (18/320) | -2.56% [-5.41%, 0.29%] |
| Ischemia-Driven non-TLR TVR | 2.9% (19/657) | 4.1% (13/320) | -1.17% [-3.68%, 1.34%] | 3.1% (20/653) | 4.4% (14/320) | -1.31% [-3.91%, 1.29%] |
| non-TLR TVR, CABG | 0.5% (3/657) | 0.6% (2/320) | -0.17% [Assump. not met] | 0.6% (4/653) | 0.6% (2/320) | -0.01% [Assump. not met] |
| non-TLR TVR, PCI | 2.4% (16/657) | 3.4% (11/320) | -1.00% [-3.32%, 1.32%] | 2.5% (16/653) | 3.8% (12/320) | -1.30% [-3.70%, 1.10%] |
| **SAFETY** | | | | | | |
| All Death | 1.1% (7/658) | 0.9% (3/321) | 0.13% [Assump. not met] | 1.2% (8/665) | 1.2% (4/321) | -0.02% [Assump. not met] |
| Cardiac Death | 0.6% (4/658) | 0.6% (2/321) | -0.02% [Assump. not met] | 0.8% (5/665) | 0.9% (3/321) | -0.17% [Assump. not met] |
| Non-Cardiac Death | 0.5% (3/658) | 0.3% (1/321) | 0.14% [Assump. not met] | 0.5% (3/665) | 0.3% (1/321) | 0.15% [Assump. not met] |
| MI | 2.3% (15/657) | 3.1% (10/320) | -0.84% [-3.06%, 1.38%] | 2.8% (18/653) | 4.1% (13/320) | -1.31% [-3.81%, 1.20%] |
| QMI | 0.2% (1/657) | 0.0% (0/320) | 0.15% [Assump. not met] | 0.3% (2/653) | 0.3% (1/320) | -0.01% [Assump. not met] |
| NQMI | 2.1% (14/657) | 3.1% (10/320) | -0.99% [-3.20%, 1.21%] | 2.5% (16/653) | 3.8% (12/320) | -1.30% [-3.70%, 1.10%] |
| Cardiac Death or MI | 2.9% (19/657) | 3.8% (12/320) | -0.86% [-3.30%, 1.59%] | 3.4% (22/653) | 4.7% (15/320) | -1.32% [-4.02%, 1.38%] |
| Stent Thrombosis – Protocol defined | 0.6% (4/654) | 0.0% (0/319) | 0.61% [Assump. not met] | 0.8% (5/647) | 0.6% (2/317) | 0.14% [Assump. not met] |
| Acute ( < 1 day) | 0.1% (1/669) | 0.0% (0/330) | 0.15% [Assump. not met] | 0.1% (1/669) | 0.0% (0/330) | 0.15% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.3% (2/667) | 0.0% (0/330) | 0.30% [Assump. not met] | 0.3% (2/667) | 0.0% (0/330) | 0.30% [Assump. not met] |
| Late (> 30 days) | 0.2% (1/653) | 0.0% (0/319) | 0.15% [Assump. not met] | 0.3% (2/646) | 0.6% (2/317) | -0.32% [Assump. not met] |

**Notes:**
- One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- 9 month and 1 year time frames include follow-up window (270 +14 days and 365 + 28 days) respectively.
- 9 months analysis results include 9 month events identified at the 1 year follow-up.
- Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.
[2] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[3] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

Boston Scientific

A2779

### Table 9.1.1-3: SPIRIT III 8 Month Angiographic and IVUS Results

| | XIENCE V (N=376) ($M_{ANGIO}$=427) ($M_{IVUS}$=181) | TAXUS (N=188) ($M_{ANGIO}$=220) ($M_{IVUS}$=93) | Difference [95% CI][1] |
|---|---|---|---|
| **ANGIOGRAPHIC RESULTS** | | | |
| In-Stent MLD | | | |
| Post-Procedure | 2.71 ± 0.43 (425) | 2.74 ± 0.40 (220) | -0.03 [-0.10, 0.04] |
| 8 Months | 2.56 ± 0.53 (343) | 2.45 ± 0.65 (158) | 0.11 [-0.01, 0.23] |
| In-Segment MLD | | | |
| Post-Procedure | 2.35 ± 0.44 (426) | 2.36 ± 0.45 (220) | -0.01 [-0.08, 0.06] |
| 8 Months | 2.22 ± 0.53 (344) | 2.12 ± 0.60 (158) | 0.10 [-0.01, 0.21] |
| In-Stent %DS | | | |
| Post-Procedure | 0.32 ± 8.86 (424) | -0.78 ± 10.65 (220) | 1.10 [-0.55, 2.74] |
| 8 Months | 5.92 ± 16.40 (343) | 10.30 ± 21.43 (158) | -4.38 [-8.16, -0.60] |
| In-Segment %DS | | | |
| Post-Procedure | 13.89 ± 8.04 (425) | 13.92 ± 7.20 (220) | -0.03 [-1.26, 1.19] |
| 8 Months | 18.77 ± 14.43 (344) | 22.82 ± 16.35 (158) | -4.05 [-7.03, -1.06] |
| Late Loss | | | |
| In-Stent | 0.16 ± 0.41 (342) | 0.30 ± 0.53 (158) | -0.15 [-0.24, -0.05] |
| In-Segment | 0.14 ± 0.39 (343) | 0.26 ± 0.46 (158) | -0.13 [-0.21, -0.04] |
| Binary Restenosis | | | |
| In-Stent | 2.3% (8/343) | 5.7% (9/158) | -3.36% [-7.32%, 0.59%] |
| In-Segment | 4.7% (16/344) | 8.9% (14/158) | -4.21% [-9.17%, 0.75%] |
| **IVUS RESULTS** | | | |
| Neointimal Volume (mm$^3$) | 10.13 ± 11.46 (101) | 20.87 ± 13.51 (41) | -10.74 [-20.92, -0.56] |
| % Volume Obstruction | 6.91 ± 6.35 (98) | 11.21 ± 9.86 (39) | -4.30 [-7.72, -0.88] |
| Incomplete Apposition | | | |
| Post Procedure | 34.4% (31/90) | 25.6% (11/43) | 8.86% [-7.46%, 25.19%] |
| 8 month | 25.6% (23/90) | 16.3% (7/43) | 9.28% [-4.97%, 23.52%] |
| Persistent | 24.4% (22/90) | 14.0% (6/43) | 10.49% [-3.15%, 24.13%] |
| Late Acquired | 1.1% (1/90) | 2.3% (1/43) | -1.21% [Assump. not met] |

Notes:
- N is the total number of subjects; $M_{ANGIO}$ is the total number of lesions in the protocol required angiographic cohort and $M_{IVUS}$ is the total number of lesions in the protocol required IVUS cohort.
- One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
- 8 month time frame includes follow-up window (240 + 28 days).
- Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.

[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

EL2064613 (7/2/08)
Page 30 of 60
Printed on : 10/16/2009

Boston
Scientific

A2780

**Figure 9.1.1-1: SPIRIT III: Survival Free of Target Vessel Failure through 1 Year**



| TVF | Event Free | Event Rate | P-value[1] |
|---|---|---|---|
| XIENCE V | 91.5% | 8.5% | 0.18 |
| TAXUS | 88.9% | 11.1% | |

Note:
– Time Frame includes follow-up window (365 + 28 days)
[1]P-value based on log rank and not adjusted for multiple comparisons

**Table 9.1.1-4: SPIRIT III RCT ARC defined Definite+Probable Stent Thrombosis Through 1 Year**

| | XIENCE V (N=669) | TAXUS (N=333) | Difference [95% CI][1] |
|---|---|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 1 year) | 1.1% (7/648) | 0.6% (2/317) | 0.45% [Assump. not met] |
| Acute ( < 1 day) | 0.1% (1/669) | 0.0% (0/330) | 0.15% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.4% (3/667) | 0.0% (0/330) | 0.45% [Assump. not met] |
| Late (> 30 days) | 0.5% (3/647) | 0.6% (2/317) | -0.17% [Assump. not met] |

Notes:
– One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
– Time Frame includes follow-up window (365 + 28 days)
– Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

## 9.1.2  SPIRIT III US 4.0 mm Arm

**Primary Objective:** The objective of the SPIRIT III 4.0 mm arm was to demonstrate the non-inferiority in in-segment late loss at 240 days compared to the TAXUS arm of the SPIRIT III RCT.

**Design:** The SPIRIT III 4.0 mm study was a prospective, single-arm, multi-center clinical trial in the United States evaluating the 4.0 mm diameter XIENCE V stent. Sixty-nine (69) subjects were enrolled in the SPIRIT III 4.0 mm study arm.

All subjects had clinical follow-up at 30, 180, 240, and 270 days, and annually from 1 to 5 years. In addition, all subjects had angiographic follow-up at 240 days. IVUS was performed for subjects who received a bailout stent at baseline and 240 days.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 6 months and aspirin daily to be taken throughout the length of the trial (5 years).

**Demographics:** The mean age in the SPIRIT III 4.0 mm was 61.9 years with 72.5% (50/69) male, 21.7% (15/69) had prior cardiac interventions, and 30.4% (21/69) had a history of diabetes.

**Results:** The results are presented in Table 9.1.2-1 (Primary endpoints), Table 9.1.2-2 (Clinical Results), Table 9.1.2-3 (Angiographic Results), and Table 9.1.2-4 (ARC-Defined Stent Thrombosis). These analyses were performed on the intent to treat population.

The primary endpoint of in-segment late loss at 240 days was met with measurements of 0.17 ± 0.38 mm (49) for the XIENCE V 4.0 mm arm and 0.28 ± 0.48 mm (134) for the TAXUS arm from the SPIRIT III RCT ($p < 0.0001$ for non-inferiority).

**Table 9.1.2-1: SPIRIT III 4.0 mm Primary Endpoints Results**

| Measurements | XIENCE V (M=69) | TAXUS (M=188) | Difference [95% CI] | Non-Inferiority P-Value |
|---|---|---|---|---|
| **8 Month Late Loss, In-segment (mm)** | 0.17 ± 0.38 (49) | 0.28 ± 0.48 (134) | -0.11 [-0.24, 0.03][1] | <0.0001[2] |

Notes:
  – M is the total number of analysis lesions.
  – One subject in SPIRIT III TAXUS arm did not provide written informed consent and was inadvertently randomized into the study. Data from this subject is excluded from all data analyses.
  – Time Frame includes follow-up window (240 + 28 days)
[1] By normal approximation.
[2] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 0.195 mm, to be compared at a 0.038 significance level.

Boston Scientific

**Table 9.1.2-2: SPIRIT III 4.0 mm Clinical Results**

| | OUTCOMES AT 9 MONTHS XIENCE V (N=69) | OUTCOMES AT 1 YEAR (latest available follow-up) XIENCE V (N=69) |
|---|---|---|
| **COMPOSITE EFFICACY & SAFETY** | | |
| TVF[1] | 5.9% (4/68) | 5.9% (4/68) |
| MACE[2] | 5.9% (4/68) | 5.9% (4/68) |
| **EFFICACY** | | |
| Ischemia-Driven TLR | 1.5% (1/68) | 1.5% (1/68) |
| TLR, CABG | 0.0% (0/68) | 0.0% (0/68) |
| TLR, PCI | 1.5% (1/68) | 1.5% (1/68) |
| Ischemia-Driven non-TLR TVR | 0.0% (0/68) | 0.0% (0/68) |
| non-TLR TVR, CABG | 0.0% (0/68) | 0.0% (0/68) |
| non-TLR TVR, PCI | 0.0% (0/68) | 0.0% (0/68) |
| **SAFETY** | | |
| All Death | 1.5% (1/68) | 1.5% (1/68) |
| Cardiac Death | 1.5% (1/68) | 1.5% (1/68) |
| Non-Cardiac Death | 0.0% (0/68) | 0.0% (0/68) |
| MI | 4.4% (3/68) | 4.4% (3/68) |
| QMI | 0.0% (0/68) | 0.0% (0/68) |
| NQMI | 4.4% (3/68) | 4.4% (3/68) |
| Cardiac Death or MI | 5.9% (4/68) | 5.9% (4/68) |
| Stent Thrombosis – Protocol defined | 1.5% (1/67) | 1.5% (1/67) |
| Acute ( < 1 day) | 1.4% (1/69) | 1.4% (1/69) |
| Subacute ( 1 – 30 days) | 0.0% (0/69) | 0.0% (0/69) |
| Late (> 30 days) | 0.0% (0/67) | 0.0% (0/67) |

**Notes:**
‾ 9 months and 1 year time frames include follow-up window (270 +14 days and 365 + 28 days) respectively. 9 month analysis includes 9 month events identified at the 1 year follow-up.
[1] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[2] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

EL2064613 (7/2/08)
Page 33 of 60
*Printed on : 10/16/2009*

Boston
Scientific

A2783

### Table 9.1.2-3: SPIRIT III 4.0 mm 8 Month Angiographic Results

| ANGIOGRAPHIC RESULTS | XIENCE V (N=69) (M=69) |
|---|---|
| In-Stent MLD | |
| Post-Procedure | 3.46 ± 0.38 (69) |
| 8 Months | 3.36 ± 0.46 (49) |
| In-Segment MLD | |
| Post-Procedure | 3.07 ± 0.43 (69) |
| 8 Months | 2.91 ± 0.51 (49) |
| In-Stent %DS | |
| Post-Procedure | 2.12 ± 10.27 (69) |
| 8 Months | 4.78 ± 13.20 (49) |
| In-Segment %DS | |
| Post-Procedure | 13.42 ± 8.08 (69) |
| 8 Months | 17.92 ± 10.83 (49) |
| Late Loss | |
| In-Stent | 0.12 ± 0.34 (49) |
| In-Segment | 0.17 ± 0.38 (49) |
| Binary Restenosis | |
| In-Stent | 0.0% (0/49) |
| In-Segment | 2.0% (1/49) |

Notes:
- N is the total number of subjects; M is the total number of lesions at baseline.
- 8 month time frame includes follow-up window (240 + 28 days).

### Table 9.1.2-4: SPIRIT III 4.0 mm ARC defined Definite+Probable Stent Thrombosis Through 1 Year

| | XIENCE V (N=69) |
|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 1 year) | 0.0% (0/67) |
| Acute (< 1 day) | 0.0% (0/69) |
| Subacute (1 – 30 days) | 0.0% (0/69) |
| Late (> 30 days) | 0.0% (0/67) |

Notes:
- Time Frame includes follow-up window (365 + 28 days)

## 9.2   SPIRIT II Supportive Clinical Trial

Primary Objective: The objective of the SPIRIT II clinical study was to demonstrate the non-inferiority in in-stent late loss at 180 days of the XIENCE V stent to the TAXUS stent in subjects with a maximum of two *de novo* native coronary artery lesions, each in a different epicardial vessel. The SPIRIT II clinical study arm allowed the treatment of *de novo* lesions ≤ 28 mm in length in coronary arteries with a reference vessel diameter (RVD) ≥ 2.5 mm to ≤ 4.25 mm. If non-inferiority of in-stent late loss was demonstrated, it was pre-specified that testing for superiority could be conducted. SPIRIT II was performed outside of the U.S.

EL2064613 (7/2/08)
Page 34 of 60
Printed on : 10/16/2009

Boston
Scientific

A2784

**Design:** The SPIRIT II clinical study was a prospective, active-control, 3:1 (XIENCE V:TAXUS) randomized, single-blind, multi-center non-inferiority evaluation of the XIENCE V stent compared to the TAXUS stent in the treatment of up to two de novo lesions ≤ 28 mm in length in native coronary arteries with RVD ≥ 2.5 mm to ≤ 4.25 mm. Given the available XIENCE V stent lengths of 8, 18 and 28 mm for this trial, in the XIENCE V arm, treatment of a target lesion > 22 mm and ≤ 28 mm in length was accomplished by planned overlap of either two 18 mm stents or a 28 mm and an 8 mm stent. In the TAXUS arm, overlap was only permitted for bailout or to ensure adequate lesion coverage.

Three hundred (300) subjects were enrolled in the study at 28 international sites in Europe, India and New Zealand.

All subjects had clinical follow-up at 30, 180, and 270 days, and annually from 1 to 5 years. All subjects had angiographic follow-up at 180 days with planned additional angiographic and IVUS follow-up at 2 years in a pre-specified subgroup of 152 consecutively enrolled subjects at selected sites.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 6 months and aspirin daily to be taken throughout the length of the trial (5 years).

A subgroup of 39 subjects were enrolled in a pharmacokinetic (PK) substudy. Venous blood was drawn at regular intervals for PK analysis of total blood everolimus level at 7 pre-determined sites.

**Demographics:** The mean age was 62.0 years for the XIENCE V arm and 61.9 years for the TAXUS arm. The XIENCE V had 70.9% (158/223) males and the TAXUS arm had 79.2% (61/77) males. The XIENCE V arm had 23.3% (52/223) of subjects with prior cardiac interventions and the TAXUS arm had 22.1% (17/77). The XIENCE V arm had 22.9% (51/223) of subjects with a history of diabetes and the TAXUS arm had 23.7% (18/76). The XIENCE V had 16.6% (37/223) of subjects with a lesion treated in two vessels and TAXUS had 18.2% (14/77). The XIENCE V arm had 10.8% (24/223) of subjects with planned stent overlap. The XIENCE V arm had 18.4% (40/217) of subjects with a history of an MI within two months while the TAXUS arm had 7.8% (6/77) (p=0.0284). The remaining subject baseline clinical features were well-matched between the XIENCE V arm and the TAXUS arm.

**Results:** The results are presented in Table 9.2-1 (Primary endpoint), Table 9.2-2 (Clinical Results), Table 9.2-3 (Angiographic and IVUS Results), and Table 9.2-4 (ARC-Defined Stent Thrombosis). These analyses were based on the intent to treat population.

The primary endpoint of in-stent late loss at 180 days was met with measurements of 0.11 ± 0.27 mm (201) for the XIENCE V arm and 0.36 ± 0.39 mm (73) for the TAXUS arm (p < 0.0001 for non-inferiority). In a prespecified analysis, the XIENCE V stent was shown to be superior to the TAXUS stent with respect to in-stent late loss at 180 days (p < 0.0001).

Boston
Scientific

A2785

**Table 9.2-1: SPIRIT II Primary Endpoint Result**

| Measurements | XIENCE V (N=223) (M=201) | TAXUS (N=77) (M=73) | Difference [95% CI] | Non-Inferiority P-Value | Superiority P-Value |
|---|---|---|---|---|---|
| 180 Day Late Loss, In-stent (mm) | 0.11 ± 0.27 (201) | 0.36 ± 0.39 (73) | -0.24 [-0.34, -0.15][1] | <0.0001[2] | <0.0001[3] |

Notes:
 – N is the number of subjects and M is the total number of analysis lesions.
[1] By normal approximation.
[2] One-sided p-value by non-inferiority test using asymptotic test statistic with non-inferiority margin of 0.16 mm, to be compared at a 0.0448 significance level.
[3] P-value from two-sided t-test.

Boston
Scientific

A2786

### Table 9.2-2: SPIRIT II Clinical Results

| | OUTCOMES AT 6 MONTHS | | | OUTCOMES AT 2 YEARS (latest available follow-up) | | |
|---|---|---|---|---|---|---|
| | XIENCE V (N=223) | TAXUS (N=77) | Difference [95% CI][1] | XIENCE V (N=223) | TAXUS (N=77) | Difference [95% CI][1] |
| **COMPOSITE EFFICACY & SAFETY** | | | | | | |
| TVF[2] | 3.6% (8/222) | 6.5% (5/77) | -2.89% [-8.92%, 3.14%] | 10.0% (21/211) | 12.3% (9/73) | -2.38% [-10.93%, 6.18%] |
| MACE[3] | 2.7% (6/222) | 6.5% (5/77) | -3.79% [-9.69%, 2.11%] | 6.6% (14/211) | 11.0% (8/73) | -4.32% [-12.24%, 3.59%] |
| **EFFICACY** | | | | | | |
| Ischemia-Driven TLR | 1.8% (4/222) | 3.9% (3/77) | -2.09% [Assump. not fulfilled] | 3.8% (8/211) | 6.8% (5/73) | -3.06% [-9.40%, 3.28%] |
| TLR, CABG | 0.0% (0/222) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/211) | 0.0% (0/73) | 0.00% [Assump. not met] |
| TLR, PCI | 1.8% (4/222) | 3.9% (3/77) | -2.09% [Assump. not fulfilled] | 3.8% (8/211) | 6.8% (5/73) | -3.06% [-9.40%, 3.28%] |
| Ischemia-Driven non-TLR TVR | 0.9% (2/222) | 1.3% (1/77) | -0.40% [Assump. not fulfilled] | 3.8% (8/211) | 4.1% (3/73) | -0.32% [Assump. not met] |
| non-TLR TVR, CABG | 0.0% (0/222) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.5% (1/211) | 0.0% (0/73) | 0.47% [Assump. not met] |
| non-TLR TVR, PCI | 0.9% (2/222) | 1.3% (1/77) | -0.40% [Assump. not fulfilled] | 3.3% (7/211) | 4.1% (3/73) | -0.79% [Assump. not met] |
| **SAFETY** | | | | | | |
| All Death | 0.0% (0/222) | 1.3% (1/77) | -1.30% [Assump. not fulfilled] | 3.7% (8/218) | 6.5% (5/77) | -2.82% [-8.87%, 3.22] |
| Cardiac Death | 0.0% (0/222) | 1.3% (1/77) | -1.30% [Assump. not fulfilled] | 0.5% (1/218) | 1.3% (1/77) | -0.84% [Assump. not met] |
| Non-Cardiac Death | 0.0% (0/222) | 1.3% (1/77) | -1.30% [Assump. not fulfilled] | 3.2% (7/218) | 5.2% (4/77) | -1.98% [Assump. not met] |
| MI | 0.9% (2/222) | 3.9% (3/77) | -3.00% [Assump. not fulfilled] | 2.8% (6/211) | 5.5% (4/73) | -2.64% [Assump. not met] |
| QMI | 0.0% (0/222) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/211) | 0.0% (0/73) | 0.00% [Assump. not met] |
| NQMI | 0.9% (2/222) | 3.9% (3/77) | -3.00% [Assump. not fulfilled] | 2.8% (6/211) | 5.5% (4/73) | -2.64% [Assump. not met] |
| Cardiac Death or MI | 0.9% (2/222) | 3.9% (3/77) | -3.00% [Assump. not fulfilled] | 3.3% (7/211) | 5.5% (4/73) | -2.16% [Assump. not met] |
| Stent Thrombosis – Protocol defined | 0.5% (1/222) | 1.3% (1/77) | -0.85% [Assump. not fulfilled] | 1.9% (4/211) | 1.4% (1/73) | 0.53% [Assump. not met] |
| Acute ( < 1 day) | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not fulfilled] | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not met] |
| Late (> 30 days) | 0.5% (1/222) | 1.3% (1/77) | -0.85% [Assump. not fulfilled] | 1.9% (4/211) | 1.4% (1/73) | 0.53% [Assump. not met] |

Notes:
  – 6 months and 2 year time frames include follow-up window (180 +14 days and 730 + 28 days).
  – Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.
[2] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[3] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

### Table 9.2-3: SPIRIT II 180-Day Angiographic and IVUS Results

| | XIENCE V (N=223) (M=260) | TAXUS (N=77) (M=91) | Difference [95% CI][1] |
|---|---|---|---|
| **ANGIOGRAPHIC RESULTS** | | | |
| In-Stent MLD | | | |
| Post-Procedure | 2.49 ± 0.40 (260) | 2.62 ± 0.45 (91) | -0.13 [-0.24, -0.03] |
| 6 Months | 2.38 ± 0.50 (237) | 2.27 ± 0.54 (86) | 0.10 [-0.03, 0.23] |
| In-Segment MLD | | | |
| Post-Procedure | 2.15 ± 0.44 (260) | 2.22 ± 0.53 (91) | -0.07 [-0.19, 0.05] |
| 6 Months | 2.10 ± 0.51 (237) | 2.08 ± 0.54 (86) | 0.02 [-0.11, 0.15] |
| In-Stent %DS | | | |
| Post-Procedure | 13.01 ± 6.02 (260) | 12.66 ± 5.53 (91) | 0.35 [-1.01, 1.71] |
| 6 Months | 15.70 ± 9.88 (237) | 20.89 ± 11.59 (86) | -5.18 [-7.96, -2.41] |
| In-Segment %DS | | | |
| Post-Procedure | 22.51 ± 8.98 (260) | 23.36 ± 11.20 (91) | -0.86 [-3.43, 1.72] |
| 6 Months | 23.61 ± 11.65 (237) | 27.05 ± 12.68 (86) | -3.44 [-6.53, -0.35] |
| Late Loss | | | |
| In-Stent | 0.12 ± 0.29 (237) | 0.37 ± 0.38 (86) | -0.25 [-0.34, -0.16] |
| In-Segment | 0.07 ± 0.33 (237) | 0.15 ± 0.38 (86) | -0.08 [-0.17, 0.01] |
| Binary Restenosis | | | |
| In-Stent | 1.3% (3/237) | 3.5% (3/86) | -2.22% [Assump. not met] |
| In-Segment | 3.4% (8/237) | 5.8% (5/86) | -2.44% [-7.89%, 3.02%] |
| **IVUS RESULTS** | | | |
| Neointimal Volume (mm³) | 3.83 ± 6.55 (99) | 14.42 ± 16.03 (40) | -10.60 [-15.87, -5.32] |
| % Volume Obstruction | 2.51 ± 4.68 (99) | 7.36 ± 7.05 (40) | -4.85 [-7.27, -2.42] |
| Incomplete Apposition | | | |
| Post Procedure | 6.5% (7/108) | 5.6% (2/36) | 0.93% [Assump. not met] |
| 6 month | 2.9% (3/103) | 0.0% (0/39) | 2.91% [Assump. not met] |
| Persistent | 2.5% (3/120) | 0.0% (0/42) | 2.50% [Assump. not met] |
| Late Acquired | 0.0% (0/104) | 0.0% (0/39) | 0.00% [Assump. not met] |

**Notes:**
  – N is the total number of subjects; M is the total number of lesions.
  – Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

EL2064613 (7/2/08)
Page 38 of 60
*Printed on : 10/16/2009*

Boston
Scientific

A2788

**Table 9.2-4: SPIRIT II ARC defined Definite+Probable Stent Thrombosis Through 2 Years**

| | XIENCE V (N=223) | TAXUS (N=77) | Difference [95% CI][1] |
|---|---|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 2 years) | 0.9% (2/211) | 1.4% (1/73) | -0.42% [Assump. not met] |
| Acute (< 1 day) | 0.0% (0/223) | 0.0% (0/77) | 0.00% [Assump. not met] |
| Subacute (1 – 30 days) | 0.0% (0/223) | 1.3% (1/77) | -1.30% [Assump. not met] |
| Late (31 days – 1 year) | 0.0% (0/220) | 1.3% (1/77) | -1.30% [Assump. not met] |
| Very Late (1 – 2 years) | 0.9% (2/211) | 0.0% (0/72) | 0.95% [Assump. not met] |

Note:
– Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

## 9.3   SPIRIT FIRST Randomized Clinical Trial

**Objective:** The objective of the SPIRIT FIRST randomized clinical trial was to assess the feasibility and performance of the XIENCE V stent (called VISION-E within the SPIRIT FIRST study) in the treatment of subjects with a single *de novo* native coronary artery lesion with reference vessel diameter (RVD) of 3.0 mm and lesion length ≤ 12 mm. This study compared the XIENCE V stent to a matched uncoated metallic stent control (MULTI-LINK VISION).

**Design:** SPIRIT FIRST was a single-blind multi-center randomized controlled trial to assess the safety and performance of everolimus eluting from a durable polymer on a cobalt chromium stent (XIENCE V stent). Sixty (60) subjects were enrolled in the study.

All subjects had clinical follow-up at 30, 180, and 270 days, and annually from 1 to 5 years. All subjects had angiography and IVUS at baseline and at 180 days and 1 year follow-up.

Following the index procedure, all subjects were to be maintained on clopidogrel bisulfate daily for a minimum of 3 months and aspirin daily to be taken throughout the length of the trial (1 year).

**Demographics:** The mean age was 64.2 years for the XIENCE V arm and 61.4 years for the VISION arm. The XIENCE V had 70.4% (19/27) males and the VISION arm had 75.9% (22/29) males. The XIENCE V arm had 18.5% (5/27) subjects with prior cardiac interventions and the VISION arm had to 6.9% (2/29). The XIENCE V arm had 11.1% (3/27) subjects with a history of diabetes and the VISION arm had 10.3% (3/29). XIENCE V arm had 70.4% (19/27) of subjects with hypertension requiring medication while the VISION arm had 41.4% (12/29) (p=0.035). The remaining subject baseline clinical features were also well-matched between the XIENCE V arm and the VISION arm.

**Results:** The results are presented in Table 9.3-1 (Primary endpoint), Table 9.3-2 (Clinical Results), Table 9.3-3 (Angiographic and IVUS Results), and Table 9.3-4 (ARC-Defined Stent Thrombosis). These analyses were based on the per protocol evaluable population.

The primary superiority endpoint of in-stent late loss at 180 days was met with measurements of 0.10 ± 0.23 mm (23) for the XIENCE V arm and 0.85 ± 0.36 mm (27) for the MULTI-LINK VISION arm (p < 0.0001).

**Table 9.3-1: SPIRIT FIRST Primary Endpoint Result**

| Measurements | XIENCE V (N = 27) | VISION (N = 29) | Difference [95% CI][1] | Superiority P-value [2] |
|---|---|---|---|---|
| **180 Days Late Loss, In-stent (mm)** | 0.10± 0.23 ( 23) | 0.85± 0.36 ( 27) | -0.76 [-0.93, -0.59] [1] | < 0.0001 |

**Note:** N is the number of subjects.
[1] By normal approximation
[2] One-tailed p-value by t-test, to be compared to a 5% significance level

**Boston Scientific**

A2790

**Table 9.3-2: SPIRIT FIRST Clinical Results**

| | OUTCOMES AT 6 MONTHS[1] | | | OUTCOMES AT 3 YEARS[1] (latest available follow-up) | | |
|---|---|---|---|---|---|---|
| | XIENCE V (N = 27) | VISION (N = 29) | Difference [95% CI][2] | XIENCE V (N = 27) | VISION (N = 29) | Difference [95% CI][2] |
| **COMPOSITE EFFICACY & SAFETY** | | | | | | |
| TVF[3] | 7.7% (2/26) | 21.4% (6/28) | -13.74% [Assump. not met]] | 15.4% (4/26) | 32.1% (9/28) | -16.76% [Assump. not met] |
| MACE[4] | 7.7% (2/26) | 21.4% (6/28) | -13.74% [Assump. not met] | 15.4% (4/26) | 25.0% (7/28) | -9.62% [Assump. not met] |
| **EFFICACY** | | | | | | |
| Ischemia-Driven TLR | 3.8% (1/26) | 21.4% (6/28) | -17.58% [Assump. not met] | 7.7% (2/26) | 25.0% (7/28) | -17.31% [Assump. not met] |
| TLR, CABG | 0.0% (0/26) | 3.6% (1/28) | -3.57% [Assump. not met] | 0.0% (0/26) | 3.6% (1/28) | -3.57% [Assump. not met] |
| TLR, PCI | 3.8% (1/26) | 17.9% (5/28) | -14.01% [Assump. not met] | 7.7% (2/26) | 21.4% (6/28) | -13.74% [Assump. not met] |
| Ischemia-Driven non-TLR TVR | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 10.7% (3/28) | -10.71% [Assump. not met] |
| non-TLR TVR, CABG | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 3.6% (1/28) | -3.57% [Assump. not met] |
| non-TLR TVR, PCI | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 7.1% (2/28) | -7.14% [Assump. not met] |
| **SAFETY** | | | | | | |
| All Death | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Cardiac Death | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Non-Cardiac Death | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| MI | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] | 7.7% (2/26) | 0.0% (0/28) | 7.69% [Assump. not met] |
| QMI | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] |
| NQMI | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] |
| Cardiac Death or MI | 3.8% (1/26) | 0.0% (0/28) | 3.85% [Assump. not met] | 7.7% (2/26) | 0.0% (0/28) | 7.69% [Assump. not met] |
| Stent Thrombosis – Protocol defined | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Acute ( < 1 day) | 0.0% (0/27) | 0.0% (0/29) | 0.00% [Assump. not met] | 0.0% (0/27) | 0.0% (0/29) | 0.00% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.0% (0/27) | 0.0% (0/29) | 0.00% [Assump. not met] | 0.0% (0/27) | 0.0% (0/29) | 0.00% [Assump. not met] |
| Late (> 30 days) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |

**Note:**
- Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] 6 month and 3 year time frames include follow-up window (180 +14 days and 1095 + 28 days) respectively.
[2] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.
[3] TVF is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR and ischemic-driven non-TLR TVR.
[4] MACE is defined as a hierarchical composite of cardiac death, MI, ischemic-driven TLR.

EL2064613 (7/2/08)
Page 41 of 60

*Printed on : 10/16/2009*

Boston
Scientific

A2791

**Table 9.3-3: SPIRIT FIRST 180-Day Angiographic and IVUS Results**

| | XIENCE V (N = 27) | VISION (N = 29) | Difference [95% CI][1] |
|---|---|---|---|
| **ANGIOGRAPHIC RESULTS** | | | |
| In-Stent MLD | | | |
| Post-Procedure | 2.34± 0.26 (27) | 2.43± 0.30 (29) | -0.09 [-0.24, 0.06] |
| 6 Months | 2.28± 0.33 (23) | 1.58± 0.41 ( 27) | 0.70 [0.49,0.91] |
| In-Segment MLD | | | |
| Post-Procedure | 2.07± 0.37 ( 27) | 2.15± 0.37 ( 29) | -0.08 [-0.28, 0.12,] |
| 6 Months | 2.04 ± 0.40 (23) | 1.54± 0.41 ( 27) | 0.50 [0.27, 0.73] |
| In-Stent %DS | | | |
| Post-Procedure | 12.34 ± 4.02 ( 27) | 14.85 ± 4.76 (29) | -2.51 [-4.87, -0.16] |
| 6 Months | 15.57 ± 7.64 ( 23) | 38.61 ± 14.25 (27) | -23.05 [-29.45, -16.64] |
| In-Segment %DS | | | |
| Post-Procedure | 20.82 ± 7.65 (27) | 23.14 ± 8.03% (29) | -2.32 [-6.52, 1.88] |
| 6 Months | 21.89 ± 11.15 (23) | 40.78 ± 13.67 (27) | -18.89 [-25.95,-11.83] |
| Late Loss | | | |
| In-Stent | 0.10 ± 0.23 (23) | 0.85 ± 0.36 (27) | -0.76 [-0.93, -0.59] |
| In-Segment | 0.09 ± 0.20 (23) | 0.61 ± 0.37 (27) | -0.53 [-0.69, -0.36] |
| Binary Restenosis | | | |
| In-Stent | 0.0% (0/23) | 25.9% (7/27) | -25.93% [Assump. not met] |
| In-Segment | 4.3% (1/23) | 33.3% (9/27) | -28.99% [Assump. not met] |
| **IVUS RESULTS** | | | |
| Neointimal Volume (mm$^3$) | 10.29± 13.32 ( 21) | 38.29± 19.08 ( 24) | -28.00 [-37.82, -18.19] |
| % Volume Obstruction | 7.95± 10.44 ( 21) | 28.11± 13.98 ( 24) | -20.16 [-27.53, -12.79] |
| Incomplete Apposition | | | |
| Post Procedure | 0.0% ( 0/ 27) | 10.7% ( 3/ 28) | -10.71% [Assump. not met] |
| 6 month | 0.0% ( 0/ 21) | 0.0% ( 0/ 22) | 0.00% [Assump. not met] |
| Persistent | 0.0% ( 0/ 27) | 0.0% ( 0/ 28) | 0.00% [Assump. not met] |
| Late Acquired | 0.0% ( 0/ 21) | 0.0% ( 0/ 22) | 0.00% [Assump. not met] |

Note:
~ Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[1] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

EL2064613 (7/2/08)
Page 42 of 60
Printed on : 10/16/2009

Boston
Scientific

A2792

**Table 9.3-4: SPIRIT FIRST ARC defined Definite+Probable Stent Thrombosis Through 3 Years**

| | XIENCE V (N=27) | VISION (N=29) | Difference [95% CI[†] |
|---|---|---|---|
| ARC Definite+Probable Stent Thrombosis (0 days – 3 years) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Acute ( < 1 day) | 0.0% (0/27) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Subacute ( 1 – 30 days) | 0.0% (0/27) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Late (31 days – 1 year) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |
| Very Late (1 – 3 years) | 0.0% (0/26) | 0.0% (0/28) | 0.00% [Assump. not met] |

Note:
- Assump. not met means that assumption of normal approximation not met due to small sample size or frequency of events.
[†] Confidence Interval was calculated using the normal approximation, not adjusted for multiplicity and is meant for descriptive purposes only.

## 9.4   SPIRIT II and SPIRIT III Pooled Analysis

In order to better estimate the incidence of low frequency events or outcomes in various specific subject subgroups, a subject-level pooled analysis was conducted of both randomized trials comparing the XIENCE V stent versus the TAXUS stent. Data from the SPIRIT II and SPIRIT III clinical trials were pooled to compare the XIENCE V stent to the TAXUS control stent in 1302 subjects out to 1 year (393 days) of follow-up. These two studies have subjects with similar baseline and angiographic characteristics and the key elements of study design including inclusion and exclusion criteria and endpoint definitions are comparable. The subject level data were included until the latest available time point of 1 year for each trial. Table 9.4-1 shows the subject disposition over time for the SPIRIT II and III RCT. The percentage of the total number of subjects that were enrolled in the studies and completed their 1 year follow-up was 96.5%.

**Table 9.4-1: Subject Disposition Table (N=1302; SPIRIT II and SPIRIT III RCT)**

| | 30-Day Follow-up | | 9-Month Follow-up | | 1-Year Follow-up | |
|---|---|---|---|---|---|---|
| | XIENCE V (890) | | XIENCE V (873) | | XIENCE V (866) | |
| | SPIRIT II | SPIRIT III | SPIRIT II | SPIRIT III | SPIRIT II | SPIRIT III |
| **Subjects** | 223 | 667 | 220 | 653 | 220 | 646 |
| | TAXUS (407) | | TAXUS (395) | | TAXUS (392) | |
| | SPIRIT II | SPIRIT III | SPIRIT II | SPIRIT III | SPIRIT II | SPIRIT III |
| **Subjects** | 77 | 330 | 76 | 319 | 76 | 316 |

It is acknowledged that these retrospective pooled analyses are exploratory and hypothesis-generating. Definitive proof of the presence or absence of any differences between such sub-groups requires prospectively powered assessment in dedicated clinical trials. The pooled analysis from SPIRIT II and SPIRIT III trials includes subjects from single-blind trials with similar inclusion and exclusion criteria in 1,302 subjects with 1,506 lesions.

As shown in Figure 9.4-1, at one year, the analyses of pooled trials suggest a reduction in the rates of TVR and TLR for the XIENCE V stent compared to the TAXUS stent through one year. All CI bars represent a 1.5 standard error.

EL2064613 (7/2/08)
Page 43 of 60
Printed on : 10/16/2009

Boston
Scientific

A2793

**Figure 9.4-1: Kaplan Meier Hazard Curves for Time to First
TVR or TLR Event through 393 Days
(Pooled SPIRIT II and SPIRIT III RCTs)**



Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.



Note: P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Pooled analyses of the rates of all death, cardiac death, and non-cardiac death through 1 year
are shown in Figure 9.4-2.

EL2064613 (7/2/08)
Page 44 of 60
*Printed on : 10/16/2009*

Boston
Scientific

A2794

**Figure 9.4-2: Kaplan Meier Hazard Curves for Time to
Death through 393 Days
(Pooled SPIRIT II and SPIRIT III RCTs)**

All Death



**Note:** P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Cardiac-Death



**Note:** P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Non-Cardiac Death



0.8%- TAXUS    0.7%- XIENCE V

**Note:** P-value is not adjusted for multiplicity and is meant for descriptive purposes only.

Boston
Scientific

A2795