SEQUENCE LISTING

(1) GENERAL INFORMATION:

    (iii) NUMBER OF SEQUENCES: 15

(2) INFORMATION FOR SEQ ID NO:1:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 8598 base pairs
        (B) TYPE: nucleic acid
        (C) STRANDEDNESS: double
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (iii) HYPOTHETICAL: NO

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Rattus rattus
        (G) CELL TYPE: pheochromocytoma
        (H) CELL LINE: PC12

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:1:

```
GGCACGAGCG GCACGAGGCG GTAGCTGAGG CGGTGGCCGA AGCCGCGCGA ACCTCAGGGC      60

AAGATGCTTG GGACAGGCCC TGCCACGGCC ACCGCCGGTG CCGCCACATC TAGCAACGTG     120

AGCGTTCTGC AGCAGTTCGC CAGTGGGCTG AAGAGCCGGA ATGAGGAGAC CAGGGCCAAA     180

GCAGCCAAGG AGCTCCAGCA CTATGTCACC ATGGAACTTC GAGAGATGAG TCAGGAGGAG     240

TCTACTCGCT TCTATGACCA GCTGAACCAT CACATTTTTG AACTGGTTTC CAGCTCAGAC     300

GCCAATGAGA GGAAGGGTGG CATCTTGGCC ATTGCCAGCC TCATTGGAGT GGAAGGTGGG     360

AATTCCACCA GGATTGGCAG ATTTGCCAAC TACCTTCGGA ACCTCCTCCC CTCAAGTGAT     420

CCAGTTGTCA TGGAGATGGC ATCCAAGGCC ATTGGCCGCC TTGCAATGGC AGGGGACACT     480

TTCACTGCTG AGTATGTGGA GTTTGAAGTG AAGCGAGCCT TGGAGTGGCT GGGTGCTGAC     540

CGAAATGAGG GCCGGAGACA TGCAGCTGTC CTCGTTCTCC GTGAGCTGGC CATCAGCGTC     600

CCCACCTTCT TCTTCCAGCA AGTTCAGCCC TTCTTTGACA ACATTTTTGT GGCTGTGTGG     660

GACCCCAAGC AGGCCATCCG TGAAGGAGCT GTGGCTGCCC TTCGTGCCTG TCTGATTCTT     720

ACCACGCAGC GGGAGCCGAA GGAGATGCAG AAGCCTCAGT GGTACAGGCA CACATTTGAA     780

GAAGCAGAGA AAGGTTTTGA TGAGACCCTG GCCAAAGAGA AGGGTATGAA CCGAGATGAT     840

CGAATCCACG GGGCCTTGCT GATCCTCAAC AGGCTCGTCC GAATCAGCAG CATGGAGGGA     900

GAGCGTCTGA GAGAGGAGAT GGAGGAAATC ACCCAGCAGC AGCTGGTACA TGACAAGTAC     960

TGCAAAGACC TAATGGGCTT TGGGACAAAG CCTCGGCACA TCACTCACCTT CACCAGCTTC    1020

CAGGCTGTGC AGCCCCAGCA GTCAAACGCC TTGGTGGGAC TGCTGGGGTA CAGCTCCCAC    1080

CAAGGCCTAA TGGGGTTTGG GGCTTCCCCC AGCCCTACAA AGTCCACTCT GGTGGAAAGC    1140

CGTTGTTGCA GAGACTTGAT GGAAGAGAAA TTTGATCAGG TGTGCCAGTG GGTGCTGAAA    1200

TGTAGGAGCA GCAAGAACTC ACTGATCCAA ATGACAATCC TTAATCTGTT GCCCCGCCTTG    1260

GTTGCATTCC GACCGTCTGC CTTCACAGAT ACCCAGTACC TGCAAGACAC CATGAACCAT    1320

GTCCTGAGCT GTGTCAAGAA GGAAAAGGAA CGGACCGCAG CGTTCCAGGC CCTAGGGCTG    1380

CTTTCTGTGG CGGTGAGGTC CGAGTTTAAG GTCTACCTGC CCCGAGTACT TGACATCATC    1440

CGAGCAGCCC TGCCTCCAAA GGACTTTGCC CACAAGAGGC AGAAAACTGT GCAGGTGGAT    1500
```

-continued

```
GCCACAGTGT TCACGTGCAT CAGCATGCTG GCGCGGGCCA TGGGGCCAGG CATCCAGCAG    1560

GACATCAAGG AGCTGCTGGA GCCCATGTTG GCAGTGGGCC TGAGCCCTGC GCTCACTGCT    1620

GTGCTCTATG ACCTGAGCCG GCAGATTCCG CAGCTGAAGA AAGATATTCA GGACGGGCTT    1680

CTGAAGATGC TGTCCCTGGT CCTTATGCAC AAACCCCTGC GGCACCCGGG CATGCCCAAA    1740

GGCCTGGCCC ACCAGCTGGC CTCCCCAGGT CTTACCACCC TCCCTGAGGC CAGCGACGTG    1800

GCCAGCATCA CTCTTGCCCT TCGAACTCTC GGCACGTTTG AATTTGAAGG CCACTCTCTG    1860

ACCCAGTTCG TCCGACACTG CGCAGATCAT TTCCTGAACA GTGAGCACAA GGAGATCCGC    1920

ATGGAAGCAG CCCGCACCTG CTCCCGCCTG CTCACACCCT CCATCCACCT CATCAGCGGC    1980

CATGCCCATG TGGTTAGCCA GACCGCAGTG CAAGTGGTAG CAGATGTGCT CAGCAAGCTG    2040

CTTGTGGTCG GCATAACAGA TCCTGATCCT GATATCCGCT ACTGTGTCTT GGCCTCCCTG    2100

GATGAGCGCT TCGATGCCCA CTTGGCCCAG GCAGAAAACT TACAAGCTCT GTTTGTGGCT    2160

CTGAATGACC AGGTCTTTGA GATCCGAGAG CTGGCCCATCT GCACTGTGGG CCGACTCAGT   2220

AGCATGAACC CAGCCTTTGT CATGCCTTTC CTGCGCAAGA TGCTCATCCA GATTTTGACA    2280

GAGCTGGAGC ACAGTGGCAT TGGGAGAATC AAGGAGCAGA GTGCCCGCAT GCTGGGGCAC    2340

CTGGTCTCCA ATGCCCCCG CCTCATCCGC CCCTATATGG AGCCTATTCT GAAGGCTTTA     2400

ATTTTGAAAC TCAAAGATCC AGACCCTGAC CCAAACCCGG GCGTGATCAA TAACGTGTTG    2460

GCCACTATAG GAGAACTGGC TCAGGTTAGC GGCCTGGAGA TGAGGAAGTG GGTGGACGAG    2520

CTCTTTGTCA TCATCATGGA CATGCTGCAG GACTCCTCTC TTCTGGCCAA AAGACAGGTG    2580

GCTTTGTGGA CCCTGGGACA GTTGGTGGCC AGTACTGGCT ACGTGGTGGA GCCCTACAGG    2640

AAGTACCCCA CTCTGCTTCA AGTGCTGCTG AATTTTCTGA AGACGGAGCA GAACCAGGGC    2700

ACTCGGAGAG AGGCCATCCG AGTGTTAGGG CTCCTCGGGG CTTTGGACCC CTACAAGCAC    2760

AAAGTGAACA TCGGCATGAT TGACCAGTCC CGAGATGCTT CTGCTGTCAG CCTGTCAGAA    2820

TCCAAGTCAA GTCAAGATTC CTCTGACTAC AGCACCAGTG AAATGCTGGT CAACATGGGA    2880

AACCTGCCAC TGGACGAGTT CTACCCCGCC GTGTCCATGG TGGCCTTGAT GCGGATCTTC    2940

CGAGACCAGT CCCTCTCTCA CCACCACACC ATGGTGGTTC AGGCCATCAC CTTCATCTTC    3000

AAGTCCCTGG GGCTCAAGTG TGTGCAGTTC CTGCCCCAGG TCATGCCCAC GTTCCTTAAC    3060

GTCATCCGAG TCTGTGATGG GGCCATCCGG GAATTTCTGT TCCAGCAGCT GGGAATGCTG    3120

GTGTCCTTTG TGAAGAGCCA CATCCGTCCC TACATGGATG AAATAGTCAC CCTCATGAGA    3180

GAATTTTGGG TCATGAACAC CTCAATCCAG AGCACAATCA TTCTTCTCAT TGAGCAAATC    3240

GTGGTGGCTC TTGGAGGTGA ATTTAAGCTC TACCTGCCCC AGCTGATCCC ACACATGCTG    3300

CGTGTCTTCA TCATGACAA CAGCCAGGGC CGCATAGTCT CCATCAAGCT GTTAGCAGCG    3360

ATCCAGCTGT TTGGCGCCAA CCTGGATGAC TATCTGCACT TGTTGTTGCC TCCGATCGTG    3420

AAATTGTTTG ATGCCCCTGA AGTTCCACTG CCGTCGAGAA AGGCAGCGTT GGAGACAGTG    3480

GACCGCCTGA CAGAGTCCCT GGATTTCACT GACTATGCCT CCCGCATCAT TCACCCGATT    3540

GTTCGCACGC TAGACCAGAG CCCAGAGCTG CGCTCCACAG CCATGGACAC CCTGTCTTCA    3600

CTTGTGTTTC AACTAGGGAA GAAGTACCAG ATCTTCATTC CAATGGTGAA TAAAGTCCTT    3660

GTGCGACACC GGATCAATCA CCAGCGCTAC GACGTGCTGA TCTGCAGAAT CGTCAAGGGG    3720

TACACGCTTG CTGATGAAGA AGAAGACCCT TTGATTTACC AGCATCGAAT GCTAAGGAGC    3780

AGCCAGGGGA ATGCCCTGGC CAGTGGACCA GTTGAAACAG GACCCATGAA GAAACTGCAT    3840

GTCAGCACCA TCAACCTCCA AAAGGCCTGG GGAGCTGCCA GAAGGGTCTC CAAGGACGAC    3900
```

US 6,492,106 B1

21

22

-continued

```
TGGCTGGAGT GGCTGCGACG CTTGAGTCTG GAGCTGCTGA AGGATTCCTC ATCACCTTCC   3960

CTGCGCTCAT GCTGGGCCCT GGCCCAGGCC TACAACCCCA TGGCCAGGGA TCTCTTCAAC   4020

GCTGCGTTTG TGTCCTGCTG GTCTGAACTG AATGAAGACC AACAAGATGA GCTCATCAGG   4080

AGCATTGAGT TGGCTCTCAC TTCTCAAGAC ATTGCTGAAG TCACACAAAC CCTCTTGAAC   4140

TTGGCTGAGT TCATGGAGCA CAGTGACAAG GGCCCCCTAC CACTGAGAGA TGACAATGGC   4200

ATCGTGCTGT TGGGTGAGAG AGCTGCCAAG TGCCGGGCAT ATGCCAAAGC ACTACACTAC   4260

AAAGAGCTGG AGTTCCAGAA GGGGCCCAGC CCTGCCATAC TTGAGTCCCT CATCAGCATT   4320

AATAATAAAC TGCAGCAGCC TGAGGCAGCG TCCGGGGTGT TAGAGTACGC CATGAAAACAC   4380

TTCGGAGAGC TGGAGATCCA GGCCACCTGG TATGAGAAGT TGCATGAGTG GGAGGACGCC   4440

CTTGTGGCCT ACGACAAGAA GATGGACACG AACAAGGATG ACCCAGAGCT GATGCTGGGC   4500

CGCATGCGCT GTCTCGAGGC CTTGGGAGAA TGGGGCCAGC TTCATCAGCA GTGCTGTGAA   4560

AAGTGGACTC TGGTTAATGA CGAGACCCAG GCTAAGATGG CCCGGATGGC TGCTGCAGCA   4620

GCATGGGGTT TAGGTCAGTG GGACAGCATG GAGGAGTACA CCTGTATGAT TCCTCGGGAT   4680

ACTCACGATG GAGCATTCTA CAGAGCAGTG TTGGCACTGC ATCAGGATCT CTTCTCCTTG   4740

GCTCAACAGT GCATTGACAA GGCCAGGGAC CTGCTGGACG CCGAGCTGAC TGCCATGGCA   4800

GGGGAGAGCT ACAGCCGAGC CTATGGGGCC ATGGTTTCTT GCCACATGCT GTCCGAGCTG   4860

GAGGAGGTTA TCCAGTACAA ACTCGTCCCG GAGCGACGGG AGATCATCCG CCAGATCTGG   4920

TGGGAGAGAC TGCAGGGCTG CCAGCGTATT GTAGAGGACT GGCAGAAAAT CCTCATGGTC   4980

CGGTCCCTTG TGGTCAGCCC TCACGAGGAC ATGAGAACCT GGTCAAGTA CGCAAGCCTG   5040

TGTGGCAAGA GCGGCAGACT GGCTCTTGCT CATAAAACCT TAGTGTTGCT CTTGGGAGTT   5100

GATCCATCTC GGCAACTTGA CCATCCTCTG CCAACAGTTC ACCCTCAAGT GACCTATGCC   5160

TACATGAAAA ACATGTGGAA AAGCGCTCGG AAGATTGATG CCTTCCAGCA CATGCAGCAC   5220

TTTGTGCAGA CCATGCAGCA GCAGGCCCAG CACGCCATTG CCACAGAGGA CCAGCAGCAC   5280

AAGCAGGAGC TGCATAAGCT CATGGCCAGG TGTTTTCTGA AACTTGGGGA GTGGCAGCTG   5340

AACCTCCAGG GCATCAACGA GAGCACCATC CCCAAGGTGC TACAGTACTA CAGTGCTGGC   5400

ACAGAGCATG ACCGCAGCTG GTATAAGGCT TGGCACGCAT GGGCAGTGAT GAACTTTGAA   5460

GCCGTGCTAC ACTACAAACA TCAGAACCAA GCCCGCGATG AGAAGAAGAA ACTGCGCCAT   5520

GCCAGCGGGG CCAACATCAC CAATGCCACC ACCACTGCCA CCACCGCTGC CTCCGCTGCC   5580

GCTGCCACCA GCACAGAGGG CAGCAACAGT GAAAGTGAAG CCGAGAGCAA TGAGAGCAGC   5640

CCGCACCCCGT CCCCTCTGCA GAAGAAGGTC ACTGAGGATT TGTCCAAAAC CCTCTTGTTG   5700

TACACTGTCC CTGCTGTCCA AGGCTTCTTC CGTTCTATCT CCTTGTCGAG AGGCAACAAC   5760

CTCCAGGATA CACTCAGAGT CCTCACCTTG TGGTTTGATT ATGGTCACTG GCCAGATGTC   5820

AATGAAGCCC TGGTGGAAGG GGTGAAGGCC ATACAGATTG ACACTTGGTT ACAGGTTATA   5880

CCTCAGCTCA TTGCAAGAAT TGACACGCCC AGACCCTTGG TGGGCCGGCT CATTCACCAG   5940

CTCCTCACAG ATATTGGTCG GTACCACCCA CAGGCCCTCA TCTACCCCCT GACGGTGGCT   6000

TCTAAGTCTA CCACCACAGC CCGTCACAAT GCAGCCAACA AGATCCTGAA GAACATGTGC   6060

GAGCACAGCA ACACGCTAGT ACAGCAGGCC ATGATGGTGA GTGAAGAGCT GATTCGAGTA   6120

GCCATCCTCT GGCATGAGAT GTGGCATGAA GGCCTAGAAG AGGCCTCTCG CTTGTACTTT   6180

GGGGAGAGGA ACGTGCAAAGG CATGTTTGAG GTGCTGGAGC CCCTGCATGC TATGATGGAA   6240
```

US 6,492,106 B1

23

24

-continued

```
CGCGGTCCCC AGACCCTGAA GGAAACGTCC TTTAATCAGG CATATGGTCG AGATTTAATG   6300

GAGGCACAAG AATGGTGCCG AAAGTACATG AAATCAGGGA ACGTCAAGGA CCTCACCCAA   6360

GCCTGGGACC TCTACTATCA CGTGTTCAGA CGGATCTCCA AGCAGCTACC ACAGCTCACA   6420

TCCCTGGAGC TGCAGTATGT GTCCCCCAAA CTTTTGATGT GCAGGAGACCT TGAATTGGCT   6480

GTGCCAGGAA CATATGACCC CAACCAGACA ATCATTCGCA TTCAGTCCAT AGCCCCGTCT   6540

TTGCAAGTCA TCACATCCAA GCAGAGGCCT CGGAAGCTGA CCCTGATGGG CAGCAATGGG   6600

CACGAGTTTG TTTTCCTCCT GAAAGGCCAT GAAGATCTGC GGCAGGACGA GCGAGTGATG   6660

CAGCTCTTTG GCCTGGTGAA CACACTCCTA GCCAATGACC CAACTTCTCT TCGAAAGAAC   6720

CTCAGCATCC AGAGATACGC CGTCATTCCT CTGTCCACCA ACTCGGGCCT GATTGGCTGG   6780

GTGCCCCACT GTGACACGCT GCATGCCCTC ATCCGGGACT ACAGAGAGAA GAAGAAGATC   6840

CTGCTGAACA TCGAGCACCG CATCATGCTG CGGATGGCTC CTGACTATGA CACCCTGACT   6900

CTGATGCAGA AGGTGGAGGT GTTTGAGCAT GCTGTCAACA ACACAGCCGG GGATGACCTG   6960

GCCAAGCTGC TGTGCGTGAA AAGCCCCAGC TCAGAGGTGT GGTTTGACCG AAGAACCAAT   7020

TATACTCGCT CCCTGGCTGT CATGTCCATG GTTGGATACA TTTTAGGCCT TGGAGACAGG   7080

CACCCATCCA ACCTGATGCT GGACCGGCTG AGTGGAAAGA TCCTGCACAT TGACTTTGGG   7140

GACTGCTTTG AGGTTGCTAT GACCAGAGAG AAATTTCCAG AAAAGATTCC ATTTAGACTA   7200

ACAAGAATGT TGACCAATGC TATGGGAGGTT ACCGGTCTCG ATCGCAACTA TAGAACCACA   7260

TGCCACACAG TGATGGAGGT GCTTCGGGAG CACAAGGACA GTGTCATGGC TGTGCTAGAA   7320

GCCTTTGTCT ATGACCCTCT GCTGAATTGG AGGCTGATGG ACACAAATGC CAAAGGCAAC   7380

AAGCGGTCCC GAACCAGGAC AGACTCCTAT TCTGCAGGCC AGTCAGTAGA AATTTTGGAC   7440

GGTGTAGAAC TTGGAGAACC AGCCCATAAG AAAACAGGGA CCACTGTGCC AGAATCCATC   7500

CATTCTTTCA TGGGAGATGG TTTGGTGAAA CCAGAAGCCT TAAACAAGAA AGCTATTCAG   7560

ATTATTAACA GGGTTCGAGA TAAGCTCACT GGTCGGGATT TCTCTCATGA TGACACTTTG   7620

GATGTTCCAA CCCAAGTGGA ACTGCTTATC AAGCAAGCGA CATCTCATGA GAACCTCTGC   7680

CAGTGCTACA TTGGCTGGTG TCCTTTCTGG TAACCAAGGC CTGGCAAAGA AAATCATCTC   7740

CTCCGATGCT TTTGTACCTT GGTCTGTGCT TCCAGTGGAC TGAAACCATG GTCATAAAGT   7800

TGGACTTTGT TAATATTTTG AAATGTATAT GAAAAGAACT ACTGTATATT CAAAGTTGGC   7860

TTATGCCAAC CTCCTAGCTG CTGTTGAAAA GACACTGTCA GAAACACAAG GCTTGATTCA   7920

GTTCCCAGGA CAGTGAAACA CAGTAATCCT ACAGAAACCA AGCCTTTGAT TTTGGGAGAA   7980

CAGAAGATGA GTAACTGACT AAGAAATACG GGTTTGGACT TAACTTACAG AAGAACTCAT   8040

CATACGCATT TGCTGACCGA ATAATCTAGT TGATCCTCTC AACCAGGGGC TTCAACAGCA   8100

AGGACACAGA TGTCAGCACT CCACCATCCT GTTACCTCAC CCGTCCCTGG ATGCAGTGGC   8160

AACATCTGCA GGATGGGCCA CCGTGTGTGT AAGAAGATCT GTCTTCCACC TGATCCCATG   8220

ATGCTGAACC TCACAGAGCC GGCCTTCCAG GAAGGACGTT TGCTCAGACG CCTGGCCACC   8280

GAGGATGAGC AGGTGTGCCA GGATCTCAGT GCAGGGTCCA CGCTGGCCCT GCTGCTGTGT   8340

TCAGTGAGGG ATGGATATGT TGTGTTTGCA GCAGGGACTC AGAACACAAA TGCTTTTGTG   8400

GAAGTGCTGA TCTCAGAGGG ACACTAGCGC AGGTTGTGAA TTAAGAGCAA AGTAAATATC   8460

CAACTAAACA CAAAGTATAA GTGAAGCCAC ATCTAGACAC CATTGTATCT GAGTAATTTT   8520

TGTGCCAATA AATGACATCA GAATTTTAAA AGTAAAAAAA ACGATATCAA GCTTATCGAT   8580

ACCGTCGACC TCGAGGGG                                                 8598
```

A3014

US 6,492,106 B1

-continued

(2) INFORMATION FOR SEQ ID NO:2:

    (i) SEQUENCE CHARACTERISTICS:
        (A) LENGTH: 2549 amino acids
        (B) TYPE: amino acid
        (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (iii) HYPOTHETICAL: YES

    (iv) ANTI-SENSE: NO

    (vi) ORIGINAL SOURCE:
        (A) ORGANISM: Rattus rattus
        (F) TISSUE TYPE: pheochromocytoma
        (G) CELL TYPE: PC12

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:2:

```
Met Leu Gly Thr Gly Pro Ala Thr Ala Thr Ala Gly Ala Ala Thr Ser
1               5                  10                 15

Ser Asn Val Ser Val Leu Gln Gln Phe Ala Ser Gly Leu Lys Ser Arg
                20                 25                 30

Asn Glu Glu Thr Arg Ala Lys Ala Ala Lys Glu Leu Gln His Tyr Val
        35                 40                 45

Thr Met Glu Leu Arg Glu Met Ser Gln Glu Glu Ser Thr Arg Phe Tyr
    50                 55                 60

Asp Gln Leu Asn His His Ile Phe Glu Leu Val Ser Ser Ser Asp Ala
65                 70                 75                 80

Asn Glu Arg Lys Gly Gly Ile Leu Ala Ile Ala Ser Leu Ile Gly Val
                85                 90                 95

Glu Gly Gly Asn Ser Thr Arg Ile Gly Arg Phe Ala Asn Tyr Leu Arg
                100                105                110

Asn Leu Leu Pro Ser Ser Asp Pro Val Val Met Glu Met Ala Ser Lys
        115                120                125

Ala Ile Gly Arg Leu Ala Met Ala Gly Asp Thr Phe Thr Ala Glu Tyr
    130                135                140

Val Glu Phe Glu Val Lys Arg Ala Leu Glu Trp Leu Gly Ala Asp Arg
145                150                155                160

Asn Glu Gly Arg Arg His Ala Ala Val Leu Val Leu Arg Glu Leu Ala
                165                170                175

Ile Ser Val Pro Thr Phe Phe Phe Gln Gln Val Gln Pro Phe Phe Asp
                180                185                190

Asn Ile Phe Val Ala Val Trp Asp Pro Lys Gln Ala Ile Arg Glu Gly
        195                200                205

Ala Val Ala Ala Leu Arg Ala Cys Leu Ile Leu Thr Thr Gln Arg Glu
    210                215                220

Pro Lys Glu Met Gln Lys Pro Gln Trp Tyr Arg His Thr Phe Glu Glu
225                230                235                240

Ala Glu Lys Gly Phe Asp Glu Thr Leu Ala Lys Glu Lys Gly Met Asn
                245                250                255

Arg Asp Asp Arg Ile His Gly Ala Leu Leu Ile Leu Asn Glu Leu Val
                260                265                270

Arg Ile Ser Ser Met Glu Gly Glu Arg Leu Arg Glu Glu Met Glu Glu
        275                280                285

Ile Thr Gln Gln Gln Leu Val His Asp Lys Tyr Cys Lys Asp Leu Met
        290                295                300
```

A3015

US 6,492,106 B1

27                                                              28

-continued

```
Gly Phe Gly Thr Lys Pro Arg His Ile Thr Pro Phe Thr Ser Phe Gln
305                 310                 315                 320

Ala Val Gln Pro Gln Gln Ser Asn Ala Leu Val Gly Leu Leu Gly Tyr
                325                 330                 335

Ser Ser His Gln Gly Leu Met Gly Phe Gly Ala Ser Pro Ser Pro Thr
                340                 345                 350

Lys Ser Thr Leu Val Glu Ser Arg Cys Cys Arg Asp Leu Met Glu Glu
                355                 360                 365

Lys Phe Asp Gln Val Cys Gln Trp Val Leu Lys Cys Arg Ser Ser Lys
                370                 375                 380

Asn Ser Leu Ile Gln Met Thr Ile Leu Asn Leu Leu Pro Arg Leu Val
385                 390                 395                 400

Ala Phe Arg Pro Ser Ala Phe Thr Asp Thr Gln Tyr Leu Gln Asp Thr
                    405                 410                 415

Met Asn His Val Leu Ser Cys Val Lys Lys Glu Lys Glu Arg Thr Ala
                420                 425                 430

Ala Phe Gln Ala Leu Gly Leu Leu Ser Val Ala Val Arg Ser Glu Phe
                435                 440                 445

Lys Val Tyr Leu Pro Arg Val Leu Asp Ile Ile Arg Ala Ala Leu Pro
450                 455                 460

Pro Lys Asp Phe Ala His Lys Arg Gln Lys Thr Val Gln Val Asp Ala
465                 470                 475                 480

Thr Val Phe Thr Cys Ile Ser Met Leu Ala Arg Ala Met Gly Pro Gly
                    485                 490                 495

Ile Gln Gln Asp Ile Lys Glu Leu Leu Glu Pro Met Leu Ala Val Gly
                500                 505                 510

Leu Ser Pro Ala Leu Thr Ala Val Leu Tyr Asp Leu Ser Arg Gln Ile
                515                 520                 525

Pro Gln Leu Lys Lys Asp Ile Gln Asp Gly Leu Leu Lys Met Leu Ser
                530                 535                 540

Leu Val Leu Met His Lys Pro Leu Arg His Pro Gly Met Pro Lys Gly
545                 550                 555                 560

Leu Ala His Gln Leu Ala Ser Pro Gly Leu Thr Thr Leu Pro Glu Ala
                565                 570                 575

Ser Asp Val Ala Ser Ile Thr Leu Ala Leu Arg Thr Leu Gly Ser Phe
                580                 585                 590

Glu Phe Glu Gly His Ser Leu Thr Gln Phe Val Arg His Cys Ala Asp
                595                 600                 605

His Phe Leu Asn Ser Glu His Lys Glu Ile Arg Met Glu Ala Ala Arg
                610                 615                 620

Thr Cys Ser Arg Leu Leu Thr Pro Ser Ile His Leu Ile Ser Gly His
625                 630                 635                 640

Ala His Val Val Ser Gln Thr Ala Val Gln Val Val Ala Asp Val Leu
                645                 650                 655

Ser Lys Leu Leu Val Val Gly Ile Thr Asp Pro Asp Pro Asp Ile Arg
                660                 665                 670

Tyr Cys Val Leu Ala Ser Leu Asp Glu Arg Phe Asp Ala His Leu Ala
                675                 680                 685

Gln Ala Glu Asn Leu Gln Ala Leu Phe Val Ala Leu Asn Asp Gln Val
                690                 695                 700

Phe Glu Ile Arg Glu Leu Ala Ile Cys Thr Val Gly Arg Leu Ser Ser
705                 710                 715                 720

Met Asn Pro Ala Phe Val Met Pro Phe Leu Arg Lys Met Leu Ile Gln
```

A3016

US 6,492,106 B1

29 30

-continued

```
                725               730               735
Ile Leu Thr Glu Leu Glu His Ser Gly Ile Gly Arg Ile Lys Glu Gln
            740               745               750

Ser Ala Arg Met Leu Gly His Leu Val Ser Asn Ala Pro Arg Leu Ile
            755               760               765

Arg Pro Tyr Met Glu Pro Ile Leu Lys Ala Leu Ile Leu Lys Leu Lys
            770               775               780

Asp Pro Asp Pro Asp Pro Asn Pro Gly Val Ile Asn Asn Val Leu Ala
785               790               795               800

Thr Ile Gly Glu Leu Ala Gln Val Ser Gly Leu Glu Met Arg Lys Trp
            805               810               815

Val Asp Glu Leu Phe Val Ile Ile Met Asp Met Leu Gln Asp Ser Ser
            820               825               830

Leu Leu Ala Lys Arg Gln Val Ala Leu Trp Thr Leu Gly Gln Leu Val
            835               840               845

Ala Ser Thr Gly Tyr Val Val Glu Pro Tyr Arg Lys Tyr Pro Thr Leu
            850               855               860

Leu Glu Val Leu Leu Asn Phe Leu Lys Thr Glu Gln Asn Gln Gly Thr
865               870               875               880

Arg Arg Glu Ala Ile Arg Val Leu Gly Leu Leu Gly Ala Leu Asp Pro
            885               890               895

Tyr Lys His Lys Val Asn Ile Gly Met Ile Asp Gln Ser Arg Asp Ala
            900               905               910

Ser Ala Val Ser Leu Ser Glu Ser Lys Ser Ser Gln Asp Ser Ser Asp
            915               920               925

Tyr Ser Thr Ser Glu Met Leu Val Asn Met Gly Asn Leu Pro Leu Asp
            930               935               940

Glu Phe Tyr Pro Ala Val Ser Met Val Ala Leu Met Arg Ile Phe Arg
945               950               955               960

Asp Gln Ser Leu Ser His His His Thr Met Val Val Gln Ala Ile Thr
            965               970               975

Phe Ile Phe Lys Ser Leu Gly Leu Lys Cys Val Gln Phe Leu Pro Gln
            980               985               990

Val Met Pro Thr Phe Leu Asn Val Ile Arg Val Cys Asp Gly Ala Ile
            995               1000              1005

Arg Glu Phe Leu Phe Gln Gln Leu Gly Met Leu Val Ser Phe Val Lys
            1010              1015              1020

Ser His Ile Arg Pro Tyr Met Asp Glu Ile Glu Val Thr Leu Met Arg Glu
1025                  1030                  1035                  1040

Phe Trp Val Met Asn Thr Ser Ile Gln Ser Thr Ile Ile Leu Leu Ile
                  1045                  1050                  1055

Glu Gln Ile Val Val Ala Leu Gly Gly Glu Phe Lys Leu Tyr Leu Pro
                  1060                  1065                  1070

Gln Leu Ile Pro His Met Leu Arg Val Phe Met His Asp Asn Ser Gln
                  1075                  1080                  1085

Gly Arg Ile Val Ser Ile Lys Leu Leu Ala Ala Ile Gln Leu Phe Gly
                  1090                  1095                  1100

Ala Asn Leu Asp Asp Tyr Leu His Leu Leu Leu Pro Pro Ile Val Lys
1105                  1110                  1115                  1120

Leu Phe Asp Ala Pro Glu Val Pro Leu Pro Ser Arg Lys Ala Ala Leu
                  1125                  1130                  1135

Glu Thr Val Asp Arg Leu Thr Glu Ser Leu Asp Phe Thr Asp Tyr Ala
                  1140                  1145                  1150
```

A3017

US 6,492,106 B1

-continued

```
Ser Arg Ile Ile His Pro Ile Val Arg Thr Leu Asp Gln Ser Pro Glu
        1155                1160                1165

Leu Arg Ser Thr Ala Met Asp Thr Leu Ser Ser Leu Val Phe Gln Leu
        1170                1175                1180

Gly Lys Lys Tyr Gln Ile Phe Ile Pro Met Val Asn Lys Val Leu Val
1185                1190                1195                1200

Arg His Arg Ile Asn His Gln Arg Tyr Asp Val Leu Ile Cys Arg Ile
                1205                1210                1215

Val Lys Gly Tyr Thr Leu Ala Asp Glu Glu Glu Asp Pro Leu Ile Tyr
        1220                1225                1230

Gln His Arg Met Leu Arg Ser Gln Ser Gln Gly Asp Ala Leu Ala Ser Gly
        1235                1240                1245

Pro Val Glu Thr Gly Pro Met Lys Lys Leu His Val Ser Thr Ile Asn
        1250                1255                1260

Leu Gln Lys Ala Trp Gly Ala Ala Arg Arg Val Ser Lys Asp Asp Trp
1265                1270                1275                1280

Leu Glu Trp Leu Arg Arg Leu Ser Leu Glu Leu Leu Lys Asp Ser Ser
                1285                1290                1295

Ser Pro Ser Leu Arg Ser Cys Trp Ala Leu Ala Ala Gln Ala Tyr Asn Pro
                1300                1305                1310

Met Ala Arg Asp Leu Phe Asn Ala Ala Phe Val Ser Cys Trp Ser Glu
        1315                1320                1325

Leu Asn Glu Asp Gln Gln Asp Glu Leu Ile Arg Ser Ile Glu Leu Ala
1330                1335                1340

Leu Thr Ser Gln Asp Ile Ala Glu Val Thr Gln Thr Leu Leu Asn Leu
1345                1350                1355                1360

Ala Glu Phe Met Glu His Ser Asp Lys Gly Pro Leu Pro Leu Arg Asp
                1365                1370                1375

Asp Asn Gly Ile Val Leu Leu Gly Glu Arg Ala Ala Lys Cys Arg Ala
                1380                1385                1390

Tyr Ala Lys Ala Leu His Tyr Lys Glu Leu Glu Phe Gln Lys Gly Pro
        1395                1400                1405

Thr Pro Ala Ile Leu Glu Ser Leu Ile Ser Ile Asn Asn Lys Leu Gln
        1410                1415                1420

Gln Pro Glu Ala Ala Ser Gly Val Leu Glu Tyr Ala Met Lys His Phe
1425                1430                1435                1440

Gly Glu Leu Glu Ile Gln Ala Thr Trp Tyr Glu Lys Leu His Glu Trp
                1445                1450                1455

Glu Asp Ala Leu Val Ala Tyr Asp Lys Lys Met Asp Thr Asn Lys Asp
        1460                1465                1470

Asp Pro Glu Leu Met Leu Gly Arg Met Arg Cys Leu Glu Ala Leu Gly
        1475                1480                1485

Glu Trp Gly Gln Leu His Gln Gln Cys Cys Glu Lys Trp Thr Leu Val
        1490                1495                1500

Asn Asp Glu Thr Gln Ala Lys Met Ala Arg Met Ala Ala Ala Ala Ala
1505                1510                1515                1520

Trp Gly Leu Gly Gln Trp Asp Ser Met Glu Glu Tyr Thr Cys Met Ile
                1525                1530                1535

Pro Arg Asp Thr His Asp Gly Ala Phe Tyr Arg Ala Val Leu Ala Leu
        1540                1545                1550

His Gln Asp Leu Phe Ser Leu Ala Gln Gln Cys Ile Asp Lys Ala Arg
        1555                1560                1565
```

US 6,492,106 B1

33

34

-continued

```
Asp Leu Leu Asp Ala Glu Leu Thr Ala Met Ala Gly Glu Ser Tyr Ser
    1570                1575                1580

Arg Ala Tyr Gly Ala Met Val Ser Cys His Met Leu Ser Glu Leu Glu
1585                1590                1595                1600

Glu Val Ile Gln Tyr Lys Leu Val Pro Glu Arg Arg Glu Ile Ile Arg
                1605                1610                1615

Gln Ile Trp Trp Glu Arg Leu Gln Gly Cys Gln Arg Ile Val Glu Asp
                1620                1625                1630

Trp Gln Lys Ile Leu Met Val Arg Ser Leu Val Val Ser Pro His Glu
            1635                1640                1645

Asp Met Arg Thr Trp Leu Lys Tyr Ala Ser Leu Cys Gly Lys Ser Gly
        1650                1655                1660

Arg Leu Ala Leu Ala His Lys Thr Leu Val Leu Leu Leu Gly Val Asp
1665                1670                1675                1680

Pro Ser Arg Gln Leu Asp His Pro Leu Pro Thr Val His Pro Gln Val
                1685                1690                1695

Thr Tyr Ala Tyr Met Lys Asn Met Trp Lys Ser Ala Arg Lys Ile Asp
                1700                1705                1710

Ala Phe Gln His Met Gln His Phe Val Gln Thr Met Gln Gln Gln Ala
            1715                1720                1725

Gln His Ala Ile Ala Thr Glu Asp Gln Gln His Lys Gln Glu Leu His
        1730                1735                1740

Lys Leu Met Ala Arg Cys Phe Leu Lys Leu Gly Glu Trp Gln Leu Asn
1745                1750                1755                1760

Leu Gln Gly Ile Asn Glu Ser Thr Ile Pro Lys Val Leu Gln Tyr Tyr
                1765                1770                1775

Ser Ala Ala Thr Glu His Asp Arg Ser Trp Tyr Lys Ala Trp His Ala
            1780                1785                1790

Trp Ala Val Met Asn Phe Glu Ala Val Leu His Tyr Lys His Gln Asn
        1795                1800                1805

Gln Ala Arg Asp Glu Lys Lys Lys Leu Arg His Ala Ser Gly Ala Asn
    1810                1815                1820

Ile Thr Asn Ala Thr Thr Thr Ala Thr Thr Ala Ala Ser Ala Ala Ala
1825                1830                1835                1840

Ala Thr Ser Thr Glu Gly Ser Asn Ser Glu Ser Glu Ala Glu Ser Asn
                1845                1850                1855

Glu Ser Ser Pro Thr Pro Ser Pro Leu Gln Lys Lys Val Thr Glu Asp
                1860                1865                1870

Leu Ser Lys Thr Leu Leu Leu Tyr Thr Val Pro Ala Val Gln Gly Phe
            1875                1880                1885

Phe Arg Ser Ile Ser Leu Ser Arg Gly Asn Asn Leu Gln Asp Thr Leu
    1890                1895                1900

Arg Val Leu Thr Leu Trp Phe Asp Tyr Gly His Trp Pro Asp Val Asn
1905                1910                1915                1920

Glu Ala Leu Val Glu Gly Val Lys Ala Ile Gln Ile Asp Thr Trp Leu
                1925                1930                1935

Gln Val Ile Pro Gln Leu Ile Ala Arg Ile Asp Thr Pro Arg Pro Leu
            1940                1945                1950

Val Gly Arg Leu Ile His Gln Leu Leu Thr Asp Ile Gly Arg Tyr His
    1955                1960                1965

Pro Gln Ala Leu Ile Tyr Pro Leu Thr Val Ala Ser Lys Ser Thr Thr
    1970                1975                1980

Thr Ala Arg His Asn Ala Ala Asn Lys Ile Leu Lys Asn Met Cys Glu
```

US 6,492,106 B1

35                                                      36

-continued

```
1985          1990          1995          2000

His Ser Asn Thr Leu Val Gln Gln Ala Met Met Val Ser Glu Glu Leu
              2005               2010              2015

Ile Arg Val Ala Ile Leu Trp His Glu Met Trp His Glu Gly Leu Glu
              2020               2025              2030

Glu Ala Ser Arg Leu Tyr Phe Gly Glu Arg Asn Val Lys Gly Met Phe
              2035               2040              2045

Glu Val Leu Glu Pro Leu His Ala Met Met Glu Arg Gly Pro Gln Thr
2050               2055               2060

Leu Lys Glu Thr Ser Phe Asn Gln Ala Tyr Gly Arg Asp Leu Met Glu
2065               2070               2075               2080

Ala Gln Glu Trp Cys Arg Lys Tyr Met Lys Ser Gly Asn Val Lys Asp
              2085               2090               2095

Leu Thr Gln Ala Trp Asp Leu Tyr Tyr His Val Phe Arg Arg Ile Ser
              2100               2105               2110

Lys Gln Leu Pro Gln Leu Thr Ser Leu Glu Leu Gln Tyr Val Ser Pro
              2115               2120               2125

Lys Leu Leu Met Cys Arg Asp Leu Glu Leu Ala Val Pro Gly Thr Tyr
              2130               2135               2140

Asp Pro Asn Gln Thr Ile Ile Arg Ile Gln Ser Ile Ala Pro Ser Leu
2145               2150               2155               2160

Gln Val Ile Thr Ser Lys Gln Arg Pro Arg Lys Leu Thr Leu Met Gly
              2165               2170               2175

Ser Asn Gly His Glu Phe Val Phe Leu Leu Lys Gly His Glu Asp Leu
              2180               2185               2190

Arg Gln Asp Glu Arg Val Met Gln Leu Phe Gly Leu Val Asn Thr Leu
              2195               2200               2205

Leu Ala Asn Asp Pro Thr Ser Leu Arg Lys Asn Leu Ser Ile Gln Arg
              2210               2215               2220

Tyr Ala Val Ile Pro Leu Ser Thr Asn Ser Gly Leu Ile Gly Trp Val
2225               2230               2235               2240

Pro His Cys Asp Thr Leu His Ala Leu Ile Arg Asp Tyr Arg Glu Lys
              2245               2250               2255

Lys Lys Ile Leu Leu Asn Ile Glu His Arg Ile Met Leu Arg Met Ala
              2260               2265               2270

Pro Asp Tyr Asp His Leu Thr Leu Met Gln Lys Val Glu Val Phe Glu
2275               2280               2285

His Ala Val Asn Asn Thr Ala Gly Asp Asp Leu Ala Lys Leu Leu Trp
2290               2295               2300

Leu Lys Ser Pro Ser Ser Glu Val Trp Phe Asp Arg Arg Thr Asn Tyr
2305               2310               2315               2320

Thr Arg Ser Leu Ala Val Met Ser Met Val Gly Tyr Ile Leu Gly Leu
              2325               2330               2335

Gly Asp Arg His Pro Ser Asn Leu Met Leu Asp Arg Leu Ser Gly Lys
              2340               2345               2350

Ile Leu His Ile Asp Phe Gly Asp Cys Phe Glu Val Ala Met Thr Arg
              2355               2360               2365

Glu Lys Phe Pro Glu Lys Ile Pro Phe Arg Leu Thr Arg Met Leu Thr
2370               2375               2380

Asn Ala Met Glu Val Thr Gly Leu Asp Gly Asn Tyr Arg Ile Thr Cys
2385               2390               2395               2400

His Thr Val Met Glu Val Leu Arg Glu His Lys Asp Ser Val Met Ala
              2405               2410               2415
```

A3020

US 6,492,106 B1

37                                                          38

-continued

```
Val Leu Glu Ala Phe Val Tyr Asp Pro Leu Leu Asn Trp Arg Leu Met
          2420                2425                2430

Asp Thr Asn Ala Lys Gly Asn Asn Lys Arg Ser Arg Thr Arg Thr Asp Ser
          2435                2440                2445

Tyr Ser Ala Gly Gln Ser Val Glu Ile Leu Asp Gly Val Glu Leu Gly
          2450                2455                2460

Glu Pro Ala His Lys Lys Thr Gly Thr Thr Val Pro Glu Ser Ile His
2465                2470                2475                2480

Ser Phe Ile Gly Asp Gly Leu Val Lys Pro Glu Gln Ala Leu Asn Lys Lys
          2485                2490                2495

Ala Ile Gln Ile Ile Asn Arg Val Arg Asp Arg Lys Leu Thr Arg Gly Arg Asp
          2500                2505                2510

Phe Ser His Asp Asp Thr Leu Asp Val Pro Thr Gln Val Glu Leu Leu
          2515                2520                2525

Ile Lys Gln Ala Thr Ser His Glu Asn Leu Cys Gln Cys Tyr Ile Gly
2530                2535                2540

Trp Cys Pro Phe Trp
2545


(2) INFORMATION FOR SEQ ID NO:3:

     (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 2470 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: protein

    (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Saccharomyces cerevisiae

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:3:

Met Glu Pro His Glu Glu Gln Ile Trp Lys Ser Lys Leu Leu Lys Ala
1                 5                10                15

Ala Asn Asn Asp Met Asp Met Asp Arg Asn Val Pro Leu Ala Pro Asn
          20                25                30

Leu Asn Val Asn Met Asn Met Lys Met Ala Ser Arg Asn Gly Asp
          35                40                45

Glu Phe Gly Leu Thr Ser Ser Arg Phe Gly Gly Val Val Ile Gly Ser
     50                55                60

Asn Gly Asp Val Asn Phe Lys Pro Ile Leu Glu Lys Ile Phe Arg Glu
65                70                75                80

Leu Thr Ser Asp Tyr Lys Glu Glu Arg Lys Leu Ala Ser Ile Ser Leu
               85                90                95

Phe Asp Leu Leu Val Ser Leu Glu His Glu Leu Ser Ile Glu Glu Phe
          100                105                110

Gln Ala Ile Ser Glu Asn Asp Ile Asn Asn Lys Ile Leu Glu Leu Val His
          115                120                125

Thr Lys Lys Thr Asn Thr Arg Val Gly Ala Val Leu Ser Ile Asp Thr
          130                135                140

Leu Ile Ser Phe Tyr Ala Tyr Thr Gly Arg Leu Pro Asn Glu Thr Ser
145                150                155                160

Arg Leu Ala Gly Tyr Leu Arg Gly Leu Ile Pro Ser Asn Asp Val Glu
               165                170                175

Val Met Arg Leu Ala Ala Lys Thr Leu Gly Lys Leu Ala Val Pro Gly
               180                185                190
```

A3021

US 6,492,106 B1

39                                                                                    40

-continued

```
Gly Thr Tyr Thr Ser Asp Phe Val Glu Phe Glu Ile Lys Ser Cys Leu
    195                 200                 205

Glu Trp Leu Thr Ala Ser Thr Glu Lys Asn Ser Phe Ser Ser Ser Lys
210                 215                 220

Pro Asp His Ala Lys His Ala Leu Leu Ile Ile Thr Ala Leu Ala
225                 230                 235             240

Glu Asn Cys Pro Tyr Leu Leu Tyr Gln Tyr Leu Asn Ser Ile Leu Asp
                245                 250                 255

Asn Ile Trp Arg Ala Leu Arg Asp Pro His Leu Val Ile Arg Ile Asp
            260                 265                 270

Ala Ser Ile Thr Leu Ala Lys Cys Leu Ser Thr Leu Arg Asn Arg Asp
    275                 280                 285

Pro Gln Leu Thr Ser Gln Trp Val Gln Arg Leu Ala Thr Ser Cys Glu
    290                 295                 300

Tyr Gly Phe Gln Val Asn Thr Leu Glu Cys Ile His Ala Ser Leu Leu
305                 310                 315             320

Val Tyr Lys Glu Ile Leu Phe Leu Lys Asp Pro Phe Leu Asn Gln Val
                325                 330                 335

Phe Asp Gln Met Cys Leu Asn Cys Ile Ala Tyr Glu Asn His Lys Ala
            340                 345                 350

Lys Met Ile Arg Glu Lys Ile Tyr Gln Ile Val Pro Leu Leu Ala Ser
    355                 360                 365

Phe Asn Pro Gln Leu Phe Ala Gly Lys Tyr Leu His Gln Ile Met Asp
    370                 375                 380

Asn Tyr Leu Glu Ile Leu Thr Asn Ala Pro Ala Lys Lys Ile Pro His
385                 390                 395             400

Leu Lys Asp Asp Lys Pro Gln Ile Leu Ile Ser Ile Gly Asp Ile Ala
                405                 410                 415

Tyr Glu Val Gly Pro Asp Ile Ala Pro Tyr Val Lys Gln Ile Leu Asp
            420                 425                 430

Tyr Ile Glu His Asp Leu Gln Thr Lys Phe Lys Phe Arg Lys Lys Phe
    435                 440                 445

Glu Asn Glu Ile Phe Tyr Cys Ile Gly Arg Leu Ala Val Pro Leu Gly
450                 455                 460

Pro Val Leu Gly Lys Leu Leu Asn Arg Asn Ile Leu Asp Leu Met Phe
465                 470                 475             480

Lys Cys Pro Leu Ser Asp Tyr Met Gln Glu Thr Phe Gln Ile Leu Thr
                485                 490                 495

Glu Arg Ile Pro Ser Leu Gly Pro Lys Ile Asn Asp Glu Leu Leu Asn
            500                 505                 510

Leu Val Cys Ser Thr Leu Ser Gly Thr Pro Phe Ile Gln Pro Gly Ser
    515                 520                 525

Pro Met Glu Ile Pro Ser Phe Ser Arg Glu Arg Ala Arg Glu Trp Arg
    530                 535                 540

Asn Lys Ser Ile Leu Gln Lys Thr Gly Glu Ser Asn Asp Asp Asn Asn
545                 550                 555             560

Asp Ile Lys Ile Ile Ile Gln Ala Phe Arg Met Leu Lys Asn Ile Lys
                565                 570                 575

Ser Arg Phe Ser Leu Val Glu Phe Val Arg Ile Val Ala Leu Ser Tyr
            580                 585                 590

Ile Glu His Thr Asp Pro Arg Val Arg Lys Leu Ala Ala Leu Thr Ser
    595                 600                 605

Cys Glu Ile Tyr Val Lys Asp Asn Ile Cys Lys Gln Thr Ser Leu His
```

**A3022**

US 6,492,106 B1

41

42

-continued

```
                    610                     615                     620
Ser Leu Asn Thr Val Ser Glu Val Leu Ser Lys Leu Leu Ala Ile Thr
625                     630                     635                     640

Ile Ala Asp Pro Leu Gln Asp Ile Arg Leu Glu Val Leu Lys Asn Leu
                    645                     650                     655

Asn Pro Cys Phe Asp Pro Gln Leu Ala Gln Pro Asp Asn Leu Arg Leu
                    660                     665                     670

Leu Phe Thr Ala Leu His Asp Glu Ser Phe Asn Ile Glu Gln Ser Val Ala
                    675                     680                     685

Met Glu Leu Val Gly Arg Leu Ser Ser Val Asn Pro Ala Tyr Val Ile
690                     695                     700

Pro Ser Ile Arg Lys Ile Leu Leu Glu Leu Thr Lys Leu Lys Phe
705                     710                     715                     720

Ser Thr Ser Ser Arg Glu Lys Glu Glu Thr Ala Ser Leu Leu Cys Thr
                    725                     730                     735

Leu Ile Arg Ser Ser Lys Asp Val Ala Lys Pro Tyr Ile Glu Pro Leu
                    740                     745                     750

Leu Asn Val Leu Leu Pro Lys Phe Gln Asp Thr Ser Ser Thr Val Ala
                    755                     760                     765

Ser Thr Ala Leu Arg Thr Ile Gly Glu Leu Ser Val Val Gly Gly Glu
                    770                     775                     780

Asp Met Lys Ile Tyr Leu Lys Asp Leu Phe Pro Leu Ile Ile Lys Thr
785                     790                     795                     800

Phe Gln Asp Gln Ser Asn Ser Phe Lys Arg Glu Ala Ala Leu Lys Ala
                    805                     810                     815

Leu Gly Gln Leu Ala Ala Ser Ser Gly Tyr Val Ile Asp Pro Leu Leu
                    820                     825                     830

Asp Tyr Pro Glu Leu Leu Gly Ile Leu Val Asn Ile Leu Lys Thr Glu
                    835                     840                     845

Asn Ser Gln Asn Ile Arg Arg Gln Thr Val Thr Leu Ile Gly Ile Leu
850                     855                     860

Gly Ala Ile Asp Pro Tyr Arg Gln Lys Glu Arg Glu Val Thr Ser Thr
865                     870                     875                     880

Thr Asp Ile Ser Thr Glu Gln Asn Ala Pro Pro Ile Asp Ile Ala Leu
                    885                     890                     895

Leu Met Gln Gly Met Ser Pro Ser Asn Asp Glu Tyr Tyr Thr Thr Val
                    900                     905                     910

Val Ile His Cys Leu Leu Lys Ile Leu Lys Asp Pro Ser Leu Ser Ser
                    915                     920                     925

Tyr His Thr Ala Val Ile Gln Ala Ile Met His Ile Phe Gln Thr Leu
                    930                     935                     940

Gly Leu Lys Cys Val Ser Phe Leu Asp Gln Ile Ile Pro Thr Ile Leu
945                     950                     955                     960

Asp Val Met Arg Thr Cys Ser Gln Ser Leu Leu Glu Phe Tyr Phe Gln
                    965                     970                     975

Gln Leu Cys Ser Leu Ile Ile Ile Val Arg Gln His Ile Arg Pro His
                    980                     985                     990

Val Asp Ser Ile Phe Gln Ala Ile Lys Asp Phe Ser Ser Val Ala Lys
                    995                     1000                    1005

Leu Gln Ile Thr Leu Val Ser Val Ile Glu Ala Ile Ser Lys Ala Leu
1010                    1015                    1020

Glu Gly Glu Phe Lys Arg Leu Val Pro Leu Thr Leu Thr Leu Phe Leu
1025                    1030                    1035                    1040
```

**A3023**

US 6,492,106 B1

43                                                                                                                44

-continued

```
Val Ile Leu Glu Asn Asp Lys Ser Ser Asp Lys Val Leu Ser Arg Arg
            1045                1050                1055

Val Leu Arg Leu Leu Glu Ser Phe Gly Pro Asn Leu Glu Gly Gly Tyr Ser
            1060                1065                1070

His Leu Ile Thr Pro Lys Ile Val Gln Met Ala Glu Phe Thr Ser Gly
            1075                1080                1085

Asn Leu Gln Arg Ser Ala Ile Ile Thr Ile Gly Lys Leu Ala Lys Asp
     1090                1095                1100

Val Asp Leu Phe Glu Met Ser Ser Arg Ile Val His Ser Leu Leu Arg
1105                1110                1115                1120

Val Leu Ser Ser Thr Thr Ser Asp Glu Leu Ser Lys Val Ile Met Asn
                1125                1130                1135

Thr Leu Ser Leu Leu Leu Ile Gln Met Gly Thr Ser Phe Ala Ile Phe
            1140                1145                1150

Ile Pro Val Ile Asn Glu Val Leu Met Lys His Ile Gln His Thr
            1155                1160                1165

Ile Tyr Asp Asp Leu Thr Asn Arg Ile Leu Asn Asn Asp Val Leu Pro
            1170                1175                1180

Thr Lys Ile Leu Glu Ala Asn Thr Thr Asp Tyr Lys Pro Ala Glu Gln
1185                1190                1195                1200

Met Glu Ala Ala Asp Ala Gly Val Ala Lys Leu Pro Ile Asn Gln Ser
                1205                1210                1215

Val Leu Lys Ser Ala Trp Asn Ser Ser Gln Gln Arg Thr Lys Glu Asp
            1220                1225                1230

Trp Gln Glu Trp Ser Lys Arg Leu Ser Ile Gln Leu Leu Lys Glu Ser
            1235                1240                1245

Pro Ser His Ala Leu Arg Ala Cys Ser Asn Leu Ala Ser Met Tyr Tyr
            1250                1255                1260

Pro Leu Ala Lys Glu Leu Phe Asn Thr Ala Phe Ala Cys Val Trp Thr
1265                1270                1275                1280

Glu Leu Tyr Ser Gln Tyr Gln Glu Asp Leu Ile Gly Ser Leu Cys Ile
                1285                1290                1295

Ala Leu Ser Ser Pro Leu Asn Pro Pro Glu Ile His Gln Thr Leu Leu
            1300                1305                1310

Asn Leu Val Glu Phe Met Glu His Asp Asp Lys Ala Leu Pro Ile Pro
            1315                1320                1325

Thr Gln Ser Leu Gly Glu Tyr Ala Glu Arg Cys His Ala Tyr Ala Lys
     1330                1335                1340

Ala Leu His Tyr Lys Glu Ile Lys Phe Ile Lys Glu Pro Glu Asn Ser
     1345                1350                1355                1360

Thr Ile Glu Ser Leu Ile Ser Ile Asn Asn Gln Leu Asn Gln Thr Asp
            1365                1370                1375

Ala Ala Ile Gly Ile Leu Lys His Ala Gln Gln His His Ser Leu Gln
            1380                1385                1390

Leu Lys Glu Thr Trp Phe Glu Lys Leu Glu Arg Trp Glu Asp Ala Leu
            1395                1400                1405

His Ala Tyr Asn Glu Arg Glu Lys Ala Gly Asp Thr Ser Val Ser Val
     1410                1415                1420

Thr Leu Gly Lys Met Arg Ser Leu His Ala Leu Gly Glu Trp Glu Gln
1425                1430                1435                1440

Leu Ser Gln Leu Ala Ala Arg Lys Trp Lys Val Ser Lys Leu Gln Thr
            1445                1450                1455
```

A3024

US 6,492,106 B1

45

46

-continued

```
Lys Lys Leu Ile Ala Pro Leu Ala Ala Gly Ala Arg Trp Gly Leu Gly
        1460                1465                1470

Glu Trp Asp Met Leu Glu Gln Tyr Ile Ser Val Met Lys Pro Lys Ser
        1475                1480                1485

Pro Asp Lys Glu Phe Phe Asp Ala Ile Leu Tyr Leu His Lys Asn Asp
        1490                1495                1500

Tyr Asp Asn Ala Ser Lys His Ile Leu Asn Ala Arg Asp Leu Leu Val
1505                1510                1515                1520

Thr Glu Ile Ser Ala Leu Ile Asn Glu Ser Tyr Asn Arg Ala Tyr Ser
        1525                1530                1535

Val Ile Val Arg Thr Gln Ile Ile Thr Glu Phe Glu Glu Ile Ile Lys
        1540                1545                1550

Tyr Lys Gln Leu Pro Pro Asn Ser Glu Lys Lys Leu His Tyr Gln Asn
        1555                1560                1565

Leu Trp Thr Lys Arg Leu Leu Gly Cys Gln Lys Val Asp Leu Trp
        1570                1575                1580

Gln Arg Val Leu Arg Val Arg Ser Val Ile Lys Pro Lys Gln Asp
1585                1590                1595                1600

Leu Gln Ile Trp Ile Lys Phe Ala Asn Leu Cys Arg Lys Ser Gly Arg
        1605                1610                1615

Met Arg Leu Ala Asn Lys Ala Leu Asn Met Leu Leu Glu Gly Gly Asn
        1620                1625                1630

Asp Pro Ser Leu Pro Asn Thr Val Lys Ala Pro Pro Val Val Tyr
        1635                1640                1645          ,

Ala Gln Leu Lys Tyr Ile Trp Ala Thr Gly Ala Tyr Lys Glu Ala Leu
        1650                1655                1660

Asn His Leu Ile Gly Phe Thr Ser Arg Leu Ala His Asp Leu Gly Leu
1665                1670                1675                1680

Asp Pro Asn Asn Met Ile Ala Gln Ser Val Lys Leu Ser Ser Ala Ser
        1685                1690                1695

Thr Ala Pro Tyr Val Glu Glu Tyr Thr Lys Leu Leu Ala Arg Cys Phe
        1700                1705                1710

Leu Lys Gln Gly Glu Trp Arg Ile Ala Thr Gln Pro Asn Trp Arg Asn
        1715                1720                1725

Thr Asn Pro Asp Ala Ile Leu Gly Ser Tyr Leu Leu Ala Thr His Phe
        1730                1735                1740

Asp Lys Asn Trp Tyr Lys Ala Trp His Asn Trp Ala Leu Ala Asn Phe
1745                1750                1755                1760

Glu Val Ile Ser Met Val Gln Glu Glu Thr Lys Leu Asn Asp Gly Gly Lys
        1765                1770                1775

Asn Asp Asp Asp Asp Asp Thr Ala Val Asn Asn Asp Asn Val Arg Ile
        1780                1785                1790

Asp Gly Ser Ile Leu Gly Ser Gly Ser Leu Thr Ile Asn Gly Asn Arg
        1795                1800                1805

Tyr Pro Leu Glu Leu Ile Gln Arg His Val Val Pro Ala Ile Lys Gly
        1810                1815                1820

Phe Phe His Ser Ile Ser Leu Leu Glu Thr Ser Cys Leu Gln Asp Thr
1825                1830                1835                1840

Leu Arg Leu Leu Thr Leu Leu Phe Asn Phe Gly Gly Ile Lys Glu Val
        1845                1850                1855

Ser Gln Ala Met Tyr Glu Gly Phe Asn Leu Met Lys Ile Glu Asn Trp
        1860                1865                1870

Leu Glu Val Leu Pro Gln Leu Ile Ser Arg Ile His Gln Pro Asp Pro
```

A3025

US 6,492,106 B1

47

48

-continued

```
              1875              1880              1885
Thr Val Ser Asn Ser Leu Leu Ser Leu Leu Ser Asp Leu Gly Lys Ala
    1890              1895              1900

His Pro Gln Ala Leu Val Tyr Pro Leu Thr Val Ala Ile Lys Ser Glu
1905              1910              1915              1920

Ser Val Ser Arg Gln Lys Ala Ala Leu Ser Ile Ile Glu Glu Lys Ile Arg
              1925              1930              1935

Ile His Ser Pro Val Leu Val Asn Gln Ala Glu Leu Val Ser His Glu
              1940              1945              1950

Leu Ile Arg Val Ala Val Leu Trp His Glu Leu Trp Tyr Glu Gly Leu
         1955              1960              1965

Glu Asp Ala Arg Arg Gln Phe Phe Val Glu His Asn Ile Glu Lys Met
    1970              1975              1980

Phe Ser Thr Leu Glu Pro Leu His Lys His Leu Gly Asn Glu Pro Gln
1985              1990              1995              2000

Thr Leu Ser Glu Val Ser Phe Gln Lys Ser Phe Gly Arg Asp Leu Asn
              2005              2010              2015

Asp Ala Tyr Glu Trp Leu Asn Asn Tyr Lys Lys Ser Lys Asp Ile Asn
         2020              2025              2030

Asn Leu Asn Gln Ala Trp Asp Ile Tyr Tyr Asn Val Phe Arg Lys Ile
         2035              2040              2045

Thr Arg Gln Ile Pro Gln Leu Gln Thr Leu Asp Leu Gln His Val Ser
    2050              2055              2060

Pro Gln Leu Leu Ala Thr His Asp Leu Glu Leu Ala Val Pro Gly Thr
2065              2070              2075              2080

Tyr Phe Pro Gly Lys Pro Thr Ile Arg Ile Ala Lys Phe Glu Pro Leu
              2085              2090              2095

Phe Ser Val Ile Ser Ser Lys Gln Arg Pro Arg Lys Phe Ser Ile Lys
         2100              2105              2110

Gly Ser Asp Gly Lys Asp Tyr Lys Tyr Val Leu Lys Gly His Glu Asp
         2115              2120              2125

Ile Arg Gln Asp Ser Leu Val Met Gln Leu Phe Gly Leu Val Asn Thr
    2130              2135              2140

Leu Leu Lys Asn Asp Ser Glu Cys Phe Lys Arg His Leu Asp Ile Gln
2145              2150              2155              2160

Gln Tyr Pro Ala Ile Pro Leu Ser Pro Lys Ser Gly Leu Leu Gly Trp
              2165              2170              2175

Val Pro Asn Ser Asp Thr Phe His Val Leu Ile Arg Glu His Arg Asp
         2180              2185              2190

Ala Lys Lys Ile Pro Leu Asn Ile Glu Gln Trp Val Met Leu Gln Met
    2195              2200              2205

Ala Pro Asp Tyr Glu Asn Leu Thr Leu Leu Gln Lys Ile Glu Val Phe
2210              2215              2220

Thr Tyr Ala Leu Asp Asn Thr Lys Gly Gln Asp Leu Tyr Lys Ile Leu
2225              2230              2235              2240

Trp Leu Lys Ser Arg Ser Ser Glu Thr Trp Leu Glu Arg Arg Thr Thr
              2245              2250              2255

Tyr Thr Arg Ser Leu Ala Val Met Ser Met Thr Gly Tyr Ile Leu Gly
         2260              2265              2270

Leu Gly Asp Arg His Pro Ser Asn Leu Met Leu Asp Arg Ile Thr Gly
    2275              2280              2285

Lys Val Ile His Ile Asp Phe Gly Asp Cys Phe Glu Ala Ala Ile Leu
    2290              2295              2300
```

A3026

US 6,492,106 B1

49

50

-continued

```
Arg Glu Lys Tyr Pro Glu Lys Val Pro Phe Arg Leu Thr Arg Met Leu
2305             2310             2315             2320

Thr Tyr Ala Met Glu Val Ser Gly Ile Glu Gly Ser Phe Arg Ile Thr
             2325             2330             2335

Cys Glu Asn Val Met Arg Val Leu Arg Asp Asn Lys Glu Ser Leu Met
        2340             2345             2350

Ala Ile Leu Glu Ala Phe Ala Leu Asp Pro Leu Ile His Trp Gly Phe
   2355             2360             2365

Asp Leu Pro Pro Gln Lys Leu Thr Glu Gln Thr Gly Ile Pro Leu Pro
   2370             2375             2380

Leu Ile Asn Pro Ser Glu Leu Arg Lys Gly Ala Ile Thr Val Glu
2385             2390             2395             2400

Glu Ala Ala Asn Met Glu Ala Glu Gln Gln Asn Glu Thr Arg Asn Ala
             2405             2410             2415

Arg Ala Met Leu Val Leu Arg Arg Ile Thr Asp Lys Leu Thr Gly Asn
   2420             2425             2430

Asp Ile Lys Arg Phe Asn Glu Leu Asp Val Pro Glu Gln Val Asp Lys
   2435             2440             2445

Leu Ile Gln Gln Ala Thr Ser Ile Glu Arg Leu Cys Gln His Tyr Ile
   2450             2455             2460

Gly Trp Cys Pro Phe Trp
2465             2470


   (2) INFORMATION FOR SEQ ID NO:4:

      (i) SEQUENCE CHARACTERISTICS:
         (A) LENGTH: 2474 amino acids
         (B) TYPE: amino acid
         (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: protein

     (vi) ORIGINAL SOURCE:
         (A) ORGANISM: Saccharomyces cerevisiae

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:4:

Met Asn Lys Tyr Ile Asn Lys Tyr Thr Thr Pro Pro Asn Leu Leu Ser
1                5                10             15

Leu Arg Gln Arg Ala Glu Gly Lys His Arg Thr Arg Lys Lys Leu Thr
             20             25             30

His Lys Ser His Ser His Asp Asp Glu Met Ser Thr Thr Ser Asn Thr
        35             40             45

Asp Ser Asn His Asn Gly Pro Asn Asp Ser Gly Arg Val Ile Thr Gly
   50             55             60

Ser Ala Gly His Ile Gly Lys Ile Ser Phe Val Asp Ser Glu Leu Asp
65             70             75             80

Thr Thr Phe Ser Thr Leu Asn Leu Ile Phe Asp Lys Leu Lys Ser Asp
             85             90             95

Val Pro Gln Glu Arg Ala Ser Gly Ala Asn Glu Leu Ser Thr Thr Leu
        100             105             110

Thr Ser Leu Ala Arg Glu Val Ser Ala Glu Gln Phe Gln Arg Phe Ser
   115             120             125

Asn Ser Leu Asn Asn Lys Ile Phe Glu Leu Ile His Gly Phe Thr Ser
   130             135             140

Ser Glu Lys Ile Gly Gly Ile Leu Ala Val Asp Thr Leu Ile Ser Phe
145             150             155             160
```

A3027

US 6,492,106 B1

51 52

-continued

```
Tyr Leu Ser Thr Glu Glu Leu Pro Asn Gln Thr Ser Arg Leu Ala Asn
                165                 170                 175

Tyr Leu Arg Val Leu Ile Pro Ser Ser Asp Ile Glu Val Met Arg Leu
            180                 185                 190

Ala Ala Asn Thr Leu Gly Arg Leu Thr Val Pro Gly Gly Thr Leu Thr
        195                 200                 205

Ser Asp Phe Val Glu Phe Glu Val Arg Thr Cys Ile Asp Trp Leu Thr
    210                 215                 220

Leu Thr Ala Asp Asn Asn Ser Ser Ser Lys Leu Glu Tyr Arg Arg
225                 230                 235             240

His Ala Ala Leu Leu Ile Ile Lys Ala Leu Asp Asn Ser Pro Tyr
                245                 250                 255

Leu Leu Tyr Pro Tyr Val Asn Ser Ile Leu Asp Asn Ile Trp Val Pro
            260                 265                 270

Leu Arg Asp Ala Lys Leu Ile Ile Arg Leu Asp Ala Ala Val Ala Leu
        275                 280                 285

Gly Lys Cys Leu Thr Ile Ile Gln Asp Arg Pro Ala Leu Gly Lys
    290                 295                 300

Gln Trp Phe Gln Arg Leu Phe Gln Gly Cys Thr His Gly Leu Ser Leu
305                 310                 315             320

Asn Thr Asn Asp Ser Val His Ala Thr Leu Leu Val Phe Arg Glu Leu
                325                 330                 335

Leu Ser Leu Leu Lys Ala Pro Tyr Leu Arg Asp Lys Tyr Asp Asp Ile Tyr
            340                 345                 350

Lys Ser Thr Met Lys Tyr Lys Glu Tyr Lys Phe Asp Val Ile Arg Arg
        355                 360                 365

Glu Val Tyr Ala Ile Leu Pro Leu Leu Ala Ala Phe Asp Pro Ala Ile
    370                 375                 380

Phe Thr Lys Lys Tyr Leu Asp Arg Ile Met Val His Tyr Leu Arg Tyr
385                 390                 395             400

Leu Lys Asn Ile Asp Met Asn Ala Ala Asn Ser Asp Lys Pro Phe
                405                 410                 415

Ile Leu Val Ser Ile Gly Asp Ile Ala Phe Glu Val Gly Ser Ser Ile
            420                 425                 430

Ser Pro Tyr Met Thr Leu Ile Leu Asp Asn Ile Arg Glu Gly Leu Arg
        435                 440                 445

Thr Lys Phe Lys Val Arg Lys Gln Phe Glu Lys Asp Leu Phe Tyr Cys
    450                 455                 460

Ile Gly Lys Leu Ala Cys Ala Leu Gly Pro Ala Phe Ala Lys His Leu
465                 470                 475             480

Asn Lys Asp Leu Leu Asn Leu Met Asn Asn Cys Pro Met Ser Asp His
                485                 490                 495

Met Gln Glu Thr Leu Met Ile Leu Asn Glu Lys Ile Pro Ser Leu Glu
            500                 505                 510

Ser Thr Val Asn Ser Arg Ile Leu Asn Leu Leu Ser Ile Ser Leu Ser
        515                 520                 525

Gly Glu Lys Phe Ile Gln Ser Asn Gln Tyr Asp Phe Asn Asn Gln Phe
    530                 535                 540

Ser Ile Glu Lys Ala Arg Lys Ser Arg Asn Gln Ser Phe Met Lys Lys
545                 550                 555             560

Thr Gly Glu Ser Asn Asp Asp Ile Thr Asp Ala Gln Ile Leu Ile Gln
                565                 570                 575

Cys Phe Lys Met Leu Gln Leu Ile His His Gln Tyr Ser Leu Thr Glu
```

A3028

US 6,492,106 B1

53

54

-continued

```
                580              585              590
Phe Val Arg Leu Ile Thr Ile Ser Tyr Ile Glu His Glu Asp Ser Ser
            595              600              605
Val Arg Lys Leu Ala Ala Leu Thr Ser Cys Asp Leu Phe Ile Lys Asp
610              615              620
Asp Ile Cys Lys Gln Thr Ser Val His Ala Leu His Ser Val Ser Glu
625              630              635              640
Val Leu Ser Lys Leu Leu Met Ile Ala Ile Thr Asp Pro Val Ala Glu
                645              650              655
Ile Arg Leu Glu Ile Leu Gln His Leu Gly Ser Asn Phe Asp Pro Gln
            660              665              670
Leu Ala Gln Pro Asp Asn Leu Arg Leu Leu Phe Met Ala Leu Asn Asp
        675              680              685
Glu Ile Phe Gly Ile Gln Leu Glu Ala Ile Lys Ile Ile Gly Arg Leu
    690              695              700
Ser Ser Val Asn Pro Ala Tyr Val Val Pro Ser Leu Arg Lys Thr Leu
705              710              715              720
Leu Glu Leu Leu Thr Gln Leu Lys Phe Ser Asn Met Pro Lys Lys Lys
                725              730              735
Glu Glu Ser Ala Thr Leu Leu Cys Thr Ile Ile Asn Ser Ser Asp Glu
            740              745              750
Val Ala Lys Pro Tyr Ile Asp Pro Ile Leu Asp Val Ile Leu Pro Lys
        755              760              765
Cys Gln Asp Ala Ser Ser Ala Val Ala Ser Thr Ala Leu Lys Val Leu
    770              775              780
Gly Glu Leu Ser Val Val Gly Gly Lys Glu Met Thr Arg Tyr Leu Lys
785              790              795              800
Glu Leu Met Pro Leu Ile Ile Asn Thr Phe Gln Asp Gln Ser Asn Ser
                805              810              815
Phe Lys Arg Asp Ala Ala Leu Thr Thr Leu Gly Gln Leu Ala Ala Ser
            820              825              830
Ser Gly Tyr Val Val Gly Pro Leu Leu Asp Tyr Pro Glu Leu Leu Gly
        835              840              845
Ile Leu Ile Asn Ile Leu Lys Thr Glu Asn Asn Pro His Ile Arg Arg
    850              855              860
Gly Thr Val Arg Leu Ile Gly Ile Leu Gly Ala Leu Asp Pro Tyr Lys
865              870              875              880
His Arg Glu Ile Glu Val Thr Ser Asn Ser Lys Ser Ser Val Glu Gln
                885              890              895
Asn Ala Pro Ser Ile Asp Ile Ala Leu Leu Met Gln Gly Val Ser Pro
            900              905              910
Ser Asn Asp Glu Tyr Tyr Pro Thr Val Val Ile His Asn Leu Met Lys
        915              920              925
Ile Leu Asn Asp Pro Ser Leu Ser Ile His His Thr Ala Ala Ile Gln
    930              935              940
Ala Ile Met His Ile Phe Gln Asn Leu Gly Leu Arg Cys Val Ser Phe
945              950              955              960
Leu Asp Gln Ile Ile Pro Gly Ile Ile Leu Val Met Arg Ser Cys Pro
            965              970              975
Pro Ser Gln Leu Asp Phe Tyr Phe Gln Gln Leu Gly Ser Leu Ile Ser
        980              985              990
Ile Val Lys Gln His Ile Arg Pro His Val Glu Lys Ile Tyr Gly Val
    995              1000              1005
```

US 6,492,106 B1

55

56

---

-continued

```
Ile Arg Glu Phe Phe Pro Ile Ile Lys Leu Gln Ile Thr Ile Ser
    1010                1015                1020

Val Ile Glu Ser Ile Ser Lys Ala Leu Gly Glu Phe Lys Arg Phe
    1025                1030                1035                1040

Val Pro Glu Thr Leu Thr Phe Phe Leu Asp Ile Leu Glu Asn Asp Gln
                1045                1050                1055

Ser Asn Lys Arg Ile Val Pro Ile Arg Ile Leu Lys Ser Leu Val Thr
                1060                1065                1070

Phe Gly Pro Asn Leu Glu Asp Tyr Ser His Leu Ile Met Pro Ile Val
        1075                1080                1085

Val Arg Met Thr Glu Tyr Ser Ala Gly Ser Leu Lys Lys Ile Ser Ile
        1090                1095                1100

Ile Thr Leu Gly Arg Leu Ala Lys Asn Ile Asn Leu Ser Glu Met Ser
1105                1110                1115                1120

Ser Arg Ile Val Gln Ala Leu Val Arg Ile Leu Asn Asn Gly Asp Arg
                1125                1130                1135

Glu Leu Thr Lys Ala Thr Met Asn Thr Leu Ser Leu Leu Leu Leu Gln
                1140                1145                1150

Leu Gly Thr Asp Phe Val Val Phe Val Pro Val Ile Asn Lys Ala Leu
        1155                1160                1165

Leu Arg Asn Arg Ile Gln His Ser Val Tyr Asp Gln Leu Val Asn Lys
        1170                1175                1180

Leu Leu Asn Asn Glu Cys Leu Pro Thr Asn Ile Ile Phe Asp Lys Glu
1185                1190                1195                1200

Asn Glu Val Pro Glu Arg Lys Asn Tyr Glu Asp Glu Met Gln Val Thr
                1205                1210                1215

Lys Leu Pro Val Asn Gln Asn Ile Leu Lys Asn Ala Trp Tyr Cys Ser
                1220                1225                1230

Gln Gln Lys Thr Lys Glu Asp Trp Gln Glu Trp Ile Arg Arg Leu Ser
        1235                1240                1245

Ile Gln Leu Leu Lys Glu Ser Pro Ser Ala Cys Leu Arg Ser Cys Ser
1250                1255                1260

Ser Leu Val Ser Val Tyr Tyr Pro Leu Ala Arg Glu Leu Phe Asn Ala
1265                1270                1275                1280

Ser Phe Ser Ser Cys Trp Val Glu Leu Gln Thr Ser Tyr Gln Glu Asp
                1285                1290                1295

Leu Ile Gln Ala Leu Cys Lys Ala Leu Ser Ser Ser Glu Asn Pro Pro
        1300                1305                1310

Glu Ile Tyr Gln Met Leu Leu Asn Leu Val Glu Phe Met Glu His Asp
        1315                1320                1325

Asp Lys Pro Leu Pro Ile Pro Ile His Thr Leu Gly Lys Tyr Ala Gln
        1330                1335                1340

Lys Cys His Ala Phe Ala Lys Ala Leu His Tyr Lys Glu Val Glu Phe
1345                1350                1355                1360

Leu Glu Glu Pro Lys Asn Ser Thr Ile Glu Ala Leu Ile Ser Ile Asn
                1365                1370                1375

Asn Gln Leu His Gln Thr Asp Ser Ala Ile Gly Ile Leu Lys His Ala
                1380                1385                1390

Gln Gln His Asn Glu Leu Gln Leu Lys Gln Thr Trp Tyr Glu Lys Leu
        1395                1400                1405

Gln Arg Trp Glu Asp Ala Leu Ala Ala Tyr Asn Glu Lys Glu Ala Ala
        1410                1415                1420
```

A3030

US 6,492,106 B1

57 58

-continued

```
Gly Glu Asp Ser Val Glu Val Met Met Gly Lys Leu Arg Ser Leu Tyr
1425               1430               1435               1440

Ala Leu Gly Glu Trp Glu Glu Leu Ser Lys Leu Ala Ser Glu Lys Trp
          1445               1450               1455

Gly Thr Ala Lys Pro Glu Val Lys Lys Ala Met Ala Pro Leu Ala Ala
          1460               1465               1470

Gly Ala Ala Trp Gly Leu Glu Gln Trp Asp Glu Ile Ala Gln Tyr Thr
          1475               1480               1485

Ser Val Met Lys Ser Gln Ser Pro Asp Lys Glu Phe Tyr Asp Ala Ile
1490               1495               1500

Leu Cys Leu His Arg Asn Asn Phe Lys Lys Ala Glu Val His Ile Phe
1505               1510               1515               1520

Asn Ala Arg Asp Leu Leu Val Thr Glu Leu Ser Ala Leu Val Asn Glu
          1525               1530               1535

Ser Tyr Asn Arg Ala Tyr Asn Val Val Arg Ala Gln Ile Ile Ala
1540               1545               1550

Glu Leu Glu Glu Ile Ile Lys Tyr Lys Leu Pro Gln Asn Ser Asp
1555               1560               1565

Lys Arg Leu Thr Met Arg Glu Thr Trp Asn Thr Arg Leu Leu Gly Cys
1570               1575               1580

Gln Lys Asn Ile Asp Val Trp Gln Arg Ile Leu Arg Val Arg Ser Leu
1585               1590               1595               1600

Val Ile Lys Pro Lys Glu Asp Ala Gln Val Arg Ile Lys Phe Ala Asn
          1605               1610               1615

Leu Cys Arg Lys Ser Gly Arg Met Ala Leu Ala Lys Lys Val Leu Asn
          1620               1625               1630

Thr Leu Leu Glu Glu Thr Asp Asp Pro Asp His Pro Asn Thr Ala Lys
          1635               1640               1645

Ala Ser Pro Pro Val Val Tyr Ala Gln Leu Lys Tyr Leu Trp Ala Thr
1650               1655               1660

Gly Leu Gln Asp Glu Ala Leu Lys Gln Leu Ile Asn Phe Thr Ser Arg
1665               1670               1675               1680

Met Ala His Asp Leu Gly Leu Asp Pro Asn Asn Met Ile Ala Gln Ser
          1685               1690               1695

Val Pro Gln Gln Ser Lys Arg Val Pro Arg His Val Glu Asp Tyr Thr
          1700               1705               1710

Lys Leu Leu Ala Arg Cys Phe Leu Lys Gln Gly Glu Trp Arg Val Cys
          1715               1720               1725

Leu Gln Pro Lys Trp Arg Leu Ser Asn Pro Asp Ser Ile Leu Gly Ser
1730               1735               1740

Tyr Leu Leu Ala Thr His Phe Asp Asn Thr Trp Tyr Lys Ala Trp His
1745               1750               1755               1760

Asn Trp Ala Leu Ala Asn Phe Glu Val Ile Ser Met Leu Thr Ser Val
          1765               1770               1775

Ser Lys Lys Lys Gln Glu Gly Ser Asp Ala Ser Ser Val Thr Asp Ile
          1780               1785               1790

Asn Glu Phe Asp Asn Gly Met Ile Gly Val Asn Thr Phe Asp Ala Lys
          1795               1800               1805

Glu Val His Tyr Ser Ser Asn Leu Ile His Arg His Val Ile Pro Ala
1810               1815               1820

Ile Lys Gly Phe Phe His Ser Ile Ser Leu Ser Glu Ser Ser Ser Leu
1825               1830               1835               1840

Gln Asp Ala Leu Arg Leu Leu Thr Leu Trp Phe Thr Phe Gly Gly Ile
```

A3031

US 6,492,106 B1

59

60

-continued

```
            1845          1850          1855
Pro Glu Ala Thr Gln Ala Met His Glu Gly Phe Asn Leu Ile Gln Ile
        1860          1865          1870
Gly Thr Trp Leu Glu Val Leu Pro Gln Leu Ile Ser Arg Ile His Gln
        1875          1880          1885
Pro Asn Gln Ile Val Ser Arg Ser Leu Leu Ser Leu Leu Ser Asp Leu
        1890          1895          1900
Gly Lys Ala His Pro Gln Ala Leu Val Tyr Pro Leu Met Val Ala Ile
    1905          1910          1915          1920
Lys Ser Glu Ser Leu Ser Arg Gln Lys Ala Ala Leu Ser Ile Ile Glu
            1925          1930          1935
Lys Met Arg Ile His Ser Pro Val Leu Val Asp Gln Ala Glu Leu Val
        1940          1945          1950
Ser His Glu Leu Ile Arg Met Ala Val Leu Trp His Glu Gln Trp Tyr
        1955          1960          1965
Glu Gly Leu Asp Asp Ala Ser Arg Gln Phe Phe Gly Glu His Asn Thr
    1970          1975          1980
Glu Lys Met Phe Ala Ala Leu Glu Pro Leu Tyr Glu Met Leu Lys Arg
1985          1990          1995          2000
Gly Pro Glu Thr Leu Arg Glu Ile Ser Phe Gln Asn Ser Phe Gly Arg
        2005          2010          2015
Asp Leu Asn Asp Ala Tyr Glu Trp Leu Met Asn Tyr Lys Lys Ser Lys
        2020          2025          2030
Asp Val Ser Asn Leu Asn Gln Ala Trp Asp Ile Tyr Tyr Asn Val Phe
    2035          2040          2045
Arg Lys Ile Gly Lys Gln Leu Pro Gln Leu Gln Thr Leu Glu Leu Gln
    2050          2055          2060
His Val Ser Pro Lys Leu Leu Ser Ala His Asp Leu Glu Leu Ala Val
2065          2070          2075          2080
Pro Gly Thr Arg Ala Ser Gly Gly Lys Pro Ile Val Lys Ile Ser Lys
        2085          2090          2095
Phe Glu Pro Val Phe Ser Val Ile Ser Ser Lys Gln Arg Pro Arg Lys
    2100          2105          2110
Phe Cys Ile Lys Gly Ser Asp Gly Lys Asp Tyr Lys Tyr Val Leu Lys
    2115          2120          2125
Gly His Glu Asp Ile Arg Gln Asp Ser Leu Val Met Gln Leu Phe Gly
    2130          2135          2140
Leu Val Asn Thr Leu Leu Gln Asn Asp Ala Glu Cys Phe Arg Arg His
2145          2150          2155          2160
Leu Asp Ile Gln Gln Tyr Pro Ala Ile Pro Leu Ser Pro Lys Ser Gly
        2165          2170          2175
Leu Leu Gly Trp Val Pro Asn Ser Asp Thr Phe His Val Leu Ile Arg
        2180          2185          2190
Glu His Arg Glu Ala Lys Lys Ile Pro Leu Asn Ile Glu His Trp Val
        2195          2200          2205
Met Leu Gln Met Ala Pro Asp Tyr Asp Asn Leu Thr Leu Leu Gln Lys
    2210          2215          2220
Val Glu Val Phe Thr Tyr Ala Leu Asn Asn Thr Glu Gly Gln Asp Leu
2225          2230          2235          2240
Tyr Lys Val Leu Trp Leu Lys Ser Arg Ser Ser Glu Thr Trp Leu Glu
        2245          2250          2255
Arg Arg Thr Thr Tyr Thr Arg Ser Leu Ala Val Met Ser Met Thr Gly
        2260          2265          2270
```

A3032

61                                                                      62

-continued

```
Tyr Ile Leu Gly Leu Gly Asp Arg His Pro Ser Asn Leu Met Leu Asp
    2275                2280                2285

Arg Ile Thr Gly Lys Val Ile His Ile Asp Phe Gly Asp Cys Phe Glu
    2290                2295                2300

Ala Ala Ile Leu Arg Glu Lys Phe Pro Glu Lys Val Pro Phe Arg Leu
2305                2310                2315                2320

Thr Arg Met Leu Thr Tyr Ala Met Glu Val Ser Gly Ile Glu Gly Ser
                2325                2330                2335

Phe Arg Ile Thr Cys Glu Asn Val Met Lys Val Leu Arg Asp Asn Lys
            2340                2345                2350

Gly Ser Leu Met Ala Ile Leu Glu Ala Phe Ala Phe Asp Pro Leu Ile
        2355                2360                2365

Asn Trp Gly Phe Asp Leu Pro Thr Lys Lys Ile Glu Glu Glu Thr Gly
        2370                2375                2380

Ile Gln Leu Pro Val Met Asn Ala Asn Glu Leu Leu Ser Asn Gly Ala
2385                2390                2395                2400

Ile Thr Glu Glu Glu Val Arg Val Glu Asn Glu His Lys Lys Asn Ala
                2405                2410                2415

Ile Arg Asn Ala Arg Ala Met Leu Val Leu Lys Arg Ile Thr Asp Lys
            2420                2425                2430

Leu Thr Gly Asn Asp Ile Arg Arg Phe Asn Asp Leu Asp Val Pro Glu
        2435                2440                2445

Gln Val Asp Lys Leu Ile Gln Gln Ala Thr Ser Val Glu Asn Leu Cys
    2450                2455                2460

Gln His Tyr Ile Gly Trp Cys Pro Phe Trp
2465                2470
```

(2) INFORMATION FOR SEQ ID NO:5:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 64 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:5:

CCGGATCCCG TCGAGCTTCA GTTGAACTAC GGCGTGCTTC TGTAGCCATG GGAGTGCAGG        60

TGGA                                                                     64

(2) INFORMATION FOR SEQ ID NO:6:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 28 base pairs
            (B) TYPE: nucleic acid
            (C) STRANDEDNESS: single
            (D) TOPOLOGY: linear

    (ii) MOLECULE TYPE: cDNA

    (xi) SEQUENCE DESCRIPTION: SEQ ID NO:6:

GGCCGGAATT CTCATTCCAG TTTTAGAA                                           28

(2) INFORMATION FOR SEQ ID NO:7:

        (i) SEQUENCE CHARACTERISTICS:
            (A) LENGTH: 7 amino acids
            (B) TYPE: amino acid
            (D) TOPOLOGY: linear

A3033

US 6,492,106 B1

63                                                              64

---

-continued

```
        (ii) MOLECULE TYPE: DNA (genomic)

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:7:

Thr Tyr Asp Pro Asn Gln Pro
1               5


(2) INFORMATION FOR SEQ ID NO:8:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 6 amino acids
             (B) TYPE: amino acid
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:8:

His Ile Asp Phe Gly Asp
1               5


(2) INFORMATION FOR SEQ ID NO:9:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 6 amino acids
             (B) TYPE: amino acid
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: peptide

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:9:

Asn Asp Gln Val Phe Glu
1               5


(2) INFORMATION FOR SEQ ID NO:10:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 18 base pairs
             (B) TYPE: nucleic acid
             (C) STRANDEDNESS: single
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: cDNA

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:10:

GAGCCACCAC GATTTGCT                                             18


(2) INFORMATION FOR SEQ ID NO:11:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 64 base pairs
             (B) TYPE: nucleic acid
             (C) STRANDEDNESS: single
             (D) TOPOLOGY: linear

        (ii) MOLECULE TYPE: cDNA

        (xi) SEQUENCE DESCRIPTION: SEQ ID NO:11:

CCGGATCCCG TCGAGCTTCA GTTGAACTAC GGCGTGCTTC TGTAGCCATG GCGGCGGCCG    60

TTCC                                                           64


(2) INFORMATION FOR SEQ ID NO:12:

        (i) SEQUENCE CHARACTERISTICS:
             (A) LENGTH: 28 base pairs
             (B) TYPE: nucleic acid
             (C) STRANDEDNESS: single
             (D) TOPOLOGY: linear
```

A3034

US 6,492,106 B1

65                                                                      66

-continued

```
     (ii) MOLECULE TYPE: cDNA

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:12:

GGCCGGAATT CTCAATCAAT ATCCACTA                              28


(2) INFORMATION FOR SEQ ID NO:13:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 28 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: cDNA

     (iii) HYPOTHETICAL: NO

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:13:

GGGGGATCCA CNTAYGAYCC NAAYCARC                              28


(2) INFORMATION FOR SEQ ID NO:14:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 27 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: cDNA

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:14:

GCGGAATTCR TCNCCRAART CDATRTG                               27


(2) INFORMATION FOR SEQ ID NO:15:

     (i) SEQUENCE CHARACTERISTICS:
          (A) LENGTH: 26 base pairs
          (B) TYPE: nucleic acid
          (C) STRANDEDNESS: single
          (D) TOPOLOGY: linear

     (ii) MOLECULE TYPE: cDNA

     (xi) SEQUENCE DESCRIPTION: SEQ ID NO:15:

GGGGGATCCA AYGAYCARGT NTTYGA                                26
```

What is claimed is:

1. An isolated, purified cDNA molecule which encodes RAFT1, a protein having the amino acid sequence as shown in SEQ ID NO:2 wherein the acronym RAFT connotes a rapamycin and FKBP12 target.

2. The isolated, purified cDNA molecule of claim 1 which comprises the nucleotide sequence as shown in SEQ ID NO:1, nucleotides 64–7710.

3. An isolated, purified intron-free DNA molecule consisting of at least 20 contiguous nucleotides encoding all or a portion of the amino acid sequence as shown in SEQ ID NO: 2.

4. An isolated, purified intron-free DNA molecule consisting of at least 20 contiguous nucleotides of the sequence as shown in SEQ ID NO: 1.

5. An isolated DNA molecule encoding a rat RAFT protein obtained by a method comprising the steps of:

(a) probing a library of rat cDNA sequences with a probe which comprises at least 15 contiguous nucleotides selected from the sequence shown in SEQ ID NO: 1; and

(b) isolating a rat cDNA molecule which (i) hybridizes to the probe, (ii) contains a complete open reading frame encoding a polypeptide of about 2550 amino acids, and (iii) encodes a rat RAFT protein,

wherein said rat RAFT protein binds to FKBP12 in the presence of 1 to 10 nM rapamycin but not in the absence of 1 to 10 nM rapamycin.

6. An isolated DNA molecule encoding a rat RAFT protein obtained by a method comprising the steps of:

(a) amplifying a DNA sequence using (i) at least one primer which comprises at least 10 contiguous nucleotides selected from the sequence shown in SEQ ID NO: 1 and (ii) a template which comprises rat cDNA or mRNA; and

(b) isolating an amplified DNA sequence which contains a complete open reading frame encoding a polypeptide of about 2550 amino acids encoding a rat RAFT protein,

wherein said rat RAFT protein binds to FKBP12 in the presence of 1 to 10 nM rapamycin but not in the absence of 1 to 10 nM rapamycin.

**A3035**

US 6,492,106 B1

67

68

7. An isolated DNA molecule encoding a rat RAFT protein identified by a process comprising the steps of:

(a) annealing a set of mixed oligonucleotides to a rat cDNA library, each member of said set of mixed oligonucleotides encoding a sequence of at least six contiguous amino acids of the amino acid sequence shown in SEQ ID NO:2; and

(b) isolating a rat cDNA molecule which (i) anneals to at least one member of the set of mixed oligonucleotides, (ii) contains a complete open reading frame encoding a polypeptide of about 2550 amino acids, and (iii) encodes a rat RAFT protein,

wherein said RAFT protein binds to FKBP12 in the presence of 1 to 10 nM rapamycin but not in the absence of 1 to 10 nM rapamycin.

8. An isolated DNA molecule encoding a rat RAFT protein according to claim 7, wherein two sets of mixed oligonucleotides are annealed.

9. An isolated DNA molecule having a nucleotide sequence, or a degenerate sequence thereof, obtained by a method comprising the steps of:

(a) probing a library of rat cDNA molecules with a probe which comprises at least 15 contiguous nucleotides selected from the sequence shown in SEQ ID NO: 1; and

(b) isolating a rat cDNA molecule which (i) hybridizes to the probe, (ii) contains a complete open reading frame

encoding a polypeptide of about 2550 amino acids, and (iii) encodes a rat RAFT protein,

wherein said RAFT protein binds to FKBP12 in the presence of 1 to 10 nM rapamycin but not in the absence of 1 to 10 nM rapamycin.

10. A method of isolating a DNA molecule encoding a mammalian RAFT protein comprising the steps of:

(a) probing a library of rat cDNA sequences with a probe which comprises at least 15 contiguous nucleotides selected from the sequence shown in SEQ ID NO: 1; and

(b) isolating a rat cDNA molecule which (i) hybridizes to the probe, (ii) contains a complete open reading frame encoding a polypeptide of about 2550 amino acids, and (iii) encodes a rat RAFT protein,

wherein said rat RAFT protein binds to FKBP12 in the presence of 1 to 10 nM rapamycin but not in the absence of 1 to 10 nM rapamycin.

11. The method of claim 10 wherein the probe comprises at least 20 contiguous nucleotides encoding all or a portion of the amino acid sequence as shown in SEQ ID NO:2.

12. The method of claim 10 wherein the probe comprises at least 20 contiguous nucleotides as shown in SEQ ID NO:1.

*   *   *   *   *

**A3036**

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.     : 6,492,106 B1                      Page 1 of 1
APPLICATION NO. : 08/305790
DATED          : December 10, 2002
INVENTOR(S)   : David M. Sabatini et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page, should read, under (73) Assignee:

--Sloan-Kettering Institute for Cancer Research, New York, NY (US)-- has been inserted.

Signed and Sealed this

Seventeenth Day of October, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

**A3037**