# INTERNATIONAL SEARCH REPORT

Internat onal Application No

PCT/ EP 93/02604

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC 5   C07D498/18   C07F7/18   A61K31/435   //C07D498/18,311:00,
273:00,221:00

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC 5   C07D   C07F   A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US,A,5 151 413 (C. E. CAUFIELD ET AL) 29 September 1992 see claims 1,13 | 1,7 |
| X | US,A,5 120 842 (A. A. FAILLI ET AL) 9 June 1992 see claim 1 | 1 |

[ ] Further documents are listed in the continuation of box C.     [X] Patent family members are listed in annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 14 December 1993 | 2 8. 12. 93 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2 NL - 2280 HV Rijswijk Tel. (+31-70) 340-2040, Tx. 31 651 epo nl, Fax: (+31-70) 340-3016 | Voyiazoglou, D |

Form PCT/ISA/210 (second sheet) (July 1992)

1

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/EP 93/02604

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| US-A-5151413 | 29-09-92 | NONE | | |
| US-A-5120842 | 09-06-92 | AU-A- | 1389392 | 08-10-92 |
| | | EP-A- | 0507556 | 07-10-92 |
| | | JP-A- | 5078377 | 30-03-93 |

Form PCT/ISA/210 (patent family annex) (July 1992)

A1507

*Annu. Rev. Immunol. 1996. 14:483–510*

Copyright © 1996 by Annual Reviews Inc. All rights reserved

# IMMUNOPHARMACOLOGY OF RAPAMYCIN[1]

*Robert T. Abraham* * and *Gregory J. Wiederrecht* +

*Department of Immunology, Mayo Clinic/Foundation, Room 342B, Guggenheim Building, Rochester, Minnesota 55905 and +Department of Immunology Research, PO Box 2000, Mail Code R80W-107, Merck Research Laboratories, Rahway, New Jersey, 07065

KEY WORDS:   immunosuppression, cell cycle, protein synthesis inhibitor, lymphocyte activation, growth control

---

## ABSTRACT

The potent immunosuppressive drugs FK506 and rapamycin interfere with signal transduction pathways required for T cell activation and growth. The distinct inhibitory effects of these drugs on the T cell activation program are mediated through the formation of pharmacologically active complexes with members of a family of intracellular receptors termed the FK506 binding proteins (FKBPs). The FKBP12 · FK506 complex specifically binds to and inhibits calcineurin, a signaling protein required for transcriptional activation of the interleukin (IL)-2 gene in response to T cell antigen receptor engagement. The FKBP12 · rapamycin complex interacts with a recently defined target protein termed the mammalian target of rapamycin (mTOR). Accumulating data suggest that mTOR functions in a previously unrecognized signal transduction pathway required for the progression of IL-2-stimulated T cells from $G_1$ into the S phase of the cell cycle. Here

---

[1] Abbreviations: AT, ataxia telangiectasia; CaN, calcineurin; cdk, cyclin dependent kinase; CLN, cyclin; CRC, calcium release channel; CsA, cyclosporin A; eIF, eukaryotic initiation factor; FKBP, FK506 binding protein; IFN, interferon; IL, interleukin; IP3R, inositol trisphosphate receptor; Kip, cyclin-dependent kinase inhibitor protein; MAPK, mitogen-activated protein kinase; mTOR, mammalian target of rapamycin; NFAT, nuclear factor of activated T cells; ORF, open reading frame; PHAS, phosphorylated heat-and-acid stable; PI 3-kinase, phosphatidylinositol 3-kinase; PI 4-kinase, phosphatidylinositol 4-kinase; PPIase, peptidyl-prolyl isomerase; RAP, rapamycin; RyR, ryanodine receptor; TcR, T cell receptor; TOR, target of rapamycin

0732-0582/96/0410-0483/$08.00

WYTM007637
HIGHLY CONFIDENTIAL

A1508

we review the immunopharmacology of rapamycin, with particular emphasis on
the characterization of mTOR.

## INTRODUCTION

The generation of immune responses to most antigenic stimuli is crucially
dependent on an initial phase of T cell activation and proliferation. Activation of
T cells is conventionally divided into two sequential stages. Prior to recognition
of its cognate antigen, the mature T cell resides in the $G_0$ phase of the cell
cycle. During the first stage of activation, contact with an antigen-presenting
cell delivers the signals required for cell-cycle entry ($G_0$- to $G_1$-phase transition)
and the expression of high-affinity receptors for T cell growth factors, including
interleukin (IL)-2 and IL-4. The initial activation step also elicits the production
of IL-2 and other growth-promoting cytokines by a subset of T cells within the
activated population. The subsequent binding of T cell growth factors to their
high-affinity receptors initiates the signaling events required for the progression
of the $G_1$-phase T cell into S phase and, ultimately, into mitosis.

The bacterially derived immunosuppressants FK506 (tacrolimus, Prograf)
and rapamycin (sirolimus, Rapamune) have proven to be powerful pharmaco-
logic probes for the dissection of signal transduction events related to T cell
activation and growth. Although both drugs bind to the same immunophilin
receptor, the resulting immunophilin · drug complexes interfere with distinct
intracellular signaling pathways in T and other types of cells. Treatment of T
cells with FK506 specifically inhibits the activity of the $Ca^{2+}$-regulated serine-
threonine phosphatase, calcineurin, an enzyme required for the transmission
of T cell activating signals from the T cell antigen receptor (TcR). In contrast,
the formation of immunophilin · RAP complexes in T cells interferes with the
abilities of T cell growth factors to drive the progression of these cells from $G_1$
to S phase of the cell cycle. Recent studies have identified homologous target
proteins for the immunophilin · RAP complex in yeast and mammalian cells.
Ongoing studies with RAP as a probe are beginning to uncover a novel signal
transduction cascade that may play a general role in the regulation of cell cycle
progression in lymphoid and other eukaryotic cells.

## DISCOVERY AND IN VIVO IMMUNOSUPPRESSION

Rapamycin (RAP), a lipophilic macrolide, was identified more than twenty
years ago during antibiotic screening at Ayerst Research Laboratories. Pro-
duced by a strain of *Streptomyces hygroscopicus* isolated from a soil sample

WYTM007638
HIGHLY CONFIDENTIAL

obtained from the Vai Atore region of Easter Island (Rapa Nui) (1), RAP is a white crystalline solid (m.p. 183–185°C), virtually insoluble in water but readily soluble in ethanol, methanol, dimethylsulfoxide, and other organic solvents (2). Although lacking antibacterial activity, RAP is a potent inhibitor of yeast growth and a moderate growth inhibitor of filamentous fungi (2). It is most active against species of *Candida*, particularly *C. albicans*, and protects against systemic and vaginal candidosis in mice, without acute toxicity (LD$_{50}$: 597 mg/kg intraperitoneally) (3). Early mechanistic studies showed that concentrations of RAP as high as 1.0 μg/ml do not inhibit *C. albicans* growth during the first hour after addition to the growth media, but that concentrations as low as 5 ng/ml are growth-inhibiting after 90 min (4). In addition to fungicidal activity, RAP exerts tumoricidal activity (5), establishing that the antiproliferative effects observed in yeast can be extended to mammals. Labeling studies in *C. albicans* demonstrated that RAP strongly inhibits the incorporation of [$^{32}$P] phosphate into DNA and RNA (4), an indication that the drug exerts an effect upon the cell cycle. The structural characterization of RAP ($C_{51}H_{79}NO_{13}$; Figure 1) showed the molecule to be a mixture of two conformational isomers due to *cis-trans* rotation about an amidic bond in the 31-membered macrolide ring (6). The proposed chemical structure (6) was confirmed by the total organic synthesis of RAP (7–10).

The first demonstration of RAP's immunosuppressive activity was obtained from studies showing its inhibitory effects upon production of humoral IgE as well as its preventative effects in two animal models of human autoimmune disease, experimental autoimmune encephalitis and adjuvant arthritis



RAP                          FK506

*Figure 1*  The chemical structures of rapamycin (*left*) and FK506 (*right*).

WYTM007639
HIGHLY CONFIDENTIAL

486   ABRAHAM & WIEDERRECHT

(11). However, the drug received more serious consideration as an immuno-suppressant nearly a decade later, coincident with the discovery of FK506 at the Fujisawa Pharmaceutical Laboratories. FK506 ($C_{44}H_{69}NO_{12}$, Figure 1) was identified in a strain of *Streptomyces tsukabaensis* isolated from a soil sample taken from the Tsukuba region of Northern Japan during a screen for natural products that inhibit IL-2 production (12). FK506 was shown to be a power-ful immunosuppressive agent as measured by its inhibitory effects in several immune function assays, including alloantigen-induced proliferation of lym-phocytes, generation of cytotoxic T lymphocytes, expression of IL-2 receptors, and the production of T lymphocyte–derived lymphokines such as IL-2, IL-3, and IFN-$\gamma$ (13). Interest in the therapeutic potential of FK506 mounted when it was discovered to be 100-fold more potent than cyclosporin A (CsA), the mainstay of transplant rejection drugs (13). The observations that the macro-lactam rings of FK506 and RAP both contain the distinctive hemiketal-masked $\alpha$, $\beta$-diketopipecolic acid amidic component (Figure 1) (14) and that FK506 is a more potent immunosuppressant than CsA provoked a resurgence of interest in RAP as a candidate immunosuppressive drug (15).

Although RAP and FK506 bind to the same family of intracellular recep-tors (see below), studies of the immunosuppressive activities of both agents in vitro (16, 17) quickly proved that the mechanism of RAP action is distinct from that of FK506. While the development of RAP as a therapeutic agent has lagged behind that of FK506, studies in both rodent and larger animal mod-els have confirmed that RAP is a potent immunosuppressive compound. The therapeutic indices of RAP in various species, arranged in the order of greatest to least, are:  mouse and rat, pig, monkey, and dog (18; reviewed in 19). In rodents, RAP is a potent inhibitor of the rejection of both xeno- (20) and allo-geneic (21) skin grafts and, in highly histoincompatible heart grafts (18, 22), it significantly outperforms FK506 in terms of both potency and graft survival time (22). In histoincompatible renal transplants in pigs (18, 23, 24), rats (25), and primates (26), RAP has also demonstrated its effectiveness in preventing rejection. In mice, it is a more potent inhibitor of the graft-versus-host reaction than either FK506 or CsA. In the same species, RAP prevents host-versus-graft disease with higher potency than CsA, but not FK506 (27). Further studies have confirmed the initial finding (11) that RAP protects against autoimmune disease in rodent models. In the MLR/lpr mouse model of human systemic lupus erythematosus, RAP prolongs survival and prevents progression of the glomerulonephritis associated with the disease. In the nonobese diabetic mouse model of human autoimmune insulin-dependent diabetes mellitus, RAP pre-vents the onset of the disease whereas CsA is without effect (28). RAP also inhibits developing and established adjuvant-induced arthritis in the rat and has

WYTM007640
HIGHLY CONFIDENTIAL

significant inhibitory effects on the incidence and severity of collagen-induced arthritis in mice (28).

Relative to the severe renal side effects observed during therapy with CsA and FK506, the nephrotoxicity caused by RAP treatment is negligible (18, 28–30). However, it is not without serious side effects, particularly in larger animals. As observed with FK506 (31), RAP is extraordinarily toxic when administered to dogs, and even short, nonimmunosuppressive dosing regimens severely disturb gastrointestinal functions, producing diarrhea, vomiting, severe ulceration, and vasculitis from the mouth to the colon (18). Because FK506 and RAP inhibit different target proteins (see below), this strikingly similar toxicity profile in dogs is intriguing. The gastrointestinal toxicity may be due to a chemical property shared by the two compounds or to the fact that both drugs bind to the same intracellular receptors, disrupting an as-yet-undefined FKBP-dependent process in the dog gut. The gastrointestinal side effects are not species-specific, as severe vomiting and intestinal vasculitis are also observed in baboons treated with RAP (26). Another adverse side effect associated with RAP-treatment is testicular atrophy, observed in both mice and cynomolgus monkeys (32). Interestingly, relative to all other human tissues examined, the mRNA encoding the target of the FKBP · RAP complex, mTOR, is very highly expressed in testis (33), suggesting a functional role in testicular physiology.

As studies with FK506 and CsA have shown, toxicity, or the lack thereof, in animals does not necessarily extrapolate to humans (34, 35), and despite its significant adverse side effects, RAP has exhibited sufficient therapeutic potential to proceed to Phase II clinical trials (36–38). Consideration has also been given to the use of RAP in combination with CsA, which may result in additive or even synergistic immunosuppressive effects, with the attendant reduction in individual drug dosage leading to a decreased incidence of adverse side effects (39). The toxicity associated with CsA, FK506, or RAP therapy is not unexpected. The immunophilin complexes containing CsA, FK506, or RAP inhibit the functions of specific but ubiquitously expressed target proteins in mammalian tissues. The profiles of therapeutic and toxic effects observed with each drug likely reflect the abundance and functions of the cognate target proteins, as well as pharmacodynamic parameters such as each drug's ability to penetrate cellular membranes, the concentrations of different immunophilins within various cell types, and the relative affinities of the various immunophilin · drug complexes for their target proteins.

## MOLECULAR MECHANISM OF RAPAMYCIN ACTION

The groundwork for understanding the molecular basis of RAP-induced immunosuppression was provided by a remarkable series of mechanistic insights

WYTM007641

HIGHLY CONFIDENTIAL

into the cellular pharmacology of CsA and FK506. CsA and FK506 both inhibit the same subset of $Ca^{2+}$-associated activation pathways (40), exert their inhibitory effects during the $G_0$-to-$G_1$ phase of T cell activation, and block expression of the same set of early lymphokine genes (41). CsA and FK506 bind to abundant, ubiquitous, and phylogenically well-conserved intracellular receptors (42, 43). The major cytosolic receptor for CsA is cyclophilin A (CyPA), an 18-kDa protein (44), while the major FK506 binding protein (FKBP) is a 12-kDa cytosolic protein termed FKBP12 (45, 46). Both CyPA (47, 48) and FKBP12 (45, 46) are enzymes, termed peptidyl-prolyl isomerases (PPIases), that catalyze *cis-trans* isomerization of peptidyl-prolyl bonds in peptides and proteins. FKBP12 prefers substrates with hydrophobic amino acids immediately preceding the proline, while CyPA is a more promiscuous enzyme (49). Although the PPIase activities of CyPA and FKBP12 are inhibited by CsA (47, 48) and FK506 (45, 46), respectively, inhibition of PPIase activity is unrelated to immunosuppression (50–52). These observations suggested a gain-of-function model in which FK506 and CsA are inactive alone but serve as co-drugs with their cognate immunophilins, forming active complexes that inhibit a $Ca^{2+}$-dependent signal transduction event (53). Subsequently, it was shown that the CyPA · CsA (54) and the FKBP12 · FK506 (55) complexes bind to and inhibit the same target protein, the $Ca^{2+}$-dependent serine-threonine phosphatase, calcineurin (CaN), a critical component of the TcR-linked signal transduction pathway leading to cytokine gene transcription (56, 57). CaN is activated by the increase in cytoplasmic free $Ca^{2+}$ that results from TcR engagement. A target, either direct or indirect, for the activated phosphatase is the phosphorylated cytoplasmic subunit of the T cell–specific transcription factor, nuclear factor of activated T cells (NFAT). The dephosphorylated cytoplasmic NFAT subunit is free to translocate to the nucleus and associate with a nuclear subunit to form the fully active NFAT complex, an essential component of the transcriptional apparatus required for expression of the IL-2 and other cytokine genes. Thus, by interfering with the TcR-mediated activation of CaN, both CsA and FK506 block transcription of the IL-2 gene in T lymphocytes (for reviews, see 58–60).

## The Intracellular Receptors for RAP

RAP and FK506 bind to the same family of intracellular receptors, termed FK506 binding proteins (FKBPs). Structural studies have shown that FK506 has two domains—a domain bound by FKBP and an effector domain that, together with FKBP, forms a composite surface that interacts with CaN (reviewed in 61; 62). Like FK506, RAP also has two domains—an effector domain forming a composite surface with FKBP that interacts with the mammalian target of RAP, mTOR (see below), as well as a binding domain that mediates the

WYTM007642
HIGHLY CONFIDENTIAL

interaction with FKBP. The FKBP-binding domain is conserved in FK506 and RAP, providing a chemical basis for the mutual antagonism exerted by the two molecules in intact cells (16, 63).

The crystal structure of the human FKBP12 · RAP complex has been solved and shows the pipecolinyl ring of RAP buried deeply in the hydrophobic cavity located between the $\alpha$-helix and $\beta$-sheet of FKBP12 (64). The common chemical elements of RAP and FK506 (Figure 1), which include the pipecolinyl ring, C1 ester, pyranose ring, and the C8 and C9 carbonyls, adopt superimposable conformations in the FKBP12 · RAP and FKBP12 · FK506 complexes (64). In contrast to FK506, which undergoes a dramatic conformational change upon binding FKBP12 (65), the three-dimensional structure of RAP complexed to FKBP12 is almost identical to its conformation in the free crystalline state (64). Thus, relative to FK506, RAP is in an energetically favorable conformation for binding to FKBP12, providing an explanation for its two-fold greater affinity.

The human FKBP family is currently comprised of seven members, whose characteristics are summarized in Table 1. Exhaustive reviews on FKBPs can be found elsewhere (66, 67). All FKBPs bind RAP with greater affinity than FK506, with the exception of FKBPr38 (FKBP-related 38-kDa protein) which does not bind the immunosuppressants but is included in the family because of the similarity of its sequence (68). The PPIase activity of all FKBPs is inhibited by RAP and FK506. Because the drug-binding domain overlaps with the PPIase active site, inhibition of PPIase activity by RAP or FK506 can be taken as a measure of the affinity of a particular FKBP for the drug. Among the FKBPs, FKBP25 is most selective for RAP relative to FK506 (69). Despite this selectivity, FKBP25 does not mediate the RAP-sensitivity of mast cells (70), suggesting that the FKBP25 · RAP complex does not interact with mTOR (see below) in intact cells. To date, two FKBP isoforms, FKBP12 and FKBP12.6, have been shown to bind mTOR in the presence of RAP, although the FKBP12 · RAP complex appears to be superior in this regard (71).

There is no evidence linking the physiological function of the FKBPs to their inhibitory functions in the presence of RAP. FKBP12 and FKBP12.6, which associate with mTOR in the presence of RAP, normally interact with the calcium release channel (CRC)/ryanodine receptors (RyR) of the terminal cisternae of skeletal muscle and heart muscle sarcoplasmic reticulum, respectively, and they are required for proper channel function (72–76). The ryanodine receptors in skeletal muscle (isoform 1, RyR-1) and heart muscle (isoform 2, RyR-2) are the largest ion channel complexes known (MR, $2.3 \times 10^6$ daltons), and they play an important role in release of $Ca^{2+}$ during excitation-contraction coupling. The skeletal muscle CRC can be represented as (RyR-1 protomer)$_4$(FKBP12)$_4$, while the cardiac muscle CRC can be represented

WYTM007643
HIGHLY CONFIDENTIAL

490     ABRAHAM & WIEDERRECHT

Table 1  The family of human FKBPs

| FKBP | MW (kDa) | % Identity to FKBP12 | Affinity (nM) RAP | Affinity (nM) FK-506 | PPIase activity[d] | Binds mTOR[b] | Inhibition of CaN[c] (IC50) | Physiological association |
|---|---|---|---|---|---|---|---|---|
| FKBP12 | 11.8 | 100 | 0.2 (K_d) | 0.6 (K_d) | yes | yes | 8 nM | RyR-1[h]; IP3R[i] |
| FKBP12.6[a] | 11.6 | 83 | 0.2 (K_d)[d] | 0.5 (K_d) | yes | yes | 8 nM | RyR-2[m] |
| FKBP13 | 13.3 | 50 | ND[e] | 55.0 (K_i) | yes | ND | 30 μM | Lumen of ER |
| FKBP25 | 25.0 | 40 | 0.9 (K_i) | 160 (K_i) | yes | ND | > 50 μM | Casein kinase II; nucleolin |
| FKBP38[n] | 38.3 | 33 | no binding | no binding | no | NA[i] | NA[i] | |
| FKBP51[b] | 51.2 | 50 | 29 (IC50)[f] | 166 (IC50)[f] | yes | ND | 3 μM | |
| FKBP52[c] | 51.8 | 53 | 8 (K_i) | 10 (K_i) | yes | ND | 30 μM | Glucocorticoid receptor; hsp90 |

[a] An alternative splice product of the FKBP12.6 mRNA encodes an 8.8 kDa FKBP-related protein (133). [b] This human cDNA has recently been cloned (Baughman G et al, unpublished results). [c] Also known as hsp56, FKBP59, p59, hsp59 (FKBP-related protein). [d] Based upon the K_d for FK-506 and adjusted (or RAP's greater ability to inhibit PPIase activity (71). [e] Not determined. These values are for murine FKBP51 (134). RAP and FK-506 inhibit PPIase activity in all FKBPs. [g] When the indicated FKBP is complexed with RAP. [h] Not applicable because FKBP38 (FKBP-related 38 kDa protein) does not bind RAP or FK-506. [i] When the indicated FKBP is complexed with FK-506. [j] Isoform 1 of the ryanodine receptor calcium release channel in skeletal muscle sarcoplasmic reticulum. The inositol triphosphate receptor on the endoplasmic reticulum. [m] Isoform 2 of the ryanodine receptor calcium release channel in cardiac muscle sarcoplasmic reticulum. [n] The 38 kDa mass is based upon translation of the ORF in an isolated cDNA.

WYTM007644
HIGHLY CONFIDENTIAL

A1515

as (RyR-2 protomer)$_4$(FKBP12.6)$_4$ (73, 74). Both RAP and FK506 displace FKBP12 from RyR-1 (73), but it is unlikely that at immunosuppressive doses any displacement actually occurs in vivo, since the concentration of FKBP12 in skeletal muscle myoplasm is about 3 $\mu$M (74). This would effectively buffer any disruption of the channel complex by either drug. Recently, it has been shown that the IP$_3$R CRC, a relative of the RyR CRC, is also associated with and modulated by FKBP12 (77). RAP and FK506, but not CsA, can dissociate FKBP12 from the channel, rendering it leaky to Ca$^{2+}$ (77). Again, it is unlikely that immunosuppressive doses of RAP would have an effect on the IP3R CRC in T cells. Only 3–5% FKBP occupancy is required to prevent activation of T cells, and, as in muscle cells, the high intracellular concentration of FKBP (6 to 7 $\mu$M) (52) would buffer any effect that RAP might have on the IP$_3$R-associated FKBP12.

## The Targets of the FKBP · RAP Complex in Yeast

Studies in yeast, in which two independent groups first identified the target of the FKBP · RAP complex, have made enormous contributions to our understanding of the mechanism of RAP action in mammalian cells. The extreme growth-sensitivity of *S. cerevisiae* to RAP (IC$_{50}$ = 0.1 $\mu$g/ml) allowed for selection of RAP-resistant mutants that identified genes mediating RAP sensitivity. Mutant alleles of three genes *FKB1*, *TOR1 (DRR1)*, and *TOR2 (DRR2)* (TOR: target of RAP; DRR: dominant RAP resistant), were found to confer resistance to RAP (78–82). Mutations in *FKB1* (encoding FKBP12) were recessive while the *TOR1* and *TOR2* mutations isolated in these studies were dominant or semi-dominant (80–82). *TOR1*-disruptants exhibit a mild phenotype, growing 10–15% more slowly than wild-type strains (82). When grown in the presence of RAP, the *TOR1*-disruptants arrest growth in early G$_1$ within one generation. The TOR2 disruption confers a lethal growth defect with cells arresting not only in G$_1$ but randomly throughout the cell cycle. Strains disrupted for both *TOR1* and *TOR2* arrest growth in G$_1$ within one generation, mimicking the phenotype of wild-type yeast grown in the presence of RAP. The G$_1$ arrest phenotype of the *TOR1/TOR2* double-disruptant indicates that RAP inhibits both the TOR1 and TOR2 proteins (82). The presence of either TOR1 or TOR2 is sufficient to allow yeast cells to progress through G$_1$, indicating that either protein can execute the essential G$_1$ function. TOR2 has two functions, a RAP-sensitive G$_1$ function complemented by TOR1 and a RAP-insensitive essential function not complemented by TOR1 (80). The observation that placement of a *TOR2*-disruption in a *TOR1*-mutant, RAP-resistant background confers a lethal phenotype (83) does support the initial suggestion (80) that TOR2 has two functions.

TOR1 and TOR2 are proteins with 2470 (281.2 kDa) and 2474 (282 kDa) amino acid residues, respectively, which lack obvious signal sequences or

WYTM007645
HIGHLY CONFIDENTIAL

All TOR1 and TOR2 alleles that have been cloned from RAP-resistant yeast strains are missense mutants that alter the same serine residue just upstream of the lipid kinase domain (80–82, 84). The FKBP · RAP complex binds a 196 amino acid fragment of TOR2 (amino acids 1886–2081), an interaction abolished by mutations of $Ser^{1975}$ (88). Likewise, the binding domain of TOR1 has been mapped to a small region surrounding $Ser^{1972}$, and mutations to any residue other than alanine prevent binding of FKBP· RAP and confer resistance to RAP (83). Because alanine is a potential mimic of a nonphosphorylated serine residue, these results indicate that phosphorylation of $Ser^{1972}$ is not required for FKBP · RAP binding, and they also argue against an earlier proposal that phosphorylation of $Ser^{1972/1975}$, present in a consensus protein kinase C site, may be required for binding FKBP12 · RAP (82).

Although it has not yet been demonstrated that TOR1 and TOR2 actually possess kinase activities, genetic evidence strongly suggests that intact lipid kinase domains are required for their $G_1$ function. The introduction of mutations analogous to those known to abolish the lipid kinase activities of VPS34 and mammalian p110 into the lipid kinase domains of the dominant RAP-resistant TOR1 or TOR2 alleles abrogates their ability to confer resistance to RAP (83). The reversion to RAP-sensitivity of these strains demonstrates that functional kinase domains in TOR1 and TOR2 are necessary for their $G_1$ function. When overexpressed in a wild-type background, "kinase dead" TOR1 mutants confer a dominant negative phenotype, resulting in $G_1$ arrest (83). This finding suggests that the overproduced, mutant TOR1 protein is nonproductively interacting with normal $G_1$ targets of the wild-type TOR1 kinase domain. The essential non-$G_1$ function of TOR2 also requires an intact kinase domain. These genetic data support a model (83) which proposes that the $G_1$ target of the TOR kinase domains binds to the C-terminus of the TOR proteins, an interaction blocked by FKBP12 · RAP. The model further suggests that the target substrate for TOR2's essential viability function binds to a different region, presumably located in the polymorphic N-terminus of TOR2, and its access to TOR2 is not blocked by FKBP12 · RAP.

Recent studies suggest that the TOR proteins function in a signal transduction pathway that coordinates the availability of essential nutrients with progression through the cell cycle. Even when grown on rich medium, yeast cells depleted of TOR function, either by RAP-treatment or by disruption of both TOR genes, display a phenotype similar to that of cells entering $G_0$ during the starvation response. For example, both nutrient deprivation and treatment with RAP cause a rapid and acute reduction in initiation of translation, an accumulation of glycogen, an increase in vacuole size, a greatly increased transcription of known marker genes for nutrient starvation, and an arrest of yeast cells with 1N

WYTM007647
HIGHLY CONFIDENTIAL

DNA (89). The putative TOR-restriction point has been mapped to a point prior to the $\alpha$-mating factor arrest point, START (89). TOR-depleted cells arrest in early $G_1$ because they are unable to synthesize CLN3, a cyclin required for $G_1$ progression. CLN3 functions, in part, as a transcriptional activator of genes expressed later in $G_1$, including CLN1, CLN2, ORFD, HCS26, and CLB5, all of which encode known or candidate cyclins. CLN3 expression is regulated by the translational initiation factor eIF-4E. When the CLN3 ORF is fused to eIF-4E-independent 5' translational regulatory sequences, RAP-induced $G_1$ arrest is repressed (89). These results indicate that TOR is a signaling molecule required for eIF-4E-dependent translation when nutrient conditions are favorable for $G_1$-phase progression.

## The Mammalian Target of Rapamycin (mTOR)

Five groups, working independently, identified the mammalian protein target of the FKBP12 · RAP complex. Homologous high molecular weight proteins were isolated from various mammalian sources including bovine brain (FKBP-RAP-associated protein, FRAP) (33), rat brain (RAP and FKBP12 target, RAFT: mammalian target of RAP, mTOR) (90, 91), and human lymphocyte (Sirolimus effector protein, SEP; RAP target, RAPT) (92, 93). In keeping with the precedent yeast nomenclature, we refer to the protein as mTOR. Based upon its migration in denaturing gels, the purified mTOR protein has a molecular weight greater than 200 kDa (33, 90–92). Two observations helped to confirm that mTOR mediates the inhibitory effects of RAP in mammalian cells. First, two structural analogs of RAP (16-keto-RAP and 25, 26 iso-RAP) were identified that bind with high affinity to FKBP12 but which are 100-fold less potent inhibitors of $G_1$ progression in MG-63 osteosarcoma cells. The FKBP12 complexes with 16-keto-RAP and 25, 26 iso-RAP complexes bind mTOR poorly, if at all (33). Second, little or no mTOR is bound by the FKBP12 · RAP complex in extracts prepared from mutant murine T cell (YAC) lines selected for RAP-resistance (91, 94). Extracts prepared from a RAP-sensitive revertant derived from one of the RAP-resistant T cell lines show wild-type levels of mTOR bound to the FKBP12 · RAP complex (91). Thus, sensitivity of T cells to RAP correlates with binding of mTOR to the FKBP12 · RAP complex.

Microsequencing of the purified mTOR protein enabled the cloning of the complete cDNAs encoding both the human (33) and rat homologs (90, 91). The open reading frames encode 2549 amino acid proteins that have calculated molecular weights of 289 kDa. The protein product of the in vitro–translated rat mTOR cDNA binds to the FKBP12 · RAP complex—formal validation that the cloned cDNA encodes a direct ligand for this complex (91). The mRNA of mTOR is ubiquitously expressed in human tissues with the highest levels found in testis and significant expression found in skeletal muscle (33, 93). Both

WYTM007648
HIGHLY CONFIDENTIAL

human and rat mTOR are slightly more similar to yeast TOR2 (46% identity) than to TOR1 (44% identity), with the greatest similarity (65% identity) found in the C-terminal 600 amino acids of the three proteins. This region of mTOR contains the lipid kinase motif (amino acids 2186–2359) found in the yeast TORs. There are other regions, particularly in the amino terminal portions of the proteins, where there is little or no homology between the yeast TORs and mTOR. Thus, although it is unclear whether mTOR is the functional equivalent of yeast TOR1 or TOR2, the high degree of amino acid sequence identity in the lipid kinase domain suggests that these proteins have similar enzymatic activities. To date, in vitro kinase assays have failed to detect lipid kinase activity in mTOR although a serine autophosphorylation activity has been reported (83).

As shown with the yeast TOR proteins (88), only a small portion of mTOR mediates binding to the FKBP12 · RAP complex. In mTOR, the binding domain has been mapped to amino acids 2025–2114 (95), a 90 amino acid region just upstream of the lipid kinase domain containing a critical serine residue ($Ser^{2035}$) homologous to the $Ser^{1972/1975}$ in the yeast TOR proteins. As in TOR1, mutation of $Ser^{2035}$ to residues other than alanine abrogates binding of mTOR to FKBP12 · RAP (93, 95), indicating that phosphorylation of $Ser^{2035}$ is not required for binding by FKBP12 · RAP and that $Ser^{2035}$ lies in a structurally critical region that is disturbed when replaced by any residue larger than alanine.

## BIOCHEMICAL ACTIONS OF RAPAMYCIN IN MAMMALIAN CELLS

### Anti-Proliferative Effects of RAP in Lymphoid and Nonlymphoid Cells

RAP is a potent inhibitor of the growth of most hemopoietic and lymphoid cell lines in vitro (17). Maximal growth-inhibitory effects are usually observed at concentrations of the drug equal to or less than 10 nM. It is particularly striking that RAP suppresses the cytokine-driven proliferation of both nontransformed lymphoid cell lines and the continuous growth of several leukemic cell lines, with virtually equal potency. The increase in doubling time of the cells induced by the drug is accompanied by a dramatic increase in the proportion of $G_1$-phase cells, which is consistent with the model that the FKBP12 · RAP complex interferes specifically with the progression of $G_1$-phase cells into S phase (96, 97). The growth-inhibitory effect of RAP on lymphoid and other cell types is effectively antagonized by FK506 (16). Conversely, the ability of FK506 to inhibit antigen-dependent IL-2 production is reversed by RAP. The reciprocal antagonism between FK506 and RAP is explained by the competitive interactions of these drugs with a common intracellular receptor FKBP12.

WYTM007649
HIGHLY CONFIDENTIAL

In contrast to the broadly anti-proliferative effects of RAP on bone marrow–derived cells, the efficacy of RAP as an inhibitor of mesenchymal or epithelial cell growth is variable. For example, the serum-dependent growth of Swiss 3T3 mouse fibroblasts is only marginally affected by nanomolar concentrations of RAP (98), whereas RAP profoundly inhibits the proliferation of MG-63 osteosarcoma cells under the same culture conditions (97). The variable response to RAP may reflect physiologic differences in the extent to which redundant signaling pathways compensate for the loss of mTOR function in different cell lineages. Alternatively, certain established cell lines may have acquired abnormalities in cell-cycle regulation that effectively override the putative $G_1$-phase checkpoint governed by mTOR.

## Other Cellular Actions of RAP

Although the immunosuppressive activity of RAP is commonly attributed to its antiproliferative effect on lymphoid cells, this drug affects a number of other cellular functions that may contribute to its ability to suppress immune responses in vivo. Studies performed with the murine T cell lymphoma, YAC-1, have shown that RAP inhibits IL-1-stimulated production of interferon (IFN)-$\gamma$ as well as IFN-$\gamma$-induced expression of Ly6E antigen on the cell surface (94, 99, 100). Both of these actions are antagonized by FK506, suggesting that they are dependent upon the formation of FKBP12 · RAP complexes in YAC-1 cells. Furthermore, YAC-1 somatic mutants selected for resistance to the growth-inhibitory effect of RAP were correspondingly resistant to the suppressive actions of RAP on cytokine-driven production of IFN-$\gamma$ and expression of Ly6E (94). As mentioned previously, the resistant phenotype of these YAC-1 clones is apparently explained by a mutational event(s) that leads to a decreased affinity of mTOR for the FKBP12 · RAP complex. These results suggest that, in addition to its cell-cycle regulatory function, mTOR participates in the signal transduction pathways that mediate IL-1- and IFN$\gamma$-stimulated responses in YAC-1 cells.

Ligation of the CD28 receptor on T cells provides an important costimulatory signal for antigen-dependent cytokine production by helper T-lymphocytes. The signal transduction pathway initiated by the interaction of CD28 with its ligands B7-1 and B7-2 remains obscure. In contrast to signaling from the TCR, signal propagation from the CD28 receptor is not inhibited by CsA or FK506. Conversely, signaling through CD28, but not the TCR, is sensitive to RAP (101). The CD28 response element in the IL-2 promoter region contains a nucleotide sequence that resembles a NFκB-binding site, suggesting that CD28 promotes transcription of the IL-2 gene through the activation of members of the Rel family of transcription factors (102). Stimulation of Jurkat or human peripheral blood T cells with phorbol ester induces the nuclear translocation of the NFκB

WYTM007650
HIGHLY CONFIDENTIAL

family member c-Rel, and both the rate and magnitude of this response are enhanced by costimulation through CD28 (103). The increase in intranuclear c-Rel is accompanied by a sustained downregulation of the inhibitory IκB-α subunit in the cytoplasm. Both responses are inhibited by RAP, but not by CsA, suggesting that the RAP-sensitive target protein, mTOR, is involved in the coupling mechanism between CD28 receptor stimulation and c-Rel-dependent transcription. The impact of RAP on CD28 signaling clearly warrants further investigation, as this drug effect could represent a crucial component of the overall immunosuppressive action of RAP in vivo.

## Activation of p70S6 Kinase

The potent antiproliferative effects of RAP prompted speculation that the pharmacologically active immunophilin · drug complex targets a protein kinase involved in the relay of mitogenic signals from the cytoplasm to the nucleus. The most obvious candidate was a component of the Ras-to-MAP-kinase (MAPK) signaling cascade (i.e. Raf, MAPK kinase, or MAPK itself). However, subsequent studies failed to uncover any detectable effect of RAP on Ras signaling in mammalian cells (98; RT Abraham, unpublished data). Instead, the drug was shown to disrupt a Ras-independent signal transduction pathway required for activation of the 70-kDa S6 protein kinase (p70$^{S6K}$). Activation of p70$^{S6K}$ is apparently a universal response of mammalian cells to mitogenic stimuli. In activated T cells, the activity of p70$^{S6K}$ increases within 10 min of addition of IL-2, and activation is maximal after 40–60 min of stimulation (104). This response is accompanied by a decrease in the electrophoretic mobility of p70$^{S6K}$, which likely reflects an increase in the phosphorylation of the enzyme. Pretreatment with RAP abolishes both the shift in electrophoretic mobility and the increase in catalytic activity of p70$^{S6K}$ induced by growth factors in T cells as well as in all other mammalian cell types (98, 104–106). The drug concentrations needed to abolish activation of p70$^{S6K}$ are identical to those required to block the progression of mitogen-stimulated cells through G$_1$-phase. The suppressive effect of RAP on activity of p70$^{S6K}$ is reversed in the presence of excess FK506, indicating that this action is dependent on the binding of RAP to an FKBP, probably FKBP12. A striking observation is that the addition of RAP to cells at any time after exposure to growth factor leads to a rapid decline in activity of p70$^{S6K}$ to (or even below) the basal level observed in quiescent cells. The ability of RAP to inhibit preactivated p70$^{S6K}$ suggests that the FKBP12 · RAP complex disrupts a constitutive signaling event required for both the generation and maintenance of the activated form of p70$^{S6K}$.

The biochemical results described above are consistent with the idea that the FKBP12 · RAP complex interferes directly or indirectly with the function of a

WYTM007651
HIGHLY CONFIDENTIAL


the rate-limiting step in protein synthesis and therefore represents a logical point of regulation (110, 111). Eukaryotic mRNAs bear a 7-methylguanylate ($m^7GTP$) cap at the 5'-terminus, and this cap region serves as the recognition site for the eukaryotic initiation factor (eIF)-4F complex. Two components of the multisubunit eIF-4F complex are the ATP-dependent helicase eIF-4A and the mRNA cap-binding protein eIF-4E. Initiation involves the recognition of the $m^7GTP$ cap by eIF-4E, followed by the eIF-4A-dependent unwinding of 5' secondary structure in the target mRNA. These events are thought to facilitate binding of the methionyl tRNA-charged 40S ribosomal subunit to the mRNA. This model predicts that the degree to which individual mRNA transcripts depend on the eIF-4F complex for initiation of translation varies directly with the complexity of the secondary structure at the 5'-terminus of the mRNA. Thus, the translation of particular mRNAs will be variably sensitive to regulatory alterations in the function of eIF-4F. As might be expected, a major mechanism by which eIF-4F is regulated involves the phosphorylation of specific components of the eIF-4F complex.

An important target of protein kinases involved in controlling initiation of translation is the cap-binding protein eIF-4E. Recent studies have shown that the binding activity of eIF-4E is regulated by its interaction with PHAS-I, a heat-stable inhibitor of eIF-4E function (112, 113). In resting cells, PHAS-I is tightly bound to eIF-4E and thereby inhibits the ability of eIF-4E to trigger eIF-4F-dependent initiation. Stimulation of cells with growth factors, including serum, insulin, or IL-2, leads to the hyperphosphorylation of PHAS-I, and release of its associated eIF-4E. Hence, mitogenic stimuli are capable of stimulating rapid increases in initiation of translation by activating protein kinases that phosphorylate PHAS-I. Although PHAS-I is an excellent in vitro substrate for MAP kinase, the crucial phosphorylation events leading to the release of eIF-4E are apparently not performed by this enzyme in intact cells (114). Rather, the PHAS-I kinase responsible for disinhibition of eIF-4E in vivo lies within a RAP-sensitive signaling pathway. Pretreatment of activated T cells or 3T3-L1 fibroblasts with RAP abolishes both the increase in phosphorylation of PHAS-I and the release of active eIF-4E induced by IL-2 or insulin (114; GJ Brunn, RT Abraham, J Lawrence, unpublished observations). These results strongly suggest that an mTOR-regulated protein kinase controls eIF-4E-dependent initiation of translation in mammalian cells. These findings are similar to those found in yeast. Thus, studies with RAP as a probe have uncovered a general mechanism for the control of protein synthesis in eukaryotic cells.

The inhibitory effects of RAP on phosphorylation of PHAS-I and the function of eIF-4E provide a rational explanation for the selective, rather than global, suppressive actions of RAP on mitogen-induced protein synthesis. For example,

WYTM007653
HIGHLY CONFIDENTIAL

RAP specifically interferes with the synthesis of proteins from a class of mRNAs bearing polypyrimidine tracts at their 5′-termini (115, 116). Included among these polypyrimidine-containing mRNAs are transcripts that encode ribosomal proteins and elongation factors. i.e. components of the protein synthetic machinery itself. In many cases, the 5′-untranslated regions of these mRNAs also contain nucleotide sequences predicted to have considerable secondary structure, thereby making initiation of translation strongly dependent on eIF-4E. Therefore, the translation of this class of mRNAs should be particularly sensitive to RAP.

In summary, accumulating evidence suggests that the growth-inhibitory mechanism of RAP is inextricably linked to the machinery that controls the inducible synthesis of specific proteins in growth factor–stimulated cells. If this model is correct, the next task will be to identify the mRNA transcript(s) whose translation limits the rate of passage of growth factor-stimulated lymphoid cells through the mid/late $G_1$-phase checkpoint defined by RAP. This effort will be greatly facilitated by an understanding of the effect of RAP on the biochemical machinery that controls the passage of cycling cells through $G_1$ and into S phase: the $G_1$ cyclins and their associated cyclin-dependent kinases (cdks).

### Effect of RAP on $G_1$ Cyclin-cdk Activities

The progression of growth factor-stimulated mammalian cells from $G_1$ to M phase is orchestrated by the precisely timed activation and inactivation of a series of cyclin-associated protein kinase activities (see 117–121 for reviews). The sequence and timing of activation of each cyclin-cdk complex is controlled in part by cell-cycle checkpoints, which ensure that the appropriate cyclin-cdk complex becomes active only after contingent earlier events are accurately executed (119). The $G_1$-specific growth-arrest state induced by RAP suggested that this drug might interfere, directly or indirectly, with the timely activation of a $G_1$ cyclin-cdk complex required for the entry of IL-2-stimulated, $G_1$-phase T cells into S phase. Progression through $G_1$ phase is marked by the assembly and catalytic activation of at least three sets of cyclin-cdk complexes. In IL-2-stimulated T cells, the first set of complexes to become active reflects the association of cyclin D2 with cdk4 or cdk6. This event is followed by the sequential activation of cyclin E-cdk2 and cyclin A-cdk2 complexes (116, 117). It is believed that the first two sets of cdk complexes containing cyclins D2 and E set up the conditions for passage of the cell through a restriction point in late $G_1$-phase (122). Thereafter, the cell is fully committed to complete one division cycle. In contrast, cyclin A-cdk2 activity, which begins to rise in late $G_1$ and remains elevated throughout S-phase, performs functions needed for the onset and completion of replication of DNA.

WYTM007654
HIGHLY CONFIDENTIAL

Exposure of activated T cells to RAP profoundly affects the appearance and/or functions of the $G_1$ cyclin-cdk activities induced by IL-2. Surprisingly little has been reported concerning the effect of RAP on the cyclin D–associated cdk complexes in this cell type. Preliminary studies suggest that RAP strongly interferes with the activation of cdks complexed with either cyclin D2 or cyclin D1 in YAC-1 T lymphoma cells or MG-63 osteosarcoma cells (97; GJ Brunn, RT Abraham, unpublished data). Conceptually more interesting results were obtained from biochemical analyses of the cyclin E-cdk2 complexes in IL-2-responsive T cells treated with RAP (123). The drug-treated cells express near-normal levels of cyclin E, and this cyclin is stoichiometrically associated with cdk2. However, the cyclin-E-cdk2 complexes assembled in the presence of RAP display essentially no detectable protein kinase activity Although additional phosphorylation and dephosphorylation events are required to activate cyclin E-bound cdk2, the phosphorylation state of cdk2 indicated this protein kinase should be fully active in cells growth-arrested by RAP. The mechanism underlying the inhibitory effect of RAP on cyclin E-cdk2 activity remained elusive until the discovery of a novel family of negative regulators of the cell cycle termed cdk inhibitors (124).

One member of this family is Kip1, a heat-stable, titratable inhibitor of $G_1$ cyclin-cdk activities (125–128). Because Kip1 inhibits these activities in a stoichiometric rather than a catalytic fashion, the level of expression of Kip1 sets a threshold on the numbers of $G_1$ cyclin-cdk2 complexes that must be assembled before the formation of catalytically active complexes can occur (Figure 3). Recent studies using human peripheral blood T cells have shown that the initial activation step results in the expression of all three $G_1$ cyclins (D2, E, and, to a lesser extent, A) together with their cdk partners (cdk4, cdk6, and cdk2) (129). However, these complexes fail to become active until the cell receives a progression signal provided by IL-2 or other growth-promoting cytokines. The block to $G_1$ progression is explained, at least in part, by the presence of very high levels of Kip1 in activated T cells. Stimulation with IL-2 overcomes this Kip1-imposed block by inducing both a progressive decrease in the level of Kip1 protein and the assembly of additional $G_1$ cyclin-cdk complexes (129, 130). A provocative addendum to this regulatory scheme was provided by the recent finding that the degradation of Kip1 observed in mitogen-stimulated mammalian cells is carried out by the ubiquitin-proteasome pathway (131). This result adds Kip1 to the growing list of cell cycle–related proteins whose functions during each cycle are terminated by their timed destruction via ubiquitin-triggered proteolysis.

RAP tips the balance between activation and inhibition of cdks toward the inhibitory side by blocking the downregulation of Kip1 protein normally

WYTM007655
HIGHLY CONFIDENTIAL

502    ABRAHAM & WIEDERRECHT

provoked by IL-2 (150). Under these circumstances, the available G₁ cyclin-cdk complexes remain saturated with Kip1 and are unable to execute critical regulating functions, including the phosphorylation of the retinoblastoma protein (132), that are essential for progression through G₁. The persistent expression of Kip1 in RAP-treated T cells suggests that mTOR, the target for the FKBP12 · RAP complex, is a critical component of a signaling pathway that marks the Kip1 protein for ubiquitin-dependent proteolysis. In the light of the earlier discussion, the irony in this mechanism is obvious: mTOR apparently functions as a positive regulator during mitogen-induced protein synthesis, yet the most proximal connection to the cell cycle occurs at the level of the proteolytic destruction of Kip1. Although any model must be considered purely speculative at present, the mTOR-dependent signaling pathway may control the translation of a mRNA species whose protein product allows the ubiquitin-proteosome system to recognize and degrade Kip1. Whatever the actual mechanism, further studies with RAP as a pharmacologic probe are likely to provide some fascinating insights into the mechanism whereby occupancy of growth factor receptors at the cell surface triggers the activation of G₁ cyclin-cdk complexes in the T cell nucleus.



*Figure 3*  Role of the cdk inhibitor Kip1 in the antiproliferative mechanism of action of RAP. Kip1 functions as a stoichiometric inhibitor of G₁-cyclin-cdk complexes in activated T cells. Cyclin subunits are designated as D, E, and A, and the catalytic cdk subunits are abbreviated as K followed by the number of the appropriate cdk isoform. According to this model, RAP inhibits G₁-phase progression by blocking IL-2-dependent Kip1 downregulation.

WYTM007656
HIGHLY CONFIDENTIAL

A1527



*Figure 4*  Schematic representation of IL-2 receptor-coupled signaling pathways.  The model proposes that mTOR functions as an inducible transducer of regulatory signals for p70$^{S6K}$ activation, eukaryotic initiation factor 4E-dependent protein synthesis, and Kip1 downregulation. Interaction with FKBP12 · RAP disrupts mTOR-dependent functions. Wortmannin, an irreversible inhibitor of certain PI 3-kinase family members, also interferes with a subset of mTOR-dependent responses, including p70$^{S6K}$ activation.

## CONCLUDING REMARKS

Studies of the mechanism of action of RAP are beginning to uncover a previously unrecognized signal transduction pathway that may play a general role in the control of growth of hematopoietic cells (see Figure 4 for summary). The FKBP12 · RAP complex binds to and inhibits the function of a newly defined target protein termed mTOR. The remarkable degree of sequence identity between mTOR and its yeast homologs TOR1 and TOR2 suggests that the cell-cycle regulatory function of mTOR has been highly conserved in eukaryotes. Sequence similarities in the putative catalytic domain of mTOR indicate that the RAP target protein is evolutionarily related to the phosphoinositide kinases PI 3-kinase and PI 4-kinase. The most recent addition to this expanding family of signal transducers is the product of the human *AT* gene, which is mutated in the autosomal recessive disorder ataxia telangiectasia (87). Mutations in AT result in neurologic, immunologic, and cell-cycle abnormalities, as well as radiation-sensitivity and a predisposition to cancer.  These findings hint that members

WYTM007657
HIGHLY CONFIDENTIAL

504    ABRAHAM & WIEDERRECHT

of the family of PI 3-kinase-like enzymes, including mTOR, are involved in a broad range of physiologic processes linked to control of the cell-cycle.

The growth-arrest state induced by RAP in T lymphocytes and other hematopoietic cells suggests that this protein executes a biochemical function(s) required for progression from $G_1$- to S-phase. In spite of the sequence homology to PI 3-kinase, mTOR possesses no detectable kinase activity toward phosphoinositides or other lipid substrates (83). However, recombinant mTOR phosphorylates itself on serine residues (83), suggesting that mTOR, ATM, and related proteins may constitute a novel family of protein serine-threonine kinases. Although the proximate substrate(s) for mTOR remains obscure, the connection to components of the machinery that control translation of mRNA is becoming increasingly compelling. The next few years should see some exciting advances in our understanding of the functions of mTOR and other members of this protein family. It is anticipated that these advances will seed the development of novel strategies for immunosuppression, and for the treatment of leukemias, lymphomas, and other cancers.

NOTE ADDED IN PROOF

While this review was being prepared for publication, Brown et al (135) reported findings which strongly support the model that mTOR represents the RAP-sensitive regulator of p70$^{S6K}$ in mammalian cells. Both the putative catalytic domain at the carboxy terminus and the amino terminal domain of mTOR were required for the regulatory action of this protein on p70$^{S6K}$ activity in vivo. Furthermore, this study shows that recombinant mTOR autophosphorylates in vitro and that this autokinase activity is sensitive to inhibition by the FKBP12 · RAP complex.

Any *Annual Review* chapter, as well as any article cited in an *Annual Review* chapter, may be purchased from the Annual Reviews Preprints and Reprints service.
1-800-347-8007; 415-259-5017; email: arpr@class.org

*Literature Cited*

1. Vezina C, Kudelski A, Sehgal SN. 1975. Rapamycin (AY-22,989), a new antifungal antibiotic. I. Taxonomy of the producing streptomycete and isolation of the active principle. *J. Antibiot.* 28:721–26
2. Sehgal SN, Baker H, Vezina C. 1975. Rapamycin (AY-22,989), a new antifungal antibiotic, II. Fermentation, isolation and characterization. *J. Antibiot.* 28:727–32
3. Baker H, Sidorowicz A, Sehgal SN, Vezina C. 1978. Rapamycin (AY-22,989), a new anti-fungal antibiotic. III. In vitro and in vivo evaluation. *J. Antibiot.* 31:539–45
4. Singh K, Sun S, Vezina C. 1979. Rapamycin (AY-22,989), a new antifungal antibiotic. IV. Mechanism of action. *J. Antibiot.* 32:630–45
5. Eng CP, Sehgal SN, Vezina C. 1984. Activity of rapamycin (AY-22,989) against transplanted tumors. *J. Antibiot.* 37:1231–37
6. Findlay JA, Radics L. 1980. On the chem-

WYTM007658
HIGHLY CONFIDENTIAL

A1529

istry and high field nuclear magnetic resonance spectroscopy of rapamycin. *Can. J. Chem.* 58:579–90

7. Nicolaou KC, Chakraborty TK, Piscopio AD, Minowa N, Bertinato P. 1993. Total synthesis of rapamycin. *J. Am. Chem. Soc.* 115:4419–20

8. Romo D, Meyer SD, Johnson DD, Schreiber SL. 1993. Total synthesis of (-)-rapamycin using an Evans-Tishchenko fragment coupling. *J. Am. Chem. Soc.* 115:7906–7

9. Hayward CM, Yohannes D, Danishefsky SJ. 1993. Total synthesis of rapamycin via a novel titanium-mediated aldol macrocyclization reaction. *J. Am. Chem. Soc.* 115:9345–46

10. Smith IAB, Condon SM, McCauley JA, Leazer JL Jr, Leahy JW, Maleczka RE Jr. 1995. Total synthesis of rapamycin and demethoxyrapamycin. *J. Am. Chem. Soc.* 117:5407–8

11. Martel RR, Klicius J, Galet S. 1977. Inhibition of the immune response by rapamycin, a new antifungal antibiotic. *Can. J. Physiol.* 55:48–51

12. Kino R, Hatanaka H, Hashimoto M, Nishiyama M, Goto T, Okuhara M, Kohsaka M, Aoki H, Imanaka H. 1987. FK-506, a novel immunosuppressant isolated from a Streptomyces. I. Fermentation, isolation, and physico-chemical and biological characteristics. *J. Antibiot. (Tokyo).* 40:1249–55

13. Kino T, Hatanaka H, Miyata S, Inamura N, Nishiyama M, Yajima T, Goto T, Okuhara M, Kohsaka M, Aoki H, Ochai T. 1987. FK-506, a novel immunosuppressant isolated from a streptomyces. II. Immunosuppressive effect of FK-506 in vitro. *J. Antibiot. (Tokyo).* 40:1256–65

14. Tanaka H, Kuroda A, Marusawa H, Hatanaka H, Kino T, Goto T, Hashimoto M, Taga T. 1987. Structure of FK506: a novel immunosuppressant isolated from Streptomyces. *J. Am. Chem. Soc.* 109:5031–33

15. Morris RE, Meiser BM. 1989. Identification of a new pharmacologic action for an old compound. *Med. Sci. Res.* 17:609–10

16. Dumont F, Melino M, Staruch M, Koprak S, Fischer P, Sigal N. 1990. The immunosuppressive macrolides FK-506 and rapamycin act as reciprocal antagonists in murine T cells. *J. Immunol.* 144:1418–24

17. Dumont F, Staruch M, Koprak S, Melino M, Sigal N. 1990. Distinct mechanisms of suppression of murine T cell activation by the related macrolides FK-506 and rapamycin. *J. Immunol.* 144:251–58

18. Calne RY, Lim S, Samaan A, Collier DSJ, Pollard SG, White DJG, Thirce S. 1989. Rapamycin for immunosuppression in organ allografting. *Lancet* 2:227

19. Morris RE. 1991. Rapamycin: FK506's fraternal twin or distant cousin? *Immunol. Today.* 12:137–40

20. Eng CP, Gullo-Brown J, Chang JY, Sehgal SN. 1991. Inhibition of skin graft rejection in mice by rapamycin: a novel immunosuppressive macrolide. *Transplant. Proc.* 23:868–69

21. Dono K, Wood ML, Ozato H, Otsu I, Gottschalk R, Maki T, Monaco AP. 1995. Marked prolongation of rat skin xenografts induced by intrathymic injection of xenogeneic splenocytes and a short course of rapamycin in antilymphocyte serum-treated mice. *Transplantation* 59:929–32

22. Morris RE, Wu J, Shorthouse R. 1990. A study of the contrasting effects of cyclosporine, FK 506, and rapamycin on the suppression of allograft rejection. *Transplant. Proc.* 22:1638–41

23. Collier DSJ, Calne R, Thiru S, Lim S, Pollard SG, Barron P, Da Costa M, White DJG. 1990. Rapamycin in experimental renal allografts in dogs and pigs. *Transplant. Proc.* 22:1674–75

24. Granger DK, Cromwell JW, Chen SC, Goswitz JJ, Morrow DT, Beierle FA, Sehgai SN, Canafax DM, Matas AJ. 1995. Prolongation of renal allograft survival in a large animal model by oral rapamycin monotherapy. *Transplantation* 59:183–86

25. Chen H, Xu D, Qi S, Wu J, Luo H, Daloze P. 1995. Rapamycin graft pretreatment in small bowel and kidney transplantation in the rat. *Transplantation* 59:1084–89

26. Collier DSJ, Calne RY, Pollard SG, Friend PJ, Thiru S. 1991. Rapamycin in experimental renal allografts in primates. *Transplant. Proc.* 23:2246–47

27. Morris RE, Meiser BM, Wu J, Shorthouse R, Wang J. 1991. Use of rapamycin for the suppression of alloimmune reactions in vivo: schedule dependence, tolerance induction, synergy with cyclosporin, and FK 506, and effect of host-versus-graft and graft-versus-host reactions. *Transplant. Proc.* 23:521–24

28. Kahan BD, Chang JY, Sehgal SN. 1991. Preclinical evaluation of a new potent immunosuppressive agent, rapamycin. *Transplantation* 52:185–91

29. DiJoseph JF, Sharma RN, Chang JY. 1992. The effect of rapamycin on kidney function in the Sprague-Dawley rat. *Transplantation* 53:507–13

WYTM007659

HIGHLY CONFIDENTIAL

A1530

30. Whiting PH, Woo J, Adam BJ, Hasan NU, Davidson RJL, Thomson AW. 1991. Toxicity of rapamycin—a comparative and combination study with cyclosporine at immunotherapeutic dosage in the rat. *Transplantation* 52:203–8

31. Collier DSJ, Calne RY, Thiru S, Friend PJ, Lim S, White DJG, Kohno H, Levickis J. 1988. FK506 in experimental renal allografts in dogs and primates. *Transplant. Proc.* 20:S226–28

32. Morris RE. 1992. Rapamycins: antifungal, antitumor, antiproliferative, and immunosuppressive macrolides. *Transplant. Rev.* 6:8739–33

33. Brown EJ, Albers MW, Shin TB, Ichikawa K, Keith CT, Lane WS, Schreiber SL. 1994. A mammalian protein targeted by G1-arresting rapamycin-receptor complex. *Nature* 369:756–58

34. Ryffel B. 1986. Cyclosporin: toxicology—experimental studies. *Prog. Allergy.* 39:181–97

35. Shapiro R, Fung JJ, Jain AB, Parks P, Todo S, Starzl TE. 1990. The side effects of FK506 in humans. *Transplant. Proc.* 22:35–36

36. Sehgal SN. 1993. Immunosuppressive profile of rapamycin. *Ann. NY Acad. Sci.* 696:1–8

37. Groth C-G, Ohlman S, Gannedahl G, Ericzon B-G. 1993. New immunosuppressive drugs in transplantation. *Transplant. Proc.* 25:2681–83

38. Borman S. 1994. Immunosuppressant drugs: rapamycin target protein found. *C & EN* July 4, 6–7

39. Knight R, Ferraresso M, Serino F, Katz S, Lewis R, Kahan BD. 1993. Low-dose rapamycin potentiates the effects of subtherapeutic doses of cyclosporine to prolong renal allograft survival in the mongrel canine model. *Transplantation* 55:947–49

40. Lin C, Boltz R, Siekierka J, Sigal N. 1991. FK-506 and cyclosporin A inhibit highly similar signal transduction pathways in human T lymphocytes. *Cell. Immun.* 133:269–84

41. Tocci M, Matkovich D, Collier K, Kwok P, Dumont F, Lin S, Degudicibus S, Siekierka J, Chin J, Hutchinson N. 1989. The immunosuppressant FK506 selectively inhibits expression of early T cell activation genes. *J. Immunol.* 143:718–26

42. Koletsky AJ, Harding MW, Handschumacher RE. 1986. Cyclophilin: distribution and variant properties in normal and neoplastic tissues. *J. Immunol.* 137:1054–59

43. Siekierka JJ, Wiederrecht G, Greulich H,

Boulton D, Hung SHY, Cryan J, Hodges PJ, Sigal NH. 1990. The cytosolic binding protein for the immunosuppressant FK-506 is both a ubiquitous and highly conserved peptidyl-prolyl *cis-trans* isomerase. *J. Biol. Chem.* 265:21011–15

44. Harding MW, Handschumacher RE, Speicher DW. 1986. Isolation and amino acid sequence of cyclophilin. *J. Biol. Chem.* 261:8547–55

45. Siekierka JJ, Hung SHY, Poe M, Lin CS, Sigal NH. 1989. A cytosolic binding protein for the immunosuppressant FK-506 has peptidyl-prolyl isomerase activity but is distinct from cyclophilin. *Nature* 341:755–57

46. Harding MW, Galat A, Uehling DE, Schreiber SL. 1989. A receptor for the immunosuppressant FK-506 is a *cis-trans* peptidyl-prolyl isomerase. *Nature* 341:758–60

47. Takahashi N, Hayano R, Suzuki M. 1989. Peptidyl-prolyl *cis-trans* isomerase is the cyclosporin A-binding protein cyclophilin. *Nature* 337:473–75

48. Fischer G, Wittmann L, Lang K, Kiefhaber T, Schmid F. 1989. Cyclophilin and peptidyl-prolyl *cis-trans* isomerase are probably identical proteins. *Nature* 337:476–78

49. Harrison RK, Stein RL. 1990. Substrate specificities of the peptidyl prolyl *cis-trans* isomerase activities of cyclophilin and FK-506 binding protein: evidence for the existence of a family of distinct enzymes. *Biochemistry* 29:3813–16

50. Bierer BE, Somers PK, Wandless TJ, Burakoff SL, Schreiber SL. 1990. Probing immunosuppressant action with a nonnatural immunophilin ligand. *Science* 250:556–59

51. Sigal NH, Dumont F, Durette P, Siekierka JJ, Peterson L, Rich DH, Dunlap BE, Staruch MJ, Melino MR, Koprak SL, Williams D, Witzel B, Pisano JM. 1991. Is cyclophilin involved in the immunosuppressive and nephrotoxic mechanism of action of cyclosporin A? *J. Exp. Med.* 173:619–28

52. Dumont F, Kastner C, Iaccovone F, Fischer P. 1994. Quantitative and temporal analysis of the cellular interaction of FK-506 and rapamycin in T lymphocytes. *J. Pharmacol. Exp. Ther.* 268:32–41

53. Schreiber SL, Crabtree GR. 1992. The mechanism of action of cyclosporin A and FK506. *Immunol. Today* 13:136–42

54. Friedman J, Weissman I. 1991. Two cytoplasmic candidates for immunophilin action are revealed by affinity for a new cy-

WYTM007660
HIGHLY CONFIDENTIAL

A1531

clophilin: one in the presence and one in the absence of CsA. *Cell* 66:799–806

55. Liu J, Farmer JD, Lane WS, Friedman J, Weissman I, Schreiber SL. 1991. Calcineurin is a common target of cyclophilin-cyclosporin A and FKBP-FK506 complexes. *Cell* 66:807–15

56. O'Keefe S, Tamura J, Kincaid R, Tocci M, O'Neill E. 1992. FK-506- and CsA-sensitive activation of the interleukin-2 promoter by calcineurin. *Nature* 357:692–94

57. Clipstone N, Crabtree G. 1992. Identification of calcineurin as a key signalling enzyme in T-lymphocyte activation. *Nature* 357:695–97

58. Sigal N, Dumont F. 1992. Cyclosporin A, FK-506, and rapamycin: pharmacologic probes of lymphocyte signal transduction. *Annu. Rev. Immunol.* 10:519–60

59. Siekierka JJ. 1994. Probing T-cell signal transduction pathways with the immunosuppressive drugs, FK-506 and rapamycin. *Immunol. Res.* 13:110–16

60. Crabtree GR, Clipstone NA. 1994. Signal transmission between the plasma membrane and nucleus of T lymphocytes. *Annu. Rev. Biochem.* 63:1045–83

61. Clardy J. 1995. The chemistry of signal transduction. *Proc. Natl. Acad. Sci. USA* 92:56–61

62. Griffith JP, Kim JL, Kim EE, Sintchak MD, Thomson JA, Fitzgibbon MJ, Fleming MA, Caron PR, Hsiao K, Navia MA. 1995. X-ray structure of calcineurin inhibited by the immunophilin-immunosuppressant FKBP12-FK506 complex. *Cell* 82:507–22

63. Bierer B, Mattila P, Standaert R, Herzenberg L, Burakoff S, Crabtree G, Schreiber S. 1990. Two distinct signal transmission pathways in T lymphocytes are inhibited by complexes formed between an immunophilin and either FK506 or rapamycin. *Proc. Natl. Acad. Sci. USA* 87:9231–35

64. Van Duyne GD, Standaert RF, Schreiber SL, Clardy J. 1991. Atomic structure of the rapamycin-human immunophilin FKBP-12 complex. *J. Am. Chem. Soc.* 113:7433–34

65. Van Duyne G, Standaert R, Karplus P, Schreiber S, Clardy J. 1991. Atomic structure of FKBP-FK506, an immunophilin-immunosuppressant complex. *Science* 252:839–42

66. Wiederrecht G, Etzkorn F. 1994. The immunophilins. *Perspect. Drug Discovery & Design* 2:57–84

67. Galat A. 1993. Peptidylproline *cis-trans*-isomerases: immunophilins. *Eur. J. Biochem.* 216:689–707

68. Lam E, Martin M, Wiederrecht G. 1995. Isolation of a cDNA encoding a novel human FK506-binding protein homolog containing leucine zipper and tetratricopeptide repeat motifs. *Gene* 160:297–302

69. Galat A, Lane W, Standaert R, Schreiber S. 1992. A rapamycin-selective 25-kDa immunophilin. *Biochemistry* 31:2427–34

70. Fruman D, Wood M, Gjertson C, Katz H, Burakoff S, Bierer B. 1995. FK506 binding protein 12 mediates sensitivity to both FK506 and rapamycin in murine mast cells. *Eur. J. Immunol.* 25:563–71

71. Lam E, Martin MM, Timerman AP, Sabers C, Fleischer S, Lukas T, Abraham RT, O'Keefe SJ, O'Neill EA, Wiederrecht GJ. 1995. A novel FK506 binding protein can mediate the immunosuppressive effects of FK506 and is associated with the cardiac ryanodine receptor. *J. Biol. Chem.* 270: 26511–22

72. Jayaraman T, Brillantes A-M, Timerman A, Fleischer S, Erdjument-Bromage H, Tempst P, Marks A. 1992. FK506 binding protein associated with the calcium release channel (ryanodine receptor). *J. Biol. Chem.* 267:9474–77

73. Timerman A, Ogunbunmi E, Freund E, Wiederrecht G, Marks A, Fleischer S. 1993. The calcium release channel of sarcoplasmic reticulum is modulated by FK-506-binding protein. *J. Biol. Chem.* 268:22992–99

74. Timerman A, Wiederrecht G, Marcy A, Fleischer S. 1995. Characterization of an exchange reaction between soluble FKBP12 and the FKBP-ryanodine receptor complex: modulation by FKBP mutants deficient in peptidyl-prolyl isomerase activity. *J. Biol. Chem.* 270:2451–59

75. Brillantes A-M, Ondrias K, Scott A, Kobrinsky E, Ondrisova E, Moschella M, Jayaraman T, Landers M, Ehrlich B, Marks A. 1994. Stabilization of calcium release channel (ryanodine receptor) function by FK506-binding protein. *Cell* 77:513–23

76. Mayrleitner M, Timerman A, Wiederrecht G, Fleischer S. 1994. The calcium release channel of sarcoplasmic reticulum is modulated by FK-506 binding protein: effect of FKBP-12 on single channel activity of the skeletal muscle ryanodine receptor. *Cell Calcium* 15:99–108

77. Cameron AD, Steiner JP, Sabatini DM, Kaplin AI, Walensky LD, Snyder SH.

WYTM007661

HIGHLY CONFIDENTIAL

A1532

508     ABRAHAM & WIEDERRECHT

1995. Immunophilin FK506 binding protein associated with inositol 1,4,5-triphosphate receptor modulates calcium flux. *Proc. Natl. Acad. Sci. USA* 92:1784–88

78. Koltin Y, Faucette L, Bergsma D, Levy M, Cafferkey R, Koser P, Johnson R, Livi G. 1991. Rapamycin sensitivity in *Saccharomyces cerevisiae* is mediated by a peptidyl-prolyl *cis-trans* isomerase related to human FK506 binding protein. *Mol. Cell. Biol.* 11:1718–23

79. Heitman J, Movva NR, Hall MN. 1991. Targets for cell cycle arrest by the immunosuppressant rapamycin in yeast. *Science* 253:905–9

80. Kunz J, Henriquez R, Schneider U, Deuter-Reinhard M, Rao Movva N, Hall M. 1993. Target of rapamycin in yeast, TOR2, is an essential phosphatidyl kinase homolog required for G1 progression. *Cell* 73:585–96

81. Cafferkey R, Young P, McLaughlin M, Bergsma D, Koltin Y, Sathe G, Faucette L, Eng W-K, Johnson R, Livi G. 1993. Dominant missense mutations in a novel yeast protein related to mammalian phosphatidylinositol 3-kinase and VPS34 abrogate rapamycin cytotoxicity. *Mol. Cell. Biol.* 13:6012–23

82. Helliwell S, Wagner P, Kunz J, Deuter-Reinhard M, Henriquez R, Hall M. 1994. TOR1 and TOR2 are structurally and functionally similar but not identical phosphatidylinositol kinase homologues in yeast. *Mol. Biol. Cell.* 5:105–18

83. Zheng X-F, Fiorentino D, Chen J, Crabtree GR, Schreiber SL. 1995. TOR kinase domains are required for two distinct functions, only one of which is inhibited by rapamycin. *Cell* 82:121–30

84. Cafferkey R, McLaughlin M, Young P, Johnson R, Livi G. 1994. Yeast TOR (DRR) proteins: amino-acid sequence alignment and identification of structural motifs. *Gene* 141:133–36

85. Herman PK, Emr SD. 1990. Characterization of VPS34, a gene required for vacuolar protein sorting and vacuole segregation in *Saccharomyces cerevisiae*. *Mol. Cell. Biol.* 10:6742–54

86. Kato R, Ogawa H. 1994. An essential gene, ESR1, is required for mitotic cell growth, DNA repair, and meiotic recombination in *Saccharomyces cerevisiae*. *Nucleic Acids Res.* 22:3104–12

87. Savitsky K, Bar-Shira A, Gilad S, Rotman G, Ziv Y, Vanagaite L, Tagle DA, Smith S, Uziel T, Sfez S, Ashkenazi M, Pecker I, Frydman M, Harnik R, Patan-

jali SR, Simmons A, Clines GA, Sartiel A, Gatti RA, Chessa L, Sanal O, Lavin MF, Jaspers NGJ, Taylor AMR, Arlett CF, Miki T, Weissman SM, Lovett M, Collins FS, Shiloh Y. 1995. A single ataxia telangiectasia gene with a product similar to PI-3 kinase. *Science* 268:1749–53

88. Stan R, McLaughlin M, Cafferkey R, Johnson R, Rosenberg M, Livi G. 1994. Interaction between FKBP12-rapamycin and TOR involves a conserved serine residue. *J. Biol. Chem.* 269:32,027–30

89. Barbet N, Schneider U, Helliwell S, Stansfield I, Tuite M, Hall M. 1995. TOR controls translation initiation and early G1 progression in yeast. *Mol. Biol. Cell* In press

90. Sabatini DM, Erdjument-Bromage H, Lui M, Tempst P, Snyder SH. 1994. RAFT1: a mammalian protein that binds to FKBP12 in a rapamycin-dependent fashion and is homologous to yeast TORs. *Cell* 78:35–43

91. Sabers C, Martin M, Brunn G, Williams J, Dumont F, Wiederrecht G, Abraham R. 1994. Isolation of a protein target of the FKBP12-rapamycin complex in mammalian cells. *J. Biol. Chem.* 270:815–22

92. Chen Y, Chen H, Rhoad AE, Warner L, Caggiano TJ, Failli A, Zhang H, Hsiao C-L, Nakanishi K, Molnar-Kimber KL. 1994. A putative sirolimus (rapamycin) effector protein. *Biochem. Biophys. Res. Comm.* 203:1–7

93. Chiu MI, Katz H, Berlin V. 1994. RAPT1, a mammalian homolog of yeast Tor, interacts with the FKBP12/rapamycin complex. *Proc. Natl. Acad. Sci. USA* 91:12,574–78

94. Dumont FJ, Altmeyer A, Kastner C, Fischer PA, Lemon KP, Chung J, Blenis J, Staruch MJ. 1994. Relationship between multiple biologic effects of rapamycin and the inhibition of pp70S6 protein kinase activity. *J. Immunol.* 152:992–1003

95. Chen J, Zheng X-F, Brown EJ, Schreiber SL. 1995. Identification of an 11-kDa FKBP12-rapamycin-binding domain within the 289-kDa FKBP12-rapamycin-associated protein and characterization of a critical serine residue. *Proc. Natl. Acad. USA* 92:4947–51

96. Morice W, Brunn G, Wiederrecht G, Siekierka J, Abraham R. 1993. Rapamycin-induced inhibition of p34<sup>cdc2</sup> kinase activation is associated with G1/S-phase growth arrest in T lymphocytes. *J. Biol. Chem.* 268:3734–38

97. Albers M, Williams R, Brown E, Tanaka A, Hall F, Schreiber S. 1993. FKBP-

WYTM007662
HIGHLY CONFIDENTIAL

A1533

rapamycin inhibits a cyclin-dependent kinase activity and a cyclin D1-cdk association in early G1 of an osteosarcoma cell line. *J. Biol. Chem.* 268:22,825–29

98. Chung J, Kuo C, Crabtree G, Blenis J. 1992. Rapamycin-FKBP specifically blocks growth-dependent activation of and signaling by the 70 kD S6 protein kinases. *Cell* 69:1227–36

99. Ahrneyer A, Dumont F. 1993. Rapamycin inhibits IL-1-mediated interferon-γ production in the YAC-1 T cell lymphoma. *Cytokine* 5:133–43

100. Dumont F, Kastner C. 1994. Transforming growth factor β1 inhibits interleukin-1-induced but enhances ionomycin-induced interferon-γ production in a T cell lymphoma: comparison with the effects of rapamycin. *J. Cell. Physiol.* 160:141–53

101. Bierer BE, Schreiber SL, Burakoff SJ. 1991. The effect of the immunosuppressant FK506 on alternate pathways of T cell activation. *Eur. J. Immunol.* 21:439–45

102. Ghosh P, Tan TH, Rice NR, Sica A, Young HA. 1993. The interleukin 2 CD28-responsive complex contains at least three members of the NFκB family: c-Rel, p50, and p65. *Proc. Natl. Acad. Sci. USA* 90:696–700

103. Lai J-H, Tan T-H. 1994. CD28 signaling causes a sustained down-regulation of IκBα which can be prevented by the immunosuppressant rapamycin. *J. Biol. Chem.* 269:30,077–80

104. Price D, Grove J, Calvo V, Avruch J, Bierer B. 1992. Rapamycin-induced inhibition of the 70-kilodalton S6 protein kinase. *Science* 257:973–77

105. Kuo C, Chung J, Fiorentino D, Flanagan W, Blenis J, Crabtree G. 1992. Rapamycin selectively inhibits interleukin-2 activation of p70 S6 kinase. *Nature* 358:70–73

106. Calvo V, Crews C, Vik T, Bierer B. 1992. Interleukin 2 stimulation of p70 S6 kinase activity is inhibited by the immunosuppressant rapamycin. *Proc. Natl. Acad. Sci. USA* 89:7571–75

107. Weng Q-P, Andrabi K, Kozlowski MT, Grove JR, Avruch J. 1995. Multiple independent inputs are required for activation of the p70S6 kinase. *Mol. Cell. Biol.* 15:2333–40

108. Cheatham L, Monfar M, Blenis J. 1995. Structural and functional analysis of pp70^S6K regulation. *Proc. Natl. Acad. Sci. USA.* 92:11696–700

109. Lane H, Fernandez A, Lamb N, Thomas G. 1993. p70^S6K function is essential for G1 progression. *Nature* 363:170–72

110. Hershey JWB. 1991. Translational control in mammalian cells. *Annu. Rev. Biochem.* 60:717–55

111. Sonenberg N. 1993. Remarks on the mechanism of ribosome binding to eukaryotic mRNAs. *Gene Exp.* 3:317–23

112. Pause A, Belsham GJ, Gingras A-C, Donz O, Lin T-A, Lawrence JC, Sonenberg N. 1994. Insulin-dependent stimulation of protein synthesis by phosphorylation of a regulator of 5′-cap function. *Nature* 371:762–67

113. Lin T-A, Kong X, Haystead TAJ, Pause A, Belsham G, Sonenberg N, Lawrence JC. 1994. PHAS-1 as a link between mitogen-activated protein kinase and translation initiation. *Science* 266:653–56

114. Lin T-A, Kong X, Saltiel AR, Blackshear PJ, Lawrence JC. 1995. Control of PHAS-I by insulin in 3T3-L1 adipocytes. *J. Biol. Chem.* 270:18,531–38

115. Jefferies H, Reinhard C, Kozma S, Thomas G. 1994. Rapamycin selectively represses translation of the "polypyrimidine tract" mRNA family. *Proc. Natl. Acad. Sci. USA* 91:4441–45

116. Terada N, Patel H, Takase K, Kohno K, Nairn A, Gelfand E. 1994. Rapamycin selectively inhibits translation of mRNAs encoding elongation factors and ribosomal proteins. *Proc. Natl. Acad. Sci. USA* 91:11,477–81

117. Sherr C. 1993. Mammalian G1 cyclins. *Cell* 73:1059–65

118. Sherr CJ. 1994. G1 phase progression: cycling on cue. *Cell* 79:11,477–81

119. Murray A. 1994. Cell cycle checkpoints. *Curr. Opin. Cell Biol.* 79:551–55

120. Nurse P. 1994. Ordering S phase and M phase in the cell cycle. *Cell* 79:547–50

121. King RW, Jackson PK, Kirschner MW. 1994. Mitosis in transition. *Cell* 79:563–71

122. Pardee AB. 1989. G1 events and regulation of cell proliferation. *Science* 246:603–08

123. Morice W, Wiederrecht G, Brunn G, Siekierka J, Abraham R. 1993. Rapamycin inhibition of interleukin-2-dependent p33^cdk2 and p34^cdc2 kinase activation in T lymphocytes. *J. Biol. Chem.* 268:22,737–45

124. Sherr CJ, Roberts JM. 1995. Inhibitors of mammalian G1 cyclin-dependent kinases. *Genes Develop.* 9:1149–63

125. Polyak K, Kato J-Y, Solomon M, Sherr C, Massague J, Roberts J, Koff A. 1994. p27^Kip1, a cyclin-cdk inhibitor, links transforming growth factor-β and contact inhibition to cell cycle arrest. *Genes Develop.* 8:9–22

WYTM007663
HIGHLY CONFIDENTIAL

510      ABRAHAM & WIEDERRECHT

126. Toyoshima H, Hunter T. 1994. p27, a novel inhibitor of G1 cyclin/cdk protein kinase activity, is related to p21. *Cell* 78:67–74

127. Slingerland J, Hengst L, Pan C-H, Alexander D, Stampfer M, Reed S. 1994. A novel inhibitor of cyclin-cdk activity detected in transforming growth factor β-arrested epithelial cells. *Mol. Cell. Biol.* 14:3683–94

128. Polyak K, Lee M-H, Erdjument-Bromage H, Koff A, Roberts J, Tempst P, Massague J. 1994. Cloning of p27$^{Kip1}$, a cyclin-dependent kinase inhibitor and a potential mediator of extracellular antimitogenic signals. *Cell* 78:59–66

129. Firpo E, Koff A, Solomon M, Roberts J. 1994. Inactivation of a cdk2 inhibitor during interleukin 2-induced proliferation of human T lymphocytes. *Mol. Cell. Biol.* 14:4889–4901

130. Nourse J, Firpo E, Flanagan W, Coats S, Polyak D, Lee M-H, Massague J, Crabtree G, Roberts J. 1994. Interleukin-2-mediated elimination of the p27$^{Kip1}$ cyclin-dependent kinase inhibitor prevented by rapamycin. *Nature* 372:570–73

131. Pagano M, Tam SW, Theodoras AM, Beer-Romero P, Del Sal G, Chau V, Yew PR, Draetta GF, Rolfe M. 1995. Role of the ubiquitin-proteasome pathway in regulating abundance of the cyclin-dependent kinase inhibitor p27. *Science* 269:682–85

132. Terada N, Lucas J, Szepesi A, Franklin R, Domenico J, Gelfand E. 1993. Rapamycin blocks cell cycle progression of activated T cells prior to events characteristic of the middle to late G1 phase of the cycle. *J. Cell. Phys.* 154:7–15

133. Arakawa H, Nagase H, Hayashi N, Fujiwara T, Ogawa M, Shin S, Nakamura Y. 1994. Molecular cloning and expression of a novel human gene that is highly homologous to human FK506-binding protein 12kDa (hFKBP-12) and characterization of two alternatively spliced transcripts. *Biochem. Biophys. Res. Comm.* 200:836–43

134. Baughman G, Wiederrecht G, Campbell NF, Martin MM, Bourgeois S. 1995. FKBP51, a novel T-cell specific immunophilin capable of calcineurin inhibition. *Mol. Cell. Biol.* 15:4395–4402

135. Brown E, Beal PA, Keith CT, Chen J, Shin TB, Schreiber SL. 1995. Control of p70 S6 kinase by kinase activity of FRAP in vivo. *Nature* 377:442–46

WYTM007664
HIGHLY CONFIDENTIAL

A1535