199. A.S. Mistry, A.R. Barron, A.G. Mikos, and J.A. Jansen, "Degradation and Biocompatibility of a PPF-Based/Alumoxane Nanocomposite for Bone Tissue Engineering," Abstr. BMES Meeting, Abstract 753 (September 2005).

200. Z.S. Patel, Y. Tabata, and A.G. Mikos, "In Vitro Release of Vascular Endothelial Growth Factor from Gelatin Microparticles," Abstr. BMES Meeting, Abstract 1066 (September 2005).

201. A.G. Mikos, "Trends in Tissue Engineering Research: An Editor's Perspective," Abstr. TESi Meeting, Abstract Spe-2 (October 2005).

202. A.S. Mistry, M. Hacker, A.R. Barron, and A.G. Mikos, "Accelerated Degradation of a PPF-Based/Alumoxane Nanocomposite for Bone Tissue Engineering: Mechanical Properties and Macromolecular Structure," Abstr. TESi Meeting, Abstract 62 (October 2005).

203. N. Datta, Q.P. Pham, U. Sharma, V.I. Sikavitsas, J.A. Jansen, and A.G. Mikos, "In Vitro Generated Extracellular Matrix and Fluid Shear Stress Synergistically Enhance 3D Osteoblastic Differentiation," Abstr. TESi Meeting, Abstract 81 (October 2005).

204. H. Park, J.S. Temenoff, and A.G. Mikos, "Injectable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Composites for Concurrent Delivery of Marrow Stromal Cells and Growth Factors," Abstr. TESi Meeting, Abstract 212 (October 2005).

205. U. Sharma, Q.P. Pham, N. Datta, and A.G. Mikos, "Using Bone-like ECM Produced In Vitro to Influence Osteoblastic Differentiation of Marrow Stromal Cells," Abstr. AIChE Meeting, Abstract 495e (November 2005).

206. H. Park, T.A. Holland, J.S. Temenoff, and A.G. Mikos, "Injectable Biodegradable Hydrogel Composites for Cell and Growth Factor Delivery for Cartilage Tissue Engineering," Abstr. Intern. Cartilage Repair Soc. Symp., 6, Abstract P3-2 (January 2006).

207. M.C. Hacker and A.G. Mikos, "Design of Injectable Biodegradable Polymers for Tissue Regeneration," Abstr. Sci. Confer. Soc. Phys. Regul. Biol. Med., 24, Abstract 57 (January 2006).

208. M.C. Hacker, B.B. Ma, and A.G. Mikos, "Macromers for Injectable Cell Carriers for Tissue Engineering Applications," Abstr. Sci. Confer. Soc. Phys. Regul. Biol. Med., 24, Abstract 85 (January 2006).

209. A.G. Mikos, "Bioreactors for Bone Tissue Engineering," Abstr. Regenerate World Congr. Tissue Eng. Regen. Med., Abstract Orthopedic II-1 (April 2006).

210. B. Sitharaman, L.A. Tran, P.P. Spicer, I. Rusakova, A.G. Mikos, and L.J. Wilson, "Fabrication and Characterization of Carbon Nanostructure In Situ Crosslinkable Composites for Bone Tissue Engineering," Abstr. Regenerate World Congr. Tissue Eng. Regen. Med., Abstract 254 (April 2006).

211. A.G. Mikos, "Nanobiomaterials for Tissue Engineering," Abstr. Biochem. Eng. Conf. & Symp. Nanomed. Tissue Eng., 11, Abstract 01-001 (June 2006).

212. M.C. Hacker, J.D. Kretlow, L. Klouda, B.B. Ma, and A.G. Mikos, "Synthesis and Characterization of Novel Calcium-Binding Macromers for Injectable Tissue Engineering," Abstr. BMES Meeting, Abstract 935 (October 2006).

213. A. Haesslein, M.C. Hacker, H. Ueda, D.M. Ammon, R.N. Borazjani, J.F. Kunzler, J.C. Salamone, and A.G. Mikos, "Long-Term Release of Glaucoma Therapeutics from Photo-Crosslinked Poly(Propylene Fumarate) Matrices," Abstr. BMES Meeting, Abstract 1504 (October 2006).

A2254

214. A.G. Mikos, "Delivery of DNA, Proteins, and Cells with Injectable Hydrogels," Abstr. AIChE Meeting, Abstract 155a (November 2006).

215. E. Christenson, W. Soofi, N. Cameron, and A.G. Mikos, "Biodegradable Fumarate-Based PolyHIPEs as Tissue Engineering Scaffolds," Abstr. AIChE Meeting, Abstract 171b (November 2006).

216. M.B. Murphy and A.G. Mikos, "The Hydroxyapatite Affinity and Binding Kinetics of Peptides Modified with Bisphosphonates, Poly(Aspartic Acid), and Poly(Glutamic Acid)," Abstr. AIChE Meeting, Abstract 173f (November 2006).

217. M.C. Hacker, L. Klouda, B.B. Ma, J.D. Kretlow, and A.G. Mikos, "Novel Thermally Responsive Macromers for the Fabrication of Injectable, In Situ Crosslinkable Hydrogels," Abstr. AIChE Meeting, Abstract 190a (November 2006).

218. U. Sharma, Q. Pham, and A.G. Mikos, "Flow Perfusion Culture of Marrow Stromal Cells on Electrospun Polycaprolactone Scaffolds," Abstr. AIChE Meeting, Abstract 680d (November 2006).

219. A.G. Mikos, "Injectable Hydrogels for Stem Cell Delivery," Abstr. Intern. Collab. Symp. Stem Cell Res., 1, Abstract 49 (December 2006).

220. A.G. Mikos, "Nanobiomaterials for Tissue Engineering," Intern. Conf. Biomed. Pharm. Eng., Abstract P-1 (December 2006).

221. A.G. Mikos, "Biomaterials in Tissue Engineering," Abstr. The Acad. Med. Eng. Sci. Texas Conf., Abstract Edith and Peter O' Donnell Award Recipient (January 2007).

222. A.G. Mikos, "Delivery of DNA, Proteins, and Cells with Injectable Hydrogels," Abstr. Musculoskel. Biol. Stem Cells Clin. Transl. Symp., Abstract 15 (January 2007).

223. E.M. Christenson, W. Soofi, J.L. Holmes, N.R. Cameron, and A.G. Mikos, "Biodegradable PolyHIPEs as Tissue Engineering Scaffolds for Craniofacial Reconstruction," Abstr. IADR Meeting, Abstract 1598 (March 2007).

224. F.K. Kasper, Q.P. Pham, and A.G. Mikos, "Generation of Tissue Engineering Scaffolds with a Flow Perfusion Bioreactor," Abstr. Intern. Bone Fluid Flow Workshop, 8, Abstract 30 (September 2007).

225. K. Kim, D. Dean, A.G. Mikos, and J.P. Fisher, "Effect of Cell Seeding Density on Osteogenic Signaling of Bone Marrow Stromal Cells in 3D Scaffolds," Abstr. BMES Meeting, Abstract P1.182 (September 2007).

226. A.G. Mikos, "Biomaterials in Tissue Engineering," Abstr. BMES Meeting, Abstract Robert A. Pritzker Distinguished Lecturer Award Recipient (September 2007).

227. S. Young, C. Nguyen, J.D. Kretlow, A.G. Mikos, and M. Wong, "Poly(Propylene Fumarate) Scaffolds with Surface Porosity for Space Maintenance of Mandibular Defects," J. Oral Maxillofac. Surg., 65, Abstract 36.e1 (October 2007).

228. C. Nguyen, S. Young, J.D. Kretlow, M. Wong, and A.G. Mikos, "Soft Tissue Response to Implantation of Hybrid Poly(Propylene Fumarate) Scaffolds in a Critical Size Mandibular Defect," J. Oral Maxillofac. Surg., 65, Abstract 43.e66-67 (October 2007).

229. A.S. Mistry, Q. Pham, C. Schouten, T. Yeh, A.G. Mikos, and J.A. Jansen, "In Vivo Hard Tissue Response and Degradation of Porous Fumarate-Based Polymer/Alumoxane Nanocomposites for Bone Tissue Engineering," Abstr. AIChE Meeting, Abstract 134a (November 2007).

230. L. Klouda, M.C. Hacker, J.D. Kretlow, and A.G. Mikos, "Synthesis and Characterization of Novel Thermoresponsive, Chemically Crosslinkable Macromers for the Fabrication of In Situ Forming Hydrogels," Abstr. HSEMB Confer., 25, Abstract 180 (February 2008).

A2255

231. J.D. Kretlow, M.C. Hacker, L. Klouda, and A.G. Mikos, "Injectable Calcium-Binding Macromers for Bone Tissue Engineering," Abstr. HSEMB Confer., 25, Abstract 181 (February 2008).

232. H. Park, J.S. Temenoff, Y. Tabata, A.I. Caplan, R.M. Raphael, J.A. Jansen, and A.G. Mikos, "Effect of Dual Growth Factor Delivery on Chondrogenic Differentiation of Rabbit Marrow Mesenchymal Stem Cells Encapsulated in Injectable Hydrogel Composites," Abstr. HSEMB Confer., 25, Abstract 199 (February 2008).

233. X. Guo, H. Park, and A.G. Mikos, "In Vitro Osteogenic Differentiation of Rabbit Mesenchymal Stem Cells Encapsulated in Biodegradable Hydrogel Composites," Abstr. HSEMB Confer., 25, Abstract 200 (February 2008).

234. A.G. Mikos, "Synthetic Scaffolds for Tissue Engineering," Tissue Eng. Regen. Med., 5, Abstract IL-11 (June 2008).

235. F.K. Kasper, R.A. Thibault, and A.G. Mikos, "Mineralized Extracellular Matrix Constructs for Bone Tissue Engineering," Abstr. Intern. Symp. Biomin., 10, Abstract F-01 (September 2008).

Non-Refereed Publications

1. A.G. Mikos, "Biomaterials and Tissue Engineering: Hypotheses and Perspectives," AIChE MESD Newsletter, 24, 12 (1993).

2. C.A. Vacanti and A.G. Mikos, "Letter from the Editors," Tissue Eng., 1, 1-2 (1995).

3. A.G. Mikos, "Guest Editorial," Biomaterials, 17, 81 (1996).

4. A.G. Mikos, "Guest Editorial," Biomaterials, 17, 235 (1996) (same as no. 3).

5. C.A. Vacanti and A.G. Mikos, "Letter from the Editors: On Voluntary Standards," Tissue Eng., 4, 3 (1998).

6. A.G. Mikos, "Section Five: Active Implants," in Handbook of Biomaterials Evaluation, 2nd ed., A.F. von Recum, Ed., Taylor & Francis, Washington, D.C., 1998, p. 373.

7. Y.H. Bae and A.G. Mikos, "Cells for Drug Delivery Platforms," Adv. Drug Deliv. Rev., 42, 1-2 (2000).

8. A.G. Mikos and D.J. Mooney, "Preface," J. Drug Targ., 9, 395-396 (2001).

9. J.P. Fisher and A.G. Mikos, "Section V: Tissue Engineering", in Tissue Engineering and Artificial Organs, The Biomedical Engineering Handbook, Vol. 3, 3rd Ed., J.D. Bronzino, Ed., CRC Press, Boca Raton, 2006, pp. V–1-V–4.

10. A.G. Mikos and P.C. Johnson, "Editorial: Redefining Tissue Engineering... and Our New Rapid Publication Policy," Tissue Eng., 12, 1379-1380 (2006).

11. W.T. Godbey and A.G. Mikos, "Gene Delivery for Tissue Engineering," Adv. Drug Deliv. Rev., 58, 465-466 (2006).

12. F. Bronner, M.C. Farach-Carson, and A.G. Mikos, "Preface," in Engineering of Functional Skeletal Tissues, F. Bronner, M.C. Farach-Carson, and A.G. Mikos, Eds., Topics in Bone Biology, Vol. 3, Springer-Verlag, London, 2007, pp. v-viii.

13. A. Domb and A.G. Mikos, "Matrices and Scaffolds for Drug Delivery in Tissue Engineering," Adv. Drug Deliv. Rev., 59, 185-186 (2007).

14. J.P. Fisher, A.G. Mikos, and P.C. Johnson, "Tomorrow's Tissue Engineering Triumphs Require Understanding of Today's Achievements," Tissue Eng. Part B: Reviews, 14, 1 (2008).

15. J.A. Jansen, A.G. Mikos, and P.C. Johnson, "A New Focus on the Methods of Tissue

A2256

Engineering," Tissue Eng. Part C: Methods, 14, 1 (2008).

16. J.P. Fisher, A.G. Mikos, P.C. Johnson, and J.A. Jansen, "A Continued Commitment to Quality Research in Tissue Engineering," Tissue Eng. Part A, 14, 1457-1458 (2008).

17. J.P. Fisher, A.G. Mikos, P.C. Johnson, and J.A. Jansen, "A Continued Commitment to Quality Research in Tissue Engineering," Tissue Eng. Part B: Reviews, 14, 217-218 (2008) (same as no. 16).

18. J.P. Fisher, A.G. Mikos, P.C. Johnson, and J.A. Jansen, "A Continued Commitment to Quality Research in Tissue Engineering," Tissue Eng. Part C: Methods, 14, 177-178 (2008) (same as no. 16).

19. E. Cosgriff-Hernandez and A.G. Mikos, "New Biomaterials as Scaffolds for Tissue Engineering," Pharm. Res., 25, 2345-2347 (2008).

Book Reviews

1. A.G. Mikos and N.A. Peppas, Book Review of Adhesive Chemistry: Developments and Trends, by L.-H. Lee, Ed., J. Controlled Release, 3, 212 (1986).

2. A.G. Mikos and N.A. Peppas, Book Review of Polymeric Nanoparticles and Microspheres, by P. Guiot and P. Couvreur, Eds., Polym. News, 12, 32 (1986).

3. A.G. Mikos and N.A. Peppas, Book Review of Adhesion 10, by K.W. Allen, Ed., J. Controlled Release, 4, 303-304 (1987).

4. A.G. Mikos, Book Review of Multiphase Biomedical Materials, by T. Tsuruta and A. Nakajima, Eds., J. Controlled Release, 16, 366-367 (1991).

5. A.G. Mikos, Book Review of Degradable Materials: Perspectives, Issues and Opportunities, by S.A. Barenberg, J.L. Brash, R. Narayan, and A.E. Redpath, Eds., J. Controlled Release, 17, 208 (1991).

6. J.-L. De Keyser and A.G. Mikos, Book Review of Lehrbuch der Pharmazeutischen Chemie (Translation: Textbook of Pharmaceutical Chemistry), by H. Auterhoff, J. Knabe, and H.-D. Höltje, J. Controlled Release, 18, 81 (1992).

7. A.G. Mikos, Book Review of Polymeric Biomaterials, by S. Dumitriu, Eur. J. Pharm. Biopharm., 40, 351 (1994).

8. L.J. Suggs and A.G. Mikos, Book Review of Synthesis of Biocomposite Materials, Chemical and Biological Modifications of Natural Polymers, by Y. Imanishi, J. Controlled Release, 32, 202 (1994).

9. A.C. Jen and A.G. Mikos, Book Review of Cell Mechanics and Cellular Engineering, by V.C. Mow, F. Guilak, R. Tran-Son-Tay, and R.M. Hochmuth, J. Controlled Release, 38, 95 (1996).

10. S.L. Ishaug and A.G. Mikos, Book Review of Principles of Cell Adhesion, by P.D. Richardson and M. Steiner, J. Controlled Release, 41, 296 (1996).

11. M.D. Timmer and A.G. Mikos, Book Review of Tissue Engineering and Biodegradable Equivalents: Scientific and Clinical Applications, by K.-U. Lewandrowski, D.L. Wise, D.J. Trantolo, J.D. Gresser, M.J. Yaszemski, and D.E. Altobelli, J. Controlled Release, 92, 399-400 (2003).

Presentations in National and International Meetings

A2257

1. A.G. Mikos*, C.G. Takoudis, and N.A. Peppas, "Modeling of Suspension Copolymerization/Crosslinking of Styrene," Annual AIChE Meeting, San Francisco, California, November 27, 1984.
2. A.G. Mikos, C.G. Takoudis*, and N.A. Peppas, "Integral Methods in Polymerization Reaction Engineering," Integral Methods in Science and Engineering 1985, Arlington, Texas, March 18, 1985.
3. A.G. Mikos, N.A. Peppas*, and C.G. Takoudis, "Modeling of Suspension Copolymerization/Crosslinking of Styrene with Divinylbenzene," National ACS Meeting, Miami Beach, Florida, May 1, 1985.
4. N.A. Peppas* and A.G. Mikos, "Polymer/Glycoprotein Chain Interpenetration in Bioadhesion," 12th International Symposium on Controlled Release of Bioactive Materials, Geneva, Switzerland, July 9, 1985.
5. A.G. Mikos* and N.A. Peppas, "The Kinetics of Preparation of PHEMA Microparticles by Suspension Copolymerization/Crosslinking with EGDMA," 12th International Symposium on Controlled Release of Bioactive Materials, Geneva, Switzerland, July 11, 1985.
6. N.A. Peppas* and A.G. Mikos, "Molecular Aspects of Polymer Adhesion on Mucus," National ACS Meeting, Chicago, Illinois, September 9, 1985.
7. A.G. Mikos*, C.G. Takoudis, and N.A. Peppas, "Kinetic Modelling of Copolymerization-Crosslinking Reactions," Annual AIChE Meeting, Chicago, Illinois, November 14, 1985.
8. N.A. Peppas* and A.G. Mikos, "Interfacial Phenomena Related to Bioadhesion of Polymers on the Intestinal Mucus," Annual AIChE Meeting, Chicago, Illinois, November 15, 1985.
9. N.A. Peppas* and A.G. Mikos, "Measurement of Bioadhesive Force between a Polymer Microparticle and Mucin Gels," International Biomedical Engineering Symposium, Salt Lake City, Utah, January 21, 1986.
10. A.G. Mikos and N.A. Peppas*, "Comparison of Experimental Techniques for the Measurement of the Bioadhesive Forces of Polymeric Materials with Soft Tissues," 13th International Symposium on Controlled Release of Bioactive Materials, Norfolk, Virginia, August 5, 1986.
11. N.A. Peppas* and A.G. Mikos, "The Bioadhesive Behavior of 2-Hydroxyethyl Methacrylate-Containing Copolymer Microparticles with Aqueous Gels of Bovine Submaxillary Mucin," 10th European Congress on Biomaterials, Bologna, Italy, September 15, 1986.
12. N.A. Peppas*, A.G. Mikos, B.D. Barr-Howell, and L.M. Eshelman, "Dynamic Swelling of and Drug Release from Microparticles for Swelling-Controlled Release Applications," 13th Annual Meeting of the European Society for Artificial Organs, Avignon, France, September 18, 1986.
13. N.A. Peppas* and A.G. Mikos, "Polymer Microparticles on Biological Surfaces," Annual AIChE Meeting, Miami Beach, Florida, November 5, 1986.
14. A.G. Mikos and N.A. Peppas*, "Crack Healing of Polymer-Polymer Interfaces of Linear Polymers," MRS Fall Meeting, Boston, Massachusetts, December 1, 1987.
15. A.G. Mikos* and N.A. Peppas, "Effect of Chain Entanglements on the Fracture Characteristics of Polymeric Materials," MRS Fall Meeting, Boston, Massachusetts, December 3, 1987.
16. A.G. Mikos and N.A. Peppas*, "Fracture Mechanics of Low Molecular Weight Polymers," MRS Spring Meeting, Reno, Nevada, April 5, 1988.

A2258

11/10/08

17. N.A. Peppas* and A.G. Mikos, "Kinetics of Mucus-Polymer Interactions," International CRS/APV Workshop on Bioadhesion-Possibilities and Future Trends, Leiden, The Netherlands, May 23, 1989.

18. A.G. Mikos*, A.J. Thorsen, L.A. Czerwonka, Y. Bao, D.N. Winslow, J. Stein, J. Vacanti, and R. Langer, "Preparation and Characterization of Poly(L-Lactic Acid) Foams," Annual AIChE Meeting, Chicago, Illinois, November 16, 1990.

19. A.G. Mikos* and N.A. Peppas, "Fracture Energy and Critical Strength of High Molecular Weight Glassy Polymers," MRS Fall Meeting, Boston, Massachusetts, November 28, 1990.

20. A.G. Mikos* and C. Kiparissides, "Asymmetric Membrane Formation in the Heterogeneous Polymerization of Methyl Methacrylate," MRS Fall Meeting, Boston, Massachusetts, November 29, 1990.

21. A.G. Mikos*, "Fracture of and Adhesion between Biological and Synthetic Macromolecular Materials" (LaMer Award Lecture), 65th Colloid and Surface Science Symposium, Norman, Oklahoma, June 19, 1991.

22. A.G. Mikos*, E. Mathiowitz, N.A. Peppas, and R. Langer, "A Method of Measuring Mucoadhesive Forces on Polymeric Microparticles," 18th International Symposium on Controlled Release of Bioactive Materials, Amsterdam, The Netherlands, July 9, 1991.

23. A.G. Mikos*, A.M. Whiteman, A.J. Thorsen, M.D. Lyman, J.E. Stein, S. Uyama, D.E. Ingber, J.P. Vacanti, and R. Langer, "Creep Behavior of Poly(Lactic-co-Glycolic Acid) Foams for Liver Regeneration," Annual AIChE Meeting, Los Angeles, California, November 18, 1991.

24. J.E. Stein, A.G. Mikos, D. Mooney*, G. Sarakinos, J.C. Gilbert, D.E. Ingber, J.P. Vacanti, and R. Langer, "Polymer Scaffolds for Hepatocyte Transplantation," Annual AIChE Meeting, Los Angeles, California, November 18, 1991.

25. C.A. Vacanti*, J.P. Vacanti, L. Cima, A.G. Mikos, and R. Langer, "Synthetic Biodegradable Polymers Can Be Configured to Act as a Template for Cell Transplantation and the Generation of New Cartilage and Bone," Annual AIChE Meeting, Los Angeles, California, November 18, 1991.

26. L.E. Freed*, S.B. Weinstock, A.G. Mikos, J.C. Marquis, A. Nohria, A.J. Grodzinsky, and R. Langer, "Chondrocytes Cultured on Synthetic Biodegradable Polymers Grow and Secrete a Cartilage-Like Matrix," Annual AIChE Meeting, Los Angeles, California, November 18, 1991.

27. A.G. Mikos, H.-L. Lai*, S.M. Leite, J.A. Tamada, and R. Langer, "Characterization of Degradation of Poly(L-Lactic Acid) Foams," Annual AIChE Meeting, Los Angeles, California, November 20, 1991.

28. A.G. Mikos, H.L. Wald*, G. Sarakinos, S.M. Leite, and R. Langer, "Biodegradable Cell Transplantation Devices for Tissue Regeneration," MRS Fall Meeting, Boston, Massachusetts, December 6, 1991.

29. A.G. Mikos*, D.E. Ingber, J.P. Vacanti, and R. Langer, "Hepatocyte Transplantation with Prevascularized Biodegradable Polymer Foams," 10th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, March 19, 1992.

30. A.G. Mikos*, G. Sarakinos, M.D. Lyman, D.E. Ingber, J.P. Vacanti, and R. Langer, "Prevascularization of Biodegradable Polymer Scaffolds for Hepatocyte Transplantation," National ACS Meeting, San Francisco, California, April 6, 1992.

31. A.G. Mikos*, "Biodegradable Bioadhesive Systems," 2nd Jerusalem Conference on Pharmaceutical Sciences and Clinical Pharmacology, Jerusalem, Israel, May 27, 1992.

A2259

32. A.G. Mikos*, "Biodegradable Polymers for Tissue Regeneration," 4th Hispanic and 1st Hispanic-Portuguese Congress on Biotechnology (BIOTEC-92), Santiago de Compostela, Spain, September 17, 1992.

33. A.G. Mikos*, Y. Bao, L.G. Cima, D.E. Ingber, J.P. Vacanti, and R. Langer, "Bonded Poly(Glycolic Acid) Fiber Structures for Cell Transplantation," Annual AIChE Meeting, Miami Beach, Florida, November 2, 1992.

34. K. Zygourakis and A.G. Mikos*, "Discrete Modeling of Surface Erosion of Biodegradable Copolymers," Annual AIChE Meeting, Miami Beach, Florida, November 6, 1992.

35. A.G. Mikos*, "Biodegradable Polymer Scaffolding for Tissue Regeneration and Repair," 11th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 1993.

36. A.G. Mikos*, "Biodegradable Polymer Scaffolding for Tissue Regeneration," The Monte Verità Conference 1993 on Biocompatible Materials Systems, Ascona, Switzerland, October 13, 1993.

37. M.J. Yaszemski*, A.G. Mikos, W.C. Hayes, and R. Langer, "A Temporary Replacement for Trabecular Bone: Design, Synthesis, and Characterization of a Degradable Polymeric Biomaterial," Annual AIChE Meeting, St. Louis, Missouri, November 8, 1993.

38. M.C. Wake, C.W. Patrick, Jr., and A.G. Mikos*, "Creation of Vascularized Beds for Cell Transplantation," Annual AIChE Meeting, St. Louis, Missouri, November 8, 1993.

39. R.C. Thomson*, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "A Novel Biodegradable Poly(Lactic-co-Glycolic Acid) Foam for Bone Regeneration," MRS Fall Meeting, Boston, Massachusetts, November 29, 1993.

40. S.L. Ishaug*, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Adhesion on Biodegradable Polymer Substrates," MRS Fall Meeting, Boston, Massachusetts, November 30, 1993.

41. M.J. Yaszemski*, R.G. Payne, and A.G. Mikos, "Biodegradable Polymer Composites for Temporary Replacement of Trabecular Bone: The Effect of Polymer Molecular Weight on Composite Strength," MRS Fall Meeting, Boston, Massachusetts, December 1, 1993.

42. R.G. Payne*, A.G. Mikos, and M.J. Yaszemski, "The Influence of Polymer Molecular Weight on Compressive Strength of a Composite for Use in Biodegradable Bone Cement," 12th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 10, 1994.

43. R.C. Thomson*, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Biodegradable Poly(Lactic-co-Glycolic Acid) Scaffolds to Engineer Bone," 12th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 1994.

44. S.L. Ishaug*, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Culture on Biodegradable Polymers as an In Vitro Model of Bone Regeneration," 12th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 1994.

45. M.J. Yaszemski, A.G. Mikos*, R.G. Payne, and W.C. Hayes, "Synthesis and Purification Reaction Schemes for Poly(Propylene Fumarate), A Novel Degradable Biomaterial for Orthopaedic Applications," 20th Annual Meeting of the Society For Biomaterials, Boston, Massachusetts, April 8, 1994.

A2260

46.  G.G. Giordano*, D. Lahiri-Munir, S.L. Ishaug, A.G. Mikos, and C.A. Garcia, "RPE Culture on Biodegradable Polymer Substrates," Annual ARVO (Association for Research in Vision and Ophthalmology) Meeting, Sarasota, Florida, May 4, 1994.

47.  A.G. Mikos*, R. Bizios, S.L. Ishaug, R.C. Thomson, M.C. Wake, and M.J. Yaszemski, "Polymer/Cell Constructs to Engineer Organs," 5th International ITV Conference on Biomaterials; Biohybrid Organs: Combination of Biomaterials and Cells to Functional Units, Denkendorf, Germany, June 8, 1994.

48.  R.L. Cleek*, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "Inhibition of Smooth Muscle Cell Proliferation via Controlled Release of Antisense Oligonucleotides," 21st International Symposium on Controlled Release of Bioactive Materials, Nice, France, June 28, 1994.

49.  A.G. Mikos*, T.B. Aufdemorte, R. Bizios, S.L. Ishaug, R.G. Payne, R.C. Thomson, and M.J. Yaszemski, "Osteoblast Culture on Biodegradable Polymer Scaffolds to Engineer Bone," 2nd World Congress of Biomechanics, Amsterdam, The Netherlands, July 13, 1994.

50.  A.G. Mikos*, "Bioadhesive Polymers for Controlled Drug Delivery," Surfaces in Biomaterials, Scottsdale, Arizona, September 8, 1994.

51.  R.L. Cleek, C. Stine, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos*, "Antisense Oligonucleotide Delivery Targeted to Tenascin via Biodegradable Polymer Systems to Inhibit SMC Growth," Annual BMES Fall Meeting, Tempe, Arizona, October 15, 1994.

52.  M.J. Yaszemski, R.G. Payne*, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "The Uncatalyzed Synthesis of Poly(Propylene Fumarate), Its Strength and Bone Ingrowth Characteristics as a Material for Orthopaedic Use," Annual BMES Fall Meeting, Tempe, Arizona, October 16, 1994.

53.  R.C. Thomson*, M.J. Yaszemski, J.M. Powers, and A.G. Mikos, "Fabrication of Poly(Lactic-co-Glycolic Acid)/Glass Ceramic Fiber Composite Foams for Orthopaedic Applications," Annual BMES Fall Meeting, Tempe, Arizona, October 16, 1994.

54.  G.G. Giordano*, D. Lahiri-Munhir, R.C. Thomson, S.L. Ishaug, A.G. Mikos, and C.A. Garcia, "Biodegradable Polymer Substrates for Retinal Pigment Epithelium Cell Transplantation," Annual BMES Fall Meeting, Tempe, Arizona, October 16, 1994.

55.  R.L. Cleek, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos*, "Antisense Oligonucleotides Released from a Biodegradable Polymer Matrix Inhibit Smooth Muscle Cell Proliferation," Annual AIChE Meeting, San Francisco, California, November 16, 1994.

56.  S.L. Ishaug*, S.A. Hoffman, M.J. Yaszemski, R. Bizios, and A.G. Mikos, "Osteoblast Culture on Poly(a-hydroxy esters) as an In Vitro Model of Bone Engineering," Annual AIChE Meeting, San Francisco, California, November 16, 1994.

57.  H.A. von Recum*, R.L. Cleek, S.G. Eskin, and A.G. Mikos, "Modulated Release of Lactic Acid During Poly(L-Lactic Acid) Degradation," Annual AIChE Meeting, San Francisco, California, November 16, 1994.

58.  C.M. Bardsley*, R.L. Cleek, S.G. Eskin, and A.G. Mikos, "Poly(Lactic-co-Glycolic Acid)/ Poly(Ethylene Glycol) Blends for Use in Vascular Tissue Engineering," Annual AIChE Meeting, San Francisco, California, November 16, 1994.

59.  R.G. Payne*, M.J. Yaszemski, W.C. Hayes, R.S. Langer, T.B. Aufdemorte, and A.G. Mikos, "A Temporary Replacement for Trabecular Bone: The Design, Synthesis, and

A2261

Testing of a Novel Degradable Material for Orthopaedic Applications," Annual AIChE Meeting, San Francisco, California, November 16, 1994.

60. A.G. Mikos*, "Polymer Fabrication," First International Congress on Cellular Therapy & Tissue Engineering, BioEast' 95, Washington, D.C., January 9, 1995.

61. M.J. Yaszemski, R.G. Payne*, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "A Temporary Replacement for Trabecular Bone: The Design and Testing of a Novel Degradable Composite Biomaterial," 13th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 16, 1995.

62. R.C. Thomson*, M.J. Yaszemski, J.M. Powers, T. Harrigan, and A.G. Mikos, "Reinforcement of Poly(a-Hydroxy Ester) Foams for Orthopedic Application Using Hydroxyapatite Short Fibers," 13th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 16, 1995.

63. S.L. Ishaug*, M.J. Yaszemski, R. Bizios, T.B. Aufdemorte, and A.G. Mikos, "Migratory Characteristics of Osteoblast and Bone Cultures on Synthetic Biodegradable Polymers," 13th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 16, 1995.

64. M.J. Miller*, D.P. Goldberg, A.W. Yasko, and A.G. Mikos, "An In-Vivo Model for Tissue Engineered Bone Flaps," 13th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 16, 1995.

65. R.L. Cleek*, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "Antisense Oligonucleotides Released from a Biodegradable Polymer Matrix Inhibit Smooth Muscle Cell Proliferation," 13th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 16, 1995.

66. A.G. Mikos, S.L. Ishaug, R.C. Thomson, R.G. Payne*, and M.J. Yaszemski, "Engineering Human Trabecular Bone," American Association for the Advancement of Science Annual Meeting and Science Innovation Exposition, Atlanta, Georgia, February 21, 1995.

67. H.A. von Recum, R.L. Cleek, S.G. Eskin, and A.G. Mikos*, "Molecular Weight Effects on Lactic Acid Release During Poly(L-Lactic Acid) Degradation," 21st Annual Meeting of the Society For Biomaterials, San Francisco, California, March 21, 1995.

68. M.J. Yaszemski*, R.G. Payne, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "A Temporary Replacement for Trabecular Bone: The Design and Testing of a Novel Degradable Composite Material," 21st Annual Meeting of the Society For Biomaterials, San Francisco, California, March 21, 1995.

69. M.J. Yaszemski*, R.G. Payne, T.B. Aufdemorte, W.C. Hayes, R.S. Langer, and A.G. Mikos, "The In Vitro Mechanical Strength and In Vivo Bone Ingrowth of a Degrading Polymeric Composite Biomaterial," MRS Spring Meeting, San Francisco, California, April 17, 1995.

70. R.C. Thomson, M.J. Yaszemski, J.M. Powers, T.P. Harrigan, and A.G. Mikos*, "Poly(a-Hydroxy Ester)/Short Fiber Hydroxyapatite Composite Foams for Orthopedic Application," MRS Spring Meeting, San Francisco, California, April 17, 1995.

71. L.J. Suggs*, R.G. Payne, E.Y. Kao, L.B. Alemany, M.J. Yaszemski, K.K. Wu, and A.G. Mikos, "The Synthesis and Characterization of a Novel Block Copolymer Consisting of Poly(Propylene Fumarate) and Poly(Ethylene Oxide)," MRS Spring Meeting, San Francisco, California, April 19, 1995.

A2262

72. A.G. Mikos*, "Delivery of Antisense Oligonucleotides with Biodegradable Polymers," 41st ASAIO (American Society for Artificial Internal Organs) Annual Conference, Chicago, Illinois, May 6, 1995.

73. R.C. Thomson, J.H. Colier, A.G. Mikos, C.A. Garcia, and G.G. Giordano*, "Physical Characteristics of Biodegradable Polymer Substrates for RPE Cells," Annual ARVO (Association for Research in Vision and Ophthalmology) Meeting, Fort Lauderdale, Florida, May 15, 1995.

74. G.G. Giordano*, I.H. Husaini, D. Lahiri-Munir, A.G. Mikos, and C.A. Garcia, "Biodegradable Polymer Films for RPE Cell Transplantation," Annual ARVO (Association for Research in Vision and Ophthalmology) Meeting, Fort Lauderdale, Florida, May 15, 1995.

75. R.C. Thomson*, G.G. Giordano, J.H. Collier, S.L. Ishaug, A.G. Mikos, D. Lahiri-Munir, S. Cumber, and C.A. Garcia, "Biodegradable Poly(a-hydroxy ester) Thin Films as Temporary Substrates for Retinal Pigment Epithelium Cell Transplantation," ASME Summer Bioengineering Conference, Beaver Creek, Colorado, June 29, 1995.

76. S.L. Ishaug, M.J. Yaszemski*, R. Bizios, T.B. Aufdemorte, and A.G. Mikos, "Osteoblast Migration on Biodegradable Poly(a-Hydroxy Esters)," ASME Summer Bioengineering Conference, Beaver Creek, Colorado, June 29, 1995.

77. A.G. Mikos*, "Tissue-Engineered Trabecular Bone," International Business Communications Conference on Tissue Engineering and Repair, Washington, D.C., August 9, 1995.

78. G.M. Crane*, S.L. Ishaug, M.J. Miller, A.W. Yasko, T.B. Aufdemorte, M.J. Yaszemski, and A.G. Mikos, "Bone Formation Using Porous Poly(Lactic-co-Glycolic Acid) Seeded with Stromal Osteoblast Cells," Annual BMES Fall Meeting, Boston, Massachusetts, October 6, 1995.

79. M.J. Miller*, D.P. Goldberg, A.W. Yasko, J.C. Lemon, W.C. Satterfield, and A.G. Mikos, "An In Vivo Model for Tissue-Engineered Bone Flaps," Annual BMES Fall Meeting, Boston, Massachusetts, October 8, 1995.

80. A.G. Mikos*, "Engineering Trabecular Bone Using Biodegradable Polymers," Taniguchi Conference on the Tissue Engineering with the Use of Biomedical Polymers, Kyoto, Japan, November 9, 1995.

81. A.D. Ouellette*, J.-L. Tang, A.-L. Tsai, K.K. Wu, and A.G. Mikos, "Targeted Gene Delivery to Endothelial Cells to Prevent Thrombosis and Restenosis," Annual AIChE Meeting, Miami Beach, Florida, November 14, 1995.

82. A.C. Jen, S.L. Ishaug, M.J. Yaszemski, L.V. McIntire, and A.G. Mikos*, "Three Dimensional In Vitro Polymer-Matrix/Cell Model for Bone Formation," Annual AIChE Meeting, Miami Beach, Florida, November 15, 1995.

83. M.J. Miller*, D.P. Goldberg, A.W. Yasko, J.C. Lemon, W.C. Satterfield, M.C. Wake, A.G. Mikos, and M.J. Yaszemski, "Prefabricated Bone Flaps in Sheep," Annual ASRM (American Society for Reconstructive Microsurgery) Meeting, Tucson, Arizona, January 16, 1996.

84. G.M. Crane*, S.L. Ishaug, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Bone Formation Using Biodegradable Polymer/Stromal Osteoblast Constructs," Keystone Symposium on Tissue Engineering, Taos, New Mexico, January 24, 1996.

A2263

85.   M.J. Yaszemski* and A.G. Mikos, "Degradable Polymers with Osteoblast Transplantation as Strategies for Bone Tissue Engineering," Cell Culture Engineering V (Engineering Foundation Conferences), San Diego, California, January 30, 1996.

86.   A.D. Ouellette*, K.-H. Ruan, A.-L. Tsai, K.K. Wu, and A.G. Mikos, "Synthesis and Characterization of a Poly(L-lysine)/Anti-Thrombomodulin Conjugate for Targeted Gene Delivery to Endothelial Cells," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

87.   S.J. Peter*, P.A. Engel, L.B. Alemany, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Synthesis and Characterization of an Osteoinductive, Injectable, Biodegradable Bone Cement," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

88.   M.C. Wake*, P.K. Gupta, and A.G. Mikos, "Fabrication of Pliable Biodegradable Polymer Foams to Engineer Soft Tissues," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

89.   S.L. Ishaug, G.M. Crane*, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Calvaria Osteoblast Culture in Biodegradable Polymer Scaffolds," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

90.   A.C. Jen*, S.L. Ishaug, M.J. Yaszemski, L.V. McIntire, and A.G. Mikos, "Three Dimensional In Vitro Mechanical Model for Bone Formation," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

91.   E.K. Beahm*, R.C. Thomson, M.J. Yaszemski, A.G. Mikos, and M.J. Miller, "Guided Bone Growth in Sheep," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

92.   S.L. Ishaug*, G.M. Crane, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Bone Formation Using Stromal Osteoblasts Cultured in Biodegradable Polymer Foams," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

93.   L.J. Suggs*, M.J. Yaszemski, K.K. Wu, and A.G. Mikos, "The Synthesis and Characterization of a Novel Block Copolymer Consisting of Poly(propylene fumarate) and Poly(ethylene glycol)," 14th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 8, 1996.

94.   G.M. Crane, S.L. Ishaug*, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "Three-Dimensional Bone Formation Using Biodegradable Polymer/Stromal Osteoblast Constructs," 15th Southern Biomedical Engineering Conference, Dayton, Ohio, March 31, 1996.

95.   A.G. Mikos*, "Biomaterials for Tissue Engineering" (Outstanding Young Investigator Award Presentation), MRS Spring Meeting, San Francisco, California, April 9, 1996.

96.   L. Lu*, R.C. Thomson, A.G. Mikos, R.C. Hunt, G.G. Giordano, C.A. Garcia, and D. Lahiri-Munir, "Human RPE Like Cell Culture on Biodegradable Polymer Substrates," Annual ARVO (Association for Research in Vision and Ophthalmology) Meeting, Fort Lauderdale, Florida, April 21, 1996.

97.   S.L. Ishaug, G.M. Crane, and A.G. Mikos*, "3-D Osteoblast Culture in Biodegradable Polymer Foams," 5th World Biomaterials Congress, Toronto, Canada, May 30, 1996.

A2264

98.  M.C. Wake*, P.K. Gupta, and A.G. Mikos, "Pliable Degradable Polymer Foams to Engineer Soft Tissues," 5th World Biomaterials Congress, Toronto, Canada, June 2, 1996.

99.  A.C. Jen*, S.L. Ishaug, M.J. Yaszemski, L.V. McIntire, and A.G. Mikos, "Three Dimensional In Vitro Mechanical Model for Bone Formation," 5th World Biomaterials Congress, Toronto, Canada, June 2, 1996.

100. A.G. Mikos*, "Osteoblast Transplantation and Bone Tissue Engineering," International Symposium on Endocrine Cell Transplantation and Genetic Engineering, Giessen, Germany, June 18, 1996.

101. A.D. Ouellette*, K.-H. Ruan, A.-L. Tsai, K.K. Wu, and A.G. Mikos, "A Poly(L-Lysine)/ Anti-Thrombomodulin Conjugate for Targeted Gene Delivery to Endothelial Cells," 23rd International Symposium on Controlled Release of Bioactive Materials, Kyoto, Japan, July 9, 1996.

102. S.J. Peter and A.G. Mikos*, "Injectable Cell Adhesion Specific Biodegradable Polymers," 5th World Congress of Chemical Engineering, San Diego, California, July 16, 1996.

103. S.L. Ishaug, G.M. Crane, M.J. Yaszemski, and A.G. Mikos*, "Three-Dimensional Osteoblast Migration in Biodegradable Polymer Foams," 5th World Congress of Chemical Engineering, San Diego, California, July 16, 1996.

104. R.L. Cleek, A.G. Mikos*, A.A. Rege, L. Denner, and S.G. Eskin, "Controlled Delivery of Inhibitors of Smooth Muscle Cell Proliferation Using Biodegradable Polymer Microparticles," 5th World Congress of Chemical Engineering, San Diego, California, July 17, 1996.

105. A.C. Jen, A.G. Mikos*, J. Mayer, and E. Wintermantel, "Biocompatible Fiber-Reinforced Composites for Culturing Osteoblasts," Annual BMES Fall Meeting, State College, Pennsylvania, October 6, 1996.

106. S.J. Peter, J. Nolley, P.S. Engel, L.B. Alemany, A.G. Mikos*, M.J. Miller, and M.J. Yaszemski, "Synthesis and Characterization of a Functionalized, Unsaturated Linear Polyester," Annual AIChE Meeting, Chicago, Illinois, November 13, 1996.

107. R.L. Cleek*, A.G. Mikos, A.A. Rege, L. Denner, and S.G. Eskin, "Inhibition of bFGF-Stimulated Smooth Muscle Cell Proliferation by a bFGF Antibody Released from Biodegradable Polymer Microparticles," Annual AIChE Meeting, Chicago, Illinois, November 14, 1996.

108. L.J. Suggs*, E.Y. Kao, A.G. Mikos, M.J. Yaszemski, and K.K. Wu, "The Characterization of a Poly(Propylene Fumarate) and Poly(Ethylene Glycol) Block Copolymer and Evaluation of the Crosslinked Material for Use as a Vascular Implant," Annual AIChE Meeting, Chicago, Illinois, November 15, 1996.

109. R.D. Bostrom* and A.G. Mikos, "Effects of Cell Culture Conditions on Bone Tissue Growth Penetration into Biodegradable Polymer Scaffolds," Annual AIChE Meeting, Chicago, Illinois, November 15, 1996.

110. D.A. Ray, A.W. Yasko*, S.L. Ishaug, G.M. Crane, and A.G. Mikos, "Orthotopic Bone Formation Using Porous Poly(Lactic-co-Glycolic Acid) Implants Seeded with Syngeneic Osteoblasts," Annual AIChE Meeting, Chicago, Illinois, November 15, 1996.

111. A.C. Jen, J.L. Almaguer, S.D. Cho, M.S. Widmer, A.G. Mikos*, K. Akanbi, and M.C. Farach-Carson, "Three-Dimensional Polymer/Cell Mechanical Model for Bone Formation," Post-ASME Workshop on Cell Biomechanics, Georgia Institute of Technology, Atlanta, Georgia, November 23, 1996.

A2265

112. J.A. Nolley*, S.J. Peter, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Degradation Study of a Poly(Propylene Fumarate) Based Biodegradable Bone Cement," Inaugural TES Meeting, Orlando, Florida, December 13, 1996.

113. A.W. Yasko*, S.L. Ishaug-Riley, G.M. Crane, D.A. Ray, and A.G. Mikos, "Orthotopic Bone Formation Using Three Dimensional Osteoblast/Polymer Constructs," Inaugural TES Meeting, Orlando, Florida, December 13, 1996.

114. M.J. Miller*, A.G. Mikos, M.A. Schusterman, and L.V. McIntire, "The Evolution of a Strategy for Progress in Tissue Engineering," Inaugural TES Meeting, Orlando, Florida, December 14, 1996.

115. G.R.D. Evans*, K. Brandt, A.G. Mikos, E. Peden, G.M. Crane, and S.L. Ishaug-Riley, "Biodegradable Tissue Engineered Polymer Nerve Conduits: Their Use as Scaffold in Peripheral Nerve Regeneration," Inaugural TES Meeting, Orlando, Florida, December 14, 1996.

116. S.L. Ishaug-Riley*, G.M. Crane, A. Gurlek, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Ectopic Bone Formation Using Three Dimensional Osteoblast/Polymer Constructs," Annual Meeting of Orthopaedic Research Society, San Francisco, California, February 9, 1997.

117. D.J. Kim*, S.J. Peter, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Osteoblastic Cellular Behavior on a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," 15th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 13, 1997.

118. M.S. Widmer*, G.R.D. Evans, K. Brandt, T. Savel, C.W. Patrick, Jr., and A.G. Mikos, "Manufacture of Porous Biodegradable Polymer Scaffolds for Nerve Regeneration," 15th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 14, 1997.

119. G.R.D. Evans, K. Brandt, M.C. Wake, P. Gupta, T. Savel*, M.S. Widmer, C.W. Patrick, Jr., and A.G. Mikos, "Tissue Engineered Nerve Conduits: The Use of Biodegradable Polymer Scaffolds in Peripheral Nerve Regeneration. A Preliminary Report," 15th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 14, 1997.

120. R.L. Cleek*, A.A. Rege, L. Denner, S.G. Eskin, and A.G. Mikos, "bFGF Antibody Released from Biodegradable Polymer Microparticles Inhibits bFGF-Stimulated Smooth Muscle Cell Proliferation," 15th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 14, 1997.

121. L. Lu*, C.A. Garcia, and A.G. Mikos, "Morphological and Structural Properties of a Human RPE Cell Line Cultured on Synthetic Biodegradable Polymers," 15th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 14, 1997.

122. A.G. Mikos*, S.L. Riley, G.M. Crane, M.J. Miller, M.J. Yaszemski, and A.W. Yasko, "Cell Based Delivery Systems for Bone Growth Factors," 8th International Symposium on Recent Advances in Drug Delivery Systems, Salt Lake City, Utah, February 24, 1997.

123. M. Smith*, M.J. Miller, G.M. Crane, A. Khoo, A. Gurlek, and A.G. Mikos, "Cranial Defect Repair with Osteoblast Transplantation," 42nd Annual Meeting of the Plastic Surgery Research Council, Galveston, Texas, February 28, 1997.

A2266

124. L. Lu, A.G. Mikos*, and C.A. Garcia, "Morphological and Structural Properties of a Human RPE Cell Line Cultured on Biodegradable Polymer Substrates," National ACS Meeting, San Francisco, California, April 16, 1997.

125. S.L. Ishaug-Riley*, G.M. Crane, A. Gurlek, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Ectopic Bone Formation by Marrow Stromal Osteoblast Transplantation Using Poly(DL-Lactic-co-Glycolic Acid) Foams Implanted into the Rat Mesentery," 23rd Annual Meeting of the Society For Biomaterials, New Orleans, Louisiana, May 1, 1997.

126. L.J. Suggs*, E.Y. Kao, R.S. Krishnan, C.W. Patrick, and A.G. Mikos, "Evaluation of a Biodegradable Block Copolymer for Use as a Vascular Implant," 23rd Annual Meeting of the Society For Biomaterials, New Orleans, Louisiana, May 1, 1997.

127. M.S. Widmer*, A.C. Jen, R.D. Bostrom, and A.G. Mikos, "Cell Seeding in Three Dimensional Scaffolds," 23rd Annual Meeting of the Society For Biomaterials, New Orleans, Louisiana, May 1, 1997.

128. R.L. Cleek*, A.A. Rege, L.A. Denner, S.G. Eskin, and A.G. Mikos, "Inhibition of Smooth Muscle Cell Growth In Vitro by an Antisense Oligodeoxynucleotide Released from Poly(DL-Lactic-co-Glycolic Acid) Microparticles," 23rd Annual Meeting of the Society For Biomaterials, New Orleans, Louisiana, May 2, 1997.

129. L. Lu*, A.G. Mikos, and C.A. Garcia, "Morphological and Structural Properties of a Human RPE Cell Line Cultured on Biodegradable Polymer Substrates," Annual ARVO (Association for Research in Vision and Ophthalmology) Meeting, Fort Lauderdale, Florida, May 12, 1997.

130. M.S. Widmer*, G.R.D. Evans, K. Brandt, T. Savel, C.W. Patrick, Jr., and A.G. Mikos, "Porous Biodegradable Polymer Scaffolds for Nerve Regeneration," ASME Summer Bioengineering Conference, Sunriver, Oregon, June 14, 1997.

131. S.J. Peter, J.A. Nolley, D.B. Kim, M.S. Widmer, P.S. Engel, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos*, "Curing Characteristics and Mechanical Properties of a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," ASME Summer Bioengineering Conference, Sunriver, Oregon, June 14, 1997.

132. R.L. Cleek, R.J. Bjercke, A.A. Rege, S.G. Eskin, and A.G. Mikos*, "Biodegradable Polymeric Carriers for a bFGF Antibody for Cardiovascular Application," 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, June 18, 1997.

133. L. Lu*, C.A. Garcia, and A.G. Mikos, "Retinal Pigment Epithelium Tissue Engineering," 11th World Congress of the International Society for Artificial Organs, Providence, Rhode Island, July 1, 1997.

134. A.G. Mikos*, "Polymeric Delivery Systems for Antisense Oligonucleotides," The Whitaker Foundation Biomedical Engineering Research Conference, Snowbird, Utah, July 12, 1997.

135. A.G. Mikos*, S.L. Riley, R.C. Thomson, G.M. Crane, A. Gurlek, M.J. Miller, A.W. Yasko, and M.J. Yaszemski, "Guided Bone Regeneration Using Biodegradable Polymer Scaffolds," 1st Smith & Nephew International Symposium on Advances in Tissue Engineering and Biomaterials, York, England, July 21, 1997.

136. G.M. Crane, M. Smith, A. Gurlek, A.K.M. Khoo, M.J. Miller, and A.G. Mikos*, "Rat Cranial Defect Repair by Marrow Stromal Osteoblast Transplantation," 1st Smith & Nephew International Symposium on Advances in Tissue Engineering and Biomaterials, York, England, July 21, 1997.

A2267

137. K. Brandt, G.R.D. Evans*, M. Widmer, T. Savel, A. Gurlek, R. Lohman, A. Nabawi, J. Williams, C. Patrick, and A.G. Mikos, "Tissue Engineered Nerve Using Biodegradable PLGA Conduits," 1st Smith & Nephew International Symposium on Advances in Tissue Engineering and Biomaterials, York, England, July 21, 1997.

138. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos*, "Polymer Concepts Regarding Tissue Engineering," Portland Bone Symposium, Portland, Oregon, August 8, 1997.

139. A.G. Mikos*, "Biodegradable Polymers for Tissue Engineering," Medical Textiles Conference, Clemson University, Clemson, South Carolina, September 9, 1997.

140. E. Yuksel*, R. Cleek, J. Jensen, A. Weinfeld, A.G. Mikos, S. Shenaq, and M. Spira, "Delivery of Insulin, IGF-1, BFGF and VEGF in PLGA/PEG Microparticles to Augment Adiposofascial Flaps," Annual BMES Fall Meeting, San Diego, California, October 3, 1997.

141. L.J. Suggs*, R.S. Krishnan, S.J. Peter, and A.G. Mikos, "In Vitro Degradation of a Crosslinked Poly(Ethylene Glycol) Copolyester," Annual BMES Fall Meeting, San Diego, California, October 3, 1997.

142. M.J. Miller*, A. Khoo, R.C. Thomson, J.C. Lemon, A. Gurlek, and A.G. Mikos, "Vascularized Tissue Scaffold Apparatus for Guided Tissue Growth," Annual BMES Fall Meeting, San Diego, California, October 4, 1997.

143. G.R.D. Evans*, K. Brandt, M. Widmer, T. Savel, A. Gurlek, R. Lohman, A. Nawabi, J. Williams, C. Patrick, and A.G. Mikos, "Tissue Engineered Nerve Conduits: Their Use in Peripheral Nerve Surgery," Annual BMES Fall Meeting, San Diego, California, October 4, 1997.

144. S.J. Peter*, D.J. Kim, and A.G. Mikos, "Three-Dimensional Bone Formation in Injectable, Biodegradable Polymer Scaffolds," Annual BMES Fall Meeting, San Diego, California, October 4, 1997.

145. A.G. Mikos*, "In Situ Polymerizable Biodegradable Scaffolds for Tissue Engineering," 21st Annual Symposium of Macromolecular Science and Engineering Center, The University of Michigan, Ann Arbor, Michigan, October 23, 1997.

146. R.G. Payne*, S.A. Sivaram, J.E. Babensee, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Marrow Stromal Osteoblast Encapsulation and Seeding onto a Crosslinking Biodegradable Polymer," Annual AIChE Meeting, Los Angeles, California, November 17, 1997.

147. E. Yuksel*, R. Cleek, A.B. Weinfeld, J. Waugh, J. Jensen, A.G. Mikos, S. Shenaq, and M. Spira, "Effects of Lipogenic Factors on Survival Rates of Fat Grafts," Annual AIChE Meeting, Los Angeles, California, November 18, 1997.

148. E. Yuksel*, B. Ray, M. Widmer, A.B. Weinfeld, J. Waugh, J. Jensen, R. Cleek, A.G. Mikos, S. Shenaq, and M. Spira, "Prefabrication of Breast Utilizing Biodegradable PLGA Polymers: Angiogenic and Lipogenic Factors," Annual AIChE Meeting, Los Angeles, California, November 18, 1997.

149. R.C. Thomson, M.J. Yaszemski*, J.M. Powers, and A.G. Mikos, "Hydroxyapatite Fiber Reinforced Poly(a-Hydroxy Ester) Foams for Bone Regeneration," Annual AIChE Meeting, Los Angeles, California, November 19, 1997.

150. D.J. Kim*, S.J. Peter, A.W. Yasko, M.J. Miller, M.J. Yaszemski, and A.G. Mikos, "TGF-• Induced Osteoblastic Behavior on a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," Annual AIChE Meeting, Los Angeles, California, November 19, 1997.

A2268

151. E. Yuksel*, M. Widmer, A.B. Weinfeld, M. Kattash, J. Waugh, J. Jensen, A.G. Mikos, and S. Shenaq, "Generation of Shaped Cartilage Using Perichondrial and Periosteal Flaps Activated by Growth Factor-Incorporated Biodegradable Scaffolds," Annual AIChE Meeting, Los Angeles, California, November 19, 1997.

152. A.G. Mikos*, "Materials and Scaffolds for Building Three Dimensional Tissues In Vitro," Workshop on Tissue Based Biosensors, Defense Advanced Research Projects Agency, George Washington University Campus, Ashburn, Virginia, December 10, 1997.

153. A.G. Mikos*, "Guided Bone Regeneration Using Biodegradable Polymer Scaffolds," Bionic Design Workshop: Reconstruction of Biological Functions and Structures, National Institute for Advanced Interdisciplinary Research, Tsukuba, Japan, January 20, 1998.

154. G. Liu*, S.G. Eskin, and A.G. Mikos, "Inhibitory Effects of b3 Integrin Antibody on the Migration of Vascular Adventitial Fibroblasts Induced by Basic Fibroblast Growth Factor," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

155. E. Yuksel*, M. Widmer, R. Cleek, A. Weinfeld, M. Kattash, A.G. Mikos, S. Shenaq, and M. Spira, "Vascularized Perichondrial Flaps for In Vivo Tissue Engineering in Auricular Reconstruction: Two Rabbit Models," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

156. A. Weinfeld*, E. Yuksel, S. Wamsley, J. Jensen, B. Boutros, R. Cleek, A.G. Mikos, S. Shenaq, and M. Spira, "Improvement of Free Fat Graft Survival: In Vivo Long-Term Delivery of IGF and Insulin Using PLGA/PEG Microspheres," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

157. L.J. Suggs*, C.A. Garcia, and A.G. Mikos, "An Injectable, Biodegradable PEG Copolyester as a Carrier for Endothelial Cells," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

158. E. Yuksel*, A. Jedrysiak, A. Weinfeld, A.G. Mikos, M. Spira, and S. Shenaq, "A Novel Fascio-Cutaneous Island Flap Model in the Rat for the Quantitative Analysis of Neo-Angiogenesis," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

159. S.J. Peter*, C.R. Liang, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Osteoblastic Phenotype of Marrow Stromal Cells Cultured in the Presence of Dexamethasone," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 7, 1998.

160. E. Yuksel*, R. Ray, S. Wamsley, A. Weinfeld, J. Waugh, M. Widmer, R. Cleek, A.G. Mikos, S. Shenaq, and M. Spira, "Soft Tissue Engineering In Vivo with PLGA Scaffolds and PLGA/PEG Microsphere Long Term Delivery of Lipogenic Factors," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 8, 1998.

161. E. Yuksel*, A.B. Weinfeld, J. Waugh, R. Cleek, A.G. Mikos, M. Spira, and S. Shenaq, "In Vivo Engineering of Vascularized Fat Flaps: Long-Term Delivery of Angiogenic Factors for Axially Neo-Vascularized Tissues," 17th Southern Biomedical Engineering Conference, San Antonio, Texas, February 8, 1998.

162. G.R.D. Evans*, K. Brandt, M.S. Widmer, R.K. Meszlenyi, J. Hodges, P.K. Gupta, J. Williams, A. Gürlek, R. Lohman, C.W. Patrick, and A.G. Mikos, "Poly(L-Lactic Acid) (PLLA) Biodegradable Nerve Scaffolds for Peripheral Nerve Regeneration," 16th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, April 2, 1998.

A2269

163. M.J. Miller*, A. Khoo, R.C. Thomson, J.C. Lemon, A. Gürlek, and A.G. Mikos, "In Vivo Fabrication of Vascularized Tissue Scaffolds," 16th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, April 2, 1998.

164. C.R. Liang*, S.J. Peter, D.J. Kim, M.S. Widmer, and A.G. Mikos, "Osteoblastic Phenotype of Marrow Stromal Cells Cultured in the Presence of Dexamethasone," 16th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, April 2, 1998.

165. G. Liu*, S.G. Eskin, and A.G. Mikos, "Basic Fibroblast Growth Factor-Stimulated Adventitial Fibroblast Migration Due to b3 Integrin Regulation," 16th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, April 2, 1998.

166. W.T. Godbey*, K.K. Wu, and A.G. Mikos, "Size Matters: Molecular Weight Affects the Efficiency of Poly(Ethylenimine) as a Gene Delivery Vehicle," 16th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, April 3, 1998.

167. S.J. Peter*, P. Kim, A.W. Yasko, and A.G. Mikos, "Modulation of Handling Characteristics and Mechanical Properties of an In Situ Polymerizable Orthopaedic Biomaterial," MRS Spring Meeting, San Francisco, California, April 14, 1998.

168. G. Liu*, S.G. Eskin, and A.G. Mikos, "Effects of Growth Factors on the Migration and Proliferation of Vascular Adventitial Fibroblasts," Experimental Biology 98, San Francisco, California, April 19, 1998.

169. L.J. Suggs* and A.G. Mikos, "In Vitro Thrombogenicity of an Injectable, Biodegradable PEG Copolyester," 24th Annual Meeting of the Society For Biomaterials, San Diego, California, April 23, 1998.

170. M.S. Widmer, P.K. Gupta, L. Lu*, G.R.D. Evans, K. Brandt, T. Savel, A. Gurlek, C.W. Patrick, Jr., and A.G. Mikos, "Manufacture and Characterization of Porous Biodegradable Polymer Conduits for Peripheral Nerve Regeneration," 24th Annual Meeting of the Society For Biomaterials, San Diego, California, April 23, 1998.

171. S.J. Peter*, S.T. Miller, G. Zhu, A.W. Yasko, and A.G. Mikos, "In Vivo Degradation of a Poly(Propylene Fumarate)/•-Tricalcium Phosphate Injectable Composite Scaffold," 24th Annual Meeting of the Society For Biomaterials, San Diego, California, April 24, 1998.

172. G.R.D. Evans, K. Brandt, M.S. Widmer, J. Hodges, P.K. Gupta, J. Williams, A. Gürlek, R. Lohman, C.W. Patrick, and A.G. Mikos*, "Poly(L-Lactic Acid) (PLLA) Biodegradable Nerve Scaffolds: Their Utilization in Peripheral Nerve Surgery," 24th Annual Meeting of the Society For Biomaterials, San Diego, California, April 24, 1998.

173. L. Lu*, R. Kapur, C.A. Garcia, and A.G. Mikos, "Morphological Study of a Human RPE Cell Line Cultured on Patterned Biodegradable Polymer Substrates," Annual ARVO (Association for Research in Vision and Ophthalmology) Meeting, Fort Lauderdale, Florida, May 10, 1998.

174. M.J. Yaszemski*, D. Kim, S.J. Peter, A.W. Yasko, M.J. Miller, and A.G. Mikos, "TGF-• Induced Osteoblastic Behavior on a Poly(Propylene Fumarate) Based Orthopaedic Biomaterial," Annual Meeting of the American Orthopaedic Association, Asheville, North Carolina, June 3, 1998.

175. A.G. Mikos*, "Biodegradable Polymers for Tissue Engineering," 3rd International Business Communications Industry Symposium on Advancements in Tissue Engineering, Boston, Massachusetts, June 9, 1998.

A2270

176. A. Göpferich*, S.J. Peter, C. Vergani, F.V. Burkersroda, and A.G. Mikos, "Biodegradable Block-Copolymers as Drug and Cell Carriers," 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, Nevada, June 23, 1998.

177. W.T. Godbey*, K.K. Wu, and A.G. Mikos, "Size Matters: Molecular Weight Affects the Efficiency of Poly(Ethylenimine) as a Gene Delivery Vehicle," 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, Nevada, June 24, 1998.

178. L. Lu*, C.A. Garcia, and A.G. Mikos, "Tissue Engineering of Retinal Pigment Epithelium Using Thin Poly(DL-Lactic-co-Glycolic Acid) Films," Annual BMES Fall Meeting, Cleveland, Ohio, October 12, 1998.

179. S.J. Peter, C.R. Liang, D.J. Kim, M.S. Widmer, and A.G. Mikos*, "Engineering the Osteoblastic Phenotype of Marrow-Derived Cells Using Cell Culture Supplements," Annual BMES Fall Meeting, Cleveland, Ohio, October 12, 1998.

180. E. Behravesh, P.S. Engel, A.W. Yasko, and A.G. Mikos*, "Synthetic Biodegradable Polymers for Orthopaedic Applications," Association of Bone and Joint Surgeons Orthopaedic Tissue Engineering Workshop, Tampa, Florida, November 13, 1998.

181. G. Liu*, S.G. Eskin, and A.G. Mikos, "Basic FGF Directed Migration of Vascular Adventitial Fibroblasts Via Integrin Regulation," Annual AIChE Meeting, Miami Beach, Florida, November 16, 1998.

182. J.E. Babensee*, L.V. McIntire, A.G. Mikos, and C.W. Smith, "Leukocyte Response to Biomaterial Implantation - Role of Complement Using Mouse Models," Annual AIChE Meeting, Miami Beach, Florida, November 17, 1998.

183. L. Lu*, C.A. Garcia, and A.G. Mikos, "In Vitro Degradation of Thin Poly(DL-Lactic-co-Glycolic Acid) Films," Annual AIChE Meeting, Miami Beach, Florida, November 18, 1998.

184. L. Lu*, R. Bizios, C.A. Garcia, A.G. Mikos, and L.C. Kam, "Human Retinal Pigment Epithelium Cell Culture on Patterned Surfaces," Annual AIChE Meeting, Miami Beach, Florida, November 18, 1998.

185. A.S. Goldstein*, V. Liu, and A.G. Mikos, "Enhanced Growth of Osteoblastic Cells in Porous Scaffolds by Forced Convection," Annual AIChE Meeting, Miami Beach, Florida, November 18, 1998.

186. M.C. Wake, P.D. Gerecht, L. Lu, and A.G. Mikos*, "Biodegradable Particulate Polymer Effects on Marrow Stromal Osteoblasts In Vitro," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

187. M.B. Schulz*, A. Goepferich, A.S. Goldstein, and A.G. Mikos, "PEG-PLA Diblock Copolymers for Tissue Engineering of Bone," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

188. S. Katz, G.R.D. Evans, K. Brandt, P. Chauvin, L. Otto, R. Meszlenyi, B. Wang, T. King, A.G. Mikos, and C. Patrick*, "Bioactive, Poly(L-Lactic Acid) Conduits for Peripheral Nerve Regeneration," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

189. G.N. Stamatas*, L. Lu, and A.G. Mikos, "Transforming Growth Factor-1 (TGF-1) Release Studies from Biodegradable Poly(Lactic-co-Glycolic Acid)/Poly(Ethylene Glycol) (PLGA/PEG) Microparticles," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

A2271

190. A.S. Goldstein*, G. Zhu, and A.G. Mikos, "Enhancement of Cellularity in Biodegradable Polymer Foams In Vitro," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

191. S.-L. He* and A.G. Mikos, "Injectable, In Situ Crosslinkable Biodegradable Orthopaedic Scaffolds Based on Poly(Propylene Fumarate) and Degradable Crosslinking Agents," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

192. R.G. Payne*, S.A. Sivaram, J.E. Babensee, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Temporary Encapsulation of Rat Marrow Osteoblasts in Gelatin Microspheres," 2nd Bi-Annual TES Meeting, Orlando, Florida, December 4, 1998.

193. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos*, "New Strategies for Bone Tissue Engineering," 11th International Workshop on Calcified Tissues, Eilat, Israel, February 11, 1999.

194. G.R.D. Evans*, K. Brandt, S. Katz, P. Chauvin, L. Otto, M. Bogle, R.K. Meszlenyi, B. Wang, T. King, A.G. Mikos, and C.W. Patrick, "The Utilization of Schwann Cells in Poly(L-Lactic Acid) Conduits for Nerve Regeneration," 17th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 1999.

195. W.T. Godbey*, K.K. Wu, G.J. Hirasaki, and A.G. Mikos, "Improved Packing of Poly(Ethylenimine)/DNA Complexes Increases Transfection Efficiency," 17th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 12, 1999.

196. C.G. Ambrose*, G.R. Gogola, T. Clyburn, A. Peng, and A.G. Mikos, "PLGA/PEG Microspheres as an Antibiotic Delivery System for Osteomyelitis," 17th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 12, 1999.

197. L. Lu, S.J. Peter, G.N. Stamatas, and A.G. Mikos*, "Polymeric Delivery Vehicles for Bone Growth Factors," National ACS Meeting, Anaheim, California, March 21, 1999.

198. L.J. Suggs, M.J. Yaszemski, and A.G. Mikos*, "Development of Poly(Propylene Fumarate-co-Ethylene Glycol): An Injectable, Biodegradable Cardiovascular Implant," National ACS Meeting, Anaheim, California, March 22, 1999.

199. K.J.L. Burg*, A.G. Mikos, R.J. Beiler, C.R. Culberson, K.G. Greene, A.B. Loebsack, W.D. Roland, S. Wyatt, C.R. Halberstadt, W.D. Holder, Jr., and T.C. Burg, "Particulate Selection and Importance to Cell Adhesion in Solvent-Cast, Particulate-Leached Polymeric Constructs," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, April 29, 1999.

200. S.-L. He*, M.J. Yaszemski, A.W. Yasko, and A.G. Mikos, "Development of a Biodegradable Bone Cement Based on Poly(Propylene Fumarate) and a Macromer," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, April 29, 1999.

201. J.E. Babensee*, L.V. McIntire, A.G. Mikos, and C.W. Smith, "The Role of Complement in the Leukocyte Response to Biomaterial Implantation," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, April 29, 1999.

202. L. Lu*, G.N. Stamatas, and A.G. Mikos, "Delivery of Transforming Growth Factor-·1 from Poly(DL-Lactic-co-Glycolic Acid)/Poly(Ethylene Glycol) Microparticles," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, April 29, 1999.

203. L.J. Suggs*, M.S. Shive, C.A. Garcia, J.M. Anderson, and A.G. Mikos, "In Vitro Cytotoxicity and In Vivo Biocompatibility of Poly(Propylene Fumarate-co-Ethylene

- 81 -

A2272

Glycol) Hydrogels," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, May 2, 1999.

204. Q. Liu*, S.-L. He, R. Bahulekar, and A.G. Mikos, "Porous Anionic Hydrogels Based on sIPNs of Poly(2-Hydroxyethyl Methacrylate) and Poly(Acrylic Acid)," 25th Annual Meeting of the Society For Biomaterials, Providence, Rhode Island, May 2, 1999.

205. A.G. Mikos*, "Bone Repair by Tissue Engineering," Congress on In Vitro Biology, New Orleans, Louisiana, June 7, 1999.

206. L. Lu*, L.C. Kam, M. Hasenbein, R. Bizios, and A.G. Mikos, "Human Retinal Pigment Epithelium Cell Culture on Patterned Surfaces," ASME Summer Bioengineering Conference, Big Sky, Montana, June 17, 1999.

207. J.B. Oldham*, B.D. Porter, T.-S. Tan, H. Brisby, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Influence of Changes in Experimental Parameters on Size of PLGA Microspheres," ASME Summer Bioengineering Conference, Big Sky, Montana, June 20, 1999.

208. J.B. Oldham*, B.D. Porter, T.E. Hefferan, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Biologic Activity of rhBMP-2 Following Release from PLGA Microspheres," ASME Summer Bioengineering Conference, Big Sky, Montana, June 20, 1999.

209. B.D. Porter*, J.B. Oldham, R.G. Payne, K.-N. An, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Mechanical Properties of a Biodegradable Bone Regeneration Scaffold," ASME Summer Bioengineering Conference, Big Sky, Montana, June 20, 1999.

210. W.T. Godbey*, K.K. Wu, G.J. Hirasaki, and A.G. Mikos, "Improved Packing of Poly(Ethylenimine)/DNA Complexes Increases Transfection Efficiency," 26th International Symposium on Controlled Release of Bioactive Materials, Boston, Massachusetts, June 22, 1999.

211. W.T. Godbey*, K.K. Wu, and A.G. Mikos, "Tracking the Intracellular Path of PEI/DNA Complexes for Gene Delivery," 26th International Symposium on Controlled Release of Bioactive Materials, Boston, Massachusetts, June 23, 1999.

212. A.G. Mikos*, "Polymers as Drug Delivery Vehicles for Tissue Growth," Gordon Research Conference on Tissue Engineering, Biomaterials, and Biocompatibility, Plymouth, New Hampshire, July 19, 1999.

213. W.T. Godbey, K.K. Wu, and A.G. Mikos*, "Synthetic Polymers for Non-Viral Gene Delivery," 4th Asia-Pacific Conference on Medical and Biological Engineering, Seoul, Korea, September 13, 1999.

214. S.J. Peter, M.J. Miller, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos*, "Polymer Concepts in Tissue Engineering," Academy of Dental Materials Annual Meeting, Tempe, Arizona, October 28, 1999.

215. E. Behravesh* and A.G. Mikos, "Adhesion and Differentiation of Marrow Stromal Osteoblasts on Synthetic Biodegradable Hydrogels," Annual AIChE Meeting, Dallas, Texas, November 3, 1999.

216. R. Bizios, L. Lu*, A.G. Mikos, K. Nyalakonda, and A. Göpferich, "Novel Micropatterned Surfaces Fabricated from Synthetic Biodegradable Polymers for Retinal Pigment Epithelium Cell Culture," Annual AIChE Meeting, Dallas, Texas, November 3, 1999.

217. W.T. Godbey*, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine) Affords Two Types of Protection Against DNA Degradation," Annual AIChE Meeting, Dallas, Texas, November 3, 1999.

A2273

218. M.A. Barry, J.S. Blum*, and A.G. Mikos, "Gene Therapy for Bone Tissue Engineering," Annual AIChE Meeting, Dallas, Texas, November 3, 1999.

219. A.G. Mikos and A.K. Shung*, "Cell Adhesion on Biodegradable Copolymer Hydrogels for Use in Cardiovascular Applications," Annual AIChE Meeting, Dallas, Texas, November 5, 1999.

220. A.I. Caplan, A.S. Goldstein*, M. Gustin, and A.G. Mikos, "Osteoblastic Cell Growth and Function in PLGA/Ceramic Foams," Annual AIChE Meeting, Dallas, Texas, November 5, 1999.

221. A.S. Goldstein*, T.M. Juarez, C.D. Helmke, M.C. Gustin, and A.G. Mikos, "Effect of Convection on Osteoblastic Cell Proliferation and Function in Porous Scaffolds," Second BioValley Tissue Engineering Symposium, Freiburg, Germany, November 26, 1999.

222. J.S. Temenoff and A.G. Mikos*, "Bone Tissue Engineering Using Synthetic Biodegradable Polymer Scaffolds," Bone Engineering Workshop, Toronto, Canada, December 2, 1999.

223. W.T. Godbey and A.G. Mikos*, "Recent Progress in Poly(Ethylenimine)-Mediated Gene Delivery," 2000 Research Initiatives Conference in Vascular Disease on the Biology of Vascular Interventions-Minimally Invasive Approaches to Vascular Disease, Bethesda, Maryland, February 18, 2000.

224. E. Behravesh*, T.M. Juarez, and A.G. Mikos, "Marrow Stromal Osteoblast Adhesion on Poly(Propylene Fumarate) Based Hydrogels," 18th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 10, 2000.

225. S. Jo* and A.G. Mikos, "Modification of Poly(Ethylene Glycol)-Tethered Poly(Propylene-co-Fumarate) with RGD Peptide," 18th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 10, 2000.

226. A.K. Shung* and A.G. Mikos, "Cell Adhesion on Biodegradable Copolymer Hydrogels for Cardiovascular Applications," 18th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 10, 2000.

227. M.D. Timmer*, S. He, A.G. Mikos, and C.G. Ambrose, "Investigation of a Poly(Propylene Fumarate)-Based Polymer for Bioresorbable Interbody Fusion Cage," 18th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 2000.

228. J.S. Blum*, M.A. Barry, and A.G. Mikos, "Gene Therapy in Bone Tissue Engineering," 18th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 2000.

229. W.T. Godbey*, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Transfection: A New Paradigm for Non-Viral Gene Delivery," 18th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 11, 2000.

230. G. Gogola*, C. Ambrose, A. Peng, and A.G. Mikos, "PLGA/PEG Microspheres as an Antibiotic Delivery System," Annual Meeting of Orthopaedic Research Society, Orlando, Florida, March 12, 2000.

231. A.G. Mikos*, "Guided Bone Regeneration Using Biodegradable Polymer Scaffolds" (Alessandro Codivilla Lecture), Association for the Study and Application of the Methods of Ilizarov Annual Scientific Meeting, Orlando, Florida, March 13, 2000.

232. J.S. Temenoff and A.G. Mikos*, "Bone Tissue Engineering Using Biodegradable Polymer Scaffolds," Annual Meeting of Orthopaedic Research Society and American Academy of Orthopaedic Surgeons, Orlando, Florida, March 15, 2000.

A2274

233. W.T. Godbey and A.G. Mikos*, "Poly(Ethylenimine) as a Gene Delivery Vehicle and Its Potential for Tissue Engineering," European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands, April 13, 2000.

234. A.G. Mikos*, "Engineering of Bone," Croucher Advanced Study Institute on Engineering of Musculoskeletal Tissues, Kowloon, Hong Kong, April 16, 2000.

235. A.G. Mikos*, "Biodegradable Polymer Scaffolds for Musculoskeletal Tissue Engineering," Croucher Advanced Study Institute on Engineering of Musculoskeletal Tissues, Kowloon, Hong Kong, April 17, 2000.

236. J.S. Temenoff and A.G. Mikos*, "Biocompatibility Issues with Biodegradable Polymers," 6th World Biomaterials Congress, Kamuela, Hawaii, May 16, 2000.

237. S. He*, M.J. Yaszemski, P.S. Engel, and A.G. Mikos, "Injectable, In Situ Crosslinkable, Biodegradable Poly(Propylene Fumarate) Networks for Orthopaedic Tissue Engineering," 6th World Biomaterials Congress, Kamuela, Hawaii, May 18, 2000.

238. W.T. Godbey*, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Transfection with Poly(Ethylenimine) Is More Like Hitting Cells with a Bullet than a Sponge," 6th World Biomaterials Congress, Kamuela, Hawaii, May 18, 2000.

239. J.E. Babensee*, L.V. McIntire, A.G. Mikos, and J. Rodgers, "Exogenous Antigen-Specific Immune Response Upon Biomaterial Contact," 6th World Biomaterials Congress, Kamuela, Hawaii, May 19, 2000.

240. S. Jo*, A.K. Shung, H. Shin, and A.G. Mikos, "Synthesis and Characterization of a Novel Poly(Ethylene Glycol) Macromer Based on Fumaric Acid," 6th World Biomaterials Congress, Kamuela, Hawaii, May 20, 2000.

241. S. Jo* and A.G. Mikos, "Modification of a Novel Poly(Ethylene Glycol) Macromer Based on Fumaric Acid with GRGD Peptide," 6th World Biomaterials Congress, Kamuela, Hawaii, May 20, 2000.

242. J. Tessmar*, A.G. Mikos, and A. Göpferich, "A New Biodegradable Polymer for the Modification of Surfaces: $H_2N$-Poly(Ethylene Glycol)-Poly(D,L-Lactic Acid)," 6th World Biomaterials Congress, Kamuela, Hawaii, May 20, 2000.

243. R. Bahulekar*, Q. Liu, and A.G. Mikos, "Synthesis and Characterization of Hydrogels Containing Sugar-Methacrylate Monomer," 6th World Biomaterials Congress, Kamuela, Hawaii, May 20, 2000.

244. J.S. Blum*, E.A. Davis, R.H. Li, M.A. Barry, and A.G. Mikos, "A New In Vitro Assay for the Detection of rhBMP-2 Produced by Genetically Modified Cells," 3rd International Conference on Bone Morphogenetic Proteins, Lake Tahoe, California, June 9, 2000.

245. L. Lu, S.J. Peter, G.N. Stamatas, D.J. Kim, M.J. Miller, M.J. Yaszemski, and A.G. Mikos*, "Controlled Release of TGF-•1 from Biodegradable Polymer Microparticles and Its Effects on Marrow Stromal Osteoblast Function," 3rd International Conference on Bone Morphogenetic Proteins, Lake Tahoe, California, June 10, 2000.

246. W.T. Godbey*, K.K. Wu, and A.G. Mikos, "Non-Viral Gene Delivery Affects Endothelial Cell Function and Viability," 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 11, 2000.

247. W.T. Godbey*, M.A. Barry, P. Saggau, K.K. Wu, and A.G. Mikos, "Poly(Ethylenimine)-Mediated Transfection: A New Paradigm for Gene Delivery," 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 11, 2000.

A2275

248. J. Tessmar*, A.G. Mikos, and A. Göpferich, "New Biodegradable Polymers for the Development of Biomimetic Biomaterials," 27th International Symposium on Controlled Release of Bioactive Materials, Paris, France, July 12, 2000.

249. A.G. Mikos*, "Present and Future Status of Tissue/Organ Bioengineering: An Approach to the 21st Century Medicine," 16th Annual Meeting of Japan Society of Drug Delivery System, Akita, Japan, July 29, 2000.

250. W.T. Godbey and A.G. Mikos*, "Non-Viral Gene Delivery Vectors," International Symposium on Biomaterials and Drug Delivery Systems, Cheju Island, Korea, August 22, 2000.

251. J.S. Temenoff and A.G. Mikos*, "Injectable Biodegradable Polymers for Tissue Engineering," Surfaces in Biomaterials, Scottsdale, Arizona, August 31, 2000.

252. A.G. Mikos*, "Engineering Human Tissue: Challenges and Opportunities," 9th Research Council Meeting of Japan Society of Plastic and Reconstructive Surgery, Nagoya, Japan, October 5, 2000.

253. A.G. Mikos*, "Fabrication of Biodegradable Polymer Scaffolds for Tissue Engineering," 9th Research Council Meeting of Japan Society of Plastic and Reconstructive Surgery, Satellite Symposium on Regeneration Medicine, Nagoya, Japan, October 6, 2000.

254. A.G. Mikos*, "Biosmart Polymers," Council for the Advancement of Science Writing Annual Briefing, Houston, Texas, October 30, 2000.

255. J.P. Fisher*, T.A. Holland, P.S. Engel, and A.G. Mikos, "Preparation and Characterization of Photocrosslinked Poly(Propylene Fumarate) for Orthopaedic Applications," Annual AIChE Meeting, Los Angeles, California, November 13, 2000.

256. A.G. Mikos*, "Engineering Human Tissue," Annual AIChE Meeting, Los Angeles, California, November 14, 2000.

257. V.I. Sikavitsas, G.N. Bancroft, and A.G. Mikos*, "Bioreactor Design for Three-Dimensional Cell-Polymer Constructs in Bone Tissue Engineering," 5th International Symposium on Tissue Engineering for Therapeutic Use, Tsukuba, Japan, November 17, 2000.

258. V.I. Sikavitsas*, G.N. Bancroft, and A.G. Mikos, "Formation of Three Dimensional Cell-Polymer Constructs in Bioreactors for Bone Tissue Engineering," MRS Fall Meeting, Boston, Massachusetts, November 27, 2000.

259. R.G. Payne*, A.W. Yasko, M.J. Yaszemski, and A.G. Mikos, "Temporary Encapsulation of Rat Marrow Osteoblasts in Gelatin Microspheres for Bone Tissue Engineering," MRS Fall Meeting, Boston, Massachusetts, November 27, 2000.

260. A.K. Shung* and A.G. Mikos, "Effects of Block Lengths and Initial Water Content on the Swelling and Degradative Characteristics of an Injectable Poly(Propylene Fumarate-co-Ethylene Glycol) Block Copolymer Hydrogel," MRS Fall Meeting, Boston, Massachusetts, November 28, 2000.

261. E.L. Hedberg* and A.G. Mikos, "Controlled Release of Bone Growth Factors from Injectable, Biodegradable Polymer Scaffolds for Bone Tissue Engineering," MRS Fall Meeting, Boston, Massachusetts, November 28, 2000.

262. J.P. Fisher, T.A. Holland*, D. Dean, and A.G. Mikos, "Photocrosslinked Poly(Propylene Fumarate) Scaffolds for Orthopedic Applications," MRS Fall Meeting, Boston, Massachusetts, November 28, 2000.

A2276

263. E. Behravesh* and A.G. Mikos, "Fabrication of an Injectable Porous Synthetic Biodegradable Hydrogel for Dental Tissue Engineering," MRS Fall Meeting, Boston, Massachusetts, November 28, 2000.

264. H. Shin*, S. Jo, and A.G. Mikos, "Synthetic Biodegradable Polymer Networks Modulating Marrow Stromal Osteoblast Function," MRS Fall Meeting, Boston, Massachusetts, November 29, 2000.

265. J.S. Temenoff*, S. Jo, H.-S. Shin, K.A. Athanasiou, R.G. LeBaron, and A.G. Mikos, "Novel Injectable Poly(Ethylene Glycol) Fumarate Hydrogels for Cartilage Tissue Engineering," 3rd Bi-Annual TES Meeting, Orlando, Florida, December 1, 2000.

266. G.N. Bancroft*, V.I. Sikavitsas, and A.G. Mikos, "Three-Dimensional Culture of Cell-Polymer Constructs in Bioreactors for Bone Tissue Engineering," 3rd Bi-Annual TES Meeting, Orlando, Florida, December 1, 2000.

267. J.P. Fisher*, J.W.M. Vehof, D. Dean, J.A. Jansen, and A.G. Mikos, "The In Vivo Biocompatibility of Poly(Propylene Fumarate) Scaffolds," 19th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 9, 2001.

268. E.L. Hedberg* and A.G. Mikos, "Controlled Release of Osteoinductive Factors from Injectable, Biodegradable Polymeric Composites," 19th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 9, 2001.

269. J.S. Blum*, R.H. Li, A.G. Mikos, and M.A. Barry, "An Optimized Method for the Chemiluminescent Detection of Alkaline Phosphatase Levels during Osteodifferentiation by Bone Morphogenetic Protein 2," 19th Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 9, 2001.

270. A.G. Mikos*, "Injectable Biodegradable Polymers for Orthopaedic Tissue Engineering," Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania, March 27, 2001.

271. A.G. Mikos*, "Engineering Bone Tissue," 2001 Human Genome Odyssey Conference: The Science, Business, Law and Ethics of Engineering Human Life, Akron, Ohio, April 6, 2001.

272. G.N. Bancroft, V.I. Sikavitsas*, and A.G. Mikos, "Three-Dimensional Culture of Cell-Polymer Constructs in Bioreactors for Bone Tissue Engineering," 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 26, 2001.

273. M.S. Wolfe*, D. Dean, J.E. Chen, S. Han, C. Rimnac, S.A. Goldman, A.I. Caplan, L. Solchaga, and A.G. Mikos, "In Vitro Degradation of Poly(Propylene Fumarate)/•-Tricalcium Phosphate Scaffolds," 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 26, 2001.

274. J.S. Temenoff*, R.G. LeBaron, K.A. Athanasiou, and A.G. Mikos, "Novel Laminated PEG-Fumarate Hydrogels for Tissue Engineering of Articular Cartilage," 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 27, 2001.

275. S. He*, J. Ulrich, R.G. Valenzuela, M. Zobitz, K.-N. An, B.L. Currier, A.G. Mikos, and M.J. Yaszemski, "Mechanical Properties of Biodegradable Poly(Propylene Fumarate)-Bone Fiber Composites During the Degradation Process," 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 27, 2001.

276. M.D. Timmer*, S. He, C.G. Ambrose, and A.G. Mikos, "Mechanical Properties of Photo-Initiated, Biodegradable Polymer Networks for Prefabricated Orthopaedic Scaffolds," 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 28, 2001.

A2277

11/10/08

277. A.G. Mikos*, "Synthetic Biodegradable Polymer Scaffolds for Bone Tissue Engineering" (Clemson Award for Contributions to the Literature Lecture), 27th Annual Meeting of the Society For Biomaterials, Saint Paul, Minnesota, April 29, 2001.

278. J. Tessmar*, A.G. Mikos, and A. Göpferich, "Towards the Covalent Attachment of Insulin to Biodegradable Diblock Copolymers," 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, June 25, 2001.

279. A.G. Mikos*, S. Jo, H. Shin, and J.S. Temenoff, "Injectable Gels for Dental Tissue Engineering," 4th Annual Bioengineering Consortium Symposium on Regenerative Medicine: Growing Tissues and Organs, National Institutes of Health, Bethesda, Maryland, June 26, 2001.

280. K. Tanahashi and A.G. Mikos, "Cell Adhesion on Poly(Propylene Fumarate-co-Ethylene Glycol) Hydrogel," Annual BMES Fall Meeting, Durham, North Carolina, October 5, 2001.

281. J.P. Fisher, J.W.M. Vehof, D. Dean, J.A. Jansen, and A.G. Mikos, "An In Vivo Study of Poly(Propylene Fumarate) Scaffolds: Tissue Response and Bone Formation," Annual BMES Fall Meeting, Durham, North Carolina, October 5, 2001.

282. V.I. Sikavitsas* and A.G. Mikos, "Polymers as Vehicles for Releasing Bioactive Agents and Guiding Tissue Growth," NATO Advanced Study Institute on Polymer Based Systems on Tissue Engineering, Replacement and Regeneration, Alvor, Portugal, October 23, 2001.

283. V.I. Sikavitsas* and A.G. Mikos, "Polymeric Constructs on Tissue Engineering: Ideal Properties and Characterization Techniques," NATO Advanced Study Institute on Polymer Based Systems on Tissue Engineering, Replacement and Regeneration, Alvor, Portugal, October 24, 2001.

284. J.S. Temenoff, V.I. Sikavitsas*, and A.G. Mikos, "Novel Injectable Hydrogels for Cartilage Tissue Engineering," NATO Advanced Study Institute on Polymer Based Systems on Tissue Engineering, Replacement and Regeneration, Alvor, Portugal, October 24, 2001.

285. J.P. Fisher*, D. Dean, and A.G. Mikos, "Photocrosslinking of Diethyl Fumarate and Poly(Propylene Fumarate) for the Engineering of Bone Grafts," Annual AIChE Meeting, Reno, Nevada, November 5, 2001.

286. M.D. Timmer*, C.G. Ambrose, and A.G. Mikos, "Quantification of the Crosslinking Density of Poly(Propylene Fumarate)-Based Biodegradable Networks," Annual AIChE Meeting, Reno, Nevada, November 5, 2001.

287. H.L. Holtorf*, S. Jo, and A.G. Mikos, "Development of a Novel Biodegradable Cationic Polymer for Nonviral Gene Delivery," Annual AIChE Meeting, Reno, Nevada, November 8, 2001.

288. V.I. Sikavitsas*, G.N. Bancroft, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Culture of Bone Marrow Stromal Cells Seeded on Three-Dimensional Porous Scaffolds in a Flow Perfusion Bioreactor," Annual AIChE Meeting, Reno, Nevada, November 8, 2001.

289. A.G. Mikos*, "Synthetic Biodegradable Polymer Scaffolds for Bone Tissue Engineering," Annual Conference on Regenerative Medicine: Rebuilding the Human Body, Washington, D.C., December 3, 2001.

290. H. Shin* and A.G. Mikos, "Biomimetic Biodegradable Hydrogels Modulating Marrow Stromal Osteoblast Adhesion," Annual Meeting of Orthopaedic Research Society, Dallas, Texas, February 10, 2002.

A2278

291. G.N. Bancroft*, V.I. Sikavitsas, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Three-Dimensional Culture of Marrow Stromal Osteoblasts on Titanium Fiber Mesh Scaffolds in a Flow Perfusion Bioreactor," Annual Meeting of Orthopaedic Research Society, Dallas, Texas, February 12, 2002.

292. A.G. Mikos*, E.L. Hedberg, F.K. Kasper, J.S. Temenoff, "Injectable, In Situ Crosslinkable, Biodegradable Polymers for Peptide and Gene Delivery," American Association of Pharmaceutical Scientists Workshop on Critical Issues in the Design and Applications of Polymeric Biomaterials in Drug Delivery, Arlington, Virginia, February 28, 2002.

293. A.G. Mikos*, "Engineering Human Tissues," Foundation for Research and Technology Hellas Conference, Metsovo, Greece, March 2, 2002.

294. A.G. Mikos*, "Synthetic Biodegradable Polymer Scaffolds for Bone Tissue Engineering," Biomaterials - The Next Frontiers Conference: Biomedical, Bioelectronic, Biomineralization, Bioanalytical, University of Delaware, Newark, Delaware, March 12, 2002.

295. A.G. Mikos*, "Injectable Biomimetic Hydrogels for Tissue Engineering," Engineering Tissue Growth International Conference and Exposition, Pittsburgh, Pennsylvania, March 19, 2002.

296. A.G. Mikos and J.P. Fisher*, "Biomimetic Polymer Scaffolds for Bone Tissue Engineering," Annual Meeting of the American Association of Anatomists - Experimental Biology 2002, New Orleans, Louisiana, April 23, 2002.

297. J.P. Fisher* and A.G. Mikos, "Injectable Biodegradable Hydrogels for Drug Delivery and Tissue Engineering," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 25, 2002.

298. E.S. Steinbis*, J.S. Temenoff, and A.G. Mikos, "Effect of Drying History on Swelling Properties of Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Guided Tissue Growth in Dental Applications," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 25, 2002.

299. E.L. Hedberg*, A. Tang, R.S. Crowther, D.H. Carney, and A.G. Mikos, "Controlled Release of an Osteoinductive Peptide from Injectable, Biodegradable Polymeric Composite Scaffolds for Bone Tissue Engineering," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 25, 2002.

300. A.K. Shung*, E. Behravesh, S. Jo, and A.G. Mikos, "Characterization of an Injectable Poly(Propylene Fumarate-co-Ethylene Glycol) Block Copolymer Hydrogel Using a Water Soluble Crosslinking System," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 25, 2002.

301. M.N. Cooke*, J.P. Fisher, C. Rimnac, D. Dean, and A.G. Mikos, "Control of 3D Biodegradable Scaffold Geometry," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 25, 2002.

302. J.W. Vehof*, J.P. Fisher, D. Dean, P.H. Spauwen, A.G. Mikos, and J.A. Jansen, "Bone Formation in Transforming Growth Factor • -1-Coated Porous Poly(Propylene Fumarate) Scaffolds," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 26, 2002.

303. K. Tanahashi*, S. Jo, and A.G. Mikos, "Synthesis of Injectable, Biodegradable Hydrogels of Poly(Propylene Fumarate-co-Ethylene Glycol) Modified with Agmatine for Enhanced Cell Adhesion," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 26, 2002.

A2279

304. F.M. Wale*, C.N. Demers, A. Petit, J.S. Temenoff, V. Lim, J. Fisher, D. Zukor, O. Huk, A.G. Mikos, P. Roughley, and J. Antoniou, "Analysis of Poly(Propylene Fumarate-co-Ethylene Glycol) as a Scaffold for Use in Tissue Engineering of Intervertebral Disc: Retention of Collagen and Proteoglycan," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 27, 2002.

305. E. Behravesh*, K. Zygourakis, and A.G. Mikos, "Marrow Stromal Osteoblast Adhesion and Migration on Poly(Propylene Fumarate-co-Ethylene Glycol)-Based Hydrogels with a Covalently Linked GRGDS Peptide Sequence," 28th Annual Meeting of the Society For Biomaterials, Tampa, Florida, April 27, 2002.

306. A.G. Mikos*, "Polymers and Cytokines to Augment Bone Production," Edward C. Hinds Symposium on Contemporary Oral and Maxillofacial Surgery, Houston, Texas, April 27, 2002.

307. A.G. Mikos*, "The Added Value of Synthetic Polymers in Tissue Engineering," Aegean Conference on Tissue Engineering Science, Myconos, Greece, May 21, 2002.

308. V.I. Sikavitsas, G.N. Bancroft, J. van den Dolder, J.A. Jansen, and A.G. Mikos*, "Fluid Flow Increases Mineralized Matrix Deposition in Three-Dimensional Perfusion Culture of Marrow Stromal Osteoblasts in a Dose-Dependent Manner," Aegean Conference on Tissue Engineering Science, Myconos, Greece, May 22, 2002.

309. L.A. Solchaga*, J. Gao, J.S. Temenoff, A.G. Mikos, V.M. Goldberg, and A.I. Caplan, "Repair of Osteochondral Defects with Hyaluronan-, PLGA- and PLLA-Based Scaffolds: A Comparative Study," 4th International Cartilage Repair Society Symposium, Toronto, Canada, June 16, 2002.

310. A.G. Mikos*, E.L. Hedberg, S. Jo, F.K. Kasper, H. Shin, and J.S. Temenoff, "Injectable Biodegradable Hydrogels for Tissue Engineering," 29th International Symposium on Controlled Release of Bioactive Materials, Seoul, Korea, July 23, 2002.

311. A.G. Mikos*, "Bioreactor Technology for Bone Tissue Engineering," 3rd Smith & Nephew International Symposium on Translating Tissue Engineering into Products, Atlanta, Georgia, October 14, 2002.

312. A.G. Mikos*, "Controlled Release of Osteogenic Molecules from Polymeric Carriers," 4th International Conference on Bone Morphogenetic Proteins, Sacramento, California, October 19, 2002.

313. J.P. Fisher*, Z. Lalani, C.M. Bossano, E.M. Brey, N. Demian, M.E.K. Wong, and A.G. Mikos, "Immunohistochemical Evaluation of Bone Formation within Biodegradable Tissue Engineering Scaffolds," 4th International Conference on Bone Morphogenetic Proteins, Sacramento, California, October 19, 2002.

314. E.L. Hedberg*, J.S. Temenoff, A. Tang, R.S. Crowther, D.H. Carney, and A.G. Mikos, "Controlled Release of a Tissue Inducing Peptide from Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels for Orthopaedic Tissue Engineering," 2nd EMBS-BMES Joint Conference, Houston, Texas, October 23, 2002.

315. J.S. Temenoff*, H. Shin, P.S. Engel, and A.G. Mikos, "Cytotoxicity of Redox Radical Initiators for Encapsulation of Mesenchymal Stem Cells," 2nd EMBS-BMES Joint Conference, Houston, Texas, October 24, 2002.

316. E. Behravesh*, M.D. Timmer, J.J. Lemoine, M.A.K. Liebschner, and A.G. Mikos, "In Vitro Degradation of In Situ Crosslinkable Poly(Propylene Fumarate-co-Ethylene Glycol)-Based Macroporous Hydrogels," 2nd EMBS-BMES Joint Conference, Houston, Texas, October 24, 2002.

A2280

317. J.P. Fisher*, Z. Lalani, N. Demian, M.E.K. Wong, and A.G. Mikos, "Immunohistochemical Characterization of Guided Bone Formation by a Biodegradable Tissue Engineering Scaffold in a Healing Tooth Socket of a Rabbit Model," 2nd EMBS-BMES Joint Conference, Houston, Texas, October 24, 2002.

318. V.I. Sikavitsas*, G.N. Bancroft, J. van den Dolder, T.L. Sheffield, J.A. Jansen, C.G. Ambrose, and A.G. Mikos, "Fluid Flow Increases Mineralized Matrix Deposition in Three-Dimensional Perfusion Culture of Marrow Stromal Osteoblasts in a Dose-Dependent Manner," 2nd EMBS-BMES Joint Conference, Houston, Texas, October 26, 2002.

319. J.P. Fisher*, Z. Lalani, N. Demian, M.E.K. Wong, and A.G. Mikos, "Characterization of Bone Formation within a Biodegradable Tissue Engineering Scaffold Using Immunohistochemical Techniques," Annual AIChE Meeting, Indianapolis, Indiana, November 5, 2002.

320. E. Jabbari*, E. Behravesh, and A.G. Mikos, "Development of a Biodegradable Redox Initiated Oligo(PEG Fumarate)-Based Hydrogel as an In Situ Crosslinkable Cell Carrier," Annual AIChE Meeting, Indianapolis, Indiana, November 5, 2002.

321. E. Jabbari*, F.K. Kasper, and A.G. Mikos, "Controlled Release of Plasmid DNA from Biodegradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogel Microspheres," Annual AIChE Meeting, Indianapolis, Indiana, November 7, 2002.

322. V.I. Sikavitsas*, G.N. Bancroft, J.A. Jansen, and A.G. Mikos, "Effect of Shear Forces on the Osteogenic Differentiation of Marrow Stromal Cells," Annual AIChE Meeting, Indianapolis, Indiana, November 7, 2002.

323. A.G. Mikos and J.P. Fisher*, "Injectable Biodegradable Hydrogels for Tissue Engineering," Polymers in Medicine and Biology: 2002, Rohnert Park, California, November 16, 2002.

324. A.G. Mikos*, "Materials and Scaffolds for Tissue Engineering," Annual Meeting of the Dutch Society for Biomaterials and Tissue Engineering, Lunteren, The Netherlands, December 17, 2002.

325. J.S. Blum*, A.G. Mikos, and M.A. Barry, "Influence of Osteogenic Supplements on Gene Transfer and Expression in Rat Marrow Stromal Cells by Adenoviral, Retroviral, and Cationic Lipid Vectors for both Reporter and Therapeutic Proteins," Annual Meeting of Orthopaedic Research Society, New Orleans, Louisiana, February 2, 2003.

326. L.A. Solchaga*, J. Gao, J.S. Temenoff, A.G. Mikos, V.M. Goldberg, and A.I. Caplan, "Repair of Osteochondral Defects with Hyaluronan-, and Polyester-Based Scaffolds," Annual Meeting of Orthopaedic Research Society, New Orleans, Louisiana, February 3, 2003.

327. A.G. Mikos*, "The Use of Biodegradable Materials in Bone Tissue Engineering," Annual Meeting of Orthopaedic Research Society, New Orleans, Louisiana, February 4, 2003.

328. J.S. Temenoff*, H. Shin, and A.G. Mikos "Cytotoxicity of Components of Oligo(Poly(Ethylene Glycol) Fumarate)-Based Hydrogels for Encapsulation of Marrow Stromal Cells," 29th Annual Meeting of the Society For Biomaterials, Reno, Nevada, May1, 2003.

329. H. Shin*, P.Q. Ruhé, J.A. Jansen, and A.G. Mikos, "In Vivo Bone and Soft Tissue Response to Biodegradable Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," 29th Annual Meeting of the Society For Biomaterials, Reno, Nevada, May 2, 2003.

330. M.E. Gomes*, V.I. Sikavitsas, E. Behravesh, R.L. Reis, and A.G. Mikos, "Effect of Flow Perfusion on Osteogenic Differentiation of Bone Marrow Stromal Cells Cultured on Starch

A2281

Based Three-Dimensional Scaffolds," 29th Annual Meeting of the Society For Biomaterials, Reno, Nevada, May 2, 2003.

331. J. van den Dolder, V.I. Sikavitsas, G.N. Bancroft, P.H.M. Spauwen, J.A. Jansen*, and A.G. Mikos, "Cell/Titanium Bone Tissue Engineered Constructs Using a Rat Cranial Size Defect Model," 29th Annual Meeting of the Society For Biomaterials, Reno, Nevada, May 2, 2003.

332. T.M.G. Chu*, C.L. Flanagan, S.J. Hollister, S.E. Feinberg, J.P. Fisher, and A.G. Mikos, "The Mechanical and In Vivo Performance of 3-D Poly(Propylene Fumarate)/Tricalcium Phosphate Scaffolds," 29th Annual Meeting of the Society For Biomaterials, Reno, Nevada, May 2, 2003.

333. V.I. Sikavitsas*, G.N. Bancroft, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Fluid Shear Forces Mediate the Osteogenic Differentiation of Marrow Stromal Osteoblasts in a Three-Dimensional Perfusion Culture," 29th Annual Meeting of the Society For Biomaterials, Reno, Nevada, May 3, 2003.

334. T.A. Holland*, Y. Tabata, and A.G. Mikos, "Controlled Release of TGF-•1 from Gelatin Microparticles Encapsulated in Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels," 30th International Symposium on Controlled Release of Bioactive Materials, Glasgow, Scotland, July 20, 2003.

335. E.L. Hedberg*, H.C. Kroese-Deutman, J.J. Lemoine, C.K. Shih, R.S. Crowther, D.H. Carney, M.A.K. Liebschner, A.G. Mikos, and J.A. Jansen, "In Vivo Osteogenesis in Response to the Controlled Release of TP508 from Biodegradable Polymeric Scaffolds," 30th International Symposium on Controlled Release of Bioactive Materials, Glasgow, Scotland, July 22, 2003.

336. R.A. Horch, M.D. Timmer, A.R. Barron, and A.G. Mikos*, "Poly(Propylene Fumarate)-Based Nanocomposites for Bone Tissue Engineering," 2003 Nano Summit, Houston, Texas, July 31, 2003.

337. A.G. Mikos*, "Fluid Flow in Tissue Engineering of 3D Bone Scaffolds," 5th International Bone Fluid Flow Workshop, Cleveland, Ohio, September 18, 2003.

338. E.L. Hedberg*, C. Shih, L.A. Solchaga, A.I. Caplan, and A.G. Mikos, "Controlled Release of Hyaluronic Acid Oligomers from Biodegradable Polymeric Microparticles," Annual BMES Fall Meeting, Nashville, Tennessee, October 2, 2003.

339. B. Bucklen*, M.A. Wettergreen, A.G. Mikos, and M.A. Liebschner, "Scaffold Design Using Model-Based Mechanotransduction Principles," Annual BMES Fall Meeting, Nashville, Tennessee, October 2, 2003.

340. V.I. Sikavitsas*, G.N. Bancroft, H.L. Holtorf, J.A. Jansen, and A.G. Mikos, "Bone Tissue Engineering by Cell and In Vitro Generated Extracellular Matrix Transplantation," Annual BMES Fall Meeting, Nashville, Tennessee, October 2, 2003.

341. H.L. Holtorf*, N. Datta, J.A. Jansen, and A.G. Mikos, "Effect of Scaffold Pore Size on Marrow Stromal Cell Differentiation in a Flow Perfusion Bioreactor," Annual BMES Fall Meeting, Nashville, Tennessee, October 2, 2003.

342. J.S. Temenoff*, H. Park, E. Jabbari, and A.G. Mikos, "Bone Formation from Marrow Stromal Cells Encapsulated in Oligo(PEG Fumarate) Hydrogels," Annual BMES Fall Meeting, Nashville, Tennessee, October 3, 2003.

343. E. Behravesh, V.I. Sikavitsas*, and A.G. Mikos, "Quantification of Ligand Surface Concentration of Bulk Modified Biomimetic Hydrogels," BioInterface 2003, Savannah, Georgia, October 24, 2003.

344. H. Shin*, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Attachment, Proliferation, and Migration of Marrow Stromal Osteoblasts Cultured on Biomimetic Hydrogels Modified with an Osteopontin-Derived Peptide," BioInterface 2003, Savannah, Georgia, October 24, 2003.

345. A.G. Mikos*, "The International Perspective," Symposium Tissue Engineering, Netherlands Technology Foundation, Ede, The Netherlands, November 7, 2003.

346. V.I. Sikavitsas*, G.N. Bancroft, J. van den Dolder, J.A. Jansen, and A.G. Mikos, "Bone Regeneration by Marrow Stromal Osteoblast Transplantation," Annual AIChE Meeting, San Francisco, California, November 17, 2003.

347. T.A. Holland, J.K. Tessmar, Y. Tabata, and A.G. Mikos*, "Sustained Release of Transforming Growth Factor-•1 from Novel Oligo(Poly(Ethylene Glycol) Fumarate) Hydrogels Encapsulating Gelatin Microparticles in Conditions that Model the Cartilage Wound Healing Environment," Annual AIChE Meeting, San Francisco, California, November 18, 2003.

348. G. Cheng*, H. Shin, A.G. Mikos, and K. Zygourakis, "3-Dimensional Transmigration of Human Dermal Fibroblasts from Collagen Gels to Biomimetic Hydrogels Modified with Peptide Sequences," Annual AIChE Meeting, San Francisco, California, November 18, 2003.

349. A.G. Mikos*, "Synthetic Polymers for Tissue Engineering," Annual AIChE Meeting, San Francisco, California, November 19, 2003.

350. R.A. Horch*, M.D. Timmer, A.R. Barron, and A.G. Mikos, "Reinforcement of Poly(Propylene Fumarate)-Based Networks with Surface Modified Alumoxane Nanoparticles for Bone Tissue Engineering," Annual AIChE Meeting, San Francisco, California, November 20, 2003.

351. J.P. Fisher*, A.G. Mikos, and A.H. Reddi, "Hydrogel Scaffolds for Tissue Engineering of Articular Cartilage," Annual AIChE Meeting, San Francisco, California, November 20, 2003.

352. A.G. Mikos*, "Recent Progress in Tissue Engineering Using Biodegradable Polymers," 1st International Conference on Epithelial Technologies and Tissue Engineering, Singapore, December 4, 2003.

353. P.Q. Ruhé*, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, J.A. Jansen, and A.G. Mikos, "rhBMP-2 Release from Injectable Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," 6th Annual International Conference and Exposition of Tissue Engineering Society International, Orlando, Florida, December 12, 2003.

354. M.S. Wolfe*, D. Dean, A. Totonchi, J. Chen, Y. Ahmad, C. Rimnac, and A.G. Mikos, "Osseointegration of Porous Poly(Propylene Fumarate) Scaffolds Treated with Transforming Growth Factor-•2 in a Critical Size Rabbit Skull Defect," 6th Annual International Conference and Exposition of Tissue Engineering Society International, Orlando, Florida, December 12, 2003.

355. G. Cheng*, H. Shin, A.G. Mikos, and K. Zygourakis, "Expansion of Marrow Stromal Osteoblast Megacolonies on Biomimetic Hydrogels: Interpreting and Evaluating the Assay Data," 21st Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 12, 2004.

356. X. Shi*, J. Hudson, R.A. Horch, J.M. Tour, R. Krishnamoorti, and A.G. Mikos, "Carbon Nanotube/Poly(Propylene Fumarate) Composites for Bone Tissue Engineering," 21st

A2283

Annual Conference of the Houston Society for Engineering in Medicine and Biology, Houston, Texas, February 12, 2004.

357. H. Shin*, K. Zygourakis, M.C. Farach-Carson, M.J. Yaszemski, and A.G. Mikos, "Modulation of Differentiation and Mineralization of Marrow Stromal Cells Cultured on Biomimetic Hydrogels Modified with an Osteopontin-Derived Peptide," Annual Meeting of Orthopaedic Research Society, San Francisco, California, March 7, 2004.

358. M.A. Wettergreen*, J.E. Pan, J.J. Lemoine, A.G. Mikos, and M.A.K. Liebschner, "Modification of Apparent Scaffold Properties Through Porogen Surface to Volume Ratio Manipulation," Annual Meeting of Orthopaedic Research Society, San Francisco, California, March 7, 2004.

359. P.Q. Ruhé*, E.L. Hedberg, N.T. Padron, P.H.M. Spauwen, A.G. Mikos, and J.A. Jansen, "Biocompatibility and Degradation of Injectable Poly(DL-Lactic-co-Glycolic Acid)/Calcium Phosphate Cement Composites," Annual Meeting of the International Association for Dental Research, Honolulu, Hawaii, March 11, 2004.

360. A.G. Mikos*, "Scaffold-Based Tissue Engineering Approaches," Annual Meeting of the International Association for Dental Research, Honolulu, Hawaii, March 11, 2004.

361. H. Shin, G.C. Bowden*, and A.G. Mikos, "Osteogenic Differentiation of Marrow Stromal Cells Cultured on Biomimetic Hydrogels," Annual Meeting of the International Association for Dental Research, Honolulu, Hawaii, March 11, 2004.

362. A.G. Mikos*, "Synthetic Polymers for Tissue Engineering," National ACS Meeting, Anaheim, California, March 28, 2004.

363. A.G. Mikos*, "Scaffold-Based Tissue Engineering," United Kingdom/Texas Symposium on Tissue Engineering and Regenerative Medicine, Imperial College, London, England, March 30, 2004.

364. T.A. Holland, Z.S. Patel, Y. Tabata, and A.G. Mikos*, "Growth Factor Delivery from Injectable Hydrogel Scaffolds for Tissue Engineering," European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands, April 7, 2004.

365. J.A. Jansen*, J.W.M. Vehof, P.Q. Ruhé, H. Kroeze-Deutman, J.P. Fisher, E.L. Hedberg, and A.G. Mikos, "Growth Factor Loaded Scaffolds for Bone Engineering," European Symposium on Controlled Drug Delivery, Noordwijk aan Zee, The Netherlands, April 7, 2004.

366. A.G. Mikos*, "Biomaterials for Tissue Engineering," 1st Biennial Symposium on Tissue Engineering and Regeneration, University of Michigan, Ann Arbor, Michigan, May 12, 2004.

367. J.P. Fisher*, S. Jo, A.G. Mikos, and A.H. Reddi, "Thermoreversible Hydrogel Scaffolds for Articular Cartilage Tissue Engineering," 7th World Biomaterials Congress, Sydney, Australia, May 18, 2004.

368. M.E. Gomes*, C.M. Bossano, C.M. Johnston, R.L. Reis, and A.G. Mikos, "Expression of Bone Growth Factors by MSCs Cultured on Starch/Poly(•-caprolactone) Scaffolds Using a Flow Perfusion Bioreactor," 7th World Biomaterials Congress, Sydney, Australia, May 18, 2004.

369. J.S. Temenoff*, H. Park, E. Jabbari, T.L. Sheffield, R.G. LeBaron, C.G. Ambrose, and A.G. Mikos, "Swelling of Fumarate-Based Hydrogels Affects Osteogenic Differentiation of Embedded Marrow Stromal Cells," 7th World Biomaterials Congress, Sydney, Australia, May 18, 2004.

A2284