# INTERNATIONAL SEARCH REPORT

| International Application No |
|---|
| PCT/EP 93/02604 |

**A. CLASSIFICATION OF SUBJECT MATTER**
IPC 5   C07D498/18   C07F7/18   A61K31/435   //C07D498/18,311:00, 273:00,221:00

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 5   C07D   C07F   A61K

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practical, search terms used)

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | US,A,5 151 413 (C. E. CAUFIELD ET AL) 29 September 1992<br>see claims 1,13<br>--- | 1,7 |
| X | US,A,5 120 842 (A. A. FAILLI ET AL) 9 June 1992<br>see claim 1<br>----- | 1 |

☐ Further documents are listed in the continuation of box C.   ☒ Patent family members are listed in annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 14 December   1993 | 2 8. 12. 93 |

| Name and mailing address of the ISA | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040, Tx. 31 651 epo nl,<br>Fax (+31-70) 340-3016 | Voyiazoglou, D |

Form PCT/ISA/210 (second sheet) (July 1992)

A2390

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International Application No

PCT/EP 93/02604

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| US-A-5151413 | 29-09-92 | NONE | | |
| US-A-5120842 | 09-06-92 | AU-A- | 1389392 | 08-10-92 |
| | | EP-A- | 0507556 | 07-10-92 |
| | | JP-A- | 5078377 | 30-03-93 |

A2391



10058733-3

Instructions for Use
**CYPHER™ Sirolimus-eluting Coronary Stent on RAPTOR™
Over-the-Wire Delivery System**

and

**CYPHER™ Sirolimus-eluting Coronary Stent on RAPTORRAIL®
Rapid Exchange Delivery System**

A2392

**Table of Contents**

1.   Product Description .................................................................................................................................. 3
     1.1.   Device Component Description ...................................................................................................... 3
            Table 1-1: Device Component Description .................................................................................... 3
     1.2.   Drug Component Description .......................................................................................................... 3
            Table 1-2: CYPHER™ Sirolimus-eluting Coronary Stent System Product Matrix & Nominal Sirolimus Dosages ........... 4
2.   Indications ................................................................................................................................................ 4
3.   Contraindications ..................................................................................................................................... 4
4.   Warnings .................................................................................................................................................. 4
5.   Precautions .............................................................................................................................................. 4
     5.1.   General Precautions ...................................................................................................................... 4
     5.2.   Use of Multiple Stents ................................................................................................................... 4
     5.3.   Brachytherapy ................................................................................................................................ 4
     5.4.   Use in Conjunction with Other Procedures ................................................................................... 5
     5.5.   Use in Special Populations ............................................................................................................ 5
     5.6.   Lesion/Vessel Characteristics ....................................................................................................... 5
     5.7.   Drug Interactions ........................................................................................................................... 5
     5.8.   Coronary Artery Surgery – Effect on Anastomoses ...................................................................... 5
     5.9.   Immune Suppression Potential ...................................................................................................... 5
     5.10.  Lipid Elevation Potential ................................................................................................................ 5
     5.11.  Magnetic Resonance Imaging (MRI) – Stent Migration ................................................................ 5
     5.12.  Stent Handling Precautions ........................................................................................................... 5
     5.13.  Stent Placement Precautions ........................................................................................................ 5
     5.14.  Stent/System Removal Precautions .............................................................................................. 6
     5.15.  Post Implantation Precautions ....................................................................................................... 6
6.   Drug Information ...................................................................................................................................... 6
     6.1.   Mechanism of Action ..................................................................................................................... 6
     6.2.   Pharmacokinetics of the CYPHER Sirolimus-eluting Coronary Stent .......................................... 6
            Table 6-1: Whole Sirolimus Pharmacokinetic Parameters in Patients after Implantation of CYPHER Sirolimus-eluting Coronary Stents ...... 6
     6.3.   Pharmacokinetics Following Oral Administration of Sirolimus ....................................................... 6
            Table 6-2: Pharmacokinetic Parameters in Healthy Subjects, Renal Transplant Patients and Patients with Hepatic Impairment
            Following Oral Administration of Sirolimus .................................................................................... 7
     6.4.   Drug Interactions Following Oral Administration of Sirolimus ........................................................ 7
     6.5.   Mutagenesis, Carcinogenicity and Reproductive Toxicology ....................................................... 8
     6.6.   Pregnancy ...................................................................................................................................... 8
     6.7.   Lactation ........................................................................................................................................ 8
7.   Adverse Events ........................................................................................................................................ 9
     7.1.   Observed Adverse Events ............................................................................................................. 9
            Table 7-1: Clinical Studies - Major Characteristics ...................................................................... 9
            Table 7-2: Principal Adverse Events Observed in Clinical Studies In-Hospital and Out-of-Hospital ...... 10
            Table 7-3: Frequency of Incomplete Stent Apposition ................................................................. 10
     7.2.   Potential Adverse Events .............................................................................................................. 11
8.   Clinical Studies ...................................................................................................................................... 11
     8.1.   Overview of Clinical Studies .......................................................................................................... 11
            Table 8-1: Clinical Study Comparison .......................................................................................... 11
     8.2.   SIRIUS Trial (Pivotal Study) ......................................................................................................... 12
            Table 8-2: Principal Effectiveness and Safety Results (to 360 Days) .......................................... 13
            Figure 8-1: Kaplan-Meier Graph and Life Table to 360 Days ...................................................... 14
     8.3.   RAVEL Trial ................................................................................................................................... 14
            Table 8-3: Principal Effectiveness and Safety Results (to 720 Days) .......................................... 15
            Figure 8-2: Kaplan-Meier Graph and Life Table to 720 Days ...................................................... 16
     8.4.   First-in-Man Study ........................................................................................................................ 17
            Table 8-4: First-in-Man: Effectiveness and Safety Results .......................................................... 17
9.   Individualization of Treatment .............................................................................................................. 17
10.  Patient Counseling Information ............................................................................................................ 17
11.  How Supplied ......................................................................................................................................... 17
12.  Operator's Manual (Combined OTW and RX) ...................................................................................... 18
     12.1.  Access to Package Holding Sterile Stent Delivery System .......................................................... 18
     12.2.  Inspection Prior to Use ................................................................................................................. 18
     12.3.  Materials Required ........................................................................................................................ 18
     12.4.  Preparation .................................................................................................................................... 18
     12.5.  Delivery Procedure ........................................................................................................................ 18
     12.6.  Deployment Procedure .................................................................................................................. 18
     12.7.  Further Dilatation of Stented Segments ........................................................................................ 19
     12.8.  Removal Procedure ....................................................................................................................... 19
     12.9.  In-vitro Information ......................................................................................................................... 19
            Table 12-1: Inflation Pressure Recommendations ....................................................................... 19
13.  Patient Information ................................................................................................................................. 19
14.  Patents .................................................................................................................................................... 19
15.  Disclaimer of Warranty and Limitation of Remedy ............................................................................. 19

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician.

1.  **Product Description**
    The CYPHER™ Sirolimus-eluting Coronary Stent (CYPHER Stent) is a combination product comprised of two regulated components: a device (a stent system) and a drug product (a formulation of sirolimus in a polymer coating).

    1.1.  **Device Component Description**
        The device component consists of a stent mounted onto a stent delivery system (SDS). The physical characteristics of the device component are shown in Table 1-1.

**Table 1-1: Device Component Description**

| | CYPHER™ Sirolimus-eluting Coronary Stent on RAPTOR™ Over-the-Wire (OTW) Stent Delivery System | CYPHER™ Sirolimus-eluting Coronary Stent on RAPTORRAIL® Rapid Exchange (RX) Stent Delivery System |
|---|---|---|
| Available Stent Lengths, unexpanded (mm): | 8, 13, 18, 23, 28, 33 | 8, 13, 18, 23, 28, 33 |
| Available Stent Diameters (mm): | 2.50, 2.75, 3.00, 3.50 | 2.50, 2.75, 3.00, 3.50 |
| Stent Material: | Electropolished stainless steel (316L), laser-cut from seamless tubing in a sinusoidal pattern coated with a polymer and sirolimus mixture. | |
| Stent Geometry: | Six circumferential cells (2.50 – 3.00 mm stents) or Seven circumferential cells (3.50 mm stents) | |
| Nominal Stent Foreshortening: | ≤ 1 mm | |
| Delivery System Usable Length: | 145 cm | 137 cm |
| Delivery System Y-Adapter Ports: | Y-Connector (Side arm for access to balloon inflation/deflation lumen. Straight arm is continuous with shaft inner lumen – designed for guidewire ≤ 0.014" (0.36 mm).) | Single access port to the inflation lumen. A guidewire exit port is located at 28 cm from the tip. Designed for guidewire ≤ 0.014" (0.36 mm). |
| Stent Delivery Balloon: | Single-layer nylon, nominally 2 mm longer than stent. Mounted stent length and location is defined by 2 platinum-iridium radiopaque marker bands. | |
| Balloon Inflation Pressure: | Nominal pressure: 11 atm (1115 kPa) Rated burst pressure: 16 atm (1621 kPa) | |
| Guiding Catheter Inner Diameter: | ≥ 0.067" (1.7 mm) | ≥ 0.056" (1.4 mm) for 2.50 – 3.00 mm ≥ 0.067" (1.7 mm) for 3.50 mm |
| Catheter Shaft Outer Diameter: | 3.3F (1.10 mm) proximally, 2.7F (0.90 mm) distally. | 2.3F (0.75 mm) proximally; 2.6F (0.85 mm) distally (Ø up to 3.00 mm); 2.9F (0.95 mm) distally (Ø > 3.00 mm). |

    1.2.  **Drug Component Description**
        The active ingredient in the CYPHER Sirolimus-eluting Coronary Stent is sirolimus (also known as rapamycin). Sirolimus is a macrocyclic lactone produced by *Streptomyces hygroscopicus*. The chemical name of sirolimus (also known as rapamycin) is (3S,6R,7E,9R,10R,12R,14S,15E,17E,19E,21S,23S,26R,27R,34aS)-9,10,12,13,14,21,22,23,24,25,26,27,32,33,34,34a-hexadecahydro-9,27-dihydroxy-3-[(1R)-2-[(1S3/R,4R)-4-hydroxy-3-methoxycyclohexyl]-1-methylethyl]-10,21-dimethoxy-6,8,12,14,20,26-hexamethyl-23,27-epoxy-3H-pyrido[2,1-c][1,4] oxaazacyclohentriacontine-1,5,11,28,29 (4H,6H,31H)-pentone. Its molecular formula is $C_{51}H_{79}NO_{13}$ and its molecular weight is 914.2.  The structural formula of sirolimus is shown below:

Sirolimus is a white to off-white powder and is insoluble in water, but freely soluble in benzyl alcohol, chloroform, acetone, and acetonitrile. Please refer to Table 1-2 for the nominal dosages of sirolimus on the CYPHER Sirolimus-eluting Coronary Stents.

3

The inactive ingredients in the CYPHER Sirolimus-eluting Coronary Stent contain parylene C and the following two non-erodible polymers: polyethylene-co-vinyl acetate (PEVA) and poly n-butyl methacrylate (PBMA). A combination of the two polymers mixed with sirolimus (67%/33%) makes up the basecoat formulation which is applied to a PBMA C treated stent. A drug-free topcoat of PBMA polymer is applied to the stent surface to control the release kinetics of sirolimus. The drug/polymer coating is adhered to the entire surface (i.e., luminal and abluminal) of the stent. The structural formulae of the polymer subunits are shown below:

| PEVA | PBMA | Parylene C |
|---|---|---|
| $\left(-CH_2CH_2-\right)_x\left(-CH_2CH-\right)_y$ with side chain $O-C-CH_3$ ($\overset{O}{\|}$) | $\left(-C\,CH_2-\right)_n$ with $CH_3$ above and $C-OCH_2CH_2CH_3$ ($\overset{O}{\|}$) below | $\left(-CH_2-\langle\text{ring Cl}\rangle-CH_2-\right)_n$ |

Table 1-2: CYPHER Sirolimus-eluting Coronary Stent System
Product Matrix & Nominal Sirolimus Dosages

| Product Code OTW | Product Code RX | Nominal Expanded Stent ID (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Sirolimus Content (µg) | Product Code OTW | Product Code RX | Nominal Expanded Stent ID (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Sirolimus Content (µg) |
|---|---|---|---|---|---|---|---|---|---|
| CWS08250 | CXS08250 | 2.50 | 8 | 71 | CWS23250 | CXS23250 | 2.50 | 23 | 190 |
| CWS08275 | CXS08275 | 2.75 | 8 | 71 | CWS23275 | CXS23275 | 2.75 | 23 | 190 |
| CWS08300 | CXS08300 | 3.00 | 8 | 71 | CWS23300 | CXS23300 | 3.00 | 23 | 190 |
| CWS08350 | CXS08350 | 3.50 | 8 | 83 | CWS23350 | CXS23350 | 3.50 | 23 | 221 |
| CWS13250 | CXS13250 | 2.50 | 13 | 111 | CWS28250 | CXS28250 | 2.50 | 28 | 229 |
| CWS13275 | CXS13275 | 2.75 | 13 | 111 | CWS28275 | CXS28275 | 2.75 | 28 | 229 |
| CWS13300 | CXS13300 | 3.00 | 13 | 111 | CWS28300 | CXS28300 | 3.00 | 28 | 229 |
| CWS13350 | CXS13350 | 3.50 | 13 | 129 | CWS28350 | CXS28350 | 3.50 | 28 | 268 |
| CWS18250 | CXS18250 | 2.50 | 18 | 150 | CWS33250 | CXS33250 | 2.50 | 33 | 268 |
| CWS18275 | CXS18275 | 2.75 | 18 | 150 | CWS33275 | CXS33275 | 2.75 | 33 | 268 |
| CWS18300 | CXS18300 | 3.00 | 18 | 150 | CWS33300 | CXS33300 | 3.00 | 33 | 268 |
| CWS18350 | CXS18350 | 3.50 | 18 | 175 | CWS33350 | CXS33350 | 3.50 | 33 | 314 |

2.   **Indications**
The CYPHER Sirolimus-eluting Coronary Stent is indicated for improving coronary luminal diameter in patients with symptomatic ischemic disease due to discrete *de novo* lesions of length $\leq$ 30 mm in native coronary arteries with a reference vessel diameter of $\geq$ 2.5 to $\leq$ 3.5 mm.

Long-term outcome (beyond 12 months) for this permanent implant is unknown at present.

3.   **Contraindications**
Use of the CYPHER Sirolimus-eluting Coronary Stent is contraindicated in the following patient types:
   • Patients with a hypersensitivity to sirolimus or its derivatives.
   • Patients with a known hypersensitivity to polymethacrylates or polyolefin copolymers.

Coronary artery stenting is contraindicated for use in:
   • Patients in whom antiplatelet and/or anticoagulation therapy is contraindicated.
   • Patients judged to have a lesion that prevents complete inflation of an angioplasty balloon.

4.   **Warnings**
   • Please ensure that the inner package has not been opened or damaged as this may indicate the sterile barrier has been breached.
   • The use of this device carries the risks associated with coronary artery stenting, including subacute thrombosis, vascular complications, and/or bleeding events.
   • Patients with a known hypersensitivity to 316L stainless steel may suffer an allergic reaction to this implant.

5.   **Precautions**
   **5.1.   General Precautions**
   • Only physicians who have received adequate training should perform implantation of the stent.
   • Stent placement should only be performed at hospitals where emergency coronary artery bypass graft surgery can be readily performed.
   • Subsequent stent blockage may require repeat dilatation of the arterial segment containing the stent. The long-term outcome following repeat dilatation of endothelialized stents is not well characterized.
   • To avoid the possibility of dissimilar metal corrosion, do not implant stents of different materials in tandem where overlap or contact is possible.
   • Do not use Ethidol or Lipiodol contrast media.[1]
   • Do not expose the delivery system to organic solvents, such as alcohol, or detergents.

   **5.2.   Use of Multiple Stents**
   The extent of the patient's exposure to drug and polymer is directly related to the number of stents implanted. Use of more than two CYPHER Stents has not received adequate clinical evaluation. Use of more than two CYPHER Stents will result in the patient receiving larger amounts of drug and polymer than the experience reflected in the clinical studies.

   **5.3.   Brachytherapy**
   The safety and effectiveness of the CYPHER Stent in patients with prior brachytherapy of the target lesion have not been established. The safety and effectiveness of use of brachytherapy to treat in-stent restenosis in a CYPHER Stent have not been established. Both vascular brachytherapy and the CYPHER Stent alter arterial remodeling. The synergy between these two treatments has not been determined.

---

[1] Ethidol and Lipiodol are trademarks of Guerbet, S.A.

4

**5.4.** **Use in Conjunction with Other Procedures**
The safety and effectiveness of using mechanical atherectomy devices (directional atherectomy catheters, rotational atherectomy catheters) or laser angioplasty catheters in conjunction with CYPHER Stent implantation have not been established.

**5.5.** **Use in Special Populations**
**5.5.1.** **Pregnancy:** Pregnancy Category C. See Drug Information – 6.6 Pregnancy.
There are no adequate and well controlled studies in pregnant women. Effective contraception should be initiated before implanting a CYPHER Stent and for 12 weeks after implantation. The CYPHER Stent should be used during pregnancy only if the potential benefit outweighs the potential risk to the embryo or fetus.
**5.5.2.** **Use during Lactation:** See Drug Information – 6.7 Lactation. A decision should be made whether to discontinue nursing or to implant the stent, taking into account the importance of the stent to the mother.
**5.5.3.** **Pediatric use:** The safety and efficacy of the CYPHER Stent in pediatric patients below the age of 18 years have not been established.
**5.5.4.** **Geriatric use:** Clinical studies of the CYPHER Stent did not find that patients age 65 years and over differed with regard to safety and efficacy compared to younger patients.

**5.6.** **Lesion/Vessel Characteristics**
The safety and effectiveness of the CYPHER Stent have not been established in the following patient populations:
- Patients with unresolved vessel thrombus at the lesion site.
- Patients with coronary artery reference vessel diameter < 2.5 mm or > 3.5 mm.
- Patients with lesions located in the left main coronary artery, ostial lesions, or lesions located at a bifurcation.
- Patients with diffuse disease or poor overflow distal to the identified lesions.
- Patients with tortuous vessels in the region of the obstruction or proximal to the lesion.
- Patients with a recent acute myocardial infarction where there is evidence of thrombus or poor flow.

**5.7.** **Drug Interactions**
Several drugs are known to affect the metabolism of sirolimus, and other drug interactions may be inferred from known metabolic effects. Sirolimus is known to be a substrate for both cytochrome P450 IIIA4 (CYP3A4) and P-glycoprotein. See Drug Information – 6.4 Drug Interactions Following Oral Administration of Sirolimus for more specific information.

Consideration should be given to the potential for drug interaction when deciding to place a CYPHER Stent in a patient who is taking a drug that could interact with sirolimus, or when deciding to initiate therapy with such a drug in a patient who had recently received a CYPHER Stent. The effect of drug interactions on the safety or efficacy of the CYPHER Stent has not been determined.

**5.8.** **Coronary Artery Surgery – Effect on Anastomoses**
There have been rare reports of bronchial anastomotic dehiscence of transplant anastomoses in lung transplant patients who were receiving oral sirolimus therapy. In a vessel that has recently been implanted with a CYPHER Stent, the sirolimus concentrations are expected to be several fold higher than systemic sirolimus concentrations. Therefore, consideration should be given to the possibility that the presence of a CYPHER Stent may compromise the healing of coronary artery vascular anastomoses. No such event was observed in the very limited experience from clinical trials.

**5.9.** **Immune Suppression Potential**
Sirolimus, the active ingredient of the CYPHER Stent, is an immunosuppressive agent that is also available in oral formulations. The mean peak systemic blood concentration of sirolimus following placement of up to two CYPHER Stents (1.05 ng/ml) is substantially lower than the therapeutic concentrations usually obtained when sirolimus oral formulations are used as prophylaxis for renal transplant rejection (see Drug Information – Pharmacokinetics (6.2)). In clinical studies of CYPHER Stents when used according to its intended use, there were no reports of immune suppression. However, for patients who receive several CYPHER Stents simultaneously, it may be possible for systemic concentrations of sirolimus to approach immunosuppressive levels temporarily, especially in patients who also have hepatic insufficiently or who are taking drugs that inhibit CYP3A4 or P-glycoprotein. This possibility should be considered for such patients, particularly if they are also taking oral sirolimus (or rapamycin), other immunosuppressive agents, or are otherwise at risk for immune suppression.

**5.10.** **Lipid Elevation Potential**
The use of oral sirolimus in renal transplant patients was associated with increased serum cholesterol and triglycerides that in some cases required treatment. The effect was seen with both low and high dose prolonged oral therapy in a dose related manner. When used according to the indications for use, the systemic sirolimus concentrations from the CYPHER Stent are expected to be lower than the concentrations usually obtained in transplant patients, but the magnitude and duration of any effect of those concentrations on lipids is not known.

**5.11.** **Magnetic Resonance Imaging (MRI) -- Stent Migration**
An MRI scan should not be performed on a patient after stent implantation until there is adequate neointimal investment of the stent because of a potential for stent migration. For a conventional uncoated 316L stainless steel stent this period is usually considered to be eight weeks. Because of the reduced neointimal formation associated with the CYPHER Stent, the period of vulnerability may be longer, but there is currently insufficient information to provide a specific recommendation.

**5.12.** **Stent Handling Precautions**
- For single use only. Do not resterilize or reuse this device. Note the "Use By" date on the product label.
- Do not remove the stent from the delivery balloon – removal may damage the stent and/or lead to stent embolization. The stent system is intended to perform as a system.
- Do not induce a vacuum on the delivery system prior to reaching the target lesion.
- Special care must be taken not to handle or in any way disrupt the stent on the balloon. This is most important while removing the catheter from the packaging, placing it over the guidewire, and advancing it through the large-bore rotating hemostatic valve and guiding catheter hub.
- Stent manipulation (e.g., rolling the mounted stent with your fingers) may loosen the stent from the delivery system balloon and cause dislodgment.
- Use only the appropriate balloon inflation media. Do not use air or any gaseous medium to inflate the balloon as this may cause uneven expansion and difficulty in deployment of the stent.

**5.13.** **Stent Placement Precautions**
- Do not prepare or pre-inflate the balloon prior to stent deployment other than as directed. Use the balloon purging technique described in Section 12 -- Operator's Manual.
- Guiding catheters used must have lumen sizes that are suitable to accommodate the stent delivery system (see Product Description – 1.1 Device Component Description).
- Do not induce a negative pressure on the delivery catheter prior to placement of the stent across the lesion. This may cause premature dislodgment of the stent from the balloon.
- Although the stent delivery balloon catheter is strong enough to expand the stent without rupture, a circumferential tear of the carrier balloon distal to the stent and prior to complete expansion of the stent could cause the balloon to become tethered to the stent, requiring surgical removal. In case of rupture of the balloon, it should be withdrawn and, if necessary, a new balloon catheter exchanged over the guidewire to complete the expansion of the stent.

5

A2396

- Implanting a stent may lead to a dissection of the vessel distal and/or proximal to the stented portion and may cause acute closure of the vessel requiring additional intervention (CABG, further dilatation, placement of additional stents, or other intervention).
- Do not expand the stent if it is not properly positioned in the vessel. (See Precautions – 5.14 Stent/System Removal Precautions.)
- Placement of the stent has the potential to compromise side branch patency.
- Balloon pressures should be monitored during inflation. Do not exceed rated burst pressure as indicated on the product label. (See Inflation Pressure Recommendations in Table 12-1.) Use of pressures higher than those specified on the product label may result in a ruptured balloon with possible intimal damage and dissection.
- Do not attempt to pull an unexpanded stent back through the guiding catheter, as dislodgment of the stent from the balloon may occur. Remove as a single unit per instructions in Precautions – 5.14 Stent/System Removal Precautions.
- Stent retrieval methods (use of additional wires, snares and/or forceps) may result in additional trauma to the coronary vasculature and/or the vascular access site. Complications may include bleeding, hematoma, or pseudoaneurysm.
- Ensure full coverage of the entire lesion/dissection site so that there are no gaps between stents.

## 5.14.  Stent/System Removal Precautions

Should unusual resistance be felt at any time during either lesion access or removal of the stent delivery system before stent implantation, the entire system should be removed as a single unit.

**When removing the delivery system as a single unit:**

- Do not retract the delivery system into the guiding catheter.
- Advance the guidewire into the coronary anatomy as far distally as safely possible.
- Tighten the rotating hemostatic valve to secure the stent delivery system to the guiding catheter; then remove the guiding catheter and stent delivery system as a single unit.

Failure to follow these steps or applying excessive force to the stent delivery system can potentially result in loss or damage to the stent or stent delivery system.

If it is necessary to retain the guidewire in position for subsequent artery/lesion access, leave the guidewire in place and remove all other system components.

## 5.15.  Post Implantation Precautions

- Great care must be exercised when crossing a newly deployed stent with an intravascular ultrasound (IVUS) catheter, a coronary guidewire or balloon catheter to avoid disrupting the stent geometry.
- Do not perform a magnetic resonance imaging (MRI) scan on a patient after stent implantation until there is adequate neointimal investment of the stent (see Precautions – 5.11 Magnetic Resonance Imaging (MRI) – Stent Migration). The stent may cause artifacts in MRI scans due to distortion of the magnetic field.

# 6.  Drug Information

## 6.1.  Mechanism of Action

The mechanism (or mechanisms) by which a CYPHER Stent affects neointima production as seen in clinical studies has not been established. It is known that sirolimus inhibits T-lymphocyte activation and smooth muscle and endothelial cell proliferation in response to cytokine and growth factor stimulation. In cells, sirolimus binds to the immunophilin, FK Binding Protein-12 (FKBP-12). The sirolimus-FKBP-12 complex binds to and inhibits the activation of the mammalian Target of Rapamycin (mTOR), leading to inhibition of cell cycle progression from the $G_1$ to the S phase.

## 6.2.  Pharmacokinetics of the CYPHER Sirolimus-eluting Coronary Stent

The pharmacokinetics of sirolimus as delivered by the CYPHER Sirolimus-eluting Coronary Stent has been determined in patients with coronary artery disease after implantation of 1 (n=10) or 2 (n=9) CYPHER Stents. The parameters determined from patients receiving 1 and 2 CYPHER stents are provided in Table 6-1.

**Table 6-1: Whole Sirolimus Pharmacokinetic Parameters in Patients after Implantation of CYPHER Sirolimus-eluting Coronary Stents**

| Number of Stents | Statistic | Dose (µg) | $t_{max}$ (h) | $C_{max}$ (ng/ml) | $t_{1/2}$ (h) | AUC (ng·h/ml) | CL (ml/h/kg) |
|---|---|---|---|---|---|---|---|
| 1 (n=10) | Mean | 161 | 3.90 | 0.57 | 206 | 127 | 17.7 |
| | SD | 15 | 2.38 | 0.12 | 92 | 51 | 7.5 |
| | %CV | 9.09 | 61.0 | 20.5 | 44.8 | 40.3 | 42.2 |
| | Range | 149-178 | 1-6 | 0.43-0.77 | 111-354 | 58-225 | 6.22-29.2 |
| 2 (n=9) | Mean | 315 | 3.24 | 1.05 | 220 | 227 | 17.1 |
| | SD | 25 | 3.59 | 0.39 | 106 | 58 | 5.3 |
| | %CV | 7.84 | 111 | 37.4 | 48.3 | 25.7 | 31.2 |
| | Range | 299-355 | 1.05-12.2 | 0.51-1.66 | 131-486 | 149-307 | 9.31-24.5 |

$t_{max}$ = time peak concentration occurs; $C_{max}$ = peak blood concentration; $t_{1/2}$=terminal-phase half-life; AUC=area under the concentration-time curve; CL=total blood clearance

The results in Table 6-1 show that $C_{max}$ and AUC were closely dose-proportional over a 2-fold range in doses. The blood levels after stent implantation were 10 to 20 fold lower than what was observed after oral administration of sirolimus in either healthy volunteers or transplanted patients. The mean ± SD sirolimus terminal half-life ($t_{1/2}$) after stent implantation for the combined groups (n = 19) was 213 ± 97 h. By comparison, the mean ± SD sirolimus $t_{1/2}$ values after single dose administration of sirolimus by oral solution in healthy subjects (n = 305) and renal transplant patients (n = 81) were 72.9 ± 19.3 h and 58.2 ± 19.2 h, respectively. The apparent discrepancy in half-lives after stent implantation and oral administration is due to the fact that the decline in terminal sirolimus concentrations reflects the release of sirolimus from the stent and not elimination of sirolimus from the body.

## 6.3  Pharmacokinetics Following Oral Administration of Sirolimus

Sirolimus pharmacokinetic activity has been determined following oral administration in healthy subjects, pediatric dialysis patients, hepatically-impaired patients, and renal transplant patients. Table 6-2 provides a summary of the descriptive statistics for the maximum whole blood sirolimus pharmacokinetic exposure, based on $t_{max}$, $C_{max}$ and AUC.

6

A2397

Table 6-2: Pharmacokinetic Parameters (mean ± SD) in Healthy Subjects, Renal Transplant Patients and Patients with Hepatic Impairment Following Oral Administration of Sirolimus

| Patient Status(n) | Dose | $t_{max}$ (hours) | $C_{max}$ (ng/ml) | AUC (ng·h/ml) |
|---|---|---|---|---|
| Healthy (n=18) | 15 mg single dose oral solution | 0.82 ± 0.17 | 78.2 ± 18.3 | 970 ± 272 |
| Renal Transplant (n=19) | 2 mg/day multiple dose oral solution | 3.01 ± 2.4 | 12.2 ± 6.2 | 158 ± 70 |
| Renal Transplant (n=23) | 5 mg/day multiple dose oral solution | 1.84 ± 1.3 | 37.4 ± 21 | 396 ± 193 |
| Renal Transplant (n=13) | 2 mg/day multiple dose tablets | 3.46 ± 2.4 | 15.0 ± 4.9 | 230 ± 67 |
| Hepatic Impairment (n=18) | 15 mg single dose oral solution | 0.84 ± 0.17 | 77.9 ± 23.1 | 1567 ± 616 |

### 6.3.1. Distribution

The mean (±SD) blood to plasma ratio of sirolimus was 36 (±18) in stable renal allograft patients, indicating that sirolimus is extensively partitioned into formed blood elements. Sirolimus is extensively bound (approximately 92%) to human plasma proteins. In man the binding of sirolimus was shown mainly to be associated with serum albumin (97%), alpha-1 acid glycoprotein and lipoproteins.

### 6.3.2. Metabolism

Sirolimus is a substrate for both cytochrome P450 IIIA4 (CYP3A4) and P-glycoprotein. Sirolimus is extensively metabolized by O-demethylation and/or hydroxylation. Seven major metabolites, including sirolimus, demethyl, and hydroxydemethyl are identifiable in blood. Some of these metabolites are also detectable in plasma, fecal and urine samples. Sirolimus is the major component in human whole blood and contributes to more than 90% of the immunosuppressive activity.

### 6.3.3. Special Populations

Hepatic Impairment: Sirolimus (15 mg) was administered as a single oral dose to 18 subjects with normal hepatic function and 18 patients with Child-Pugh classification A or B hepatic impairment, in which hepatic impairment was primary and not related to an underlying systemic disease. Compared with the values in the normal hepatic group, the hepatic impairment had higher mean AUC (61%) and $t_{1/2}$ (43%) and had lower mean clearance values (33%). The mean $t_{1/2}$ increased from 79 ± 12 hours in subjects with normal hepatic function to $113 \pm 41$ hours in patients with impaired hepatic function. However, hepatic diseases with varying etiologies may show different and the pharmacokinetics of sirolimus in patients with severe hepatic dysfunction is unknown.

Renal Impairment: The effect of renal impairment on the pharmacokinetics of sirolimus is not known. However, there is minimal (2.2%) renal excretion of the drug or its metabolites.

Demographics: After oral administration of sirolimus there was no effect of gender, race and age (> 65 years) on the pharmacokinetics of sirolimus.

## 6.4 Drug Interactions Following Oral Administration of Sirolimus

Drug interaction studies have not been conducted with the CYPHER Sirolimus-eluting Coronary Stent. Sirolimus is extensively metabolized by cytochrome P450 3A4 (CYP3A4) in the gut wall and liver and undergoes efflux from enterocytes of the small intestine by P-glycoprotein (P-gp). Therefore, absorption and the subsequent elimination of systemically absorbed sirolimus may be influenced by drugs that affect these proteins. Inhibitors of CYP3A4 and P-gp may increase sirolimus levels, while inducers of CYP3A4 and P-gp may decrease sirolimus levels. The pharmacokinetic interaction between orally administered sirolimus and concomitantly administered drugs is discussed below. Drug interaction studies have not been conducted with drugs other than those described below.

### 6.4.1. Ketoconazole

Multiple-dose ketoconazole administration significantly affected the rate and extent of absorption and sirolimus exposure after administration of a sirolimus oral formulation, as reflected by increases in sirolimus $C_{max}$, $t_{max}$, and AUC of 4.3-fold, 38%, and 10.9-fold, respectively. However, the terminal $t_{1/2}$ of sirolimus was not changed. Single-dose sirolimus did not affect steady-state 12-hour plasma ketoconazole concentrations. It is recommended that sirolimus oral solution and oral tablets should not be administered with ketoconazole.

### 6.4.2. Rifampin

Pretreatment of 14 healthy volunteers with multiple doses of rifampin, 600 mg daily for 14 days, followed by a single 20-mg dose of sirolimus, greatly increased sirolimus oral-dose clearance by 5.5-fold (range = 2.8 to 10), which represents mean decreases in AUC and $C_{max}$ of about 82% and 71%, respectively. In patients where rifampin is indicated, alternative therapeutic agents with less enzyme induction potential should be considered.

### 6.4.3. Diltiazem

The simultaneous oral administration of 10 mg of a sirolimus oral solution and 120 mg of diltiazem to 18 healthy volunteers significantly affected the bioavailability of sirolimus. Sirolimus $C_{max}$, $t_{max}$, and AUC were increased 1.4-, 1.3-, and 1.6-fold, respectively. Sirolimus did not affect the pharmacokinetics of either diltiazem or its metabolites desacetyldiltiazem and desmethyldiltiazem.

### 6.4.4. Cyclosporine

Single-dose pharmacokinetic interactions between cyclosporine and sirolimus were investigated for two sirolimus oral formulations in studies using 24 healthy volunteers. Compared to results obtained when oral sirolimus was administered alone, the oral administration of 10 mg sirolimus 4 hours after a single dose of 300 mg cyclosporine soft gelatin capsules increased mean sirolimus AUC by 33% to 80% and increased mean sirolimus $C_{max}$ by 33% to 58%, depending on the sirolimus formulation. The half-life of sirolimus was not significantly affected. The cyclosporine mean AUC and mean $C_{max}$ were not significantly affected.

7

A2398

**6.4.5.    Drugs which may be coadministered without dose adjustment**
Clinically significant pharmacokinetic drug-drug interactions were not observed in studies of drugs listed below in conjunction with orally administered sirolimus. Sirolimus and these drugs may be coadministered without dose adjustments.

- Acyclovir
- Digoxin
- Glyburide
- Nifedipine
- Norgestrel/ethinyl estradiol
- Prednisolone
- Sulfamethoxazole/trimethoprim

**6.4.6.    Other drug interactions**
Drugs that may increase sirolimus blood concentrations include:

- **Calcium channel blockers:** nicardipine, verapamil.
- **Antifungal agents:** clotrimazole, fluconazole, itraconazole.
- **Macrolide antibiotics:** clarithromycin, erythromycin, troleandomycin.
- **Gastrointestinal prokinetic agents:** cisapride, metoclopramide.
- **Other drugs:** bromocriptine, cimetidine, danazol, HIV-protease inhibitors (e.g., ritonavir, indinavir).

Drugs that may decrease sirolimus levels include:

- **Anticonvulsants:** carbamazepine, phenobarbital, phenytoin.
- **Antibiotics:** rifabutin, rifapentine.

These lists are not all inclusive.

Care should be exercised when drugs or other substances that are metabolized by CYP3A4 are administered concomitantly with implantation of CYPHER Stents.

**6.4.7.    Grapefruit juice:** Grapefruit juice reduces CYP3A4-mediated metabolism of sirolimus.

**6.4.8.    Herbal Preparations:** St. John's Wort (*Hypericum perforatum*) induces CYP3A4 and P-glycoprotein. Because sirolimus is a substrate for both cytochrome CYP3A4 and P-glycoprotein, there is the potential that the use of St. John's Wort in patients receiving CYPHER Stents could result in reduced sirolimus levels.

**6.4.9.    Vaccination**
Immunosuppressants may affect response to vaccination. Therefore, for some period after receiving a CYPHER Stent, vaccination may be less effective. The use of live vaccines should be avoided; live vaccines may include, but are not limited to, measles, mumps, rubella, oral polio, BCG, yellow fever, varicella, and TY21a typhoid.

**6.4.10.    Drug-laboratory test interactions**
There are no studies on the interactions of sirolimus in commonly employed clinical laboratory tests.

**6.5.    Mutagenesis, Carcinogenicity and Reproductive Toxicology**
The genotoxicity, carcinogenicity, and reproductive toxicity of CYPHER Stents have not been evaluated. However, the genotoxicity, carcinogenicity, and reproductive toxicity of sirolimus have been investigated in bacterial and mammalian cells *in vitro* and in laboratory animals *in vivo*.

Sirolimus was not genotoxic in the *in vitro* bacterial reverse mutation assay, the Chinese hamster ovary cell chromosomal aberration assay, the mouse lymphoma cell forward mutation assay, or the *in vivo* mouse micronucleus assay.

Carcinogenicity studies in mouse showed hepatocellular adenoma and carcinoma at dosages of 1, 3 and 6 mg/kg/day orally (approximately 15 to 94 times the dosage provided by a stent coated with 314 µg sirolimus, adjusted for body surface area). In the 104-week rat study at dosage of 0.2 mg/kg/day (approximately 6 times the dosage provided by a stent coated with 314 µg sirolimus adjusted for body surface area), there was a significant increase in the incidence of testicular adenoma.

There was no effect on fertility in female rats following the administration of sirolimus at dosages up to 0.5 mg/kg/day (approximately 15 times the dosage provided by a stent coated with 314 µg sirolimus adjusted for body surface area). In male rats, there was no significant difference in fertility rate compared to controls at a dosage of 2 mg/kg/day (approximately 60 times the dosage provided by a stent coated with 314 µg sirolimus adjusted for body surface area). Reduction in testicular weights and/or histological lesions (e.g., tubular atrophy and tubular giant cells) were observed in rats following dosages of ≥ 0.65 mg/kg/day (approximately 20 times the dosage provided by a stent coated with 314 µg sirolimus adjusted for body surface area).

**6.6.    Pregnancy**
Pregnancy Category C: There are no adequate and well controlled studies in pregnant women of sirolimus or CYPHER Stents. Sirolimus was embryo/feto toxic in rats at dosages of ≥ 0.1 mg/kg/day (approximately 3 times the dose provided by a stent coated with 314 µg sirolimus adjusted for body surface area). Embryo/feto toxicity was manifested as mortality and reduced fetal weights, with associated delays in skeletal ossification. No teratogenic effect of sirolimus was evident.   There was no effect of sirolimus on rabbit development at the maternally toxic dosage of 0.05 mg/kg/day (approximately 3 times the dose provided by a stent coated with 314 µg sirolimus adjusted for body surface area).

Effective contraception should be initiated before implanting a CYPHER Stent and for 12 weeks after implantation. The CYPHER Stent should be used during pregnancy only if the potential benefit outweighs the potential risk to the embryo or fetus.

**6.7.    Lactation**
Sirolimus is excreted in trace amounts in milk of lactating rats. It is not known whether sirolimus is excreted in human milk. The pharmacokinetic and safety profiles of sirolimus in infants are not known. Because many drugs are excreted in human milk and because of the potential for adverse reactions in nursing infants from sirolimus, a decision should be made whether to discontinue nursing or to implant the stent, taking into account the importance of the stent to the mother.

8

A2399

7. **Adverse Events**

   7.1. **Observed Adverse Events**

   Observed adverse event experience comes from three clinical studies, the SIRIUS trial, the RAVEL trial, and the First-in-Man study. See Section 8 – Clinical Studies for more complete descriptions of the study designs and results.

   The SIRIUS trial and the RAVEL trial were multi-center, double-blind, randomized clinical trials in patients with symptomatic ischemic coronary artery disease due to *de novo* lesions in native coronary arteries. Patients were randomized to the CYPHER Stent (a sirolimus-eluting BX VELOCITY™ Stent) or to a Control stent (BX VELOCITY, an uncoated 316L stainless steel stent). Eligibility was based on visual estimates of vessel diameter and lesion length. Following treatment, patients were treated with aspirin indefinitely and either clopidogrel or ticlopidine for 2 or 3 months, depending on the trial. Evaluations included clinical and angiographic outcomes. The First-in-Man study was a small, non-randomized, two-center study that used the CYPHER Stent in 30 of its 45 patients. Major study characteristics are summarized in Table 7-1. Principal adverse events are shown in Table 7-2.

| Table 7-1: Clinical Studies - Major Characteristics | | |
|---|---|---|
| | **SIRIUS Trial** | **RAVEL Trial** | **First-in-Man Study** |
| **Study Type** | prospective, randomized | prospective, randomized | non-randomized |
| **Number of Patients** | 1058 (533 CYPHER Stent, 525 Control) | 238 (120 CYPHER Stent, 118 Control) | 45 (30 CYPHER Stent, 15 other) |
| **Lesion Criteria** | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion 15 to 30 mm in length and coverable with 2 stents | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion coverable by one 18 mm stent | *De novo* lesion in native coronary artery ≥ 3.0 to ≤ 3.5 mm diameter, lesion coverable by one 18 mm stent |
| **Antiplatelet Therapy** | Aspirin indefinitely, and ticlopidine or clopidogrel for 3 months | Aspirin indefinitely, and ticlopidine or clopidogrel for 2 months | Aspirin indefinitely, and ticlopidine or clopidogrel for 2 months |

9

A2400

| Table 7-2: Principal Adverse Events Observed in Clinical Studies In-Hospital and Out-of-Hospital | | | | | |
|---|---|---|---|---|---|
| | SIRIUS Trial to 360 Days | | RAVEL Trial to 720 Days | | First-in-Man to 720 Days |
| | CYPHER Stent (N=533) | Control Stent (N=525) | CYPHER Stent (N=120) | Control Stent (N=118) | CYPHER Stent (N=30) |
| MACE[1] | | | | | |
|   In-Hospital | 2.4% (13) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 6.7% (2) |
|   Out-of-Hospital | 6.0% (32) | 21.3% (112) | 7.5% (9) | 17.8% (21) | 3.3% (1) |
| Death | | | | | |
|   In-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 3.3% (1) |
|   Out-of-Hospital | 1.1% (6) | 0.8% (4) | 5.0% (6) | 2.5% (3) | 0.0% (0) |
| Myocardial Infarction | | | | | |
|   In-Hospital | 2.3% (12) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 3.3% (1) |
|   Out-of-Hospital | 0.8% (4) | 1.9% (10) | 1.7% (2) | 2.5% (3) | 0.0% (0) |
|   Q-wave | | | | | |
|     In-Hospital | 0.4% (2) | 0.0% (0) | 1.7% (2) | 0.8% (1) | 0.0% (0) |
|     Out-of-Hospital | 0.4% (2) | 0.4% (2) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Non Q-wave | | | | | |
|     In-Hospital | 1.9% (10) | 1.5% (8) | 0.8% (1) | 1.7% (2) | 3.3% (1) |
|     Out-of-Hospital | 0.4% (2) | 1.5% (8) | 1.7% (2) | 2.5% (3) | 0.0% (0) |
| Emergent CABG | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | -- | -- | 0.0% (0) |
|   Out-of-Hospital | 0.0% (0) | 0.0% (0) | -- | -- | 0.0% (0) |
| Target Lesion Revascularization (TLR) | | | | | |
|   In-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Out-of-Hospital | 4.7% (25) | 20.0% (105) | 2.5% (3) | 13.6% (16) | 3.3% (1) |
| TVR not Target Lesion | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | 0.8% (1) | 0.8% (1) | 3.3% (1) |
|   Out-of-Hospital | 3.6% (19) | 6.7% (35) | 0.0% (0) | 1.7% (2) | 3.3% (1) |
| Target Vessel Failure[2] | | | | | |
|   In-Hospital | 2.4% (13) | 1.5% (8) | 2.5% (3) | 2.5% (3) | 6.7% (2) |
|   Out-of-Hospital to 270 days[3] | 6.6% (35) | 19.6% (103) | -- | -- | -- |
|   Out-of-Hospital to 360/720 days | 7.5% (40) | 23.6% (124) | 3.3% (4) | 19.5% (27) | 3.3% (1) |
| Stent Thrombosis | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Out-of-Hospital | 0.2% (1) | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Sub-acute Closure | | | | | |
|   In-Hospital | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
|   Out-of-Hospital | 0.2% (1) | 0.0% (0) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| Late Thrombosis | | | | | |
|   Out-of-Hospital | 0.2% (1) | 0.6% (3) | 0.0% (0) | 0.0% (0) | 0.0% (0) |
| CVA | | | | | |
|   In-Hospital | 0.2% (1) | 0.8% (4) | 0.0% (0) | 0.0% (0) | 3.3% (1) |
|   Out-of-Hospital | 0.9% (5) | 1.3% (7) | 0.8% (1) | 0.0% (0) | 3.3% (1) |

[1]   MACE is defined as Death, Q-wave or non Q-wave MI, Emergency CABG, or Target Lesion Revascularization.
[2]   Target Vessel Failure is defined as Target Vessel Revascularization, MI or cardiac death that could not be clearly attributed to a vessel other than the target vessel.
[3]   TVF at 270 days is the primary endpoint for the SIRIUS study.
Tabulated entries are represented as: percentage (number of patients with event).

In the SIRIUS trial, a subset of patients underwent intravenous ultrasound (IVUS) evaluation of the treated lesion immediately after treatment and as part of a scheduled angiographic evaluation at 8 months. In the RAVEL trial, a subset of patients underwent an IVUS study as part of the follow-up angiographic evaluation at 8 months, but there was no baseline IVUS evaluation. In both studies, patients who received the CYPHER Stent had a greater frequency of incomplete stent apposition at follow-up than patients who received the control stent (BX VELOCITY Stent, an uncoated 316L stainless steel stent). From the SIRIUS trial, it appeared that in about half of the cases, the incomplete stent apposition had not been observed immediately after stenting (late incomplete stent apposition). Late incomplete stent apposition was not observed in the control group. There were no clinical adverse events that were related to the occurrence of incomplete stent apposition. Frequencies of incomplete stent apposition are shown in Table 7-3.

| Table 7-3: Frequency of Incomplete Stent Apposition | | | |
|---|---|---|---|
| | SIRIUS Trial | | RAVEL Trial | |
| | CYPHER Stent | Control Stent | CYPHER Stent | Control Stent |
| Incomplete Stent Apposition Rate at Follow-up | 18% (18/101) | 9% (7/78) | 21% (10/41) | 4% (2/27) |
| Changes from Baseline | | | | |
|   Healed | 10% (8/80) | 5% (3/61) | -- | -- |
|   Preserved | 8% (6/80) | 10% (6/61) | -- | -- |
|   Late Incomplete Stent Apposition | 9% (7/80) | 0% (0/61) | -- | -- |

**7.2.    Potential Adverse Events**

Adverse events (in alphabetical order) which may be associated with the implantation of a coronary stent in coronary arteries (including those listed in Table 7-2 and Table 7-3):

**7.2.1.    Potential Adverse Events Associated with Coronary Stent Placement**

- Allergic reaction
- Aneurysm
- Arrhythmias
- Cardiac tamponade
- Death
- Dissection
- Drug reactions to antiplatelet agents / anticoagulation agents / contrast media
- Emboli, distal (tissue, air, or thrombotic emboli)
- Embolization, stent
- Emergency CABG
- Failure to deliver the stent to the intended site
- Fever
- Fistulization
- Hemorrhage
- Hypotension/Hypertension
- Incomplete stent apposition
- Infection and pain at the intended site

- Myocardial infarction
- Myocardial ischemia
- Occlusion
- Prolonged angina
- Pseudoaneurysm
- Renal failure
- Restenosis of stented segment (greater than 50% obstruction)
- Rupture of native and bypass graft
- Stent compression
- Stent migration
- Stroke
- Thrombosis (acute, subacute, or late)
- Ventricular fibrillation
- Vessel spasm
- Vessel perforation

**7.2.2.    Potential Adverse Events Related to Sirolimus (Following Oral Administration):**

- Abnormal liver function tests
- Anemia
- Arthralgias
- Diarrhea
- Hypercholesterolemia
- Hypersensitivity, including anaphylactic/anaphylactoid type reactions
- Hypertriglyceridemia (see section 5.10)
- Hypokalemia
- Infections
- Interstitial lung disease
- Leukopenia
- Lymphoma and other malignancies
- Thrombocytopenia

# 8.    Clinical Studies

## 8.1.    Overview of Clinical Studies

The principal safety and efficacy evidence for the CYPHER Stent came from three clinical studies, the SIRIUS trial, the RAVEL trial, and the First-In-Man study. All three of these studies evaluated the performance of the CYPHER Stent in patients with symptomatic ischemic disease due to *de novo* lesions in native coronary arteries. Major study characteristics are summarized below and in Table 8-1.

The SIRIUS and RAVEL trials were multi-center, double-blind, randomized clinical trials that compared the CYPHER Stent to a Control consisting of an uncoated 316L stainless steel stent (the BX VELOCITY Stent). Eligibility was based on visual estimates of vessel diameter and lesion length. Following treatment, patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 2 or 3 months, depending on the study. The SIRIUS trial was a large study with a primary clinical endpoint of target vessel failure at 9 months. Angiographic follow-up was scheduled for a majority of patients at 8 months. The RAVEL trial was a smaller study with a primary angiographic endpoint of late loss at 6 months. Clinical follow-up through one year is available for both trials, and follow-up through five years is planned.

The First-In-Man study was a small, non-randomized, initial feasibility study that involved angiographic and clinical follow-up. Its primary value is that it provides the longest available follow-up information, through 2 years.

| Table 8-1: Clinical Study Comparison | | | |
|---|---|---|---|
| | **SIRIUS Trial** | **RAVEL Trial** | **First-in-Man Study** |
| Study Type | Pivotal Study | Supportive Study | Feasibility Study |
| | Multi-center (N=53), prospective, randomized | Multi-center (N=19), prospective, randomized | Multi-center (N=2) Non-randomized |
| Number of Patients | 1058 (533 CYPHER Stent, 525 Control) | 238 (120 CYPHER Stent, 118 Control) | 45 (30 CYPHER Stent, 15 other) |
| Lesion Criteria | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion 15 to 30 mm in length and coverable with 2 stents | *De novo* lesion in native coronary artery ≥ 2.5 to ≤ 3.5 mm in diameter, lesion coverable by one 18 mm stent | *De novo* lesion in native coronary artery ≥ 3.0 to ≤ 3.5 mm diameter, lesion coverable by one 18 mm stent |
| Device Products Used | CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Stent Delivery System | CYPHER Sirolimus-eluting Coronary Stent on RAPTORRAIL Rapid Exchange Stent Delivery System | CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Stent Delivery System |
| Antiplatelet Therapy | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 3 months | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 2 months | Aspirin indefinitely, and Ticlopidine or Clopidogrel for 2 months |
| Follow-up | 8 months angiographic 9 months clinic 1, 3, 6, 12 months and 2, 3, 4 and 5 years telephone F/U | 6 months angiographic 1 and 6 month clinic 12 months and 2, 3, 4, and 5 years telephone F/U | Brazil: 4, 12, 24 months angio & IVUS The Netherlands: 6 & 18 months angio & IVUS and 24 months clinical F/U |

11

**8.2. SIRIUS Trial (Pivotal Study)**

**Purpose:** The purpose of the trial was to evaluate the *safety* and effectiveness of the CYPHER Stent in reducing target vessel failure in *de novo* native coronary artery lesions.

**Conclusions:** In selected patients, use of the CYPHER Stent significantly reduced the rate of target vessel failure (TVF) at 9 months compared to the Control (BX VELOCITY Stent, an uncoated 316L stainless steel stent). Angiographic lesion characteristics at 8 months were also significantly improved.

**Design:** This was a multi-center, prospective, randomized, double-blind trial conducted at 53 sites in the U.S. The primary efficacy endpoint was pre-specified to be TVF at 9 months, defined as cardiac death, myocardial infarction, or target vessel revascularization. To be eligible, a patient was required to have a *de novo* ischemic lesion of length 15 mm to 30 mm in a native coronary artery of diameter 2.5 mm to 3.5 mm (using visual estimates). Patients could be treated with up to two overlapping stents to cover the lesion.

Patients were randomized with equal probability to receive either the CYPHER Stent or the Control. A total of 1101 patients were randomized, and 1058 patients were included in the study results; 533 with CYPHER Stent and 525 with Control. A subset of 826 was pre-assigned to have angiographic follow-up at 8 months. After the procedure, patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 3 months.

Clinical follow-up through the 12-month (± 2 weeks) endpoint was available on 1027 patients. Angiographic follow-up was obtained on 703 patients. A total of 209 patients had both baseline and follow-up IVUS studies. Clinical follow-up currently is available through one year.

**Demography:** Baseline characteristics were similar for both treatment arms; factors evaluated included age (mean 62 years), gender (29% female), race (90% Caucasian, 4.3% African American, 3.4% Hispanic, 1.7% Asian, and approximately 0.6% other), diabetes (26%), prior MI (31%), hypertension (68%), hyperlipidemia (74%), ejection fraction (mean 54%), CSS Angina Class (44% III or IV), and IIb/IIIa inhibitor use (60%), LAD (44%), LCX (25%), RCA (31%), reference vessel diameter (mean 2.8 mm), minimum lumen diameter (mean 0.97 mm), percent diameter stenosis (mean 65%), and lesion length (mean 14.4 mm). The overall fraction with a smoking history was 23%, but it was slightly lower in the CYPHER Stent arm (20%) than in the control arm (26%); smoking history was not found to be a significant predictor of outcome in the trial.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms by clinical coordinators at the clinical sites. Angiographic and IVUS outcomes were assessed in a blinded fashion by quantitative analysis at designated central laboratories. An independent Clinical Events Committee adjudicated clinical events, and the trial was monitored by an independent Data and Safety Monitoring Committee.

**Results:** In selected patients, elective CYPHER Stent placement in native coronary *de novo* lesions resulted in a reduction in the incidence of TVF at 9 months compared to Control (8.8% vs. 21.0%, p < 0.001). By follow-up angiography at 8 months, there was significantly lower in-stent late loss (0.17 mm vs. 1.00 mm, p < 0.001) and mean in-lesion % diameter stenosis was significantly reduced (23.6% vs. 43.2%, *p* < 0.001). There was no evidence of an edge-effect 5 mm proximal or distal to the stent. Examination by IVUS at 8 months showed that neointimal hyperplasia (NIH) volume was significantly reduced in the CYPHER Stent arm (4.4 mm³ vs. 57.6 mm³, p < 0.001), but there was a higher rate of incomplete stent apposition (18% vs. 9%, p = 0.13). There were no clinical events related to the occurrence of incomplete stent apposition. Clinical outcomes through 12 months were consistent with the 9 month outcomes. Twenty-eight percent (28%) of the patients in the CYPHER Stent arm of the SIRIUS trial received 2 or more (overlapping) stents. The incidence of major adverse cardiac events in these patients was statistically lower than the patients who received an uncoated stent.

Table 8-2 summarizes the principal effectiveness and safety results of the SIRIUS Trial through 360 days. Figure 8-1 provides the cumulative TVF rates through 360 days.

A2403

**Table 8-2 SIRIUS Principal Effectiveness and Safety Results (to 360 Days)**
**All Patients Treated (N=1058)**

| Effectiveness Measures | CYPHER Stent (N=533 Patients N=533 Lesions) | Control (N=525 Patients N=531 Lesions) | Difference [95% CI] | P-Value |
|---|---|---|---|---|
| Device Success | 97.9% (522/533) | 98.7% (524/531) | -0.7% [-2.3, 0.8] | 0.477 |
| Procedure Success* | 97.4% (519/533) | 98.5% (517/525) | -1.1% [-2.8%, 0.6%] | 0.281 |
| | | | | |
| Post-Procedure MLD (mm) | | | | |
| In-Stent | 2.67 ± 0.40 (528) | 2.68 ± 0.42 (526) | 0.00 [-0.05, 0.05] | 0.985 |
| In-Lesion | 2.38 ± 0.45 (528) | 2.40 ± 0.46 (526) | -0.01 [-0.07, 0.04] | 0.643 |
| | | | | |
| Post-Procedure % DS | | | | |
| In-Stent | 5.4% ± 8.2% (529) | 6.0% ± 7.9% (526) | -0.6% [-1.6%, 0.4%] | 0.229 |
| In-Lesion | 16.1% ± 9.7% (530) | 16.2% ± 8.5% (526) | -0.1% [-1.2%, 1.0%] | 0.792 |
| | | | | |
| Eight-Month Follow-up MLD (mm) | | | | |
| In-Stent | 2.50 ± 0.58 (349) | 1.69 ± 0.59 (353) | 0.82 [0.71, 0.92] | <0.001 |
| In-Lesion | 2.15 ± 0.61 (350) | 1.60 ± 0.72 (353) | 0.55 [0.45, 0.65] | <0.001 |
| | | | | |
| Eight-Month Follow-up % DS | | | | |
| In-Stent | 10.4% ± 16.5% (349) | 40.1% ± 25.3% (353) | -29.7% [-32.9%, -26.5%] | <0.001 |
| In-Lesion | 23.6% ± 16.4% (350) | 43.2% ± 22.4% (353) | -19.7% [-22.8%, -16.8%] | <0.001 |
| | | | | |
| Eight-Month Late Loss (mm) | | | | |
| In-Stent | 0.17 ± 0.44 (347) | 1.00 ± 0.70 (350) | -0.83 [-0.92, -0.74] | <0.001 |
| In-Lesion | 0.24 ± 0.47 (348) | 0.81 ± 0.67 (350) | -0.57 [-0.66, -0.49] | <0.001 |
| | | | | |
| Eight-Month Binary Restenosis | | | | |
| In-Stent | 3.2% (11/349) | 35.4% (125/353) | -32.3% [-37.6%, -26.9%] | <0.001 |
| In-Lesion | 8.9% (31/350) | 36.3% (128/353) | -27.4% [-33.2%, -21.6%] | <0.001 |
| | | | | |
| Eight-Month Minimum Lumen Area (mm²) | 5.4 ± 2.1 (101) | 3.9 ± 1.9 (75) | 1.5 [0.9, 2.1] | <0.001 |
| | | | | |
| Eight-Month NIH Volume (mm³) | 4.4 ± 6.5 (51) | 57.6 ± 32.7 (45) | -53.2 [-62.5, -43.9] | <0.001 |
| | | | | |
| TVF to 9 Months (Primary Endpoint)* | 8.8% (47/533) | 21.0% (110/525) | -12.1% [-16.4%, -7.9%] | <0.001 |
| | | | | |
| Clinical Endpoints to 270 Days | | | | |
| TLR-Free† | 95.8% | 83.2% | 12.6% [8.5%, 16.7%] | <0.001 |
| TVR-Free† | 93.5% | 81.1% | 12.4% [8.0%, 16.8%] | <0.001 |
| TVF-Free † | 91.1% | 78.9% | 12.2% [7.5%, 16.9%] | <0.001 |
| MACE-Free† | 92.8% | 81.0% | 11.8% [7.4%, 16.3%] | <0.001 |
| | | | | |
| Clinical Endpoints to 360 Days | | | | |
| TLR-Free † | 95.0% | 79.5% | 15.5% [11.4%, 19.7%] | <0.001 |
| TVR-Free† | 92.7% | 76.9% | 15.8% [11.4%, 20.1%] | <0.001 |
| TVF-Free † | 90.1% | 74.9% | 15.2% [10.5%, 19.9%] | <0.001 |
| MACE-Free† | 91.7% | 77.4% | 14.2% [9.6%, 18.7%] | <0.001 |

| Safety Measures | | | | |
|---|---|---|---|---|
| In-Hospital MACE* | 2.4% (13/533) | 1.5% (8/525) | 0.9% [-0.8%, 2.6%] | 0.379 |
| Out-of-Hospital MACE to 270 days* | 4.9% (26/533) | 17.7% (93/525) | -12.8% [-16.6%, -9.1%] | <0.001 |
| Out-of-Hospital MACE to 360 days* | 6.0% (32/533) | 21.3% (112/525) | -15.3% [-19.4%, -11.3%] | <0.001 |
| MACE to 270 days* | 7.1% (38/533) | 18.9% (99/525) | -11.7% [-15.7%, -7.7%] | <0.001 |
| MACE to 360 days* | 8.3% (44/533) | 22.3% (117/525) | -14.0% [-18.3%, -9.8%] | <0.001 |
| TVF to 270 days (Primary endpoint)* | 8.8% (47/533) | 21.0% (110/525) | -12.2% [-16.4%, -7.9%] | <0.001 |
| TVF to 360 days* | 9.8% (52/533) | 24.8% (130/525) | -15.0% [-19.5%, -10.5%] | <0.001 |
| Stent Thrombosis to 30 days | 0.2% (1/533) | 0.2% (1/525) | 0.0% [-0.5%, 0.5%] | 1.000 |
| Late Thrombosis to 360 days | 0.2% (1/533) | 0.6% (3/525) | -0.4% [-1.1%, 0.4%] | 0.371 |
| Subacube Closure | 0.2% (1/533) | 0.0% (0/525) | 0.2% [-0.2%, 0.6%] | 1.000 |
| | | | | |
| Cerebrovascular Accident (CVA) to 360 days | 1.1% (6/533) | 2.1% (11/525) | -1.0% [-2.5%, 0.5%] | 0.231 |
| Major Bleeding Complications | 3.6% (19/533) | 3.4% (18/525) | 0.1% [-2.1%, 2.3%] | 1.000 |
| Major (Hemorrhagic) Vascular Complications | 1.5% (8/533) | 2.3% (12/525) | -0.8% [-2.4%, 0.9%] | 0.376 |
| Hematological Dyscrasia to 360 days | 0.6% (3/533) | 0.8% (4/525) | -0.2% [-1.2%, 0.8%] | 0.724 |

Numbers are % (counts/sample size) or Mean ± SD.    CI = Confidence Interval
Relative Risk = Sirolimus/BX VELOCITY Stent    SE = Calculated in SAS‡ software using Mantel-Haenszel Method
CI = RR*exp(±1.96*SE)
All event data were adjudicated by the independent Clinical Events Committee (CEC). All QCA data were assessed by the Angiographic Core Laboratory.  All IVUS data were assessed by the IVUS Core Laboratory.
Device Success (Lesion Based) – Achievement of a final residual diameter stenosis of <50% (by QCA) using the assigned device only (if QCA was not available, the visual estimate of diameter stenosis was used).
Procedure Success (Lesion Based) – Achievement of a final diameter stenosis of <50% (by QCA) using any percutaneous method, without the occurrence of death, Q-wave or WHO-defined non Q-wave MI, or repeat revascularization of the target lesion during the hospital stay (if QCA was not available, the visual estimate of diameter stenosis was used).
MLD = Minimum Lumen Diameter
DS = Diameter Stenosis
In-Lesion (Within Segment) – In-lesion measurement was defined as the measurements either within the stented segment or within 5 mm proximal or distal to the stent edges.
In-Stent (Within Stent) – In-stent measurement was defined as the measurement within the stented segment.
NIH = Neointimal Hyperplasia
* Events rates in this table included the WHO definition of non Q-wave MI.
WHO-defined non Q-wave MI – Elevation of post-procedure CK levels to >2 times normal with elevated CKMB in the absence of new pathological Q-waves.
† The following survival estimates are by Kaplan-Meier Methods with standard error estimates by Peto formula:
   TLR-Free– No target lesion revascularization.
   TVR-Free – No target vessel revascularization.
   TVF-Free – No cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
   MACE-Free – No death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
Major Adverse Cardiac Events (MACE) – A composite endpoint comprised of death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
Target Vessel Failure (TVF) – A composite endpoint comprised of cardiac death, Q-wave or WHO-defined non Q-wave MI, or target vessel revascularization.
Stent Thrombosis – A 30-day endpoint including subacute closure or unexplained death or Q-wave MI.
Late Thrombosis – Myocardial infarction occurring >30 days after the index procedure and attributable to the target vessel with angiographic documentation (site-reported or by QCA) of thrombus or total occlusion at the target site and freedom from an interim revascularization of the target vessel.
Subacute (Subabrupt) Closure – Abrupt closure that occurred after the index procedure was completed (and the patient left the catheterization laboratory) and before the 30-day follow-up endpoint.
Cerebrovascular Accident (CVA) – Sudden onset of vertigo, numbness, aphasia, or dysarthria due to vascular lesions of the brain such as hemorrhage, embolism, thrombosis, or rupturing aneurysm, that persisted >24 hours.
Major Bleeding Complications – Bleeding requiring transfusions or associated with hemoglobin drop > 5.0 g/dL.
Major (hemorrhagic) Vascular Complication – Hematoma at access site >5 cm; false aneurysm; AV fistula; retroperitoneal bleed; peripheral ischemia/nerve injury; any transfusion required was reported as a vascular complication unless clinical indication clearly other than catheterization complication; and vascular surgical repair.

‡ SAS is a trademark of SAS Institute, Inc.

13

A2404



**Figure 8-1**
**Kaplan-Meier Graph and Life Table to 360 Days**
**SIRIUS Cumulative Percentage of Target Vessel Failure**

Error Bars Indicate 1.5 Standard Error

| | Time after initial procedure (days) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 7 | 14 | 30 | 60 | 90 | 120 | 150 | 180 | 210 | 240 | 270 | 360 |
| **Sirolimus-Eluting** | | | | | | | | | | | | | |
| **Bx VELOCITY™** | | | | | | | | | | | | | |
| # Entered | 533 | 530 | 519 | 519 | 517 | 514 | 509 | 505 | 498 | 498 | 490 | 481 | 474 |
| # Censored | 0 | 1 | 0 | 0 | 3 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 20 |
| # Incomplete | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| # at risk | 533.0 | 529.5 | 519.0 | 519.0 | 515.5 | 513.0 | 508.5 | 504.5 | 498.5 | 495.5 | 489.5 | 480.5 | 464.0 |
| # Events | 3 | 10 | 0 | 2 | 3 | 3 | 5 | 2 | 5 | 8 | 6 | 6 | 5 |
| # Events/Month | | 42.9 | 0.0 | 3.8 | 0.0 | 3.0 | 3.0 | 5.0 | 2.0 | 5.0 | 8.0 | 6.0 | 1.7 |
| % with Events | 0.6% | 2.4% | 2.4% | 2.8% | 2.8% | 3.4% | 4.0% | 4.6% | 5.3% | 6.2% | 7.8% | 8.9% | 9.9% |
| SE | 0.3% | 0.7% | 0.7% | 0.7% | 0.7% | 0.8% | 0.9% | 0.9% | 1.0% | 1.1% | 1.2% | 1.2% | 1.3% |
| **Bx VELOCITY™** | | | | | | | | | | | | | |
| # Entered | 525 | 525 | 515 | 515 | 513 | 507 | 499 | 475 | 468 | 460 | 450 | 439 | 406 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 1 | 2 | 0 | 2 | 19 |
| # Incomplete | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| # at risk | 525.0 | 525.0 | 515.0 | 515.0 | 513.0 | 507.0 | 497.0 | 475.0 | 487.5 | 459.0 | 450.0 | 438.0 | 396.5 |
| # Events | 0 | 10 | 0 | 2 | 6 | 8 | 20 | 7 | 7 | 8 | 11 | 31 | 20 |
| # Events/Month | | 42.9 | 0.0 | 3.8 | 6.0 | 8.0 | 20.0 | 7.0 | 7.0 | 8.0 | 11.0 | 31.0 | 6.7 |
| % with Events | 0.0% | 1.9% | 1.9% | 2.3% | 3.4% | 5.0% | 8.8% | 10.1% | 11.5% | 13.0% | 15.1% | 21.1% | 25.1% |
| SE | 0.0% | 0.6% | 0.8% | 0.7% | 0.8% | 1.0% | 1.3% | 1.4% | 1.4% | 1.5% | 1.6% | 1.8% | 2.0% |

**Tests Between Groups**

| Test | Chi-Square | Deg Frdm | P-value |
|---|---|---|---|
| Log-Rank | 40.01 | 1 | <0.001 |
| Wilcoxon | 38.29 | 1 | <0.001 |

Standard error estimates by Peto formula.

8.3.   RAVEL Trial

**Purpose:** The purpose of the trial was to evaluate the safety and effectiveness of the CYPHER Stent for reducing late loss in *de novo* native coronary artery lesions.

**Conclusions:** In selected patients, use of the CYPHER Stent significantly reduced the rate of in-stent late loss at 6 months compared to the Control (BX VELOCITY, an uncoated 316L stainless steel stent). Clinical outcomes at 24 months were also significantly improved.

**Design:** This was a multi-center, prospective, randomized, double-blind trial conducted at 19 sites in Europe, Brazil and Mexico. The primary efficacy endpoint was pre-specified to be in-stent late loss at 6 months. To be eligible a patient was required to have a *de novo* ischemic lesion of a length that could be covered by a single 18 mm stent in a native coronary artery of diameter 2.5 mm to 3.5 mm (using visual estimates).

Patients were randomized with equal probability to receive either the CYPHER Stent or the Control stent. A total of 238 patients were randomized; 120 to CYPHER Stent and 118 to Control. After the procedure patients were treated with aspirin indefinitely and with clopidogrel or ticlopidine for 2 months.

Angiographic follow-up at 6 months was obtained on 217 patients. IVUS follow-up (but without baseline studies) was obtained on 110 patients. Clinical follow-up is currently available through 2 years (± 1 month) in 90% of patients.

**Demography:** Baseline characteristics were similar for both treatment arms; factors evaluated included age (mean 61 years), diabetes (18%), prior MI (36%), hypertension (49%), hyperlipidemia (52%), current smoking (30%), CSS Angina Class (12% III or IV), IIb/IIIa inhibitor use (10%), LAD (50%), LCX (23%), RCA (27%), reference vessel diameter (mean 2.6 mm), minimum lumen diameter (mean 0.95 mm), percent diameter stenosis (mean 64%), and lesion length (mean 9.6 mm). Overall 24% were female, but there were more women in the CYPHER Stent arm (30%) than in the Control arm (19%); gender was not a significant predictor of outcome in the trial.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms by clinical coordinators at the clinical sites. Angiographic and IVUS outcomes were assessed in a blinded fashion by quantitative analysis at designated central laboratories. An independent review committee adjudicated clinical events, and the trial was monitored by an independent Data and Safety Monitoring Committee.

14

A2405

Results: In selected patients, elective CYPHER Stent placement in naïve coronary *de novo* lesions resulted in significantly lower in-stent late loss at 6 months compared to control (-0.01 mm vs. 0.80 mm, p < 0.001), and the mean in-lesion % diameter stenosis also was significantly reduced (25.3% vs. 38.7%, p < 0.001). There was no evidence of an edge-effect 5 mm proximal or distal to the stent. Examination by IVUS at 6 months showed that neointima volume was significantly reduced in the CYPHER Stent arm (1.5 mm³ vs. 34.3 mm³, p < 0.001), but there was a higher rate of incomplete stent apposition (21% vs. 4%, p = 0.028). The rate of target vessel failure by 1 year was lower (4% vs. 20%,p < .001).

Table 8-3 summarizes the principal effectiveness and safety results of the RAVEL Trial to 720 days. Figure 8-2 provides the cumulative TVF rates to 720 days.

| Table 8-3: RAVEL Principal Effectiveness and Safety Results (to 720 days) All Patients Treated (N=238) | | | | |
|---|---|---|---|---|
| Effectiveness Measures | CYPHER Stent (N=120) | Control (N=118) | Difference [95% CI] | P-value |
| Procedure Success | 96.7% (116/120) | 93.1% (108/116) | 3.6% [-2.1%, 9.2%] | 0.248 |
| Binary Restenosis Rate | 0.0% (0/109) | 26.6% (29/109) | -26.6% [-34.9%, -18.3%] | <0.001 |
| **Post-procedure MLD (mm)** | | | | |
| In-stent | 2.43 ± 0.41 (N=120) | 2.41 ± 0.40 (N=116) | 0.01 [-0.09, 0.12] | 0.705 |
| In-lesion | 1.97 ± 0.40 (N=120) | 2.01 ± 0.44 (N=116) | -0.04 [-0.14, 0.07] | 0.465 |
| **Post-procedure % DS** | | | | |
| In-stent | 11.9 ± 5.9 (N=120) | 14.0 ± 6.8 (N=116) | -2.1 [-3.7, -0.5] | 0.012 |
| In-lesion | 24.5 ± 8.6 (N=120) | 24.7 ± 10.7 (N=116) | -0.2 [-2.7, 2.2] | 0.855 |
| **6 month f/u MLD (mm)** | | | | |
| In-stent | 2.42 ± 0.49 (N=109) | 1.64 ± 0.59 (N=109) | 0.78 [0.64, 0.93] | <0.001 |
| In-lesion | 2.01 ± 0.47 (N=109) | 1.57 ± 0.53 (N=109) | 0.45 [0.31, 0.58] | <0.001 |
| **6 month f/u % DS** | | | | |
| In-stent | 14.7 ± 6.9 (N=109) | 36.7 ± 18.0 (N=109) | -22.0 [-25.6, -18.4] | <0.001 |
| In-lesion | 25.3 ± 9.6 (N=109) | 38.7 ± 16.9 (N=109) | -13.5 [-17.1, -9.8] | <0.001 |
| **6 month f/u** | | | | |
| Late loss (mm) | -0.01 ± 0.33 (N=109) | 0.80 ± 0.53 (N=109) | -0.81 [-0.93, -0.70] | <0.001 |
| Volume obstruction in-stent (mm) | 1.1 ± 2.5 (N=56) | 26.1 ± 20.2 (N=54) | -25.0 [-30.3, -19.7] | <0.001 |
| TLR-Free to 720 days* | 97.4% | 86.2% | 11.2% [3.7%, 18.7%] | 0.001 |
| TVR-Free to 720 days* | 96.6% | 83.6% | 13.0% [4.9%, 21.1%] | <0.001 |
| TVF-Free to 720 days* | 94.1% | 78.7% | 15.4% [6.2%, 24.6%] | <0.001 |
| MACE-Free to 720 days* | 89.9% | 80.4% | 9.5% [0.0%, 19.2%] | 0.022 |
| **Safety Measures** | | | | |
| MACE in-Hospital | 2.5% (3/120) | 2.5% (3/118) | 0.0% [-4.0%, 3.9%] | 1.000 |
| MACE out-of-Hospital to 720 days | 7.5% (9/120) | 17.8% (21/118) | -10.3% [-18.7%, -1.9%] | 0.019 |
| MACE to 720 days | 10.0% (12/120) | 19.5% (23/118) | -9.5% [-18.4%, -0.6%] | 0.045 |
| Sub-acute Occlusion | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—,—] | -- |
| Stent Thrombosis | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—,—] | -- |
| Late Thrombosis | 0.0% (0/120) | 0.0% (0/118) | 0.0% [—,—] | -- |
| CVA to 720 days | 0.8% (1/120) | 0.0% (0/118) | 0.8% [-0.8%, 2.5%] | 1.000 |
| Major Bleeding Complications to 720 days | 0.8% (1/120) | 3.4% (4/118) | -2.6% [-6.2%, 1.1%] | 0.211 |

Numbers are % (counts/available field sample size) or mean ± 1 standard deviation.
CI = Confidence Interval                                                CI = Diff ± 1.96 · SE
SD = Standard Deviation                                                SE = sqrt (p1·q1/n1 + p2·q2/n2)
Procedure success – Successful implantation of study device, attainment of < 30% diameter stenosis by angiographic corelab. Quantitative Coronary Angiography (QCA) determination, and freedom from in-hospital MACE.
% DS— Percent diameter stenosis – value calculated as 100·(1-MLD/RVD) using the mean values from two orthogonal views (when possible) by Quantitative Coronary Angiography (QCA). A 100% DS was imputed for total occlusions if no RVD values were available.
Restenosis Rate – Percent lesions with a follow-up percent diameter stenosis is ≥ 50%.
* The following survival estimates are by Kaplan-Meier methods. Standard Error estimates from Peto formula.
        TLR-Free – No target lesion revascularization
        TVR-Free – No target vessel revascularization
        TVF-Free – No cardiac death, target vessel related myocardial infarction or target vessel revascularization
        MACE-Free – No death, myocardial infarction, target lesion CABG or target lesion Re-PTCA
In-Hospital MACE – Death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization prior to hospital discharge as determined by the independent Clinical Events Committee.
Out-of-Hospital MACE – Death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization after hospital discharge through the 720 days contact as determined by the independent Clinical Events Committee.
Late loss— Difference MLD after device— MLD at follow-up.
MACE – Major Adverse Cardiac Events: death, myocardial infarction (Q-wave and non Q-wave), target lesion CABG or target lesion revascularization.
Major Bleeding Events – Any intracranial bleeding, cardiac tamponade, bleeding events associated with a decrease in hemoglobin > 5.0 g/dL, transfusion or surgical repair.
MI – Myocardial Infarction: Necrosis of the myocardium, as a result of interruption of the blood supply to the area as in coronary thrombosis. For this study, myocardial infarction was categorized in Q-wave and non Q-wave.
Sub-acute occlusion – New reduced (TIMI 0 or 1) flow at the target vessel as a result of mechanical obstruction, such as dissection or luminal thrombus, occurring after completion of the index procedure but within thirty days of stent deployment.
Stent Thrombosis – Complete thirty-day ischemic endpoint including death, Q-wave MI or subabrupt closure requiring revascularization.
Late Thrombosis – Late Thrombosis was myocardial infarction attributable to the target vessel with angiographic documentation (site-reported or by QCA) of thrombus or total occlusion at the target site > 30 days after the index procedure in the absence of an intervening revascularization of the target vessel.
MLD – mean minimal luminal diameter (mm) from two orthogonal views using Quantitative Coronary Angiography (QCA).
RVD – Reference Vessel Diameter: Average of normal segments proximal and distal to the target lesion from two orthogonal views (when available) using QCA.
TL = Target Lesion
TV = Target Vessel
CVA = Cerebrovascular Accident: Cerebral hemorrhage, thrombosis, or embolism leading to neurological deficit.

15

A2406



**Figure 8-2**
**Kaplan-Meier Graph and Life Table to 720 Days**
**RAVEL Cumulative Percentage of Target Vessel Failure**

Error Bars Indicate ± 1.5 Standard Error
Standard Error based on the Peto formula

### Target Vessel Failure Life Table Analysis: All Patients Treated (N=238)

| Interval ending day | 0 | 2 | 7 | 30 | 60 | 120 | 180 | 240 | 300 | 360 | 420 | 480 | 540 | 600 | 660 | 720 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sirolimus-eluting Bx VELOCITY™ (N=120)** | | | | | | | | | | | | | | | | |
| # Entered | 120 | 120 | 117 | 117 | 117 | 117 | 117 | 116 | 116 | 115 | 113 | 111 | 110 | 108 | 106 | 101 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 4 | 21 |
| # At risk | 120 | 120 | 117 | 117 | 117 | 117 | 117 | 116 | 116 | 114 | 112 | 111 | 109 | 107 | 104 | 91 |
| # Events | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| # Events / Month | 0 | 45.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.5 | 0.0 |
| % with Events | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 3.3 | 3.3 | 4.2 | 4.2 | 4.2 | 5.0 | 5.0 | 5.0 | 5.9 | 5.9 |
| Std. Err. (%) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 |
| **Bx VELOCITY™ (N=118)** | | | | | | | | | | | | | | | | |
| # Entered | 118 | 118 | 115 | 115 | 115 | 115 | 109 | 105 | 96 | 93 | 92 | 88 | 88 | 85 | 85 | 85 |
| # Censored | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 4 | 0 | 1 | 0 | 0 | 17 |
| # At risk | 118 | 118 | 115 | 115 | 115 | 115 | 109 | 105 | 95 | 93 | 90 | 88 | 88 | 85 | 85 | 77 |
| # Events | 0 | 3 | 0 | 0 | 0 | 6 | 4 | 9 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 |
| # Events / Month | 0 | 45.0 | 0.0 | 0.0 | 0.0 | 3.0 | 2.0 | 4.5 | 0.5 | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| % with Events | 0.0 | 2.5 | 2.5 | 2.5 | 2.5 | 7.6 | 11.0 | 18.6 | 19.5 | 19.5 | 19.5 | 19.5 | 21.3 | 21.3 | 21.3 | 21.3 |
| Std. Err. (%) | 0.0 | 0.2 | 0.2 | 0.2 | 0.2 | 0.7 | 1.0 | 1.7 | 1.8 | 1.8 | 1.9 | 1.9 | 2.1 | 2.1 | 2.1 | 2.3 |

### Survival Curves Comparison

| | Log-Rank P-value | Wilcoxon P-value |
|---|---|---|
| Life-Table Analysis | <0.001 | <0.001 |
| Kaplan-Meier Analysis | <0.001 | <0.001 |

Standard error estimates from Peto formula

A2407

**8.4:   First-in-Man Study**

**Purpose:** The purpose of this early feasibility study was to evaluate the performance of the CYPHER Stent and an alternate formulation sirolimus-eluting stent in *de novo* native coronary artery lesions. This study provides the longest follow-up experience available.

**Conclusions:** In selected patients, use of the CYPHER Stent provided favorable IVUS, angiographic and clinical results through 24 months of follow-up.

**Design:** This was a non-randomized, open-label study conducted at two sites, one in The Netherlands and one in Brazil. To be eligible, a patient was required to have a *de novo* ischemic lesion of a length that could be covered by a single 18 mm stent in a native coronary artery of diameter 3.0 mm to 3.5 mm (using visual estimates). A total of 45 patients were treated, of which 30 received the CYPHER Stent and 15 received an alternative formulation sirolimus-eluting stent. After the procedure, patients were treated with aspirin indefinitely and with clopidogrel for 2 months. Angiographic follow-up was performed at 4, 12 and 24 months, or at 6 and 18 months, depending on the site. Angiographic follow-up is available for 24 patients, and IVUS follow-up is available for 15 patients. Clinical follow-up is available through 2 years.

**Demography:** Patients had a mean age of 58 years, there were 36% females, and 13% had diabetes, 51% of the lesions treated were in LAD, 22% were in the LCX, 27% were in the RCA, mean reference vessel diameter was 2.9 mm, mean minimum lumen diameter was 0.95 mm, mean percent diameter stenosis was 67%, and 27% of patients had a  lesion length < 10 mm and 73% of patients had a lesion length between 10 and 18 mm. Note: IIb/IIIa inhibitor usage was not monitored during this study.

**Methods:** Baseline clinical and angiographic data were collected on standardized case report forms. Angiographic and IVUS outcomes were assessed by quantitative analysis at designated central laboratories. An independent Clinical Events Committee adjudicated clinical events.

**Results:** At 18 to 24 months following elective CYPHER Stent placement in native coronary *de novo* lesions, in-stent mean % diameter stenosis ranged from 1.4% to 3.2%, and mean in-stent late loss ranged from -0.09 mm to 0.20 mm. Mean obstructive volume by IVUS ranged from 2.3% to 7.5%. The overall MACE rate at 24 months was 10%.

| Table 8-4: First-in-Man: Effectiveness and Safety Results<br>All Patients Treated with CYPHER Stent | |
| --- | --- |
| **Effectiveness Measures** | **CYPHER Stent (N=30 Patients, N=30 Lesions)** |
| Procedure Success (QCA) | 100.0% (30/30) |
| % Diameter Stenosis<br>    18 Months (The Netherlands)<br>    24 Months (Brazil)<br>In-Stent Late Loss (mm)<br>    18 Months (The Netherlands)<br>    24 Months (Brazil)<br>Obstruction Volume (%)<br>    18 Months (The Netherlands)<br>    24 Months (Brazil) | <br>3.2% ± 13.1% (10)<br>1.4% ± 5.9% (14)<br><br>0.20 ± 0.24 (10)<br>-0.09 ± 0.24 (14)<br><br>2.3% ± 2.1% (7)<br>7.5% ± 7.3% (8) |
| 24-month Target Lesion Revascularization (TLR) | 3.3% (1/30) |
| **Safety Measures** | |
| In-Hospital MACE Events<br>Out-of-Hospital MACE Events to 24 months<br>Combined (In and Out-of-Hospital) MACE to 24 months | 6.7% (2/30)<br>3.3% (1/30)<br>10.0% (3/30) |

Numbers are % (counts available field sample size) or Mean ± Standard Deviation.
Procedure Success – The attainment of a final in-stent diameter stenosis of <50% (by QCA) in the absence of death, emergent CABG, Myocardial Infarction, or TLR prior to hospital discharge.
QCA – Quantitative Coronary Angiography by Corelab
MACE is a composite endpoint comprised of deaths, WHO-defined non Q-wave myocardial infarction, Q-wave myocardial infarction, or target lesion revascularization.

**9.   Individualization of Treatment**
See also Precautions– 5.5 Use in Special Populations and Precautions– 5.6 Lesion/Vessel Characteristics.

The risks and benefits described above should be considered carefully for each patient before use of the CYPHER Stent. Patient selection factors to be assessed should include a judgment regarding the risk of prolonged anticoagulation. Stenting is generally avoided in those patients at heightened risk of bleeding (e.g., those patients with recently active gastritis or peptic ulcer disease, see Section 3 – **Contraindications**).

Premorbid conditions that increase the risk of a poor initial result and the risks of emergency referral for bypass surgery (diabetes mellitus, renal failure, and severe obesity) should be reviewed. The relation of baseline and procedural variables to Major Adverse Cardiac Events (MACE) was examined. Multivariable modeling suggested that treatment assignment remained an independent predictor of clinical and angiographic outcomes even after adjusting for other baseline and procedural confounding variables.

**10.   Patient Counseling Information**
Physicians should consider the following in counseling patient about this product:
   •   Discuss the risks associated with stent placement
   •   Discuss the risks associated with a sirolimus-eluting implant
   •   Discuss the risks/benefits issues for this particular patient
   •   Discuss alteration to current lifestyle immediately following the procedure and over the long term.

**11.   How Supplied**
**STERILE:** This device is sterilized with ethylene oxide gas and is nonpyrogenic. Do not use if the package is opened or damaged. For one use only. Do not resterilize.

**CONTENTS:** One (1) CYPHER Sirolimus-eluting Coronary Stent on RAPTOR Over-the-Wire Delivery System or RAPTORRAIL Rapid Exchange Delivery System.

**STORAGE:** Store in a cool, dark, dry place. Store at 25°C (77°F); excursions permitted to 15-30°C (59 – 86°F).

17

A2408

**12. Operator's Manual (Combined OTW and RX)**

**12.1. Access to Package Holding Sterile Stent Delivery System**
Tear open the foil pouch to remove the product that is packaged in a coiled hoop and tray. Pass or drop the product into the sterile field using an aseptic technique.

**12.2. Inspection Prior to Use**
Before opening, carefully inspect the stent delivery system package, and check for damage to the sterile barrier. Prior to using the device, carefully remove the system from the package and inspect it for bends, kinks, and other damage. Do not use the device if any damage to the packaging is noted.

**12.3. Materials Required**

| Quantity | Material |
|---|---|
| N/A | Appropriate guiding catheter(s) |
| 2-3 | 10-20 cc syringes |
| 1,000 u /500 cc | Sterile Heparinized Normal Saline (HepNS) |
| 1 | 0.014" (0.36 mm) diameter guidewire (OTW: 300 cm long) |
| 1 | Rotating hemostatic valve with an appropriate internal diameter (OTW: min. I.D. of 0.074" [1.9 mm]) (RX: min. I.D. of 0.096" [2.4 mm]) |
| N/A | Contrast diluted 1:1 with normal saline |
| 1 | Inflation device |
| 1 | Stopcock (3-way minimum) |
| 1 | Torque device |
| 1 | Guidewire Introducer |
| N/A | Appropriate anticoagulation and anti-platelet drugs |

**12.4. Preparation**
**Precaution**
- AVOID manipulation of the stent during flushing of the guidewire lumen, as this may disrupt the placement of the stent on the balloon.
- DO NOT apply negative or positive pressure to the balloon during the delivery system preparation.

**12.4.1.** Rinse the catheter with sterile heparinized normal saline solution.

**12.4.2. Guidewire Lumen Flush**

| OTW | 1. Locate the guidewire lumen hub and flush the guidewire lumen with HepNS. |
|---|---|
| RX | 1. Attach the syringe with HepNS to the flushing needle packaged with the catheter.<br>2. Insert the needle into the tip of the catheter and flush the guidewire lumen with HepNS. |

**12.4.3. Delivery System Preparation**

| Step | Action |
|---|---|
| 1. | Prepare the inflation device or syringe with diluted contrast medium. |
| 2. | Attach the inflation device or syringe to the stopcock; attach to the balloon inflation port hub. |
| 3. | Open the stopcock to stent delivery system. |
| 4. | Leave the inflation device or syringe on neutral. |

**12.5. Delivery Procedure**

| Step | Action |
|---|---|
| 1. | Prepare the vascular access site according to standard practice. |
| 2. | **Predilate the lesion with a PTCA catheter.** Limit the longitudinal length of pre-dilatation by the PTCA balloon to avoid creating a region of vessel injury that is outside the boundaries of the CYPHER Stent. |
| 3. | Maintain neutral pressure on the inflation device. Open the rotating hemostatic valve as widely as possible. |
| 4. | Backload the delivery system onto the proximal portion of the guidewire while maintaining the guidewire position across the target lesion. |
| 5. | Advance the stent delivery system over the guidewire to the target lesion. Use the radiopaque balloon markers to position the stent across the lesion; perform angiography to confirm the position of the stent. |

**Note:** Should unusual resistance be felt at any time during either lesion access or removal of the stent delivery system before stent implantation, the entire system should be removed as a single unit. See Precautions – 5.14 Stent/System Removal Precautions for specific stent delivery system removal instructions.

**12.6. Deployment Procedure**

| Step | Action |
|---|---|
| 1. | Before deployment, reconfirm the correct position of the stent relative to the target lesion via the radiopaque balloon markers. |
| 2. | Attach the inflation device (only partially filled with contrast media) to a three-way stopcock and apply negative pressure to purge the balloon of air. |
| 3. | Turn the stopcock on the catheter to the off position and purge the inflation device of air. Close the side port of the stopcock. |
| 4. | Under fluoroscopic visualization, inflate the balloon to at least the nominal pressure to deploy the stent, but **do not exceed the labeled rated burst pressure of 16 atm (1621 kPa).** Optimal expansion requires the stent to be in full contact with the artery wall, with the stent internal diameter matching the size of the reference vessel diameter. Stent wall contact should be verified through routine angiography or intravascular ultrasound. |
| 5. | Fully cover the entire lesion and balloon treated area (including dissections) with the CYPHER Stent, allowing for adequate stent coverage into healthy tissue proximal and distal to the lesion. |
| 6. | If more than one CYPHER Stent is needed to cover the lesion and balloon treated area, adequately overlap stents, taking into account stent foreshortening. Ensure no gaps between stents by positioning the balloon marker bands of the second CYPHER Stent inside the deployed stent prior to expansion. See Precautions – 5.14 Stent/System Removal Precautions. |
| 7. | Deflate the balloon by pulling a vacuum with the inflation device. Make certain that the balloon is fully deflated before attempting to move the catheter. |
| 8. | Confirm that the stent is adequately expanded by angiographic injection through the guiding catheter. |

A2409

**12.7.** **Further Dilatation of Stented Segments**
Precaution: Do not dilate the stent beyond the following limits:

| Nominal Stent Diameter | Dilatation Limits |
|---|---|
| 2.50 mm – 3.00 mm | 3.75 mm |
| 3.50 mm | 4.75 mm |

All efforts should be taken to assure that the stent is not underdilated. If the deployed stent size is still inadequate with respect to vessel diameter, or if full contact with the vessel wall is not achieved, a larger balloon may be used to expand the stent further. The stent may be further expanded using a low profile, high pressure, and non-compliant balloon catheter. If this is required, the stented segment should be recrossed carefully with a prolapsed guidewire to avoid dislodging the stent. The balloon should be centered within the stent and should not extend outside of the stented region.

**12.8.** **Removal Procedure**

| Step | Action |
|---|---|
| 1. | Ensure that the balloon is fully deflated. |
| 2. | While maintaining the guidewire position and negative pressure on the inflation device, withdraw the stent delivery system. **Note:** Should unusual resistance be felt at any time during either lesion access or removal of stent delivery system before stent implantation, the entire system **should be removed as a single unit.** See Precautions – 5.14 Stent/System **Removal Precautions** for specific stent delivery system removal instructions. |
| 3. | Repeat angiography to assess the stented area. If an adequate expansion has not been obtained, exchange back to the original stent delivery catheter or exchange to another balloon catheter of appropriate balloon diameter to achieve proper stent apposition to the vessel wall. |
| 4. | The final stent diameter should match the reference vessel. ASSURE THAT THE STENT IS NOT UNDERDILATED. |

**12.9.** *In-vitro Information*

| Table 12-1 Inflation Pressure Recommendations | | | | | |
|---|---|---|---|---|---|
| Inflation Pressure atm (kPa) | 2.50 | 2.75 | 3.00 | 3.50 | |
| 6 (608) | 2.20 | 2.44 | 2.71 | 3.20 | |
| 7 (709) | 2.27 | 2.51 | 2.78 | 3.27 | |
| 8 (811) | 2.33 | 2.58 | 2.84 | 3.33 | |
| 9 (912) | 2.39 | 2.64 | 2.90 | 3.39 | |
| 10 (1013) | 2.45 | 2.70 | 2.95 | 3.45 | |
| 11 (1115) | 2.50 | 2.75 | 3.00 | 3.50 | Nominal |
| 12 (1216) | 2.55 | 2.80 | 3.05 | 3.55 | |
| 13 (1317) | 2.59 | 2.84 | 3.09 | 3.60 | |
| 14 (1419) | 2.62 | 2.88 | 3.13 | 3.64 | |
| 15 (1520) | 2.66 | 2.92 | 3.16 | 3.69 | |
| 16 (1621) | 2.69 | 2.95 | 3.19 | 3.73 | RBP |
| 17 (1723) | 2.71 | 2.98 | 3.22 | 3.76 | |
| 18 (1824) | 2.73 | 3.00 | 3.24 | 3.79 | |
| 19 (1925) | 2.74 | 3.02 | 3.25 | 3.82 | |
| 20 (2026) | 2.75 | 3.03 | 3.27 | 3.85 | |

Note: These nominal, *in vitro*, device specifications do not take into account lesion resistance. The stent sizing should be confirmed angiographically. Do not exceed the rated burst pressure (RBP). These data are based on *in vitro* testing at 37°C. Bolded text represents diameters at pressures above the rated burst pressure. These values are within ± 10% of the labeled diameter between the nominal pressure and the rated burst pressure.

**13.** **Patient Information**
In addition to this Instructions for Use booklet, the following patient specific information regarding the CYPHER Sirolimus-eluting Coronary Stent is available:

• A Patient Implant Card that includes both patient and CYPHER Sirolimus-eluting Coronary Stent specific information. All patients will be expected to keep this card in their possession at all times for procedure / stent identification.
• A Patient Information Guide, which includes information on the implant procedure, and the CYPHER Sirolimus-eluting Coronary Stent System.

**14.** **Patents**
Protected under one or more of the following U.S. patent Nos.: 4,597,755; 4,733,665; 4,739,762; 4,748,982; 4,775,371; B1 4,776,337; 4,782,834; 4,906,244; 4,927,418; 4,938,220; 4,981,478; 5,017,325; 5,040,548; 5,061,273; 5,102,417; 5,108,415; 5,135,535; 5,154,725; 5,156,612; 5,176,661; 5,223,205; 5,234,416; 5,236,659; 5,242,396; 5,288,711; 5,290,230; 5,300,025; 5,300,085; 5,304,197; 5,316,706; 5,346,505; 5,350,395; 5,356,591; 5,387,193; 5,413,559; 5,433,713; 5,439,447; 5,449,371; 5,451,209; 5,451,233; 5,458,613; 5,480,383; 5,496,275; 5,496,346; 5,498,240; 5,501,227; 5,516,781; 5,538,510; 5,554,121; 5,563,146; 5,585,057; 5,626,600; 5,643,279; 5,643,312; 5,646,160; 5,665,728; 5,685,312; 5,697,971; 5,709,658; 5,738,653; 5,743,875; 5,749,888; 5,769,868; 5,807,355; 5,868,706; 5,879,370; 5,902,332; 6,010,521; 6,013,069; 6,027,475; 6,036,715; 6,086,604; 6,110,142 and other patents pending in the U.S. and other countries.

**15.** **DISCLAIMER OF WARRANTY AND LIMITATION OF REMEDY**

THERE IS NO EXPRESS OR IMPLIED WARRANTY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ON THE CORDIS PRODUCT(S) DESCRIBED IN THIS PUBLICATION. UNDER NO CIRCUMSTANCES SHALL CORDIS BE LIABLE FOR ANY DIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OTHER THAN AS EXPRESSLY PROVIDED BY SPECIFIC LAW. NO PERSON HAS THE AUTHORITY TO BIND CORDIS TO ANY REPRESENTATION OR WARRANTY EXCEPT AS SPECIFICALLY SET FORTH HEREIN.

Descriptions or specifications in Cordis printed matter, including this publication, are meant solely to generally describe the product at the time of manufacture and do not constitute any express warranties.

Cordis Corporation will not be responsible for any direct, incidental, or consequential damages resulting from reuse of the product.

A2410

**Cordis Sales / Marketing Offices:**

**Austria:**
Johnson & Johnson Medical Products GmbH
Cordis Division
Gunoldstrasse 16
A-1190 Wien
Telephone 01-360 25-0

**Belgium:**
Cordis, a Johnson & Johnson Company,
Johnson & Johnson Medical N.V./S.A.
Eikelenbergstraat 20
B-1700 Dilbeek
Telephone 02-481 74 00

**Canada:**
Johnson & Johnson Medical Products
200 Whitehall Drive
Markham, Ontario
Canada L3R 0T5
Telephone 905-946-1611

**European HQ:**
Cordis, a Johnson & Johnson Company,
Johnson & Johnson Medical N.V./S.A.,
Waterloo Office Park, Building H
Drève Richelle 161
B-1410 Waterloo
Belgium
Telephone 02-352 14 11

**France:**
Cordis S.A.S.
1 Rue Camille Desmoulins
TSA 71001
F-92787 Issy les Moulineaux Cedex 9
Telephone 01 55 00 33 00

**Germany:**
Cordis Medizinische Apparate GmbH
Elisabeth-Selbert-Straße 4a
D-40764 Langenfeld
Telefon 02173 205-0

**Hong Kong:**
Johnson & Johnson Hong Kong, Ltd.
Medical Division
Room 1816-1819, 18/F
Grand Century Place, Tower 1
193, Prince Edward Road West
Mongkok, Kowloon
Telephone 2738 2818

**Italy:**
Cordis Italia S.p.A.
Via Chiese, 74
I-20126 Milano
Telephone 02-64410.1

**Japan:**
Cordis Japan
Johnson & Johnson K.K.
East 21 Tower 10th Floor
6-3-2 Toyo, Koto-ku
Tokyo 135-0016
Telephone 03-5632-7200

**The Netherlands:**
Johnson & Johnson Medical BV
Postbus 188
NL-3800 AB  Amersfoort
Telephone 033-450 0729

**Portugal:**
Johnson & Johnson Produtos Profissionais
Estr. Consiglieri Pedroso N° 69-A
Queluz de Baixo
PT-2745-555 Barcarena
Telephone 800 200 246

**Spain:**
Johnson & Johnson S.A.
Paseo de las doce Estrellas, 5-7
Campo de las Naciones
E-28042 Madrid
Telephone 91 722 8000

**Sweden:**
Johnson & Johnson AB
Staffans väg 2
SE-191 84 Sollentuna
Telephone 08-626 22 00

**Switzerland:**
Johnson & Johnson AG
Cordis Division
Rotzenbühlstrasse 55
CH-8957 Spreitenbach
Telephone 056-417 3207

**United Kingdom:**
Cordis, a Johnson & Johnson Company
Johnson & Johnson Medical Ltd.
Coronation Road, South Ascot
Berkshire  SL5 9EY
Telephone 01344 871000

**USA:**
Cordis Corporation
P.O. Box 025700
Miami, FL 33102-5700
Telephone 786-313-2000
Customer Service: 1-800-327-7714

Cordis Corporation
P.O. Box 4917
Warren, NJ 07059-0917
Telephone 908-755-8300

**Cordis Operations:**

**The Netherlands:**
Cordis Europa N.V.
Oosteinde 8
NL-9301 LJ Roden
Telephone 050-5022222

**USA:**
Cordis Corporation
P.O. Box 025700
Miami, FL 33102-5700
Telephone 786-313-2000

**EU Authorized Representative:**
Cordis Europa N.V.
Oosteinde 8
NL-9301 LJ Roden
Telephone 050-5022222

 **RECYCLED**
100% Recycled Fibers
Including 20%
Post Consumer Waste

© Cordis Corporation 2003

April 2003

10056733-3

A2411

# A2412-2466

# REDACTED

**The PROMUS™ Everolimus Eluting Coronary Stent System**
*Instructions for Use*



*Table of Contents*

1.0    PRODUCT DESCRIPTION
    1.1    Device Component Description
    1.2    Drug Component Description
        1.2.1    Everolimus
        1.2.2    Inactive Ingredients - Non-erodible Polymer
        1.2.3    Product Matrix and Everolimus Content

2.0    INDICATIONS

3.0    CONTRAINDICATIONS

4.0    WARNINGS

5.0    PRECAUTIONS
    5.1    General Precautions
    5.2    Pre- and Post-Procedure Antiplatelet Regimen
    5.3    Multiple Stent Use
    5.4    Brachytherapy
    5.5    Use in Conjunction with Other Procedures
    5.6    Use in Special Populations
        5.6.1    Pregnancy
        5.6.2    Lactation
        5.6.3    Gender
        5.6.4    Ethnicity
        5.6.5    Pediatric Use
        5.6.6    Geriatric Use
    5.7    Lesion/Vessel Characteristics
    5.8    Drug Interactions
    5.9    Immune Suppression Potential
    5.10    Lipid Elevation Potential
    5.11    Magnetic Resonance Imaging (MRI)
    5.12    Stent Handling
    5.13    Stent Placement
        5.13.1    Stent Preparation
        5.13.2    Stent Implantation
    5.14    Stent System Removal
    5.15    Post-Procedure

6.0    DRUG INFORMATION
    6.1    Mechanism of Action
    6.2    Pharmacokinetics of the XIENCE V Everolimus Eluting Coronary Stent
    6.3    Interactions with Drugs or Other Substances
    6.4    Carcinogenicity, Genotoxicity, and Reproductive Toxicity

A2467

6.5     Pregnancy
6.6     Lactation

7.0     OVERVIEW OF CLINICAL STUDIES

8.0     ADVERSE EVENTS
        8.1     Observed Adverse Events
        8.2     Stent Thrombosis Definitions
        8.3     Potential Adverse Events

9.0     SPIRIT FAMILY OF CLINICAL TRIALS
        9.1     SPIRIT III Pivotal Clinical Trial
                9.1.1   SPIRIT III Randomized Clinical Trial (RCT)
                9.1.2   SPIRIT III US 4.0 mm Arm
        9.2     SPIRIT II Supportive Clinical Trial
        9.3     SPIRIT FIRST Randomized Clinical Trial
        9.4     SPIRIT II and SPIRIT III Pooled Analysis
                9.4.1   Stent Thrombosis in SPIRIT II and SPIRIT III Pooled Analysis
                9.4.2   Diabetics in SPIRIT II and SPIRIT III Pooled Analysis
                9.4.3   Dual Vessel treatment in SPIRIT II and SPIRIT III Pooled Analysis

10.0    INDIVIDUALIZATION OF TREATMENT

11.0    PATIENT COUNSELING AND PATIENT INFORMATION

12.0    HOW SUPPLIED

13.0    OPERATOR'S INSTRUCTIONS
        13.1    Inspection Prior to Use
        13.2    Materials Required
        13.3    Preparation
                13.3.1  Packaging Removal
                13.3.2  Guide Wire Lumen Flush
                13.3.3  Delivery System Preparation
        13.4    Delivery Procedure
        13.5    Deployment Procedure
        13.6    Removal Procedure
        13.7    Post-Deployment Dilatation of Stent Segments

14.0    IN VITRO COMPLIANCE INFORMATION

15.0    REUSE PRECAUTION STATEMENT

16.0    PATENTS

17.0    WARRANTY

EL2064613 (7/2/08)
Page 2 of 60
Printed on : 08/18/2009

**Boston**
**Scientific**

A2468

## 1.0   PRODUCT DESCRIPTION

The PROMUS™ Everolimus-Eluting Coronary Stent System (PROMUS EECSS or PROMUS stent system) is a private label XIENCE™ V Everolimus Eluting Coronary Stent System (XIENCE V EECSS or XIENCE V stent system) manufactured by Abbott and distributed by Boston Scientific Corporation. The PROMUS V EECSS is a device/drug combination product consisting of either the MULTI-LINK VISION® Coronary Stent System or the MULTI-LINK MINI VISION® Coronary Stent System coated with a formulation containing everolimus, the active ingredient, embedded in a non-erodible polymer.

## 1.1   Device Component Description

The device component consists of the MULTI-LINK MINI VISION or MULTI-LINK VISION stent mounted onto the MULTI-LINK MINI VISION or MULTI-LINK VISION stent delivery system (SDS) respectively. The device component characteristics are summarized in Table 1-1.

### Table 1-1: PROMUS Stent System Product Description

| | PROMUS Rapid-Exchange (RX) EECSS | | PROMUS Over-the-Wire (OTW) EECSS | | |
|---|---|---|---|---|---|
| Available Stent Lengths (mm) | 8, 12, 15, 18, 23, 28 | | 8, 12, 15, 18, 23, 28 | | |
| Available Stent Diameters (mm) | 2.5, 2.75, 3.0, 3.5, 4.0 | | 2.5, 2.75, 3.0, 3.5, 4.0 | | |
| Stent Material | A medical grade L-605 cobalt chromium (CoCr) alloy MULTI-LINK VISION or MULTI-LINK MINI VISION stent | | | | |
| Drug Component | A conformal coating of a non-erodible polymer loaded with 100 µg/cm$^2$ of everolimus with a maximum nominal drug content of 181 • g on the large stent (4.0 x 28 mm) | | | | |
| Delivery System Working Length | 143 cm | | 143 cm | | |
| Delivery System Design | Single access port to inflation lumen. Guide wire exit notch is located 30 cm from tip. Designed for guide wires • 0.014". | | Sidearm adaptor provides access to balloon inflation/deflation lumen and guide wire lumen. Designed for guide wires • 0.014". | | |
| Stent Delivery System Balloon | A compliant, tapered balloon, with two radiopaque markers located on the catheter shaft to indicate balloon positioning and expanded stent length. | | | | |
| Balloon Inflation Pressure | Nominal inflation pressure:<br>      8 atm (811 kPa) for 2.5 and 2.75 mm diameters;<br>      9 atm (912 kPa) for 3.0, 3.5, and 4.0 mm diameters<br>Rated Burst Pressure (RBP): 16 atm (1621 kPa) for all sizes | | | | |
| Guiding Catheter Inner Diameter | • 5 F (0.056") | | | | |
| Catheter Shaft Outer Diameter (nominal) | 2.5–3.0 mm   3.5–4.0 mm<br>Distal:      0.032"      0.035"<br>Proximal:  0.026"      0.026" | | 2.5 mm   2.75 x 8 – 3.5 x 18   3.5 x 23 – 4.0 x 28<br>Distal:      0.032"      0.034"      0.036"<br>Proximal:  0.042"      0.042"      0.042" | | |

Boston
Scientific

A2469

## 1.2    Drug Component Description

The PROMUS Everolimus- Eluting Coronary Stent (PROMUS stent) is coated with everolimus (active ingredient), embedded in a non-erodible polymer (inactive ingredient).

### 1.2.1  Everolimus

Everolimus is the active pharmaceutical ingredient in the PROMUS stent. It is a novel semi-synthetic macrolide immunosuppressant, synthesized by chemical modification of rapamycin (sirolimus). The everolimus chemical name is 40-O-(2-hydroxyethyl)-rapamycin and the chemical structure is shown in Figure 1-1 below.

**Figure 1-1: Everolimus Chemical Structure**

### 1.2.2.  Inactive Ingredients – Non-erodible Polymer

The PROMUS stent contains inactive ingredients including poly n-butyl methacrylate (PBMA), a polymer that adheres to the stent and drug coating, and PVDF-HFP, which is comprised of vinylidene fluoride and hexafluoropropylene monomers as the drug matrix layer containing everolimus. PBMA is a homopolymer with a molecular weight (Mw) of 264,000 to 376,000 dalton. PVDF-HFP is a non-erodible semi-crystalline random copolymer with a molecular weight (Mw) of 254,000 to 293,000 dalton. The drug matrix copolymer is mixed with everolimus (83%/17% w/w polymer/everolimus ratio) and applied to the entire PBMA coated stent surface. The drug load is 100 µg/cm$^2$ for all product sizes. No topcoat layer is used. The polymer chemical structures are shown in Figure 1-2 below.

A2470

Figure 1-2: Non-erodible Polymer Chemical Structures

| PBMA | PVDF-HFP |
|------|----------|
| | |

Boston
Scientific

### 1.2.3 Product Matrix and Everolimus Content

**Table 1-3: PROMUS EECSS Product Matrix and Everolimus Content**

| Model Number (RX) | Model Number (OTW) | Nominal Expanded Stent Diameter (mm) | Nominal Unexpanded Stent Length (mm) | Nominal Everolimus Content (· g) |
|---|---|---|---|---|
| 1009539-08B | 1009545-08B | 2.5 | 8 | 37 |
| 1009540-08B | 1009546-08B | 2.75 | 8 | 37 |
| 1009541-08B | 1009547-08B | 3.0 | 8 | 37 |
| 1009542-08B | 1009548-08B | 3.5 | 8 | 53 |
| 1009543-08B | 1009549-08B | 4.0 | 8 | 53 |
| 1009539-12B | 1009545-12B | 2.5 | 12 | 56 |
| 1009540-12B | 1009546-12B | 2.75 | 12 | 56 |
| 1009541-12B | 1009547-12B | 3.0 | 12 | 56 |
| 1009542-12B | 1009548-12B | 3.5 | 12 | 75 |
| 1009543-12B | 1009549-12B | 4.0 | 12 | 75 |
| 1009539-15B | 1009545-15B | 2.5 | 15 | 75 |
| 1009540-15B | 1009546-15B | 2.75 | 15 | 75 |
| 1009541-15B | 1009547-15B | 3.0 | 15 | 75 |
| 1009542-15B | 1009548-15B | 3.5 | 15 | 98 |
| 1009543-15B | 1009549-15B | 4.0 | 15 | 98 |
| 1009539-18B | 1009545-18B | 2.5 | 18 | 88 |
| 1009540-18B | 1009546-18B | 2.75 | 18 | 88 |
| 1009541-18B | 1009547-18B | 3.0 | 18 | 88 |
| 1009542-18B | 1009548-18B | 3.5 | 18 | 113 |
| 1009543-18B | 1009549-18B | 4.0 | 18 | 113 |
| 1009539-23B | 1009545-23B | 2.5 | 23 | 113 |
| 1009540-23B | 1009546-23B | 2.75 | 23 | 113 |
| 1009541-23B | 1009547-23B | 3.0 | 23 | 113 |
| 1009542-23B | 1009548-23B | 3.5 | 23 | 151 |
| 1009543-23B | 1009549-23B | 4.0 | 23 | 151 |
| 1009539-28B | 1009545-28B | 2.5 | 28 | 132 |
| 1009540-28B | 1009546-28B | 2.75 | 28 | 132 |
| 1009541-28B | 1009547-28B | 3.0 | 28 | 132 |
| 1009542-28B | 1009548-28B | 3.5 | 28 | 181 |
| 1009543-28B | 1009549-28B | 4.0 | 28 | 181 |

## 2.0   INDICATIONS

The PROMUS Everolimus-Eluting Coronary Stent System (PROMUS stent) is indicated for improving coronary luminal diameter in patients with symptomatic heart disease due to *de novo* native coronary artery lesions (length • •28 mm) with reference vessel diameters of 2.5 mm to 4.25 mm.

## 3.0   CONTRAINDICATIONS

The PROMUS stent is contraindicated for use in patients:

Boston
Scientific

A2472

- • Who cannot receive antiplatelet and/or anti-coagulant therapy (see **Section 5.2 Pre- and Post-Procedure Antiplatelet Regimen** for more information)
- • With lesions that prevent complete angioplasty balloon inflation or proper placement of the stent or stent delivery system
- • With hypersensitivity or contraindication to everolimus or structurally-related compounds, cobalt, chromium, nickel, tungsten, acrylic, and fluoropolymers

## 4.0   WARNINGS

- • Ensure that the inner package sterile barrier has not been opened or damaged prior to use.
- • Judicious patient selection is necessary because device use has been associated with stent thrombosis, vascular complications, and/or bleeding events.
- • This product should not be used in patients who are not likely to comply with the recommended antiplatelet therapy (see Section 5.2 for important information regarding antiplatelet therapy).

## 5.0   PRECAUTIONS

### 5.1   General Precautions

- • Stent implantation should only be performed by physicians who have received appropriate training.
- • Stent placement should be performed at hospitals where emergency coronary artery bypass graft surgery is accessible.
- • Subsequent restenosis may require repeat dilatation of the arterial segment containing the stent. Long-term outcomes following repeat dilatation of the stent is presently unknown.
- • Risks and benefits should be considered in patients with severe contrast agent allergies.
- • Care should be taken to control the guiding catheter tip during stent delivery, deployment, and balloon withdrawal. Before withdrawing the stent delivery system, visually confirm complete balloon deflation by fluoroscopy to avoid guiding catheter movement into the vessel and subsequent arterial damage.
- • Stent thrombosis is a low-frequency event that current drug-eluting stent (DES) clinical trials are not adequately powered to fully characterize. Stent thrombosis is frequently associated with myocardial infarction (MI) or death. Data from the SPIRIT family of trials have been prospectively evaluated and adjudicated using both the protocol definition of stent thrombosis and the definition developed by the Academic Research Consortium (ARC), and demonstrate specific patterns of stent thrombosis that vary depending on the definition used (see Section 8.2 Stent Thrombosis Definitions and Section 9.4 SPIRIT II and SPIRIT III Pooled Analysis, for more information). In the SPIRIT family of trials analyzed to date, the differences in the incidence of stent thrombosis observed with the stent, used in the SPIRIT clinical trials, compared to the TAXUS stent have not been associated with an increased risk of cardiac death, MI, or all-cause mortality. Additional data from longer-term follow-up in the SPIRIT family of trials and analyses of DES-related stent thrombosis are expected and should be considered in making treatment decisions as data become available.
- • When DES are used outside the specified Indications for Use, patient outcomes may differ from the results observed in the SPIRIT family of trials.
- • Compared to use within the specified Indications for Use, the use of DES in patients and lesions outside of the labeled indications, including more tortuous anatomy, may have an increased risk of adverse events, including stent thrombosis, stent embolization, MI, or death.

Boston
Scientific

A2473

•• Orally administered everolimus combined with cyclosporine is associated with increased serum cholesterol and triglycerides levels.

## 5.2    Pre- and Post-Procedure Antiplatelet Regimen

•• In SPIRIT FIRST clinical trial, clopidogrel bisulfate or ticlopidine hydrochloride was administered pre-procedure and for a minimum of 3 months post-procedure (75 mg per day). In SPIRIT II and SPIRIT III clinical trials, clopidogrel bisulfate or ticlopidine hydrochloride was administered pre-procedure and for a minimum of 6 months post-procedure (75 mg per day). Aspirin was administered (a minimum of 75 mg per day) pre-procedure and continued for 1 to 5 years (depending on the study). Based on the case report forms from the SPIRIT II and III randomized clinical trials, approximately 92% of patients remained on dual antiplatelet therapy at 6 months and 62% at 1 year See Section 9.0 – Clinical Studies, for more specific information.

•• The optimal duration of dual antiplatelet therapy, specifically clopidogrel, is unknown and DES thrombosis may still occur despite continued therapy. Data from several studies on sirolimus-eluting or paclitaxel-eluting stents suggest that a longer duration of clopidogrel than was recommended post-procedurally in DES pivotal trials may be beneficial. Current guidelines recommend that patients receive aspirin indefinitely and that clopidogrel therapy be extended to 12 months in patients at low risk of bleeding (ref: ACC/AHA/SCAI PCI Practice Guidelines[1,2]).

•• It is very important that the patient is compliant with the post-procedural antiplatelet therapy recommendations. Early discontinuation of prescribed antiplatelet medication could result in a higher risk of thrombosis, MI, or death. Prior to percutaneous coronary intervention (PCI), if the patient is required to undergo a surgical or dental procedure that might require early discontinuation of antiplatelet therapy, the interventionalist and patient should carefully consider whether a DES and its associated recommended antiplatelet therapy is the appropriate PCI treatment of choice. Following PCI, should a surgical or dental procedure be recommended that requires suspension of antiplatelet therapy, the risks and benefits of the procedure should be weighed against the possible risks associated with early discontinuation of antiplatelet therapy. Patients who require early discontinuation of antiplatelet therapy (e.g., secondary to active bleeding) should be monitored carefully for cardiac events. At the discretion of the patient's treating physicians, the antiplatelet therapy should be restarted as soon as possible.

## 5.3    Multiple Stent Use

A patient's exposure to drug and polymer is proportional to the number and total length of implanted stents. In the SPIRIT II and III clinical trials, treatment was limited to 36 mm of total stent length in up to two lesions in different epicardial vessels. Use of more than two stents to treat lesions longer than 28 mm has not been evaluated and may increase patient complication risks. Studies evaluating the effects of higher drug doses have not been conducted.

Effects of multiple stenting using PROMUS stents combined with other drug-eluting stents are also unknown. When multiple drug-eluting stents are required, use only PROMUS stents in order to avoid potential interactions with other drug-eluting or coated stents.

---

[1]  Smith et al. ACC/AHA/SCAI 2005 Guideline Update for Percutaneous Coronary Intervention. JACC, 2006; 47: e1-121.

[2]  King III et al. 2007 Focused Update of the ACC/AHA/SCAI 2005 Guideline Update for Percutaneous Coronary Intervention. JACC, 2008; 51:172-209.

EL2064613 (7/2/08)
Page 8 of 60
Printed on : 08/18/2009

Boston
Scientific

A2474

In addition, only stents composed of similar materials should be implanted in consecutive stent to stent contact to avoid corrosion potential between unrelated materials. Although *in vitro* tests combining L-605 CoCr alloy with 316 L stainless steel did not increase corrosion potential, these studies have not been conducted *in vivo*.

## 5.4    Brachytherapy

PROMUS stent safety and effectiveness has not been evaluated in patients with prior target lesion or in-stent restenosis-related brachytherapy.

## 5.5    Use in Conjunction with Other Procedures

The safety and effectiveness of using mechanical atherectomy devices (directional atherectomy catheters, rotational atherectomy catheters) or laser angioplasty catheters in conjunction with PROMUS stent implantation have not been established.

## 5.6    Use in Special Populations

### 5.6.1  Pregnancy

Pregnancy Category C. See Section 6.5 – Drug Information, Pregnancy. The PROMUS stent has not been tested in pregnant women or in men intending to father children. Effects on the developing fetus have not been studied. Effective contraception should be initiated before implanting a PROMUS stent and continued for one year after implantation. While there is no contraindication, the risks and reproductive effects are unknown at this time.

### 5.6.2  Lactation

See Section 6.6 – Drug Information, Lactation. A decision should be made whether to discontinue nursing prior to stent implantation considering the importance of the stent to the mother.

### 5.6.3  Gender

No safety- or effectiveness-related gender differences were observed in the individual SPIRIT clinical trials.

### 5.6.4  Ethnicity

Insufficient SPIRIT clinical trial subject numbers prevent ethnicity-related analyses on safety and effectiveness.

Boston
Scientific

A2475

### 5.6.5   Pediatric Use

Safety and effectiveness of the PROMUS stent in pediatric subjects have not been established.

### 5.6.6   Geriatric Use

SPIRIT clinical studies did not suggest that patients age 65 years and over differed with regard to safety and effectiveness compared to younger patients.

## 5.7   Lesion/Vessel Characteristics

Safety and effectiveness of the PROMUS stent have not been established for subject populations with the following clinical settings:

- Unresolved vessel thrombus at the lesion site
- Coronary artery reference vessel diameters < 2.5 mm or > 4.25 mm
- Lesion lengths > 28 mm
- Lesions located in saphenous vein grafts
- Lesions located in unprotected left main coronary artery, ostial lesions, chronic total occlusions, lesions located at a bifurcation
- Previously stented lesions
- Diffuse disease or poor flow (TIMI < 1) distal to the identified lesions
- Excessive tortuosity proximal to or within the lesion
- Recent acute myocardial infarction (AMI) or evidence of thrombus in the target vessel
- Moderate or severe lesion calcification
- Multivessel disease
- In-stent restenosis
- Patients with longer than 24 months follow-up.

## 5.8   Drug Interactions

See Section 6.3 – Drug Information, Interactions with Drugs or Other Substances.
Several drugs are known to affect everolimus metabolism, and other drug interactions may also occur. Everolimus is known to be a substrate for both cytochrome P4503A4 (CYP3A4) and P-glycoprotein. Everolimus absorption and subsequent elimination may be influenced by drugs that affect these pathways. Everolimus has also been shown to reduce the clearance of some prescription medications when administered orally along with cyclosporine (CsA). Formal drug interaction studies have not been performed with the PROMUS stent because of limited systemic exposure to everolimus eluted from the stent used in SPIRIT clinical trials (see Section 6.2 Pharmacokinetics). Therefore, due consideration should be given to the potential for both systemic and local drug interactions in the vessel wall when deciding to place the PROMUS stent in a patient taking a drug with known interaction with everolimus, or when deciding to initiate therapy with such a drug in a patient who has recently received a PROMUS Stent.

Boston
Scientific

A2476

### 5.9    Immune Suppression Potential

Everolimus, the PROMUS stent active ingredient, is an immunosuppressive agent. Immune suppression was not observed in the SPIRIT clinical trials. However, for patients who receive several PROMUS stents simultaneously, it may be possible for everolimus systemic concentrations to approach immunosuppressive levels temporarily, especially in patients who also have hepatic insufficiency or who are taking drugs that inhibit CYP3A4 or P-glycoprotein. Therefore, consideration should be given to patients taking other immunosuppressive agents or who are at risk for immune suppression.

### 5.10   Lipid Elevation Potential

Oral everolimus use in renal transplant patients was associated with increased serum cholesterol and triglycerides that in some cases required treatment. The effect was seen with both low and high dose prolonged oral therapy in a dose related manner. When used according to the indications for use, exposure to systemic everolimus concentrations from the PROMUS stent are expected to be significantly lower than concentrations usually obtained in transplant patients. Increased serum cholesterol and triglycerides were not observed in the SPIRIT family of clinical trials.

### 5.11   Magnetic Resonance Imaging (MRI)

Non-clinical testing has demonstrated that the PROMUS stent, in single and in overlapped configurations up to 68 mm in length, is MR Conditional. It can be scanned safely under the following conditions:
- • Static magnetic field of 1.5 or 3 Tesla
- • Spatial gradient field of 720 Gauss/cm or less
- • Maximum whole-body-averaged specific absorption rate (SAR) of 2.0 W/kg (normal operating mode) for 15 minutes of scanning or less

The PROMUS stent should not migrate in this MRI environment. Non-clinical testing at field strengths greater than 3 Tesla has not been performed to evaluate stent migration or heating. MRI at 1.5 or 3 Tesla may be performed immediately following the implantation of the PROMUS stent.

Stent heating was derived by relating the measured non-clinical, *in vitro* temperature rises in a GE Excite 3 Tesla scanner and in a GE 1.5 Tesla coil to the local specific absorption rates (SARs) in a digitized human heart model. The maximum whole body averaged SAR was determined by validated calculation. At overlapped lengths up to 68 mm, the PROMUS stent produced a non-clinical maximum local temperature rise of 3ºC at a maximum whole body averaged SAR of 2.0 W/kg (normal operating mode) for 15 minutes. These calculations do not take into consideration the cooling effects of blood flow.

The effects of MRI on overlapped stents greater than 68 mm in length or stents with fractured struts are unknown.

As demonstrated in non-clinical testing, an image artifact can be present when scanning the PROMUS stent. MR image quality may be compromised if the area of interest is in the exact same area, or relatively close to, the position of the PROMUS stent. Therefore, it may be necessary to optimize the MR imaging parameters for the presence of PROMUS stents.

Boston
Scientific

A2477

### 5.12   Stent Handling

- •• **Each stent is for single use only.** Do not resterilize or reuse this device. Note the "use by" (expiration) date on the product label.
- •• **The foil pouch is not a sterile barrier.** The inner header bag (pouch) within the foil pouch is the sterile barrier. <u>Only the contents of the inner pouch should be considered sterile.</u> **The outside surface of the inner pouch is NOT sterile.**
- •• **Do not remove the stent from the delivery system.** Removal may damage the stent and/or lead to stent embolization. These components are intended to perform together as a system.
- •• The delivery system should not be used in conjunction with other stents.
- •• Special care must be taken not to handle or disrupt the stent on the balloon especially during delivery system removal from packaging, placement over the guide wire and advancement through the rotating hemostatic valve adapter and guiding catheter hub.
- •• **Do not manipulate, touch, or handle the stent** with your fingers, which may cause coating damage, contamination, or stent dislodgement from the delivery balloon.
- •• Use only the appropriate balloon inflation media (see Section 13.3.3 – Operator's Instructions, Delivery System Preparation). Do not use air or any gaseous medium to inflate the balloon as this may cause uneven expansion and difficulty in stent deployment.

### 5.13   Stent Placement

### 5.13.1 Stent Preparation

- •• **Do not prepare or pre-inflate the delivery system prior to stent deployment other than as directed.** Use the balloon purging technique described in Section 13.3.3 – Operator's Instructions, Delivery System Preparation.
- •• **Do not induce negative pressure on the delivery system prior to placing the stent across the lesion.** This may cause dislodgement of the stent from the balloon.
- •• Use guiding catheters which have lumen sizes that are suitable to accommodate the stent delivery system (see Section 1.1 – Product Description, Device Component Description).

### 5.13.2 Stent Implantation

- •• The vessel should be pre-dilated with an appropriate sized balloon. Failure to do so may increase the difficulty of stent placement and cause procedural complications.
- •• Do not expand the stent if it is not properly positioned in the vessel (see Section 5.14 – Precautions, Stent System Removal).
- •• Implanting a stent may lead to vessel dissection and acute closure requiring additional intervention (CABG, further dilatation, placement of additional stents, or other).
- •• Although the safety and effectiveness of treating more than one vessel per coronary artery with PROMUS stents has not been established, if this is performed, place the stent in the distal lesion before the proximal lesion in order to minimize dislodgement risk incurred by traversing through deployed stents.
- •• Stent placement may compromise side branch patency.
- •• **Do not exceed Rated Burst Pressure (RBP) as indicated on product label.** See Table 14-1, Typical PROMUS EECSS Compliance. Balloon pressures should be monitored during inflation. Applying pressures higher than specified on the product label may result in a

EL2064613 (7/2/08)
Page 12 of 60
*Printed on : 08/18/2009*

Boston
Scientific

A2478

ruptured balloon with possible arterial damage and dissection. The stent inner diameter should approximate 1.1 times the reference diameter of the vessel.

•• An unexpanded stent may be retracted into the guiding catheter one time only. An unexpanded stent should not be reintroduced into the artery once it has been pulled back into the guiding catheter. Subsequent movement in and out through the distal end of the guiding catheter should not be performed as the stent may be damaged when retracting the undeployed stent back into the guiding catheter.

•• Should **any resistance** be felt **at any time** during coronary stent system withdrawal, the stent delivery system and guiding catheter should be **removed as a single unit** (see Section 5.14 – Precautions, Stent System Removal).

•• Stent retrieval methods (i.e., using additional wires, snares, and/or forceps) may result in additional trauma to the coronary vasculature and/or the vascular access site. Complications may include bleeding, hematoma, or pseudoaneurysm.

•• Although the stent delivery system balloon is strong enough to expand the stent without rupture, a circumferential balloon tear distal to the stent and prior to complete stent expansion, could cause the balloon to become tethered to the stent, requiring surgical removal. In case of balloon rupture, it should be withdrawn and, if necessary, a new dilatation catheter exchanged over the guide wire to complete the expansion of the stent.

•• Ensure the stented area covers the entire lesion/dissection site and that no gaps exist between stents.

## 5.14   Stent System Removal

Should **any resistance** be felt **at any time** during either lesion access or removing the delivery system post-stent implantation, the stent delivery system and the guiding catheter should be **removed as a single unit.**

**When removing the delivery system and guiding catheter as a single unit, the following steps should be executed under direct visualization using fluoroscopy:**

•• Confirm complete balloon deflation. If unusual resistance is felt during stent delivery system withdrawal, pay particular attention to the guiding catheter position. In some cases it may be necessary to slightly retract the guiding catheter in order to prevent unplanned guiding catheter movement and subsequent vessel damage. In cases where unplanned guiding catheter movement has occurred, a coronary tree angiographic assessment should be undertaken to ensure that there is no damage to the coronary vasculature.

•• DO NOT retract the delivery system into the guiding catheter.

•• Position the proximal balloon marker just distal to guiding catheter tip.

•• Advance the guide wire into the coronary anatomy as far distally as safely possible.

•• Tighten the rotating hemostatic valve to secure the delivery system to the guiding catheter, and remove the guiding catheter and delivery system as a **single unit.**

Failure to follow these steps and/or applying excessive force to the delivery system can potentially result in loss or damage to the stent and/or delivery system components.

If it is necessary to retain guide wire position for subsequent artery/lesion access, leave the guide wire in place and remove all other system components.

Boston
Scientific

A2479