IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON INC. and CORDIS CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) Civ. No. 07-333-SLR ) Civ. No. 07-348-SLR ) Civ. No. 07-409-SLR ) ) ) ) ) ) |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON INC. CORDIS CORPORATION, and WYETH <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 07-765-SLR ) ) ) ) ) ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of January 20, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs and against defendants.

_____
United States District Judge

Dated: 1/20/10

_____
(By) Deputy Clerk